UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DAVID and AMY CARSON, on their own behalf and as next friends of their child, O.C.; ALAN and JUDITH GILLIS, on their own behalf and as next friends of their child, I.G.; and TROY and ANGELA NELSON, on their own behalf and as next friends of their children, A.N. and R.N., <br><br>Plaintiffs, <br><br>v. <br><br>A. PENDER MAKIN, in her official capacity as Commissioner of the Maine Department of Education, <br><br>Defendant. | Civil Action No. 1:18-cv-00327-DBH |

**LOCAL RULE 56(h) STIPULATED RECORD**

Pursuant to the Order Granting Without Objection Motion for Approval of Local Rule 56(h) on February 8, 2019, and solely for purposes of adjudicating the parties' motions for summary judgment, the parties respectfully submit this Local Rule 56(h) Stipulated Record. The parties agree that every exhibit listed here and submitted as part of their Stipulated Record is a true and correct copy of the document it purports to be. Inclusion of a document in the Stipulated Record does not prevent any party from later objecting to its admissibility on any ground, either in the summary judgment proceedings or any subsequent proceedings.

| *Exhibit No.* | *Description* |
|---|---|
| 1 | Opinion of Attorney General Richard S. Cohen to Senator Howard M. Trotsky, dated Jan. 7, 1980 |

1

| 2 | Defendant's Responses to Plaintiffs' First Requests for Production of Documents, dated Dec. 4, 2018 |
|---|---|
| 3 | Defendant's Responses to Plaintiffs' First Set of Interrogatories, dated Dec. 4, 2018 |
| 4 | Defendant's Responses to Plaintiffs' First Request for Admissions, dated Dec. 4, 2018 |
| 5 | Defendant's Deposition of David Carson, with supporting Exhibit 4, dated Nov. 20, 2018 |
| 6 | Defendant's Deposition of Judith E. Gillis, with supporting Exhibits 1-2, dated Nov. 20, 2018 |
| 7 | Defendant's Deposition of Troy Nelson, with supporting Exhibit 3, dated Nov. 20, 2018 |
| 8 | Defendant's Deposition of Jeffrey Benjamin 30(b)(6) for Bangor Christian Schools, dated Dec. 17, 2018 |
| 9 | Exhibit 12 to Benjamin Deposition - Notice of Deposition of Bangor Christian Schools 30(b)(6), dated Nov. 21, 2018 |
| 10 | Exhibit 13 to Benjamin Deposition - Bangor Christian Schools Teacher Contract |
| 11 | Exhibit 14 to Benjamin Deposition - Bangor Christian Schools Faculty Manual |
| 12 | Exhibit 15 to Benjamin Deposition - Bangor Christian Schools Student Handbook |
| 13 | Exhibit 16 to Benjamin Deposition - Bangor Christian Schools Financial Aid Application |
| 14 | Exhibit 17 to Benjamin Deposition - Email Correspondence between Jeffrey Benjamin and Pamela Ford-Taylor, dated May 14 and 17, 2018 |
| 15 | Exhibit 18 to Benjamin Deposition - Bangor Christian Schools Application for Admission |
| 16 | Defendant's Deposition of Martha Boone 30(b)(6) for Bangor Christian Schools, dated Dec. 17. 2018 |
| 17 | Bangor Christian Schools Bible Curriculum Grades 1-8 |
| 18 | Bangor Christian Schools Bible Curriculum for High School |
| 19 | Bangor Christian Schools Earth Sciences Curriculum |
| 20 | Bangor Christian Schools 4th Grade Social Studies Curriculum |
| 21 | Bangor Christian Schools 5th Grade Social Studies Curriculum |
| 22 | Bangor Christian Schools 9th Grade Social Studies Curriculum |
| 23 | Bangor Christian Schools 10th Grade Government Curriculum |

| | |
|---|---|
| 24 | Defendant's Deposition of Denise LaFountain 30(b)(6) for Temple Academy, dated Dec. 17, 2018 |
| 25 | Exhibit 5 to LaFountain Deposition - Notice of Deposition of Temple Academy, dated Nov. 21, 2018 |
| 26 | Exhibit 6 to LaFountain Deposition - Temple Academy Admissions Policy |
| 27 | Exhibit 7 to LaFountain Deposition - Temple Academy Teacher Employment Agreement |
| 28 | Exhibit 8 to LaFountain Deposition - Temple Academy Student/Parent Handbook |
| 29 | Exhibit 9 to LaFountain Deposition - Temple Academy Faculty Handbook |
| 30 | Exhibit 10 to LaFountain Deposition - Temple Academy Family Covenant |
| 31 | Exhibit 11 to LaFountain Deposition - Temple Academy 5 Year Interim Evaluation Report |
| 32 | Temple Academy Brochure |
| 33 | Temple Academy Letter to Parents with Application |

DATED: March 12, 2019

Respectfully submitted,

/s/ Timothy D. Keller
Timothy D. Keller* (AZ Bar No. 019844)
Institute for Justice
398 S. Mill Avenue, Suite 301
Tempe, AZ 85281
Tel: (480) 557-8300
Fax: (480) 557-8315
Email: tkeller@ij.org

Arif Panju* (TX Bar No. 24070380)
Institute for Justice
816 Congress Avenue, Suite 960
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
Email: apanju@ij.org

Aaron M. Frey
Attorney General

/s/ Sarah A. Forster
Sarah A. Forster
Christopher C. Taub
Assistant Attorneys General
Office of the Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel: (207) 626-8866, (207) 626-8800
Email: sarah.forster@maine.gov
          christopher.c.taub@maine.gov

*Attorneys for Defendant*

/s/ Jeffrey T. Edwards
Jeffrey T. Edwards
PretiFlaherty
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Tel: (207) 791-3000
Fax: (207) 791-3111
Email: jedwards@preti.com

*Local Counsel for Plaintiffs*

Lea Patterson* (TX Bar No. 24102338)
First Liberty Institute
2001 W. Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-4444
Fax: (972) 423-6162
Email: lepatterson@firstliberty.org

Michael K. Whitehead* (MO Bar No. 24997)
Jonathan R. Whitehead* (MO Bar No. 54868)
Whitehead Law Firm, LLC
229 SE Douglas St., Suite 210
Lee's Summit, MO 64063
Tel: (816) 398-8967
Fax: (816) 875-3291
Email: mike@thewhiteheadfirm.com
Email: jon@whiteheadlawllc.com

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2019, a true and correct copy of **LOCAL RULE 56(h) STIPULATED RECORD** was filed and served on the following counsel of record using the Court's CM/ECF system:

Aaron M. Frey
Attorney General

Sarah A. Forster
Christopher C. Taub
Assistant Attorneys General
Office of the Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel: (207) 626-8866, (207) 626-8800
Email: sarah.forster@maine.gov
           Christopher.C.Taub@maine.gov

*Attorneys for Defendant*

/s/ Timothy D. Keller
Timothy D. Keller
*Attorney for Plaintiffs*