# **EXHIBIT 4**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DAVID and AMY CARSON, et al., )<br>)<br>Plaintiffs, )<br>)<br>     v. )<br>)<br>ROBERT G. HASSON, JR., in his )<br>official capacity as Commissioner of )<br>the Maine Department of Education, )<br>)<br>Defendant. ) | Civil Action No. 18-cv-00327 DBH |

**DEFENDANT ROBERT G. HASSON, JR.'S RESPONSES TO
PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS**

Pursuant to Rule 36 of the Federal Rule of Civil Procedure, Defendant Robert G. Hasson, Jr., in his official capacity as Commissioner of the Maine Department of Education ("Defendant"), responds as follows to Plaintiffs' First Request for Admissions dated November 5, 2018.

    1.    Admit that in the 1979-1980 academic year, 211 students received funding from the State of Maine for tuition to sectarian secondary schools.

    **RESPONSE:** Admit.

    2.    Admit that in the 1979-1980 academic year, approximately 17,000 students received funding from the State of Maine for tuition at non-public, nonsectarian secondary schools.

    **RESPONSE:** Admit.

    3.    Admit that in the 1979-1980 academic year, over 70,000 Maine students attended secondary schools at public expense.

**RESPONSE:** Admit.

4. Admit that Bangor Christian Schools is a sectarian school for purposes of Me. Stat. tit. 20-A, Section 2951(2).

**RESPONSE:** Admit.

5. Admit that Temple Academy is a sectarian school for purposes of Me. Stat. tit. 20-A, Section 2951(2).

**RESPONSE:** Admit.

Dated:  December 4, 2018
JANET T. MILLS
Attorney General

/s/ Sarah A. Forster
SARAH A. FORSTER
CHRISTOPHER C. TAUB
Assistant Attorneys General
Office of the Attorney General
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
sarah.forster@maine.gov
christopher.c.taub@maine.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 4th day of December, 2018, I caused the original of this document to be served by electronic mail and first class mail upon lead counsel for the Plaintiffs:

Timothy D. Keller, Esq.
Institute for Justice
398 S. Mill Avenue
Suite 301
Tempe, AZ 85281
tkeller@ij.org

All other counsel of record will receive this document by electronic mail:

Jeffrey T. Edwards, Esq.
Preti, Flaherty, Beliveau, & Pachios, LLP
One City Center
P.O. Box 9546
Portland, Maine 04112-9546
jedwards@preti.com

Arif Panju, Esq.
Institute for Justice
816 Congress Avenue
Suite 960
Austin, TX 78701
apanju@ij.org

Lea Patterson, Esq.
First Liberty Institute
2001 W. Plano Parkway
Suite 1600
Plano, TX 75075
lepatterson@firstliberty.org

Michael K. Whitehead, Esq.
Jonathan R. Whitehead, Esq.
Law Office of Jonathan R. Whitehead
229 SE Douglas Street #210
Lees Summit, MO 64063
mike@thewhiteheadfirm.com
jon@whiteheadlawllc.com

Dated:  December 4, 2018

/s/ Sarah A. Forster
SARAH A. FORSTER
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8866
sarah.forster@maine.gov