# EXHIBIT 5

1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MAINE
2

3                                 Civil Action No. 18-cv-00327 DBH

4

5

6

7      * * * * * * * * * * * * * * * * * * * * * * *

8      DAVID and AMY CARSON, et al.,

9         Plaintiffs,

10        vs

11     ROBERT G. HASSON, JR., in his official capacity as
       Commissioner of the Maine Department of Education,
12
          Defendant.
13
       * * * * * * * * * * * * * * * * * * * * * * *
14

15     **DEPONENT:  DAVID CARSON**

16

17
       Taken before Debra J. Fusco, a Notary Public in and
18     for the State of Maine, at the Office of the
       Attorney General, Cross State Office Building, 6th
19     Floor, Sewall Street, Augusta, Maine, on November
       20, 2018, beginning at 2:04 p.m., pursuant to
20     notice given.

21

22

23

24

25

APPEARANCES:

CHRISTOPHER TAUB, AAG
SARAH FORSTER, AAG
DEPARTMENT OF ATTORNEY GENERAL
6 State House Station
Augusta, ME 04333-0006
(207)626-8800
christopher.taub@maine.gov
sarah.forster@maine.gov
Attorney for the Defendant


TIM KELLER, ESQUIRE
INSTITUTE FOR JUSTICE
398 S. Mill Avenue, Suite 301
Tempe, AZ 85281
(480)557-8300
tkeller@ij.org
Attorney for the Plaintiffs


LEA PATTERSON, ESQUIRE
FIRST LIBERTY
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
(972)941-4444
lepatterson@firstliberty.org
Attorney for the Plaintiffs


MICHAEL K. WHITEHEAD, ESQUIRE (Via Telephone)
THE WHITEHEAD FIRM, LLC
229 SE Douglas St, Ste 210
Lee's Summit, MO 64063
(816)210-4449
mike@thewhiteheadfirm.com
Attorney for the Plaintiffs

```
1                    I N D E X
       DEPONENT:
2
             DAVID CARSON
3
         EXAMINATION BY MR. TAUB           4
4
         EXAMINATION BY MS. FORSTER      NONE
5
         EXAMINATION BY MR. KELLER       NONE
6
         EXAMINATION BY MS. PATTERSON    NONE
7
         EXAMINATION BY MR. WHITEHEAD    NONE
8

9

10
                 E X H I B I T S
11

12                                          Page
     Exhibit 4   Notice of Deposition          6
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      (This deposition was taken before Debra J. Fusco,

2   Notary Public, at the Office of the Attorney General,

3   Cross State Office Building, 6th Floor, Sewall Street,

4   Augusta, Maine, on November 20, 2018, beginning at 2:04

5   p.m.)

6      (The deponent was administered the oath by the Notary

7   Public.)

8      **DAVID CARSON**, after having been duly sworn by the

9   Notary Public, was deposed and testified as follows:

10                      EXAMINATION

11   BY MR. TAUB:

12      Q.  Hi, Mr. Carson.  My name is Chris Taub.  I

13   introduced myself just before the deposition.  I'm an

14   Assistant Attorney General.  And along with Sarah

15   Forster, we are representing the commissioner of

16   education in a lawsuit that you and your wife and two

17   other families have brought relating to public tuition

18   payments being made to private schools, to private

19   religious schools.  And you understand that you are here

20   today to give a deposition in that case, correct?

21      A.  Yes.

22      Q.  Have you ever had a deposition taken before of

23   yourself?

24      A.  No.

25      Q.  Okay.  So it's not a big deal.  I just want to

1    give you a few guidelines that both of us should try to

2    follow just to make it easier for everyone.  I'm gonna

3    be asking you a series of questions and you'll be giving

4    answers and the reporter is gonna be writing everything

5    down.  A lot of times what will happen is we'll speak

6    over each other because you'll know what I'm about to

7    ask you before I can quite finish asking the question,

8    or I know what your answer is gonna be before you can

9    quite finish answering it.  If you could just wait for

10   me to ask the question and I'll try to wait for you to

11   answer it.  It just makes her life a lot easier so she's

12   not trying to record two people talking at once, okay?

13        A.   Sure.

14        Q.   Also often witnesses forgot, and I'll remind you

15   if it happens, but if you could try to answer my

16   questions verbally with a yes or a no.  Nods of the head

17   or shakes of the head or uh-huhs or un-uns or um-hums

18   are kind of hard for her to take down as well, okay?

19        A.   Sure.

20        Q.   I think this will be a very short deposition.

21   The first two were very short, I'm suspecting this one

22   will be short.  But if you do want to take a break at

23   any point during the deposition, just let me know, okay?

24        A.   Sure.

25        Q.   Okay.  Can you just state for the record your

1    address?

2        A.   30 Victory Lane, Glenburn, Maine.

3        Q.   Okay.

4             MR. TAUB:  And I'm gonna ask if we could

5    mark this as Exhibit 4, please.

6             (Exhibit 4 was marked.)

7        Q.   I'm gonna show you what's been marked as

8    Exhibit 4, and I'll give you a minute to look at it.

9    The question I'm gonna ask you after you've looked at it

10   is do you recognize this document?

11       A.   Yes, I do.

12       Q.   Okay.  And so the title of it is Notice of

13   Deposition of David Carson.  Do you see that?

14       A.   Yes.

15       Q.   On the last page, page 5, it says Exhibit A and

16   there's a description of some documents; do you see

17   that?

18       A.   Yes.

19       Q.   Do you have any documents that are responsive to

20   the description that's set forth there?

21       A.   Yes, we have one.  Tim has it.

22       Q.   Let me show you what's been marked as Exhibit 2.

23   Is that the document that you're referring to?

24       A.   Yes, it is.

25       Q.   Okay.  So other than what I've shown you that is

1    marked as Exhibit 2, are there any other documents that

2    you believe you might have that fall within the

3    description?

4        A.   No.

5        Q.   Okay.  I want to just start by asking you a

6    little bit of background information about yourself and

7    your family.  Are you married?

8        A.   Yes.

9        Q.   And what's your wife's name?

10       A.   Amy.

11       Q.   And how long have you two been married?

12       A.   About 22 years.

13       Q.   Okay.  And do you and Amy have children together?

14       A.   Yes.

15       Q.   How many children do you have?

16       A.   One.

17       Q.   And what are the initials of that child?

18       A.   O.C.

19       Q.   Is O.C. a boy or a girl?

20       A.   Girl.

21       Q.   How old is O.C.?

22       A.   Sixteen.

23       Q.   And other than O.C., do yourself have any

24   children?

25       A.   No.

