# EXHIBIT 7

1           UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MAINE
2

3                        Civil Action No. 18-cv-00327 DBH

4

5

6

7     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

8     DAVID and AMY CARSON, et al.,

9        Plaintiffs,

10       vs

11    ROBERT G. HASSON, JR., in his official capacity as
      Commissioner of the Maine Department of Education,
12
         Defendant.
13
      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
14

15

16    **DEPONENT:  TROY NELSON**

17

18    Taken before Debra J. Fusco, a Notary Public in and
      for the State of Maine, at the Office of the
      Attorney General, Cross State Office Building, 6th
19    Floor, Sewall Street, Augusta, Maine, on November
      20, 2018, beginning at 12:05 p.m., pursuant to
20    notice given.

21

22

23

24

25

```
 1      APPEARANCES:

 2      CHRISTOPHER TAUB, AAG
        SARAH FORSTER, AAG
 3      DEPARTMENT OF ATTORNEY GENERAL
        6 State House Station
 4      Augusta, ME 04333-0006
        (207)626-8800
 5      christopher.taub@maine.gov
        sarah.forster@maine.gov
 6      Attorney for the Defendant

 7

 8      TIM KELLER, ESQUIRE
        INSTITUTE FOR JUSTICE
 9      398 S. Mill Avenue, Suite 301
        Tempe, AZ 85281
10      (480)557-8300
        tkeller@ij.org
11      Attorney for the Plaintiffs

12      LEA PATTERSON, ESQUIRE
        FIRST LIBERTY
13      2001 West Plano Parkway, Suite 1600
        Plano, TX 75075
14      (972)941-4444
        lepatterson@firstliberty.org
15      Attorney for the Plaintiffs

16      MICHAEL K. WHITEHEAD, ESQUIRE (Via Telephone)
17      THE WHITEHEAD FIRM, LLC
        229 SE Douglas St, Ste 210
18      Lee's Summit, MO 64063
        (816)210-4449
19      mike@thewhiteheadfirm.com
        Attorney for the Plaintiffs
20

21

22

23

24

25
```

1                          I N D E X
         DEPONENT:
2
               TROY NELSON
3
            EXAMINATION BY MS. FORSTER        4
4
            EXAMINATION BY MR. TAUB           NONE
5
            EXAMINATION BY MR. KELLER         NONE
6
            EXAMINATION BY MS. PATTERSON      NONE
7
            EXAMINATION BY MR. WHITEHEAD      NONE
8

9

10                      E X H I B I T S

11

12                                                  Page
     Exhibit 3   Notice of Deposition               6
13

14

15

16

17

18

19

20

21

22

23

24

25

1      (This deposition was taken before Debra J. Fusco,

2   Notary Public, at the Office of the Attorney General,

3   Cross State Office Building, 6th Floor, Sewall Street,

4   Augusta, Maine, on November 20, 2018, beginning at 12:05

5   p.m.)

6      (The deponent was administered the oath by the Notary

7   Public.)

8      **TROY NELSON**, after having been duly sworn by the

9   Notary Public, was deposed and testified as follows:

10                         EXAMINATION

11   BY MS. FORSTER:

12      Q.   Where do you live, Mr. Nelson?

13      A.   Palermo.

14      Q.   And what is your street address in Palermo?

15      A.   480 Marden Hill Road.

16      Q.   I'm Sarah Forster, and I represent the defendant

17   in this case whose nominally the commissioner of

18   education.   I'm an assistant attorney general for the

19   state.   Have you ever been deposed before?

20      A.   No.

21      Q.   Okay.   Well, I'm sure you've talked about it with

22   your counsel but really all this is is I'm gonna ask you

23   some questions and the court reporter is gonna take

24   those questions down and you're gonna answer and she's

25   gonna take those answers down too.   And at the end of

1   the day, what we're gonna have from this is a flat,

2   boring transcript.  So that leads for a couple of rules

3   that will make this work better.  One, and I violate

4   this all the time, just to be clear, is you have to

5   answer out loud sort of verbally because she can't take

6   down -- well, anything that I'm doing right now with my

7   hands or eh, or ah, you know, various noises.

8       A.  Yes.

9       Q.  The second thing is -- and we'll probably both

10   violate this so we'll have to try hard -- you're gonna

11   know what my question is before I finish it, but you've

12   gotta give me space and I promise I'll try to give space

13   too because remarkably she can't get us both talking at

14   the same time.  It looks very strange on a transcript.

15   And then I guess the last thing is some of my questions

16   may be completely incomprehensible.  And so if you don't

17   understand, there is absolutely zero penalty for asking

18   what are you talking about.

19       A.  Sure.

20       Q.  Because if you answer the question, then we think

21   that you understood it and answered it.  But if you

22   didn't, let's work on that --

23       A.  Okay.

24       Q.  -- all right?

25           MS. FORSTER:  Let's mark this as Exhibit 3.

```
 1              (Exhibit 3 was marked.)
 2   BY MS. FORSTER:
 3      Q.  Showing you what's been marked as Exhibit 3, I'm
 4   gonna ask you if you recognize it.
 5      A.  Yes.
 6      Q.  Okay.  Well, obviously it says it's the notice of
 7   deposition of Troy Nelson.  It's the reason that you're
 8   here.  And then if you would turn to the very back page
 9   under Exhibit A, were you asked by your attorney in
10   response to this to look for some documents?
11      A.  I hadn't corresponded with my school so I had
12   nothing to offer.
13      Q.  You knew when you read that, that you didn't have
14   anything?
15      A.  (Nodding.)  Yes, I'm sorry for shaking my head.
16   Yes.
17      Q.  I will ask you a little bit about your family.
18   Are you married, Mr. Nelson?
19      A.  Yes.
20      Q.  What's your wife's name?
21      A.  Angela.
22      Q.  Do you have children?
23      A.  Two.
24      Q.  Two, okay.  So we're gonna try to do this using
25   their initials.  We may fail, we failed last time, but
```

```
 1   let's start.  What about starting with your youngest,
 2   who is your youngest?
 3       A.  Royce.
 4           MR. KELLER:  That's fine.  Let's just go
 5   with that.
 6           MS. FORSTER:  Okay.
 7   BY MS. FORSTER:
 8       Q.  So we have Royce, and how old is Royce?
 9       A.  Thirteen.
10       Q.  Okay.  What about the elder child?
11       A.  I'm sorry, I thought you were gonna put the
12   initial.  So, A, 15.
13       Q.  Okay.  Where did you go to school, Mr. Nelson?
14       A.  Palermo.
15       Q.  You went to school in Palermo?
16       A.  Yes.
17       Q.  Did you go to the public K-8 school in Palermo?
18       A.  Yes, I did.
19       Q.  Uh-huh.  And where did you go for high school?
20       A.  Erskine Academy.
21       Q.  Uh-huh, all right.  And what about Mrs. Nelson?
22       A.  I'm -- I do not know where she went to grade
23   school.  I know she went to Winslow High School.
24       Q.  Uh-huh, all right.  What do you do for work?
25       A.  I'm a farmer and a snow plow contractor.
```

```
 1      Q.   So one is all year, one is partial year?

 2      A.   You could say that.  That's being generous.

 3      Q.   And does your spouse work outside of the home?

 4      A.   She does.

 5      Q.   Where does she work?

 6      A.   The Town of Sidney.

 7      Q.   Are you a member of a particular church?

 8      A.   No.

 9      Q.   Is your wife a member of a particular church?

10      A.   No.

11      Q.   What about the kids?

12      A.   No.

13      Q.   Do you attend church that you're not a member of?

14      A.   Yes.

15      Q.   And where is that?

16      A.   China.

17      Q.   And what is the church's name?

18      A.   Central Church.

19      Q.   Central?

20      A.   Central, yes.

21      Q.   Okay.  And is Central Church -- what denomination

22   is it?

23      A.   Christian.

24      Q.   Christian?  And I'm probably not gonna say this

25   right, but is there anything particular about the
```

