# EXHIBIT 8

1            UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MAINE
2

3

4            Civil Action No. 18-cv-00327 DBH

5

6    * * * * * * * * * * * * * * * * * * *

7    DAVID and AMY CARSON, et al.,

8                  Plaintiffs

9        vs

10   ROBERT G. HASSON, JR., in his official
     Capacity as Commissioner of the Maine
11   Department of Education,

12                 Defendant
     * * * * * * * * * * * * * * * * * * *

13

14

              DEPONENT:  **JEFFREY BENJAMIN**
15

16

17   Taken before Joanne P. Alley, a Notary Public in and for
     the State of Maine, at the offices of the Maine Attorney
     General, Cross State Office Building, Sixth Floor,
18   Sewall Street, Augusta, Maine, on December 17, 2018,
     beginning at 1:00 p.m., pursuant to notice given.
19

20

21

22

23

24

25

```
 1   APPEARANCES:

 2   SARAH FORSTER, AAG
     CHRISTOPHER TAUB, AAG
 3   DEPARTMENT OF ATTORNEY GENERAL
     6 State House Station
 4   Augusta, ME 04333-0006
     207-626-8800
 5   sarah.forster@maine.gov
     christopher.taub@maine.gov
 6   Attorneys for Defendant

 7   TIM KELLER, ESQ.
     INSTITUTE FOR JUSTICE
 8   398 S. Mill Avenue, Suite 301
     Tempe, AZ 85281
 9   480-557-8300
     tkeller@ij.org
10   Attorney for Plaintiffs

11   ARIF PANJU, ESQ.
     INSTITUTE FOR JUSTICE
12   816 Congress Avenue, Suite 960
     Austin, TX 78701
13   512-480-5396
     apanju@ij.org
14
     KIMBERLY Y. SMITH RIVERA
15   NATIONAL CENTER FOR LIFE AND LIBERTY
     11803 104th Street
16   Largo, FL 33773
     888-233-6255
17   krivera@ncll.org

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2     DEPONENT:

 3        JEFFREY BENJAMIN

 4            By Attorney Forster          4

 5            By Attorney Keller        None

 6

 7

 8

 9

10

11                    E X H I B I T S

                                              Page
12
     Exhibit No. 12                            6
13       Notice of Deposition
     Exhibit No. 13                           15
14       Teacher Contract
     Exhibit No. 14                           21
15       BCS Faculty Manual
     Exhibit No. 15                           27
16       Student Handbook
     Exhibit No. 16                           34
17       Financial Aid Application
     Exhibit No. 17                           39
18       E-mail Chain
     Exhibit No. 18                           41
19       Application for Admission

20

21

22

23

24

25
```

1          (Deposition taken before Joanne P. Alley,

2    Notary Public, at the offices of Maine Attorney General,

3    Cross State Office Building, Sixth Floor, Sewall Street,

4    Augusta, Maine, on December 17, 2018, beginning at 1:00

5    p.m.)

6          (The deponent was administered the oath by

7    the Notary Public.)

8          **JEFFREY BENJAMIN**, after having been duly

9    sworn by the Notary Public, was deposed and testified as

10   follows:

11                      **EXAMINATION**

12   **BY MS. FORSTER:**

13   Q.  Good afternoon.

14   A.  Good afternoon.

15   Q.  I'm Sarah Forster.  I know we've spoken on the

16       phone briefly and now we've finally met in person,

17       and as you know, I'm an assistant attorney general

18       and along with my colleague Chris Taub we represent

19       the Commissioner of Education, Dr. Robert Hasson,

20       in some litigation that's been brought by a number

21       of families challenging a statute in Maine that

22       involves who is and is not eligible for the payment

23       or for the approval to receive public funds for the

24       payment of tuition, and so today we're going to do

25       what's hopefully not a very long deposition.  Have

1      you ever been deposed before?

2   A.  No, I have not.

3   Q.  Okay.  Well, your counsel probably told you but

4      just so we're clear on a few very basic rules, the

5      way a deposition works is I'm going to ask you some

6      questions and you'll give me some answers to the

7      best of your knowledge and ability, and the most

8      important person in the room will take down the

9      answers and that means a couple of things; one is

10     that you have to give an answer that's actually a

11     word.  So um-hum doesn't work very well nor does

12     the roll of the eye or the nod of the head because

13     even though we know that in court those are very

14     dramatic gestures, they're not very helpful for a

15     cold transcript.

16         The second thing is, even though you're going

17     to know what I'm going to say before I finish

18     saying it and I'm probably going to know what your

19     answer is before you finish answering, we really

20     have to pause and take turns because remarkably a

21     transcript can't get two people talking at once.

