# EXHIBIT 9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DAVID and AMY CARSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT G. HASSON, JR., in his | ) |
| official capacity as Commissioner of | ) |
| the Maine Department of Education, | ) |
| | ) |
| Defendant. | ) |

Civil Action No. 18-cv-00327 DBH

## NOTICE OF DEPOSITION OF BANGOR CHRISTIAN SCHOOLS

To:   Kimberly Rivera, Esq.
      National Center for Life and Liberty
      11459 Mayfield Road #351
      Cleveland, OH 44106

Please take notice that on Monday, December 17, 2018 at 1:00 p.m., at the Office of the

Attorney General, Cross State Office Building, 6th Floor, Sewall Street, Augusta, Maine 04333,

counsel for the defendant, Robert G. Hasson, Jr., Commissioner of the Maine Department of

Education, will take the deposition of Bangor Christian Schools, upon oral examination, pursuant

to Federal Rule of Civil Procedure 30(b)(6).

The deposition will be taken before a notary public or some other officer authorized by

law to administer oaths, and will be recorded by means of a stenotype machine.

The Commissioner will examine the deponent(s) concerning all matters contained in

attached Exhibit A.   Bangor Christian Schools is responsible for designating one or more

officers, directors, or managing agents, or other persons who consent to testify on its behalf, and

may set forth, for each person designated, the matters on which the person shall testify.



EXHIBIT
12
12/17/18

The deponent(s) or their attorney must also bring with them to the deposition the documents listed in attached Exhibit B.

The deposition will continue from day to day until completed.  You are invited to attend and cross-examine.

DATED at Augusta, Maine, this 21st day of November, 2018.

JANET T. MILLS
Attorney General

/s/ Sarah A. Forster
SARAH A. FORSTER
CHRISTOPHER C. TAUB
Assistant Attorneys General
Office of the Attorney General
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
sarah.forster@maine.gov
christopher.c.taub@maine.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on this, the 21st day of November, 2018, I caused the original of this
document to be served by electronic mail and first class mail upon counsel for Bangor Christian
Schools:

Kimberly Rivera, Esq.
National Center for Life and Liberty
11459 Mayfield Road #351
Cleveland, OH 44106

All counsel of record will receive this document by electronic mail:

TIMOTHY D. KELLER, ESQ.
tkeller@ij.org

ARIF PANJU, ESQ.
apanju@ij.org

JEFFREY T. EDWARDS, ESQ.
jedwards@preti.com

JONATHAN R. WHITEHEAD, ESQ.
jon@whiteheadlawllc.com

LEA PATTERSON, ESQ.
lepatterson@firstliberty.org

MICHAEL K. WHITEHEAD, ESQ.
mike@thewhiteheadfirm.com

ALEX LUCHENITSER, ESQ.
luchenitser@au.org

SARAH GOETZ, ESQ.
goetz@au.org

ZACHARY L. HEIDEN, ESQ.
zheiden@aclumaine.org

To my knowledge, there are no non-registered parties or attorneys participating in this case.

Dated: November 21, 2018

/s/ Sarah A. Forster
SARAH A. FORSTER
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8866
sarah.forster@maine.gov

## Exhibit A

1. Bangor Christian Schools' interest in becoming approved for the receipt of public funds for tuition purposes pursuant to 20-A M.R.S.A. § 2951.

2. Bangor Christian Schools' advertisement for or recruitment of prospective students.

3. Bangor Christian Schools' admissions policies.

4. Bangor Christian Schools' curriculum, course offerings, grading system, graduation requirements, and general academic policies.

5. The religious component of Bangor Christian Schools' curriculum, including course offerings and related requirements.

6. Bangor Christian Schools' disciplinary policies and procedures.

7. Bangor Christian Schools' hiring policies and procedures, including teacher and administrator qualifications.

8. Bangor Christian Schools' sources of funding.

9. Bangor Christian Schools' relationship with any church or religious institution.

10. Any communications between Bangor Christian Schools and counsel for Plaintiffs in this lawsuit.

### Exhibit B

1. Brochures or similar documents, including standard cover letters to parents or students, currently in use that provide an accurate overview of Bangor Christian Schools, its purposes, and academic or other offerings to students;

2. Current application forms;

3. Documents explaining the application process;

4. Admissions policies and procedures;

5. A copy of the current student handbook or similar document;

6. A schedule or calendar of events for the current school year;

7. Financial aid forms used by students to apply for aid and documents relating to any financial aid policies;

8. The most recent evaluation report of the school from the New England Association of Schools and Colleges;

9. Documents relating to educator (teachers, administrators, and other professionals) qualifications and a sample teacher contract used by the school;

10. A copy of the current faculty handbook or similar document;

11. Documents providing information relating to the school's curriculum, course offerings, grading system, graduation requirements, and general academic policies;

12. Documents describing and relating to the religious component of the curriculum, including course outlines and related requirements;

13. Documents relating to the rights and privileges of students at the school, including documents relating to disciplinary proceedings; and

14. Documents reflecting any communications between Bangor Christian Schools and counsel for Plaintiffs.