# EXHIBIT 11

# BANGOR CHRISTIAN SCHOOLS

## FACULTY MANUAL



*Revised 08/2018*



EXHIBIT

14

BDS 000062

## BANGOR CHRISTIAN SCHOOLS
## MISSION STATEMENT

The purpose of Bangor Christian Schools is to assist families in educating the whole child by encouraging spiritual maturity and academic excellence in a supportive environment. Our final authority in all matters is the Word of God.

## FORWARD

The purpose of this manual is to bring together all of the general information school employees need to know about this ministry of the church as well as specific information about their own role in the work place. All employees are to spend the time necessary to become thoroughly familiar with the contents of the manual and refer to it regularly throughout the year. If there are any questions about your individual responsibilities that are not covered in this manual or are not clear to you, please see the principal without delay. It is important that all personnel follow the procedures outlined in this manual if we are to move together toward the accomplishment of our goals and purposes as a ministry of Crosspoint Church.

**W**elcome to Bangor Christian,

We are thankful that you have accepted the challenge that comes with joining this ministry. Your **attitude, dedication** to the work, **loyalty** to the administration and the other members of the staff, and the way you accept and carry out your responsibilities will be the real key to the success of Bangor Christian this year. We witness through our lives to parents, students, friends, and associates. We work toward the end of winning and training many students in the nurture and admonition of the Lord. There are some things that we feel are essential for the harmony of the personnel, and to the testimony of our school. They are as follows:

1. Each staff member needs to realize that this is a full-time Christian ministry. This is the Lord's school, and we are working for Him. Each of us needs to have a spiritual burden for his/her own part of this ministry.

2. Each staff member needs to be flexible and willing to do whatever needs to be done to get the job done for the Lord.

3. Support the administration. You answer to the administration who likewise answers to the pastor.

4. Follow the calendar, handbook procedures, and agendas given out at teachers' meetings. What you do affects the rest of the school.

5. Keep on schedule, especially as we start and close each day.

6. Do not change schedules, procedures, and policies. Make it your responsibility to find out how things are done at Bangor Christian. Parents and students depend on us to do what we say we are going to do.

God has blessed our school significantly. He has brought <u>you</u> here for a special purpose. He will continue to bless us as we give of ourselves to His ministry. If at any time the administrative personnel can be of help to you, feel free to talk with us.

# GENERAL INDEX

MISSION STATEMENT & FORWARD.................................. 2

WELCOME.................................................................. 3

GENERAL INDEX......................................................... 4

INTRODUCTION ------------------------------------------------- 7
History ------------------------------------------------------------- 7
Statement of Purpose and Philosophy --------------------------------- 7

GOALS OF BANGOR CHRISTIAN SCHOOLS ------------------------- 8

ORGANIZATIONAL STRUCTURE --------------------------------------- 9
Church/School Relationship ------------------------------------------- 9
Headmaster/Advancement ---------------------------------------------- 9
Principal/Guidance Counselor ----------------------------------------- 9
Assistant Principal/Athletic Administrator -------------------------- 10
Advisory Board  ------------------------------------------------------10

EMPLOYMENT POLICIES------------------------------------------- 11
Criteria for Employment ---------------------------------------------- 11
Kindergarten Teachers------------------------------------------------- 11
Elementary and Secondary Teachers ----------------------------------- 11
Counselor or Special Teachers ---------------------------------------- 12
Full-Time Administrators --------------------------------------------- 12
Salary and Benefits-------------------------------------------------- 12
Professional Development---------------------------------------------- 12

PERSONAL REGULATIONS AND REQUIREMENTS  -------------13
Church Attendance --------------------------------------------------- 13
Personal Testimony --------------------------------------------------13
Personal Appearance -------------------------------------------------13
Hours ------------------------------------------------------------- 14
Breaks ------------------------------------------------------------- 14
Duties ------------------------------------------------------------- 15
Principles for Christian Workers --------------------------------------15
Prayer Meetings ----------------------------------------------------- 16
Faculty Meetings ---------------------------------------------------- 16
Other Meetings and School Functions --------------------------------- 17
Promptness in Assignments and Duties ------------------------------- 17
Absences ------------------------------------------------------------ 17
Equipment and Book Policy ------------------------------------------- 18
Tutoring -------------------------------------------------------------18

Supervision --------------------------------------------------------------18
Example -------------------------------------------------------------- 18
Facilities -------------------------------------------------------------- 18
Volunteer Guidelines------------------------------------------------- 19

**ACADEMIC POLICES** --------------------------------------------**20**
Accreditation ------------------------------------------------------- 20
Teacher Certification----------------------------------------------  20
Textbooks ---------------------------------------------------------- 20
Admissions Policy  ------------------------------------------------20
Elementary Curriculum -------------------------------------------- 21
Middle School Curriculum  ---------------------------------------21
Senior High School Curriculum  ---------------------------------21
Grade Averaging ---------------------------------------------------21
Incomplete Grades -----------------------------------------------22
Mid Quarter Grades ----------------------------------------------- 22
Report Cards  -----------------------------------------------------22
Honor Roll  --------------------------------------------------------22
Promotion Policy  ------------------------------------------------- 23
Graduation Requirements  ---------------------------------------- 23
Classroom Assessments ------------------------------------------- 24
Scheduling a Test  ------------------------------------------------24
Grading Test Papers ----------------------------------------------- 24
Testing - Standardized --------------------------------------------- 25
Homework Purpose  ----------------------------------------------- 25
Homework Standards and Procedures  ---------------------------25
Dangers of Inappropriate Homework  ----------------------------26
Kinds of Homework to Avoid  -----------------------------------26
Late Homework Policy  ------------------------------------------ 26
Wednesday Night Homework Policy----------------------------- 26
PowerSchool Expectations---------------------------------------- -26

**TEACHER RELATIONSHIPS-EMPLOYER/PARENTS/STUDENTS/OTHERS**     27
Professional Ethics --------------------------------------------  27
Teacher/Employer Relationship  ----------------------------------28
Teacher/Parent Relationship --------------------------------------28
Meetings - Parent/Teacher Conference  ---------------------------29
Teacher/Student Relationship  -----------------------------------29
Discipline Philosophy --------------------------------------------30
Discipline Principles and Procedures----------------------------31
Suspension--------------------------------------------------------31
Expulsion ----------------------------------------------------------31
Student Conduct  --------------------------------------------------32

**POLICIES AND PROCEDURES** --------------------------------------**33**

BDS 000066

Attendance Records ------------------------------------------------------33
Excused Absence ---------------------------------------------------------33
Approved Unexcused Absence --------------------------------------------33
Unexcused Absence-------------------------------------------------------33
Partial Day Absence------------------------------------------------------33
Illnesses ------------------------------------------------------------- 34
Accidents ------------------------------------------------------------ 34
Administration of Medicines---------------------------------------------- 34
Accident Report Form---------------------------------------------------- 35

**SPECIAL ACTIVITIES** ---------------------------------------------- **36**
Field Trips ----------------------------------------------------------- 36
Field Form ------------------------------------------------------------37

**CLASSROOM CHECKLIST** ----------------------------------------- **38**

**ELEMENTARY DISCIPLINE**----------------------------------------- **39**
Discipline Principles---------------------------------------------------  39
Elementary Discipline Procedures ----------------------------------------41
Disciplinary Probation ------------------------------------------------ 41
Common Discipline Problems and Suggested Solutions ------------------ 41

**SECONDARY DISCIPLINE**---------------------------------------------- **43**
Discipline Principles -------------------------------------------------- 43
Secondary Discipline Procedures ----------------------------------------44
Limits for Detentions -------------------------------------------------45
Suspension and Expulsion --------------------------------------------46
Common Discipline Problems and Suggested Solutions ------------------ 46

BDS 000067

# GENERAL INFORMATION

## INTRODUCTION

### History

Bangor Christian Schools was founded in 1970 as a ministry of Bangor Baptist Church. The Lord's blessing upon the school is evidenced by its growth and stability from its first years at French Street to its present enrollment and facilities.

### Statement of Purpose and Philosophy

Vision:
The vision of BCS is to produce citizens who are growing in their faith, positively impacting their world for the Gospel of Christ and actively serving in their churches and communities while succeeding in their chosen careers.

Mission:
The mission of Bangor Christian Schools is to assist families in educating the whole child by encouraging spiritual maturity and academic excellence in a supportive environment. Our final authority in all matters is the Word of God.

Philosophy:
We believe that God is the creator of all things and His Word is the final authority in all matters. We believe that His desire is for all people to know Him and the world He created. Following God's mandate for education in Psalm 78:5,6 and Deuteronomy 6:5-9, Bangor Christian Schools assists families in educating their children with a Biblical worldview. Every facet of the program focuses on understanding God, His creation, and His purpose for humanity, leading students to accept their responsibility to each.

