# EXHIBIT 13

## Bangor Christian Schools
1476 Broadway   Bangor, ME  04401   (207) 947-7356
### 2018-19 FINANCIAL AID APPLICATION

Date: _____

The Financial Aid Committee carefully considers several factors including financial need, pastoral recommendation, and demonstrated support of BCS and its mission when disbursing funds to applicants.  Applications are due by **June 10th** and must include the following items to be considered complete:

1. Completed application.
2. Recent pay stub from each supporting parent or guardian.
3. Letter of recommendation from your pastor or some other person who can testify to your financial need.

**Parent / Guardian Information:**

**Father Name:** Last _____ First _____

Mailing Address _____

City _____ State _____ Zip _____

Home Phone _____ Work Phone _____

Current Employer: Name & Address _____

_____

Occupation/Job Title _____ Years? _____

**Mother Name:** Last _____ First _____

Mailing Address _____

City _____ State _____ Zip _____

Home Phone _____ Work Phone _____

Current Employer: Name & Address _____

_____

Occupation/Job Title _____ Years? _____



BDS 000055

# Bangor Christian Schools
1476 Broadway   Bangor, ME  04401   (207) 947-7356
### 2018-19 FINANCIAL AID APPLICATION

## Church Information

Name of Church and Pastor _____

Are you a member? _____ Average attendance (per month)_____

If not attending or cannot attend please explain:_____

_____

_____

Do you serve in your church? _____ If yes, please provide details: _____

_____

_____

_____

## Financial Aid Classification

Check all that apply:

           _____ Missionary        _____ Full Time Ministry

           _____ Single Parent        _____ Financial Hardship

           _____ Other: _____

Please explain your current financial situation. If necessary, attached additional pages. _____

_____

_____

_____

_____

_____

BDS 000056

## Bangor Christian Schools
1476 Broadway   Bangor, ME  04401   (207) 947-7356
### 2018-19 FINANCIAL AID APPLICATION

### Cash and Savings Accounts:

Checking: _____

Savings: _____

CD's: _____

Other: _____

Total: _____

### Monthly Expenses:

Mortgage or Rent _____

Property Insurance and taxes _____

Automobile _____

Utilities _____

Credit Card _____

Insurance (car, medical, life) _____

Food and Medical _____

Gas for car(s) _____

Tuition and fees _____

Child Care _____

Tithe/Offerings _____

Other_____ _____

Total: _____

What is the minimum amount of aid needed to keep your child(ren) in Bangor Christian Schools? _____

BDS 000057