# **EXHIBIT 14**

# Poplawski, Eve

| | |
|---|---|
| **From:** | Jeffrey Benjamin <jbenjamin@bangorchristian.org> |
| **Sent:** | Thursday, May 17, 2018 6:06 PM |
| **To:** | Ford-Taylor, Pamela |
| **Subject:** | Re: Approved or Recognized Status |

Thank you. I appreciate the information.

Jeff

On Thu, May 17, 2018, 12:41 PM Ford-Taylor, Pamela <Pamela.Ford-Taylor@maine.gov> wrote:

> Dr. Benjamin,
>
> Here is the link: http://www.maine.gov/doe/schoolapproval/recognizedequivalentinstruction/index.html.
>
> If the school is NEASC accredited, fingerprinting is required, but certification for teachers is not. Otherwise, there is no exemption.
>
> Pamela Ford-Taylor, M.S.
>
> School Enrollment Specialist
>
> MDOE FOAA Contact
>
> Maine Department of Education
>
> 23 State House Station
>
> Augusta, ME 04333-0023
>
> 207-624-6617
>
> Pamela.Ford-Taylor@maine.gov
>
> -------------------------------------------------------------
>
> Sign up to receive notices about upcoming reporting due dates and other Maine Education related news through the Commissioner's Update

1

EXHIBIT 12 12/7/18

D000050

Subscribe to the Commissioner's Update

From: Jeffrey Benjamin [mailto:jbenjamin@bangorchristian.org]
Sent: Thursday, May 17, 2018 12:38 PM
To: Ford-Taylor, Pamela <Pamela.Ford-Taylor@maine.gov>
Subject: Re: Approved or Recognized Status

Thank you very much. Could you send me the guidelines, or a link to them if they are online?

In regard to teacher certification requirements, we have made some progress this year, but we still have work to do. (We have focused a lot of time on our self-study for NEASC accreditation.) How can we obtain another exemption for teacher certification for 2018-19?

Jeff

On Thu, May 17, 2018 at 11:39 AM, Ford-Taylor, Pamela <Pamela.Ford-Taylor@maine.gov> wrote:

Hi Dr. Benjamin,

Recognized schools do not go through the same rigorous approval process. They send us a letter indicating they intend to operate as a private school providing equivalent instruction and align with equivalent status guidelines. Normally the letter would be on school letterhead and address each item in the guidelines. We supply a letter of Recognition, and they go on our website list of Recognized Schools (unless otherwise directed).

It is my understanding that Recognized schools are not eligible for federal (Title) equitable share if they do not hold "approved" status. They are ineligible for state public funds, but sectarian schools are likewise ineligible anyway.

Pamela Ford-Taylor, M.S.

School Enrollment Specialist

MDOE FOAA Contact

Maine Department of Education

23 State House Station

Augusta, ME 04333-0023

207-624-6617

Pamela.Ford-Taylor@maine.gov

-----------------------------------------------------------------

Sign up to receive notices about upcoming reporting due dates and other Maine Education related news through the Commissioner's Update

Subscribe to the Commissioner's Update

**From:** Jeffrey Benjamin [mailto:jbenjamin@bangorchristian.org]
**Sent:** Monday, May 14, 2018 8:34 AM
**To:** Ford-Taylor, Pamela <Pamela.Ford-Taylor@maine.gov>
**Subject:** Approved or Recognized Status

Good morning Pamela,

It has been a while since we last spoke. Before we get too far into the spring / summer I wanted to ask you about the differences between a school being approved by the State of Maine versus being recognized as providing equivalent instruction.

Can you send me some details about the application process. If we chose the "recognized" option, would I still send application materials to you? Or does someone else handle that?

3

We are not sure if we want to go the "recognized" route.....I am just looking into it.

Any help you can provide would be appreciated. Thank you.

Jeff

--

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dr. Jeffrey Benjamin, Headmaster

Bangor Christian Schools

1476 Broadway, Bangor ME, 04401

ph: (207) 947-7356 (ext 352)

cell: (207) 949-3446

fx: (207) 262-9528

email: jbenjamin@bangorchristian.org


--

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dr. Jeffrey Benjamin, Headmaster

Bangor Christian Schools

1476 Broadway, Bangor ME, 04401

ph: (207) 947-7356 (ext 352)

cell: (207) 949-3446

4

fx: (207) 262-9528

email: jbenjamin@bangorchristian.org

5

D000054