# EXHIBIT 15



# Bangor Christian Schools
## 1476 Broadway
## Bangor, Maine  04401
Phone # 207- 947-7356   Fax # 207-262-9528
*www.bangorchristian.com*

**APPLICATION FOR ADMISSION**   (*A registration fee of $100.00 must be submitted with each application*)

Student's Name:  Last _____ First _____ M _____

Name By Which Called _____ Male ___ Female ___ Ethnicity_____

Date of Birth _____ Place of Birth: City _____ State_____

Native Language _____ Citizenship _____ Social Security # _____

Grade Entering _____  If K4 – # of days:  5 days (M-F)  3 days (MWF)  2 days (T,TH)

Date Student Plans to Start _____ Home Phone # _____

Mailing Address _____

Town of Legal Residence _____

## COPY OF BIRTH CERTIFICATE MUST ACCOMPANY THIS APPLICATION

**Father**: Last _____ First _____ MI _____

Home Phone # _____ Work Phone # _____ Cell Phone # _____

Mailing Address _____

Employer _____ Occupation _____

**Mother**:  Last _____ First _____ MI _____

Home Phone # _____ Work Phone # _____ Cell Phone # _____

Mailing Address _____

Employer _____ Occupation _____

If parents are separated or divorced – with whom does the child primarily reside? _____

**Guardian**: (If other than above) Last _____ First _____ MI _____

Home Phone # _____ Work Phone # _____ Cell Phone # _____

Mailing Address _____ Town _____

Employer _____ Occupation _____

Parent Email Address(es) _____

Is either parent a graduate of BCS? Yes___ No ___  If so, year graduated: Mother _____ Father _____

Do you have any siblings that attend BCS or have in the past? _____

DO NOT WRITE IN THE SPACE BELOW - For Office Use Only:

Date Received: _____   Registration Fee: _____   Interviewed by: _____
Grade Placement: _____   Health Form Complete _____   Emergency Form Complete _____
Transfer Request Complete _____   Birth Certificate _____   State Student ID# _____  BDS 000004

To whom should billing and financial information be sent?

Father _____ Mother _____ Guardian _____ Other _____

Name _____ Home Phone # _____ Work Phone # _____

Address _____

Which financial plan will you be nsing to pay your tuition?
Pay in Full _____ Semester _____ Quarterly _____ 12 Month _____ 10 Month _____
Are you eligible for the family plan? Yes _____ No _____

Last School Attended _____ Address _____

Town _____ State _____ Zip Code _____

Last Year Attended _____ Last Grade Attended _____ Grades Repeated _____

Has your child attended this school previously? Yes _____ No _____ Dates: _____

Has your child ever received special services or resource room instruction? Yes _____ No _____

Has your child ever received any special services or resource room? Title 1A _____ Special Ed _____

Chapter 504 _____ Other _____ If so, please explain _____

_____

Has your child ever used tobacco, alcohol, marijuana, narcotics or any harmful drugs? ___ Yes ___ No
If yes, please write a brief summary on a separate sheet of paper.

Has your child ever been expelled or suspended from any school? _____ Yes _____ No
If yes, state details including name of school, dates and reason, on a separate sheet of paper.

Is your child now, or ever been under the supervision of a parole officer, under the custody of a juvenile or other court, or a ward of the state? _____ Yes _____ No If yes, please write an explanation on a separate sheet of paper.

Are you a member of a local church? _____ Yes _____ No

Church Name _____ Pastor _____

Address _____ Phone # _____

<u>Student and Parent Statement of Cooperation</u>

We have read and understand the entire contents of the Parent/Student Handbook, and are willing to abide by all the principles stated therein. We understand the student will be subject to dismissal from school for violation of the discipline code in regard to the use of drugs (including tobacco and alcohol), immorality or for possession or distribution of pornography or lewd materials. We also understand that attendance at Bangor Christian Schools is a privilege and not a right. We understand that the school may request withdrawal at auy time if in the opinion of the school the student does not fit into the spirit of the institution regardless of whether or not he/she conforms to the specific rules and regulations. We understand any non-factual informatiou snbmitted on this application may lead to the dismissal of the student. It is onr prayerful desire to contribute positively to the spirit of Bangor Christian Schools and to live a life pleasing to the Lord.

Signature of Student _____ Date _____

Mother's Signature _____ Date _____

Father's Signature _____ Date _____

Bangor Christian Schools on occasion will advertise in newspapers, brochnres, flyers, or posters to promote our school. Candid pictures are taken of our students at various times through the year to show student life at our school, and sometimes we use these pictures in our advertising. May we have written permission to use pictures of your child for advertising purposes, if the need arises in the future?

___ No, you do not have my permission to use pictures of my child for advertising purposes.
___ Yes, you have my permission: Parent Signature _____