# EXHIBIT 17

## Bangor Christian Schools

**Grade Level:  1st**                          **Subject: <u>Bible</u>**                          **Page <u>1</u>**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessment | Resources |
|------|--------------------|--------------------------------|----------------------|-----------|
| Character Training | **The Learner Will:**<br>• Demonstrate character that upholds classroom standards<br>• Make connections between bible lessons and daily practice | • Stories<br>• Role playing<br>• Direct instruction<br>• Planned opportunities for practice<br>• Discussion<br>• Related skits | • Observation<br>• Correct responses to oral questions<br>• Teacher interviews<br>• Observation<br>• Correct responses<br>• Participation | KJV/NIV Bible<br>• Enjoying God's Gifts Grade 1 Bible curriculum<br>• Videos/DVDs<br>• Cassettes/Cds<br>• Trade books<br>• Sunday Sermons<br>• Special Speakers |
| Old Testament Survey | **The Learner Will:**<br><br>• Recognize facts and principles from Old Testament records<br>• Identify key points and applications as set forth the lessons | • Direct teaching<br>• Acting out stories<br>• Reading stories<br>• Retelling the stories<br>• Related skits/puppets<br>• Discussion<br>• Videos/DVDs | | |
| Life Of Christ | • Recognize facts and principles from | • Same as above | | |

BDS 000125

| | | | | |
|---|---|---|---|---|
| | New Testament records<br>• Identify key points as set forth in the lessons | | | |
| Scripture Memory and Songs | • Recite verses accurately with a group and as individuals | • Games<br>• Songs<br>• Direct instruction<br>• Oral practice with motions<br>• Repetition | | |

BDS 000126

# Bangor Christian Schools

____2__ **Grade Level**           **Subject**___Bible_____           **Page** __1_____

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| Scripture Memorization | • Recite Bible verses accurately | • Discussion<br>• Make life applications<br>• Direct instruction<br>• Oral practice<br>• Written practice<br>• Drill<br>• Review/repeat<br>• Parent involvement | • Scripture memorization report sheet<br>• Observation<br>• Oral assessment by teacher and parents | • Finding God's Promises 2nd grade curriculum<br>• Bible<br>• Charts<br>• Chapel<br><br>(Same for all units) |
| Character Training | • Demonstrate character that upholds classroom standards<br>• Make connections between Bible lessons and daily practice | • Discussion<br>• Character trait activities<br>• Make applications from Bible stories<br>• Read and discuss stories about everyday situations<br>• Playact<br>• Workbook activities<br><br>(Same for all units) | • End of lesson review sheets<br>• Teacher observations<br>• Correct responses during discussion<br>• Participation<br>• Picture drawing<br>• Write stories<br><br>(Same for all units) | |

BDS 000127

# Bangor Christian Schools

____2__ **Grade Level**          Subject___Bible_____          Page __2_____

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|------|--------------------|---------------------------------|------------------------|-----------|
| God's Promises | • Learn Biblical truths in the Bible<br>• Identify some of God's promises | | | |
| Creation | • Learn facts from Old Testament records<br>• Identify each day of creation | | | |
| Life of Moses | • Learn about God's preparation of a leader<br>• Learn how God delivers His people through the life of Moses<br>• Learn how God guides His people through the life of Moses | | | |
| | | | | |

BDS 000128

# Bangor Christian Schools

**Grade Level 3**  **Subject: Bible**  **Page: 1**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| The Bible: Our Manual for Spiritual Growth | • Understand that the Word of God is truth<br>• Define and Understand the Trinity<br>• Identify the parts of the Bible: Old and New Testament, Books of History, Law, and Gospels | • Direct Instruction<br>• class discussion<br>• Story telling<br>• writing | • workbook assignments<br>• observation of student participation<br>• student journal writing<br>• lesson quizzes | • Growing with God: Positive Action Bible Curriculum<br>• student Bibles |
| Old Testament study: The Lives of Abraham, Jacob, Joseph, and Daniel | • Read and study the Word of God from the Old Testament<br>• Utilize the Word of god as a life Tool<br>• understand that the stories of the Bible fit into a clear pattern of exposing god's plan for salvation and desire to have relationship with his people<br>• Recall events and characters and their importance | • Direct Instruction<br>• class discussion<br>• Story telling<br>• role playing<br>• games | • workbook assignments<br>• observation of student participation<br>• student journal writing<br>• lesson quizzes | • Growing with God: Positive Action Bible Curriculum<br>• student Bibles<br>• ancient and modern maps |
| Scripture Memorization, Prayer Life, and Character Development | • Memorize given scripture<br>• understand the meaning of verses<br>• relate verses and Biblical principles to real life situations<br>• develop a prayer journal to be used daily in an active prayer life<br>• study and define Godly character traits<br>• analyze important character traits through Bible characters in units of study<br>• practice using Godly character in typical situations<br>• apply biblical truth and Godly character to everyday situations | • Direct instruction<br>• daily oral and written practice of verses<br>• class discussion of meaning and application of verses<br>• games<br>• Student character trait books defining and demonstrating in word and picture each trait studied | • oral recitation<br>• written quizzes<br>• observation of students<br>• journaling and writing character trait summaries | • Growing with God: Positive Action Bible Curriculum<br>• student Bibles<br>• Devotional Bible<br>• prayer journals |

BDS 00129

## Bangor Christian Schools

**Grade Level:  4ᵗʰ**                          **Subject: <u>Bible</u>**                          **Page <u>1</u>**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessment | Resources |
|------|-------------------|-------------------------------|---------------------|-----------|
| **Jesus Christ** | **The Learner Will:**<br><br>• Discover Who is Jesus Christ?<br>• Discover God's Promises come true<br>• Read about the boy Jesus<br>• List his victory over temptation<br>• Discover the land where He lived<br>• Record his miracles<br>• Reveal the truths about His power<br>• Record responses to His powers<br>• Read about how Jesus taught using parables<br>• Read what Jesus teaches salvation<br>• Become aware of | • Mimio<br>• Class Instruction<br>• Group discussion<br>• Story telling | • Lesson quizzes<br>• Verse Memorization<br>• Workbook assignments<br>• Observation of student participation<br>• Student journal writing | • Building Life Castles<br>• NIV Bible<br>• Mimio<br>• student Bibles<br>• ancient and modern maps |

