# EXHIBIT 18

# Bangor Christian Schools

**Grade Level:** High School     **Subject:** Bible – New Testament Foundations     Page 1

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| Acts of the Apostles | • The ministry in Jerusalem<br>  -The work of the Holy Spirit<br>  -The result of the Holy Spirit's work<br>  -The work of the church leaders<br>  -Martyrdom<br>• The ministry in Judaea and Samaria<br>  -Philip's divine direction<br>  -A persecutor's conversion<br>  -Ministry of Peter<br>• The ministry unto the uttermost part of the earth<br>  -Journeys to other lands<br>  -Dangers in Jerusalem<br>  -Imprisonment at Caesarea<br>  -Journey to Rome | • Lecture<br>• Discussion Sessions<br>• Video Supplements<br><br><br><br><br><br><br><br><br><br><br><br><br>*Same for all units.* | • Tests<br>• Quizzes<br>• Memory Verses<br><br><br><br><br><br><br><br><br><br><br><br><br>*Same for all units.* | • *Bible Truths for Christian Schools: New Testament Foundations,* Bob Jones University Press<br>• *Holy Bible* (NIV/KJV)<br><br><br><br><br><br><br><br><br><br><br>*Same for all units.* |
| Romans | • The Gospel<br>• Righteousness Obtained<br>  -God condemns all men as unrighteous<br>  -God imputes His righteousness to all believers<br>  -God sets apart believers for experiential righteousness<br>  -God rejects Israel's false righteousness<br>• Righteousness practices<br>  -Transformed servants<br>  -The believer in society<br>  -Personal convictions<br>• Concluding a letter | | | |

BDS 000109

Bangor Christian Schools

**Grade Level:** High School  **Subject:** Bible – New Testament Foundations  **Page 2**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| I Corinthians | <ul><li>Reproving the believers<br>-Unity or divisions<br>-God's wisdom or man's wisdom<br>-Spirituality or carnality</li><li>Correcting the believers<br>-Immorality in the Church<br>-Obligations in marriage<br>-Stumbling blocks to the weak<br>-Violations of liberty<br>-Worship in the Church</li><li>Instructing the believers<br>-Using spiritual gifts<br>-Explaining the resurrection</li></ul> | | | |
| II Corinthians | <ul><li>Principles of growth<br>-Principles of overcoming<br>-Principles of ministering<br>-Christian separation</li><li>Cheerful giving</li><li>Principles of authority<br>-Spiritual warfare<br>-Paul's heart<br>-Strength in weakness</li><li>Final warnings</li></ul> | | | |
| | | | | |
| | | | | |
| | | | | |

# Bangor Christian Schools

**Grade Level:** High School  **Subject:** Bible – Letters to Believers  **Page 1**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| Galatians | <ul><li>Paul's apostolic authority</li><li>The history of Paul's ministry</li><li>Paul's proof of justification of faith</li><li>From slavery to freedom</li><li>Practical principles</li><li>Practical problems</li></ul> | <ul><li>Lecture</li><li>Discussion Sessions</li><li>Video Supplements</li></ul> *Same for all units.* | <ul><li>Tests</li><li>Quizzes</li><li>Memory Verses</li></ul> *Same for all units.* | <ul><li>*Bible Truths for Christian Schools: Letters to Believers,* Bob Jones University Press</li><li>*Holy Bible* (NIV/KJV)</li></ul> *Same for all units.* |
| Ephesians | <ul><li>Prayer and praise for union with Christ</li><li>Establishment of union</li><li>Experience of the Union</li><li>The unity of the Church</li><li>The walk of the believer</li><li>The Christian's walk and welfare</li></ul> | | | |
| Philippians | <ul><li>External magnification of Christ</li><li>Internal magnification</li><li>Improper magnification of self</li><li>Encouragement to magnify Christ</li></ul> | | | |
| Colossians | <ul><li>Christ's preeminent work</li><li>Preaching of Christ's preeminent work</li><li>The believer's preeminent responsibilities</li><li>Paul's concluding remarks</li></ul> | | | |
| I Thessalonians | <ul><li>Waiting for His coming</li><li>Rejoicing at His coming</li><li>Stabilizing the saints for His coming</li><li>Comforting one another with His coming</li></ul> | | | |

