# EXHIBIT 19

Bangor Christian Schools                                          Earth Science Curriculum Map

# Safety

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Improve people's lives with science

Using skills and processes in a way that serves the Lord

Keeping people safe | Recognize the need for safety in the science classroom

Demonstrate the proper use of science equipment

Demonstrate safe behavior in the science classroom

Independently identify situations where safety if needed

Independently determine  how to make a self-created experiment safe | Direct Instruction

Teacher demonstration and modeling

Science Lab safety contracts

In class practice

Sample experiments with safety needs to be identified | Teacher observation

Oral questioning

lab safety rubric

self evaluation

peer evaluation | Teacher resources

Lab safety contracts

Lab safety guide
http://www.cfisd.net/files/9614/0838/7916/6th_Grade_Safety_Guide.pdf

Lab Safety worksheets
http://www.myscience8.com/scientific_method/lab_safety_sheets.pdf |

BCS 001117

# Scientific Communication (runs the entire year)

Bangor Christian Schools                                    Earth Science Curriculum Map

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Improve people's lives with science<br><br>using science to help others for the glory of God<br><br>interpreting evidence in the light of Scripture<br><br>Thinking Christianly about science<br><br>Glorifying God through good stewardship | Read and comprehend scientific reports and writings<br><br>Communicate using scientific terms<br><br>Evaluate findings of other scientists<br><br>Share scientific findings with peers<br><br>Present scientific findings in lab report form<br><br>Critique scientific writings of fellow scientists<br><br>Analyze scientific articles<br><br>Identify scientists important to the progress of science | Direct instruction and modeling<br><br>share examples of scientific writings<br><br>Class discussions<br><br>class and small group writings<br><br>class evaluations of others' writings<br><br>lab report writing<br><br>reading scientific articles in class and individually<br><br>writing article analysis of scientific articles as a class, in small groups and individually<br><br>scientific research | Teacher observation<br><br>oral questioning<br><br>peer evaluation<br><br>self evaluation<br><br>lab reports<br><br>article analyses<br><br>Scientific writing rubrics<br><br>research projects | scientific reports and articles<br><br>teacher resources<br><br>Newsela.com<br><br>lab report examples<br><br>article analysis examples |

BDS 001418

## Scientific Inquiry(year long)

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|

Bangor Christian Schools                                        Earth Science Curriculum Map

| | | | | |
|---|---|---|---|---|
| Limitations of Science | Recall and define the steps of the scientific process | Direct instruction | Teacher observation | Teacher resources |
| Thinking Christianly about science | Independently identify the steps on the scientific process in a given experiment | teacher modeling | Oral questioning | Snowpack Unit https://drive.google.com/drive/folders/0B-wh5QXEpxZrNTRza1Y2XzVza00 |
| Loving God by studying His Creation | Determine the variables in a given experiment | demonstrations | peer evaluation | |
| The glory of God seen in His Creation | Design and carry out an independent experiment project based on the the scientific method | class experiment and inquiry opportunities | self evaluation | |
| Dominion Mandate | Use inquiry in given scientific opportunities | small group and individual experiments | lab reports | |
| Glorifying God through good stewardship | Evaluate peer scientists' inquiry work | independent work with student creating own experiment | class participation | |
| The physical effects of the fall | | | quizzes | |
| Consistency of God's creation | | | | |

## Mathematics and Measurement (year long)

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Perfection of God's Creation | Identify the metric system as the measurement used in the scientific field | Direct Instruction | Teacher observation | Teacher resources |

BCS-001119

Bangor Christian Schools                                    Earth Science Curriculum Map

| Consistency of God's Creation | Display proper measurement techniques<br><br>Determine proper mathematical formulas needed to calculate scientific findings<br><br>Complete necessary calculations in scientific work<br><br>Determine and create the most effective way to represent data (i.e. graph, data table)<br><br>Describe the difference between and when to use different types of data (descriptive vs. measurable data) (qualitative vs quantitative data) | Teacher modeling<br><br>class discussion<br><br>activities focusing on math and measurement skills<br><br>Snow data collection and calculations | Oral questioning<br><br>calculations<br><br>peer/self evaluations<br><br>Data tables<br><br>graphs<br><br>diagrams<br><br>worksheets<br><br>quizzes | Bob Jones <u>Earth Science</u> 4th Edition |

## Maps and Mapping (Year Long)

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Serving God with mapping skills<br><br>Biblical views of the origin of the | Explain how mapmaking is a form of modeling<br><br>Summarize standard map features<br><br>Apply skills needed to use coordinate systems within maps | Direct instruction<br><br>Teacher demonstration and modeling | Teacher observation<br><br>self evaluation<br><br>peer evaluation | Bob Jones Earth Science 4th Edition textbook<br><br>topographical maps |

BCS-001129

Bangor Christian Schools                                           Earth Science Curriculum Map

| | | | | |
|---|---|---|---|---|
| Earth<br><br>Helping others during natural disasters | Use provided maps to understand data provided by them<br><br>Effectively use latitude and longitude lines<br><br>Identify the three main map projections<br><br>identify and use three standard types of maps (political, geographical, topographical)<br><br>Effectively use contour lines in a topographical map<br><br>Identify, read and draw data from thematic maps<br><br>identify, read and draw data from GIS  maps<br><br>Explain how GIS maps are used to help people | Reading sample maps<br><br>"hiking/camping" trip planned by using topographical maps<br><br>Practice using GPS devices<br><br>Geocaching<br><br>Map the school ground topographically<br><br>Map reading as appropriate to topics being taught | school ground topographical map rubric | GPS devices<br><br>sample maps<br><br>online maps specific to topics taught |

# Science and Faith (Yearlong)

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Creation Mandate<br><br>Biblical views of origin<br><br>Christian | Define: faith, science, worldview, Creation Mandate, presuppositions<br><br>Defend the idea that science can play a role in God's redemption of mankind<br><br>Explain how Earth Science helps Christians glorify God | Direct instruction<br><br>Read and discuss text<br><br>Read Creation Story from the Bible | Teacher observation<br><br>written responses to apologetic prompts<br><br>research paper | Bob Jones Earth Science 4th edition textbook<br><br>Ken Ham/Bill Nye debate |

