# EXHIBIT 20

# Bangor Christian Schools

**Grade Level:** <u>4th</u>                              **Subject:** <u>Social Studies</u>

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessment Formative/Summative | Resources |
|---|---|---|---|---|
| **1st Quarter**<br>• Geography | **The Learner will:**<br>• Identify and label the continents and oceans on a map*.<br>• Compare and contrast a world map and a globe*<br>• Compare and contrast the North and South Poles.*.<br>• Identify and label the hemispheres of the Earth.*<br>• Identify parallels of latitude on a world map and globe.*<br>• Identify meridians of longitude on a world map and globe.*<br>• Locate a point on a map or globe given the latitude and longitude.*<br>• Identify climates of various regions and how climate affects where and how people live.*<br>• Identify natural resources*<br>• Identify the goals of exploration.*<br>• Identify achievements and characteristics of Roald Amundsen and | • Direct instruction<br>• Small group instruction<br>• Individual instruction<br>• Demonstrations<br>• Group Activities<br>• Learning Centers<br>• Mimio lessons<br>• Flashcard review<br>• Worksheets<br>• Review games | • Activity Sheets<br>• Short/extended responses<br>• Quizzes<br>• Tests | • *Heritage Studies 4. 3rd Ed.* Greenville: BJU Press, 2010.<br>• *Kid's Almanac of Geography.* Connecticut: Blackbirch Press, Inc.,2000.<br>• *Making Social Studies Come Alive!* New York: Scholastic Professional Books, 1996.<br>• *America's Children.* New York: Western Publishing Company, Inc., 1992.<br>• *USA Brain Teasers.* Huntington Beach: Teacher Created Materials, 1995.<br>• *Regions of the United States.* Scottsdale: Remedia Publications, Inc. 2003.<br>• Video: *I Will Fight No More Forever,*<br>• Good Times Home Video Corporation, 1993. (970.3 I108i)<br>• Luce, Pat and Joyner, Holly. *How a Bill Becomes a Law.* New |

| | | | | |
|---|---|---|---|---|
| Immigration | <ul><li>David Livingston*.</li><li>Identify significant features of the earth's surface and the ocean floor.*</li><li>Identify American Indians as the only true Native Americans.*</li><li>Recognize that the heritage of the United States has been shaped by people who have emigrated from many parts of the world.*</li><li>Identify reasons people came to America.*</li><li>Recognize the hardships faced by immigrants struggling to improve their lives.*</li><li>Explore individual family histories.*</li><li>Recognize the importance the Statue of Liberty plays as a symbol of freedom to the world.*</li><li>Examine process of entering the United States through Ellis Island.*</li><li>Recognize the difference between old and new immigrants.*</li><li>Identify ethnic communities formed by immigrants entering the United States.*</li></ul> | | | <ul><li>York: Scholastic Inc., 2008.</li><li>Stockwell, Mary. *A Journey Through Maine.* Salt Lake City: Gibbs Smith, Publisher, 2006.</li><li>Video:*The Story of Maine.* Maine PBS, 2003. (974.1H7522h No. 302)</li><li>Video: *The Story of Baxter State Park.* P.S. Hemingway Productions, 1998. (917.412. S8885s)</li><li>DVD: *Maine Buggin.* (639.54.m2845m)</li><li>DVD: *Wilderness & Spirit - A Mountain Called Katahdin.* (917.41.H8718w)</li><li>Timelines</li><li>Maps & Globes</li><li>Selected Mimios</li><li>Video: *Geography*, TMW Sales Company, Inc., 1991.</li><li>www.youtube.com</li></ul> |

| | | | | |
|---|---|---|---|---|
| | <ul><li>Examine the process of becoming a citizen of the United States.*</li><li>Examine challenges faced by immigrants.*</li><li>Recognize immigrants brought their traditions and way of life with them, creating a pluralistic America.*</li><li>Recognize that the language of the early English settlers has had an influence on all other immigrants.*</li></ul> | | | |
| 2nd Quarter<ul><li>Evangelism</li></ul> | <ul><li>Recognize that God has ordained evangelism.</li><li>Identify selected men and women who were instrumental in spreading the gospel around the world. (Julia Ward Howe, D.L.Moody, Ira Sankey, Mary Slessor, Hudson Taylor, Francisco Penzotti, Pandita Ramabai, John Dunmore Lang, Andrew Murray, and various chaplains and missionaries)*</li><li>Examine the role of chaplains and circuit-riding preachers.</li><li>Recognize how religious beliefs help shape cultures.*</li><li>Recognize people everywhere have needs</li></ul> | | | |

BDS 000742

| | | | | |
|---|---|---|---|---|
| • The Fifty States | <ul><li>and wants.*</li><li>Examine life as a missionary.</li><li>Recognize their potential to be used by God.</li></ul><br><ul><li>Identify the six regions of the United States: Northeast, Southeast, Middle West, Southwest, Rocky Mountain, and Pacific.*</li><li>Examine some of the unique characteristics of each region.*</li><li>Recognize that names have their origins in words with special meanings.*</li><li>Identify and label the states and capitals on a map.*</li><li>Recognize that each state has a nickname, state tree, state flower, state bird, as well as other symbols to represent the state.*</li><li>Identify some of the unique features of each state.*</li><li>Recognize the United States has many territories and two common- wealths.*</li><li>Identify the territories in Micronesia; US Virgin Islands, Guam, American</li></ul> | | | |