```
 1     Q.   Okay.

 2     A.   None living.

 3     Q.   Okay.  Where did you go to high school?

 4     A.   Bangor Christian.

 5     Q.   And what year did you graduate?

 6     A.   1994.

 7     Q.   And what did you do after you graduated from

 8  Bangor Christian?

 9     A.   Went to community college.

10     Q.   What community college did you go to?

11     A.   Eastern Maine Community.

12     Q.   Did you get a degree from there?

13     A.   Yes.

14     Q.   What degree did you get?

15     A.   Business management.

16     Q.   Do you recall what year that was?

17     A.   1996.

18     Q.   And did you go on to any kind of graduate or

19  other college programs after you graduated from

20  community college?

21     A.   No.

22     Q.   So was the business management degree, was that a

23  two-year degree?

24     A.   Yes.

25     Q.   What do you currently do for work?
```

1    A.   I'm a general contractor.

2    Q.   Residential or commercial?

3    A.   Both.

4    Q.   Okay.  New construction?

5    A.   Yes, and remodeling.

6    Q.   Okay.  Have you basically been in that line of

7    work since you graduated from college?

8    A.   No.

9    Q.   What did you do before you became a general

10   contractor?

11   A.   I was a facilities manager at Bangor Baptist

12   Church.

13   Q.   You said for -- I'm sorry, what was the name of

14   the church again?

15   A.   Bangor Baptist.

16   Q.   How long did you do that for?

17   A.   Approximately six, seven years.

18   Q.   Did you take on that job right after graduating

19   from college?

20   A.   I started out just working there as maintenance.

21   Q.   Okay.  Where did your wife go to high school?

22   A.   Bangor Christian.

23   Q.   I understand from the complaint that that's where

24   you two met?

25   A.   Yes.

1    Q.   I think you said you were the class of '94 from

2    Bangor Christian?

3    A.   Yes.

4    Q.   Was she class of '94 also?

5    A.   Yes.

6    Q.   What did she do after she graduated from Bangor

7    Christian?

8    A.   EMCC as well.

9    Q.   Did she get a degree from there?

10   A.   One class short.

11   Q.   She hasn't gone back to complete the degree?

12   A.   No.

13   Q.   Does she have a job outside the house?

14   A.   She runs my books.

15   Q.   Okay.

16   A.   She runs the company you could say.

17   Q.   She's the boss?

18   A.   Yeah.

19   Q.   Are you a member of a church?

20   A.   Yes.

21   Q.   What church?

22   A.   Bangor Baptist, Crosspoint now.

23   Q.   So it's now known as Crosspoint?

24   A.   Yes.

25   Q.   But it used to be known as Bangor Baptist?

Alley & Morrisette Reporting 207-495-3900

1     A.   Yes.

2     Q.   So the church that you're a member of is the same

3  church that you were the facilities manager for?

4     A.   Yes.

5     Q.   Okay.  Do you know why it changed its named from

6  Bangor Baptist to Crosspoint?

7     A.   No, I do not.

8     Q.   Is it still considered a Baptist church?

9     A.   Yes.

10    Q.   How long have you been a member of first Bangor

11  Baptist and now Crosspoint?

12    A.   Since approximately 1989.

13    Q.   Is your wife a member of that church?

14    A.   No.

15    Q.   I'm sorry, no?

16    A.   No.

17    Q.   Is she a member of a different church?

18    A.   No.

19    Q.   Is your daughter, O.C., a member of the church?

20    A.   No.

21    Q.   Do you -- does Crosspoint have regular church

22  services?

23    A.   Yes.

24    Q.   And do you generally attend those?

25    A.   No.

1    Q.   How frequently say in a month or a year do you

2    think you attend church services?

3    A.   Twice a year.

4    Q.   Okay.  Does your wife ever attend service at

5    Crosspoint?

6    A.   No.

7    Q.   Does your daughter ever attend service at

8    Crosspoint?

9    A.   Yes.

10    Q.   How often would you say that she attends

11    services?

12    A.   Every week.

13    Q.   How far is Crosspoint Church from your house?

14    A.   Five, six miles, approximately.

15    Q.   So when your daughter attends services at

16    Crosspoint, how does she get there?

17    A.   I drive her or her mother does.

18    Q.   And then what do you -- on the occasions when you

19    drive her to church, what would you do while she's

20    attending the service?

21    A.   Either go into Bangor or run back home.

22    Q.   Do you know what your wife does when she takes

23    your daughter to church?

24    A.   I do not.

25    Q.   Okay.  Is there a reason that you don't attend

1    church with your daughter?

2        A.   She goes to a youth group.

3        Q.   Okay.  Is it -- I'm not sure how to ask this

4    question, but you're a member of the church but it

5    sounds like you don't go to the church very frequently

6    and I'm wondering if there's an explanation for that or

7    --

8        A.   We just had a daughter that passed when we were

9    younger, and we just don't go now.

10       Q.   Okay, I'm sorry.  Where did your daughter O.C.

11   attend kindergarten?

12       A.   Bangor Christian.

13       Q.   Did she attend first through 8th grade there?

14       A.   K through --

15       Q.   So kindergarten through -- what grade is she in

16   now?

17       A.   Sophomore.

18       Q.   So has her entire academic career been at Bangor

19   Christian?

20       A.   Yes.

21       Q.   Does Bangor Christian have a Pre-K program?

22       A.   Yes.

23       Q.   Did she attend the Pre-K program there?

24       A.   Yes.

25       Q.   Why did you decide to -- so starting with the

1    Pre-K program, why did you decide to enroll your

2    daughter in Bangor Christian's Pre-K program?

3        A.   When I worked there, I was aware of the quality

4    of education that they have, and the standards of

5    excellence that they produce.

6        Q.   And is that the reason that you've continued to

7    keep your daughter enrolled at Bangor Christian?

8        A.   Yes.

9        Q.   Other than the quality of the education, are

10   there any other factors that have gone into your

11   decision to keep your daughter at Bangor Christian?

12       A.   No.

13       Q.   Do you consider yourself a religious person?

14       A.   Somewhat.

15       Q.   Are you a born-again Christian?

16       A.   Yes.

17       Q.   Is your wife?

18       A.   Yes.

19       Q.   Is your daughter?

20       A.   Yes.

21       Q.   Okay.  Is there anything about your religious