1   beliefs that would separate Central Church's

2   Christian-ness from other types of Christian or --

3       A.   Absolutely not.

4       Q.   So it's -- is it a -- I guess I don't know how to

5   ask the follow-up question to that so we'll just go with

6   it being a Christian church.   See, this is where my

7   ignorance is particularly harmful in these depositions

8   because I think that there must be something about

9   Christian churches that make them different.

10      A.   Possibly.

11      Q.   But nothing stands out to you?

12      A.   No.

13      Q.   Okay.   Do you attend church regularly at Central

14  Church?

15      A.   Yes.

16      Q.   And does your family attend with you?

17      A.   Yes.

18      Q.   Is Central Church connected to or affiliated with

19  any sort of PreK-12 school?

20      A.   No, not that I'm aware of.

21      Q.   Okay.   So do you and your family participate in

22  community activity through Central Church?

23      A.   I guess, yes.

24      Q.   What are some examples?

25      A.   The 4th of July parade.

1    Q.   Okay.  Does anything else jump to mind?

2    A.   No.

3    Q.   And are you friends with or does your family

4  socialize with other people who go to Central Church?

5    A.   Yes.

6    Q.   Outside of church activities I mean?

7    A.   Yes.

8    Q.   So let's start with A, your older daughter.

9    A.   Yeah.

10   Q.   Where does she go to school?

11   A.   Erskine Academy.

12   Q.   And before she went to Erskine, where did she go?

13   A.   She went to Temple.

14   Q.   Okay.  So did she go somewhere else before she

15  went to Temple?

16   A.   She has gone, at different times, to Palermo

17  school.

18   Q.   So what grades did she go to Palermo school for?

19   A.   First grade -- I'm not a hundred percent sure of

20  that to be honest.

21   Q.   Okay.

22   A.   Possibly second.  I don't believe so.

23   Q.   And after that, did she go to Temple Academy?

24   A.   Yes.

25   Q.   Consistently or did she go back to Palermo?

1     A.   Consistently.  Whenever she went to Temple, she

2   went consistently, and I may be wrong on my startup day

3   so --

4     Q.   Okay.  But sequentially, first she was at

5   Palermo, then she was at Temple?

6     A.   Yes.

7     Q.   Okay.  When did she leave Temple Academy?

8     A.   It would have been two -- two years ago when she

9   went to Erskine Academy.

10    Q.   So she left Temple Academy after 8th grade and

11  enrolled in Erskine for 9th grade for her freshman year

12  of high school?

13    A.   I believe so but -- I believe so.  I may be

14  incorrect but I believe so.

15    Q.   And when she started going to Erskine Academy,

16  RSU 12 paid for that?

17    A.   Yes.

18    Q.   Why did she decide to leave Temple Academy?

19    A.   Well, unfortunately we're farmers and as you know

20  farming, there's not a lot of money in it.  It's a tough

21  struggle.  It's a tough struggle trying to put kids

22  through private school.

23    Q.   So maybe we should talk about Royce or R.  Where

24  did Royce go to school?  Did he start at Palermo?

25    A.   He's in 7th grade now so you're really testing my

1    memory.  I don't believe so.

2        Q.  And where does he go to school now?

3        A.  Temple.

4        Q.  Okay.  And am I correct in saying you don't

5    remember a time that he wasn't at Temple?

6        A.  I'm not sure on my dates, but I believe he went

7    to Palermo for a year or two or a year.  I'm unsure on

8    my dates.  I'm sorry for not doing my homework, but I

9    didn't realize that was relevant.

10       Q.  Okay.  But he went to Palermo, then he went to

11   Temple Academy?  You just don't remember what the cutoff

12   date between them was?

13       A.  Exactly.

14       Q.  Okay.  So why did your family choose Temple

15   Academy first for A.?

16       A.  Just a great education.  It's fairly local.

17       Q.  Did you consider any other schools for her when

18   you were transitioning her from Palermo to Temple

19   Academy?

20       A.  I do not think there was any other options to be

21   honest with you.

22       Q.  And do you mean because of distance?

23       A.  Yeah, mostly, yeah.

24       Q.  Okay.  Why --

25       A.  I mean there are many options across the state,

1    but it's just not feasible.

2       Q.  Why did you decide to move her from Palermo?

3       A.  I just want -- I went to Palermo.  I know how bad

4    the education was, plain and simple.

5       Q.  Okay.

6       A.  I suffer from it to this day.

7       Q.  What do you mean by you suffer from it?

8       A.  It was a poor education.  I don't read as well as

9    I should.  There's a lot of kids that were pushed

10   through that school, they was just pushed through.

11   Teachers that would come for one year, get out of

12   school, their first job, and move on to a better place

13   that paid more.

14      Q.  Did you have any education after you graduated

15   from high school, any post-secondary education?

16      A.  Yes.

17      Q.  Where did you go?

18      A.  Southern Maine Technical College.

19      Q.  And did you get a degree there?

20      A.  No.

21      Q.  How many years were you there?

22      A.  One.

23      Q.  And after Southern Maine Technical College, did

24   you have any other higher education after that?

25      A.  Minimal.  I off and on have taken a few classes

1  at UMA, just for different career things that I have

2  taken.  I have taken a lot of adult education class,

3  things in my field that I was interested in doing.

4      Q.  And what about your wife?  Did she go to any post

5  secondary education after high school?

6      A.  No.

7      Q.  When you decided to move A. to Temple Academy,

8  what was the process involved?  What did you do to make

9  that move?  Was there an application?

10     A.  I believe so, I believe just an application.

11     Q.  Did you meet with anyone at the school prior to

12  the final decision on whether she would attend?

13     A.  Yes, I believe we took a tour of the school, the

14  facility, like any parent would of any facility that

15  they're gonna send their child to, their children to.

16  This is going back a few years so I'm not going to

17  remember every specific but yeah.

18     Q.  Did you talk with anyone else about your decision

19  whether or not to enroll her at Temple Academy other

20  than your wife obviously?