22  A.  Okay.

23  Q.  This is probably not going to be a very long

24     deposition but if in any event you want a break,

25     need a timeout, it's not meant to be an endurance

```
 1        test, just say the word and we will sort it out.

 2        Anyway, do you have any questions for me about the

 3        deposition before we start?

 4   A.   No, I don't.

 5   Q.   Okay.

 6              MS. FORSTER:  So let's start by if you would

 7        mark this, please.

 8        (Exhibit No. 12 marked for identification.)

 9   BY MS. FORSTER:

10   Q.   If you'd look at that, what's marked as Exhibit 12,

11        and I'd ask do you recognize it?

12   A.   Yes, I do.

13   Q.   All right.  Could you turn to I believe it's the

14        fifth page, yes, where there's a list of things on

15        Exhibit A and I'm wondering if you could tell me

16        just for the record which of these numbers you are

17        responsible for being the designee for.

18   A.   One, two, three, seven, eight, nine, ten.

19   Q.   Okay, and if you could look one page further at

20        Exhibit B, do you recognize this list?

21   A.   Yes, I do.

22   Q.   And I want to thank you for getting all the

23        documents to us early, that was extremely helpful

24        in preparing and should probably make this a lot

25        shorter than if we were seeing stuff for the first
```

```
 1        time during the deposition, and I just want to
 2        check, is everything that your counsel has provided
 3        to us everything that you intend to produce on this
 4        list?  There's nothing else that --
 5   A.   No, that's everything.
 6   Q.   Okay, all right, thank you.  So Dr. Benjamin, where
 7        did you go to school?
 8   A.   The University of New Brunswick.
 9   Q.   The University of New Brunswick and is that in
10        Canada?
11   A.   Yes, Fredericton, New Brunswick.
12   Q.   Did you go to high school in Canada also?
13   A.   Yes.
14   Q.   When did you first come to Maine?
15   A.   2006.
16   Q.   And did you come for a job?
17   A.   Yes, I did.
18   Q.   What job was that?
19   A.   Assistant professor at the University of Maine.
20   Q.   What did you teach?
21   A.   Forestry.
22   Q.   Forestry.  There was a former Commissioner of
23        Education who somehow became Commissioner of
24        Education after being an Assistant Commissioner of
25        Forestry, so there's an obvious connection there
```

```
 1        that I'm just not getting.  Anyway, what did you do

 2        after you were a professor at the University of

 3        Maine?

 4    A.  Well, I went through the ten-year process there for

 5        six years, seven years.

 6    Q.  Um-hum.

 7    A.  And I became a full professor, associate professor,

 8        and then in 2015, I took a position at Bangor

 9        Christian Schools as head of school.

10    Q.  You gave up a full tenured professorship?

11    A.  Yes.

12    Q.  Oh, my goodness, you are a brave man.  So when you

13        came to Bangor Christian Schools, what position was

14        that?

15    A.  Head of school.

16    Q.  And you've been head of school ever since?

17    A.  Yes.

18    Q.  Could you just say briefly, what are the sort of

19        typical duties and important duties of head of

20        school?

21    A.  I'm responsible for the budgets for sure, overall

22        hiring, the overall vision, direction of the school,

23        the international program.

24    Q.  And who do you report to?

25    A.  Senior pastor of the church, Dr. Jerry Mick, and the
```

```
 1        Deacon Board.
 2   Q.   And is the senior pastor a member of the Deacon
 3        Board?
 4   A.   No.
 5   Q.   Those are two separate entities?
 6   A.   (Nods).
 7   Q.   Do you have an employment agreement with somebody?
 8   A.   Yes, with Crosspoint Church.
 9   Q.   With Crosspoint Church, and is Crosspoint Church
10        also known by another name or formerly known as
11        something else?
12   A.   Formerly Bangor Baptist Church.
13   Q.   Okay.  So Bangor Baptist Church became Crosspoint
14        Church?
15   A.   Um-hum, yes.
16   Q.   When did that happen?
17   A.   A couple of years ago.
18   Q.   And what type of church is Crosspoint Church?  Is
19        it a particular denomination?
20   A.   It's an independent Baptist Church.
21   Q.   An independent Baptist Church.  What's the
22        difference between an independent Baptist Church
23        and some other sort of Baptist Church?
24   A.   Well, it's not part of a grouping of churches.  It's
25        by itself so it's independent.
```

```
1    Q.   Okay, and is that the same thing that it was when

2         it was Bangor Baptist Church?

3    A.   Um-hum.

4    Q.   Do you have a role with respect to Crosspoint

5         Church other than being head of school?

6    A.   Yes.  I'm actually also what they call a connections

7         pastor, just help new families get connected into the

8         church.

9    Q.   And as a connections pastor, do you report to the

10        pastor -- lead pastor?

11   A.   Um-hum.

12   Q.   Okay.  I almost said pastor in chief and then I

13        realized I had the wrong operation going here.  Are

14        you a member of Crosspoint?

15   A.   Yes, I am.

16   Q.   You said the Deacon Board.  Is that the highest

17        board of the church?

18   A.   Yes.

19   Q.   And who is on the Deacon Board?

20   A.   Looking for the names?

21   Q.   No, no, no, descriptively, who are the Deacon

22        Board?

23   A.   They're men that are the leaders in the church.

24   Q.   Okay.

25   A.   Yup.
```

```
 1   Q.   Okay, and is there a different board that's
 2        particularly interested in the school, Bangor
 3        Christian Schools?
 4   A.   We have an Advisory Board for the school.
 5   Q.   Okay, and who is a member of the Advisory Board?
 6   A.   We have some parents, we have some former parents, we
 7        have just some people that are committed to Christian
 8        education as well.
 9   Q.   And I guess from its name, but would you confirm,
10        the Advisory Board doesn't have policymaking
11        authority with respect to the school?
12   A.   Correct, they are there to advise the administration.
13   Q.   And so policy decisions like curriculum decisions,
14        who would be responsible for making those?
15   A.   That would be Mrs. Boone and myself.
16   Q.   Okay, and if there was a dispute or someone was
17        unhappy about that, is there an appellate -- you
18        know, could they take a complaint to somebody else
19        or are you both the final say of that?
20   A.   I suppose it could go as high as the Deacon Board but
21        I've never known that to happen.
22   Q.   So one of the things that you said that you were
23        going to talk about or were designated to talk
24        about are the hiring and your faculty, and so what
25        criteria do you apply when you're looking for
```

```
1          teachers for Bangor Christian Schools?
2   A.  Well, in our faculty manual it outlines it pretty
3          much step by step.  Do you want me to read through
4          that or do you have a copy of that?
5   Q.  I do have a copy of your faculty manual and we'll
6          get to that in a second, but I was just wondering
7          sort of if you could tell me what are the things
8          that you're looking for when you go to hire faculty
9          for the school?
10  A.  Well, if I can take a look at the manual, I can step
11         you through each one.  I mean, we're looking for --
12         we're looking for teachers.
13  Q.  Yup.
14  A.  We're looking for Born Again believers.
15  Q.  Okay.  Could you just help me, what is the
16         difference between a Born Again Christian and a
17         Christian?  Is there a difference?
18  A.  A Born Again Christian recognizes that they have
19         sinned, have not met God's standard, recognizes that
20         trusting in Jesus is the only way for them to be
21         saved from their sins and invites God and Jesus to
22         really lead their life and to direct them for the
23         rest of their life.
24  Q.  And so those are sort of the requirements or the
25         criterion for one to say that you're a Born Again
```

```
 1       Christian?
 2  A.   Um-hum.
 3  Q.   And then Christian I guess is a bigger term, right,
 4       because that includes like Methodists and Catholics
 5       and --
 6  A.   People can be Born Again believers in any
 7       denomination.
 8  Q.   Okay.  So Born Again underlies sort of all of the
 9       possible Christian denominations?
10  A.   Could you repeat that?
11  Q.   The idea of being Born Again is a concept that
12       could underlie one or more of these Christian
13       denominations?
14  A.   It could.
15  Q.   It's not unique to --
16  A.   It's actually a Biblical description.  Jesus himself
17       said, you know, in order for you to be with me
18       forever, you need to be Born Again.
19  Q.   Okay.  One more question and then I promise I'll
20       try to keep these things straight.  What is an
21       Evangelical Christian?
22  A.   Evangelical Christian is one who would be Born Again,
23       would be saved, also feels a commitment to sharing
24       their faith with others.
25  Q.   So is Crosspoint Church an Evangelical Christian
```

```
 1      Church?
 2  A.  Yes.
 3  Q.  Okay, and is it a requirement that you be Born
 4      Again to be a member of Crosspoint Church?
 5  A.  Through a statement of faith, yes.
 6  Q.  Okay.  So in order to be a teacher at the church --
 7      at the school, Bangor Christian School, you need to
 8      be Born Again, Christian, Evangelical, all of those
 9      three?
10  A.  We don't describe it that way.
11  Q.  Okay.
12  A.  We say a Born Again believer, a statement of faith
13      that they have trusted Jesus with their life.
14  Q.  Um-hum.
15  A.  And then we have several different criteria for
16      teaching experience --
17  Q.  Yup.
18  A.  -- in their area of expertise.
19  Q.  Right.  Could a person --
20  A.  Sorry.
21  Q.  Go ahead.
22  A.  They need to have a commitment to -- to developing a
23      Biblical world view with their students.
24  Q.  Okay.
25          MS. FORSTER:  Let's mark this next item as
```

```
 1        number 13.

 2           (Exhibit No. 13 marked for identification.)

 3    BY MS. FORSTER:

 4    Q.  Do you recognize this item?

 5    A.  Yes, I do.

 6    Q.  What is this?

 7    A.  This is a sample of a teacher contract.

 8    Q.  So one thing I notice is that in a couple of places

 9        here right on the front page it says in bold, "a

10        Christian role model" and that's underlined but

11        there's no description of what that is.  What do

12        you mean by a Christian role model?

13    A.  Well, if they're following this, they would be a

14        Christian role model.

15    Q.  So if -- I'm looking at paragraph #3.  Is that what

16        you're looking at too?

17    A.  (Nods).

18    Q.  And do you mean that they follow the Biblical

19        standards of conduct in the area of alcohol, drugs,

20        tobacco, public dances, gambling, et cetera?  Is

21        that what you're talking about?

22    A.  That would be part of it for sure, yes.

23    Q.  And you talk about some very specific verses.  I'm

24        not even going to try to -- Colossians?

25    A.  Colossians, yes.
```

```
 1   Q.   Colossians and Titus and --

 2   A.   Thessalonians.

 3   Q.   -- Thessalonians, see, all that Latin and I can't

 4        -- anyway, and so they know that that's where they

 5        look to find whether or not they're a good

 6        Christian role model?

 7   A.   Those are examples, yes.

 8   Q.   The next paragraph there talks about standards for

 9        sexual behavior?

10   A.   Um-hum.

11   Q.   Am I correct that a person who is homosexual would

12        not be eligible for a teaching position?

13   A.   Well, we have high Biblical standards for what we're

14        looking for in our teachers and our students so if

15        they are not able to live up to those standards, then

16        that would be --

17   Q.   And one of those Biblical standards is that

18        homosexuality is not appropriate, is that fair?

19   A.   Correct.

20   Q.   Please know, I mean, to put this on the record,

21        these questions aren't in any way to judge or to

22        suggest that something is wrong or not wrong.  I'm

23        just trying to obtain information.

24   A.   Right.

25   Q.   So please don't think any of this is to suggest
```

```
 1        that any of these answers are right or wrong.
 2   A.   And we follow what the Bible says and that's what we
 3        refer to for our standards of conduct for our
 4        faculty, for our leaders, for our students.
 5   Q.   And when you say you follow what the Bible says, do
 6        you take the word of the Bible literally?
 7   A.   Yes.
 8   Q.   Sort of exactly as it says?
 9   A.   Yes.
10   Q.   Okay.  So what about a person who presents or who
11        identifies as a gender that's different than that
12        on his or her birth certificate, would that fit
13        within this paragraph about being a Christian role
14        model?
15   A.   Well, again, we would follow what the Bible says
16        about sexuality or gender and ask that our faculty,
17        our staff, follow.
18   Q.   And does the Bible say or suggest that a person is
19        the gender that they're born as or that they're
20        biologically?
21   A.   That is what the Bible says.
22   Q.   Okay.  To the extent you know, do you know whether
23        or not a nonsectarian school could discriminate or
24        choose not to hire someone based on their being
25        homosexual?
```

```
 1   A.  Could you repeat that?
 2   Q.  Sure.  Oh, yeah, that's another rule, by the way.
 3       If I say something that doesn't make sense, which
 4       happens, I don't know, Chris, what, approximately
 5       once every ten minutes, you should definitely ask
 6       instead of trying to answer.  If you were not a
 7       sectarian school, if you were a nonsectarian
 8       school, do you know whether or not you would be
 9       allowed to say that an individual who's a
10       homosexual can't be a teacher here?
11   A.  I haven't looked at those standards.
12   Q.  Okay.  Would it be okay with you if in order to
13       receive public funding you had to change the
14       standard and hire individuals who were homosexual?
15   A.  Well, our position is that, you know, we're
16       interested in this as a possibility as long as we
17       don't have to change what we do.
18   Q.  So in other words, one of the conditions or one of
19       the things that you would be considering is whether
20       or not accepting tuition would allow you to
21       continue to have these restrictions on who you
22       hire?
23   A.  With everything -- if we're able to do everything
24       that we're currently doing, then, you know, we would
25       consider accepting the funds.
```

```
 1   Q.   Right, and I suppose conversely, if the State or if

 2        the law said to you, well, you can't continue to

 3        exclude groups of people based on homosexuality,

 4        presenting or identifying as a gender other than

 5        biology at birth, that would be a problem?

 6             MS. RIVERA:   I'm going to object because I

 7        think that's somewhat mischaracterized but go ahead

 8        and answer if you understand the question.

 9             MS. FORSTER:   You mean because of the 14

10        different clauses in there?

11             MS. RIVERA:   A little confusing.

12   BY MS. FORSTER:

13   A.   Yeah, I wouldn't mind you repeating the question.

14   Q.   As if I could.   It's okay, we can move on.   Another

15        part of this contract, if you look at paragraph 13,

16        it talks about the resolution of differences and it

17        says underlined "always presenting a united front."

18        What does that mean?

19   A.   Well, it means that we may not always agree on things

20        but we're not going to go out in -- in the public or

21        in -- in other parties and air our differences.

22   Q.   So I can't believe that you haven't considered

23        whether or not the school might be a plaintiff in

24        one of these lawsuits.   Have you ever considered

25        being a plaintiff as the school, not as you
```

```
1         personally?
2    A.   Not really.
3    Q.   If you look at paragraph 14, it talks about
4         resolution of disputes and it says, "with each
5         other in private or within the Christian
6         community."  Does this mean that you don't think
7         people should resort to courts to resolve disputes?
8    A.   No, this is talking about -- this is a contract with
9         a teacher in terms of, you know, working at the
10        school.  You're asking if we don't believe in the
11        court system?  I'm not clear.
12   Q.   Well, what I was thinking about is if an employee,
13        someone who signs this contract, is unhappy with
14        their condition, can they bring a complaint before
15        the Maine Human Rights Commission?
16   A.   They would be allowed to for sure.
17   Q.   Okay, and they could bring a complaint in court if
18        they felt that that was not resolved?
19   A.   Yeah.
20   Q.   Okay.  So this language isn't meant to suggest to
21        your employees that they're somehow limited in
22        their rights to dispute resolution?
23   A.   No, it's just a hope that we can come to an
24        agreement.
25   Q.   You want it to be worked out privately because
```

```
 1        nobody wants to be a party to I would say this, but

 2        you know what I mean.  One other question, what

 3        does it mean to say in paragraph 13 to "always give

 4        a good report?"

 5   A.   It would mean being positive, look for the positive

 6        in each situation.

 7   Q.   And so as part of an employment contract, to treat

 8        their job as if they're always putting their best

 9        face forward?

10   A.   That's what I've done in my positions.

11             MS. FORSTER:  Let's mark this.

12        (Exhibit No. 14 marked for identification.)

13   BY MS. FORSTER:

14   Q.   I believe this is what you were talking about

15        before.  If you could please turn to page on the

16        bottom, where apparently my secretary thinks Bangor

17        Christian Schools is BDS as opposed to BCS, 72.

18        Well, she got TA right this morning for Temple

19        Academy.  When I asked you a few minutes ago about

20        the criteria for employment and you said, oh, it's

21        in our faculty manual, is this what you were

22        speaking about?

23   A.   Yes, it is.

24   Q.   Okay, and so I guess there's one more level of

25        thing that I need to understand, "a tithing member
```

```
 1        of a Bible-believing church," what does that mean?
 2   A.   A Bible-believing church does not have to be a
 3        Baptist church, it can be an independent church.
 4   Q.   Okay.
 5   A.   Those that take the Bible literally.
 6   Q.   Okay.  So those were not Evangelical but Born
 7        Again?  No?
 8   A.   Well, you're talking about the church.
 9   Q.   Okay.  The person is Born Again?
10   A.   The person is Born Again.
11   Q.   The church, a Bible-believing church?
12   A.   Think of it as those churches whose leadership, the
13        pastors, accept the Bible as God's word as truth.
14   Q.   Okay.
15   A.   Literal interpretation and that's what is -- that's
16        what is preached.
17   Q.   Okay.  So that's a Bible-believing church?
18   A.   Yes.
19   Q.   And then a tithing member?
20   A.   Giving, like an offering, so those that are active
21        and give to their church.
22   Q.   Okay, got it.  I think now we have all the terms
23        down, the difference between the churches and the
24        people, the people are Born Again, the church is a
25        Bible-believing church.  On page 64, right at the
```

```
 1        beginning, number one, says "that this is a full-
 2        time Christian ministry."  What does that mean?
 3        The school, I assume, you're saying is a full-time
 4        Christian ministry?
 5   A.   No.
 6   Q.   Oh, okay.
 7   A.   The vocation that they are called to is full-time and
 8        they're -- the work they're doing is ministry.
 9   Q.   And what does it mean to say the work is ministry?
10   A.   It's their calling, it's their vocation, they're
11        there to serve, minister to the students that are in
12        their influence.
13   Q.   Okay, and this is the current version of your
14        faculty manual, correct?
15   A.   Yes.
16   Q.   And it's accurate as of today?
17   A.   (Nods).
18            MS. RIVERA:  You have to answer.
19   BY MS. FORSTER:
20   A.   Oh, yes.
21   Q.   Let's talk about students and the eligibility for
22        admission to Bangor Christian Schools.
23   A.   Okay.
24   Q.   Again, before we get to the actual student
25        handbook, what criteria are you looking for in
```

```
 1        deciding whether or not a student is appropriate
 2        for admission to your school?
 3   A.   Our mission is to assist families in educating the
 4        whole child by encouraging spiritual maturity and
 5        academic excellence in a supportive environment and
 6        our final authority in all matters is the Bible.
 7        That's our mission statement.  So what we're looking
 8        for is it works best for the student if the parents,
 9        the church and the school are all on the same page
10        with those things.
11   Q.   Okay.
12   A.   And the student also wants to be at the school.
13        That's -- that's when it really works.
14   Q.   Okay.
15   A.   So those are the things that through our interview
16        process we try to determine in talking with the
17        families and talking with the students, if they want
18        what we can offer.
19   Q.   Okay, and when you talk with the families who are
20        interested in applying, do you ask them, the
21        parents, about their religious beliefs?
22   A.   Yes.  We ask them where they go to church.
23   Q.   Is it a requirement that they go to church?
24   A.   No.
25   Q.   Is it a requirement that they be Christian?
```

1   A.   No.  We -- I'm trying to think.  We don't have any

2        that are not -- they don't profess to believe but we

3        have some that don't go to church for one reason or

4        another, but as long as we're on the same page of

5        what they're going to be learning in the school and

6        the students want to be there.

7   Q.   So you haven't had the experience of a family that

8        is Jewish or is Muslim coming to you and interested

9        in enrolling a child in the school?

10  A.   No, we have.

11  Q.   And how -- how have you discussed whether or not

12       that was appropriate?

13  A.   Well, we tell them what they're going to be learning

14       and we talk about our goal of developing a Biblical

15       world view for their son or daughter and sometimes it

16       doesn't work, they say no, that's not what we want,

17       and sometimes they say yes and then we go ahead.

18  Q.   Oh, I thought you said that you didn't have any

19       students that weren't Christian in the school.  You

20       have in the past?