Recognizing that each child is a unique creation of God, we believe that a supportive environment is essential to develop spiritual maturity and academic excellence. (Gal 6:10; Eph. 4:12-13) Such an environment also allows students to grow in their relationships with God and others. Bangor Christian Schools prepares students to be responsible citizens who fulfill their God-given potential.

## GOALS OF BANGOR CHRISTIAN SCHOOLS

**Spiritually**      "Let the Word of God dwell in you richly."

- To lead each child to personal acceptance of Jesus Christ as Savior.
- To enrich the child's devotional life.
- To develop a well-balanced and Christ-like personality.
- To awaken a realization that God has a purpose and plan for each life.
- To develop the ability to find help from Scripture independently.
- To develop knowledge, love, and understanding of the Bible.
- To instill a sense of responsibility for the lost, which leads to intelligent witnessing.
- To have each capable student go on to a college or university to perfect his training for God's service.

**Mentally**      "Let this mind be in you which was also in Christ Jesus."

- To develop a mind-directed and not a feeling-directed life.
- To develop a positive reaction to the circumstances of life.
- To discover and develop individual aptitudes.
- To cultivate analytical thinking and a priority-directed life.
- To impart a command of common knowledge and skills.

**Emotionally**   "Be strong in the Lord and in the power of His might."

- To build a Christ-controlled personality.
- To establish an emotional balance.
- To enable the child to adjust himself easily to situations in which he finds himself.
- To develop aesthetic interests and abilities.
- To establish an attitude of perseverance within each child.

**Socially**      "Two are better than one."

- To instill a loyalty to Jesus Christ in all things and at all times.
- To develop an understanding of the student's place in and obligation to the family.
- To help the child share his Christian responsibility as a citizen for the welfare of every group to which he belongs.
- To awaken and foster missionary responsibility toward all people.

**Physically**    "Present your bodies a living sacrifice. . .to God."

- To develop a respect for the body as the temple of the Holy Spirit.
- To teach intelligent care of the body.
- To encourage the yielding of the body as an instrument of God's use.

BDS 000069

# ORGANIZATIONAL STRUCTURE

## Church/School Relationship

Among the ministries of Crosspoint Church is Bangor Christian Schools. It is expected that elected or employed personnel shall understand that the ministry of Bangor Christian Schools is uniquely Christian and biblically based. Standards of conduct are based on biblical principles and must be fully implemented and followed in spirit, as well as in letter, by all of the staff of the school since they are, in fact, staff members of the church. Each staff member is expected to be a faithful church member of a local church, supporting the total work through their attendance of regularly scheduled services, sharing their talents in the work, tithing, prayers, and assisting in positively promoting the Lord's work.

Each faculty and staff member shall be responsible to the administration for the execution of certain duties which are to be clearly defined upon employment. The administration shall be given the duty both, to employ or to discharge faculty and staff members, keeping the advisory board fully informed. Salary and vacation arrangements shall be agreed upon by the administration with the faculty or staff member at the time of employment.

## Headmaster/Advancement

The headmaster is responsible for the fiduciary well-being of the school. Among the other responsibilities for this position include dealing with all state and federal agencies, coordinating the international student program, managing the NEASC accreditation process, writing and administering all grants, and overseeing school safety issues. The headmaster is an extra officer to the school advisory board. He/she is also charged with coordinating all advancement efforts to promote Bangor Christian Schools in the community.

## Principal/Guidance Counselor

The school principal is the person responsible for the day-to-day operation of the school. He/she shall attend to school faculty employment and shall purchase such supplies as he/she deems necessary. Both salary considerations and supply purchases shall be kept within the general school budget limitations. The principal shall serve as director of the elementary, middle school and high school. He/she has the responsibility of student issues and discipline. In addition, he/she shall supervise the school activities in the areas of instruction, athletics, and co-curricular activities through the Athletic Administrator.

**Athletic Director**

The athletic administrator shall be responsible for the physical education program of the school and for the interscholastic athletic schedule of the school in all sports. The A.D. shall be responsible for the appointing of coaches for boys' and girls' athletics in the areas of physical education and interscholastic competition. The A.D. shall secure approved officials, see that each facility is maintained and fit for use, coach those sports where his expertise lies, see that all athletic facilities are in order and secured after use, and shall be in charge of the general development of the school athletic program and physical education program. The A.D. is accountable directly to the headmaster.

**School Counselor**

The school counselor develops and oversees that educational plans for students with educational, emotional, physical, or behavioral needs. He/she coordinates with the principal and staff to assure that students needs are adequately met. He/she supports teachers in the classroom with lessons when requested or needed. In addition he/she meets with individual students to support their specific needs.

**Advisory Board**

The advisory board of Bangor Christian Schools is made up of individuals who have demonstrated an active interest in Bangor Christian Schools over the years. Each member of the board must have all* of his/her school-aged children enrolled in Bangor Christian Schools and may not be a teacher or the spouse of a teacher. Each member of the board is a chair person of a committee in support of the school.

*Providing that Bangor Christian Schools can meet their educational needs.

# EMPLOYMENT POLICIES

**Criteria for Employment**

### ALL EMPLOYEES

1.  Must be born again.
2.  Must be an active, tithing member of a Bible believing church.
3.  Must agree without reservation to the doctrinal statement and standards of conduct of Bangor Christian Schools.
4.  Must agree as a faculty member to abide by the policies in Bangor Christian Schools Faculty Manual.
5.  Must agree to fulfill other reasonable requirements as normally related to the position, which for professional personnel include, but are not limited to, such activities as clerical functions, maintenance duties, and assisting in the supervision of extracurricular activities outside normal school hours.
6.  All teachers are strongly encouraged to attend athletic events and other functions, programs, or recitals involving the participation of their students. This builds unity among the staff and rapport with students and their parents. A student's sense of importance to the teacher and his/her loyalty to the teacher is often encouraged when he/she sees their teacher at one of the events in which he/she is participating.

### NON-PROFESSIONAL EMPLOYEES

1.  Must be a high school graduate or the equivalent.
2.  Must demonstrate through experience or testing the ability to perform the duties required.
3.  Must meet any federal, state, or local legal requirements of the position.

### PROFESSIONAL EMPLOYEES

**Kindergarten Teachers**

Should have as a minimum a four-year degree in Early Childhood Education, Elementary Education, or Religious Education from a recognized school or presently be working on one.

**Elementary and Secondary Teachers**

Teachers should have as a minimum a four-year degree in Elementary or Secondary Education, Religious Education, or have a major or minor* in the academic discipline of the position sought. The degree must be from a recognized school.

*or the equivalent

**Counselor or Special Teachers**

1.  Should have as a minimum a four-year degree in Elementary, Secondary, or Religious

BDS 000072

Education from a recognized school.

2. Should have graduate training, preferably a master's degree, or experience in the area of specialization.

**Full-Time Administrators**

1. Should have as a minimum a four-year degree in Elementary, Secondary, or Religious Education, or have a major or minor in an academic subject discipline from a recognized school.
2. Should have a master's degree in Education or Religious Education, preferably in administration and supervision, or be willing to commence work on one, immediately.
3. Should have a minimum of three years experience in Christian Education.

**Salary and Benefits**

All teachers are employed by contract. Their teaching salary is determined by the salary scale. All compensation for extra duties such as administration, coaching, cheerleading, yearbook, etc. is according to the scale. The scale provides for increases in the base salary according to years of experience and degrees earned.

All teachers are paid on a plan of twenty-four pay periods per year.

In addition to the salary, the school provides the following for the full-time staff and faculty:

1. The school pays half of the premium on the comprehensive medical benefits plan.
2. The school provides free tuition to all children of full-time school staff.

**Professional Development**

Bangor Christian Schools will set aside time before the opening of school, during the school year, and at the end of the school year for professional development activities to promote use of best educational practices by teachers and staff. There is also a limited amount of funding available for courses, workshops, conferences, and seminars. Sources of funding include Title 1A and Title II-D allocations, the school budget, and the BCS Foundation. The amount of funds available from the Foundation is dependent upon the investment income from the principal.

For partial or full reimbursement, teachers and staff should request permission, in writing, from the principal to participate in the professional development activity. Information to be provided should include the name and description of the activity, the sponsoring organization, and tuition, fees, books, and other expenses.

# PERSONAL REGULATIONS AND REQUIREMENTS

**Church Attendance**

BDS 000073

Full-time faculty and staff members of Bangor Christian Schools are to be members of a Bible believing church and are to be faithful in church attendance.

## Personal Testimony

All employees of the school are part of the corporate testimony of the school and the church. Everything about your person and actions is a part of this testimony.   All employees, and particularly teachers, must constantly guard their testimony and their influence over students.  An occasional careless action or word will often make everything else the teacher has done of no avail.   Be mindful of the consequences of your actions, your jokes, your dress, and your preferences in music and entertainment.