BDS 000130

BDS 000131

|  |  |  |  |  |
|---|---|---|---|---|
|  | his crucifixion<br>• Become aware of His Resurrection |  |  |  |
| **Disciples** | **The Learner Will:**<br><br>• Read and study the Word of God from the Old Testament and the New Testatment<br>• recognize that the stories of the Bible fit into a clear pattern of exposing God's plan for salvation and desire to have relationship with his people<br>• Recall events and charachers and their importance | • Mimio<br>• Class Instruction<br>• Group discussion<br>• Story telling<br>• role playing<br>• games | • oral recitation<br>• Lesson quizzes<br>• Verse Memorization<br>• Workbook assignments<br>• Observation of student participation<br>• Student journal writing | • Building Life Castles<br>• NIV Bible<br>• Mimio<br>• student Bibles<br>• prayer journals |
| **Holy Spirit** | **The Learner Will:**<br><br>• Discover Who is the Holy Spirit?<br>• Discern what the Spirit does for us | • Mimio<br>• Class Instruction<br>• Group discussion<br>• Story telling | • Lesson quizzes<br>• Verse Memorization<br>• Workbook assignments<br>• Observation of | • Building Life Castles<br>• NIV Bible<br>• Mimio<br>• student Bibles |

BDS 000132

|  |  |  |  |  |
|---|---|---|---|---|
|  | • List the Fruits of the Spirit |  | • student participation<br>• Student journal writing |  |
| **Christians** | **The Learner Will:**<br><br>• discover Who controls their life?<br>• experience confidence in the Lord<br>• discover God's concern for them<br>• list inner character traits<br>• define humility<br>• define being submissive<br>• define Trust<br>• define Forgiving<br>• discern how to make wise choices<br>• define Compassion<br>• *develop the courage to stand alone | • Direct instruction<br>• daily oral and written practice of verses<br>• class discussion of meaning and application of verses<br>• games<br>• student character books defining and demonstrating each character trait studied in this lesson | • Lesson quizzes<br>• Verse Memorization<br>• Workbook assignments<br>• Observation of student participation<br>• Student journal writing<br>• Character trait books | • Building Life Castles<br>• NIV Bible<br>• Mimio<br>• student Bibles<br>• Devotional bibles<br>• prayer journals |
| **Saul** | **The Learner Will:** | • Mimio | • Lesson quizzes | • Building Life |

|  | | | |
|---|---|---|---|
|  | • discuss why he was known as The Persecutor<br>• recognize his conversion | • Class Instruction<br>• Group discussion<br>• Story telling | • Verse Memorization<br>• Workbook assignments<br>• Observation of student participation<br>• Student journal writing | Castles<br>• NIV Bible<br>• Mimio<br>• student Bibles |
| **Paul** | **The Learner Will:**<br><br>• follow his missionary journeys<br>• discuss the earthquake at Philippi<br>• discover how he faced opposition<br>• follow his final journeys<br>• discuss his character | • Mimio<br>• Class Instruction<br>• Group discussion<br>• Story telling | • Lesson quizzes<br>• Verse Memorization<br>• Workbook assignments<br>• Observation of student participation<br>• Student journal writing | • Building Life Castles<br>• NIV Bible<br>• Mimio<br>• student Bibles |

BDS 000133

5th Grade Bible

| UNIT | Objectives of Unit | Suggested Instructional Activities | Suggested Assessments | Resources |
|---|---|---|---|---|
| Possessing the Land Old Testament Study | • Read and study the word of God from the Old Testament<br>• Utilize the Word of God as a life tool<br>• Understand that the stories of the Old Testament fit into a clear pattern<br>• Compare vocabulary and land maps of current times with that of Biblical times. | • Direct instruction<br>• Class discussion<br>• Role playing<br>• Puzzles<br>• Artwork | • Workbook assignments<br>• Observation of student participation<br>• Studenet writings<br>• Lesson Quizzes | • Possessing the Land: Positive Bible Action Curriculum by Cherie Noel<br>• Student Bibles<br>• Maps<br>• Stories and other literature of Old Testament stories. |
| Character Trait Studies | • Study and define important character traits<br>• Analyze important character traits through Bible characters<br>• Practice important character qualities<br>• Apply Biblical truth and character traits to everyday situations | • Direct instruction<br>• Class discussion<br>• Writing<br>• Role playing<br>• Games<br>• Service projects | • Observation of student practice.<br>• Student journal and other writings<br>• Character recognition awards | • Possessing the Land: Positive Bible Action Curriculum by Cherie Noel<br>• Student Bibles<br>• Life Application Study Bible<br>• Various resources |

BDS 000134

5th Grade Bible

| Scripture Memorization | • Memorize given scripture<br>• Understand the meanings of memory verses<br>• Relate memory verses to real life situations | • Direct instruction<br>• Repetition of verse orally and written<br>• Games<br>• Class discussion | • Oral recitation<br>• Written quizzes<br>• Writing assignments | • Bible<br>• Scripture memorization sheet<br>• Life Application Study Bible |
|---|---|---|---|---|
| Prayer Life, Praise and Worship, Leadership | • Develop an active prayer life<br>• Appreciate and understand worship<br>• Develop an individual sense of praise<br>• Provide role modeling for elementary students | • Daily group prayer<br>• Daily class devotionals<br>• Participation in school chapel and classroom worship<br>• Participation in talent chapel<br>• Lead elementary chapel<br>• Role play social skills<br>• Classroom jobs | • Observation of student participation<br>• Journaling and writing | • Devotional booklets "Keys for Kids" |