BDS 000111

# Bangor Christian Schools

**Grade Level**: High School     **Subject**: Bible – Letters to Believers     Page 2

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| II Thessalonians | • The consolation of the Day of the Lord<br>• The explanation of the Day of the Lord<br>• The exhortation because of the Day of the Lord | | | |
| I Timothy | • Reasons for the charge<br>• Regulations of the Church<br>  -regarding public worship<br>  -regarding church officers<br>  -regarding church doctrine<br>  -regarding special groups of believers | | | |
| II Timothy | • Courageous in suffering<br>• Constant in teaching<br>• Consistent in remaining<br>• Conscientious through completing | | | |
| Titus | • Good works in the lives of leaders<br>• Good works in the teaching of the leaders<br>• Good works in the conduct of members | | | |
| Philemon | • Thanksgiving of Philemon<br>• Intercession for Onesimus<br>• Paul's personal comments to Philemon | | | |

BDS 000112

Bangor Christian Schools

**Grade Level:** High School    **Subject:** Bible – Letters to Believers    Page 3

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| Hebrews | <ul><li>Christ's supremacy over angels</li><li>Necessity of the incarnation</li><li>Superior to Moses</li><li>A superior rest</li><li>Christ's priesthood replaces Old Testament priesthood</li><li>Importance of Christian growth</li><li>Christ and Melchisedec</li><li>The New Covenant</li><li>A better sacrifice</li><li>A permanent sacrifice</li><li>The heroes of the faith</li><li>The life of faith</li><li>The practice of the faithful</li></ul> | | | |
| James | <ul><li>Testings and actions</li><li>Partiality and empty faith</li><li>The power of the tongue</li><li>Contention and worldly gain</li><li>Patience and prayer</li></ul> | | | |
| I Peter | <ul><li>Our great salvation</li><li>Being a Christian</li><li>The Christian and others</li><li>Why the Christian suffers</li><li>Serving God</li></ul> | | | |
| II Peter | <ul><li>Fables or facts</li><li>False teachers denounced</li><li>Living in the light of the Lord's return</li></ul> | | | |

BDS 000113

# Bangor Christian Schools

**Grade Level:** High School    **Subject:** Bible – Letters to Believers    Page 4

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| I John | <ul><li>Living in the Light</li><li>Tests of faith</li><li>Children of God and children of the devil</li><li>Spirits of truth and error</li><li>Victory in faith</li></ul> | | | |
| II John | <ul><li>Salutation</li><li>Exhortation</li><li>Plans</li></ul> | | | |
| III John | <ul><li>Salutation</li><li>Exhortations</li><li>Plans</li></ul> | | | |
| Jude | <ul><li>Introduction</li><li>Warning concerning apostasy</li><li>Counsel for believers</li><li>Conclusion</li></ul> | | | |
| | | | | |

BDS 000114

Bangor Christian Schools

**Grade Level:** High School    **Subject:** Bible – Bible Truths    **Page 1**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| Knowing God | - The triune God<br>- Focus on Jesus Christ<br>- Focus on the Holy Spirit<br>- God's nature<br>- God's works<br>- God's program | - Lecture<br>- Discussion Sessions<br>- Video Supplements<br><br>*Same for all units.* | - Tests<br>- Quizzes<br>- Memory Verses<br><br>*Same for all units.* | - *Bible Truths for Christian Schools: Bible Truths*, Bob Jones University Press<br>- *Holy Bible* (NIV/KJV)<br>*Same for all units.* |
| Communing with God | - Salvation<br>  -God's sinful creature<br>  -God's simple plan<br>- Sanctification<br>  -Set apart to God<br>- The Bible<br>  -God's inerrant Word<br>  -Tips for Bible study<br>- Worship<br>  -Worshiping God<br>  -The Throne of Grace | | | |
| Serving God | - Submission<br>  -The folly of rebellion<br>  -Dedication<br>  -Accepting God's creative work<br>  -Discovering spiritual gifts<br>  -Discerning God's will<br>  -The ministry<br>- Purity<br>  -Developing Biblical standards<br>  -Fighting temptation<br>  -Dating by God's standards<br>  -Dealing with guilt | | | |

Bangor Christian Schools

**Grade Level:** High School        **Subject:** Bible – Bible Truths        **Page 2**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| Serving God (continued) | • Preparation<br>  -Trusting God's daily care<br>  -Overcoming depression<br>  -Exercising self-control<br>  -Learning patience<br>  -Becoming a leader<br>  -Listening to good advice<br>  -Attending a Christian College<br>• Reward<br>  -Incentives for service<br>  -The folly of selfish service | | | |
| Nature of Love | • Selfless giving<br>• Conquering bitterness | | | |
| Love in the Home | • Relationships in the home<br>• Building a lasting marriage<br>• Rearing Godly children | | | |
| Love in the Church | • Choosing a local church<br>• Supporting a local church<br>• Getting along with fellow Christians<br>• Sacrificing personal liberties<br>• Restoring broken relationships<br>• Practicing Biblical separation<br>• Guarding against cults | | | |