BDS 001121

| Bangor Christian Schools | | Earth Science Curriculum Map | | |
|---|---|---|---|---|
| Worldview development<br><br>Glorifying God through an earth science career<br><br>Glorify God and love other people<br><br>Secular versus Biblical worldview<br><br>Importance of apologetics in the science community | List and explain the limitations of science<br><br>Identify worldviews in given cultural scenarios<br><br>Explain how one's worldview is a critical part of during science<br><br>Compare and contrast historical and operational science<br><br>Students will be able to state the Creation Mandate found in Genesis 1:26-28.<br><br>Students will be able to explain their responsibility based on the Creation Mandate.<br><br>Students will be able to explain the different major worldviews (Biblical, secular, atheistic, humanistic).<br><br>Students will be able to explain how a Biblical worldview affects how one sees the world (including the way we view science).<br><br>Students will be able to apply a Biblical worldview to given science concepts.<br><br>Students will be able to define bias and presuppositions.<br><br>Students will be identify bias in given science examples and scenarios.<br><br>Students will be able to state basic fallacy types (i.e.circular reasoning, ad hoc, ad hominem) and identify these fallacies in given examples.<br><br>Students will be able to use the idea behind the Creation Mandate to help others.<br><br>Students will be able to use scientific apologetics to explain their belief on given scientific questions.<br><br>Students will be able to apply learned knowledge in a debate setting (evolution vs. Creation debate).<br><br>Students will be able to give an argument of how God and | Read and compare article related to science and faith<br><br>Class discussion<br><br>"How Great is Our God" DVD<br><br>Ken Ham/Bill Nye Debate viewing<br><br>apologetics discussions of specific science topics<br><br>"Stone the Christian" question sessions<br><br>Guest speakers/presenters<br><br>Creation vs Evolution research paper (in conjunction with ELA class)<br><br>Apologetics notebook | rubrics<br><br>Apologetics notebook<br><br>Quizzes<br><br>Self evaluation<br><br>oral questioning<br><br>Class participation | Answers in Genesis<br><br>Creation.org<br><br>Creation Institute<br><br>Bible<br><br>How Great Is Our God DVD (Loui Giglio)<br><br>Worldview Unit<br>https://drive.google.com/drive/folders/0B-wh5QXEpxZrdlkyOXpCMUdTZ00 |

Bangor Christian Schools                                                    Earth Science Curriculum Map

| | science mix | | | |
|---|---|---|---|---|
| | | | | |

## Atmosphere

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Creation Mandate<br><br>God's perfect design of the atmosphere<br><br>Serving God in every day earth science<br><br>Old earth vs new | Describe how people can affect the atmosphere<br><br>Subdivide the atmosphere and describe the structure and function of each layer<br><br>Explain how each layer of the atmosphere benefits humans and other living creatures<br><br>Identify and support with facts evidence of the design of the atmosphere<br><br>Sketch the atmosphere's composition, temperature and | Direct Instruction<br><br>Focus Questions for text in book<br><br>Class discussions<br><br>Radiation Lab<br><br>Conduction Lab<br><br>Convection Lab | Teacher Observation<br><br>Oral Questioning<br><br>Lab report<br><br>Text derived questions<br><br>Quizzes/test<br><br>Labs | Bob Jones Earth Science 4th Edition<br><br>Heat transfer ppt<br>https://drive.google.c om/drive/folders/0B- wh5QXEpxZrNmN6 NnpLRWdqTTg<br><br>Global Warming article<br>https://answersingen |

BDS-001123

Bangor Christian Schools                                         Earth Science Curriculum Map

| earth | structure

Explain how special layers in the atmosphere are evidence of God's good design

Explain what happens to the sun's energy after it enters the earth's atmosphere (conduction, convection, radiation)

Label and distinguish between evaporation, vaporization, sublimation, condensation, freezing and melting. | Teacher demonstrations

Water Cycle Review

Atmosphere Riddles
https://docs.google.com/document/d/1rg7e16T4CDUds0XkRiHJMZx50mWpTK7Hcwkjev_qoGU/edit

Atmosphere Webquest
https://docs.google.com/document/d/1zCMXA8GDdfrSx3mPv8HIuF-8-aVMWOc4yPZL191TzsY/edit

Global Warming video and article discussion | | esis.org/environmental-science/climate-change/global-warming-fact-or-fiction/

Global Warming Swindle video |

# Weather

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Dominion and care of the earth- wind turbines, predicting weather

Love your neighbor during natural disasters

Serving God in the field of meteorology | Evaluate the risks and benefits of wind power.

Describe and manipulate the weather data the meteorologists collect.

Compare and contrast the different aspects of weather.

Describe how clouds are formed.

Identify cloud type and predict weather associated with each type.

List and describe the four types of precipitation. Compare and contrast precipitation types. | Direct instruction

Focus questions from text

Teacher demonstrations

Humidity lab

Weather webquest

cloud formation lab

Visit local forecasting center or have a meteorologist visit the classroom | Teacher observation

oral questioning

class discussion

self evaluation

peer evaluation

text derived questions

hurricane project rubric | Bob Jones Earth Science 4th Edition

Adopt a City Weather Log
https://docs.google.com/spreadsheets/d/1qT-5KnS50mNs_S-fyICDj5qcjEBkNYvNKwwpiU9v3ms/edit#gid=967921367

Weather google folder
https://drive.google.c |

BDS-001121

Bangor Christian Schools                                    Earth Science Curriculum Map

| | | | |
|---|---|---|---|
| | Relate clouds, air temperatures, and humidity to precipitation.

Describe how fronts form between air masses and predict weather associated with different fronts.

Manipulate various pieces weather prediction equipment.

Explain what factors affect wind.

Locate and name the major global wind belts.

Identify sources of local winds.

Research and analyse historical weather patterns in Maine.

Use self collected snow data to answer self created weather pattern questions.

Classify storms and explain how they form.

Track a hurricane and draw conclusions from hurricane data.

Compare and contrast hurricane seasons or locations.

Explain how weather data is used to create weather predictions.

Read and analyze given weather maps and station models. Use these maps and models to predict weather for a day. | Read weather maps and station models

Make weather predictions based on weather data,

Hurricane tracking activity

Snow data year-long project | quizzes/test

weather worksheets | om/drive/folders/0B-wh5QXEpxZranlNR0ppV0NpWEE

Snowpack project folder
https://drive.google.com/drive/folders/0B-wh5QXEpxZrNTRza1Y2XzVza00 |

BDS-001126

Bangor Christian Schools                                          Earth Science Curriculum Map

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |

## Geology-Changing Earth

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Earth is a special place-Apollo Christmas Eve broadcast

God's design of the Earth-designed for life

Earth's resources are God's provision for man

Man is responsible to be wise with the earth's resources

Presuppositions | Explain why the Earth is well suited for life.

Explain how the Earth is unique by comparison to other planets

Explain and understand the difference between operational and experimental science.

Explain how scientists study the interior of the earth.

Describe the different layers of the earth and its properties

Explain why creating a history of the earth depends on one;s assumptions about the beginning of the world.

Compare and contrast the origin of the earth based on the old earth and young earth view.