BDS 000743

| | | | | |
|---|---|---|---|---|
| | <span style="color:green">Samoa, Wake Island, and the Midway Islands.*</span><br>• <span style="color:green">Identify the commonwealths of. Puerto Rico and the Northern Mariana Islands.*</span> | | | |
| • Inventions | • Recognize that an invention is a new object, idea, or way of doing something.*<br>• Identify selected inventors and their inventions. (James Watt, Eli Whitney, Cyrus McCormick, Elias Howe, Jan Matzeliger, Christopher Sholes, Thomas Edison, George W. Carver, )*<br>• Examine how each invention made life easier.*<br>• <span style="color:red">Develop an understanding of how to market a product.*</span><br>• <span style="color:red">Recognize the importance of a patent.*</span><br>• Recognize that inventors have curiosity, confidence, imagination, and persistence.*<br>• Construct a timeline of important inventions since 1750.*<br>• Create an invention.* | | | |

BDS 000744

| | | | | |
|---|---|---|---|---|
| **3rd Quarter**<br>• The Market | • Identify and evaluate types of trade.*<br>• Recognize the way a country handle its money and resources is called its *economy*.*<br>• Understand that an amount that is more than the original cost of something is a *profit*.*<br>• Examine how the Bible teaches us to use resources and money wisely.<br>• Identify *value* is worth in money, usefulness, or importance.*<br>• Recognize the value of items can change.*<br>• Identify items of value.*<br>• Recognize *supply* is the quantity of a product and *demand* is what buyers are willing and able to purchase.*<br>• Participate in an auction.*<br>• Interpret a demand curve.*<br>• Understand that *capital* is wealth that is owned by a person or a group working together.*<br>• Compare and contrast *capitalist* and *socialist* forms of government.*<br>• Recognize that the United States has a capitalistic economy.* | | | |

BDS 000745

| | | | | |
|---|---|---|---|---|
| | <span style="color:red">● Distinguish between wants and needs.*</span><br><span style="color:red">● Understand that Christians can trust God to meet their needs.</span> | | | |
| ● Industrial Revolution | ● Recognize that the Industrial Revolution changed the way people lived and worked.*<br>● Understand that steam-powered engines affected almost every business in early America.*<br>● Recognize that the United States changed from an agricultural country to an industrial country.*<br>● <span style="color:red">Understand that people work to provide money for goods and services.*</span><br>● Examine the life and generosity of Andrew Carnegie.*<br>● Examine the Chinese and Irish influence on American culture.*<br>● Examine the building of the transcontinental railroad.*<br>● Understand the affect white settlers had on the Native Americans.*<br>● Recognize the affect that finding gold had on the settlement of the West.*<br>● Examine how the | | | |

BDS 000746

| | | | | |
|---|---|---|---|---|
| • Communication | • Spanish-American War influenced America's history.*<br>• Sequence events related to the Spanish-American War.*<br>• Recognize that people in the United States are linked by transportation and communication.*<br>• Examine various types of early communication including the pony express, newspapers, telegraph, and telephone.*<br>• Map a route for a pony express rider.*<br>• Examine the parts of a newspaper.*<br>• Decode a message using Morse Code.*<br>• Create messages using Morse Code.<br>• Design a simple telephone.*<br>• Examine the lives of Samuel Morse and Alexander Graham Bell.* | | | |
| **4th Quarter**<br>• Government | • Recognize that all societies have some form of government.*<br>• Understand that governments make laws, enforce laws, and provide a justice | | | |

BDS 000747

| | | | | |
|---|---|---|---|---|
| | <ul><li>system.*</li><li>Recognize that democracy has been in existence for centuries.*</li><li>Understand that there are two types of democracy: direct democracy and indirect democracy.*</li><li>Understand that the United States government rests on the Constitution.*</li><li>Identify the three branches of the United States government* legislative, executive, and judicial.</li><li>Recognize that citizens have rights and responsibilities.*</li><li>Examine the Bill of Rights.*</li><li>Understand that the Constitution can be amended.*</li><li>Recognize the role played by Elizabeth Cady Stanton and Susan B. Anthony in the passing of the Nineteenth Amendment.*</li></ul> | | | |
| • Maine History | <ul><li>Identify Maine on a map using points of latitude and longitude.*</li><li>Recognize Maine's five major Indian</li></ul> | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | tribes.(Abenaki, Penobscot, Micmac, Passamaquoddy, Maliseet)*<br>• Examine early explorations and settlements.*<br>• Recognize how Maine's climate affects its people.*<br>• Identify major rivers, cities, and landforms on a map.*<br>• Identify some of Maine's unique features.*<br>• Identify major industries that have driven Maine's economy.*<br>• Identify Maine's major agricultural products.*<br>• Identify Maine's state symbols.*<br>• Learn and sing the Maine state song.*<br>• Research historical and famous people of Maine.*<br>• Examine highlights of Maine history from exploration to present.*<br>• Create a timeline of Maine history.<br>•  Identify the branches of the Maine government.*<br>• Describe the process of a Bill becoming a law.*<br>• Examine the Maine Constitution.* |  |  |  |

BDS 000749

|  | • Explore highlights of Bangor's history, historical sites, and famous landmarks.* |  |  |  |
|---|---|---|---|---|