22   beliefs that makes you want to -- let me start over.

23   That was gonna be a terrible question.

24           Does your religion require that your daughter

25   attend a Christian school?

1    A.  No.

2    Q.  So would there be anything counter to your

3  religion if you were to enroll your daughter in a public

4  school?

5    A.  No.

6    Q.  These are questions that I'm gonna probably not

7  use quite the right words and so if you don't understand

8  my question, just ask me and I'll try to clarify.

9        In addition to academics, does Bangor Christian

10  also teach students about what it means to be a

11  Christian?

12    A.  Yes.

13    Q.  Do they teach children how they should model

14  their behavior in order to be a good Christian?

15    A.  Encourages behavior I would say.

16    Q.  Okay.  Do they teach children that the Bible

17  represents the word of God?

18    A.  Yes.

19    Q.  Do they teach children that they should try to

20  conform their behavior to what is said in the Bible?

21    A.  Yes.

22    Q.  Does Bangor Christian teach children that in

23  order to be a Christian, they need to accept Jesus

24  Christ as their savior?

25    A.  Yes.

1      Q.   Is that something that you see as a positive?   In

2  other words, is that something that you see is a benefit

3  of sending your daughter to Bangor Christian, that

4  they're teaching her certain Christian values?

5      A.   Yes, it is.

6      Q.   Do you want your daughter to be a good Christian?

7      A.   Yes.

8      Q.   And do you believe that Bangor Christian is

9  helping her to become a better Christian?

10      A.   Yes.

11      Q.   If your daughter came to you and said -- came to

12  you and your wife and said, mom and dad, I think for my

13  junior and senior year, I would like to attend a public

14  school, would you be okay with that, is that something

15  that you would have to talk about with her, would you

16  not be okay with it?

17      A.   We would have to talk about it with her.

18      Q.   Okay.  Are there concerns that you would have if

19  she wanted to attend a public school?

20      A.   Quality of education.

21      Q.   Any other concerns?

22      A.   Drugs at public schools.  She has a good

23  environment where she's at.

24      Q.   Do you want your daughter to go to a school where

25  the school will promote Christian values?

1    A.  Yes.

2    Q.  If families in Maine wanted to send their

3  children to say a Jewish school where the school would

4  instill Jewish values or to say an Islamic school where

5  the school would instill Muslim or Islamic values, would

6  you be okay with your tax money being used to fund that?

7    A.  As long as it's an approved, accredited school by

8  the state.

9    Q.  Okay.  How did you end up becoming a plaintiff in

10  this case?  Was it because of the e-mail that you --

11  well, let me start over.  I'm gonna show you Exhibit 2

12  which we talked about just a few minutes ago, and it

13  looks like the top of that is an e-mail from Dr.

14  Benjamin.  Is it your understanding that this was an

15  e-mail that he sent to a large group of families whose

16  children attend Bangor Christian?

17    A.  Yes, that is my assumption of that.

18    Q.  Did you and your wife receive that e-mail?

19    A.  Yes, we did.

20    Q.  And was it as a result of that e-mail that you

21  ended up becoming a plaintiff in this case?

22    A.  Yes, it was.

23    Q.  Okay.  What's the closest public high school to

24  your house?

25    A.  Bangor High.

 1    Q.   Does your daughter have friends who attend Bangor

 2  High?

 3    A.   Yes.

 4    Q.   What's your opinion of the quality of education

 5  at Bangor High?

 6    A.   They produce a good education.

 7    Q.   What's your opinion regarding the extent to which

 8  drugs are a problem at Bangor High?

 9    A.   They're a significant problem.

10    Q.   Okay.

11         MR. TAUB:   We're gonna take a quick break.

12  I think you know the drill.

13         MR. KELLER:   I do.

14         (Off the record.)

15  BY MR. TAUB:

16    Q.   I just want to follow up on something that you

17  said.  I was asking you about families attending like an

18  Islamic or a Jewish school, and you said that you would

19  be okay with it as long as it was accredited by the

20  state, is that right?

21    A.   Yes.

22    Q.   When you say, "accredited by the state," what do

23  you mean by that?

24    A.   There's an accreditation process that Bangor

25  Christian is a part of, New England Association,

1  something similar to that, that the state approves.

2     Q.  Okay.  So you're aware that it's a private entity

3  that's accredited Bangor Christian?

4     A.  Yes.

5     Q.  And then the state basically accepts that

6  accreditation for purposes of approving it?

7     A.  Yes.

8     Q.  Okay.  So you're saying that as long as another

9  school had a similar kind of approval, you would be okay

10  by that?

11     A.  Yes, by the state.

12     Q.  Even if they thought a religion that was

13  different than Christianity?

14     A.  Yes.

15             MR. TAUB:  Okay, I'm all set.

16             MR. KELLER:  I don't have anything.

17  (Whereupon, the above-named deposition was concluded at

18  2:27 p.m.)

19  (The deponent does not waive reading and signing.)

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3      I, Debra J. Fusco, a Notary Public in and for the

 4   State of Maine, hereby certify that on the 20th day of

 5   November, 2018, personally appeared before me the

 6   within-named deponent who was sworn to testify to the

 7   truth, the whole truth, and nothing but the truth in the

 8   aforementioned cause of action and that the foregoing is

 9   a true and accurate record as taken by me by means of

10   computer-aided machine shorthand.

11

12      I further certify that I am a disinterested person in

13   the event or outcome of the aforementioned cause of

14   action.

15

16      IN WITNESS WHEREOF, I have hereunto set my hand this

17   4th day of December, 2018.

18

19                        _____

20                        Debra J. Fusco

21                        Court Reporter/Notary Public

22

23   My Commission expires:  February 23, 2023

24

25
```

1      ALLEY & MORRISETTE REPORTING SERVICE

2                1203 Augusta Road

3                Belgrade, ME 04917

4

5                                      December 4, 2018

6    David Carson

7    c/o Tim Keller, Esq.