21     A.  When you say did I talk about it, did other

22  people have influencing -- make decisions about that?

23  No.  I probably told people that we was gonna do this,

24  but I didn't seek counsel or advice from people outside

25  of the community.

1    Q.   Did you know people in the community who were

2    sending their children to Temple Academy?

3    A.   Oh, yes.

4    Q.   Was it important to you in choosing Temple

5    Academy that that was a Christian education?

6    A.   No.

7    Q.   Did you hope that A. would become a better

8    Christian by going to Temple Academy?

9    A.   No.

10   Q.   What about R.?

11   A.   No.

12   Q.   When you decided to enroll R. at Temple Academy,

13   do you remember anything about the process that was

14   different than with A.?

15   A.   No.

16   Q.   Okay.  Are you paying for Temple Academy?

17   A.   Yes.

18   Q.   How much in round numbers do you pay for tuition?

19   A.   Approximately $3,500 a year plus I believe 50

20   volunteer hours.

21   Q.   Who has to volunteer for 50 hours?

22   A.   The parents.

23   Q.   Oh, okay.  I didn't know whether it was the

24   parent or the student.

25   A.   No, no, no.  The parents have to volunteer for

1   the school for 50 hours.

2       Q.   And so when you volunteer at the school, what

3   sort of things do you do?

4       A.   I have gone on field trips with the kids,

5   numerous -- you can work at a baseball game in the snack

6   shack, from time to time they have a spring cleanup.   No

7   different than any other school.   There's a lot of

8   volunteering opportunities.

9       Q.   Is $3,500 a year the full cost of attending or is

10  it a subsidized cost?   In other words, is that how much

11  you pay or how much the school costs?

12      A.   That's how much I pay, and I don't believe

13  there's anybody -- there's no subsidies at that point.

14      Q.   There's no financial aid that's available from

15  the school?

16      A.   I'm not aware of it.

17      Q.   Okay.   As part of -- either of your children, as

18  part of the school day at Temple Academy, do they attend

19  any sort of religious service or Temple?

20      A.   Yes.

21      Q.   What's that like to the extent you know?

22      A.   Really I don't have a lot of knowledge on that, I

23  really don't.

24      Q.   But you know they go every day?

25      A.   Yes, there is a Bible class that my son takes,

```
 1   excels at Temple school.  He only had one B and the rest
 2   of his classes was A's including Bible.
 3       Q.  Other than Bible class, are you aware of any
 4   other religious courses or activities that go on during
 5   the day at Temple Academy?
 6       A.  I don't believe there is any.
 7       Q.  And is it a requirement that students who go to
 8   Temple Academy be Christian?
 9       A.  Absolutely not.  They have numerous exchange
10   students.
11       Q.  And by "exchange students," what exactly do you
12   mean?  Foreign?
13       A.  Yes.
14       Q.  And how do you know that the exchange students
15   aren't Christian?
16       A.  I guess that I misspoke when I said that.  I
17   don't -- I guess I don't have that knowledge.  I
18   probably -- I just assumed where they're from a
19   different nationality that they was -- I made an
20   assumption.  I am sorry.
21       Q.  Oh, please, you don't have to apologize.  I was
22   just wondering because I didn't know if the school maybe
23   sponsored some exchanges.  I wasn't sure how those
24   students would have gotten to the school so maybe it was
25   -- no need to apologize.
```

1    A.  I think a lot of schools are subsidizing their

2  tuition by bringing in kids from other countries.

3    Q.  Oh, so you think maybe the exchange students pay

4  a higher tuition than the Maine kids?

5    A.  I don't know what --

6    Q.  Uh-huh.  Have you ever spoken to anyone at Temple

7  Academy about whether or not they would be interested in

8  applying to receive tuition?

9    A.  No.

10    Q.  Have you spoken to anyone at the Department of

11  Education about having Temple Academy eligible to apply

12  for tuition?

13    A.  No, no.

14    Q.  If a school is gonna take public funds, do you

15  think it's okay if they were to exclude students because

16  of their religion?  I don't know if I said that as well.

17    A.  I'm sorry, could you repeat how you said it?

18    Q.  Sure.  If a school like Temple Academy wanted to

19  accept public tuition dollars, do you think that they

20  should be prohibited from discriminating or not taking a

21  student because of her or his religion?

22    A.  Oh, absolutely not.

23    Q.  So if a school is going to take public money,

24  they should have to be open to students regardless of

25  their religious beliefs?

```
 1      A.   Well, I guess I'm gonna have to contemplate that.
 2   I really didn't think about that too much.  I'm not -- I
 3   don't know.
 4      Q.   That's okay.  So I'm thinking that I want to chat
 5   with Chris for a couple of minutes, and you may be on
 6   your way.
 7      A.   All right.
 8                (Off the record.)
 9   BY MS. FORSTER:
10      Q.   I just wanted to follow up with you.  Do you
11   think that Erskine Academy provides a good quality
12   education?
13      A.   Yeah, yes.
14      Q.   So as opposed to Palermo School --
15      A.   Most definitely.
16      Q.   You're not worried about the quality of education
17   that your daughter gets at Erskine?
18      A.   No.
19      Q.   And --
20      A.   Palermo School will not -- up until last year,
21   they have a new principal, would not allow a drug dog to
22   be run through that school.  The principal was so bad.
23   The kids were going to school and telling her that
24   there's drugs in this school.  Well, none of the
25   teachers have seen it so there's nothing we will do.
```

1    Q.   Uh-huh.

2    A.   That's -- she should be charged for that.  That

3  is just -- she wanted no confrontations in that school

4  whatsoever, none.  That's sad when kids are going to the

5  principal and saying there's drugs in this school, and

6  nothing was done.

7    Q.   But Erskine you don't have a similar concern

8  about?  They're on top of things?

9    A.   I believe they're on top of things.

10    Q.   And I think you may have already said this, but

11  just to make sure, are there any other reasons other

12  than the quality of the education that caused you to

13  send your children to Temple?

14    A.   That is the reason, the quality of education.

15  When I say quality of education, also discipline.

16    Q.   Okay.  Can you tell me a little bit about

17  discipline?

18    A.   The kids run the school at Palermo school.

19    Q.   And when you were looking at Temple Academy, did

20  you see anything about their discipline policies or were

21  you able to talk to people who had students there?

22    A.   Oh, yeah, and you go there and you see, the kids

23  are well managed.  We've been to movie night.  The kids

24  are relaxed and watching the movies like kids ought to

25  be.  Not running the -- all of the parents at Palermo

1   joke that the kids are running the asylum.

2           MS. FORSTER:  Okay, I don't have anything

3   else.

4           MR. KELLER:  I don't have any questions

5   either.

6   (Whereupon, the above-named deposition was concluded at

7   12:32 p.m.)