21  A.   You said were there families.

22  Q.   Oh, oh, oh.  So do you have students who aren't

23       Christian?

24  A.   Well, when you get back to what a -- whether someone

25       is saved or not, we don't know whether someone is.

```
 1        That's between them and God.
 2   Q.   Okay.
 3   A.   So for me to say whether we have -- we have 300
 4        students, whether all 300 are saved and Born Again
 5        believers, it's impossible for me to say.
 6   Q.   Because that's not something you would discuss?
 7   A.   Not in the admissions, you know, component, no, but
 8        we let them know what we believe, what we do, why we
 9        do it, and there's lots of reasons for families to
10        want to come to the school.
11   Q.   Okay.  What are some of those?
12   A.   Well, the main one is so their child can develop a
13        Biblical world view.
14   Q.   Okay.
15   A.   But we also have strong academics, you know, the
16        environment is different at our school than other
17        schools so that could be reasons why families would
18        like to, and as I said, we sit down and look at all
19        four points that I described and assess whether it's
20        a good fit for the family, for the student and for
21        us.
22   Q.   So when you're having that discussion, if it
23        appears that it's perhaps not a good fit, do you
24        discourage them from applying or do they apply and
25        then there's someone who reviews the applications
```

```
1        and decides this is not a good idea?

2   A.   We've done both of those.

3   Q.   Okay.  Let's see, I'm looking for -- this is what

4        happens when I number things.  I guess I'll catch

5        up with it somewhere else.  This may be a big jump

6        ahead because I know you aren't designated to talk

7        about curriculum, but let's mark this next.

8           (Exhibit No. 15 marked for identification.)

9   BY MS. FORSTER:

10  Q.   Is that familiar?  Do you recognize this?

11  A.   Yes, I do.

12  Q.   Okay.  On page 19 is where I'm looking about

13       admissions and the second paragraph.

14  A.   19 on your numbers or my numbers?

15  Q.   Oh, sorry, 19 on my numbers.

16  A.   Yes.

17  Q.   "Any family who, despite their religious background

18       or beliefs, is willing to support our philosophy of

19       Christian education," et cetera, et cetera.  So if

20       a family is a devout believer of another faith,

21       would it be possible for them to agree to this; in

22       other words, how could someone who is doctrinally

23       and otherwise faithful to the Jewish faith agree to

24       something like this statement?  Is that a real

25       possibility?
```

```
 1   A.   I can't answer that for them.
 2   Q.   It just seems -- well, maybe turning the script
 3        would make more sense.  You've told me about what
 4        your schools' views are.  If you were to be asked
 5        as a condition of enrolling your child and by
 6        "your," I mean a child whose family espouses the
 7        beliefs consistent with the doctrinal beliefs of
 8        Bangor Christian Schools in another school and they
 9        had this same sort of statement that said
10        regardless of your religion, you have to espouse
11        our beliefs?
12             MS. RIVERA:  I'm going to object to the
13        question.  You can answer if you know the answer.
14   BY MS. FORSTER:
15   A.   I'm not really sure what you're asking, so maybe
16        rephrase or say it again.  I'm not following the
17        path.
18   Q.   Sure.  What I'm trying to ask, and this is such a
19        hard question, Chris and I were talking about how
20        you would ask this question, but it seems possible
21        that one of the things or requirements of one's
22        faith is a level of belief that would make it
23        impossible to agree to another faith's beliefs for
24        purposes of attending school.  Does that sound at
25        all rational?
```

```
 1              MS. RIVERA:  I'm going to object.  I think
 2        it calls for speculation.  You can answer if you
 3        know.
 4  BY MS. FORSTER:
 5  A.  I don't know.
 6  Q.  Okay, because this suggests that you would accept
 7        someone from any religious background, any
 8        religious faith, so long as they were willing to
 9        support your philosophy of Christian education,
10        conduct, et cetera, et cetera?
11              MS. RIVERA:  Are you asking him if that's
12        the case?
13              MS. FORSTER:  Yes.
14  BY MS. FORSTER:
15  Q.  Is that the case?
16  A.  Yes, we will do that.
17  Q.  Okay.  So what would happen if the child who came
18        to you was outwardly homosexual and the family who
19        came to you, they were all aware that their child
20        was homosexual?
21  A.  Well, as I said before, we abide by Biblical
22        standards and if the families are not -- if the
23        families and students are not willing to support
24        that, then we're not a good fit.
25  Q.  So the mere fact that the student is homosexual
```

```
 1        would mean they wouldn't be a good fit for the
 2        program, for the school?
 3   A.   Well, they wouldn't be able to sign our -- our, you
 4        know, agreement that we have in the handbook if
 5        that's how they felt.
 6   Q.   Okay.
 7   A.   So they would -- they would not -- I don't know how
 8        they could sign that.
 9   Q.   Okay, and would the same be true if the child was
10        identifying or presenting themselves as a gender
11        that was not their biological gender at birth?
12   A.   I'd answer it the same way.  We have firm Biblical
13        standards and we expect our students and staff and
14        leaders to follow that and if they can't, then we're
15        not the school for them.
16   Q.   Do you admit students with disabilities?
17   A.   Can you expand on that?
18   Q.   Well, okay, very simply, do you admit students who
19        have individualized education programs --
20   A.   Yes.
21   Q.   -- under IDEA, and for those students, do you offer
22        to provide them with special education and related
23        services?
24   A.   We have what's called 504 plans.
25   Q.   Okay, and I'm going to guess the reason you have
```

```
 1        504 plans, do you take federal funds?
 2   A.   We do not receive federal funds.
 3   Q.   You do not receive federal funds?
 4   A.   We don't receive money for that.  We have services
 5        that are provided through Title I and Title II.
 6   Q.   So you have Title I and Title II services at your
 7        school?
 8   A.   Yes, but it's through the Bangor School Department.
 9   Q.   Right.
10   A.   We don't receive the money.
11   Q.   So as an entity that doesn't receive any federal
12        funds, do you have to provide 504 services?
13   A.   We don't have to.
14   Q.   But you choose to?
15   A.   Yes.
16   Q.   Okay, and do you make the referrals for Title
17        services?  Are you involved in the identification
18        and evaluation of what students would need Title
19        services?
20   A.   Mrs. Boone is the one that should be answering those
21        questions.
22   Q.   Okay, perfectly legitimate answer.  I just didn't
23        know whether or not you made -- do you make that
24        sort of inquiry at the time of admission or is that
25        something that happens once you -- she would know?
```

```
1    A.   That's the answer.  Ask her, yeah.

2    Q.   Okay.  Well, you said that you did finances, right?

3    A.   Um-hum.

4    Q.   Okay.  So I'm safe if I talk to you about financial

5         aid?

6    A.   Yes.

7    Q.   Excellent.  So I guess the first question I have

8         is, is Bangor Christian Schools a separate entity

9         from Crosspoint Church financially?

10   A.   We're a separate 501(c)(3), yes.

11   Q.   Okay, and what are the sources of funding for the

12        school?

13   A.   Tuition revenue.

14   Q.   Okay.

15   A.   And fundraising efforts.

16   Q.   Um-hum.

17   A.   We have some fees associated with sports programs,

18        things of that nature.

19   Q.   Okay.

20   A.   Those are the bulk of it.

21   Q.   And what determines or who determines how much

22        tuition is?

23   A.   I put forward a proposal each year and the budget

24        gets approved by the Deacon Board and I take advice

25        from Advisory Board.
```

1   Q.   But the final say as to what tuition is, is the

2        Deacon Board?

3   A.   Yeah, they approve the budget.

4   Q.   Okay.  Do students receive a discount on tuition if

5        they're a member or members of Crosspoint Church?

6   A.   No.

7   Q.   Does the school offer any merit-based scholarships

8        sort of regardless of need?

9   A.   There is one small scholarship each year that is

10       based on that, yes.

11  Q.   And what is that?

12  A.   The name of the scholarship?

13  Q.   It has a name?

14  A.   Or the amount of money?  I'm not sure what you're

15       asking.

16  Q.   Could you describe the scholarship that's merit

17       based as opposed to financial aid?

18  A.   Sure.  A rising senior has the opportunity to receive

19       somewhere between -- it's around $500 -- $500 to $800

20       from a named scholarship from years before.

21  Q.   And does that go to the highest-ranking rising

22       senior?

23  A.   No, they apply based on -- and the financial aid

24       committee reviews their application.

25  Q.   And the school also offers need-based financial

```
 1        aid, yes?

 2   A.   That's the bulk of what the financial aid is.

 3   Q.   Okay.

 4        (Exhibit No. 16 marked for identification.)

 5   BY MS. FORSTER:

 6   Q.   Take a look at this.  Do you recognize this

 7        document?

 8   A.   Yes, I do.

 9   Q.   Okay.  Does the student need to be a member of a

10        church in order to apply for financial aid?

11   A.   No.

12   Q.   So on page -- well, my number is 56, the second

13        page of the document, that church information

14        section, you can N/A or skip that and still be

15        eligible?

16   A.   Um-hum.

17   Q.   And approximately how many students receive

18        financial aid or what percentage of the students,

19        if that's easier?

20   A.   Probably through this process, probably 15, maybe 20.

21   Q.   Percent of the students?

22   A.   No, students.

23   Q.   Oh.

24   A.   You asked how many students.

25   Q.   Yes.  So how many students in total attend the
```

```
1        school?

2   A.   A round number is 300.  This year we're at 293 I

3        think right now.

4   Q.   And what grades is that?

5   A.   K/4 all the way to twelfth grade.

6   Q.   Okay, so K to 12 is 300 students?

7   A.   (Nods).

8   Q.   Of whom 15 to 20 receive financial aid?

9   A.   Yes, through this process.

10  Q.   So there's this process.  There's one student who

11       receives the merit scholarship?

12  A.   Right.

13  Q.   What other processes are there for financial aid?

14  A.   Well, the other piece that I was running through my

15       head, we have staff discounts which is all the

16       same -- you know, it's still financial aid.

17  Q.   Yup.

18  A.   So the staff discount would add more families to that

19       if that's what you're looking for, but in terms of

20       this strict application process, it's probably about

21       20 students.

22  Q.   Okay, and then individuals' who work at the schools

23       children attend for a discounted rate?

24  A.   Yes.

25  Q.   I understand.
```

```
 1   A.   Oh, the multi kid discount too I suppose, yeah.

 2   Q.   Okay.  I flashed in my mind the multi policy

 3        discount for insurance.

 4   A.   Well, it's kind of like that but there's not a --

 5        there's not a financial aid, you know, package for

 6        that so we have those discounts too.

 7   Q.   Okay.  So if you have more than one child attending

 8        the school there's a discount?

 9   A.   If you have more than two there's a discount.

10   Q.   More than two, okay.  That starts talking about big

11        families.  Is one of your responsibilities also to

12        manage or oversee the NEASC accreditation process?

13   A.   Yes.

14   Q.   And when was the last time you went through

15        accreditation review?

16   A.   We're in the middle of our self study right now.

17   Q.   And is the self study the year before?

18   A.   Yes.

19   Q.   I've heard of this before.  So that must mean that

20        you were last accredited in '09?

21   A.   Yes, before I got there.

22   Q.   When you apply for accreditation, do you supply

23        information about your curriculum to the NEASC

24        people?

25   A.   Yes, that's one of the standards.
```

```
 1   Q.   And when they review the curriculum, are they
 2        reviewing it to see whether or not it's consistent
 3        with the standards of the state that the school is
 4        located in or do they have another standard?
 5   A.   I can't answer that.
 6   Q.   Okay.  When was the first time you heard that there
 7        might be a lawsuit challenging this tuition
 8        statute?
 9   A.   It was last spring I think.
10   Q.   And how did you find out?
11   A.   Mr. Keller and I think there was another -- another
12        lawyer involved mentioned that they were looking for
13        some families to join a lawsuit for that.
14   Q.   And did you speak to them on the phone, in writing?
15   A.   Speak to who?
16   Q.   Attorney Keller or the other individual that you
17        thought --
18   A.   E-mail was first.
19   Q.   Okay.
20   A.   And we met in person.  I don't have the date on when
21        that was.
22   Q.   And as the -- as the result of that meeting, did
23        you make a decision about whether or not to assist
24        in identifying potential families?
25   A.   What I agreed to do was e-mail our families
```

```
 1        information that they were putting forward.

 2   Q.   So I'm going to show you something that's already

 3        been marked as Exhibit 2 from a prior deposition.

 4   A.   Um-hum.

 5   Q.   Is that the e-mail that you're talking about?

 6             MS. RIVERA:  Can I see it?

 7   BY MS. FORSTER:

 8   A.   Yeah, that's the one in May, so springtime.

 9   Q.   Other than sending that e-mail, did you do anything

10        else to assist either Attorney Keller or anyone

11        else in identifying plaintiffs?

12   A.   Not that I recall.

13   Q.   Did the Carsons speak with you about whether or not

14        they should become plaintiffs?

15   A.   No, he just sent me an e-mail to say you can give Mr.

16        Keller my information, so I just passed that along

17        through e-mail.

18   Q.   And what about the Gillises, did you have any

19        conversations with the Gillises?

20   A.   No, I don't think they had replied to me.  I think

21        they must have contacted the lawyers directly, and --

22        no.

23   Q.   And how did you feel representing the school about

24        having the Carsons and the Gillises be plaintiffs?

25             MS. RIVERA:  I'm going to object.  I think
```

```
 1        WE'RE getting beyond the scope of the deposition here
 2        asking him about how he felt about it.
 3   BY MS. FORSTER:
 4   Q.   How does Bangor Christian Schools feel about having
 5        the Carsons and the Gillises be plaintiffs in this
 6        case?
 7   A.   Well, it's -- I don't know, it's not really for us to
 8        say.  This is their -- this is their decision to go
 9        forward and challenge the law.
10   Q.   Are you aware that in the complaint the plaintiffs
11        assert that Bangor Christian Schools would be
12        interested in receiving tuition funds?
13   A.   Yes.
14   Q.   And is that an accurate statement?
15   A.   As long as we don't -- our position has been as long
16        as we don't have to change anything we're doing, we
17        would consider it.
18   Q.   So you would have to look at what the actual
19        requirements for receipt of tuition would be?
20   A.   Sure.
21            (Exhibit No. 17 marked for identification.)
22   BY MS. FORSTER:
23   Q.   Showing you a chain of e-mails.
24   A.   Um-hum.
25   Q.   If you could take a look at those and see if you
```

1     remember this exchange.

2  A.  Yes.

3  Q.  And what was -- why did you reach out to Ms.

4     Ford-Taylor?

5  A.  When I took over as head of school, my predecessor

6     stepped me through the process of what he had to do

7     each year to be approved --

8  Q.  Okay.

9  A.  -- and there was a checklist and I had to gather a

10     bunch of documents and mail it down to Augusta and

11     within a week we got a certificate in the mail.  I

12     did it, you know, it took about a week over the

13     summer and I did that the first year and second year

14     and then I think it was 2017 the process changed.

15  Q.  Okay.

16  A.  And a lot more information was needed.  All of a

17     sudden our -- our staff needed to go through a

18     fingerprinting process and the State was talking

19     about every teacher has to be certified and we didn't

20     really understand where that was coming from.

21  Q.  Okay.

22  A.  So we -- we did that, we went through the

23     fingerprinting exercise, the State then said for this

24     year you don't have to worry about the certification

25     requirements, and so we just kind of went into a

1       holding pattern with it.  We were certified -- sorry

2       -- we were approved that year and that's when the

3       next year leading up to that summer I said, okay,

4       we've got to figure out what do we have to do, what

5       are we not going to do, and so I began asking some

6       basic questions with Ms. Taylor -- Ms. Ford-Taylor

7       about the two different levels of I guess I'll call

8       it approval and that's where that came from.  We were

9       trying to decide, do we stick with the full approval

10      process, are we going to have to have all the

11      teachers certified or is our NEASC accreditation

12      enough along with the equivalent instructions.

13  Q.  Sure, and what did you ultimately decide the right

14      decision was for your school?

15  A.  To be an approved school.

16  Q.  And was that because you learned that as a NEASC

17      accredited institution, you didn't need to have

18      full certification for all of your staff?

19  A.  Yeah, that was a big part of it.

20  Q.  And have -- you may not know this but has Bangor

21      Christian Schools also been approved as opposed to

22      recognized?