In the electronic age in which we now live, teachers are expected to be very careful in any correspondence with students via e-mail, texting, social media, and other means of communication.  Any type of correspondence between a teacher and a student should be professional in nature and limited to the student's school experience.  Discussion of personal issues and any other items outside of the appropriate teacher-student relationship must be avoided in all situations.  Any issues of concern should be reported immediately to the administration.

*"YOUR TESTIMONY WILL BECOME THE STANDARD OF YOUR STUDENTS."*

## Personal Appearance

Faculty and staff members should be above reproach in their personal dress and grooming. Teachers are asked never to appear in public in immodest or inappropriate dress.

Ladies
1.    Women faculty and staff members are to wear dress slacks, dresses or skirts during the school day except when participating in a recreational activity.  Dresses and skirts should be long enough to reach the top of the knee.
2.    Tennis shoes are not to be worn during the school day unless the teacher is teaching physical education or participating in a recreational activity.
3.    Tight fitting or see through clothing is not to be worn.
4.    Extremes in fashion are to be avoided.
5.    Good taste should be used in wearing makeup and/or jewelry.


Gentlemen

1.    Men faculty and staff are to wear a collared shirt during the school day except when

BDS 000074

participating in a recreational activity.

2.  Men should have a hair cut which meets the school code for hair styles. Men may wear a neatly trimmed mustache, beard, or otherwise they are to be clean shaven.
3.  Tight fitting or see through clothing is not to be worn.

## Hours

- Every teacher is required to be on campus by 7:30 a.m. each day to monitor their classroom and perform other tasks to prepare for the school day.
- All teachers are required to be present at weekly prayer meetings unless assigned to a duty elsewhere on the campus by the administration.
- Teachers are expected to be prompt so that others are not kept waiting.
- At 3:00 p.m., elementary teachers are to escort their students to the appropriate entryway for them to be taken to the late-duty room.
- Teachers may leave at 3:30 p.m. in the afternoon provided all preparations for the following day have been completed and all phone calls and other communication with parents have been completed.
- When school is dismissed early, faculty members are free to leave fifteen minutes after the students.
- Faculty members are free to leave immediately after dismissal on days of Parent/Teacher Conference meetings or special programs providing:

    1.  The classroom is in order for the following day.
    2.  Lesson plans are prepared for the following day and all teaching materials are organized.
    3.  All information request deadlines for the principal have been prepared and handed in.

## Breaks

Classes are never to be left unattended by a teacher. If an emergency arises which requires a teacher to leave the room, then a co-worker is to supervise both classes until the teacher returns.

## Duties

1.  To arrive on time for school and for all meetings and functions.
2.  To begin the school day and all lesson activity periods on time.
3.  Supervise students at all times so that the atmosphere of the classroom and school is orderly and is conducive to learning.
4.  To be responsible for the well-being of students between the hours of 7:30 and 3:30.
5.  To abide by and enforce with equal emphasis all rules and regulations as stated in the

handbook, faculty manual, and orientation meetings.

6. To follow all operational methods and procedures as outlined in the handbook, faculty manual, and orientation meetings.
7. To thoroughly prepare for each and every lesson and to teach with confidence and enthusiasm.
8. To employ varied and creative techniques and materials in the presentation of the subject material.
9. To prepare quizzes and tests that adequately measure the students' knowledge acquired.
10. To be prompt turning in all assignments or completing tasks for the principal.
11. To keep accurate and up-to-date records of attendance, lesson plans, and grades.
12. To keep a written record of the behavioral offenses of students and the consequences they incurred.
13. To promptly inform parents of academic weaknesses or behavioral concerns **before** they become habits. **PREVENTIVE MEASURES ARE BEST.**
14. To arrange a parent conference if a concern develops into a pattern of unacceptable behavior or poor academic performance.
15. To notify the secretary as early as possible of an inability to be at school.
16. To provide detailed instructions and lesson plans for a substitute teacher.
17. To maintain the classroom and other physical equipment in a clean, orderly, and attractive fashion.
18. To change bulletin boards periodically.
19. To prepare elementary classrooms for Sunday school before leaving on Fridays.
    a. Chalkboards cleared and cleaned.
    b. All lesson materials, and teacher aids are to be put away in a desk or cabinet (personal items may remain on the teacher's desk).
    c. All student materials are to be removed from floor and desk seats.
20. To perform other tasks as requested by the school.

## Principles for Christian Workers

1. Keep a positive and Christ-like attitude toward your students, parents, and co-workers at all times.
2. Learn the philosophy and adapt to the philosophy of the ministry to which God has called you.
3. Be a loyal employee.
4. Be unquestionably honest with all - do right at all times.
5. Be a doer.
6. Do your job well.
7. Do all for God with all your heart.
8. All are equally important in a ministry.
9. Have a servant's heart. Submit to authorities over you.
10. We have an active enemy who wants to get us out of God's will.
11. Actively work at loving the ministry.
12. Serve in capacities beyond the call of duty if necessary.

BDS 000076

13.   Ask God for common sense vision of what HE can do through you.
14.   The ministry is more important than the feelings of any one individual. This enables you to be objective.
15.   The best ability is dependability.
16.   The most valuable faculty/staff member is the one who is most <u>flexible</u>.
17.   You are responsible to adjust to the ministry to which you have been called.
18.   It is a privilege and great opportunity to be a part of a ministry.
19.   Have a sense of humor.
20.   Be a principled individual - don't be politically oriented.

## Prayer Meetings

- Faculty prayer meetings are one of the most important events in the teacher's week. They help us grow together in the Lord.
- Prayer meetings are held weekly on Fridays 3:00 pm.

## Faculty Meetings

- Faculty meetings will be held on the first Monday of every month at 3:00. If additional meetings are needed you will be notified.
- Attendance at all faculty meetings is required. If a teacher is unable to attend, he/she should notify the principal in advance.
- The meetings will vary in content and purpose - may include workshops, departmental meetings, sessions on curriculum development, and ways to improve the school program, staff development, etc.

## Other Meetings and School Functions

Faculty members are expected to attend all Parent/Teacher Conference meetings and programs for their department. At times, attendance of faculty members outside the department will be required to give assistance and to support teachers directly involved with the program.

All teachers are strongly encouraged to attend athletic events and other functions, programs, or recitals involving the participation of their students. This builds unity among the staff and rapport with students and their parents. A student's sense of importance to the teacher and his/her loyalty to the teacher is often encouraged when he/she sees their teacher at one of the events in which he/she is participating.

## Promptness in Assignments and Duties

- Teachers are expected to complete and turn in all requests for information from the administration on time.
- Teachers are expected to be on time for all meetings. It is very discourteous to repeatedly make others wait or to interrupt by coming in late.
- Teachers are expected to be prompt when releasing students to another teacher or class.

You expect your students to be places and do things on time.  We should be the example.

## Absences

Every full-time teacher is allowed six sick/emergency leave days each year.  These days are intended for use in the event of personal illness or illness of your spouse or child living at home requiring your personal care.  You are allowed one of your six days for personal **emergency** business only, which may be taken **with permission** from an administrator.  Part-time teachers are allowed three sick/emergency leave days.  There are occasions when personal time is granted due to the circumstances.  When these days are allowed, after approval by an administrator, they are taken without pay.  Do not consider such permission to be automatic.  Exceptions will be made and permission will be granted to assist teachers with emergencies or circumstances beyond their control which leave them no alternative.

Regular medical appointments should be made after school hours whenever possible.

A teacher's responsibilities when absent are as follows:

1.      To notify the secretary as early as possible.
2.      To send all teaching materials and lesson plans to the secretary for the substitute.
3.      To notify, if possible, the secretary by 3:00 p.m. concerning your intentions for the next day.

## Equipment and Book Policy

1.      No salesman or distributor of any commodity whatsoever shall be permitted to solicit, to give demonstrations to students, or to sell directly through the school to the parents without administrative permission.
2.      No new or used equipment shall be purchased or accepted as a gift unless approved by the principal.
3.      No school-owned equipment or books shall be loaned to groups other than those with direct school affiliation, and then only with express permission from the principal.
4.      No teacher may engage in selling books, encyclopedias, or any other commodity to the students or the parents.
5.      The school will not make lists of students available to individuals or organizations for their commercial advantage.

## Tutoring

No teacher is permitted to tutor students for pay during the school year.

## Supervision

Teachers are not to leave class unattended. Teachers must supervise their classes at all times in the classroom, in the lunchroom, and on the playground.