BDS 000135

**Bangor Christian Schools**

**6th Grade Level**                    **Subject:  Bible**                    **Page 1**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| The Bible | • Recognize the Bible is the inspired Word of God<br>• Recognize that Jesus Christ is the living Word<br>• Understand that God uses His Word to search our hearts<br>• Understand that God speaks through His Word<br>• Understand that God's Word will direct our paths<br>• Recognize that God's Word is specific about how we should live<br>• Recognize that God's Word should change us | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd Ed. Rocky Mount, NC:  Positive Action For Christ, 2006<br>• Selected Website<br>• Bible |
| Satan and Sin | • Recognize that Satan was an angel created by God Himself and must always submit to the power of God<br>• Realize it was the sin of pride that caused Satan to fall from heaven<br>• Recognize that Satan is a deceiver<br>• Recognize that we are in a spiritual battle and that Satan's goal is to destroy us<br>• Recognize that Christians do not need to fear Satan<br>• Recognize that God hates sin<br>• Identify the seven sins that are detestable in God's eyes (Proverbs 6: 16 – 19)<br>• Understand that we all are sinners and need to be born again<br>• Recognize that if we confess our sins God will forgive us<br>• Recognize that even after we are saved, we still sin<br>• Recognize that we should be ready to forgive others of their sins<br>• Recognize that God can turn failure into victory<br>• Recognize that sin will keep us from praising God<br>• Examine the steps that lead to disobedience<br>• Realize there is a final judgment for sin | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd Ed. Rocky Mount, NC:  Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible<br>• Little House on the Prairie Series (DVD) |

BDS 000136

**6th   Grade Level**                          **Subject:  Bible**                          **Page 2**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| **Life of Christ** | • Recognize that Christ came into the world as an innocent lamb, shedding His blood to atone for the sins of mankind<br>• Recognize that Christ's miracles showed his power over death, demons, disease, and nature<br>• Examine how Jesus, being tempted by Satan, never sinned<br>• Recognize that Christ's life is an example of how we should live<br>• Recognize that Christ was condemned to die even though he had done no wrong<br>• Recognize that the events of Christ's crucifixion and resurrection were all known by Christ before they ever occurred<br>• Recognize that Christ was crucified and buried, but rose again three days later<br>• Recognize that the death and resurrection of Christ were part of the plan to restore fellowship between God and man<br>• Recognize that Christ appeared to many after His resurrection<br>• Recognize that Christ ascended into heaven with the promise of sending a comforter<br>• Recognize that Christ is preparing a place for us, and will one day return for his own | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd Ed. Rocky Mount, NC:  Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible |
| **Holy Spirit** | • Recognize the Holy Spirit is the third part of the trinity<br>• Recognize the Holy Spirit came to earth ten days after Christ's ascension into Heaven<br>• Recognize that the Holy Spirit lives inside every believer, and that our bodies are His temple<br>• Recognize the Holy Spirit give us power to live the Christian life<br>• Recognize that we are filled with the Holy Spirit as we yield to Him<br>• Examine the lives of spirit-filled Christians in the New Testament<br>• Recognize that sin grieves the Holy Spirit<br>• Recognize as we yield to the Holy Spirit, He produces spiritual fruit in our lives<br>• Identify the fruits of the Spirit (Galatians 5: 22 – 23) | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd Ed. Rocky Mount, NC:  Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible |

BDS 000137

**6th  Grade Level**                          **Subject:  Bible**                          **Page 3**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|------|--------------------|--------------------------------|-----------------------|-----------|
| **Living an Abundant Life** | • Recognize that we are uniquely created by God for a special purpose<br>• Recognize that God wants us to glorify Him with our lives<br>• Understand that in order to enjoy God's blessings in our lives, it is essential that we be in His will<br>• Recognize that true happiness depends on what we are on the inside, not on what we have on the outside<br>• Recognize that we need to confess our sins and let God cleanse them from our lives<br>• Recognize that God wants us to honor our parents<br>• Examine the lives of Bible characters to see the special plan God had for them<br>• Recognize that we need to trust God because His way is always perfect<br>• Recognize that God is with us always<br>• Realize that Christ came so that we might have an abundant life | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd Ed. Rocky Mount, NC:  Positive Action For Christ,2006<br>• Selected Websites<br>• Bible |
| **Reputation and Character** | • Recognize that a person's character determines their choices<br>• Recognize that if we do not grow in the wisdom of God, we will become fools<br>• Identify the characteristics of a fool<br>• Recognize that God wants our heart, not just our actions<br>• Recognize that our inner character will eventually become known outwardly to others<br>• Recognize that God wants us to have the courage to stand for what is right, even if it means standing alone<br>• Recognize that we need to have the right kind of companions<br>• Recognize it is right to do right because it is right<br>• Examine the good and bad choices of various Bible characters<br>• Identify the qualities of a good leader | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd Ed. Rocky Mount, NC:  Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible<br>• Little House on the Prairie Series (DVD) |

BDS 000138

**6th   Grade Level**                    **Subject:  Bible**                    **Page 4**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| **Character Traits** | • Develop the character trait of attentiveness<br>• Develop the character trait of enthusiasm<br>• Develop the character trait of service<br>• Develop the character trait of diligence<br>• Develop the character trait of discernment<br>• Develop the character trait of contentment<br>• Develop the character trait of thankfulness<br>• Develop the character trait of self-control<br>• Develop the character trait of orderliness<br>• Develop the character trait of forgiveness<br>• Develop the character trait of honesty<br>• Develop the character trait of obedience<br>• Develop the character trait of meekness<br>• Develop the character trait of genuineness<br>• Develop the character trait of courtesy<br>• Develop the character trait of humility<br>• Develop the character trait of honesty<br>• Develop the character trait of faith<br>• Develop the character trait of patience<br>• Develop the character trait of compassion<br>• Develop the character trait of loyalty<br>• Develop the character trait of responsibility<br>• Examine the character traits found in various individuals of the Bible | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd. Ed. Rocky Mount, NC: Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible<br>• Little House on the Prairie Series (DVD) |

BDS 000139

**6th    Grade Level**                    **Subject:  Bible**                    **Page 5**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| The Revelation | • Recognize the book of Revelation teaches us about future events<br>• Recognize that many of the prophecies in Scripture have yet to be fulfilled, but God always keeps His promises<br>• Recognize the rapture is the "blessed hope" for all believers<br>• Understand that for 2,000 years, God has told us in His Word about the time of the tribulation<br>• Understand that during the Tribulation, a great world ruler, the Antichrist, will appear.<br>• Recognize that the Antichrist will be controlled by Satan<br>• Recognize that during the Tribulation the full power of Satan will be unleashed on the earth<br>• Recognize that the only way to escape the day of God's wrath is to trust Christ as your Lord and Savior now<br>• Recognize that after the tribulation Christ will return to earth as King of kings and Lord of lords (The Millennium)<br>• Understand that Christ knows how to rule in perfect love with perfect justice<br>• Understand that at the end of the Millennium, Satan will be loosed for a time<br>• Understand that all those whose names are not written in the Lambs Book of Life, will be thrown into the lake of fire and eternally separated from God<br>• Recognize that all the problems of the earth will fade away when we are in Heaven enjoying the glory of God | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd. Ed. Rocky Mount, NC: Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible<br>• Left Behind (Video) |
| Scripture Verses | • Memorize Matthew 5: 1 – 16<br>• Memorize Romans 8:28 – 39<br>• Memorize Proverbs 3:1 – 12<br>• Memorize I Thessalonians 4: 13 – 18<br>• Memorize James 1: 1 – 8<br>• Memorize John 1: 1 – 7<br>• Recognize that we hide God's word in our hearts so that we might not sin | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd. Ed. Rocky Mount, NC: Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible |

BDS 000140

# Bangor Christian Schools

**6th Grade Level**                    **Subject: Bible**                    **Page 1**

BDS 000141

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|------|-------------------|--------------------------------|----------------------|-----------|
| The Bible | • Recognize the Bible is the inspired Word of God<br>• Recognize that Jesus Christ is the living Word<br>• Understand that God uses His Word to search our hearts<br>• Understand that God speaks through His Word<br>• Understand that God's Word will direct our paths<br>• Recognize that God's Word is specific about how we should live<br>• Recognize that God's Word should change us | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd Ed. Rocky Mount, NC: Positive Action For Christ, 2006<br>• Selected Website<br>• Bible |
| Satan and Sin | • Recognize that Satan was an angel created by God Himself and must always submit to the power of God<br>• Realize it was the sin of pride that caused Satan to fall from heaven<br>• Recognize that Satan is a deceiver<br>• Recognize that we are in a spiritual battle and that Satan's goal is to destroy us<br>• Recognize that Christians do not need to fear Satan<br>• Recognize that God hates sin<br>• Identify the seven sins that are detestable in God's eyes (Proverbs 6: 16 – 19)<br>• Understand that we all are sinners and need to be born again<br>• Recognize that if we confess our sins God will forgive us<br>• Recognize that even after we are saved, we still sin<br>• Recognize that we should be ready to forgive others of their sins<br>• Recognize that God can turn failure into victory<br>• Recognize that sin will keep us from praising God<br>• Examine the steps that lead to disobedience<br>• Realize there is a final judgment for sin | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd Ed. Rocky Mount, NC: Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible<br>• Little House on the Prairie Series (DVD) |

| 6th Grade Level | | Subject: Bible | | Page 2 | |
|---|---|---|---|---|---|
| **UNIT** | **Objectives of Unit** | **Suggested Instructional Methods** | **Suggested Assessments** | **Resources** | |
| Life of Christ | • Recognize that Christ came into the world as an innocent lamb, shedding His blood to atone for the sins of mankind<br>• Recognize that Christ's miracles showed his power over death, demons, disease, and nature<br>• Examine how Jesus, being tempted by Satan, never sinned<br>• Recognize that Christ's life is an example of how we should live<br>• Recognize that Christ was condemned to die even though he had done no wrong<br>• Recognize that the events of Christ's crucifixion and resurrection were all known by Christ before they ever occurred<br>• Recognize that Christ was crucified and buried, but rose again three days later<br>• Recognize that the death and resurrection of Christ were part of the plan to restore fellowship between God and man<br>• Recognize that Christ appeared to many after His resurrection<br>• Recognize that Christ ascended into heaven with the promise of sending a comforter<br>• Recognize that Christ is preparing a place for us, and will one day return for his own | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd Ed. Rocky Mount, NC: Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible | |
| Holy Spirit | • Recognize the Holy Spirit is the third part of the trinity<br>• Recognize the Holy Spirit came to earth ten days after Christ's ascension into Heaven<br>• Recognize that the Holy Spirit lives inside every believer, and that our bodies are His temple<br>• Recognize the Holy Spirit give us power to live the Christian life<br>• Recognize that we are filled with the Holy Spirit as we yield to Him<br>• Examine the lives of spirit-filled Christians in the New Testament<br>• Recognize that sin grieves the Holy Spirit<br>• Recognize as we yield to the Holy Spirit, He produces spiritual fruit in our lives<br>• Identify the fruits of the Spirit (Galatians 5: 22 – 23) | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd Ed. Rocky Mount, NC: Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible | |

BDS 000142

6th  **Grade Level**          **Subject:  Bible**          **Page 3**

BDS 000143

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| **Living an Abundant Life** | • Recognize that we are uniquely created by God for a special purpose<br>• Recognize that God wants us to glorify Him with our lives<br>• Understand that in order to enjoy God's blessings in our lives, it is essential that we be in His will<br>• Recognize that true happiness depends on what we are on the inside, not on what we have on the outside<br>• Recognize that we need to confess our sins and let God cleanse them from our lives<br>• Recognize that God wants us to honor our parents<br>• Examine the lives of Bible characters to see the special plan God had for them<br>• Recognize that we need to trust God because His way is always perfect<br>• Recognize that God is with us always<br>• Realize that Christ came so that we might have an abundant life | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd Ed. Rocky Mount, NC:  Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible |
| **Reputation and Character** | • Recognize that a person's character determines their choices<br>• Recognize that if we do not grow in the wisdom of God, we will become fools<br>• Identify the characteristics of a fool<br>• Recognize that God wants our heart, not just our actions<br>• Recognize that our inner character will eventually become known outwardly to others<br>• Recognize that God wants us to have the courage to stand for what is right, even if it means standing alone<br>• Recognize that we need to have the right kind of companions<br>• Recognize it is right to do right because it is right<br>• Examine the good and bad choices of various Bible characters<br>• Identify the qualities of a good leader | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd Ed. Rocky Mount, NC:  Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible<br>• Little House on the Prairie Series (DVD) |