## Bangor Christian Schools

**Grade Level:** High School  **Subject:** Bible – Bible Truths  **Page 3**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| Love in Society | <ul><li>Guarding against humanism</li><li>Obligations of the Christian citizen</li><li>Work place obligations</li><li>Selective friendships</li><li>Concern for the unsaved</li><li>Caring for unfortunates</li><li>Countering prejudice</li><li>Standing up for Christ</li></ul> | | | |
| | | | | |
| | | | | |
| | | | | |

BDS 000117

# Bangor Christian Schools

**Grade Level:** High School  **Subject:** Bible – Principles and Prophecy  Page 1

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| Background to the Book | <ul><li>Yesterday's lessons<br>-Doctrinal – God recorded the historical portions of Scripture<br>-Practical – God recorded the history so we would learn lessons from it</li><li>History survey<br>-An overview of Old Testament history<br>-important time periods, dates, people</li><li>Repeated failures<br>-The Assyrians and the destruction of their capital Nineveh<br>-The Egyptians and the destruction of Thebes and their kingdom</li><li>Memorials<br>-Deuteronomy's emphasis on *remember*<br>-The importance of reminders and things to remember</li></ul> | <ul><li>Lecture</li><li>Discussion Groups</li><li>Video Supplements</li></ul><br><br>*Same for all units.* | <ul><li>Tests</li><li>Quizzes</li><li>Memory Verses</li></ul><br><br>*Same for all units.* | <ul><li>*Bible Truths for Christian Schools: Principles and Prophecy,* Bob Jones University Press</li><li>*Holy Bible* (NIV/KJV)</li></ul><br><br>*Same for all units.* |
| Introduction to the Nation | <ul><li>Biblical Geography<br>-Geographical divisions of Palestine<br>-Topographical features</li><li>Cities in Israel<br>-Geographical & historical significance<br>-Important cities in Israel</li><li>Hebrew idioms<br>-Properly understanding idioms<br>-Common Biblical idioms</li><li>Ancient testimonies<br>-Three major values of archaeology<br>-Archaeological illustrations of these values</li></ul> | | | |

BDS 000118

## Bangor Christian Schools

**Grade Level:** High School         **Subject:** Bible – Principles and Prophecy         Page 2

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| Creation, Culture, and Covenants | • Creation<br>   -Importance of creationism<br>   -Biblical presentation of creationism<br>• Antique life styles<br>   -Spiritual condition of mankind during pre-flood civilization<br>   -Spiritual condition of mankind during the post-flood civilization<br>• Covenants<br>   -General information concerning covenants<br>   -The Abrahamic, Davidic, and New Covenants | | | |
| Wilderness Wandering | • Death in the desert<br>   -Introduction to wilderness wandering period<br>   -The Israelites route and chronology<br>• Lessons in the desert<br>   -God's leadership during the wilderness wandering<br>   -God's material, spiritual, and physical provision for the Israelites in the silderness<br>• Living by faith<br>   -The process of unbelief<br>   -Manifestations of unbelief<br>• God's holiness<br>   -Israel's sin and resulting punishment<br>   -God's mercy | | | |

# Bangor Christian Schools

**Grade Level:** High School     **Subject:** Bible – Principles and Prophecy     **Page 3**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| Principles for a Nation | <ul><li>The Law</li><li>Worship only God</li><li>God's Holy Name</li><li>Weekly worship</li><li>God-ordained authority</li><li>Immoral actions</li><li>Neighborly attitudes</li><li>Legislated loyalty</li><li>Loving God</li><li>Loving neighbors</li><li>Pure and clean</li></ul> | | | |
| The Tabernacle and Priesthood | <ul><li>God's presence<br>-Purpose of the Tabernacle<br>-Construction of the Tabernacle</li><li>The Tabernacle structure<br>-The Tabernacle's architect<br>-The divisions of the Tabernacle</li><li>The Tabernacle furniture<br>-Articles of furniture in Tabernacle<br>-Functions/significance of furniture</li><li>The privileged family<br>-The Levites and the priests: their consecration, support, and service<br>-the high priest</li><li>Contribution or sacrifice<br>-Introduction to the Old Testament sacrificial system: purpose, materials, and ritual</li><li>Hebrew holidays<br>-General information - sacred seasons<br>-The value of the feasts, sabbatic year and the Year of Jubilee</li></ul> | | | |