Evaluate the problems with the old earth origins theory of the earth. | Direct instruction

Focus questions from text

"Don't Miss the Boat" video and questions

Flood study from the Bible

Pangea research

Read articles on topic from Answers in Genesis

Peleg article- read and discuss | Teacher observation

oral questioning

peer and self evaluation

Quizzes/test

test derived questions | Bob Jones Earth Science 4th Edition

Rocks Google Folder https://drive.google.com/drive/folders/0B-wh5QXEpxZrR0Zab1NFUVJHYVk

Internet/Computers

Peleg article questions https://docs.google.com/document/d/1mlOpPfmBN-uftUC5XBFkBmtIudGP4cHBEf3N5IzvJi0/edit |

BCS-001126

Bangor Christian Schools                                      Earth Science Curriculum Map

| | | | | |
|---|---|---|---|---|
| affect how we view the origin of the earth, its magnetic field, and changing<br><br>Analyze and contrast age of earth views<br><br>Serving God with a career in Geology<br><br>Flood timeline and connection with the changing earth<br><br>Worldviews of how the earth was created | Explain how concepts considered old earth (plate tectonics, subduction, Pangea, Ice Age) can be answered through the young earth view.<br><br>Compare and contrast the old earth geologic column with the young earth "Diluvial Geologic Column".<br><br>Relate the importance of plate tectonics in the overall study of geology.<br><br>Explain how plate tectonic movement has the potential of change on the earth (focus on continental drift, Alfred Wegner, sea-floor spreading).<br>Explain catastrophic plate tectonics and how this could be the answer for the formation of our current Earth geology. | | | Answers in Genesis Peleg article<br>https://answersingenesis.org/geology/plate-tectonics/did-the-continents-split-apart-in-the-days-of-peleg/<br><br>Flood/Pangea Google Folder-<br>https://drive.google.com/drive/folders/0B-wh5QXEpxZrQXBWN2MydW13TFU<br><br>Bible/Flood study<br><br>Pangea study websites<br>https://docs.google.com/document/d/1-Rf4DrR2YFQ6hn7wo4PxTuKKDb_Kj8fTDLItGa0hmLs/edit |

BCS-001127

Bangor Christian Schools                                              Earth Science Curriculum Map

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |

# Geology-Mountains, Rocks, Earthquakes and Volcanoes

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Dominion- use of tools to predict earthquakes and prepare<br><br>Biblical origins of the Earth<br><br>Serve God as seismologist<br><br>Global discussion of helping third world countries prepare for seismic activity<br><br>Compare and contrast secular and Biblical worldview of the age of the earth<br><br>View of current | Correctly label a diagram of the earth's interior structure<br><br>Compare and contrast the characteristics of the different layers of the earth<br><br>List and describe several ways commonly used to arrive at the age of the earth.<br><br>Identify and describe the stages of the rock cycle.<br><br>Using a variety of tests, identify a mineral using an identification key.<br><br>Identify and distinguish between different types of rock.<br><br>Distinguish magma from lava.<br><br>Categorize rocks as intrusive or extrusive.<br><br>Identify the material properties of rocks that help cause earthquakes.<br><br>Describe how seismologists collect earth wave data. | Direct instruction<br><br>focus questions from text<br><br>relief maps<br><br>playdough mountains<br><br>read topography maps<br><br>tectonic plates demonstration<br><br>earthquake and volcano research<br><br>Triangulation activity<br><br>Rock cycle lab<br><br>"What MIneral am I?" lab<br><br>Geodes<br><br>"Mighty MInerals" activity | teacher observation<br><br>lab worksheets<br><br>quizzes/test<br><br>research rubric<br><br>comic strip rubric<br><br>diagrams | Bob Jones Earth Science 4th edition<br><br>Online earthquake simulation<br>http://www.sciencecourseware.com/Virtual Earthquake/VQuake Execute.html<br><br>Earthquake simulation video<br>https://www.youtube.com/watch?v=zo9IySJfmCA<br><br>Volcano Google Folder<br>https://drive.google.com/drive/folders/0B-wh5QXEpxZrcXB6emt5X1Zwa00<br><br>Earthquake Google Folder |

BDS-001128

Bangor Christian Schools                                    Earth Science Curriculum Map

| earth activity from the framework of the flood | Explain how and find the epicenter of an earthquake using triangulation.. | cartoon strip of a rock traveling through the rock cycle | | https://drive.google.com/drive/folders/0B-wh5QXEpxZrfmItWkliRkxSZlRZTUVZOWZkZm01YTQxQy1xNVM3cXp6dWVjc1VHUnNBbFU |
| | Distinguish between elevation, actual height and relief. | Read articles from Answers in Genesis on topic | | |
| | Read given topographical maps. | Read volcanic/earthquake activity graphs | | |
| | List and describe processes by which mountains are formed. | | | |
| | Identify the types of folds and faults. | Study earthquake/volcano activity using Google Earth | | Mineral Google Folder https://drive.google.com/drive/folders/0B-wh5QXEpxZrcTFRcnVWbndlYm8 |
| | Relate tectonic movements to earthquake and volcano activity. | | | |
| | Identify the focus and epicenter of an earthquake. | | | Rock Google Folder https://drive.google.com/drive/folders/0B-wh5QXEpxZrR0Zab1NFUVJHYVk |
| | Describe the various wave types during an earthquake and the hazards caused by these earthquakes. | | | |
| | Compare dormant, active and extinct volcanoes. | | | |
| | Distinguish between a tectonic mountain and erosional mountain. | | | |
| | Infer from the distribution of volcanoes. the amount of seismic activity during the flood. | | | |
| | Infer the activity of a volcano based on its eruption history and seismic activity. | | | |

BCS-001129

Bangor Christian Schools                                        Earth Science Curriculum Map

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |

## Oceanography

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| God's provision of water as the fundamental factor for life.<br><br>Environmentalism(dominion)<br><br>Ocean's are part of God's design.<br><br>Proper care of the ocean (Pacific Garbage Patch example)<br><br>Conservation as a responsibility of Christians<br><br>Precision and accuracy of the ocean motions created and put in place by God.<br><br>Serving God through a career in oceanography.<br><br>Creation | Explain reasons that the ocean is essential to life.<br><br>Evaluate the theories that account for the origin of the oceans.<br><br>Describe the general topography of the ocean floor from the shore to the abyssal plains.<br><br>Describe various kinds of coral reefs, atolls and their origin, significance and impact on aquatic life.<br><br>Evaluate different flood theories that could account for the saltiness of the oceans.<br><br>Identify the main chemicals that contribute to the ocean's saltiness.<br><br>Compare tides with other ocean movements.<br><br>Analyze the forces that create and affect tides.<br><br>Contrast currents with other ocean movements.<br><br>Evaluate the effect of ocean currents on weather and life.<br><br>Analyze the forces that create and affect waves.<br><br>Compare and contrast the methods used to explore the oceans.<br><br>Describe how lunar tidal bulges are formed. | Direct instruction<br><br>focus questions from text<br><br>mapping the ocean floor activity<br><br>examine density currents<br><br>oceaography ppt<br><br>Tide activity<br><br>"The Unseen Ocean Floor" activity<br><br>build ocean topography models<br><br>Ocean research<br><br>Visit the Maine coast<br><br>EET topography online activity<br><br>Salinity lab | Teacher observation<br><br>Oral questioning<br><br>Topography model rubric<br><br>quizzes/test<br><br>lab worksheets | Bob Jones Earth Science 4th Edition<br><br>Earth Exploration Toolbook (EET)- https://serc.carleton.edu/eet/index.html<br><br>Gulf of Maine google folder- https://drive.google.com/drive/folders/0B-wh5QXEpxZrNU9JYzdXUmMtYUk<br><br>Oceanography Google Folder- https://drive.google.com/drive/folders/0B-wh5QXEpxZrfklHY0Ryb3c1eGpVbnhhcFVVaW1NY19RMklFTF9PX21sM2lsRERTRIVFLW8 |