8    398 S. Mill Avenue, Suite 301

9    Tempe, AZ 85281

10

11   RE:  Carson, et al, vs. Commissioner of the Maine DOE

12   Enclosed please find a copy of your deposition taken in

13   the above-mentioned action.  Also enclosed is the

14   original signature page and a sheet for corrections.

15

16   Please read the copy of the deposition and sign the

17   original signature page before a Notary Public.  If

18   there are any corrections you wish to make, they should

19   be made on the enclosed correction sheet.  Do not mark

20   on the deposition.

21

22   Please return the signed original signature page and

23   correction sheet to Alley & Morrisette at the above

24   address within 30 days.

25   Thank you.

1   THE ORIGINAL DEPOSITION OF DAVID CARSON SHOULD INCLUDE

2   THE FOLLOWING CORRECTIONS:

3

4

5

6   Page    Line      Change from this   To this

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1    TO BE COMPLETED BY THE DEPONENT:

2

3       I, _____, have read the foregoing

4    pages and have noted any stenographic errors of my

5    testimony together with their respective corrections and

6    the reasons therefore on the following Errata Sheet.

7

8              (SIGNATURE)_____

9                  (DATE)_____

10              * * * * * * * * * * * * * * *

11   TO BE COMPLETED BY THE NOTARY PUBLIC/ATTORNEY

12      I, _____, a Notary Public/Attorney in

13   and for the State of Maine, hereby acknowledge that the

14   above-named deponent personally appeared before me and

15   affixed his/her signature as his/her own true act and

16   deed.