8   (The deponent does not waive reading and signing.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3      I, Debra J. Fusco, a Notary Public in and for the

 4   State of Maine, hereby certify that on the 20th day of

 5   November, 2018, personally appeared before me the

 6   within-named deponent who was sworn to testify to the

 7   truth, the whole truth, and nothing but the truth in the

 8   aforementioned cause of action and that the foregoing is

 9   a true and accurate record as taken by me by means of

10   computer-aided machine shorthand.

11

12      I further certify that I am a disinterested person in

13   the event or outcome of the aforementioned cause of

14   action.

15

16      IN WITNESS WHEREOF, I have hereunto set my hand this

17   4th day of December, 2018.

18

19                      _____

20                      Debra J. Fusco

21                      Court Reporter/Notary Public

22

23   My Commission expires:  February 23, 2023

24

25
```

1    ALLEY & MORRISETTE REPORTING SERVICE

2              1203 Augusta Road

3              Belgrade, ME 04917

4

5                              December 4, 2018

6    Troy Nelson

7    c/o Tim Keller, Esq.

8    398 S. Mill Avenue, Suite 301

9    Tempe, AZ 85281

10

11   RE:  Carson, et al, vs. Commissioner of the Maine DOE

12   Enclosed please find a copy of your deposition taken in

13   the above-mentioned action.  Also enclosed is the

14   original signature page and a sheet for corrections.

15

16   Please read the copy of the deposition and sign the

17   original signature page before a Notary Public.  If

18   there are any corrections you wish to make, they should

19   be made on the enclosed correction sheet.  Do not mark

20   on the deposition.

21

22   Please return the signed original signature page and

23   correction sheet to Alley & Morrisette at the above

24   address within 30 days.

25   Thank you.

1    THE ORIGINAL DEPOSITION OF TROY NELSON SHOULD INCLUDE

2    THE FOLLOWING CORRECTIONS:

3

4

5

6    Page    Line    Change from this   To this

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  TO BE COMPLETED BY THE DEPONENT:

2

3      I, _____, have read the foregoing

4  pages and have noted any stenographic errors of my

5  testimony together with their respective corrections and

6  the reasons therefore on the following Errata Sheet.

7

8                (SIGNATURE)_____

9                   (DATE)_____

10              * * * * * * * * * * * * * * *

11  TO BE COMPLETED BY THE NOTARY PUBLIC/ATTORNEY

12      I, _____, a Notary Public/Attorney in

13  and for the State of Maine, hereby acknowledge that the

14  above-named deponent personally appeared before me and

15  affixed his/her signature as his/her own true act and

16  deed.

17

18                (SIGNATURE)_____

19                   (DATE)_____

20

21  TITLE:  Carson, et al, vs. Commissioner of the Maine DOE

22  DEPOSITION OF:  Troy Nelson

23  DATE OF DEPOSITION:  November 20, 2018

24  NOTICING PARTY:  Christopher Taub, Esq.

25  REPORTER:  Debra J. Fusco

**$3,500** [2] - 15:19; 16:9

**04333-0006** [1] - 2:4

**04917** [1] - 23:3

**12** [1] - 11:16

**1203** [1] - 23:2

**12:05** [2] - 1:19; 4:4

**12:32** [1] - 21:7

**15** [1] - 7:12

**1600** [1] - 2:13

**18-cv-00327** [1] - 1:3

**20** [3] - 1:19; 4:4; 25:23

**2001** [1] - 2:13

**2018** [6] - 1:19; 4:4; 22:5, 17; 23:5; 25:23

**2023** [1] - 22:23

**207)626-8800** [1] - 2:4

**20th** [1] - 22:4

**210** [1] - 2:17

**229** [1] - 2:17

**23** [1] - 22:23

**3** [4] - 3:12; 5:25; 6:1, 3

**30** [1] - 23:24

**301** [2] - 2:8; 23:8

**398** [2] - 2:8; 23:8

**4** [2] - 3:3; 23:5

**480** [1] - 4:15

**480)557-8300** [1] - 2:9

**4th** [2] - 9:25; 22:17

**50** [3] - 15:19, 21; 16:1

**6** [2] - 2:3; 3:12

**64063** [1] - 2:18

**6th** [2] - 1:18; 4:3

**75075** [1] - 2:13

**7th** [1] - 11:25

**816)210-4449** [1] - 2:18

**85281** [2] - 2:9; 23:9

**8th** [1] - 11:10

**972)941-4444** [1] - 2:14

**9th** [1] - 11:11

**A's** [1] - 17:2

**AAG** [2] - 2:2

**able** [1] - 20:21

**above-mentioned** [1] - 23:13

**above-named** [2] - 21:6; 25:14

**absolutely** [4] - 5:17; 9:3; 17:9; 18:22

**Academy** [26] - 7:20; 10:11, 23; 11:7, 9-10, 15, 18; 12:11, 15, 19; 14:7, 19; 15:2, 5, 8, 12, 16; 16:18; 17:5, 8;

**18:7, 11, 18; 19:11; 20:19**

**accept** [1] - 18:19

**accurate** [1] - 22:9

**acknowledge** [1] - 25:13

**act** [1] - 25:15

**Action** [1] - 1:3

**action** [3] - 22:8, 14; 23:13

**activities** [1] - 10:6; 17:4

**activity** [1] - 9:22

**address** [2] - 4:14; 23:24

**administered** [1] - 4:6

**adult** [1] - 14:2

**advice** [1] - 14:24

**affiliated** [1] - 9:18

**affixed** [1] - 25:15

**aforementioned** [2] - 22:8, 13

**ago** [1] - 11:8

**aid** [1] - 16:14

**aided** [1] - 22:10

**al** [3] - 1:8; 23:11; 25:21

**ALLEY** [1] - 23:1

**Alley** [1] - 23:23

**allow** [1] - 19:21

**AMY** [1] - 1:8

**Angela** [1] - 