23  A.  I don't know.

24  Q.  Okay.

25          **(Exhibit No. 18 marked for identification.)**

```
 1   BY MS. FORSTER:

 2   Q.  I just want to make sure, if you'd look at the

 3        second page which is BDS 5, the student and parent

 4        statement of corporation?

 5   A.  Um-hum.

 6   Q.  Is that what you were referring to when you said

 7        that they wouldn't be able to sign -- you said --

 8        I'm not doing this very well.  You said awhile ago

 9        that the student needed to be able to sign a

10        statement agreeing or understanding what the

11        school's beliefs were.  Is this what you were

12        referring to that they would struggle to sign?

13   A.  This is the statement that they need to sign to say

14        that they understand what is in our handbook.

15   Q.  Okay.

16   A.  Understand what we are doing as a school.

17   Q.  Is there another statement that you might have been

18        referring to?

19   A.  I don't know.  If there a way to reread what we said

20        here because I'm not --

21   Q.  I'm just -- I'm looking at the last page of

22        Exhibit -- which is the student handbook, the

23        exhibit sticker?

24   A.  These are the same.

25   Q.  Okay.
```

1  A.  These are the same.  Now I understand.

2  Q.  Okay.  If you look in pretty much the middle of

3     that paragraph, there's a statement in there, "we

4     understand that the school may request withdrawal

5     at any time if in the opinion of the school the

6     student does not fit into the spirit of the

7     institution regardless of whether or not he/she

8     conforms to the specific rules and regulations."

9     Could you explain or give an example of what that

10    might be?

11 A.  Well, we're a pretty small school and if I give

12    examples of this, my understanding is this at some

13    point could be public record.  It's going to be very

14    easy for --

15 Q.  Could you give a hypothetical example?  What could

16    someone do that wasn't a violation of a rule or

17    regulation but would still give you concern enough

18    to suggest they withdraw from the school?

19 A.  It could be something they're not -- hum,

20    hypotheticals are always hard.

21 Q.  I mean, I certainly don't want to violate any of

22    your students' privacy, they have nothing to do

23    with any of this, but I'm just trying to figure

24    out, I mean, generally speaking you judge whether

25    or not someone gets to stay based on do they comply

```
 1        with the rules.  It strikes me there's something
 2        else you're getting at here.
 3   A.   Hum, no, there's nothing different that we're getting
 4        at in there.  I'm trying to come up with a -- an
 5        example that would not -- would not violate a
 6        student's privacy and I cannot.
 7   Q.   Okay.
 8             MS. FORSTER:  So I think this is all that I
 9        have for this witness.  Do you want to ask
10        questions --
11             MR. TAUB:  Why don't we take a break first.
12             MS. FORSTER:  Okay.
13             (OFF RECORD FROM 2:02 TO 2:07)
14   BY MS. FORSTER:
15   Q.   Just a couple more questions.
16   A.   I thought I was off.
17   Q.   I know you were so hoping but it's going to be
18        quick.  Way back at the beginning when you talked
19        about the Church Board of Deacons, you said the men
20        on the Church Board of Deacons.  Are there any
21        women on the Church Board of Deacons?
22   A.   No, there are not.
23   Q.   Could there be?
24   A.   No, there cannot.
25   Q.   And why is that?
```

```
 1   A.   You'll have to ask the leadership of the church I
 2        guess.  It's not a Biblical principle for women to
 3        lead the church.
 4   Q.   I see.  We spent a lot of time talking about either
 5        homosexual or transgender potential employees, and
 6        I just want to be clear, an individual who
 7        identifies as being homosexual or as being
 8        transgender, the gender that is not on his or her
 9        birth certificate, would they be eligible for a
10        teaching position?
11   A.   I'll just repeat the same thing that I said.  We have
12        firm Biblical standards associated with the conduct
13        of our teachers, staff, students and if they're not
14        able to do that, then we're not a good fit for
15        them --
16   Q.   So no?
17   A.   -- for employment or for education.
18   Q.   Why isn't that just no?
19             MS. RIVERA:  Objection.  If you need further
20        explanation, you can explain.
21   BY MS. FORSTER:
22   Q.   Assume that you could be eligible for tuition
23        purposes without changing anything, okay, just as
24        you are right now you could be eligible, would you
25        agree to take tuition?
```

 1   A.   Yeah, I think I've answered that question.  All

 2        things being equal, that is something that we would

 3        consider.

 4   Q.   You would consider it?

 5   A.   Well, I can't make that decision today in front of

 6        you.  I have a board that I go through, the deacons

 7        would vote on it and so I would put it forward.

 8   Q.   Um-hum.  You would tell them you don't have to

 9        change anything.

10   A.   I would say we don't have to change anything, this is

11        an opportunity we have, but I can't begin to predict

12        right now what everybody is going to do in a vote.

13   Q.   Can you think of something else they might consider

14        in making that decision?

15             MS. RIVERA:  Objection.  Speculation.

16   **BY MS. FORSTER:**

17   A.   I don't know.

18   Q.   If we're telling you, the State, you don't have to

19        change anything about what you're doing --

20   A.   Um-hum.

21   Q.   -- what would be the basis to still say no?

22             MS. RIVERA:  Objection.  You can answer if

23        you know.

24   **BY MS. FORSTER:**

25   A.   I can't answer because I don't know what they would

```
 1        have for reasons.
 2   Q.   If you had a family come to you and they said to
 3        you, we think that you have the right environment
 4        for our child, the academic environment, the
 5        spiritual environment, but we don't believe in God,
 6        is that something that would concern you in making
 7        an admission decision?
 8   A.   Well, the answer to every question that we ask in
 9        those interviews is concerning.  We take it into --
10        under advisement, and so to answer that, yes, that
11        would be.
12   Q.   And they say to you, we can sign your statement but
13        just know we don't believe, is that --
14   A.   Is there a question there?  I'm sorry.
15   Q.   Yeah, is that an acceptable answer or would you
16        probe more as to even if they think they can sign
17        your statement, it still might really not be a good
18        fit?
19   A.   Would you repeat that?
20   Q.   Assuming that they tell you very honestly that they
21        don't believe in God but they say we will sign your
22        statement agreeing to behave and to conduct
23        ourselves in accordance with your school, does the
24        mere fact that they are still saying, you know, we
25        are telling you right out we don't believe in God,
```

```
 1        is that a problem from an admissions perspective?
 2   A.   Is it a problem?
 3   Q.   Yes.  Is that something that would give you either
 4        a negative inference or cause you concern about
 5        admission?
 6   A.   Well, it would cause us to have more questions and
 7        have longer -- maybe a longer discussion.  We meet
 8        with families for anywhere from 45 minutes to an hour
 9        and a half or more.
10   Q.   Longer than that deposition?
11   A.   Yes.
12             MR. TAUB:  Although it doesn't feel that
13        way.
14             THE WITNESS:  It doesn't feel that way and
15        it's a little easier questions.
16                     (LAUGHTER)
17   BY MS. FORSTER:
18   A.   But for one question, yeah, we're a Christian school
19        and if they're not -- if they don't -- if they come
20        into it not believing the Bible, then we've got to
21        find out, well, why are you here, why do you want to
22        come to the school and it doesn't exclude them but
23        your question was does it give us some concern, yes.
24        We would ask more questions and find out what they're
25        looking for but it doesn't exclude them.
```

1          MS. FORSTER:  All right.  Do you have any

2     questions?

3          MR. KELLER:  I do not.

4          MS. FORSTER:  All right.  Thank you very

5     much.

6          MS. RIVERA:  We'll read his deposition.

7          (Whereupon, the above-named deposition was

8     concluded at 2:13 p.m.)

9          (The deponent does not waive reading and

10     signing.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        CERTIFICATE
 2        I, Joanne P. Alley, a Notary Public in and for
 3   the State of Maine, hereby certify that on the 17th day
 4   of December, 2018, personally appeared before me the
 5   within-named deponent who was sworn to testify to the
 6   truth, the whole truth, and nothing but the truth in the
 7   aforementioned cause of action and that the foregoing is
 8   a true and accurate record as taken by me by means of
 9   computer-aided machine shorthand.
10
11        I further certify that I am a disinterested
12   person in the event or outcome of the aforementioned
13   cause of action.
14
15        IN WITNESS WHEREOF, I have hereunto set my hand
16   this 11th day of January, 2018.
17
18            _____
19                  Joanne P. Alley
20              Court Reporter/Notary Public
21
22   My commission expires:  July 17, 2022
23
24
25
```

1           ALLEY & MORRISETTE REPORTING SERVICE

2                1203 Augusta Road

3              Belgrade, ME  04917

4

                 January 14, 2018

5

6

7  Dr. Jeffrey Benjamin
   c/o Kimberly Y. Smith Rivera, Esq.

8  11803 104th Street.
   Largo, FL 33773

9

10

   RE: Carson, et al. v Robert G. Hasson

11

   Enclosed please find a copy of your deposition taken in

12  the above-mentioned action.  Also enclosed is the
   original signature page and a sheet for corrections.

13  Please read the copy of the deposition and sign the
   original signature page before a Notary Public.  If

14  there are any corrections you wish to make, they should
   be made on the enclosed correction sheet.  Do not mark

15  on the deposition.

16  Please return the signed original signature page and
   correction sheet to Alley & Morrisette at the above

17  address within 30 days.

18  Thank you.

19

20

21

22

23

24

25

1   THE ORIGINAL DEPOSITION OF DR. JEFFREY BENJAMIN SHOULD

2   INCLUDE THE FOLLOWING CORRECTIONS:

3

4   Page Line     Change from this     To this

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                TO BE COMPLETED BY THE DEPONENT:

 2          I, _____, have read the

 3    foregoing pages and have noted any stenographic errors

 4    of my testimony together with their respective

 5    corrections and the reasons therefore on the following

 6    Errata Sheet.

 7

 8              (SIGNATURE) _____

 9                  (DATE) _____

10                  * * * * * * * * * *

11    TO BE COMPLETED BY THE NOTARY PUBLIC/ATTORNEY

12       I, _____, a Notary Public/Attorney,

13    hereby acknowledge that the above-named deponent

14    personally appeared before me and affixed his/her

15    signature as his/her own true act and deed.

16

17              (SIGNATURE) _____

18                  (DATE) _____

19    TITLE:  Carson, et al. v Robert Hasson

20    DEPOSITION OF:  Jeffrey Benjamin

21    DATE OF DEPOSITION:  December 17, 2018

22    NOTICING PARTY:  Sarah Forster, Esq.

23    REPORTER:  Joanne P. Alley

24

25
```

**#**

**#3** [1] - 15:15

**$**

**$500** [2] - 33:19
**$800** [1] - 33:19

**'**

**'09** [1] - 36:20

**0**

**04333-0006** [1] - 2:4
**04917** [1] - 51:3

**1**

**104th** [2] - 2:15, 51:8
**11803** [2] - 2:15, 51:8
**11th** [1] - 50:16
**12** [4] - 3:12, 6:8, 6:10, 35:6
**1203** [1] - 51:2
**13** [5] - 3:13, 15:1, 15:2, 19:15, 21:3
**14** [5] - 3:14, 19:9, 20:3, 21:12, 51:4
**15** [5] - 3:13, 3:15, 27:8, 34:20, 35:8
**16** [2] - 3:16, 34:4
**17** [6] - 1:18, 3:17, 4:4, 39:21, 50:22, 53:21
**17th** [1] - 50:3
**18** [2] - 3:18, 41:25
**18-cv-00327** [1] - 1:4
**19** [3] - 27:12, 27:14, 27:15
**1:00** [2] - 1:18, 4:4

**2**

**2** [1] - 38:3
**20** [3] - 34:20, 35:8, 35:21
**2006** [1] - 7:15
**2015** [1] - 8:8
**2017** [1] - 40:14
**2018** [6] - 1:18, 4:4, 50:4, 50:16, 51:4, 53:21
**2022** [1] - 50:22
**207-626-8800** [1] - 2:4
**21** [1] - 3:14
**27** [1] - 3:15
**293** [1] - 35:2
**2:02** [1] - 44:13
**2:07** [1] - 44:13

**2:13** [1] - 49:8

**3**

**30** [1] - 51:17
**300** [4] - 26:3, 26:4, 35:2, 35:6
**301** [1] - 2:8
**33773** [2] - 2:16, 51:8
**34** [1] - 3:16
**39** [1] - 3:17
**398** [1] - 2:8

**4**

**4** [1] - 3:4
**41** [1] - 3:18
**45** [1] - 48:8
**480-557-8300** [1] - 2:9

**5**

**5** [1] - 42:3
**501(c)(3** [1] - 32:10
**504** [3] - 30:24, 31:1, 31:12
**512-480-5396** [1] - 2:13
**56** [1] - 34:12

**6**

**6** [2] - 2:3, 3:12
**64** [1] - 22:25

**7**

**72** [1] - 21:17
**78701** [1] - 2:12

**8**

**816** [1] - 2:12
**85281** [1] - 2:8
**888-233-6255** [1] - 2:16

**9**

**960** [1] - 2:12

**A**

**AAG** [2] - 2:2, 2:2
**abide** [1] - 29:21
**ability** [1] - 5:7
**able** [6] - 16:15, 18:23, 30:3, 42:7, 42:9, 45:14
**above-mentioned** [1] - 51:12

**above-named** [2] - 49:7, 53:13
**academic** [2] - 24:5, 47:4
**academics** [1] - 26:15
**Academy** [1] - 21:19
**accept** [2] - 22:13, 29:6
**acceptable** [1] - 47:15
**accepting** [2] - 18:20, 18:25
**accordance** [1] - 47:23
**accreditation** [4] - 36:12, 36:15, 36:22, 41:11
**accredited** [2] - 36:20, 41:17
**accurate** [3] - 23:16, 39:14, 50:8
**acknowledge** [1] - 53:13
**act** [1] - 53:15
**action** [2] - 50:7, 50:13, 51:12
**Action** [1] - 1:4
**active** [1] - 22:20
**actual** [2] - 23:24, 39:18
**add** [1] - 35:18
**address** [1] - 51:17
**administered** [1] - 4:6
**administration** [1] - 11:12
**admission** [5] - 23:22, 24:2, 31:24, 47:7, 48:5
**Admission** [1] - 3:19
**admissions** [3] - 26:7, 27:13, 48:1
**admit** [2] - 30:16, 30:18
**advice** [1] - 32:24
**advise** [1] - 11:12
**advisement** [1] - 47:10
**Advisory** [4] - 11:4, 11:5, 11:10, 32:25
**affixed** [1] - 53:14
**aforementioned** [2] - 50:7, 50:12
**afternoon** [2] - 4:13, 4:14
**ago** [3] - 9:17, 21:19, 42:8
**agree** [5] - 19:19, 27:21, 27:23, 28:23, 45:25
**agreed** [1] - 37:25
**agreeing** [2] - 42:10,