Necessary supplies are to be obtained before or after school to avoid absence from the classroom. If a teacher must leave the classroom for emergency purposes, the teacher must enlist the aid of another teacher in supervising their classroom. The welfare of the student and the school is at stake if a classroom is left unsupervised.

**Example**

Be an example of all school rules and polices. Teachers often expect more of students in areas of organization, being prepared, demonstrating neat work, etc. than do of themselves. Expected standards must be demonstrated by personnel at all times.

**Facilities**

The Crosspoint Church facilities consist of four buildings:

Church Building - contains the church sanctuary, pastoral offices, business offices, elementary classrooms, elementary office, elementary library, Title 1 room/church library, gymnasium, locker rooms, cafeteria, the music rooms, and children's ministry area.

Middle School Building – contains middle school classrooms, main school office, athletic director's office, administrative assistant's office, the middle /high school library/study hall, headmaster's office offices, and space for the after school program.

High School Building - contains high school classrooms, principal's office, computer lab, and art room.

Thrive Center - contains auditorium used for chapels, dramas, and other smaller school gatherings.

**Volunteer Guidelines**

- All BCS volunteers must have a background check completed. Prospective volunteers should get the appropriate form from the church business office, complete it, and return it for processing.
- Volunteers should work under the supervision of a school employee. This would include in the classroom, lunch room, playground, and field trips.
- Volunteers may work with smaller groups of children away from the regular classroom provided the space is in a "public" location (e.g. library, gymnasium, hallway, another classroom).

BDS 000079

- Volunteers should never administer any form of discipline.  This is the responsibility of school employees only.
- For field trips, please make sure that all volunteer drivers leave a copy of their driver's license and insurance card in the office along with their cell phone number.

# ACADEMIC POLICES

## Accreditation

Bangor Christian Schools is accredited through the New England Association of Schools and Colleges.

## Teacher Certification

BCS is not as concerned in certification as it is competency, although faculty are encouraged to become certified in their area of expertise.  Faculty is also encouraged to always be seeking new professional development opportunities.

## Textbooks

Bangor Christian Schools does not necessarily endorse the philosophy of all the textbooks currently in use in the academic program.  Although these textbooks are necessary in order to meet academic standards, the teacher should use their own spiritual discernment in the use of such texts, employing them as teaching aids rather than as the main teaching tool.

The hardcover textbooks are owned by Bangor Christian Schools and are made available to the students on a rental basis.  These books are to have a complete cover on them at all times.

## Admissions Policy

Bangor Christian Schools admits students of any race, color, and national or ethnic origin to all the rights, privileges, programs, and activities generally accorded or made available to students at the school.

Basic to an understanding of the Bangor Christian Schools admissions policy is this desired end for the BCS educational process.  It is the desire of BCS to graduate students who have made a

profession of faith in Jesus Christ. The following tenets of the BCS admissions policy are drawn up with that end in mind.

Admission at all levels is made only after interviews with the parent(s) and the student. In most cases, attendance at the interview is not required for students enrolling at the lower elementary grades. An effort will be made to ascertain the spiritual state of both student (where sufficient age allows understanding) and parents. The parents will be shown the values, priorities, and standards on which BCS represents itself. If the parents of the student react unfavorably, the parents will be urged to withdraw the application. Any parent failing to do so will be informed at the interview that the student is not to be admitted. Parents of students being accepted must sign the statement of compliance on the reverse side of the application. While the parents must concur verbally and must sign the statement of compliance, the child may not be accepted if he/she shows resentment, is belligerent, or otherwise indicated that he/she is out of harmony with the school or wishes or of the parents.

## Elementary Curriculum

The elementary curriculum includes instruction the following subjects:

| | |
|---|---|
| Bible | Reading |
| Mathematics | Social Studies |
| Language Arts | Science |
| Physical Education | Art, Music, and Band |

Reading is taught from a phonetic approach.

Choir instruction is included in the music classes.

Private instrument lessons will be made available on a fee basis.

## Middle School Curriculum

Middle school students continue a program of general studies initiated in the elementary grades. The required course of study, which should adequately prepare the student for the rigors of high school work, is as follows:

| | |
|---|---|
| Bible | English/Literature |
| Mathematics | Science |
| History/Geography | Physical Education |
| Art, Chorus, and Band | Computer |

## Senior High Curriculum

The primary emphasis at Bangor Christian is college preparation.

BDS 000081

| | |
|---|---|
| Bible | English/Literature |
| Mathematics | Science |
| History/Geography | Physical Education |
| Art, Chorus, and Band | Computer |

## Grade Averaging

The teacher should allow sufficient evaluation in each academic course to give a fair grade on each report card. Grading policies of each teacher should be given to the principal, the students and the parents at the beginning of each year.

Grades 3 to12 are recorded as a percentage grade. Teachers are expected to enter assignments into PowerSchool for each subject by 7:30am on Monday of each week. In addition, all assignments should be graded and entered within one week of administration unless given permission by the principal to take longer. PowerSchool is subject to administrative inspection at any time, so keep them it up to date.

Semester grades are the average of the two preceding quarter's percentage grades for grades 3 - 8. Yearly grades are obtained by averaging the two semester grades for grades 3 – 8. High school grades for the each semester are weighed as follows: each two preceding quarter's percentage grades are weighted at **45%**, and the semester exam is weighted at **10%,** for a total of 100%.

## Mid Quarter Grades

Bangor Christian Schools places great emphasis on the progress our students make in academics and citizenship. It is very important that good communication in this area exists between the school and the parents in following the academic development of their children but additional information is required in many instances to assist the parents. Mid-quarter grades may also have a bearing on co-curricular activities.

## Report Cards

K4 – 2nd grade report cards are completed by the teacher. Report cards are handed out each quarter to be taken home, signed by a parent, and returned to the teacher. It is a good practice to photocopy the report cards before they are distributed each quarter. Absentees and tardy reports will be distributed to the teachers before report cards are to be sent home. Grades for students in grades 3 – 12 will be posted on the student information system for the parents to view online. A hard copy of each report card is mailed home at the end of each year.

## Honor Roll

Bangor Christian Schools publishes an honor roll of high school students whose academic work is an 85 grade average or better, and a high honor roll of 93 grade average or better. Neither group can have any failing grades to make the honor roll. An incomplete grade in any subject will prohibit that student from making the honor roll as well.

## Promotion Policy

Communication between the teacher, parents and the administration is very important early on if possible retention may occur.

### Kindergarten - Third

Promotion or retention of students in the early elementary school (K5 - 3) will be based upon achievement as measured by the student achievement, teacher assessment, and standardized tests. Students will be promoted when they have demonstrated the capability to profitability learn at the next grade level.

### Fourth - Eighth

Any student who makes two F's, one F and two D's, or four D's as final averages for the year in any academic subjects, is subject to possible retention.

Teachers are responsible for notifying the school principal before the end of the third quarter of students who may need to be retained. A conference with the parents will be held at that time to inform them of the possibility of retention. The final decision will be made at the end of the year, and parents are to be notified by the teacher prior to receiving the report card.

### High School

Students in grades 9 - 12 are placed in proper class levels according to the credit scale to follow:

| | | | | | | |
|---|---|---|---|---|---|---|
| Freshman | Ninth | = | 0.00 | - | 4.50 | |
| Sophomore | Tenth | = | 5.00 | - | 9.50 | |
| Junior | Eleventh | = | 10.00 | - | 14.50 | |
| Senior | Twelfth | = | | 15.00 | - | 20.00 |

## Graduation Requirements

Students in grades 9 - 12 earn credits toward graduation based on the following criteria:

1.  Each course which meets five days per week for a full period each

BDS 000083

day earns 1.0 credit per year.

2.   Classes which meet at least two times a week will earn 0.5 credit per year.
3.   Credits are computed on the basis of the final grade for the year.
4.   At least five academic subjects must be taken each year for four years.  The exception to this will be for students taking vocation courses at another location.
5.   Any student who fails to complete a course will receive a WP (withdrew passing) or WF (withdrew failing) recorded in the student's permanent record if the withdrawal from the course is allowed during the first nine-weeks.  If withdrawal is allowed after the first nine-weeks, the students average grade at the time of withdrawal will be computed as part of their grade point average (GPA) for rank in class.

## Classroom Assessments

Classroom assessments are an important tool to determine student achievement as well as to inform classroom instruction.  There are several important considerations as teachers prepare and administer assessments with their students:

1.   Teachers should employ a variety of assessments which might include homework, quizzes, tests, projects, performances, and other methods.
2.   Assessments should be closely related to the instructional materials that were provided in the activities leading up to the assessments.
3.   Formative assessments should be used throughout a unit to determine skill development, acquisition of learning, effectiveness of instruction, and other important aspects of teaching and learning.
4.   Summative assessments should be given at the conclusion of the unit to evaluate student learning and to give the teacher an opportunity to reflect upon the effectiveness of instructional strategies and activities used during the unit.
5.   Assessments should be meaningful, be appropriate in length and have a specific purpose(s).