**6th   Grade Level**                                   **Subject:  Bible**                          **Page 4**

BDS 000144

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| Character Traits | • Develop the character trait of attentiveness<br>• Develop the character trait of enthusiasm<br>• Develop the character trait of service<br>• Develop the character trait of diligence<br>• Develop the character trait of discernment<br>• Develop the character trait of contentment<br>• Develop the character trait of thankfulness<br>• Develop the character trait of self-control<br>• Develop the character trait of orderliness<br>• Develop the character trait of forgiveness<br>• Develop the character trait of honesty<br>• Develop the character trait of obedience<br>• Develop the character trait of meekness<br>• Develop the character trait of genuineness<br>• Develop the character trait of courtesy<br>• Develop the character trait of humility<br>• Develop the character trait of honesty<br>• Develop the character trait of faith<br>• Develop the character trait of patience<br>• Develop the character trait of compassion<br>• Develop the character trait of loyalty<br>• Develop the character trait of responsibility<br>• Examine the character traits found in various individuals of the Bible | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd. Ed. Rocky Mount, NC: Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible<br>• Little House on the Prairie Series (DVD) |

6th   **Grade Level**                                    Subject:  Bible                                    Page 5

BDS 000145

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|------|--------------------|--------------------------------|----------------------|-----------|
| The Revelation | • Recognize the book of Revelation teaches us about future events<br>• Recognize that many of the prophecies in Scripture have yet to be fulfilled, but God always keeps His promises<br>• Recognize the rapture is the "blessed hope" for all believers<br>• Understand that for 2,000 years, God has told us in His Word about the time of the tribulation<br>• Understand that during the Tribulation, a great world ruler, the Antichrist, will appear.<br>• Recognize that the Antichrist will be controlled by Satan<br>• Recognize that during the Tribulation the full power of Satan will be unleashed on the earth<br>• Recognize that the only way to escape the day of God's wrath is to trust Christ as your Lord and Savior now<br>• Recognize that after the tribulation Christ will return to earth as King of kings and Lord of lords (The Millennium)<br>• Understand that Christ knows how to rule in perfect love with perfect justice<br>• Understand that at the end of the Millennium, Satan will be loosed for a time<br>• Understand that all those whose names are not written in the Lambs Book of Life, will be thrown into the lake of fire and eternally separated from God<br>• Recognize that all the problems of the earth will fade away when we are in Heaven enjoying the glory of God | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd. Ed. Rocky Mount, NC: Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible<br>• Left Behind (Video) |
| Scripture Verses | • Memorize Matthew 5: 1 – 16<br>• Memorize Romans 8:28 – 39<br>• Memorize Proverbs 3:1 – 12<br>• Memorize I Thessalonians 4: 13 – 18<br>• Memorize James 1: 1 – 8<br>• Memorize John 1: 1 – 7<br>• Recognize that we hide God's word in our hearts so that we might not sin | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd. Ed. Rocky Mount, NC: Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible |

**6th   Grade Level**                    **Subject:  Bible**                    **Page 5**

BDS 000146

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|------|--------------------|--------------------------------|-----------------------|-----------|
| The Revelation | • Recognize the book of Revelation teaches us about future events<br>• Recognize that many of the prophecies in Scripture have yet to be fulfilled, but God always keeps His promises<br>• Recognize the rapture is the "blessed hope" for all believers<br>• Understand that for 2,000 years, God has told us in His Word about the time of the tribulation<br>• Understand that during the Tribulation, a great world ruler, the Antichrist, will appear.<br>• Recognize that the Antichrist will be controlled by Satan<br>• Recognize that during the Tribulation the full power of Satan will be unleashed on the earth<br>• Recognize that the only way to escape the day of God's wrath is to trust Christ as your Lord and Savior now<br>• Recognize that after the tribulation Christ will return to earth as King of kings and Lord of lords (The Millennium)<br>• Understand that Christ knows how to rule in perfect love with perfect justice<br>• Understand that at the end of the Millennium, Satan will be loosed for a time<br>• Understand that all those whose names are not written in the Lambs Book of Life, will be thrown into the lake of fire and eternally separated from God<br>• Recognize that all the problems of the earth will fade away when we are in Heaven enjoying the glory of God | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd. Ed. Rocky Mount, NC: Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible<br>• Left Behind (Video) |
| Scripture Verses | • Memorize Matthew 5: 1 – 16<br>• Memorize Romans 8:28 – 39<br>• Memorize Proverbs 3:1 – 12<br>• Memorize I Thessalonians 4: 13 – 18<br>• Memorize James 1: 1 – 8<br>• Memorize John 1: 1 – 7<br>• Recognize that we hide God's word in our hearts so that we might not sin | • Direct Instruction<br>• Class and small group activities<br>• Oral Presentations<br>• PowerPoint Presentations<br>• Video | • Homework<br>• Participation<br>• Workbook<br>• Quizzes and Tests<br>• Projects | • Noel, Cherie. Winning the Race. 2nd. Ed. Rocky Mount, NC: Positive Action For Christ, 2006<br>• Selected Websites<br>• Bible |

# Bangor Christian Schools

**Grade Level:  7th**          **Subject: <u>Bible</u>**                    **Page <u>1</u>**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessment | Resources |
|---|---|---|---|---|
| **Acts Chapters 1-5** | **The Learner Will:**<br>• Recognize the importance of the resurrection and how to refute those who explain it away<br>• Describe the post-resurrection ministry of Christ<br>• Describe the spread of the Gospel as predicted in Acts 1:8<br>• List important characteristics of the early Christians<br>• List basic characteristics of the early church | • Group discussion<br>• Classroom instruction | • Newspaper project | • Holy Bible<br>• DVD<br>• Maps<br>• |
| **Acts Chapters 6-13; Power of Prayer (Peter escapes from Prison); Follow Paul's first missionary journey** | **The Learner Will:**<br>• Recognize the difference between disciples and apostles<br>• Describe problems/solutions of the early church<br>• Discover the first Christian martyr<br>• Explain how persecution helped to spread the Gospel | | | |