BDS 000120

# Bangor Christian Schools

**Grade Level:** High School  **Subject:** Bible – Principles and Prophecy  **Page 4**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| Early Settlement of Israel | <ul><li>Dividing the land<br>-The importance of Israel's inheritance in Canaan<br>-The allotment of the inheritance</li><li>Hebrew calendars<br>-Religious calendar<br>-Agriculture and the calendar</li><li>Failing a history lesson<br>-The period of the judges<br>-Miscellaneous material concerning the judges</li></ul> | | | |
| Patterns of a Covenant | <ul><li>The prophets</li><li>Ancient politicians</li><li>The early writing prophets</li><li>Religious but condemned</li><li>Hebrew poetry</li><li>The importance of wisdom</li><li>The soul of godliness</li><li>Prophecy from 740 – 621 B.C.</li><li>God's righteousness</li><li>God's guidance</li><li>History lessons</li><li>The Anointed Deliverer</li></ul> | | | |
| Understanding Prophecy | <ul><li>How to study prophecy</li><li>The prophetic puzzle</li><li>A colossal dream</li><li>Daniel's dream</li><li>The beasts</li><li>From Antiochus to Antichrist</li><li>Strange weeks</li><li>Great gatherings</li><li>Gog and the Gentiles</li></ul> | | | |

BDS 000121

# Bangor Christian Schools

**Grade Level:** High School  **Subject:** Bible – Principles and Prophecy  **Page 5**

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessments | Resources |
|---|---|---|---|---|
| Understanding Prophecy (continued) | • The Day of the Lord<br>• When Christ is King | | | |
| Between the Testaments | • Hellenism: past and present<br>-Historical background to the intertestamental period<br>-the Hews and Hellenism: present day application<br>• Intertestamental developments<br>-The rise of Jewish sects in the intertestamental period<br>-The Christian dilemma | | | |
| | | | | |
| | | | | |

BDS 000122

**High School Bible**

**Name of Course:** Practical Christian Living
Taught : By Pencil Boone
Credit: 1 Credit

Description of Course:
Practical for Christian Living is a series of lessons that are organized around the Great Commandment (Matthew 22:37-40). In this unit we will focus in on love for others – in the home, the church, and society in general. Some of the topics we will explore are: Listening to Good Advice, What's Next: Finding God's Direction, Incentives for Service, The Mistake of Partial Service, Selfless Giving, Conquering Bitterness, Relationships In the Home, Building a Lasting Marriage, God's Blueprint for Sex, Raising Godly Children, Choosing and Supporting A Local Church, Sacrificing Personal liberties, Restoring Broken Relationships, Guarding Against Humanism, The Mind of Christ, Friendships, Developing a Compassionate World-view, Countering Prejudice, and other topics.

Targeted Student Population: Grades 9, 10, 11, 12
Prerequisite Courses: None

**Name of Course:** Paul's Letters to Believers
Taught : By Pencil Boone
Credit: 1 Credit

Description of Course:
Letters to Believers is a series of lessons that centers around five of the Apostle Paul's letters, Galatians, Ephesians, Philippians, Colossians and Philemon. The unit revolves around some of the biggest questions and concerns that faced the early church. It is an in-depth verse by verse study of these books, plus the historical context in which they were written and how they apply to our lives today.

Targeted Student Population: Grades 9, 10, 11, 12
Prerequisite Courses: None

**Name of Course:** Old Testament Characters; Yesterday's Lessons
Taught : By Pencil Boone
Credit: 1 Credit

Description of Course:
The purpose of this course is to remind the students that the Old Testament has great value to the believer today. By taking an in-depth look at some of the Old Testament characters we can find that God's plan of redemption runs throughout the Bible. It also shows the students that God's recorded history of mankind has not been slanted to cover up the ugly portions, however to find that God uses sinful man despite ourselves to accomplish His purpose. These are the Old Testament characters that we will explore in-depth: ●Adam & Eve ●Noah ●Abraham ● Ishmael & Isaac ●Esau ●Joseph ●Moses ● Joshua ●Rehab ●Deborah ●Gideon ●Ruth ●David ●Solomon

Targeted Student Population: Grades 9, 10, 11, 12
Prerequisite Courses: None

**Name of Course:** The Life and Times of Jesus
Taught by Pencil Boone
Credit: 1 Credit

Description of Course:
The Life and Times of Jesus is study that acknowledges the fact that many Christians struggle to think of Jesus as more than any other historical figure. Through this series we want the student to know Jesus better as we see Him again in his word, especially through the eyes of the Apostle John. John's purpose was to focus less on what Jesus did and more on who He is. In this unit we will look at the historical backdrop to this book. We will also summarize the primary focus and contents of the book of John and highlight the characteristics unique to this book. Our goal is to help the student to know and love the real person Jesus Christ.

Targeted Student Population: Grades 9, 10, 11, 12
Prerequisite Courses: None

BDS 000124