BDS-001136

Bangor Christian Schools                                    Earth Science Curriculum Map

| Mandate | Describe the global patterns of ocean currents. | | | |
|---|---|---|---|---|

## Astronomy- Sun, Moon and Earth System

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Dominion over the heavens<br><br>God spoke the heavens into being<br><br>Perfect calculation of the sun, moon, earth system- God's precision<br><br>Serving God as an astronomer.<br><br>Worldview/origins of the heavens | Describe the sun's structure, activity and energy.<br><br>Identify the major regions of the electromagnetic spectrum.<br><br>Summarize the sun's influence of the earth.<br><br>Describe the moon's surface.<br><br>Describe how the sun and earth interact causing seasons.<br><br>Identify and explain the moon phases.<br><br>Analyze how sun, moon and earth interact causing eclipses.<br><br>Differentiate between earth tides and ocean tides.<br><br>Compare and contrast size, shape, gravity and atmosphere of the earth and the moon.<br><br>Locate and identify given moon features.<br><br>Describe the moon's orbit around the earth. | Direct instruction<br><br>Focus questions from text<br><br>electromagnetic spectrum activities<br><br>Sun ppt and research<br><br>Moon observations and research<br><br>"Birthday Moon" activity<br><br>Moon phase demonstration<br><br>Predicting Easter activity<br><br>Moon crater lab<br><br>Google moon activity | Teacher observation<br><br>Oral questions<br><br>text derived questions<br><br>research rubrics<br><br>text/quizzes<br><br>Participation<br><br>diagrams | Bob Jones Earth Science 4th edition<br><br>Maynard F Jordan Planetarium-UMaine<br><br>Moon google folder- https://drive.google.com/drive/folders/0B-wh5QXEpxZrUlVOMi1uQ0hERVE<br><br>Sun Google Folder- https://drive.google.com/drive/folders/0B-wh5QXEpxZrVXc2ZWpGQXBwVG8<br><br>Google Moon Activity- https://docs.google.com/document/d/1ke83kgo54Xk6CVW2VuPvu0fi3D7THoJ82OK1Nbbz-G4/edit |

Bangor Christian Schools                    Earth Science Curriculum Map

## Astronomy- Our Solar System

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Dominion over the heavens

God spoke the heavens into being

Perfect calculation of the sun, moon, earth system- God's precision

Serving God as an astronomer.

Worldview/origins of the heavens | Analyze models of our solar system.

Compare and contrast the geocentric and heliocentric theories.

Discuss the cultural significance of the adoption of the heliocentric theory.

Explain the roles that the major scientists played in the geocentric and heliocentric theories.

Categorize objects(planetary and non-planetary) in the solar system.

Contrast other planets in the solar system with the earth.

Describe the position, appearance, size, composition, motion and special features of the planets in our solar system.

Use the laws of planetary motion to explain the orbits of the planets. | Direct instruction

Focus questions from text

planet research project

Planetary orbit activity

Watch "The Privileged Planet" video | Research report rubric

Teacher observation

self and peer evaluation

test/quizzes

class participation | Bob Jones Earth Science 4th edition

Planets Google Folder- https://drive.google.com/drive/folders/0B-wh5QXEpxZreXhKN215NGcxWms |

## Astronomy- Stars

| Biblical Integration | Objectives | Instructional | Assessments | Resources |
|---|---|---|---|---|

Bangor Christian Schools                                    Earth Science Curriculum Map

| | | Strategies | Formative/ Summative | |
|---|---|---|---|---|
| Dominion over the heavens

God spoke the heavens into being

Perfect calculation of the sun, moon, earth system- God's precision

Serving God as an astronomer.

Worldview/origins of the heavens

Age of the earth view greatly affects what you believe about the life cycle of stars | Find stars in the sky using constellations

Identify and describe the common properties of stars.

Compare the sun to other stars.

Classify stars by their luminosity and color.

Describe the color remnants of stars after they die.

Explain the life cycle of a star.

Describe fn classify various star related objects in the sky.

Classify galaxies by their shape and size.

Validate the significance of humans in our vast universe.

Difference between the two competing cosmologies.

Summarize ways that Christians can solve the starlight/distance problem in a young creation. | Direct instruction

focus questions from text

Visit Planetarium

Experiment with telescopes

view images from Hubble telescope

Use star map software

constellation activities

galaxy grouping activity

constellations ppt

Watch "Star of David" video

Read related articles | Teacher observation

Oral questioning

participation

activity worksheets

quizzes/test | Bob Jones Earth Science 4th edition

"Star of David" video

Answers in Genesis for articles (www.answersingenesis.org)

Stars google folder- https://drive.google.com/drive/folders/0B-wh5QXEpxZrNGZsM2hvSnJ5bW8 |

## Astronomy- Space Exploration

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Dominion over the heavens | Evaluate the importance of space | Direct instruction | Teacher observation | Bob Jones Earth |

Bangor Christian Schools                                          Earth Science Curriculum Map

| | | | | |
|---|---|---|---|---|
| God spoke the heavens into being<br><br>Perfect calculation of the sun, moon, earth system- God's precision<br><br>Serving God as an astronomer.<br><br>Worldview/origins of the heavens | exploration.<br><br>Identify the challenges of exploring the solar system<br><br>Contrast satellites, probes and landers.<br><br>Summarize the history of manned space exploration. | focus questions from text<br><br>Space Debate<br><br>Space tourism discussion<br><br>Space exploration research | student participation<br><br>research rubric<br><br>quizzes | Science 4th edition<br><br>Modified Space Debate Google Folder- https://drive.google.com/drive/folders/0B-wh5QXEpxZraVAwNnZ6QS1CVDg |

BDS 001134

Bangor Christian Schools                                    Earth Science Curriculum Map

# Safety

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Improve people's lives with science<br><br>Using skills and processes in a way that serves the Lord<br><br>Keeping people safe | Recognize the need for safety in the science classroom<br><br>Demonstrate the proper use of science equipment<br><br>Demonstrate safe behavior in the science classroom<br><br>Independently identify situations where safety if needed<br><br>Independently determine  how to make a self-created experiment safe | Direct Instruction<br><br>Teacher demonstration and modeling<br><br>Science Lab safety contracts<br><br>In class practice<br><br>Sample experiments with safety needs to be identified | Teacher observation<br><br>Oral questioning<br><br>lab safety rubric<br><br>self evaluation<br><br>peer evaluation | Teacher resources<br><br>Lab safety contracts<br><br>Lab safety guide<br>http://www.cfisd.net/files/9614/0838/7916/6th_Grade_Safety_Guide.pdf<br><br>Lab Safety worksheets<br>http://www.myscience8.com/scientific_method/lab_safety_sheets.pdf |