17

18              (SIGNATURE)_____

19                  (DATE)_____

20

21   TITLE:  Carson, et al, vs. Commissioner of the Maine DOE

22   DEPOSITION OF:  David Carson

23   DATE OF DEPOSITION:  November 20, 2018

24   NOTICING PARTY:  Christopher Taub, Esq.

25   REPORTER:  Debra J. Fusco
```

**'94** [2] - 10:1, 4
**04333-0006** [1] - 2:4
**04917** [1] - 21:3
**1203** [1] - 21:2
**1600** [1] - 2:13
**18-cv-00327** [1] - 1:3
**1989** [1] - 11:12
**1994** [1] - 8:6
**1996** [1] - 8:17
**2** [3] - 6:22; 7:1;
17:11
**20** [3] - 1:19; 4:4;
23:23
**2001** [1] - 2:13
**2018** [6] - 1:19; 4:4;
20:5, 17; 21:5; 23:23
**2023** [1] - 20:23
**207)626-8800** [1] -
2:4
**20th** [1] - 20:4
**210** [1] - 2:17
**22** [1] - 7:12
**229** [1] - 2:17
**23** [1] - 20:23
**2:04** [2] - 1:19; 4:4
**2:27** [1] - 19:18
**30** [2] - 6:2; 21:24
**301** [2] - 2:8; 21:8
**398** [2] - 2:8; 21:8
**4** [6] - 3:3, 12; 6:5, 8;
21:5
**480)557-8300** [1] -
2:9
**4th** [1] - 20:17
**5** [1] - 6:15
**6** [2] - 2:3; 3:12
**64063** [1] - 2:18
**6th** [2] - 1:18; 4:3
**75075** [1] - 2:13
**816)210-4449** [1] -
2:18
**85281** [2] - 2:9; 21:9
**8th** [1] - 13:13
**972)941-4444** [1] -
2:14

**AAG** [2] - 2:2
**above-mentioned**
[1] - 21:13
**above-named** [2] -
19:17; 23:14
**academic** [1] - 13:18
**academics** [1] - 15:9
**accept** [1] - 15:23
**accepts** [1] - 19:5
**accreditation** [2] -
18:24; 19:6
**accredited** [4] - 17:7;
18:19, 22; 19:3
**accurate** [1] - 20:9
**acknowledge** [1] -
23:13

**act** [1] - 23:15
**Action** [1] - 1:3
**action** [3] - 20:8, 14;
21:13
**addition** [1] - 15:9
**address** [2] - 6:1;
21:24
**administered** [1] -
4:6
**affixed** [1] - 23:15
**aforementioned** [2] -
20:8, 13
**ago** [1] - 17:12
**aided** [1] - 20:10
**al** [2] - 1:8; 21:11;
23:21
**ALLEY** [1] - 21:1
**Alley** [1] - 21:23
**AMY** [1] - 1:8
**Amy** [2] - 7:10, 13
**answer** [3] - 5:8, 11,
15
**answering** [1] - 5:9
**answers** [1] - 5:4
**APPEARANCES** [1] -
2:1
**appeared** [2] - 20:5;
23:14
**approval** [1] - 19:9
**approved** [1] - 17:7
**approves** [1] - 19:1
**approving** [1] - 19:6
**Assistant** [1] - 4:14
**Association** [1] -
18:25
**assumption** [1] -
17:17
**attend** [13] - 11:24;
12:2, 4, 7, 25; 13:11,
13, 23; 14:25; 16:13,
19; 17:16; 18:1
**attending** [2] - 12:20;
18:17
**attends** [2] - 12:10,
15
**Attorney** [7] - 1:18;
2:6, 10, 15, 19; 4:2,
14
**ATTORNEY** [1] - 2:3
**Augusta** [4] - 1:19;
2:4; 4:4; 21:2
**Avenue** [2] - 2:8;
21:8
**aware** [2] - 14:3; 19:2
**AZ** [2] - 2:9; 21:9
**background** [1] - 7:6
**Bangor** [29] - 8:4, 8;
9:11, 15, 22; 10:2, 6,
22, 25; 11:6, 10;
12:21; 13:12, 18, 21;
14:2, 7, 11; 15:9, 22;

16:3, 8; 17:16, 25;
18:1, 5, 8, 24; 19:3
**Baptist** [7] - 9:11, 15;
10:22, 25; 11:6, 8, 11
**BE** [2] - 23:1, 11
**became** [1] - 9:9
**become** [1] - 16:9
**becoming** [2] - 17:9,
21
**beginning** [2] - 1:19;
4:4
**behavior** [3] - 15:14,
20
**Belgrade** [1] - 21:3
**beliefs** [1] - 14:22
**benefit** [1] - 16:2
**Benjamin** [1] - 17:14
**better** [1] - 16:9
**Bible** [2] - 15:16, 20
**big** [1] - 4:25
**bit** [1] - 7:6
**books** [1] - 10:14
**born** [1] - 14:15
**born-again** [1] -
14:15
**boss** [1] - 10:17
**boy** [1] - 7:19
**break** [2] - 5:22;
18:11
**brought** [1] - 4:17
**Building** [2] - 1:18;
4:3
**business** [2] - 8:15,
22
**BY** [9] - 3:3-7; 4:11;
18:15; 23:1, 11
**c/o** [1] - 21:7
**capacity** [1] - 1:11
**career** [1] - 13:18
**CARSON** [5] - 1:8,
15; 3:2; 4:8; 22:1
**Carson** [6] - 4:12;
6:13; 21:6, 11; 23:21
**case** [3] - 4:20;
17:10, 21
**certain** [1] - 16:4
**certify** [2] - 20:4, 12
**Change** [1] - 22:6
**changed** [1] - 11:5
**child** [1] - 7:17
**children** [9] - 7:13,
15, 24; 15:13, 16, 19,
22; 17:3, 16
**Chris** [1] - 4:12
**Christ** [1] - 15:24
**Christian** [26] - 8:4,
8; 9:22; 10:2, 7;
13:12, 19, 21; 14:7,
11, 15, 25; 15:9, 11,
14, 22-23; 16:3, 6,
8-9, 25; 17:16; 18:25;

19:3
**Christian's** [1] - 14:2
**Christianity** [1] -
19:13
**Christopher** [2] -
23:24
**CHRISTOPHER** [1] -
2:2
**christopher.taub@**
**maine.gov** [1] - 2:5
**Church** [2] - 9:12;
12:13
**church** [16] - 9:14;
10:19, 21; 11:2, 8, 13,
17, 19, 21; 12:2, 19,
23; 13:1, 4
**Civil** [1] - 1:3
**clarify** [1] - 15:8
**class** [3] - 10:1, 4, 10
**closest** [1] - 17:23
**college** [2] - 8:9,
19-20; 9:7, 19
**commercial** [1] - 9:2
**Commission** [1] -
20:23
**Commissioner** [3] -
1:11; 21:11; 23:21
**commissioner** [1] -
4:15
**community** [3] - 8:9,
20
**Community** [1] -
8:11
**company** [1] - 10:16
**complaint** [1] - 9:23
**complete** [1] - 10:11
**COMPLETED** [2] -
23:1, 11
**computer** [1] - 20:10
**computer-aided** [1] -
20:10
**concerns** [2] - 16:18,
21
**concluded** [1] -
19:17
**conform** [1] - 15:20
**consider** [1] - 14:13
**considered** [1] - 11:8
**construction** [1] -
9:4
**continued** [1] - 14:6
**contractor** [2] - 9:1,
10
**copy** [2] - 21:12, 16
**correct** [1] - 4:20
**correction** [2] -
21:19, 23
**corrections** [3] -
21:14, 18; 23:5
**CORRECTIONS** [1] -
22:2