6:21

**answer** [3] - 4:24; 5:5, 20

**answered** [1] - 5:21

**answers** [1] - 4:25

**apologize** [2] - 17:21, 25

**APPEARANCES** [1] - 2:1

**appeared** [2] - 22:5; 25:14

**application** [2] - 14:9

**apply** [1] - 18:11

**applying** [1] - 18:8

**assistant** [1] - 4:18

**assumed** [1] - 17:18

**assumption** [1] - 17:20

**asylum** [1] - 21:1

**attend** [5] - 8:13; 9:13, 16; 14:12; 16:18

**attending** [1] - 16:9

**Attorney** [6] - 1:18; 2:6, 10, 15, 19; 4:2

**attorney** [2] - 4:18; 6:9

**ATTORNEY** [1] - 2:3

**Augusta** [4] - 1:19; 2:4; 4:4; 23:2

**available** [1] - 16:14

**Avenue** [2] - 2:8; 23:8

**aware** [3] - 9:20; 16:16; 17:3

**AZ** [2] - 2:9; 23:9

**bad** [1] - 13:3; 19:22

**baseball** [1] - 16:5

**BE** [2] - 25:1, 11

**become** [1] - 15:7

**beginning** [1] - 1:19; 4:4

**Belgrade** [1] - 23:3

**beliefs** [2] - 9:1; 18:25

**better** [3] - 5:3; 13:12; 15:7

**between** [1] - 12:12

**Bible** [3] - 16:25; 17:2

**bit** [2] - 6:17; 20:16

**boring** [1] - 5:2

**bringing** [1] - 18:2

**Building** [2] - 1:18; 4:3

**BY** [11] - 3:3-7; 4:11; 6:2; 7:7; 19:9; 25:1, 11

**c/o** [1] - 23:7

**capacity** [1] - 1:11

**career** [1] - 14:1

**Carson** [2] - 23:11; 25:21

**CARSON** [1] - 1:8

**case** [1] - 4:17

**caused** [1] - 20:12

**central** [3] - 8:18

**Central** [6] - 8:21; 9:1, 13, 18, 22; 10:4

**certify** [2] - 22:4, 12

**Change** [1] - 24:6

**charged** [1] - 20:2

**chat** [1] - 19:4

**child** [2] - 7:10; 14:15

**children** [5] - 6:22; 14:15; 15:2; 16:17; 20:13

**China** [1] - 8:16

**choose** [1] - 12:14

**choosing** [1] - 15:4

**Chris** [1] - 19:5

**Christian** [10] - 8:23; 9:2, 6, 9; 15:5, 8; 17:8, 15

**Christian-ness** [1] - 9:2

**Christopher** [1] - 25:24

**CHRISTOPHER** [1] - 2:2

**christopher.taub@ maine.gov** [1] - 2:5

**church** [6] - 8:7, 9, 13; 9:6, 13; 10:6

**Church** [8] - 8:18, 21; 9:14, 18, 22; 10:4

**church's** [1] - 8:17

**Church's** [1] - 9:1

**churches** [1] - 9:9

**Civil** [1] - 1:3

**class** [3] - 14:2; 16:25; 17:3

**classes** [2] - 13:25; 17:2

**cleanup** [1] - 16:6

**clear** [1] - 5:4

**College** [2] - 13:18, 23

**Commission** [1] - 22:23

**commissioner** [1] - 4:17

**Commissioner** [3] - 1:11; 23:11; 25:21

**community** [3] - 9:22; 14:25; 15:1

**COMPLETED** [2] - 25:1, 11

**completely** [1] - 5:16

**computer** [1] - 22:10

**computer-aided** [1] - 22:10

**concern** [1] - 20:7

**concluded** [1] - 21:6

**confrontations** [1] - 20:3

**connected** [1] - 9:18

**consider** [1] - 12:17

**consistently** [3] - 10:25; 11:1

**contemplate** [1] - 19:1

**contractor** [1] - 7:25

**copy** [2] - 23:12, 16

**correct** [1] - 12:4

**correction** [2] - 23:19, 23

**corrections** [3] - 23:14, 18; 25:5

**CORRECTIONS** [1] - 24:2

**corresponded** [1] - 6:11

**cost** [2] - 16:9

**costs** [1] - 16:11

**counsel** [2] - 4:22; 14:24

**countries** [1] - 18:2

**couple** [2] - 5:2; 19:5

**courses** [1] - 17:4

**Court** [1] - 22:21

**COURT** [1] - 1:1

**court** [1] - 4:23

**Cross** [2] - 1:18; 4:3

**cutoff** [1] - 12:11

**DATE** [3] - 25:9, 19, 23

**date** [1] - 12:12

**dates** [2] - 12:6, 8

**daughter** [2] - 10:8; 19:17

**DAVID** [1] - 1:8

**days** [1] - 23:24

**DBH** [1] - 1:3

**Debra** [5] - 1:17; 4:1; 22:3, 20; 25:25

**December** [2] - 22:17; 23:5

**decide** [2] - 11:18; 13:2

**decided** [2] - 14:7; 15:12

**decision** [1] - 14:12, 18

**decisions** [1] - 14:22

**deed** [1] - 25:16

**defendant** [1] - 4:16

**Defendant** [2] - 1:12; 2:6

**definitely** [1] - 19:15

**degree** [1] - 13:19

**denomination** [1] - 8:21

**Department** [2] - 1:11; 18:10

**DEPARTMENT** [1] - 2:3

**deponent** [4] - 4:6; 21:8; 22:6; 25:14

**DEPONENT** [3] - 1:15; 3:1; 25:1

**deposed** [2] - 4:9, 19

**DEPOSITION** [3] - 24:1; 25:22

**Deposition** [1] - 3:12

**deposition** [6] - 4:1; 6:7; 21:6; 23:12, 16, 20

**depositions** [1] - 9:7

**different** [6] - 9:9; 10:16; 14:1; 15:14; 16:7; 17:19

**discipline** [3] - 20:15, 17, 20

**discriminating** [1] - 18:20

**disinterested** [1] - 22:12

**distance** [1] - 12:22

**DISTRICT** [2] - 1:1

**documents** [1] - 6:10

**DOE** [2] - 23:11;

25:21
**dog** [1] - 19:21
**dollars** [1] - 18:19
**done** [2] - 20:6
**Douglas** [3] - 2:17
**down** [3] - 4:24; 5:6
**drug** [1] - 19:21
**drugs** [2] - 19:24;
20:5
**duly** [1] - 4:8
**during** [1] - 17:4
**Education** [2] - 1:11;
18:11
**education** [15] -
4:18; 12:16; 13:4, 8,
14-15, 24; 14:2, 5;
15:5; 19:12, 16;
20:12, 14
**either** [2] - 16:17;
21:5
**elder** [1] - 7:10
**eligible** [1] - 18:12
**Enclosed** [1] - 23:12
**enclosed** [2] - 23:13,
19
**end** [1] - 4:25
**enroll** [2] - 14:19;
15:12
**enrolled** [1] - 11:11
**Errata** [1] - 25:6
**errors** [1] - 25:4
**Erskine** [9] - 7:20;
10:11; 11:9, 11, 15;
19:11, 17; 20:7
**Esq** [2] - 23:7; 25:24
**ESQUIRE** [3] - 2:7,
12, 16
**et** [3] - 1:8; 23:11;
25:21
**event** [1] - 22:13
**exactly** [2] - 12:13;
17:11
**EXAMINATION** [5] -
3:3