47:22
**agreement** [3] - 9:7, 20:24, 30:4
**ahead** [4] - 14:21, 19:7, 25:17, 27:6
**aid** [11] - 32:5, 33:17, 33:23, 34:1, 34:2, 34:10, 34:18, 35:8, 35:13, 35:16, 36:5
**Aid** [1] - 3:17
**aided** [1] - 50:9
**air** [1] - 19:21
**al** [3] - 1:7, 51:10, 53:19
**alcohol** [1] - 15:19
**Alley** [6] - 1:16, 4:1, 50:2, 50:19, 51:16, 53:23
**ALLEY** [1] - 51:1
**allow** [1] - 18:20
**allowed** [2] - 18:9, 20:16
**almost** [1] - 10:12
**amount** [1] - 33:14
**AMY** [1] - 1:7
**AND** [1] - 2:15
**answer** [18] - 5:10, 5:19, 18:6, 19:8, 23:18, 28:1, 28:13, 29:2, 30:12, 31:22, 32:1, 37:5, 46:22, 46:25, 47:8, 47:10, 47:15
**answered** [1] - 46:1
**answering** [2] - 5:19, 31:20
**answers** [3] - 5:6, 5:9, 17:1
**anyway** [3] - 6:2, 8:1, 16:4
**apanju@ij.org** [1] - 2:13
**APPEARANCES** [1] - 2:1
**appeared** [2] - 50:4, 53:14
**appellate** [1] - 11:17
**Application** [2] - 3:17, 3:19
**application** [2] - 33:24, 35:20
**applications** [1] - 26:25
**apply** [5] - 11:25, 26:24, 33:23, 34:10, 36:22
**applying** [2] - 24:20, 26:24
**appropriate** [3] - 16:18, 24:1, 25:12

**approval** [3] - 4:23, 41:8, 41:9
**approve** [1] - 33:3
**approved** [5] - 32:24, 40:7, 41:2, 41:15, 41:21
**area** [2] - 14:18, 15:19
**ARIF** [1] - 2:11
**assert** [1] - 39:11
**assess** [1] - 26:19
**assist** [3] - 24:3, 37:23, 38:10
**Assistant** [1] - 7:24
**assistant** [2] - 4:17, 7:19
**associate** [1] - 8:7
**associated** [2] - 32:17, 45:12
**assume** [2] - 23:3, 45:22
**assuming** [1] - 47:20
**attend** [2] - 34:25, 35:23
**attending** [2] - 28:24, 36:7
**Attorney** [7] - 1:17, 2:10, 3:4, 3:5, 4:2, 37:16, 38:10
**attorney** [1] - 4:17
**ATTORNEY** [1] - 2:3
**Attorneys** [1] - 2:6
**Augusta** [5] - 1:18, 2:4, 4:4, 40:10, 51:2
**Austin** [1] - 2:12
**authority** [2] - 11:11, 24:6
**Avenue** [2] - 2:8, 2:12
**aware** [2] - 29:19, 39:10
**awhile** [1] - 42:8
**AZ** [1] - 2:8

**B**

**background** [2] - 27:17, 29:7
**Bangor** [16] - 8:8, 8:13, 9:12, 9:13, 10:2, 11:2, 12:1, 14:7, 21:16, 23:22, 28:8, 31:8, 32:8, 39:4, 39:11, 41:20
**Baptist** [8] - 9:12, 9:13, 9:20, 9:21, 9:22, 9:23, 10:2, 22:3
**based** [8] - 17:24, 19:3, 33:7, 33:10, 33:17, 33:23, 33:25, 43:25

**basic** [2] - 5:4, 41:6
**basis** [1] - 46:21
**BCS** [2] - 3:15, 21:17
**BDS** [2] - 21:17, 42:3
**BE** [2] - 53:1, 53:11
**became** [3] - 7:23, 8:7, 9:13
**become** [1] - 38:14
**began** [1] - 41:5
**begin** [1] - 46:11
**beginning** [4] - 1:18, 4:4, 23:1, 44:18
**behave** [1] - 47:22
**behavior** [1] - 16:9
**Belgrade** [1] - 51:3
**belief** [1] - 28:22
**beliefs** [7] - 24:21, 27:18, 28:7, 28:11, 28:23, 42:11
**believer** [2] - 14:12, 27:20
**believers** [3] - 12:14, 13:6, 26:5
**BENJAMIN** [4] - 1:14, 3:3, 4:8, 52:1
**Benjamin** [3] - 7:6, 51:7, 53:20
**best** [3] - 5:7, 21:8, 24:8
**between** [5] - 9:22, 12:16, 22:23, 26:1, 33:19
**beyond** [1] - 39:1
**Bible** [15] - 17:2, 17:5, 17:6, 17:15, 17:18, 17:21, 22:1, 22:2, 22:5, 22:11, 22:13, 22:17, 22:25, 24:6, 48:20
**Bible-believing** [5] - 22:1, 22:2, 22:11, 22:17, 22:25
**Biblical** [11] - 13:16, 14:23, 15:18, 16:13, 16:17, 25:14, 26:13, 29:21, 30:12, 45:2, 45:12
**big** [3] - 27:5, 36:10, 41:19
**bigger** [1] - 13:3
**biological** [1] - 30:11
**biologically** [1] - 17:20
**biology** [1] - 19:5
**birth** [4] - 17:12, 19:5, 30:11, 45:9
**Board** [15] - 9:1, 9:3, 10:16, 10:19, 10:22, 11:4, 11:5, 11:10, 11:20, 32:24, 32:25,

33:2, 44:19, 44:20, 44:21
**board** [3] - 10:17, 11:1, 46:6
**bold** [1] - 15:9
**boone** [1] - 31:20
**Boone** [1] - 11:15
**born** [1] - 17:19
**Born** [17] - 12:14, 12:16, 12:18, 12:25, 13:6, 13:8, 13:11, 13:18, 13:22, 14:3, 14:8, 14:12, 22:6, 22:9, 22:10, 22:24, 26:4
**bottom** [1] - 21:16
**brave** [1] - 8:12
**break** [2] - 5:24, 44:11
**briefly** [4] - 4:16, 8:18
**bring** [2] - 20:14, 20:17
**brought** [1] - 4:20
**Brunswick** [3] - 7:8, 7:9, 7:11
**budget** [2] - 32:23, 33:3
**budgets** [1] - 8:21
**Building** [2] - 1:17, 4:3
**bulk** [2] - 32:20, 34:2
**bunch** [1] - 40:10
**BY** [22] - 4:12, 6:9, 15:3, 19:12, 21:13, 23:19, 27:9, 28:14, 29:4, 29:14, 34:5, 38:7, 39:3, 39:22, 42:1, 44:14, 45:21, 46:16, 46:24, 48:17, 53:1, 53:11

## C

**c/o** [1] - 51:7
**Canada** [2] - 7:10, 7:12
**cannot** [2] - 44:6, 44:24
**capacity** [1] - 1:10
**Carson** [2] - 51:10, 53:19
**CARSON** [1] - 1:7
**Carsons** [3] - 38:13, 38:24, 39:5
**case** [3] - 29:12, 29:15, 39:6
**catch** [1] - 27:4
**Catholics** [1] - 13:4
**CENTER** [1] - 2:15
**certainly** [1] - 43:21
**CERTIFICATE** [1] - 50:1

**certificate** [3] - 17:12, 40:11, 45:9
**certification** [2] - 40:24, 41:18
**certified** [3] - 40:19, 41:1, 41:11
**certify** [2] - 50:3, 50:11
**cetera** [5] - 15:20, 27:19, 29:10
**Chain** [1] - 3:18
**chain** [1] - 39:23
**challenge** [1] - 39:9
**challenging** [2] - 4:21, 37:7
**Change** [1] - 52:4
**change** [6] - 18:13, 18:17, 39:16, 46:9, 46:10, 46:19
**changed** [1] - 40:14
**changing** [1] - 45:23
**check** [1] - 7:2
**checklist** [1] - 40:9
**chief** [1] - 10:12
**child** [10] - 24:4, 25:9, 26:12, 28:5, 28:6, 29:17, 29:19, 30:9, 36:7, 47:4
**children** [1] - 35:23
**choose** [2] - 17:24, 31:14
**Chris** [2] - 4:18, 18:4, 28:19
**Christian** [38] - 8:9, 8:13, 11:3, 11:7, 12:1, 12:16, 12:17, 12:18, 13:1, 13:3, 13:9, 13:12, 13:21, 13:22, 13:25, 14:7, 14:8, 15:10, 15:12, 15:14, 16:6, 17:13, 20:5, 21:17, 23:2, 23:4, 23:22, 24:25, 25:19, 25:23, 27:19, 28:8, 29:9, 32:8, 39:4, 39:11, 41:21, 48:18
**CHRISTOPHER** [1] - 2:2
**christopher.taub@ maine.gov** [1] - 2:5
**church** [25] - 8:25, 9:18, 10:8, 10:17, 10:23, 14:6, 22:1, 22:2, 22:3, 22:8, 22:11, 22:17, 22:21, 22:24, 22:25, 24:9, 24:22, 24:23, 25:3, 34:10, 34:13, 45:1, 45:3

**Church** [21] - 9:8, 9:9, 9:12, 9:13, 9:14, 9:18, 9:20, 9:21, 9:22, 9:23, 10:2, 10:5, 13:25, 14:1, 14:4, 32:9, 33:5, 44:19, 44:20, 44:21
**churches** [3] - 9:24, 22:12, 22:23
**Civil** [1] - 1:4
**clauses** [1] - 19:10
**clear** [3] - 5:4, 20:11, 45:6
**cold** [1] - 5:15
**colleague** [1] - 4:18
**Colossians** [3] - 15:24, 15:25, 16:1
**coming** [2] - 25:8, 40:20
**Commission** [1] - 20:15
**commission** [1] - 50:22
**Commissioner** [5] - 1:10, 4:19, 7:22, 7:23, 7:24
**commitment** [2] - 13:23, 14:22
**committed** [1] - 11:7
**committee** [1] - 33:24
**community** [1] - 20:6
**complaint** [4] - 11:18, 20:14, 20:17, 39:10
**COMPLETED** [2] - 53:1, 53:11
**comply** [1] - 43:25
**component** [1] - 26:7
**computer** [1] - 50:9
**computer-aided** [1] - 50:9
**concept** [1] - 13:11
**concern** [4] - 43:17, 47:6, 48:4, 48:23
**concerning** [1] - 47:9
**concluded** [1] - 49:8
**condition** [2] - 20:14, 28:5
**conditions** [1] - 18:18
**conduct** [5] - 15:19, 17:3, 29:10, 45:12, 47:22
**confirm** [1] - 11:9
**conforms** [1] - 43:8
**confusing** [1] - 19:11
**Congress** [1] - 2:12
**connected** [1] - 10:7
**connection** [1] - 7:25
**connections** [2] - 10:6, 10:9
**consider** [5] - 18:25,

39:17, 46:3, 46:4, 46:13
**considered** [2] - 19:22, 19:24
**considering** [1] - 18:19
**consistent** [2] - 28:7, 37:2
**contacted** [1] - 38:21
**continue** [2] - 18:21, 19:2
**Contract** [1] - 3:14
**contract** [5] - 15:7, 19:15, 20:8, 20:13, 21:7
**conversations** [1] - 38:19
**conversely** [1] - 19:1
**copy** [4] - 12:4, 12:5, 51:11, 51:13
**corporation** [1] - 42:4
**correct** [4] - 11:12, 16:11, 16:19, 23:14
**correction** [2] - 51:14, 51:16
**corrections** [3] - 51:12, 51:14, 53:5
**CORRECTIONS** [1] - 52:2
**counsel** [2] - 5:3, 7:2
**couple** [4] - 5:9, 9:17, 15:8, 44:15
**COURT** [1] - 1:1
**Court** [1] - 50:20
**court** [3] - 5:13, 20:11, 20:17
**courts** [1] - 20:7
**criteria** [4] - 11:25, 14:15, 21:20, 23:25
**criterion** [1] - 12:25
**Cross** [2] - 1:17, 4:3
**Crosspoint** [1] - 9:8, 9:9, 9:13, 9:18, 10:4, 10:14, 13:25, 14:4, 32:9, 33:5
**current** [1] - 23:13
**curriculum** [4] - 11:13, 27:7, 36:23, 37:1

## D

**dances** [1] - 15:20
**DATE** [3] - 53:9, 53:18, 53:21
**date** [1] - 37:20
**daughter** [1] - 25:15
**DAVID** [1] - 1:7
**days** [1] - 51:17
**DBH** [1] - 1:4

**Deacon** [8] - 9:1, 9:2, 10:16, 10:19, 10:21, 11:20, 32:24, 33:2
**Deacons** [3] - 44:19, 44:20, 44:21
**deacons** [1] - 46:6
**December** [4] - 1:18, 4:4, 50:4, 53:21
**decide** [2] - 41:9, 41:13
**decides** [1] - 27:1
**deciding** [1] - 24:1
**decision** [6] - 37:23, 39:8, 41:14, 46:5, 46:14, 47:7
**decisions** [2] - 11:13
**deed** [1] - 53:15
**Defendant** [2] - 1:12, 2:6
**definitely** [1] - 18:5
**denomination** [2] - 9:19, 13:7
**denominations** [2] - 13:9, 13:13
**Department** [2] - 1:11, 31:8
**DEPARTMENT** [1] - 2:3
**deponent** [4] - 4:6, 49:9, 50:5, 53:13
**DEPONENT** [3] - 1:14, 3:2, 53:1
**deposed** [2] - 4:9, 5:1
**Deposition** [1] - 3:13
**DEPOSITION** [3] - 52:1, 53:20, 53:21
**deposition** [14] - 4:1, 4:25, 5:5, 5:24, 6:3, 7:1, 38:3, 39:1, 48:10, 49:6, 49:7, 51:11, 51:13, 51:15
**describe** [2] - 14:10, 33:16
**described** [1] - 26:19
**description** [2] - 13:16, 15:11
**descriptively** [1] - 10:21
**designated** [2] - 11:23, 27:6
**designee** [1] - 6:17
**despite** [1] - 27:17
**determine** [1] - 24:16
**determines** [1] - 32:21
**develop** [1] - 26:12
**developing** [2] - 14:22, 25:14
**devout** [1] - 27:20
**difference** [4] - 9:22, 12:16, 12:17, 22:23