## Scheduling a Test

Elementary teachers are not to schedule more than two tests for the same day.  Secondary teachers must sign up for test days on the test schedule calendar in the Google Drive – no more than two tests a day are permitted.  Elementary and Middle School Teachers are not to give tests on Thursdays (we encourage all of our students to attend church or a youth group on Wednesday evenings).  High School Teachers may administer test on Thursdays provided that the class only has one test on that day. We also encourage teachers not to give tests on a Monday following a vacation – unless it is a book test over reading required over a vacation.

## Grading Test Papers

1. Grade the tests as soon as possible after administered.
2. Elementary teachers are not to lower a grade in a subject because of poor penmanship. A penmanship grade should be given from time to time on a test in another subject area. This will enable the penmanship grades to more accurately reflect the student's ability and performance.
3. Go over the tests with the students. You are teaching when you go over the test.
4. You may want to consider collecting and keeping tests that are used year after year. You would want to make sure that the tests are kept on file in case a student or parent needs to refer to it later in the year.


## Testing - Standardized

All students in grades kindergarten through eleven are given the Terra Nova achievement tests in the spring of each year to measure their achievement in areas of Bible, reading, math, language, science and social studies.


## Homework Purpose

Homework should never be "busy work." It should be for specific purposes.

1. For practice - following classroom explanation, illustration, and drill on new work. It is given so that material will be learned.
2. For drill - most students require solid drilling to master material essential to their educational purposes.
3. For remedial activity - homework can be given to help each student improve weak areas within their grasp of subject matter.
4. For special projects - book reports, compositions, research assignments, and projects enabling the student to apply the material learned.


## Homework Standards and Procedures

- Students should be encouraged to use special assignment books to carefully write down the assignment each day.
- Homework should directly relate to class work.
- Homework should be an assignment that the student can complete on their own; it should not take too much time and effort on the part of the parents.
- It should be sufficiently discussed so that the student understands what is expected of them.
- Homework is never to be assigned on a Wednesday (we encourage all of our students to attend church or a youth group on Wednesday evenings).

### Dangers of Inappropriate Homework

- May encourage practice of wrong methods and concepts which may require unlearning and/or relearning.
- Could be a threat to a student's physical and mental well-being.
- Could pose a threat to family life and domestic harmony.
- May result in lower standards of honesty, rebellion, or loss of interest in a subject previously enjoyed.

### Kinds of Homework to Avoid

- Busy work that is not relevant or that lacks a specific purpose.
- Work that is not clearly understood.
- Work that does not take into account differences in the pupils' abilities.
- Long-term assignments left unmentioned until near the deadline.

### Late Homework Policy

Each student is expected to complete all assigned work on time. Teachers may employ academic detentions after school to insure that work is completed. Parents should be notified in order to make transportation arrangements. Major project items such as book reports, term papers, science projects, etc. can be deducted by percentage for lateness at the teacher's discretion. It is recommended that 10 points be deducted every day that the homework or project is late.

### Wednesday Night Homework Policy

Because many of our families attend churches that have Wednesday night services, Bangor Christian Schools does not assign homework on Wednesday nights.

### PowerSchool Expectations

Communication with parents is a key part of a positive educational experience for our students. Our PowerSchool system is a valuable tool in keeping parents apprised of homework assignments, as well as upcoming quizzes, tests, projects and other assessments. As equally important is the timely posting of grades for all assignments and assessments.

In fairness to our students and their parents, it is required that teachers post on Power School all class assignments, quizzes, tests, and other types of assessments at least one week in advance. All grades for any assessment must be posted within one week of the student providing the teacher with the assessment (homework, quiz, test, etc.). If a teacher is experiencing difficulty posting information on PowerSchool because of computer issues, he/she should notify the administration immediately and contact parents to inform them of any upcoming assignments that have not been posted.

# TEACHER REALTIONSHIPS – Employer/Parents/Students/Others

**Professional Ethics** - I Timothy 6:3-5

- Teachers are professionals, and they should conduct themselves accordingly. Christian school teachers and administrators should maintain a high standard of professional ethics.
- Do not discuss student problems with anyone, including other teachers, unless the teachers are involved directly with the student and their problem.
- Do not discuss a student's home situation with others who are not directly involved.
- Never discuss a student's problem when other students are around. Guard the reputation of all your students.
- In no way undermine or disparage the parents in the eyes of the children for academic, spiritual, or other reasons.
- Be very careful when becoming involved in any activity unrelated to church or school. Sound discretion must be used when becoming affiliated with societies, clubs, organizations, summer employment, etc.
- Use precise and proper speech. Avoid slang and inappropriate expressions.
- A negative, complaining attitude is detrimental to the smooth operation of an institution. Complaining to the wrong people never improves or corrects the situation. Constructive advice submitted to the responsible administration will always be appreciated.
- Do not require students to watch anything on television. Do not expose your students to required activities or lessons containing rock music, pornography (not even for "art's" sake), or profane language.
- Maintain conduct and language that is above reproach at all times.
- Demonstrate high standards of personal character at all times.
- During school hours when students or parents may be present, speak to colleagues and parents by the appropriate title of respect and their last name. In professional relationships, it is better that those who work under an administrator call them by their respective title (Dr., Mr., Mrs., or Ms.) rather than their first name. In personal relationships, the first name is appropriate. Also, use the same policy with colleagues, parents, and office staff. Reserve the use of first names for the teachers' lounge or for being away from school.
- Do not criticize a colleague. Do not correct, reprimand, or disagree with a colleague in the presence of students.
- Faculty members are expected to act in a professional manner when dealing with another teacher, including their child's teacher. If there appears to be a problem, then the faculty member should discuss it with the teacher in private.
- Teachers should always show a pleasant, helpful, and respectful attitude.
- Teachers must guard all confidential information regarding colleagues, parents, and students. Do not discuss such information with other parents in their care.
- Be careful when discussing school issues and problems with parents, church members, and students.
- Teachers are to notify the principal of a death or critical illness in the immediate family of a student. The teacher should regularly inquire about the well-being of the individual or

family.

- Please do not collect funds for any reason without first getting the activity approved.
- School-related problems should be kept within that setting. Teachers should discuss school issues with the principal and colleagues while at school rather than at home or church.

## Relationship of Teacher and Employer - Colossians 3:22-23

- Honor your contract - II Timothy 3:3, speaks of Christian trucebreakers in the "last days."
- Keep your word. Be dependable.
- Defend you employer - I Timothy 6. Faithfully execute your duties before God and your employer. You are serving the Lord through your employer.
- Maintain an open avenue of communication with your employer. If you disagree with a practice or policy – please set up a time and discuss it with an administrator. Do not gossip or complain about a matter with co-workers. Realize that God has a purpose for every experience He brings into our lives.

## Teacher/Parent Relationship

A traditional strength of the private school movement over the public schools has been its reputation for maintaining better communication about a child's education process. It is imperative to the testimony of the Christian school that this communication be present in a very meaningful way. All too often parents get the idea that a school is guarding them from information about their child. This is completely inconsistent with a Christian approach to education. God gave the mandate for education to parents. Schools are simply assuming part of the responsibility and authority the parents have chosen to delegate to them. Teachers must recognize their responsibility to keep parents informed about the progress of their child. They have the right to expect accurate information when they request it. Teachers should make every effort to make themselves available to parents as soon as possible after a conference is requested. It is also the responsibility of teachers to initiate conferences when they feel parental assistance or cooperation is needed to help with the educational process.

- In order for us to assist the parents in training their child, it is important that we communicate. One of the goals the parent/teacher conference is to involve the parents in the education of their child.
- Show genuine concern for the student. It is a teacher's professional duty to be of help to parents and students.
- Be professional and businesslike in dealing with parents. State a problem in a positive manner. Always be prepared with suggestions for solving the problems.
- Never communicate to parents that there are many other problems in your class.
- Do not phone parents about school business before school or after 8:00 p.m. unless the parent has requested that you do so.
- Keep parents informed but do not burden parents with undue telephone calls. If a

problem persists after the parent gets involved, then you may need some administrative assistance.

- Never label a child as bad, rebellious, or disobedient. Many expressions which we use may leave an undesirable impression or the sense that nothing can be done to remedy the situation.

## Meetings - Parent/Teacher Conferences

- Parent/teacher conferences will be held at the end of the first grading period.
- During this conference the teacher should inform the parents of their student's progress and of areas where improvement is needed.
- The success of the conferences depends primarily on the teacher. Be prepared. Choose an ability or interest that each child has demonstrated and plan to discuss that first. Plan to show examples of each student's work. Be prepared with several positive comments, objectives, goals, and problems that need to be discussed.