BDS 000147

BDS 000148

| | | | | |
|---|---|---|---|---|
| | • List practices that are helpful in witnessing to others<br>• Explain Saul's conversion<br>• Recognize when and where believers were first called Christians | | | |
| **Acts Chapters 14-21; Understand the importance of humility in our service to God; Follow Paul's 2nd missionary trip; Running and finishing the race God give them** | **The Learner Will:**<br>• Continue to follow Paul's fist missionary journey<br>• Become more aware of missions<br>• Recognize that salvation is by grace alone and support it with biblical evidence<br>• Recognize that God can bring good even from conflicts between believers (Paul and Barnabas)<br>• Follow Paul's second missionary trip<br>• Read Pau's sermon on Mars Hill and recognize how Paul learned about other cultures to witness to them | | • Christ-like love project<br>• | |
| **Acts chapters 22-28; Paul's shipwreck- God's purpose in their personal trials and** | **The Learner Will:**<br>• Read how Paul declares his Roman citizenship<br>• Read about Paul's | | | |

| | | | | |
|---|---|---|---|---|
| **hardships** | trials before Felix, Festus, and Caesar and recognize how Christians can use their rights as citizens to spread the Gospel<br>• Realize the obedience in God's plan (King Agrippa)<br>• List the events in Paul's life from his imprisonment in Rome until his death<br>• | | | |
| **Yearlong units/themes:** <u>**Teaching principles for Christian living from examples of the early church as recorded in the Book of Acts**</u> | | | | |

BDS 000149

# Bangor Christian Schools

**Grade Level 8<ins>th</ins>**  **Subject: <ins>Bible</ins>**  **Page <ins>1</ins>**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| **Wisdom**<br>Lesson 1: What is Wisdom?<br>Lesson 2: Wisdom and Foolishness<br>Lesson 3: The Example of Wise Men | **The Learner Will:**<br>Define wisdom;<br>Recognize the principles of wisdom in God's Word;<br>Define humanism;<br>Differentiate between "knowledge" and "wisdom";<br>List actions of a wise person vs. a foolish person;<br>Evaluate their own foolish behaviors;<br>Examine examples of wise men in the Bible;<br>Recognize how to handle conflicts and how to choose priorities;<br>Memorize Prov. 1:5-11 | As each Bible verse is introduced its meaning is discussed as well as how to apply it to life.<br>Typically this is a lecture based class with open discussion.<br>Class is often broke up into groups to do short skits based on the unit topics. | Lesson quizzes<br>Unit tests<br>Memory Verse Quizzes<br>Group projects<br>Individual projects | Text: <ins>Wise Up: Wisdom in Proverbs</ins><br>Holy Bible (NIV or KJV)<br>A PowerPoint for each lesson that specifically highlights what is covered on lesson quizzes |
| **Attitudes**<br>Lesson 4: Our Home<br>Lesson 5: Honoring Our Parents<br>Lesson 6: Freedom and Responsibility<br>Lesson 7: How Attitudes Affect Actions<br>Lesson 8: Right Attitudes About Myself | **The Learner Will:**<br>List their responsibilities at home;<br>Analyze their own attitude;<br>List ways to respect parents;<br>Make a chart of wrong attitudes and consequences;<br>Recognize the correlation between freedom and responsibility;<br>Compare and contrast attitudes and actions;<br>Recognize the purpose for trials in their life;<br>Memorize Prov. 1:12-16; 1 John 2:3-6 | As each Bible verse is introduced its meaning is discussed as well as how to apply it to life.<br>Typically this is a lecture based class with open discussion.<br>Class is often broke up into groups to do short skits based on the unit topics. | Lesson quizzes<br>Unit tests<br>Memory Verse Quizzes<br>Group projects<br>Individual projects | Text: <ins>Wise Up: Wisdom in Proverbs</ins><br>Holy Bible (NIV or KJV)<br>A PowerPoint for each lesson that specifically highlights what is covered on lesson quizzes |
| **Friendships**<br>Lesson 9: Good Friends and Bad Friends<br>Lesson 10: Choosing the Right Friends<br>Lesson 11: How to Keep | **The Learner Will:**<br>List examples of good friends and bad friends;<br>Recognize the reasons why choosing the right friends is important to God;<br>Identify ways of being a true friend;<br>Memorize 1 John 2:7-12 | As each Bible verse is introduced its meaning is discussed as well as how to apply it to life.<br>Typically this is a lecture based class with open discussion.<br>Class is often broke up into groups to do short skits based on the unit topics. | Lesson quizzes<br>Unit tests<br>Memory Verse Quizzes<br>Group projects<br>Individual projects | Text: <ins>Wise Up: Wisdom in Proverbs</ins><br>Holy Bible (NIV or KJV)<br>A PowerPoint for each lesson that specifically highlights what is covered on lesson quizzes |

| Good Friends
Lesson 12: Loving All People | | | | |
|---|---|---|---|---|
| **Flesh vs. Spirit**
Lesson 13: Dealing with the Flesh
Lesson 14: Recognizing the Sins of the Flesh
Lesson 15: Walking in the Spirit | **The Learner Will:**
Identify the sins of the flesh;
Identify the consequences of living in the flesh;
List the fruits of the Spirit;
Recognize how the fruits covers the sins of the flesh
Memorize Eph. 4:22-28 | As each Bible verse is introduced its meaning is discussed as well as how to apply it to life.
Typically this is a lecture based class with open discussion.
Class is often broke up into groups to do short skits based on the unit topics. | Lesson quizzes
Unit tests
Memory Verse Quizzes
Group projects
Individual projects | Text: <u>Wise Up: Wisdom in Proverbs</u>
Holy Bible (NIV or KJV)
A PowerPoint for each lesson that specifically highlights what is covered on lesson quizzes |
| **Character**
Lesson 16: What is Character?
Lesson 17: Love and Gentleness
Lesson 18: Integrity
Lesson 19: Meekness and Humility
Lesson 20: Hard Work and Faithfulness
Lesson 21: Self-Control
Lesson 22: Courage | **The Learner Will:**
Define character;
List internal and external attributes;
Recognize that forgiveness is necessary to have love;
Analyze what it means to be truthful;
Define integrity;
Define humility;
Discuss pride's effect on their lives;
Set personal, academic, and spiritual goals;
Discuss why self-control is important;
Discover what a "disciplined life" is;
Define courage;
Compare and contrast fear of man vs. fear of the Lord
Memorize Eph. 4:29-32; 2 Pt. 1:2-9 | As each Bible verse is introduced its meaning is discussed as well as how to apply it to life.
Typically this is a lecture based class with open discussion.
Class is often broke up into groups to do short skits based on the unit topics. | Lesson quizzes
Unit tests
Memory Verse Quizzes
Group projects
Individual projects | Text: <u>Wise Up: Wisdom in Proverbs</u>
Holy Bible (NIV or KJV)
A PowerPoint for each lesson that specifically highlights what is covered on lesson quizzes |
| **God's Will**
Lesson 23: Submission and Obedience
Lesson 24: Knowing God's Will
Lesson 25: Staying in God's Will | **The Learner Will:**
Define obedience;
List consequences for disobedience
Make a list of how to know God's will;
List the blessings for staying obedient
Memorize Josh. 1:5-7 | As each Bible verse is introduced its meaning is discussed as well as how to apply it to life.
Typically this is a lecture based class with open discussion.
Class is often broke up into groups to do short skits based on the unit topics. | Lesson quizzes
Unit tests
Memory Verse Quizzes
Group projects
Individual projects | Text: <u>Wise Up: Wisdom in Proverbs</u>
Holy Bible (NIV or KJV)
A PowerPoint for each lesson that specifically highlights what is covered on lesson quizzes |