BCS 001135

# Scientific Communication (runs the entire year)

Bangor Christian Schools                                          Earth Science Curriculum Map

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Improve people's lives with science

using science to help others for the glory of God

interpreting evidence in the light of Scripture

Thinking Christianly about science

Glorifying God through good stewardship | Read and comprehend scientific reports and writings

Communicate using scientific terms

Evaluate findings of other scientists

Share scientific findings with peers

Present scientific findings in lab report form

Critique scientific writings of fellow scientists

Analyze scientific articles

Identify scientists important to the progress of science | Direct instruction and modeling

share examples of scientific writings

Class discussions

class and small group writings

class evaluations of others' writings

lab report writing

reading scientific articles in class and individually

writing article analysis of scientific articles as a class, in small groups and individually

scientific research | Teacher observation

oral questioning

peer evaluation

self evaluation

lab reports

article analyses

Scientific writing rubrics

research projects | scientific reports and articles

teacher resources

Newsela.com

lab report examples

article analysis examples |

BDS 001436

# Scientific Inquiry(year long)

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|

Bangor Christian Schools                                         Earth Science Curriculum Map

| | | | | |
|---|---|---|---|---|
| Limitations of Science<br><br>Thinking Christianly about science<br><br>Loving God by studying His Creation<br><br>The glory of God seen in His Creation<br><br>Dominion Mandate<br><br>Glorifying God through good stewardship<br><br>The physical effects of the fall<br><br>Consistency of God's creation | Recall and define the steps of the scientific process<br><br>Independently identify the steps on the scientific process in a given experiment<br><br>Determine the variables in a given experiment<br><br>Design and carry out an independent experiment project based on the the scientific method<br><br>Use inquiry in given scientific opportunities<br><br>Evaluate peer scientists' inquiry work | Direct instruction<br><br>teacher modeling<br><br>demonstrations<br><br>class experiment and inquiry opportunities<br><br>small group and individual experiments<br><br>independent work with student creating own experiment | Teacher observation<br><br>Oral questioning<br><br>peer evaluation<br><br>self evaluation<br><br>lab reports<br><br>class participation<br><br>quizzes | Teacher resources<br><br>Snowpack Unit<br>https://drive.google.com/drive/folders/0B-wh5QXEpxZrNTRza1Y2XzVza00 |

# Mathematics and Measurement (year long)

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Perfection of God's Creation | Identify the metric system as the measurement used in the scientific field | Direct Instruction | Teacher observation | Teacher resources |

BBS-001197

Bangor Christian Schools                                    Earth Science Curriculum Map

| | | | | |
|---|---|---|---|---|
| Consistency of God's Creation | Display proper measurement techniques<br><br>Determine proper mathematical formulas needed to calculate scientific findings<br><br>Complete necessary calculations in scientific work<br><br>Determine and create the most effective way to represent data (i.e. graph, data table)<br><br>Describe the difference between and when to use different types of data (descriptive vs. measurable data) (qualitative vs quantitative data) | Teacher modeling<br><br>class discussion<br><br>activities focusing on math and measurement skills<br><br>Snow data collection and calculations | Oral questioning<br><br>calculations<br><br>peer/self evaluations<br><br>Data tables<br><br>graphs<br><br>diagrams<br><br>worksheets<br><br>quizzes | Bob Jones <u>Earth Science 4th Edition</u> |

## Maps and Mapping (Year Long)

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Serving God with mapping skills<br><br>Biblical views of the origin of the | Explain how mapmaking is a form of modeling<br><br>Summarize standard map features<br><br>Apply skills needed to use coordinate systems within maps | Direct instruction<br><br>Teacher demonstration and modeling | Teacher observation<br><br>self evaluation<br><br>peer evaluation | Bob Jones Earth Science 4th Edition textbook<br><br>topographical maps |

BCS-001138

Bangor Christian Schools                                   Earth Science Curriculum Map

| | | | | |
|---|---|---|---|---|
| Earth<br><br>Helping others during natural disasters | Use provided maps to understand data provided by them<br><br>Effectively use latitude and longitude lines<br><br>Identify the three main map projections<br><br>identify and use three standard types of maps (political, geographical, topographical)<br><br>Effectively use contour lines in a topographical map<br><br>Identify, read and draw data from thematic maps<br><br>identify, read and draw data from GIS  maps<br><br>Explain how GIS maps are used to help people | Reading sample maps<br><br>"hiking/camping" trip planned by using topographical maps<br><br>Practice using GPS devices<br><br>Geocaching<br><br>Map the school ground topographically<br><br>Map reading as appropriate to topics being taught | school ground topographical map rubric | GPS devices<br><br>sample maps<br><br>online maps specific to topics taught |

# Science and Faith (Yearlong)

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Creation Mandate<br><br>Biblical views of origin<br><br>Christian | Define: faith, science, worldview, Creation Mandate, presuppositions<br><br>Defend the idea that science can play a role in God's redemption of mankind<br><br>Explain how Earth Science helps Christians glorify God | Direct instruction<br><br>Read and discuss text<br><br>Read Creation Story from the Bible | Teacher observation<br><br>written responses to apologetic prompts<br><br>research paper | Bob Jones Earth Science 4th edition textbook<br><br>Ken Ham/Bill Nye debate |

BCS-001196

| Bangor Christian Schools | | Earth Science Curriculum Map | | |
|---|---|---|---|---|
| Worldview development<br><br>Glorifying God through an earth science career<br><br>Glorify God and love other people<br><br>Secular versus Biblical worldview<br><br>Importance of apologetics in the science community | List and explain the limitations of science<br><br>Identify worldviews in given cultural scenarios<br><br>Explain how one's worldview is a critical part of during science<br><br>Compare and contrast historical and operational science<br><br>Students will be able to state the Creation Mandate found in Genesis 1:26-28.<br><br>Students will be able to explain their responsibility based on the Creation Mandate.<br><br>Students will be able to explain the different major worldviews (Biblical, secular, atheistic, humanistic).<br><br>Students will be able to explain how a Biblical worldview affects how one sees the world (including the way we view science).<br><br>Students will be able to apply a Biblical worldview to given science concepts.<br><br>Students will be able to define bias and presuppositions.<br><br>Students will be identify bias in given science examples and scenarios.<br><br>Students will be able to state basic fallacy types (i.e.circular reasoning, ad hoc, ad hominem) and identify these fallacies in given examples.<br><br>Students will be able to use the idea behind the Creation Mandate to help others.<br><br>Students will be able to use scientific apologetics to explain their belief on given scientific questions.<br><br>Students will be able to apply learned knowledge in a debate setting (evolution vs. Creation debate).<br><br>Students will be able to give an argument of how God and | Read and compare article related to science and faith<br><br>Class discussion<br><br>"How Great is Our God" DVD<br><br>Ken Ham/Bill Nye Debate viewing<br><br>apologetics discussions of specific science topics<br><br>"Stone the Christian" question sessions<br><br>Guest speakers/presenters<br><br>Creation vs Evolution research paper (in conjunction with ELA class)<br><br>Apologetics notebook | rubrics<br><br>Apologetics notebook<br><br>Quizzes<br><br>Self evaluation<br><br>oral questioning<br><br>Class participation | Answers in Genesis<br><br>Creation.org<br><br>Creation Institute<br><br>Bible<br><br>How Great Is Our God DVD (Loui Giglio)<br><br>Worldview Unit https://drive.google.com/drive/folders/0B-wh5QXEpxZrdlkyOXpCMUdTZ00 |