**counter** [1] - 15:2
**Court** [1] - 20:21
**COURT** [1] - 1:1
**Cross** [2] - 1:18; 4:3
**Crosspoint** [9] -
10:22; 11:6, 11, 21;
12:5, 8, 13, 16
**dad** [1] - 16:12
**DATE** [3] - 23:9, 19,
23
**daughter** [18] -
11:19; 12:7, 15, 23;
13:1, 8, 10; 14:2, 7,
11, 19, 24; 15:3; 16:3,
6, 11, 24; 18:1
**DAVID** [5] - 1:8, 15;
3:2; 4:8; 22:1
**David** [2] - 6:13;
21:6; 23:22
**days** [1] - 21:24
**DBH** [1] - 1:3
**deal** [1] - 4:25
**Debra** [5] - 1:17; 4:1;
20:3, 20; 23:25
**December** [2] -
20:17; 21:5
**decide** [2] - 13:25;
14:1
**decision** [1] - 14:11
**deed** [1] - 23:16
**Defendant** [2] - 1:12;
2:6
**degree** [6] - 8:12, 14,
22-23; 10:9, 11
**Department** [1] -
1:11
**DEPARTMENT** [1] -
2:3
**deponent** [4] - 4:6;
19:19; 20:6; 23:14
**DEPONENT** [3] -
1:15; 3:1; 23:1
**deposed** [1] - 4:9
**Deposition** [2] -
3:12; 6:13
**DEPOSITION** [3] -
22:1; 23:22
**deposition** [10] - 4:1,
13, 20, 22; 5:20, 23;
19:17; 21:12, 16, 20
**description** [3] -
6:16, 20; 7:3
**different** [2] - 11:17;
19:13
**disinterested** [1] -
20:12
**DISTRICT** [2] - 1:1
**document** [2] - 6:10,
23
**documents** [3] -
6:16, 19; 7:1

**DOE** [2] - 21:11; 23:21

**Douglas** [1] - 2:17

**down** [2] - 5:5, 18

**Dr** [1] - 17:13

**drill** [1] - 18:12

**drive** [2] - 12:17, 19

**drugs** [2] - 16:22; 18:8

**duly** [1] - 4:8

**during** [1] - 5:23

**e-mail** [5] - 17:10, 13, 15, 18, 20

**easier** [2] - 5:2, 11

**Eastern** [1] - 8:11

**education** [6] - 4:16; 14:4, 9; 16:20; 18:4, 6

**Education** [1] - 1:11

**either** [1] - 12:21

**EMCC** [1] - 10:8

**Enclosed** [1] - 21:12

**enclosed** [2] - 21:13, 19

**encourages** [1] - 15:15

**end** [1] - 17:9

**ended** [1] - 17:21

**England** [1] - 18:25

**enroll** [2] - 14:1; 15:3

**enrolled** [1] - 14:7

**entire** [1] - 13:18

**entity** [1] - 19:2

**environment** [1] - 16:23

**Errata** [1] - 23:6

**errors** [1] - 23:4

**Esq** [2] - 21:7; 23:24

**ESQUIRE** [3] - 2:7, 12, 16

**et** [3] - 1:8; 21:11; 23:21

**event** [1] - 20:13

**EXAMINATION** [5] - 3:3

**eXAMINATION** [1] - 4:10

**excellence** [1] - 14:5

**Exhibit** [8] - 3:12; 6:5, 8, 15, 22; 7:1; 17:11

**expires** [1] - 20:23

**explanation** [1] - 13:6

**extent** [1] - 18:7

**facilities** [2] - 9:11; 11:3

**factors** [1] - 14:10

**fall** [1] - 7:2

**families** [4] - 4:17; 17:2, 15; 18:17

**family** [1] - 7:7

**far** [1] - 12:13

**February** [1] - 20:23

**few** [2] - 5:1; 17:12

**finish** [2] - 5:7, 9

**FIRM** [1] - 2:17

**first** [3] - 5:21; 11:10; 13:13

**FIRST** [1] - 2:12

**five** [1] - 12:14

**Floor** [2] - 1:19; 4:3

**follow** [1] - 5:2; 18:16

**FOLLOWING** [1] - 22:2

**following** [1] - 23:6

**follows** [1] - 4:9

**FOR** [2] - 1:1; 2:8

**foregoing** [2] - 20:8; 23:3

**forgot** [1] - 5:14

**FORSTER** [2] - 2:2; 3:4

**Forster** [1] - 4:15

**forth** [1] - 6:20

**frequently** [2] - 12:1; 13:5

**friends** [1] - 18:1

**fund** [1] - 17:6

**Fusco** [5] - 1:17; 4:1; 20:3, 20; 23:25

**general** [2] - 9:1, 9

**General** [3] - 1:18; 4:2, 14

**GENERAL** [1] - 2:3

**generally** [1] - 11:24

**girl** [2] - 7:19

**given** [1] - 1:20

**Glenburn** [1] - 6:2

**God** [1] - 15:17

**gonna** [10] - 5:2, 4, 8; 6:4, 7, 9; 14:23; 15:6; 17:11; 18:11

**grade** [2] - 13:13, 15

**graduate** [2] - 8:15, 18

**graduated** [4] - 8:7, 19; 9:7; 10:6

**graduating** [1] - 9:18

**group** [2] - 13:2; 17:15

**guidelines** [1] - 5:1

**hand** [1] - 20:16

**hard** [1] - 5:18

**HASSON** [1] - 1:11

**head** [2] - 5:16

**helping** [1] - 16:9

**hereby** [2] - 20:4; 23:13

**hereunto** [1] - 20:16

**hi** [1] - 4:12

**high** [3] - 8:3; 9:21; 17:23

**High** [4] - 17:25; 18:2, 5, 8

**his/her** [2] - 23:15

**home** [1] - 12:21

**house** [3] - 10:13; 12:13; 17:24

**House** [1] - 2:3

**huhs** [1] - 5:17

**hums** [1] - 5:17

**IN** [1] - 20:16

**INCLUDE** [1] - 22:1

**information** [1] - 7:6

**initials** [1] - 7:17

**instill** [2] - 17:4

**INSTITUTE** [1] - 2:8

**introduced** [1] - 4:13

**Islamic** [3] - 17:4; 18:18

**Jesus** [1] - 15:23

**Jewish** [3] - 17:3; 18:18

**job** [2] - 9:18; 10:13

**JR** [1] - 1:11

**junior** [1] - 16:13

**JUSTICE** [1] - 2:8

**keep** [2] - 14:7, 11

**KELLER** [4] - 2:7; 3:5; 18:13; 19:16

**Keller** [1] - 21:7

**kind** [3] - 5:18; 8:18; 19:9

**kindergarten** [2] - 13:11, 15

**known** [2] - 10:23, 25

**Lane** [1] - 6:2

**large** [1] - 17:15

**last** [1] - 6:15

**lawsuit** [1] - 4:16

**LEA** [1] - 2:12

**Lee's** [1] - 2:18

**lepatterson@ firstliberty.org** [1] - 2:14

**LIBERTY** [1] - 2:12

**life** [1] - 5:11

**Line** [1] - 22:6

**line** [1] - 9:6

**living** [1] - 8:2

**LLC** [1] - 2:17

**look** [1] - 6:8

**looked** [1] - 6:9

**looks** [1] - 17:13

**machine** [1] - 20:10

**mail** [5] - 17:10, 13, 15, 18, 20

**MAINE** [1] - 1:1

**Maine** [6] - 1:11, 18-19; 4:4; 6:2; 8:11; 17:2; 20:4; 21:11; 23:13, 21

**maintenance** [1] - 9:20

**management** [2] - 8:15, 22

**manager** [2] - 9:11; 11:3

**mark** [2] - 6:5; 21:19

**marked** [4] - 6:6, 22; 