**eXAMINATION** [1] -
4:10
**examples** [1] - 9:24
**excels** [1] - 17:1
**exchange** [4] - 17:9,
11, 14; 18:3
**exchanges** [1] -
17:23
**exclude** [1] - 18:15
**Exhibit** [5] - 3:12;
5:25; 6:1, 3, 9
**expires** [1] - 22:23
**extent** [1] - 16:21
**facility** [2] - 14:14
**fail** [1] - 6:25
**failed** [1] - 6:25
**fairly** [1] - 12:16

**family** [5] - 6:17;
9:16, 21; 10:3; 12:14
**farmer** [1] - 7:25
**farmers** [1] - 11:19
**farming** [1] - 11:20
**feasible** [1] - 13:1
**February** [1] - 22:23
**few** [2] - 13:25; 14:16
**field** [2] - 14:3; 16:4
**final** [1] - 14:12
**financial** [1] - 16:14
**fine** [1] - 7:4
**finish** [1] - 5:11
**FIRM** [1] - 2:17
**first** [4] - 10:19; 11:4;
12:15; 13:12
**FIRST** [1] - 2:12
**flat** [1] - 5:1
**Floor** [2] - 1:19; 4:3
**follow** [2] - 9:5;
19:10
**follow-up** [1] - 9:5
**FOLLOWING** [1] -
24:2
**following** [1] - 25:6
**follows** [1] - 4:9
**FOR** [2] - 1:1; 2:8
**foregoing** [2] - 22:8;
25:3
**foreign** [1] - 17:12
**Forster** [1] - 4:16
**FORSTER** [9] - 2:2;
3:3; 4:11; 5:25; 6:2;
7:6; 19:9; 21:2
**freshman** [1] - 11:11
**friends** [1] - 10:3
**full** [1] - 16:9
**funds** [1] - 18:14
**Fusco** [5] - 1:17; 4:1;
22:3, 20; 25:25
**game** [1] - 16:5
**general** [1] - 4:18
**GENERAL** [1] - 2:3
**General** [2] - 1:18;
4:2
**generous** [1] - 8:2
**given** [1] - 1:20
**gonna** [14] - 4:22-25;
5:1, 10; 6:4, 24; 7:11;
8:24; 14:15, 23;
18:14; 19:1
**gotta** [1] - 5:12
**grade** [5] - 7:22;
10:19; 11:10, 25
**grades** [1] - 10:18
**graduated** [1] -
13:14
**great** [1] - 12:16
**guess** [6] - 5:15; 9:4,
23; 17:16; 19:1
**hand** [1] - 22:16

**hands** [1] - 5:7
**hard** [1] - 5:10
**harmful** [1] - 9:7
**HASSON** [1] - 1:11
**head** [1] - 6:15
**hereby** [2] - 22:4;
25:13
**hereunto** [1] - 22:16
**high** [4] - 7:19;
11:12; 13:15; 14:5
**High** [1] - 7:23
**higher** [2] - 13:24;
18:4
**Hill** [1] - 4:15
**his/her** [1] - 25:15
**home** [1] - 8:3
**homework** [1] - 12:8
**honest** [2] - 10:20;
12:21
**hope** [1] - 15:7
**hours** [3] - 15:20;
16:1
**House** [1] - 2:3
**hundred** [1] - 10:19
**ignorance** [1] - 9:7
**important** [1] - 15:4
**IN** [1] - 22:16
**INCLUDE** [1] - 24:1
**including** [1] - 17:2
**incomprehensible**
[1] - 5:16
**incorrect** [1] - 11:14
**influencing** [1] -
14:22
**initial** [1] - 7:12
**initials** [1] - 6:25
**INSTITUTE** [1] - 2:8
**interested** [2] - 14:3;
18:7
**involved** [1] - 14:8
**job** [1] - 13:12
**joke** [1] - 21:1
**JR** [1] - 1:11
**July** [1] - 9:25
**jump** [1] - 10:1
**JUSTICE** [1] - 2:8
**K-8** [1] - 7:17
**KELLER** [4] - 2:7;
3:5; 7:4; 21:4
**Keller** [1] - 23:7
**kids** [13] - 8:11;
11:21; 13:9; 16:4;
18:2, 4; 19:23; 20:4,
18, 22-24; 21:1
**knowledge** [2] -
16:22; 17:17
**last** [3] - 5:15; 6:25;
19:20
**LEA** [1] - 2:12
**leads** [1] - 5:2
**leave** [2] - 11:7, 18

**Lee's** [1] - 2:18
**left** [1] - 11:10
**lepatterson@
firstliberty.org** [1] -
2:14
**LIBERTY** [1] - 2:12
**Line** [1] - 24:6
**live** [1] - 4:12
**LLC** [1] - 2:17
**local** [1] - 12:16
**look** [1] - 6:10
**looking** [1] - 20:19
**looks** [1] - 5:14
**loud** [1] - 5:5
**machine** [1] - 22:10
**MAINE** [1] - 1:1
**Maine** [11] - 1:11,
18-19; 4:4; 13:18, 23;
18:4; 22:4; 23:11;
25:13, 21
**managed** [1] - 20:23
**Marden** [1] - 4:15
**mark** [2] - 5:25;
23:19
**marked** [2] - 6:1, 3
**married** [1] - 6:18
**ME** [2] - 2:4; 23:3
**mean** [5] - 10:6;
12:22, 25; 13:7; 17:12
**means** [1] - 22:9
**meet** [1] - 14:11
**member** [3] - 8:7, 9,
13
**memory** [1] - 12:1
**mentioned** [1] -
23:13
**MICHAEL** [1] - 2:16
**mike@
thewhiteheadfirm.
com** [1] - 2:19
**Mill** [2] - 2:8; 23:8
**mind** [1] - 10:1
**minimal** [1] - 13:25
**minutes** [1] - 19:5
**misspoke** [1] - 17:16
**MO** [1] - 2:18
**money** [2] - 11:20;
18:23
**MORRISETTE** [1] -
23:1
**Morrisette** [1] - 23:23
**most** [1] - 19:15
**mostly** [1] - 12:23
**move** [4] - 13:2, 12;
14:7, 9
**movie** [1] - 20:23
**movies** [1] - 20:24
**MR** [5] - 3:4, 7; 7:4;
21:4
**MS** [9] - 3:3, 6; 4:11;
5:25; 6:2; 7:6; 19:9;

21:2
**must** [1] - 9:8
**name** [2] - 6:20; 8:17
**named** [3] - 21:6;
22:6; 25:14
**nationality** [1] -
17:19
**need** [1] - 17:25
**NELSON** [4] - 1:15;
3:2; 4:8; 24:1
**Nelson** [7] - 4:12;
6:7, 18; 7:13, 21;
23:6; 25:22
**ness** [1] - 9:2
**new** [1] - 19:21
**night** [1] - 20:23
**noises** [1] - 5:7
**nominally** [1] - 4:17
**none** [2] - 19:24;
20:4
**NONE** [4] - 3:4
**Notary** [7] - 1:17;
4:2, 6, 9; 22:3; 23:17;
25:12
**NOTARY** [1] - 25:11
**noted** [1] - 25:4
**nothing** [5] - 6:12;
9:11; 19:25; 20:6;
22:7
**Notice** [1] - 3:12
**notice** [2] - 1:20; 6:6
**NOTICING** [1] -
25:24
**November** [4] - 1:19;
4:4; 22:5; 25:23
**numbers** [1] - 15:18
**numerous** [2] - 16:5;
17:9
**oath** [1] - 4:6
**obviously** [2] - 6:6;
14:20
**OF** [5] - 1:1; 2:3;
24:1; 25:22
**offer** [1] - 6:12
**Office** [4] - 1:18; 4:2
**official** [1] - 1:11
**old** [1] - 7:8
**older** [1] - 10:8
**one** [6] - 5:3; 8:1;
13:11, 22; 17:1
**open** [1] - 18:24
**opportunities** [1] -
16:8