**differences** [2] - 19:16, 19:21
**different** [7] - 11:1, 14:15, 17:11, 19:10, 26:16, 41:7, 44:3
**direct** [1] - 12:22
**direction** [1] - 8:22
**directly** [1] - 38:21
**disabilities** [1] - 30:16
**discount** [6] - 33:4, 35:18, 36:1, 36:3, 36:8, 36:9
**discounted** [1] - 35:23
**discounts** [2] - 35:15, 36:6
**discourage** [1] - 26:24
**discriminate** [1] - 17:23
**discuss** [1] - 26:6
**discussed** [1] - 25:11
**discussion** [2] - 26:22, 48:7
**disinterested** [1] - 50:11
**dispute** [2] - 11:16, 20:22
**disputes** [2] - 20:4, 20:7
**DISTRICT** [2] - 1:1, 1:1
**doctrinal** [1] - 28:7
**doctrinally** [1] - 27:22
**document** [2] - 34:7, 34:13
**documents** [2] - 6:23, 40:10
**done** [2] - 21:10, 27:2
**down** [4] - 5:8, 22:23, 26:18, 40:10
**Dr** [4] - 4:19, 7:6, 8:25, 51:7
**DR** [1] - 52:1
**dramatic** [1] - 5:14
**drugs** [1] - 15:19
**duly** [1] - 4:8
**during** [1] - 7:1
**duties** [2] - 8:19

**E**

**e-mail** [6] - 37:18, 37:25, 38:5, 38:9, 38:15, 38:17
**E-mail** [1] - 3:18
**e-mails** [1] - 39:23
**early** [1] - 6:23
**easier** [2] - 34:19, 48:15
**easy** [1] - 43:14
**educating** [1] - 24:3
**Education** [4] - 1:11,

4:19, 7:23, 7:24
**education** [6] - 11:8, 27:19, 29:9, 30:19, 30:22, 45:17
**efforts** [1] - 32:15
**eight** [1] - 6:18
**either** [3] - 38:10, 45:4, 48:3
**eligibility** [1] - 23:21
**eligible** [6] - 4:22, 16:12, 34:15, 45:9, 45:22, 45:24
**employee** [1] - 20:12
**employees** [2] - 20:21, 45:5
**employment** [4] - 9:7, 21:7, 21:20, 45:17
**Enclosed** [1] - 51:11
**enclosed** [2] - 51:12, 51:14
**encouraging** [1] - 24:4
**endurance** [1] - 5:25
**enrolling** [2] - 25:9, 28:5
**entities** [1] - 9:5
**entity** [2] - 31:11, 32:8
**environment** [5] - 24:5, 26:16, 47:3, 47:4, 47:5
**equal** [1] - 46:2
**equivalent** [1] - 41:12
**Errata** [1] - 53:6
**errors** [1] - 53:3
**espouse** [1] - 28:10
**espouses** [1] - 28:6
**ESQ** [2] - 2:7, 2:11
**Esq** [8] - 1:7, 15:20, 27:19, 29:10, 51:10, 53:19
**evaluation** [1] - 31:18
**Evangelical** [5] - 13:21, 13:22, 13:25, 14:8, 22:6
**event** [2] - 5:24, 50:12
**exactly** [1] - 17:8
**EXAMINATION** [1] - 4:11
**example** [3] - 43:9, 43:15, 44:5
**examples** [2] - 16:7, 43:12
**excellence** [1] - 24:5
**Excellent** [1] - 32:7
**exchange** [1] - 40:1
**exclude** [3] - 19:3, 48:22, 48:25
**exercise** [1] - 40:23
**exhibit** [1] - 42:23

**Exhibit** [19] - 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 6:8, 6:10, 6:15, 6:20, 15:2, 21:12, 27:8, 34:4, 38:3, 39:21, 41:25, 42:22
**expand** [1] - 30:17
**expect** [1] - 30:13
**experience** [2] - 14:16, 25:7
**expertise** [1] - 14:18
**expires** [1] - 50:22
**explain** [2] - 43:9, 45:20
**explanation** [1] - 45:20
**extent** [1] - 17:22
**extremely** [1] - 6:23
**eye** [1] - 5:12

**F**

**face** [1] - 21:9
**fact** [2] - 29:25, 47:24
**faculty** [8] - 11:24, 12:2, 12:5, 12:8, 17:4, 17:16, 21:21, 23:14
**Faculty** [1] - 3:15
**fair** [1] - 16:18
**faith** [7] - 13:24, 14:5, 14:12, 27:20, 27:23, 28:22, 29:8
**faith's** [1] - 28:23
**faithful** [1] - 27:23
**familiar** [1] - 27:10
**families** [16] - 4:21, 10:7, 24:3, 24:17, 24:19, 25:21, 26:9, 26:17, 29:22, 29:23, 35:18, 36:11, 37:13, 37:24, 37:25, 48:8
**family** [7] - 25:7, 26:20, 27:17, 27:20, 28:6, 29:18, 47:2
**federal** [4] - 31:1, 31:2, 31:3, 31:11
**fees** [1] - 32:17
**felt** [3] - 20:18, 30:5, 39:2
**few** [2] - 5:4, 21:19
**fifth** [1] - 6:14
**figure** [2] - 41:4, 43:23
**final** [3] - 11:19, 24:6, 33:1
**finally** [1] - 4:16
**finances** [1] - 32:2
**Financial** [1] - 3:17
**financial** [11] - 32:4,

33:17, 33:23, 33:25, 34:2, 34:10, 34:18, 35:8, 35:13, 35:16, 36:5
**financially** [1] - 32:9
**fingerprinting** [2] - 40:18, 40:23
**finish** [2] - 5:17, 5:19
**firm** [2] - 30:12, 45:12
**first** [7] - 6:25, 7:14, 32:7, 37:6, 37:18, 40:13, 44:11
**fit** [8] - 17:12, 26:20, 26:23, 29:24, 30:1, 43:6, 45:14, 47:18
**FL** [2] - 2:16, 51:8
**flashed** [1] - 36:2
**Floor** [2] - 1:17, 4:3
**follow** [6] - 15:18, 17:2, 17:5, 17:15, 17:17, 30:14
**FOLLOWING** [1] - 52:2
**following** [3] - 15:13, 28:16, 53:5
**follows** [1] - 4:10
**FOR** [4] - 1:1, 2:7, 2:11, 2:15
**Ford** [2] - 40:4, 41:6
**Ford-Taylor** [2] - 40:4, 41:6
**foregoing** [2] - 50:7, 53:3
**forestry** [2] - 7:21, 7:22
**Forestry** [1] - 7:25
**forever** [1] - 13:18
**former** [2] - 7:22, 11:6
**formerly** [2] - 9:10, 9:12
**FORSTER** [30] - 2:2, 4:12, 6:6, 6:9, 14:25, 15:3, 19:9, 19:12, 21:11, 21:13, 23:19, 27:9, 28:14, 29:4, 29:13, 29:14, 34:5, 38:7, 39:3, 39:22, 42:1, 44:8, 44:12, 44:14, 45:21, 46:16, 46:24, 48:17, 49:1, 49:4
**Forster** [3] - 3:4, 4:15, 53:22
**forward** [5] - 21:9, 32:23, 38:1, 39:9, 46:7
**four** [1] - 26:19
**Fredericton** [1] - 7:11
**FROM** [1] - 44:13
**front** [3] - 15:9, 19:17,

46:5
**full** [7] - 8:7, 8:10, 23:1, 23:3, 23:7, 41:9, 41:18
**full-time** [2] - 23:3, 23:7
**funding** [2] - 18:13, 32:11
**fundraising** [1] - 32:15
**funds** [7] - 4:23, 18:25, 31:1, 31:2, 31:3, 31:12, 39:12

### G

**gambling** [1] - 15:20
**gather** [1] - 40:9
**gender** [7] - 17:11, 17:16, 17:19, 19:4, 30:10, 30:11, 45:8
**general** [1] - 4:17
**GENERAL** [1] - 2:3
**General** [2] - 1:17, 4:2
**generally** [1] - 43:24
**gestures** [1] - 5:14
**Gilliess** [4] - 38:18, 38:19, 38:24, 39:5
**given** [1] - 1:18
**goal** [1] - 25:14
**God** [5] - 12:21, 26:1, 47:5, 47:21, 47:25
**God's** [2] - 12:19, 22:13
**goodness** [1] - 8:12
**grade** [1] - 35:5
**grades** [1] - 35:4
**grouping** [1] - 9:24
**groups** [1] - 19:3
**guess** [8] - 11:9, 13:3, 21:24, 27:4, 30:25, 32:7, 41:7, 45:2

### H

**half** [1] - 48:9
**hand** [1] - 50:15
**Handbook** [1] - 3:16
**handbook** [4] - 23:25, 30:4, 42:14, 42:22
**hard** [2] - 28:19, 43:20
**HASSON** [1] - 1:10
**Hasson** [3] - 4:19, 51:10, 53:19
**he/she** [1] - 43:7
**head** [8] - 5:12, 8:9, 8:15, 8:16, 8:19, 10:5, 35:15, 40:5
**heard** [2] - 36:19, 37:6
**help** [2] - 10:7, 12:15

**helpful** [2] - 5:14, 6:23
**hereby** [2] - 50:3, 53:13
**hereunto** [1] - 50:15
**high** [3] - 7:12, 11:20, 16:13
**highest** [2] - 10:16, 33:21
**highest-ranking** [1] - 33:21
**himself** [1] - 13:16
**hire** [4] - 12:8, 17:24, 18:14, 18:22
**hiring** [2] - 8:22, 11:24
**his/her** [2] - 53:14, 53:15
**holding** [1] - 41:1
**homosexual** [9] - 16:11, 17:25, 18:10, 18:14, 29:18, 29:20, 29:25, 45:5, 45:7
**homosexuality** [2] - 16:18, 19:3
**honestly** [1] - 47:20
**hope** [1] - 20:23
**hopefully** [1] - 4:25
**hoping** [1] - 44:17
**hour** [1] - 48:8
**House** [1] - 2:3
**hum** [18] - 5:11, 8:6, 9:15, 10:3, 10:11, 13:2, 14:14, 16:10, 32:3, 32:16, 34:16, 38:4, 39:24, 42:5, 43:19, 44:3, 46:8, 46:20
**Human** [1] - 20:15
**hypothetical** [1] - 43:15
**hypotheticals** [1] - 43:20

### I

**idea** [2] - 13:11, 27:1
**IDEA** [1] - 30:21
**identification** [8] - 6:8, 15:2, 21:12, 27:8, 31:17, 34:4, 39:21, 41:25
**identifies** [2] - 17:11, 45:7
**identifying** [4] - 19:4, 30:10, 37:24, 38:11
**II** [2] - 31:5, 31:6
**important** [2] - 5:8, 8:19
**impossible** [2] - 26:5, 28:23
**IN** [1] - 50:15

**INCLUDE** [1] - 52:2
**includes** [1] - 13:4
**independent** [5] - 9:20, 9:21, 9:22, 9:25, 22:3
**individual** [3] - 18:9, 37:16, 45:6
**individualized** [1] - 30:19
**individuals** [1] - 18:14
**individuals'** [1] - 35:22
**inference** [1] - 48:4
**influence** [1] - 23:12
**information** [6] - 16:23, 34:13, 36:23, 38:1, 38:16, 40:16
**inquiry** [1] - 31:24
**instead** [1] - 18:6
**INSTITUTE** [2] - 2:7, 2:11
**institution** [2] - 41:17, 43:7
**instructions** [1] - 41:12
**insurance** [1] - 36:3
**intend** [1] - 7:3
**interested** [5] - 11:2, 18:16, 24:20, 25:8, 39:12
**international** [1] - 8:23
**interpretation** [1] - 22:15
**interview** [1] - 24:15
**interviews** [1] - 47:9
**invites** [1] - 12:21
**involved** [2] - 31:17, 37:12
**involves** [1] - 4:22
**item** [2] - 14:25, 15:4
**itself** [1] - 9:25

### J

**January** [2] - 50:16, 51:4
**Jeffrey** [2] - 51:7, 53:20
**JEFFREY** [4] - 1:14, 3:3, 4:8, 52:1
**Jerry** [1] - 8:25
**Jesus** [4] - 12:20, 12:21, 13:16, 14:13
**Jewish** [2] - 25:8, 27:23
**Joanne** [5] - 1:16, 4:1, 50:2, 50:19, 53:23
**job** [3] - 7:16, 7:18, 21:8

**join** [1] - 37:13
**JR** [1] - 1:10
**judge** [2] - 16:21, 43:24
**July** [1] - 50:22
**jump** [1] - 27:5
**JUSTICE** [2] - 2:7, 2:11

### K

**K/4** [1] - 35:5
**keep** [1] - 13:20
**KELLER** [2] - 2:7, 49:3
**Keller** [5] - 3:5, 37:11, 37:16, 38:10, 38:16
**kid** [1] - 36:1
**Kimberly** [1] - 51:7
**KIMBERLY** [1] - 2:14
**kind** [2] - 36:4, 40:25
**knowledge** [1] - 5:7
**known** [3] - 9:10, 11:21
**krivera@ncll.org** [1] - 2:17