## Relationship of Student and Teacher

Teachers are to be friends, but not buddies to their students. Be professional.

In the electronic age in which we now live, teachers are expected to be very careful in any correspondence with students via e-mail, texting, social media, and other means of communication. Any type of correspondence between a teacher and a student should be professional in nature and limited to the student's school experience. Discussion of personal issues and any other items outside of the appropriate teacher-student relationship must be avoided in all situations. Any issues of concern should be reported immediately to the administration.

Teachers are to first demand and then earn the respect of their students.
We demand the respect of our students by--

1. Requiring students to answer in a manner that expresses respect rather than a nod, mumble, or "yup."
2. Requiring students to consistently obey and follow all classroom rules and procedures.
3. Consistently identifying and correcting disrespect by body language or facial expressions.
4. Never allowing students to sigh or verbally express dislike for assignments or requirements.
5. Never allowing students to disobey rules without being corrected and incurring the appropriate consequences.
6. Treating students with kindness and dignity.

Respect is earned by being consistent in one's testimony and walk and by being loving, fair, and consistent when dealing with students. We earn the respect of our students when......

1. We are consistent in what we expect of them.
2. We never degrade students by talking down to them or humiliating them before their peers.
3. We do not show favoritism.
4. We encourage students to perform on their ability level.
5. We take the time and put forth the extra effort to teach our students good personal habits and then demand they maintain them.
6. We say, "I don't know, but I will research the answer and tell you tomorrow." Then make sure you do it.
7. We admit when we are wrong and sincerely apologize when we have offended.
8. We obey the same rules and confirm to the same standards that we insist they observe.
9. We demonstrate that we are thoroughly prepared and organized for each class.
10. We set goals for our students and then motivate them to accomplish these goals.
11. Always be aware of student behavior. Develop in them an attitude of accountability.
12. Pray daily for each student by name. Praying for students develops within their teacher a sensitivity to their needs and deepens the teacher's influence in their lives.

## Discipline Philosophy

Discipline is the process of changing a student's behavior. It is making a disciple of and developing a child into a faithful follower of Christ. Discipleship cannot be accomplished apart from discipline. Students need to see teachers as self-controlled individuals who are committed to discipleship in their personal lives.

The proper motivation for discipline is love. (Proverbs 3:12; Hebrews 12:6) Students are never to be disciplined out of anger or for the sake of convenience. Teachers must prove their love for their discipline to be effective.

Teachers receive their authority in the classroom from God. They must establish their authority under God before the students. Students must learn accountability to God for all their actions (Romans 13).

## Suspension

Normally, disciplinary action is confined to school hours; however, for some situations, suspension from school and all related activities is more suitable and has proven more effective. A student may be suspended from one to ten days, depending upon the nature of the offense. A student who is under suspension may receive one of two courses of action. In-house suspension requires the student to serve the suspension on the school premises separated from the rest of the school body. Full suspension prohibits the student from entering the school building or grounds during regular school hours. A student under either type of suspension is not permitted to attend any school function. The student is required to make up any academic work or tests given while under suspension. The purpose of suspension is to impress the offending student and their peers with the seriousness of the offense and to show them in an unmistakable manner that similar conduct may result in permanent separation from the school.

## Expulsion

Expulsion will be determined by the administration. Behavior that is grossly in conflict with the purpose and spirit of the program of the school may result in expulsion, even on the first offense. Generally, this is limited to physical confrontations with staff members or students or incidents with serious moral overtones.

The administrators will consider all serious behavior incidents. If it is their opinion that the overall program of the school is threatened by the continued presence of a student or if they feel the action of a student is so morally or spiritually threatening as to endanger the spiritual, moral, or physical welfare of the remainder of the students by their continued presence, they will enforce the expulsion.

A student who has been expelled may not enter the school buildings or grounds during regular hours. Students who have been expelled may not attend school functions and activities, including athletic events. An exception would be a prearranged conference with a member of the administration.

## Student Conduct

### Couples
Couples are not to be alone together on the school grounds before, during, or after school. There is to be no personal contact.

### Appearance
Teachers are to require students to sit and stand correctly.

Students not meeting the dress code should be spoken to by the teacher and either asked to correct the infraction or to go to the office to call home for new clothing, unless it is an issue of modesty. Then the teacher should contact the principal to address the issue with the student. Teachers should refer to the student handbook for a description of the dress code.

### Etiquette

Teachers and students are to use polite terms such as "please," "thank-you," "pardon me," "I'm sorry," etc.

Students should be expected to address teachers, staff, the class, or other groups and individuals clearly, distinctly, and directly.

Students are to use the proper title of respect when speaking to an adult.

Teachers nor students are to use slang expressions.

Girls are to conduct themselves are ladies, and boys are to conduct themselves as gentlemen.

> Personal Property

Each student is to have their own books, pencils, notebooks, paper, and other supplies.  Students are not to make a practice of borrowing from others.

All students are encouraged to have their belongings labeled with their name.

Materials are not to have designs or stickers relating to the drug culture, rock music, or unwholesome television or movie characters.

Administration has the right to inspect lockers, gym bags, back packs, or any other personal belongings if deemed necessary.

Students are to keep their materials and belongings in good condition and order at all times. Train them how to organize their things and how to maintain that organization.

Articles that are unclaimed and unidentifiable at the end of the day are to be taken to the lost and found.

# POLICIES AND PROCEDURES

## Attendance Records

Each homeroom teacher should take attendance promptly at the start of the school day and submit the information on PowerSchool no later than 8:15 am.

## Excused Absence

There are only five acceptable excuses for absence from school:

1. Personal illness
2. Medical, dental, or optical appointments
3. Death in immediate family
4. Family emergency
5. Attendance at bona fide religious activities approved in advance.

BDS 000092

Excused absences will not carry any penalty.  Work missed must be made up or will result in a zero being recorded for that assignment.  A student will have one school day to make up the work for each day missed.  In the event of an extended illness, special arrangements may be made with the teacher for make up work.

**Approved Unexcused Absence**

Approved unexcused absences recognize the right and occasional need of parents to keep their children out of school for reasons other than excused absences.  Approved unexcused absences will carry no academic penalty.  Work must be in and test and quizzes taken on the day the student returns.  It is very important that parents notify the office (and teachers) if they are going on a vacation.  Arrangements can be made for some work to be done in advance.

**Unexcused Absence**
All absences not listed are unexcused.

**Partial-Day Absence**

Students are responsible for all the assignments given for a particular day, even if they are only absent for a portion of the day.  It is the responsibility of the student to get together with the teachers of the classes that they missed on that day to obtain all assignments.

**Illnesses**
1. Any time a student is ill they should be sent immediately to the office.
   a. The office will notify the parents if the child is too sick to remain at school.
   b. The child may be taken to the office to wait for a parent/guardian.
      1. If a child has an upset stomach, provide them with a trash can.
      2. Students with an upset stomach should go directly to the wastebasket without waiting for permission.
   c. Try to be discerning about a child's illness.  If a child has not asked to be excused, but you can see that they are to uncomfortable to remain in the classroom, send them to the office.
2. All prescription medicine should be in the prescription container and be accompanied by written directions.  All medications are to be kept in the office.

**Accidents**

In case of accident notify the office <u>immediately</u>.  The supervising teacher or staff member must complete the **ACCIDENT REPORT FORM** in <u>detail</u>.

A first aid kit is kept in both the elementary and main office.

BDS 000093

Teachers are to watch for yellow jackets, bees, or wasps, which may occasionally fly into the building.  Some people are very allergic and may die from a sting that is not treated immediately and properly.  If you see a nest, notify the office.

## Administration of Medicines

Teachers and staff members are prohibited from administering medications to students unless they have been provided the appropriate training by the school nurse. All faculty and staff must have yearly training provided by the school nurse on administering medications, including over the counter and prescription medication, inhalers, and emergency allergy injections. All medications, prescription and "over the counter," are required to be stored in either the elementary office or main office.  Since all members of the secretarial staff have been properly trained, administration of medications to students should be done under their supervision.

# SPECIAL ACTIVITIES

## Field Trips

Each elementary class should have at least one educational field trip during the year.  All field trips should be correlated with some unit of study in the class.

Submit a field trip request form to the principal for approval.

Teachers are to arrange transportation for their class.  Bus drivers are not always available.

A letter to parents including all trip information and permission forms must be sent home no later than 5 school days in advance.  It must include

1.  Departure and arrival times
2.  Destination (include whether the activity will be indoors or outdoors)
3.  Purpose of trip
4.  Mode of transportation
5.  Amount of money needed
6.  Name of teacher in charge
7.  Type of dress required for both students and chaperones
8.  Lunch arrangements
9.  Signature of parent/guardian

On the day of the trip, a complete roster of students, adults, and drivers, attending must be completed and turned in to the office with the signed permission forms before departure.