| Making Right Decisions | **The Learner Will:** | As each Bible verse is introduced its meaning is discussed as well as how to apply it to life. | Lesson quizzes | Text: <u>Wise Up: Wisdom in Proverbs</u> |
|---|---|---|---|---|
| Lesson 26: Learning How to Use Money<br>Lesson 27: Having Right Thoughts<br>Lesson 28: Making Right Decisions<br>Lesson 29: Keeping Our Promises | List what things they spend money on;<br>Define greed and coveting;<br>Decide how to wisely spend $10,000;<br>Compare and contrast the things that are pleasing to God that we chose to listen to, read, and watch;<br>List ways to avoid evil;<br>Make a plan for standing up for what's right;<br>Explain the significance of keeping a promise;<br>Memorize Josh 8-9; James 3:3-6 | Typically this is a lecture based class with open discussion.<br>Class is often broke up into groups to do short skits based on the unit topics. | Unit tests<br>Memory Verse Quizzes<br>Group projects<br>Individual projects | Holy Bible (NIV or KJV)<br>A PowerPoint for each lesson that specifically highlights what is covered on lesson quizzes |
| Controlling our Tongue | **The Learner Will:** | As each Bible verse is introduced its meaning is discussed as well as how to apply it to life. | Lesson quizzes | Text: <u>Wise Up: Wisdom in Proverbs</u> |
| Lesson 30: Controlling What We Say<br>Lesson 31: What We Say Affects Others | Compare and contrast the good and evil of the tongue;<br>List ways to be a good listener;<br>Recognize that we do not have to say what we think;<br>Memorize James 3:7-8 | Typically this is a lecture based class with open discussion.<br>Class is often broke up into groups to do short skits based on the unit topics. | Unit tests<br>Memory Verse Quizzes<br>Group projects<br>Individual projects | Holy Bible (NIV or KJV)<br>A PowerPoint for each lesson that specifically highlights what is covered on lesson quizzes |
| Being Successful | **The Learner Will:** | As each Bible verse is introduced its meaning is discussed as well as how to apply it to life. | Lesson quizzes | Text: <u>Wise Up: Wisdom in Proverbs</u> |
| Lesson 32: True Success<br>Lesson 33: Being a Success<br>Lesson 34: Being a Good Leader | Recognize the difference between internal and external pleasures;<br>List ways to prosper as a Christian;<br>List the principles of success;<br>Make and keep short term goals;<br>Define leadership<br>Memorize James 3:9-14 | Typically this is a lecture based class with open discussion.<br>Class is often broke up into groups to do short skits based on the unit topics. | Unit tests<br>Memory Verse Quizzes<br>Group projects<br>Individual projects | Holy Bible (NIV or KJV)<br>A PowerPoint for each lesson that specifically highlights what is covered on lesson quizzes |
| Be Still | **The Learner Will:** | As each Bible verse is introduced its meaning is discussed as well as how to apply it to life. | Lesson quizzes | Text: <u>Wise Up: Wisdom in Proverbs</u> |
| Lesson 35: Spending Time With God | Recognize the importance of spending time with God;<br>Keep a diary of what they do during the day to realize that they do have time for God;<br>Find a devotional to do during the summer | Typically this is a lecture based class with open discussion.<br>Class is often broke up into groups to do short skits based on the unit topics. | Unit tests<br>Memory Verse Quizzes<br>Group projects<br>Individual projects | Holy Bible (NIV or KJV)<br>A PowerPoint for each lesson that specifically highlights what is covered on lesson quizzes |

BDS 000152

| K-4 | K-5 | 1st | 2nd |
|---|---|---|---|
| Creation<br>        The first special family – Adam and Eve<br>Special sister – Miriam<br>Parents – Zechariah and Elizabeth<br>Boy – David and Samuel<br>\*\*Noah (4 lessons)<br>\*\*Christmas<br>Ten Commandments<br>Daniel and the food<br>Daniel and the lion's den<br>Widow's mite<br>Good Samaritan<br>Ruth & Naomi<br>Isaac and the wells<br>Philip and the Ethiopian<br>\*\*Joseph<br>\*\*Easter<br>Jesus stills the storm<br>Jesus heals the Captain's servant<br>Jesus & the lost sheep<br>Jesus blesses the children<br>\*\*Character stories – Peter Panda | **God Gave Us a Beautiful World** – 7 days of Creation<br>I **am Special** – Jeremiah, Saul, Naomi and Ruth, Boaz, Daniel and his three friends, Daniel in the lion's den, Timothy, Mephibosheth<br>**God gives us families** – Adam and Eve, Cain and Abel, Noah<br>\*\***Abraham**, Lot, Moses and the Bulrushes, Moses lead the people, Festival of booths<br>A special family – Mary, Joseph, Gabriel, Bethlehem, Shepherds, Wise men, The birth of Jesus<br>**Jesus Grows up** – presentation of Jesus in the temple, Flight to Egypt, Home life in Nazareth, School Life in Nazareth, Olive Harvest, Jesus Goes to the Temple, Jesus begins to teach, Jesus chooses His disciples,<br>**Jesus Loves Me** – Prodigal son, Jairus' daughter, Leper, Mary, Martha, and Lazarus, the lame man<br>**Jesus dies and lives again** – Transfiguration, Triumphal Entry, Passover Feast, Last Supper, Jesus' trial, Crucifixion, Resurrection, Return to Heaven<br>**David and the Shepherd Psalm**<br>God takes care of \*\***David** in the field, David sings to the Lord, A lost sheep, David's big job, Goliath, Jonathon, King David, Preparation for the temple, Isaac, Rebekah, \*\***Jacob & Esau**, Jacob receives God's promises, Joseph, Miriam, Samuel, Little maid, Naaman, Joash, Josiah,<br>Feeding of the five thousand | Creation<br>        Work<br>        Rules<br>Noah<br>Abraham<br>Jacob<br>Joseph<br>        Became a leader<br>        Forgave his brothers<br>        God's preparation<br>Josiah and Joash (worship)<br>Stories of Jesus<br>Birth<br>Boyhood<br>Tempted<br>Calls disciples<br>Loves children<br>Feeds the 5000<br>Walks on water<br>Heals the blind man<br>The lost sheep<br>Crucified<br>He Lives<br>Samuel<br>David<br>        King<br>        David and Goliath<br>        David and Jonathon<br>Elijah<br>        Helps others<br>        Prays to God<br>        Goes to Heaven | Grade 2<br>God's Promise – Heaven<br>Creation<br>Moses<br>God prepares a leader (7 sections)<br>God delivers His people (9 sections)<br>God guides His people (12 sections) |