BCS-001140

Bangor Christian Schools                                    Earth Science Curriculum Map

| | | | | |
|---|---|---|---|---|
| | science mix | | | |

## Atmosphere

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Creation Mandate<br><br>God's perfect design of the atmosphere<br><br>Serving God in every day earth science<br><br>Old earth vs new | Describe how people can affect the atmosphere<br><br>Subdivide the atmosphere and describe the structure and function of each layer<br><br>Explain how each layer of the atmosphere benefits humans and other living creatures<br><br>Identify and support with facts evidence of the design of the atmosphere<br><br>Sketch the atmosphere's composition, temperature and | Direct Instruction<br><br>Focus Questions for text in book<br><br>Class discussions<br><br>Radiation Lab<br><br>Conduction Lab<br><br>Convection Lab | Teacher Observation<br><br>Oral Questioning<br><br>Lab report<br><br>Text derived questions<br><br>Quizzes/test<br><br>Labs | Bob Jones Earth Science 4th Edition<br><br>Heat transfer ppt<br>https://drive.google.com/drive/folders/0B-wh5QXEpxZrNmN6NnpLRWdqTTg<br><br>Global Warming article<br>https://answersingen |

BDS001141

Bangor Christian Schools                                        Earth Science Curriculum Map

| earth | structure<br><br>Explain how special layers in the atmosphere are evidence of God's good design<br><br>Explain what happens to the sun's energy after it enters the earth's atmosphere (conduction, convection, radiation)<br><br>Label and distinguish between evaporation, vaporization, sublimation, condensation, freezing and melting. | Teacher demonstrations<br><br>Water Cycle Review<br><br>Atmosphere Riddles<br>https://docs.google.com/document/d/1rg7e16T4CDUds0XkRiHJMZx50mWpTK7Hcwkjev_qoGU/edit<br><br>Atmosphere Webquest<br>https://docs.google.com/document/d/1zCMXA8GDdfrSx3mPv8HluF-8-aVMWOc4yPZL191TzsY/edit<br><br>Global Warming video and article discussion | | esis.org/environmental-science/climate-change/global-warming-fact-or-fiction/<br><br>Global Warming Swindle video |

## Weather

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Dominion and care of the earth- wind turbines, predicting weather<br><br>Love your neighbor during natural disasters<br><br>Serving God in the field of meteorology | Evaluate the risks and benefits of wind power.<br><br>Describe and manipulate the weather data the meteorologists collect.<br><br>Compare and contrast the different aspects of weather.<br><br>Describe how clouds are formed.<br><br>Identify cloud type and predict weather associated with each type.<br><br>List and describe the four types of precipitation. Compare and contrast precipitation types. | Direct instruction<br><br>Focus questions from text<br><br>Teacher demonstrations<br><br>Humidity lab<br><br>Weather webquest<br><br>cloud formation lab<br><br>Visit local forecasting center or have a meteorologist visit the classroom | Teacher observation<br><br>oral questioning<br><br>class discussion<br><br>self evaluation<br><br>peer evaluation<br><br>text derived questions<br><br>hurricane project rubric | Bob Jones Earth Science 4th Edition<br><br>Adopt a City Weather Log<br>https://docs.google.com/spreadsheets/d/1qT-5KnS50mNs_S-fyICDj5qcjEBkNYvNKwwpiU9v3ms/edit#gid=967921367<br><br>Weather google folder<br>https://drive.google.c |

BCS-001142

Bangor Christian Schools                                    Earth Science Curriculum Map

| | | | |
|---|---|---|---|
| | Relate clouds, air temperatures, and humidity to precipitation.<br><br>Describe how fronts form between air masses and predict weather associated with different fronts.<br><br>Manipulate various pieces weather prediction equipment.<br><br>Explain what factors affect wind.<br><br>Locate and name the major global wind belts.<br><br>Identify sources of local winds.<br><br>Research and analyse historical weather patterns in Maine.<br><br>Use self collected snow data to answer self created weather pattern questions.<br><br>Classify storms and explain how they form.<br><br>Track a hurricane and draw conclusions from hurricane data.<br><br>Compare and contrast hurricane seasons or locations.<br><br>Explain how weather data is used to create weather predictions.<br><br>Read and analyze given weather maps and station models. Use these maps and models to predict weather for a day. | Read weather maps and station models<br><br>Make weather predictions based on weather data,<br><br>Hurricane tracking activity<br><br>Snow data year-long project | quizzes/test<br><br>weather worksheets | om/drive/folders/0B-wh5QXEpxZranlNR0ppV0NpWEE<br><br>Snowpack project folder<br>https://drive.google.com/drive/folders/0B-wh5QXEpxZrNTRza1Y2XzVza00 |

BCS-001143

Bangor Christian Schools                                    Earth Science Curriculum Map

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |

## Geology-Changing Earth

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Earth is a special place-Apollo Christmas Eve broadcast

God's design of the Earth- designed for life

Earth's resources are God's provision for man

Man is responsible to be wise with the earth's resources

Presuppositions | Explain why the Earth is well suited for life.

Explain how the Earth is unique by comparison to other planets

Explain and understand the difference between operational and experimental science.

Explain how scientists study the interior of the earth.

Describe the different layers of the earth and its properties

Explain why creating a history of the earth depends on one;s assumptions about the beginning of the world.

Compare and contrast the origin of the earth based on the old earth and young earth view.