7:1

**married** [2] - 7:7, 11

**ME** [2] - 2:4; 21:3

**mean** [1] - 18:23

**means** [2] - 15:10; 20:9

**member** [7] - 10:19; 11:2, 10, 13, 17, 19; 13:4

**mentioned** [1] - 21:13

**met** [1] - 9:24

**MICHAEL** [1] - 2:16

**might** [1] - 7:2

**mike@ thewhiteheadfirm. com** [1] - 2:19

**miles** [1] - 12:14

**Mill** [2] - 2:8; 21:8

**minute** [1] - 6:8

**minutes** [1] - 17:12

**MO** [1] - 2:18

**model** [1] - 15:13

**mom** [1] - 16:12

**money** [1] - 17:6

**month** [1] - 12:1

**MORRISETTE** [1] - 21:1

**Morrisette** [1] - 21:23

**mother** [1] - 12:17

**MR** [10] - 3:3, 5, 7; 4:11; 6:4; 18:11, 13, 15; 19:15

**MS** [2] - 3:4, 6

**Muslim** [1] - 17:5

**name** [3] - 4:12; 7:9; 9:13

**named** [4] - 11:5; 19:17; 20:6; 23:14

**need** [1] - 15:23

**new** [1] - 9:4

**New** [1] - 18:25

**NONE** [4] - 3:4

**none** [1] - 8:2

**NOTARY** [1] - 23:11

**Notary** [7] - 1:17; 4:2, 6, 9; 20:3; 21:17; 23:12

**noted** [1] - 23:4

**nothing** [1] - 20:7

**Notice** [2] - 3:12; 6:12

**notice** [1] - 1:20

**NOTICING** [1] - 23:24

**November** [4] - 1:19; 4:4; 20:5; 23:23

**O.C** [6] - 7:18, 21, 23; 11:19; 13:10

**oath** [1] - 4:6

**occasions** [1] - 12:18

**OF** [5] - 1:1; 2:3; 22:1; 23:22

**Office** [4] - 1:18; 4:2

**official** [1] - 1:11

**often** [2] - 5:14; 12:10

**old** [1] - 7:21

**once** [1] - 5:12

**one** [4] - 5:21; 6:21; 7:16; 10:10

**opinion** [2] - 18:4, 7

**order** [2] - 15:14, 23

**original** [3] - 21:14, 17, 22

**ORIGINAL** [1] - 22:1

**outcome** [1] - 20:13

**outside** [1] - 10:13

**own** [1] - 23:15

**p.m** [3] - 1:19; 4:5; 19:18

**Page** [2] - 3:12; 22:6

**page** [5] - 6:15; 21:14, 17, 22

**pages** [1] - 23:4

**Parkway** [1] - 2:13

**part** [1] - 18:25

**PARTY** [1] - 23:24

**passed** [1] - 13:8

**PATTERSON** [2] - 2:12; 3:6

**payments** [1] - 4:18

**people** [1] - 5:12

**person** [2] - 14:13; 20:12

**personally** [2] - 20:5; 23:14

**plaintiff** [2] - 17:9, 21

**Plaintiffs** [4] - 1:9; 2:10, 15, 19

**Plano** [2] - 2:13

**point** [1] - 5:23

**positive** [1] - 16:1

**Pre** [4] - 13:21, 23; 14:1

**Pre-K** [4] - 13:21, 23; 14:1

**private** [3] - 4:18; 19:2

**problem** [2] - 18:8

**process** [1] - 18:24

**produce** [2] - 14:5; 18:6

**program** [4] - 13:21, 23; 14:1
**programs** [1] - 8:19
**promote** [1] - 16:25
**public** [6] - 4:17; 15:3; 16:13, 19, 22; 17:23
**Public** [7] - 1:17; 4:2, 7, 9; 20:3, 21; 21:17
**PUBLIC/ ATTORNEY** [1] - 23:11
**Public/Attorney** [1] - 23:12
**purposes** [1] - 19:6
**pursuant** [1] - 1:19
**quality** [4] - 14:3, 9; 16:20; 18:4
**questions** [3] - 5:3, 16; 15:6
**quick** [1] - 18:11
**quite** [3] - 5:7, 9; 15:7
**RE** [1] - 21:11
**read** [2] - 21:16; 23:3
**reading** [1] - 19:19
**reason** [2] - 12:25; 14:6
**reasons** [1] - 23:6
**receive** [1] - 17:18
**recognize** [1] - 6:10
**record** [4] - 5:12, 25; 18:14; 20:9
**referring** [1] - 6:23
**regarding** [1] - 18:7
**regular** [1] - 11:21
**relating** [1] - 4:17
**religion** [3] - 14:24; 15:3; 19:12
**religious** [3] - 4:19; 14:13, 21
**remind** [1] - 5:14
**remodeling** [1] - 9:5
**REPORTER** [1] - 23:25
**reporter** [1] - 5:4
**Reporter/Notary** [1] - 20:21
**REPORTING** [1] - 21:1
**representing** [1] - 4:15
**represents** [1] - 15:17
**require** [1] - 14:24
**residential** [1] - 9:2
**respective** [1] - 23:5
**responsive** [1] - 6:19
**result** [1] - 17:20
**return** [1] - 21:22
**Road** [1] - 21:2

**ROBERT** [1] - 1:11
**run** [1] - 12:21
**runs** [2] - 10:14, 16
**Sarah** [1] - 4:14
**SARAH** [1] - 2:2
**sarah.forster@ maine.gov** [1] - 2:5
**savior** [1] - 15:24
**school** [16] - 8:3; 9:21; 14:25; 15:4; 16:14, 19, 24-25; 17:3-5, 7, 23; 18:18; 19:9
**schools** [3] - 4:18; 16:22
**SE** [1] - 2:17
**see** [4] - 6:13, 16; 16:1
**send** [1] - 17:2
**sending** [1] - 16:3
**senior** [1] - 16:13
**sent** [1] - 17:15
**series** [1] - 5:3
**service** [3] - 12:4, 7, 20
**SERVICE** [1] - 21:1
**services** [4] - 11:22; 12:2, 11, 15
**set** [3] - 6:20; 19:15; 20:16
**seven** [1] - 9:17
**Sewall** [2] - 1:19; 4:3
**shakes** [1] - 5:17
**sheet** [3] - 21:14, 19, 23
**Sheet** [1] - 23:6
**short** [4] - 5:20-22; 10:10
**shorthand** [1] - 20:10
**SHOULD** [1] - 22:1
**show** [3] - 6:7, 22; 17:11
**shown** [1] - 6:25
**sign** [1] - 21:16
**signature** [4] - 21:14, 17, 22; 23:15
**SIGNATURE** [2] - 23:8, 18
**signed** [1] - 21:22
**significant** [1] - 18:9
**signing** [1] - 19:19
**similar** [2] - 19:1, 9
**six** [2] - 9:17; 12:14
**sixteen** [1] - 7:22
**somewhat** [1] - 14:14
**sophomore** [1] - 13:17
**sorry** [3] - 9:13; 11:15; 13:10

**sounds** [1] - 13:5
**St** [1] - 2:17
**standards** [1] - 14:4
**start** [3] - 7:5; 14:22; 17:11
**started** [1] - 9:20
**starting** [1] - 13:25
**state** [7] - 5:25; 17:8; 18:20, 22; 19:1, 5, 11
**State** [6] - 1:18; 2:3; 4:3; 20:4; 23:13
**STATES** [1] - 1:1
**Station** [1] - 2:3
**Ste** [1] - 2:17
**stenographic** [1] - 23:4
**still** [1] - 11:8
**Street** [2] - 1:19; 4:3
**students** [1] - 15:10
**Suite** [3] - 