**opposed** [1] - 19:14
**options** [2] - 12:20,
25
**original** [3] - 23:14,
17, 22
**ORIGINAL** [1] - 24:1
**ought** [1] - 20:24
**outcome** [1] - 22:13

**outside** [3] - 8:3; 10:6; 14:24

**own** [1] - 25:15

**p.m** [3] - 1:19; 4:5; 21:7

**Page** [2] - 3:12; 24:6

**page** [4] - 6:8; 23:14, 17, 22

**pages** [1] - 25:4

**paid** [2] - 11:16; 13:13

**Palermo** [19] - 4:13; 7:14, 17; 10:16, 18, 25; 11:5, 24; 12:7, 10, 18; 13:2; 19:14, 20; 20:18, 25

**parade** [1] - 9:25

**parent** [2] - 14:14; 15:24

**parents** [3] - 15:22, 25; 20:25

**Parkway** [1] - 2:13

**part** [2] - 16:17

**partial** [1] - 8:1

**participate** [1] - 9:21

**particular** [3] - 8:7, 9, 25

**particularly** [1] - 9:7

**PARTY** [1] - 25:24

**PATTERSON** [2] - 2:12; 3:6

**pay** [4] - 15:18; 16:11; 18:3

**paying** [1] - 15:16

**penalty** [1] - 5:17

**people** [6] - 10:4; 14:22-24; 15:1; 20:21

**percent** [1] - 10:19

**person** [1] - 22:12

**personally** [2] - 22:5; 25:14

**place** [1] - 13:12

**plain** [1] - 11:4

**Plaintiffs** [4] - 1:9; 2:10, 15, 19

**Plano** [2] - 2:13

**plow** [1] - 7:25

**plus** [1] - 15:19

**point** [1] - 16:13

**policies** [1] - 20:20

**poor** [1] - 13:8

**possibly** [2] - 9:10; 10:22

**post** [2] - 13:15; 14:4

**post-secondary** [1] - 13:15

**PreK-12** [1] - 9:19

**principal** [3] - 19:21; 20:5

**private** [1] - 11:22

**process** [2] - 14:8;

15:13

**prohibited** [1] - 18:20

**promise** [1] - 5:12

**provides** [1] - 19:11

**public** [4] - 7:17; 18:14, 19, 23

**Public** [7] - 1:17; 4:2, 7, 9; 22:3, 21; 23:17

**PUBLIC/ ATTORNEY** [1] - 25:11

**Public/Attorney** [1] - 25:12

**pursuant** [1] - 1:19

**pushed** [2] - 13:9

**put** [2] - 7:11; 11:21

**quality** [5] - 19:11, 16; 20:12, 14

**questions** [4] - 4:23; 5:15; 21:4

**RE** [1] - 23:11

**read** [4] - 6:13; 13:8; 23:16; 25:3

**reading** [1] - 21:8

**realize** [1] - 12:9

**really** [5] - 4:22; 11:25; 16:22; 19:2

**reason** [2] - 6:7; 20:14

**reasons** [2] - 20:11; 25:6

**receive** [1] - 18:8

**recognize** [1] - 6:4

**record** [2] - 19:8; 22:9

**regardless** [1] - 18:24

**regularly** [1] - 9:13

**relaxed** [1] - 20:24

**relevant** [1] - 12:9

**religion** [2] - 18:16, 21

**religious** [3] - 16:19; 17:4; 18:25

**remarkably** [1] - 5:13

**remember** [4] - 12:5, 11; 14:17; 15:13

**repeat** [1] - 18:17

**REPORTER** [1] - 25:25

**reporter** [1] - 4:23

**Reporter/Notary** [1] - 22:21

**REPORTING** [1] - 23:1

**represent** [1] - 4:16

**requirement** [1] - 17:7

**respective** [1] - 25:5

**response** [1] - 6:10

**rest** [1] - 17:1

**return** [1] - 23:22

**Road** [2] - 4:15; 23:2

**ROBERT** [1] - 1:11

**round** [1] - 15:18

**Royce** [5] - 7:3, 8; 11:23

**RSU** [1] - 11:16

**rules** [1] - 5:2

**run** [2] - 19:22; 20:18

**running** [2] - 20:25; 21:1

**sad** [1] - 20:4

**Sarah** [1] - 4:16

**SARAH** [1] - 2:2

**sarah.forster@ maine.gov** [1] - 2:5

**school** [39] - 6:11; 7:13, 15, 17, 19, 23; 9:19; 10:10, 17-18; 11:12, 22, 24; 12:2; 13:10, 12, 15; 14:5, 11, 13; 16:1, 7, 11, 15, 18; 17:1, 22, 24; 18:14, 18, 23; 19:22-24; 20:3, 5, 18

**School** [3] - 7:23; 19:14, 20

**schools** [2] - 12:17; 18:1

**SE** [1] - 2:17

**second** [2] - 5:9; 10:22

**secondary** [2] - 13:15; 14:5

**see** [3] - 9:6; 20:20, 22

**seek** [1] - 14:24

**send** [2] - 14:15; 20:13

**sending** [1] - 15:2

**separate** [1] - 9:1

**sequentially** [1] - 11:4

**service** [1] - 16:19

**SERVICE** [1] - 23:1

**set** [1] - 22:16

**Sewall** [2] - 1:19; 4:3

**shack** [1] - 16:6

**shaking** [1] - 6:15

**Sheet** [1] - 25:6

**sheet** [3] - 23:14, 19, 23

**shorthand** [1] - 22:10

**SHOULD** [1] - 24:1

**showing** [1] - 6:3

**Sidney** [1] - 8:6

**sign** [1] - 23:16

**SIGNATURE** [2] - 25:8, 18

**signature** [4] - 23:14, 17, 22; 25:15

**signed** [1] - 23:22

**signing** [1] - 21:8

**similar** [1] - 20:7

**simple** [1] - 13:4

**snack** [1] - 16:5

**snow** [1] - 7:25

**socialize** [1] - 10:4

**somewhere** [1] - 10:14

**son** [1] - 16:25

**sorry** [5] - 6:15; 7:11; 12:8; 17:20; 18:17

**sort** [4] - 5:5; 9:19; 16:3, 19

**Southern** [2] - 13:18, 23

**space** [2] - 5:12

**specific** [1] - 14:17

**spoken** [2] - 18:6, 10

**sponsored** [1] - 17:23

**spouse** [1] - 8:3

**spring** [1] - 16:6

**St** [1] - 2:17

**stands** [1] - 9:11

**start** [3] - 7:1; 10:8; 11:24

**started** [1] - 11:15

**starting** [1] - 7:1

**startup** [1] - 11:2

**state** [2] - 4:19; 12:25

**State** [6] - 1:18; 2:3; 4:3; 22:4; 25:13

**STATES** [1] - 1:1

**Station** [1] - 2:3

**Ste** [1] - 2:17

**stenographic** [1] - 25:4

**strange** [1] - 5:14

**Street** [2] - 1:19; 4:3

**street** [1] - 4:14

**struggle** [2] - 11:21

**student** [2] - 15:24; 18:21

**students** [9] - 17:7, 10-11, 14, 24; 18:3, 15, 24; 20:21

**subsidies** [1] - 16:13

**subsidized** [1] - 16:10

**subsidizing** [1] - 18:1

**suffer** [2] - 13:6

**Suite** [3] - 2:8, 13; 23:8

**Summit** [1] - 2:18

**sworn** [2] - 4:8; 