### L

**language** [1] - 20:20
**Largo** [2] - 2:16, 51:8
**last** [4] - 36:14, 36:20, 37:9, 42:21
**Latin** [1] - 16:3
**IAUGHTER** [1] - 48:16
**law** [2] - 19:2, 39:9
**lawsuit** [2] - 37:7, 37:13
**lawsuits** [1] - 19:24
**lawyer** [1] - 37:12
**lawyers** [1] - 38:21
**lead** [3] - 10:10, 12:22, 45:3
**leaders** [3] - 10:23, 17:4, 30:14
**leadership** [2] - 22:12, 45:1
**leading** [1] - 41:3
**learned** [1] - 41:16
**learning** [2] - 25:5, 25:13
**legitimate** [1] - 31:22
**level** [2] - 21:24, 28:22
**levels** [1] - 41:7
**LIBERTY** [1] - 2:15
**life** [3] - 12:22, 12:23, 14:13
**LIFE** [1] - 2:15
**limited** [1] - 20:21
**Line** [1] - 52:4
**list** [3] - 6:14, 6:20, 7:4

**literal** [1] - 22:15
**literally** [2] - 17:6, 22:5
**litigation** [1] - 4:20
**live** [1] - 16:15
**located** [1] - 37:4
**look** [13] - 6:10, 6:19, 12:10, 16:5, 19:15, 20:3, 21:5, 26:18, 34:6, 39:18, 39:25, 42:2, 43:2
**looked** [1] - 18:11
**looking** [17] - 10:20, 11:25, 12:8, 12:11, 12:12, 12:14, 15:15, 15:16, 16:14, 23:25, 24:7, 27:3, 27:12, 35:19, 37:12, 42:21, 48:25

### M

**machine** [1] - 50:9
**mail** [9] - 3:18, 37:18, 37:25, 38:5, 38:9, 38:15, 38:17, 40:10, 40:11
**mails** [1] - 39:23
**main** [1] - 26:12
**MAINE** [1] - 1:1
**Maine** [12] - 1:10, 1:17, 1:18, 4:2, 4:4, 4:21, 7:14, 7:19, 8:3, 20:15, 50:3
**man** [1] - 8:12
**manage** [1] - 36:12
**Manual** [1] - 3:15
**manual** [5] - 12:2, 12:5, 12:10, 21:21, 23:14
**mark** [5] - 6:7, 14:25, 21:11, 27:7, 51:14
**marked** [9] - 6:8, 6:10, 15:2, 21:12, 27:8, 34:4, 38:3, 39:21, 41:25
**matters** [1] - 24:6
**maturity** [1] - 24:4
**ME** [2] - 2:4, 51:3
**mean** [18] - 12:11, 15:12, 15:18, 16:20, 19:9, 19:18, 20:6, 21:2, 21:3, 21:5, 22:1, 23:2, 23:9, 28:6, 30:1, 36:19, 43:21, 43:24
**means** [3] - 5:9, 19:19, 50:8
**meant** [2] - 5:25, 20:20
**meet** [1] - 48:7

**meeting** [1] - 37:22
**member** [8] - 9:2, 10:14, 11:5, 14:4, 21:25, 22:19, 33:5, 34:9
**members** [1] - 33:5
**men** [2] - 10:23, 44:19
**mentioned** [2] - 37:12, 51:12
**mere** [2] - 29:25, 47:24
**merit** [3] - 33:7, 33:16, 35:11
**merit-based** [1] - 33:7
**met** [3] - 4:16, 12:19, 37:20
**Methodists** [1] - 13:4
**Mick** [1] - 8:25
**middle** [2] - 36:16, 43:2
**might** [6] - 19:23, 37:7, 42:17, 43:10, 46:13, 47:17
**Mill** [1] - 2:8
**mind** [2] - 19:13, 36:2
**minister** [1] - 23:11
**ministry** [4] - 23:2, 23:4, 23:8, 23:9
**minutes** [3] - 18:5, 21:19, 48:8
**mischaracterized** [1] - 19:7
**mission** [2] - 24:3, 24:7
**model** [5] - 15:10, 15:12, 15:14, 16:6, 17:14
**money** [3] - 31:4, 31:10, 33:14
**morning** [1] - 21:18
**MORRISETTE** [1] - 51:1
**Morrisette** [1] - 51:16
**most** [1] - 5:7
**move** [1] - 19:14
**MR** [3] - 44:11, 48:12, 49:3
**MS** [41] - 4:12, 6:6, 6:9, 14:25, 15:3, 19:6, 19:9, 19:11, 19:12, 21:11, 21:13, 23:18, 23:19, 27:9, 28:12, 28:14, 29:1, 29:4, 29:11, 29:13, 29:14, 34:5, 38:6, 38:7, 38:25, 39:3, 39:22, 42:1, 44:8, 44:12, 44:14, 45:19, 45:21, 46:15, 46:16, 46:22, 46:24, 48:17, 49:1, 49:4, 49:6

**multi** [2] - 36:1, 36:2
**Muslim** [1] - 25:8
**must** [2] - 36:19, 38:21

## N

**N/A** [1] - 34:14
**name** [4] - 9:10, 11:9, 33:12, 33:13
**named** [4] - 33:20, 49:7, 50:5, 53:13
**names** [1] - 10:20
**NATIONAL** [1] - 2:15
**nature** [1] - 32:18
**NEASC** [4] - 36:12, 36:23, 41:11, 41:16
**need** [12] - 5:25, 13:18, 14:7, 14:22, 21:25, 31:18, 33:8, 33:25, 34:9, 41:17, 42:13, 45:19
**need-based** [1] - 33:25
**needed** [3] - 40:16, 40:17, 42:9
**negative** [1] - 48:4
**never** [1] - 11:21
**New** [3] - 7:8, 7:9, 7:11
**new** [1] - 10:7
**next** [4] - 14:25, 16:8, 27:7, 41:3
**nine** [1] - 6:18
**nobody** [1] - 21:1
**Nods)** [1] - 15:17
**nods)** [3] - 9:6, 23:17, 35:7
**None** [1] - 3:5
**nonsectarian** [2] - 17:23, 18:7
**Notary** [7] - 1:16, 4:2, 4:7, 4:9, 50:2, 51:13, 53:12
**NOTARY** [1] - 53:11
**noted** [1] - 53:3
**nothing** [4] - 7:4, 43:22, 44:3, 50:6
**notice** [2] - 1:18, 15:8
**Notice** [1] - 3:13
**NOTICING** [1] - 53:22
**number** [6] - 4:20, 15:1, 23:1, 27:4, 34:12, 35:2
**numbers** [4] - 6:16, 27:14, 27:15

## O

**oath** [1] - 4:6
**object** [4] - 19:6,

28:12, 29:1, 38:25
**objection** [3] - 45:19, 46:15, 46:22
**obtain** [1] - 16:23
**obvious** [1] - 7:25
**OF** [5] - 1:1, 2:3, 52:1, 53:20, 53:21
**OFF** [1] - 44:13
**offer** [3] - 24:18, 30:21, 33:7
**offering** [1] - 22:20
**offers** [1] - 33:25
**Office** [2] - 1:17, 4:3
**offices** [2] - 1:17, 4:2
**official** [1] - 1:10
**once** [3] - 5:21, 18:5, 31:25
**one** [28] - 5:9, 6:18, 6:19, 11:22, 12:11, 12:25, 13:12, 13:19, 13:22, 15:8, 16:17, 18:18, 19:24, 21:2, 21:24, 23:1, 25:3, 26:12, 28:21, 31:20, 33:9, 35:10, 36:7, 36:11, 36:25, 38:8, 48:18
**one's** [1] - 28:21
**operation** [1] - 10:13
**opinion** [1] - 43:5
**opportunity** [2] - 33:18, 46:11
**opposed** [3] - 21:17, 33:17, 41:21
**order** [4] - 13:17, 14:6, 18:12, 34:10
**original** [3] - 51:12, 51:13, 51:16
**ORIGINAL** [1] - 52:1
**otherwise** [1] - 27:23
**ourselves** [1] - 47:23
**outcome** [1] - 50:12
**outlines** [1] - 12:2
**outwardly** [1] - 29:18
**overall** [2] - 8:21, 8:22
**oversee** [1] - 36:12
**own** [1] - 53:15

## P

**p.m** [3] - 1:18, 4:5, 49:8
**package** [1] - 36:5
**Page** [2] - 3:11, 52:4
**page** [15] - 6:14, 6:19, 15:9, 21:15, 22:25, 24:9, 25:4, 27:12, 34:12, 34:13, 42:3, 42:21, 51:12, 51:13, 51:16

**pages** [1] - 53:3
**PANJU** [1] - 2:11
**paragraph** [8] - 15:15, 16:8, 17:13, 19:15, 20:3, 21:3, 27:13, 43:3
**parent** [1] - 42:3
**parents** [4] - 11:6, 24:8, 24:21
**part** [5] - 9:24, 15:22, 19:15, 21:7, 41:19
**particular** [1] - 9:19
**particularly** [1] - 11:2
**parties** [1] - 19:21
**PARTY** [1] - 53:22
**party** [1] - 21:1
**passed** [1] - 38:16
**past** [1] - 25:20
**pastor** [7] - 8:25, 9:2, 10:7, 10:9, 10:10, 10:12
**pastors** [1] - 22:13
**path** [1] - 28:17
**pattern** [1] - 41:1
**pause** [1] - 5:20
**payment** [2] - 4:22, 4:24
**people** [8] - 5:21, 11:7, 13:6, 19:3, 20:7, 22:24, 36:24
**percent** [1] - 34:21
**percentage** [1] - 34:18
**perfectly** [1] - 31:22
**perhaps** [1] - 26:23
**person** [10] - 4:16, 5:8, 14:19, 16:11, 17:10, 17:18, 22:9, 22:10, 37:20, 50:12
**personally** [3] - 20:1, 50:4, 53:14
**perspective** [1] - 48:1
**philosophy** [2] - 27:18, 29:9
**phone** [2] - 4:16, 37:14
**piece** [1] - 35:14
**places** [1] - 15:8
**plaintiff** [2] - 19:23, 19:25
**Plaintiffs** [2] - 1:8, 2:10
**plaintiffs** [5] - 38:11, 38:14, 38:24, 39:5, 39:10
**plans** [2] - 30:24, 31:1
**point** [1] - 43:13
**points** [1] - 26:19
**policy** [2] - 11:13, 36:2
**policymaking** [1] - 11:10

**position** [6] - 8:8, 8:13, 16:12, 18:15, 39:15, 45:10
**positions** [1] - 21:10
**positive** [2] - 21:5
**possibility** [2] - 18:16, 27:25
**possible** [3] - 13:9, 27:21, 28:20
**potential** [2] - 37:24, 45:5
**preached** [1] - 22:16
**predecessor** [1] - 40:5
**predict** [1] - 46:11
**preparing** [1] - 6:24
**presenting** [2] - 19:4, 19:17, 30:10
**presents** [1] - 17:10
**pretty** [3] - 12:2, 43:2, 43:11
**principle** [1] - 45:2
**privacy** [2] - 43:22, 44:6
**private** [1] - 20:5
**privately** [1] - 20:25
**probe** [1] - 47:16
**problem** [3] - 19:5, 48:1, 48:2
**process** [11] - 8:4, 24:16, 34:20, 35:9, 35:10, 35:20, 36:12, 40:6, 40:14, 40:18, 41:10
**processes** [1] - 35:13
**produce** [1] - 7:3
**profess** [1] - 25:2
**professor** [4] - 7:19, 8:2, 8:7
**professorship** [1] - 8:10
**program** [2] - 8:23, 30:2
**programs** [2] - 30:19, 32:17
**promise** [1] - 13:19
**proposal** [1] - 32:23
**provide** [2] - 30:22, 31:12
**provided** [2] - 7:2, 31:5
**public** [5] - 4:23, 15:20, 18:13, 19:20, 43:13
**Public** [7] - 1:16, 4:2, 4:7, 4:9, 50:2, 50:20, 51:13
**PUBLIC/ATTORNEY** [1] - 53:11
**Public/Attorney** [1] - 53:12

**purposes** [2] - 28:24, 45:23
**pursuant** [1] - 1:18
**put** [3] - 16:20, 32:23, 46:7
**putting** [2] - 21:8, 38:1

## Q

**questions** [11] - 5:6, 6:2, 16:21, 31:21, 41:6, 44:10, 44:15, 48:6, 48:15, 48:24, 49:2
**quick** [1] - 44:18

## R

**ranking** [1] - 33:21
**rate** [1] - 35:23
**rational** [1] - 28:25
**RE** [1] - 51:10
**reach** [1] - 40:3
**read** [4] - 12:3, 49:6, 51:13, 53:2
**reading** [1] - 49:9
**real** [1] - 27:24
**realized** [1] - 10:13
**really** [8] - 5:19, 12:22, 20:2, 24:13, 28:15, 39:7, 40:20, 47:17
**reason** [2] - 25:3, 30:25
**reasons** [4] - 26:9, 26:17, 47:1, 53:5
**receipt** [1] - 39:19
**receive** [11] - 4:23, 18:13, 31:2, 31:3, 31:4, 31:10, 31:11, 33:4, 33:18, 34:17, 35:8
**receives** [1] - 35:11
**receiving** [1] - 39:12
**recognize** [5] - 6:11, 6:20, 15:4, 27:10, 34:6
**recognized** [1] - 41:22
**recognizes** [2] - 12:18, 12:19
**record** [4] - 6:16, 16:20, 43:13, 50:8
**RECORD** [1] - 44:13
**refer** [1] - 17:3
**referrals** [1] - 31:16
**referring** [4] - 42:6, 42:12, 42:18
**regardless** [3] - 28:10, 33:8, 43:7
**regulation** [1] - 43:17
**regulations** [1] - 43:8