**STUDENTS WHO FAIL TO RETURN THE PERMISSION SLIP ARE NOT TO GO.**

Regular school clothing is to be worn unless activities or weather warrant causal dress.

BDS 000095

# Discipline Levels

**Misconduct has been divided into three levels, depending on the severity of the incident. Level three is most severe. Students should avoid compromising situations, which might give the appearance of being involved in the following activities:**

| Level 1 | Level 2 | Level 3 |
|---|---|---|
| **Definition:** (Disobedience) Any minor disturbances that interfere with classroom order and instruction. Any minor 1st time incident. | **Definition:** (Disobedience, Disrespect, or Defiance) Any repetitive level one incident. Activities and attitudes that show a lack of respect for authority. | **Definition:** (Disobedience, Disrespect, or Defiance) Any repetitive level two incident. Any physical or verbal abuse. Any activity dangerous to self or others. |
| **Incidents:**<br><br>• Distracting other students from learning<br>• Talking<br>• Not being prepared for class<br>• Chewing gum<br>• Minor dress code violation | **Incidents:**<br><br>• Repeated level one incidents<br>• Cell phone use<br>• Leaving classroom with out permission<br>• Immodest clothing<br>• Talking back to teacher<br>• Teasing<br>• Horseplay<br>• Cheating | **Incidents:**<br><br>• Repeated level two incidents<br>• Fighting<br>• Bullying:<br>   o Verbal<br>   o Physical<br>   o Electronic (internet or text)<br>• "Pantsing"<br>• Public displays of affection<br>• Profanity<br>• Immorality<br>• Stealing<br>• Lying |
| **Consequences:**<br>Conversation with teacher. Possible call to parents. | **Consequences:**<br>Conversation with teacher. Teacher calls parents. Possible meeting with teacher and parents. 1 or 2 Detentions. Conversation with administration. Possible administration call to parents. | **Consequences:**<br>Administration calls parents. Meeting with administration. Suspension: either in school or out of school to be determined by administration. Possible expulsion. |

BDS 000096

# ELEMENTARY DISCIPLINE

**Discipline Principles**

The teacher should. . .

1. Ask for God's Wisdom - James 1:5 (To accomplish spiritual objectives, spiritual enablement is needed.)
2. Exemplify Self-discipline - A warm and composed attitude in the teacher contributes to a controlled, quiet atmosphere in the classroom.
3. Establish Standards - A child needs to know exactly how they are expected to respond to these boundaries and how to function in them. A child needs to know what boundaries have been set for their behavior.
4. Avoid Perfectionism - Remember your student is just a child.
5. Establish Routines - Classroom rules procedures must be clearly explained and followed precisely.
6. Talk less - Communicate displeasure through the eyes or facial expression. Psalm 32:8
7. Ask questions such as:
   a. What did you do? (Never ask, "Where you talking?" etc. The student should confess.)
   b. Why was it wrong?
   c. What is our rule?
   d. Did your action honor God?
   e. How does God feel about what you have done?
   f. What does God say about what you have done?
   g. Never ask, "Was that smart?"
8. Hear a Child Out - Many times a youngster wants to be able to tell why they did what they did. This does not mean that you will accept the explanation, but at least the child has had the opportunity to explain their actions.
9. Develop Awareness - The teacher should not be oblivious to motion and distractions. This has nothing to do with a high or low tolerance level. The teacher should keep in mind they have the responsibility of aiding the young people in developing self-discipline.
10. Deal with a Problem as Soon as Possible - Ecclesiastes 8:11
11. Admit when you are wrong.
12. Have Students Raise Hands and Wait to Be Called on - This procedure will eliminate many problems.
13. Respond to the Child - There are a few situations when it is inappropriate to respond to a child's question. (eg. When giving instructions, during testing, etc.) However, for the most part, children should receive a response from the teacher.
14. Demand Respect - The Christian teacher cannot neglect this important aspect of a child's training. Therefore, disrespect (verbal or nonverbal) cannot be tolerated.

BDS 000097

15. Try to Anticipate a Problem - Try to nip problems in the bud.
16. Try to Handle Your Own Problems - The students will lose confidence in the teacher who is constantly seeking help from a higher authority.
17. Praise Pupils for Good Behavior - Students want to please a teacher whom they respect and admire.
18. Pray about Discipline Problems - Remember, the Lord must change the heart. There can
be    no instruction without intercession.
19. Strive for Objectivity - When a teacher becomes defensive, she can no longer effectively minister to the student. Teachers should not take a student's behavior as an attack on them personally.

The teacher should never. . .
1. Condone Improper Behavior - It is never right to do wrong.
2. Accuse without Proof - Discipline must be administered on the basis of facts not hearsay.
3. Punish the Group for Offenses of a Few - Such an unfair action will only create resentment among those who are not guilty. Proverbs 17:26
4. Use Sarcasm or Ridicule - The use of sarcasm or ridicule to punish a student is damaging and must be avoided. Respect students grant them their dignity.
5. Make Threats You Cannot Carry Out - Students are never to be threatened. Consequences of committing or repeating an offense should be stated and the warning followed through with when the offense occurs.
6. Punish When Angry - No student should ever be punished because he/she is offensive to the teacher, because the teacher loses their patience, because the child is not liked, or because the teacher wants to get back at the student.
7. Play Favorites
8. Tolerate "High Looks" or "Making Faces" - these are rebellious facial gestures that indicate the child is in open disagreement with the teacher. Proverbs 21:4
9. Withdraw Affection from a Misbehaving Student - No matter what the pupil does, the teacher should still love them. A child can sense this.
10. Use Belittling Names - The teacher is to correct wrong behavior not crush the child's spirit.
11. Commit the Administration - The administration may not think the offense merits the punishment the teacher promised. This could be an embarrassing situation for the teacher.
12. Say "Shut Up!"
13. Cast Reflections on a Child's Family or Compare Them to a Sibling
14. Exhaust all Disciplinary Resources - The teacher should say and do as little as possible and still get results. The punishment must always fit the offense in order for it to alter the undesirable behavior.
15. Allow Improper Behavior to Succeed
16. Send a child to the Office Unannounced - If the teacher knows the student's behavior should also be dealt with by an administrator, the teacher is to notify the office as soon as possible by sending a note to the office.

37

    a.    The administrator comes to the classroom to get the student.
    b.    The teacher explains the behavior in detail to the administrator.  This is to be done in private.
    c.    The teacher returns to their normal schedule.

## Elementary Discipline Procedures  (Grades K4 – 5TH)

The key to consistent discipline is the <u>teacher</u>.  Your responsibility to the school does not begin and end with the teaching of the curriculum.  Your concern must be for the total child.   A teacher must establish definite procedures for all daily activities and enforce them consistently.  Consistency is the key, and love is the motivation for effective discipline.  When students learn early in the year that the rules will be consistently enforced then they will be more likely to obey them.  It is better to not have a rule than to have one that is not consistently enforced.

The following is a list of disciplinary procedures.  Obviously they are modified according to the severity of the offensive behavior and the age of the child.  The purpose of each action is to bring about a change of behavior and is not simply punitive in nature.  These actions are a continuation of unacceptable conduct.  All procedures may not be appropriate to use with every child.  While they are listed in an order of severity, this does not state or imply that they will be used in this order.  Certain behavior may require serious disciplinary action such as suspension or expulsion on the first offense.

1.    The teacher counsels with student.
2.    The student is separated from the class.
3.    The student is denied privilege and/or activity time.
4.    The teacher consults with parent (s).
5.    The principal counsels with the student and/or parent (s).
6.    If there is an aggressive, physical altercation, the student will be sent home for the remainder of the day.
7.    The student is suspended for 1, 2, or 3 days.
8.    The student is expelled from Bangor Christian Schools.

## Disciplinary Probation

If a problem with behavior or attitude persists, during some point in the procedures listed, the student is placed on disciplinary probation.   This means that the students' behavior is evaluated frequently by the teacher and the principal.  Students on disciplinary probation are not permitted to participate in school sponsored extracurricular activities.  If the administration feels that these measures are not changing the student's behavior, they may suggest that the parent withdraw the child before expulsion.

BDS 000099

**Common Discipline Problems and Suggested Solutions**

1. Talking in Class
   a. Look at the student.
   b. Maintain eye contact.
   c. Walk back to the student.
   d. Give them verbal counsel and correction.
   e. Change the student's seat.
   f. Isolate them from the class within the classroom.
   g. Restrict their activity at recess.
   h. Notify the parents.

2. Not Paying Attention
   a. Call on them frequently when asking questions.
   b. Reward those who pay attention with praise.
   c. Walk back to the student.
   d. Give them verbal counsel and correction.