BDS-000153

# Bangor Christian Schools
## Curriculum Map

Subject: **Bible**                                                                                           Grade: **K-5**

| Unit/Theme | Essential Skills/ Concepts Targeted | Instructional Strategies | Assessments | Resources |
|---|---|---|---|---|
| **1st Ranking Period** <u>**God Gave Us a Beautiful World**</u> – 7 days of Creation <u>I am Special</u> – Jeremiah, Saul, Naomi and Ruth, Boaz, Daniel and his three friends, Daniel in the lion's den, Timothy, Mephibosheth <u>**God gives us families**</u> – Adam and Eve, Cain and Abel, Noah | **The Learner Will:** <br> • recognize God as Mighty Creator and final assurance of God's care for every part of His creation <br> • strive toward accepting themselves and desire to be the best they can be for the Lord <br> • trust God to care for their personal and family needs | • Songs <br> • Poems <br> • Direct instruction <br> • Flannel graph <br> • Role playing <br> • Discussion <br> • DVDs | • Observation <br> • Discussion <br> • Participation | • Workbook pages <br> • Bible <br> • Egermeier's Bible Study book <br> • God's gift to me <br> • Lifeway <br> • Videos <br> • Song Book |
| **2nd Ranking Period** <br> Abraham, Lot, Moses and the Bulrushes, Moses lead the people, Festival of booths <br> A special family – Mary, Joseph, Gabriel, Bethlehem, Shepherds, Wise men, The birth of Jesus <br> <u>Jesus Grows up</u> – presentation of Jesus in the temple, Flight to Egypt, Home life in Nazareth, School Life in Nazareth, Olive Harvest, Jesus Goes to the Temple, Jesus begins to teach, Jesus chooses His disciples, <br> <u>Jesus Loves Me</u> – Prodigal son, Jairus' daughter, Leper, Mary, Martha, and Lazarus, the lame man | **The Learner Will:** <br> • Recognize that God planned the birth of His Son, our Savior and King <br> • discover ways they can follow Jesus at home and at school as they learn about life in the time and place where Jesus lived <br> • realize that Jesus loves them and desires their love and obedience in return | • Role playing <br> • Discussion <br> • Flannel graph <br> • DVD <br> • Contest <br> • Songs <br> • Poems <br> • Direct Instruction | • Observation <br> • Discussion <br> • Participation | • Workbook pages <br> • Bible <br> • Egermeier's Bible Study book <br> • God's gift to me <br> • Lifeway <br> • Videos <br> • Song Book |

BCS-000454

| | The Learner Will: | | | |
|---|---|---|---|---|
| **3rd Ranking Period**<br>**Jesus dies and lives again** – Transfiguration, Triumphal Entry, Passover Feast, Last Supper, Jesus' trial, Crucifixion, Resurrection, Return to Heaven | **The Learner Will:**<br><br>• express thankfulness that God sent His Son to be our Savior as they learn about Jesus' death and resurrection they | • DVD<br>• Contest – Review<br>• Role playing | • Observation<br>• Discussion<br>• Participation | |
| **4th Ranking Period**<br><u>**David and the Shepherd Psalm**</u><br>God takes care of David in the field, David sings to the Lord, A lost sheep, David's big job, Goliath, Jonathon, King David, Preparation for the temple, <u>**Children in the Bible**</u> – Isaac, Rebekah, Jacob & Esau, Jacob receives God's promises, Joseph, Miriam, Samuel, Little maid, Naaman, Joash, Josiah, Feeding of the five thousand | **The Learner Will:**<br><br>• Recognize that the Lord loves and cares for them and His ways are best.<br>• discover ways they may follow and please God in their actions and attitudes | • Role playing<br>• Discussion<br>• Flannel graph<br>• DVD<br>• Contest<br>• Songs<br>• Poems<br>• Direct Instruction | • Observation<br>• Discussion<br>• Participation | |

BDS 000155

Upper Elementary: Characters & Topics of Focus

Third: Focuses on the Old Testament: Abraham, Jacob, Joseph, Daniel, Inner Character…pointing students toward Jesus & where He can be seen in the Old Testament

Fourth: Focuses on the New Testament: Jesus (the life of Jesus)…broken down into all major events…parables, the disciples of Christ, the Holy Spirit (the Trinity), the Holy Spirit's role in the life of a believer, being confident in the Lord, God's character, your inner character, Character Traits: humility, submission, obedience, trusting God, forgiveness & (David/forgiveness), compassion, courage to stand alone (Daniel), Making wise choices, Paul's life (Saul-transformation…prison).

Fifth: Focuses on the Old Testament: Adam & Eve, Abraham & Isaac, Jacob/Esau, Joseph, Resisting the Devil, Hebrew Nation, Moses & Plagues, Passover, 10 Commandments, Wandering in the Wilderness, Promise Land, Gideon, Ruth, Samuel, Saul, David, Solomon, Elijah & Elisha, Ezra, Nehemiah, Queen Esther, Trials, Job, Psalms, Prophets of God, Daniel, Jonah, Minor Prophets,

BDS 000156