Evaluate the problems with the old earth origins theory of the earth. | Direct instruction

Focus questions from text

"Don't Miss the Boat" video and questions

Flood study from the Bible

Pangea research

Read articles on topic from Answers in Genesis

Peleg article- read and discuss | Teacher observation

oral questioning

peer and self evaluation

Quizzes/test

test derived questions | Bob Jones Earth Science 4th Edition

Rocks Google Folder https://drive.google.c om/drive/folders/0B- wh5QXEpxZrR0Zab 1NFUVJHYVk

Internet/Computers

Peleg article questions https://docs.google.c om/document/d/1mI OpPfmBN- uftUC5XBFkBmtIud GP4cHBEf3N5IzvJi0 /edit |

BCS-001444

Bangor Christian Schools                                              Earth Science Curriculum Map

| | | | | |
|---|---|---|---|---|
| affect how we view the origin of the earth, its magnetic field, and changing<br><br>Analyze and contrast age of earth views<br><br>Serving God with a career in Geology<br><br>Flood timeline and connection with the changing earth<br><br>Worldviews of how the earth was created | Explain how concepts considered old earth (plate tectonics, subduction, Pangea, Ice Age) can be answered through the young earth view.<br><br>Compare and contrast the old earth geologic column with the young earth "Diluvial Geologic Column".<br><br>Relate the importance of plate tectonics in the overall study of geology.<br><br>Explain how plate tectonic movement has the potential of change on the earth (focus on continental drift, Alfred Wegner, sea-floor spreading).<br>Explain catastrophic plate tectonics and how this could be the answer for the formation of our current Earth geology. | | | Answers in Genesis Peleg article<br>https://answersingen esis.org/geology/plat e-tectonics/did-the-continents-split-apart-in-the-days-of-peleg/<br><br>Flood/Pangea Google Folder-<br>https://drive.google.c om/drive/folders/0B-wh5QXEpxZrQXBW N2MydW13TFU<br><br>Bible/Flood study<br><br>Pangea study websites<br>https://docs.google.c om/document/d/1-Rf4DrR2YFQ6hn7w o4PxTuKKDb_Kj8fT DLItGa0hmLs/edit |

BCS-001146

Bangor Christian Schools                                         Earth Science Curriculum Map

| | | | | |
|---|---|---|---|---|
| | | | | |

## Geology-Mountains, Rocks, Earthquakes and Volcanoes

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Dominion- use of tools to predict earthquakes and prepare

Biblical origins of the Earth

Serve God as seismologist

Global discussion of helping third world countries prepare for seismic activity

Compare and contrast secular and Biblical worldview of the age of the earth

View of current | Correctly label a diagram of the earth's interior structure

Compare and contrast the characteristics of the different layers of the earth

List and describe several ways commonly used to arrive at the age of the earth.

Identify and describe the stages of the rock cycle.

Using a variety of tests, identify a mineral using an identification key.

Identify and distinguish between different types of rock.

Distinguish magma from lava.

Categorize rocks as intrusive or extrusive.

Identify the material properties of rocks that help cause earthquakes.

Describe how seismologists collect earth wave data. | Direct instruction

focus questions from text

relief maps

playdough mountains

read topography maps

tectonic plates demonstration

earthquake and volcano research

Triangulation activity

Rock cycle lab

"What MIneral am I?" lab

Geodes

"Mighty MInerals" activity | teacher observation

lab worksheets

quizzes/test

research rubric

comic strip rubric

diagrams | Bob Jones Earth Science 4th edition

Online earthquake simulation
http://www.scienceco urseware.com/Virtual Earthquake/VQuake Execute.html

Earthquake simulation video
https://www.youtube. com/watch?v=zo9Iy SJfmCA

Volcano Google Folder
https://drive.google.c om/drive/folders/0B- wh5QXEpxZrcXB6e mt5X1Zwa00

Earthquake Google Folder |

BCS001116

Bangor Christian Schools                                    Earth Science Curriculum Map

| earth activity from the framework of the flood | Explain how and find the epicenter of an earthquake using triangulation.. | cartoon strip of a rock traveling through the rock cycle | | https://drive.google.com/drive/folders/0B-wh5QXEpxZrfmItWkliRkxSZlRZTUVZOWZkZm01YTQxQy1xNVM3cXp6dWVjc1VHUnNBbFU |
|---|---|---|---|---|
| | Distinguish between elevation, actual height and relief. | Read articles from Answers in Genesis on topic | | |
| | Read given topographical maps. | Read volcanic/earthquake activity graphs | | |
| | List and describe processes by which mountains are formed. | | | |
| | Identify the types of folds and faults. | Study earthquake/volcano activity using Google Earth | | Mineral Google Folder https://drive.google.com/drive/folders/0B-wh5QXEpxZrcTFRcnVWbndlYm8 |
| | Relate tectonic movements to earthquake and volcano activity. | | | |
| | Identify the focus and epicenter of an earthquake. | | | |
| | Describe the various wave types during an earthquake and the hazards caused by these earthquakes. | | | Rock Google Folder https://drive.google.com/drive/folders/0B-wh5QXEpxZrR0Zab1NFUVJHYVk |
| | Compare dormant, active and extinct volcanoes. | | | |
| | Distinguish between a tectonic mountain and erosional mountain. | | | |
| | Infer from the distribution of volcanoes. the amount of seismic activity during the flood. | | | |
| | Infer the activity of a volcano based on its eruption history and seismic activity. | | | |

BCS-001447

Bangor Christian Schools                                         Earth Science Curriculum Map

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |

## Oceanography

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| God's provision of water as the fundamental factor for life.<br><br>Environmentalism(dominion)<br><br>Ocean's are part of God's design.<br><br>Proper care of the ocean (Pacific Garbage Patch example)<br><br>Conservation as a responsibility of Christians<br><br>Precision and accuracy of the ocean motions created and put in place by God.<br><br>Serving God through a career in oceanography.<br><br>Creation | Explain reasons that the ocean is essential to life.<br><br>Evaluate the theories that account for the origin of the oceans.<br><br>Describe the general topography of the ocean floor from the shore to the abyssal plains.<br><br>Describe various kinds of coral reefs, atolls and their origin, significance and impact on aquatic life.<br><br>Evaluate different flood theories that could account for the saltiness of the oceans.<br><br>Identify the main chemicals that contribute to the ocean's saltiness.<br><br>Compare tides with other ocean movements.<br><br>Analyze the forces that create and affect tides.<br><br>Contrast currents with other ocean movements.<br><br>Evaluate the effect of ocean currents on weather and life.<br><br>Analyze the forces that create and affect waves.<br><br>Compare and contrast the methods used to explore the oceans.<br><br>Describe how lunar tidal bulges are formed. | Direct instruction<br><br>focus questions from text<br><br>mapping the ocean floor activity<br><br>examine density currents<br><br>oceaography ppt<br><br>Tide activity<br><br>"The Unseen Ocean Floor" activity<br><br>build ocean topography models<br><br>Ocean research<br><br>Visit the Maine coast<br><br>EET topography online activity<br><br>Salinity lab | Teacher observation<br><br>Oral questioning<br><br>Topography model rubric<br><br>quizzes/test<br><br>lab worksheets | Bob Jones Earth Science 4th Edition<br><br>Earth Exploration Toolbook (EET)- https://serc.carleton.edu/eet/index.html<br><br>Gulf of Maine google folder- https://drive.google.com/drive/folders/0B-wh5QXEpxZrNU9JYzdXUmMtYUk<br><br>Oceanography Google Folder- https://drive.google.com/drive/folders/0B-wh5QXEpxZrfkIHY0Ryb3c1eGpVbnhhcFVVaW1NY19RMklFTF9PX21sM2lsRERTRIVFLW8 |