2:8, 13; 21:8
**Summit** [1] - 2:18
**suspecting** [1] - 5:21
**sworn** [2] - 4:8; 20:6
**TAUB** [7] - 2:2; 3:3; 4:11; 6:4; 18:11, 15; 19:15
**Taub** [2] - 4:12; 23:24
**tax** [1] - 17:6
**teach** [5] - 15:10, 13, 16, 19, 22
**teaching** [1] - 16:4
**Telephone** [1] - 2:16
**Tempe** [2] - 2:9; 21:9
**terrible** [1] - 14:23
**testified** [1] - 4:9
**testify** [1] - 20:6
**testimony** [1] - 23:5
**THE** [6] - 1:1; 2:17; 22:1; 23:1, 11
**therefore** [1] - 23:6
**TIM** [1] - 2:7
**Tim** [2] - 6:21; 21:7
**TITLE** [1] - 23:21
**title** [1] - 6:12
**tkeller@ij.org** [1] - 2:10
**TO** [2] - 23:1, 11
**today** [1] - 4:20
**together** [2] - 7:13; 23:5
**top** [1] - 17:13
**true** [2] - 20:9; 23:15
**truth** [1] - 20:7
**try** [5] - 5:1, 10, 15; 15:8, 19
**trying** [1] - 5:12
**tuition** [1] - 4:17
**twice** [1] - 12:3
**two** [6] - 4:16; 5:12,

21; 7:11; 8:23; 9:24
**two-year** [1] - 8:23
**TX** [1] - 2:13
**uh-huhs** [1] - 5:17
**um-hums** [1] - 5:17
**un-uns** [1] - 5:17
**UNITED** [1] - 1:1
**uns** [1] - 5:17
**up** [3] - 17:9, 21; 18:16
**values** [4] - 16:4, 25; 17:4
**verbally** [1] - 5:16
**Via** [1] - 2:16
**Victory** [1] - 6:2
**vs** [3] - 1:10; 21:11; 23:21
**wait** [2] - 5:9
**waive** [1] - 19:19
**week** [1] - 12:12
**West** [1] - 2:13
**WHEREOF** [1] - 20:16
**WHITEHEAD** [3] - 2:16; 3:7
**whole** [1] - 20:7
**wife** [8] - 4:16; 9:21; 11:13; 12:4, 22; 14:17; 16:12; 17:18
**wife's** [1] - 7:9
**wish** [1] - 21:18
**within-named** [1] - 20:6
**WITNESS** [1] - 20:16
**witnesses** [1] - 13:6
**wondering** [1] - 13:6
**word** [1] - 15:17
**words** [2] - 15:7; 16:2
**writing** [1] - 5:4
**year** [6] - 8:5, 16, 23; 12:1, 3; 16:13
**years** [2] - 7:12; 9:17
**younger** [1] - 13:9
**yourself** [4] - 4:23; 7:6, 23; 14:13
**youth** [1] - 13:2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

DAVID and AMY CARSON, et al.,        )
                                     )
Plaintiffs,                          )
                                     )
        v.                           )        Civil Action No. 18-cv-00327 DBH
                                     )
ROBERT G. HASSON, JR., in his        )
official capacity as Commissioner of )
the Maine Department of Education,   )
                                     )
Defendant.                           )

## NOTICE OF DEPOSITION OF DAVID CARSON

Please take notice that on Tuesday, November 20, 2018 at 2:00 p.m., at the Office of the Attorney General, Cross State Office Building, 6th Floor, Sewall Street, Augusta, Maine 04333, counsel for the defendant, Robert G. Hasson, Jr., Commissioner of the Maine Department of Education, will take the deposition of David Carson, upon oral examination, pursuant to the Federal Rules of Civil Procedure.

The deposition will be taken before a notary public or some other officer authorized by law to administer oaths, and will be recorded by means of a stenotype machine.

The deponent or his attorney must also bring with him to the deposition the following documents: see attached Exhibit A.

The deposition will continue from day to day until completed.  You are invited to attend and cross-examine.


DEPOSITION
EXHIBIT
4
Carson
PENGAD 800-631-6989

DATED at Augusta, Maine, this 5th day of November, 2018.

JANET T. MILLS
Attorney General


/s/ Sarah A. Forster
SARAH A. FORSTER
CHRISTOPHER C. TAUB
Assistant Attorneys General
Office of the Attorney General
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
**sarah.forster@maine.gov**
**christopher.c.taub@maine.gov**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 5th day of November, 2018, I caused the original of this

document to be served by electronic mail and first class mail upon lead counsel for the Plaintiffs:

> TIMOTHY D. KELLER, ESQ.
> Institute for Justice
> 398 S. Mill Avenue
> Suite 301
> Tempe, AZ 85281
> tkeller@ij.org

All other counsel of record will receive this document by electronic mail:

> ARIF PANJU, ESQ.
> apanju@ij.org

> JEFFREY T. EDWARDS, ESQ.
> jedwards@preti.com

> JONATHAN R. WHITEHEAD, ESQ.
> jon@whiteheadlawllc.com

> LEA PATTERSON, ESQ.
> lepatterson@firstliberty.org

> MICHAEL K. WHITEHEAD, ESQ.
> mike@thewhiteheadfirm.com

> ALEX LUCHENITSER, ESQ.
> luchenitser@au.org

> SARAH GOETZ, ESQ.
> goetz@au.org

> ZACHARY L. HEIDEN, ESQ.
> zheiden@aclumaine.org

To my knowledge, there are no non-registered parties or attorneys participating in this case.

Dated: November 5, 2018

/s/ Sarah A. Forster
SARAH A. FORSTER
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8866
sarah.forster@maine.gov

4

Exhibit A

Any documents reflecting communications between Plaintiffs and the Department of Education, their school administrative unit, and/or Bangor Christian Schools or Temple Academy relating to: their school administrative unit's school choice policies, procedures, and available school choice options; the availability of public funds for tuition purposes at Bangor Christian Schools or Temple Academy; and, this lawsuit.

5