22:6

**Taub** [1] - 25:24

**TAUB** [2] - 2:2; 3:4

**teachers** [2] - 13:11; 19:25

**Technical** [2] - 13:18, 23

**Telephone** [1] - 2:16

**Tempe** [2] - 2:9; 23:9

**Temple** [30] - 10:13, 15, 23; 11:1, 5, 7, 10, 18; 12:3, 5, 11, 14, 18; 14:7, 19; 15:2, 4, 8, 12, 16; 16:18; 17:1, 5, 8; 18:6, 11, 18; 20:13, 19

**testified** [1] - 4:9

**testify** [1] - 22:6

**testimony** [1] - 25:5

**testing** [1] - 11:25

**THE** [6] - 1:1; 2:17; 24:1; 25:1, 11

**therefore** [1] - 25:6

**thinking** [1] - 19:4

**thirteen** [1] - 7:9

**TIM** [1] - 2:7

**Tim** [1] - 23:7

**TITLE** [1] - 25:21

**tkeller@ij.org** [1] - 2:10

**TO** [2] - 25:1, 11

**together** [1] - 25:5

**took** [1] - 14:13

**top** [2] - 20:8

**tough** [2] - 11:20

**tour** [1] - 14:13

**Town** [1] - 8:6

**transcript** [2] - 5:2, 14

**transitioning** [1] - 12:18

**trips** [1] - 16:4

**TROY** [4] - 1:15; 3:2; 4:8; 24:1

**Troy** [3] - 6:7; 23:6; 25:22

**true** [2] - 22:9; 25:15

**truth** [3] - 22:7

**try** [3] - 5:10, 12; 6:24

**trying** [1] - 11:21

**tuition** [6] - 15:18; 18:2, 4, 8, 12, 19

**turn** [1] - 6:8

**two** [5] - 6:23; 11:8; 12:7

**TX** [1] - 2:13

**types** [1] - 9:2

**UMA** [1] - 14:1

**under** [1] - 6:9

**understood** [1] - 5:21

**unfortunately** [1] -

11:19
**UNITED** [1] - 1:1
**unsure** [1] - 12:7
**up** [3] - 9:5; 19:10, 20
**various** [1] - 5:7
**verbally** [1] - 5:5
**Via** [1] - 2:16
**violate** [2] - 5:3, 10
**volunteer** [4] - 15:20, 25; 16:2
**volunteering** [1] - 16:8
**vs** [3] - 1:10; 23:11; 25:21
**waive** [1] - 21:8
**watching** [1] - 20:24
**West** [1] - 2:13
**whatsoever** [1] - 20:4
**WHEREOF** [1] - 22:16
**WHITEHEAD** [3] - 2:16; 3:7
**whole** [1] - 22:7
**wife** [3] - 8:9; 14:4, 20
**wife's** [1] - 6:20
**Winslow** [1] - 7:23
**wish** [1] - 23:18
**within-named** [1] - 22:6
**WITNESS** [1] - 22:16
**wondering** [1] - 17:22
**words** [1] - 16:10
**worried** [1] - 19:16
**year** [9] - 8:1; 11:11; 12:7; 13:11; 15:19; 16:9; 19:20
**years** [3] - 11:8; 13:21; 14:16
**youngest** [2] - 7:1
**zero** [1] - 5:17

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID and AMY CARSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-cv-00327 DBH |
| | ) | |
| ROBERT G. HASSON, JR., in his | ) | |
| official capacity as Commissioner of | ) | |
| the Maine Department of Education, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION OF TROY NELSON

Please take notice that on Tuesday, November 20, 2018 at 9:30 a.m., at the Office of the

Attorney General, Cross State Office Building, 6th Floor, Sewall Street, Augusta, Maine 04333,

counsel for the defendant, Robert G. Hasson, Jr., Commissioner of the Maine Department of

Education will take the deposition of Troy Nelson, upon oral examination, pursuant to the

Federal Rules of Civil Procedure.

The deposition will be taken before a notary public or some other officer authorized by

law to administer oaths, and will be recorded by means of a stenotype machine.

The deponent or his attorney must also bring with him to the deposition the following

documents: see attached Exhibit A.

The deposition will continue from day to day until completed.  You are invited to attend

and cross-examine.



DATED at Augusta, Maine, this 5th day of November, 2018.

JANET T. MILLS
Attorney General


/s/ Sarah A. Forster
SARAH A. FORSTER
CHRISTOPHER C. TAUB
Assistant Attorneys General
Office of the Attorney General
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
**sarah.forster@maine.gov**
**christopher.c.taub@maine.gov**

CERTIFICATE OF SERVICE

I hereby certify that on this, the 5th day of November, 2018, I caused the original of this

document to be served by electronic mail and first class mail upon lead counsel for the Plaintiffs:

TIMOTHY D. KELLER, ESQ.
Institute for Justice
398 S. Mill Avenue
Suite 301
Tempe, AZ 85281
tkeller@ij.org

All other counsel of record will receive this document by electronic mail:

ARIF PANJU, ESQ.
apanju@ij.org

JEFFREY T. EDWARDS, ESQ.
jedwards@preti.com

JONATHAN R. WHITEHEAD, ESQ.
jon@whiteheadlawllc.com

LEA PATTERSON, ESQ.
lepatterson@firstliberty.org

MICHAEL K. WHITEHEAD, ESQ.
mike@thewhiteheadfirm.com

ALEX LUCHENITSER, ESQ.
luchenitser@au.org

SARAH GOETZ, ESQ.
goetz@au.org

ZACHARY L. HEIDEN, ESQ.
zheiden@aclumaine.org

To my knowledge, there are no non-registered parties or attorneys participating in this case.

Dated: November 5, 2018

/s/ Sarah A. Forster
SARAH A. FORSTER
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8866
sarah.forster@maine.gov

4

Exhibit A

Any documents reflecting communications between Plaintiffs and the Department of Education, their school administrative unit, and/or Bangor Christian Schools or Temple Academy relating to:  their school administrative unit's school choice policies, procedures, and available school choice options; the availability of public funds for tuition purposes at Bangor Christian Schools or Temple Academy; and, this lawsuit.