**related** [1] - 30:22
**religion** [1] - 28:10
**religious** [4] - 24:21, 27:17, 29:7, 29:8
**remarkably** [1] - 5:20
**remember** [1] - 40:1
**repeat** [4] - 13:10, 18:1, 45:11, 47:19
**repeating** [1] - 19:13
**rephrase** [1] - 28:16
**replied** [1] - 38:20
**report** [3] - 8:24, 10:9, 21:4
**REPORTER** [1] - 53:23
**Reporter/Notary** [1] - 50:20
**REPORTING** [1] - 51:1
**represent** [1] - 4:18
**representing** [1] - 38:23
**request** [1] - 43:4
**requirement** [3] - 14:3, 24:23, 24:25
**requirements** [4] - 12:24, 28:21, 39:19, 40:25
**reread** [1] - 42:19
**resolution** [3] - 19:16, 20:4, 20:22
**resolve** [1] - 20:7
**resolved** [1] - 20:18
**resort** [1] - 20:7
**respect** [2] - 10:4, 11:11
**respective** [1] - 53:4
**responsibilities** [1] - 36:11
**responsible** [3] - 6:17, 8:21, 11:14
**rest** [1] - 12:23
**restrictions** [1] - 18:21
**result** [1] - 37:22
**return** [1] - 51:16
**revenue** [1] - 32:13
**review** [2] - 36:15, 37:1
**reviewing** [1] - 37:2
**reviews** [2] - 26:25, 33:24
**Rights** [1] - 20:15
**rights** [1] - 20:22
**rising** [2] - 33:18, 33:21
**RIVERA** [13] - 2:14, 19:6, 19:11, 23:18, 28:12, 29:1, 29:11, 38:6, 38:25, 45:19, 46:15, 46:22, 49:6
**Rivera** [1] - 51:7

**Road** [1] - 51:2
**Robert** [3] - 4:19, 51:10, 53:19
**ROBERT** [1] - 1:10
**role** [6] - 10:4, 15:10, 15:12, 15:14, 16:6, 17:13
**roll** [1] - 5:12
**room** [1] - 5:8
**round** [1] - 35:2
**rule** [2] - 18:2, 43:16
**rules** [5] - 5:4, 43:8, 44:1
**running** [1] - 35:14

## S

**safe** [1] - 32:4
**sample** [1] - 15:7
**Sarah** [2] - 4:15, 53:22
**SARAH** [1] - 2:2
**sarah.forster@ maine.gov** [1] - 2:5
**saved** [4] - 12:21, 13:23, 25:25, 26:4
**scholarship** [5] - 33:9, 33:12, 33:16, 33:20, 35:11
**scholarships** [1] - 33:7
**School** [2] - 14:7, 31:8
**school** [51] - 7:7, 7:12, 8:9, 8:15, 8:16, 8:20, 8:22, 10:5, 11:2, 11:4, 11:11, 12:9, 14:7, 17:23, 18:7, 18:8, 19:23, 19:25, 20:10, 23:3, 24:2, 24:9, 24:12, 25:5, 25:9, 25:19, 26:10, 26:16, 28:8, 28:24, 30:2, 30:15, 31:7, 32:12, 33:7, 33:25, 35:1, 36:8, 37:3, 38:23, 40:5, 41:14, 41:15, 42:16, 43:4, 43:5, 43:11, 43:18, 47:23, 48:18, 48:22
**school's** [1] - 42:11
**schools** [2] - 26:17, 35:22
**Schools** [11] - 8:9, 8:13, 11:3, 12:1, 21:17, 23:22, 28:8, 32:8, 39:4, 39:11, 41:21
**schools'** [1] - 28:4
**scope** [1] - 39:1
**script** [1] - 28:2
**second** [6] - 5:16,

12:6, 27:13, 34:12, 40:13, 42:3
**secretary** [1] - 21:16
**sectarian** [1] - 18:7
**section** [1] - 34:14
**see** [6] - 16:3, 27:3, 37:2, 38:6, 39:25, 45:4
**seeing** [1] - 6:25
**self** [2] - 36:16, 36:17
**sending** [1] - 38:9
**senior** [4] - 8:25, 9:2, 33:18, 33:22
**sense** [2] - 18:3, 28:3
**sent** [1] - 38:15
**separate** [3] - 9:5, 32:8, 32:10
**serve** [1] - 23:11
**SERVICE** [1] - 51:1
**services** [6] - 30:23, 31:4, 31:6, 31:12, 31:17, 31:19
**set** [1] - 50:15
**seven** [2] - 6:18, 8:5
**several** [1] - 14:15
**Sewall** [2] - 1:18, 4:3
**sexual** [1] - 16:9
**sexuality** [1] - 17:16
**sharing** [1] - 13:23
**sheet** [3] - 51:12, 51:14, 51:16
**Sheet** [1] - 53:6
**shorter** [1] - 6:25
**shorthand** [1] - 50:9
**SHOULD** [1] - 52:1
**show** [1] - 38:2
**showing** [1] - 39:23
**sign** [10] - 30:3, 30:8, 42:7, 42:9, 42:12, 42:13, 47:12, 47:16, 47:21, 51:13
**signature** [4] - 51:12, 51:13, 51:16, 53:15
**SIGNATURE** [2] - 53:8, 53:17
**signed** [1] - 51:16
**signing** [1] - 49:10
**signs** [1] - 20:13
**simply** [1] - 30:18
**sinned** [1] - 12:19
**sins** [1] - 12:21
**sit** [1] - 26:18
**situation** [1] - 21:6
**six** [1] - 8:5
**Sixth** [2] - 1:17, 4:3
**skip** [1] - 34:14
**small** [2] - 33:9, 43:11
**Smith** [1] - 51:7
**SMITH** [1] - 2:14

**someone** [10] - 11:16, 17:24, 20:13, 25:24, 25:25, 26:25, 27:22, 29:7, 43:16, 43:25
**sometimes** [2] - 25:15, 25:17
**somewhat** [1] - 19:7
**somewhere** [2] - 27:5, 33:19
**son** [1] - 25:15
**sorry** [4] - 14:20, 27:15, 41:1, 47:14
**sort** [10] - 6:1, 8:18, 9:23, 12:7, 12:24, 13:8, 17:8, 28:9, 31:24, 33:8
**sound** [1] - 28:24
**sources** [1] - 32:11
**speaking** [2] - 21:22, 43:24
**special** [1] - 30:22
**specific** [2] - 15:23, 43:8
**speculation** [2] - 29:2, 46:15
**spent** [1] - 45:4
**spirit** [1] - 43:6
**spiritual** [2] - 24:4, 47:5
**spoken** [1] - 4:15
**sports** [1] - 32:17
**spring** [1] - 37:9
**springtime** [1] - 38:8
**staff** [7] - 17:17, 30:13, 35:15, 35:18, 40:17, 41:18, 45:13
**standard** [3] - 12:19, 18:14, 37:4
**standards** [12] - 15:19, 16:8, 16:13, 16:15, 16:17, 17:3, 18:11, 29:22, 30:13, 36:25, 37:3, 45:12
**start** [2] - 6:3, 6:6
**starts** [1] - 36:10
**State** [9] - 1:17, 1:17, 2:3, 4:3, 19:1, 40:18, 40:23, 46:18, 50:3
**state** [1] - 37:3
**statement** [14] - 14:5, 14:12, 24:7, 27:24, 28:9, 39:14, 42:4, 42:10, 42:13, 42:17, 43:3, 47:12, 47:17, 47:22
**STATES** [1] - 1:1
**Station** [1] - 2:3
**statute** [2] - 4:21, 37:8
**stay** [1] - 43:25
**stenographic** [1] -

53:3
**step** [3] - 12:3, 12:10
**stepped** [1] - 40:6
**stick** [1] - 41:9
**sticker** [1] - 42:23
**still** [6] - 34:14, 35:16, 43:17, 46:21, 47:17, 47:24
**straight** [1] - 13:20
**Street** [4] - 1:18, 2:15, 4:3, 51:8
**strict** [1] - 35:20
**strikes** [1] - 44:1
**strong** [1] - 26:15
**struggle** [1] - 42:12
**Student** [1] - 3:16
**student** [12] - 23:24, 24:1, 24:8, 24:12, 26:20, 29:25, 34:9, 35:10, 42:3, 42:9, 42:22, 43:6
**student's** [1] - 44:6
**students** [26] - 14:23, 16:14, 17:4, 23:11, 23:21, 24:17, 25:6, 25:19, 25:22, 26:4, 29:23, 30:13, 30:16, 30:18, 30:21, 31:18, 33:4, 34:17, 34:18, 34:21, 34:22, 34:24, 34:25, 35:6, 35:21, 45:13
**students'** [1] - 43:22
**study** [2] - 36:16, 36:17
**stuff** [1] - 6:25
**sudden** [1] - 40:17
**suggest** [5] - 16:22, 16:25, 17:18, 20:20, 43:18
**suggests** [1] - 29:6
**Suite** [2] - 2:8, 2:12
**summer** [2] - 40:13, 41:3
**supply** [1] - 36:22
**support** [3] - 27:18, 29:9, 29:23
**supportive** [1] - 24:5
**suppose** [3] - 11:20, 19:1, 36:1
**sworn** [2] - 4:9, 50:5
**system** [1] - 20:11

## T

**TA** [1] - 21:18
**talks** [3] - 16:8, 19:16, 20:3
**TAUB** [3] - 2:2, 44:11, 48:12

**Taub** [1] - 4:18
**Taylor** [3] - 40:4, 41:6
**teach** [1] - 7:20
**Teacher** [1] - 3:14
**teacher** [5] - 14:6, 15:7, 18:10, 20:9, 40:19
**teachers** [5] - 12:1, 12:12, 16:14, 41:11, 45:13
**teaching** [3] - 14:16, 16:12, 45:10
**Tempe** [1] - 2:8
**Temple** [1] - 21:18
**ten** [3] - 6:18, 8:4, 18:5
**ten-year** [1] - 8:4
**tenured** [1] - 8:10
**term** [1] - 13:3
**terms** [3] - 20:9, 22:22, 35:19
**test** [1] - 6:1
**testified** [1] - 4:9
**testify** [1] - 50:5
**testimony** [1] - 53:4
**THE** [6] - 1:1, 48:14, 52:1, 52:2, 53:1, 53:11
**themselves** [1] - 30:10
**therefore** [1] - 53:5
**Thessalonians** [2] - 16:2, 16:3
**thinking** [1] - 20:12
**thinks** [1] - 21:16
**three** [2] - 6:18, 14:9
**TIM** [1] - 2:7
**timeout** [1] - 5:25
**tithing** [2] - 21:25, 22:19
**Title** [6] - 31:5, 31:6, 31:16, 31:18
**TITLE** [1] - 53:19
**Titus** [1] - 16:1
**tkeller@ij.org** [1] - 2:9
**TO** [3] - 44:13, 53:1, 53:11
**tobacco** [1] - 15:20
**today** [3] - 4:24, 23:16, 46:5
**together** [1] - 53:4
**took** [3] - 8:8, 40:5, 40:12
**total** [1] - 34:25
**transcript** [2] - 5:15, 5:21
**transgender** [2] - 45:5, 45:8
**treat** [1] - 21:7
**true** [3] - 30:9, 50:8, 53:15

**trusted** [1] - 14:13
**trusting** [1] - 12:20
**truth** [4] - 22:13, 50:6
**try** [3] - 13:20, 15:24, 24:16
**trying** [7] - 16:23, 18:6, 25:1, 28:18, 41:9, 43:23, 44:4
**tuition** [11] - 4:24, 18:20, 32:13, 32:22, 33:1, 33:4, 37:7, 39:12, 39:19, 45:22, 45:25
**turn** [2] - 6:13, 21:15
**turning** [1] - 28:2
**turns** [1] - 5:20
**twelfth** [1] - 35:5
**two** [6] - 5:21, 6:18, 9:5, 36:9, 36:10, 41:7
**TX** [1] - 2:12
**type** [1] - 9:18
**typical** [1] - 8:19

## U

**ultimately** [1] - 41:13
**um-hum** [16] - 5:11, 8:6, 9:15, 10:3, 10:11, 13:2, 14:14, 16:10, 32:3, 32:16, 34:16, 38:4, 39:24, 42:5, 46:8, 46:20
**under** [2] - 30:21, 47:10
**underlie** [1] - 13:12
**underlies** [1] - 13:8
**underlined** [2] - 15:10, 19:17
**unhappy** [2] - 11:17, 20:13
**unique** [1] - 13:15
**UNITED** [1] - 1:1
**united** [1] - 19:17
**University** [4] - 7:8, 7:9, 7:19, 8:2
**up** [5] - 8:10, 16:15, 27:5, 41:3, 44:4

## V

**verses** [1] - 15:23
**version** [1] - 23:13
**view** [3] - 14:23, 25:15, 26:13
**views** [1] - 28:4
**violate** [2] - 43:21, 44:5
**violation** [1] - 43:16
**vision** [1] - 8:22

**vocation** [2] - 23:7, 23:10
**vote** [2] - 46:7, 46:12
**vs** [1] - 1:9

## W

**waive** [1] - 49:9
**wants** [2] - 21:1, 24:12
**WE'RE** [1] - 39:1
**week** [2] - 40:11, 40:12
**WHEREOF** [1] - 50:15
**whole** [2] - 24:4, 50:6
**willing** [3] - 27:18, 29:8, 29:23
**wish** [1] - 51:14
**withdraw** [1] - 43:18
**withdrawal** [1] - 43:4
**within-named** [1] - 50:5
**witness** [1] - 44:9
**WITNESS** [2] - 48:14, 50:15
**women** [2] - 44:21, 45:2
**wondering** [2] - 6:15, 12:6
**word** [4] - 5:11, 6:1, 17:6, 22:13
**words** [2] - 18:18, 27:22
**works** [3] - 5:5, 24:8, 24:13
**world** [3] - 14:23, 25:15, 26:13
**worry** [1] - 40:24
**writing** [1] - 37:14

## Y

**year** [11] - 8:4, 32:23, 33:9, 35:2, 36:17, 40:7, 40:13, 40:24, 41:2, 41:3
**years** [4] - 8:5, 9:17, 33:20
**yup** [4] - 10:25, 12:13, 14:17, 35:17