3. Intentionally Wasting Time
   a. Give them verbal counsel and correction.
   b. Have them repay the wasted time with minutes of their activity period or recess.
   c. Reward those who do move quickly.

4. Disobedience and/or Disrespect
   a. Change their location swiftly and firmly.
   b. Give verbal counsel and correction.
   c. Notify parents. (a-c should be done on first offense)
   d. Notify administration. (second offense)

5. Unkind to others
   a. Give them verbal counsel and correction.
   b. Have them apologize to the person.
   c. Have them do an act of kindness for that person.
   d. Notify parents.
   e. Notify the principal if the action continues.

6. Incomplete work (seatwork, classwork)
   a. Give them verbal counsel and correction.
   b. Make them finish the work assigned during an activity period or recess.
   c. Record the unsatisfactory grade. (classwork)
   d. Notify the parents.

39

BDS 000100

7.     Cheating
      a.     Give them verbal counsel and correction.
      b.     Give a zero on the work
      c.     Notify the principal.
      d.     Notify the parents.

BDS 000101

# SECONDARY DISCIPLINE

**Discipline Principles**

1. A child needs restrictions and direction. Such discipline gives him a feeling of security. It is the teacher's responsibility to be in complete control of the class at all times and not to depend upon the administration for discipline on small infractions.
2. A teacher should be loving, but firm. The students should know that the teacher loves and cares about them, but dislikes their behavior.
3. Class rules should be general so that a few rules will cover many areas. It will be easier for a child to remember a few general rules rather than several specific ones. These three basic classroom rules are to be strictly enforced by all teachers, both elementary and secondary.
   a. NO TALKING WITHOUT PERMISSION.
   b. NO GETTING OUT OF SEAT WITHOUT PERMISSION.
   c. ATTENTION IS TO BE DIRECTED TO THE FRONT OF THE ROOM.
4. Have only a few rules and enforce them without emotion or commotion.
5. A teacher should never make a rule that cannot or will not be enforced.
6. Be consistent and impartial.
7. Do not argue with the pupil - enforce the rules.
8. Certainty of a consequence is more of a deterrent than severity of punishment.
9. The punishment must fit the offense. Students need to know why they are being punished, and a punishment that is not related only confuses them.
10. Do not make threats or promises you cannot carry out. Students are never to be threatened. Consequences of committing or repeating an offense should be stated and the warning followed through with when the offense occurs.
11. A teacher should never commit the principal to a certain course of action without a specific previous arrangement.
12. Get the respect of the students first. Do not try to gain their friendship as a means of classroom management. If they respect you, then you can manage the class.
13. Teachers must never shout or raise their voice. If the students see that something they have done upsets the teacher, they will try again. Instead, a teacher should completely stop what they are doing and look in the direction of the offender.
14. Never punish the entire class for the offense of an individual.
15. Sarcasm and ridicule have no place in the Christian school classroom.
16. In punishing a child, never speak disrespectfully of their home or parents.
17. If you get pleasure from punishing a pupil, you are probably being unfair and retributive.
18. Begin on time. The time you are wasting is the Lord's. Be in the classroom before the students.
19. The teacher should never leave the class unattended.
20. Do not be afraid to acknowledge error.

41

21. Preventive discipline is always the best discipline. If the class atmosphere is one of industry, students will have little time to get into trouble.

22. Maintain classroom habits and order. This can be done without having to stop teaching. This is done by a firm look or simply by pausing and looking at the student.

23. Address small offenses in a timely manner so that they do not become large offenses.

24. When making transitions, make them quickly. If transitions are allowed to drag on, the probability of discipline problems increase. By moving quickly, you can help prevent some of these problems.

25. Expect the class to have a high standard of behavior. Place restrictions on them which will reflect your expectations.

26. When you set boundaries, they will be challenged. Be ready for that and handle it promptly. This can be aided by having a pre-planned punishment for a particular offense.
    By planning ahead, you can be sure that the punishment fits the offense and also that it will be administered consistently and fairly on each student.

27. Talk less. Communicate displeasure through the eyes or facial expression. Psalm 32:8

28. Ask the questions such as:
    a. What did you do? (Never ask, "Where you talking?" etc. The student should confess.)
    b. Why was it wrong?
    c. What is our rule?
    d. Did your action honor God?
    e. How does God feel about what you have done?
    f. What does God say about what you have done?
    g. Never ask, "Was that smart?"

29. Remember that true discipline is self-discipline.

## Secondary Discipline Procedures (6th – 12th)

Following is a list of disciplinary procedures. Obviously they are modified according to the severity of the offensive behavior and the age of the child. The purpose of each action is to bring about a change of behavior and is not simply punitive in nature. These actions are devised and applied so as to discourage continuation of unacceptable conduct. All procedures may not be appropriate to use with every child. While they are listed below in an order of severity this does not state nor imply that they will be used in this order. Certain behavior may require serious disciplinary action such as suspension or expulsion on the first offense.

BCS follows the Biblical values of Matthew 18. Teachers make every effort to counsel with students and encourage proper behavior before a detention is administered. Once a detention is given, parents will be notified by mail of when the student is to serve the detention. The administration and office will track the quantities of detentions.

BDS 000103

**Limits for Detentions**

**High School:**

    3 Detentions – Co-curricular - 2 Game Suspension
    4 Detentions – Co-curricular - Off the Team for the Season
    8 Detentions – In House Suspension
    10 Detentions – Suspension from School
    15 Detentions – Suspension - Meets with Discipline Committee
    20 Detentions – Subject to Expulsion

**Middle School:**

    4 Detentions – Co-curricular - 2 Game Suspension
    5 Detentions – Co-curricular - Off the Team for the Season
    8 Detentions – In House Suspension
    10 Detentions – Suspension from School
    15 Detentions – Suspension - Meets with Discipline Committee
    20 Detentions – Subject to Expulsion

These limits are subject to change due to the specific nature of each situation.

Classroom rules are also established by teachers, and teacher teams. These rules must be adhered to for the sake of the student receiving the best education possible. The school can not tolerate behavior that distracts from learning. We seek to encourage one another, help those who are struggling, pray for those in need, and to watch how we speak of each other.

The detention system requires students who violate rules to remain in a detention hall after school. Parents will be notified by mail of the student's assigned detention prior to the student serving the detention.

If a problem with behavior or attitude persists, during some point in the procedures listed, the student is placed on disciplinary probation. This means that the student's behavior is evaluated frequently by the faculty and administration. If the administration feels that these measures are not changing the student's behavior, the administration may suggest the parent withdraw the child before expulsion becomes necessary or possibly meet with a discipline committee for determination for expulsion.

BDS 000104

**Suspension and Expulsion**

The purpose of suspension is to impress the offending student and his/her peers with the seriousness of the offense and to show them in an unmistakable manner that similar conduct may result in permanent separation from the school.

A student who is under suspension may not enter the school buildings or grounds during regular school hours, unless it is an in-house suspension.  He/she cannot attend any school function while under suspension, i.e., athletics, drama, competitions, banquets, and/or other graduation activities, etc.  All tests missed during the suspension will be taken on the first day back and all class work and homework handed in.

Behavior that is grossly in conflict with the purpose and spirit of the program of the school may result in expulsion, even on the first offense.  Any offense which leads to the suspension from extra-curricular activities may carry over probation status into the following semester.

**Common Discipline Problems and Suggested Solutions**

1.   Talking in Class
     a.   Look at the student.
     b.   Maintain eye contact.
     c.   Walk back to the student.
     d.   Give them verbal counsel and correction.
     e.   Change the student's seat.
     f.   Isolate them from the class within the classroom.
     g.   Notify the parents.

2.   Not Paying Attention
     a.   Call on them frequently when asking questions.
     b.   Walk back to the student.
     c.   Give them verbal counsel and correction.

3.   Disobedience and/or Disrespect
     a.   Change their location swiftly and firmly.
     b.   Give verbal counsel and correction.
     c.   Notify parents. (a-c should be done on first offense)
     d.   Notify an administrator. (second offense)

4.   Unkind to others
     a.   Give them verbal counsel and correction.
     b.   Have them apologize to the person.
     c.   Have them do an act of kindness for that person.

44

BDS 000105

      d.     Notify parents.
      e.     Notify an administrator if the action continues.

5.     Incomplete work (seat work or class work)
      a.     Give them verbal counsel and correction.
      b.     Make them finish the work assigned during an activity period or after school.
      c.     Record the unsatisfactory grade. (class work)
      d.     Notify the parents.

6.     Cheating
      a.     Give them verbal counsel and correction.
      b.     Give a zero on the work.
      c.     Give two administrative detentions.
      d.     Notify the parents.

BDS 000106