BCS-001148

Bangor Christian Schools                                      Earth Science Curriculum Map

| Mandate | Describe the global patterns of ocean currents. | | | |
|---------|--------------------------------------------------|--|--|--|

## Astronomy- Sun, Moon and Earth System

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|----------------------|------------|--------------------------|-----------------------------------|-----------|
| Dominion over the heavens<br><br>God spoke the heavens into being<br><br>Perfect calculation of the sun, moon, earth system- God's precision<br><br>Serving God as an astronomer.<br><br>Worldview/origins of the heavens | Describe the sun's structure, activity and energy.<br><br>Identify the major regions of the electromagnetic spectrum.<br><br>Summarize the sun's influence of the earth.<br><br>Describe the moon's surface.<br><br>Describe how the sun and earth interact causing seasons.<br><br>Identify and explain the moon phases.<br><br>Analyze how sun, moon and earth interact causing eclipses.<br><br>Differentiate between earth tides and ocean tides.<br><br>Compare and contrast size, shape, gravity and atmosphere of the earth and the moon.<br><br>Locate and identify given moon features.<br><br>Describe the moon's orbit around the earth. | Direct instruction<br><br>Focus questions from text<br><br>electromagnetic spectrum activities<br><br>Sun ppt and research<br><br>Moon observations and research<br><br>"Birthday Moon" activity<br><br>Moon phase demonstration<br><br>Predicting Easter activity<br><br>Moon crater lab<br><br>Google moon activity | Teacher observation<br><br>Oral questions<br><br>text derived questions<br><br>research rubrics<br><br>text/quizzes<br><br>Participation<br><br>diagrams | Bob Jones Earth Science 4th edition<br><br>Maynard F Jordan Planetarium-UMaine<br><br>Moon google folder-<br>https://drive.google.com/drive/folders/0B-wh5QXEpxZrUlVOMi1uQ0hERVE<br><br>Sun Google Folder-<br>https://drive.google.com/drive/folders/0B-wh5QXEpxZrVXc2ZWpGQXBwVG8<br><br>Google Moon Activity-<br>https://docs.google.com/document/d/1ke83kqo54Xk6CVW2VuPvu0fi3D7THoJ82OK1Nbbz-G4/edit |

Bangor Christian Schools                                    Earth Science Curriculum Map

# Astronomy- Our Solar System

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Dominion over the heavens<br><br>God spoke the heavens into being<br><br>Perfect calculation of the sun, moon, earth system- God's precision<br><br>Serving God as an astronomer.<br><br>Worldview/origins of the heavens | Analyze models of our solar system.<br><br>Compare and contrast the geocentric and heliocentric theories.<br><br>Discuss the cultural significance of the adoption of the heliocentric theory.<br><br>Explain the roles that the major scientists played in the geocentric and heliocentric theories.<br><br>Categorize objects(planetary and non-planetary) in the solar system.<br><br>Contrast other planets in the solar system with the earth.<br><br>Describe the position, appearance, size, composition, motion and special features of the planets in our solar system.<br><br>Use the laws of planetary motion to explain the orbits of the planets. | Direct instruction<br><br>Focus questions from text<br><br>planet research project<br><br>Planetary orbit activity<br><br>Watch "The Privileged Planet" video | Research report rubric<br><br>Teacher observation<br><br>self and peer evaluation<br><br>test/quizzes<br><br>class participation | Bob Jones Earth Science 4th edition<br><br>Planets Google Folder-<br>https://drive.google.com/drive/folders/0B-wh5QXEpxZreXhKN215NGcxWms |

# Astronomy- Stars

| Biblical Integration | Objectives | Instructional | Assessments | Resources |
|---|---|---|---|---|

Bangor Christian Schools                                          Earth Science Curriculum Map

| | | Strategies | Formative/ Summative | |
|---|---|---|---|---|
| Dominion over the heavens<br><br>God spoke the heavens into being<br><br>Perfect calculation of the sun, moon, earth system- God's precision<br><br>Serving God as an astronomer.<br><br>Worldview/origins of the heavens<br><br>Age of the earth view greatly affects what you believe about the life cycle of stars | Find stars in the sky using constellations<br><br>Identify and describe the common properties of stars.<br><br>Compare the sun to other stars.<br><br>Classify stars by their luminosity and color.<br><br>Describe the color remnants of stars after they die.<br><br>Explain the life cycle of a star.<br><br>Describe fn classify various star related objects in the sky.<br><br>Classify galaxies by their shape and size.<br><br>Validate the significance of humans in our vast universe.<br><br>Difference between the two competing cosmologies.<br><br>Summarize ways that Christians can solve the starlight/distance problem in a young creation. | Direct instruction<br><br>focus questions from text<br><br>Visit Planetarium<br><br>Experiment with telescopes<br><br>view images from Hubble telescope<br><br>Use star map software<br><br>constellation activities<br><br>galaxy grouping activity<br><br>constellations ppt<br><br>Watch "Star of David" video<br><br>Read related articles | Teacher observation<br><br>Oral questioning<br><br>participation<br><br>activity worksheets<br><br>quizzes/test | Bob Jones Earth Science 4th edition<br><br>"Star of David" video<br><br>Answers in Genesis for articles (www.answersingenesis.org)<br><br>Stars google folder- https://drive.google.com/drive/folders/0B-wh5QXEpxZrNGZsM2hvSnJ5bW8 |

## Astronomy- Space Exploration

| Biblical Integration | Objectives | Instructional Strategies | Assessments Formative/ Summative | Resources |
|---|---|---|---|---|
| Dominion over the heavens | Evaluate the importance of space | Direct instruction | Teacher observation | Bob Jones Earth |

BCS 001161

Bangor Christian Schools                                   Earth Science Curriculum Map

| | | | | |
|---|---|---|---|---|
| God spoke the heavens into being<br><br>Perfect calculation of the sun, moon, earth system- God's precision<br><br>Serving God as an astronomer.<br><br>Worldview/origins of the heavens | exploration.<br><br>Identify the challenges of exploring the solar system<br><br>Contrast satellites, probes and landers.<br><br>Summarize the history of manned space exploration. | focus questions from text<br><br>Space Debate<br><br>Space tourism discussion<br><br>Space exploration research | student participation<br><br>research rubric<br><br>quizzes | Science 4th edition<br><br>Modified Space Debate Google Folder-<br>https://drive.google.com/drive/folders/0B-wh5QXEpxZraVAwNnZ6QS1CVDg |

BDS 001152