# EXHIBIT 21

# Bangor Christian Schools

**Grade Level:** 5th                               **Subject:** Social Studies

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessment Formative/Summative | Resources |
|---|---|---|---|---|
| **1st Quarter**<br>• Geography | **The Learner will:**<br>• Recognize God as Creator of the world.<br>• Recognize the difference between flat maps and globes.*<br>• Recognize the distortions of flat maps and globes.*<br>• Identify and label the continents, oceans, prime meridian, and equator.*<br>• Identify the continents that form Eurasia.*<br>• Recognize and use the lines of latitude and longitude to locate places on a map.*<br>• Identify and compare political maps.*<br>• Identify political, cultural, and natural boundaries.*<br>• Recognize and tell time in different time zones.*<br>• Compare and read various types of maps.*<br>• Measure distances using map scales.*<br>• Describe the Global | • Direct instruction<br>• Small group instruction<br>• Individual instruction<br>• Mimio lessons<br>• Flashcard review<br>• Worksheets<br>• Review games<br>• Review songs | • Activity Sheets<br>• Short/extended responses<br>• Quizzes<br>• Tests<br>• Projects | • *Heritage Studies 5. 3rd Ed.* Greenville: BJU Press, 2010.<br>• *Kid's Almanac of Geography.* Connecticut: Blackbirch Press, Inc.,2000.<br>• *United States.* St. Louis: Milliken Publishing Company, 1986.<br>• *Making Social Studies Come Alive!* New York: Scholastic Professional Books, 1996.<br>• Video: *Geography*, TMW Sales Company, Inc., 1991.<br>• *A Trip Around the World.* Westminster: Teacher Created Materials, Inc., 2000.<br>• www.mymoney.gov<br>•<br>• Selected Mimios<br>• Timelines<br>• Maps & Globes<br>• www.geography.about.com<br>• www.youtube.com |

| | | | | |
|---|---|---|---|---|
| • Transportation | Positioning System.* <br><br> • Recognize the various modes of transportation that people use.* <br> • Explain the importance of the development of the gasoline engine.* <br> • Examine the contributions of Henry Ford.* <br> • Recognize how owning cars changed the lives of Americans.* <br> • Recognize that many people contributed to the growth of the automobile industry.* <br> • Identify the importance of the assembly line to industry.* <br> • Demonstrate how an assembly line works.* <br> • Discuss developers of early flying machines.* <br> • Examine the early lives of Orville and Wilbur Wright.* <br> • Understand how an airplane flies.* <br> • Describe the difference between a glider and an airplane.* <br> • Compare travel times to mode of transportation.* | | | |

BDS 000752

| | | | | |
|---|---|---|---|---|
| • World War I | • Summarize events that led up to World War I.*<br>• Identify the alliance system that formed the two opposing sides of the war.*<br>• Identify on a world map the countries involved in World War I.*<br>• Identify the Allies and Central powers.*<br>• Identify the race to the sea and the western front.*<br>• Describe trench warfare.*<br>• Examine the Christmas truce.*<br>• Identify some of the weapons used in World War I.*<br>• Describe life on the home front during the war.*<br>• Summarize the events that led the United States to enter the war.*<br>• Identify the significance of selected battles and their locations on a map.(Verdun, Somme, Jutland ,Marne)*<br>• Identify November 11, 1918 as the day an armistice was signed thus ending the war.*<br>• Recognize that the | | | |

| | | | | |
|---|---|---|---|---|
| | Treaty of Versailles placed sole responsibility for World War I on Germany.* | | | |
| **2nd Quarter**<br>• Nations of the Earth | • Identify the divisions that historians use to study places: culture, history, and geography.*<br>• Recognize that each person belongs to a unique culture.*<br>• Recognize that every nation has a unique history that influences the events of the present.*<br>• Demonstrate how historians rely on primary and secondary sources to learn about the past.*<br>• Recognize the goal of most archaeologists is to learn about the cultures of the past *<br>• <span style="color:red">Recognize that the geography of a nation influences national characteristics and regional differences.*</span><br>• <span style="color:red">Explain how landforms, climate, and resources influence individuals and society.*</span><br>• Recognize that all nations have a capital city where the government is located and laws are made.*<br>• Recognize that flags | | | |

BDS 000754

|  |  |  |  |  |
|---|---|---|---|---|
|  | represent rulers, ideas, states, and countries.* |  |  |  |
| - The States | - Recognize that the United States is divided into fifty states.*<br>- Recognize that each state contributes to the history of the United States.*<br>- Recognize that each state has a unique history.*<br>- Identify each state's capital.*<br>- Identify the six regions and which states belong to each region.*<br>- Identify key historical events on a timeline and match major events with the state in which they occurred.*<br>- Graph data about population, precipitation, & temperature.*<br>- Recognize the significant role that each region has played in the history of the United States.*<br>- Recognize the histories of regions form a national heritage.*<br>- Associate major people, documents, or events with the appropriate region of the United |  |  |  |

| | | | | |
|---|---|---|---|---|
| | States.* | | | |
| • The Roaring Twenties | • Evaluate changes in clothing styles between time periods.*<br>• Recognize many people sought material possessions over spiritual things.*<br>• Identify the Eighteenth and Nineteenth Amendments.*<br>• Recognize that the young people of the 1920's were often referred to as the lost generation.*<br>• Identify evangelists that preached to this generation.*<br>• Recognize that celebrities included athletes, movie stars, and gangsters.*<br>• Examine the contributions of Charles Lindbergh.*<br>• Describe the contributions that Charles Schomburg made to the Harlem Renaissance.*<br>• Describe how new inventions and hobbies affected the American lifestyle.* | | | |

BDS 000756

|  |  |  |  |  |
|---|---|---|---|---|
|  | - Explain how the existence of credit and stocks affected people in the 1920's.*<br>- Understand that the 1929 stock market crash ended the prosperity of the 1920's.* |  |  |  |
| 3rd Quarter<br>- Economics<br><br><br><br><br>- Stock Market & The Great Depression | - Describe buying on credit and how it contributed to economic decline.*<br>- Describe the stock market and reasons people use it.*<br>- Explain the importance of spending and investing money wisely.*<br>- Gain an understanding of how to buy, trade, and sell stock.*<br>- Practice buying, selling, or trading stocks.*<br>- Identify a bull market and a bear market.*<br>- Identify causes and effects of the stock market crash.*<br>- Recognize what a Christian's response to financial trouble should be.<br>- Describe the effects of the Great Depression.*<br>- Recognize that President Hoover took most of the criticism for the Great |  |  |  |

BDS 000757

| | | | | |
|---|---|---|---|---|
| | Depression.*<br>• Examine President Roosevelt's response to the Great Depression.*<br>• Examine the results of President Roosevelt's New Deal program.* | | | |
| • Dictators | • .Identify and locate the four countries that fell under a dictator's rule between WWI and WWII.*<br>• Examine the dictatorships of Stalin, Mussolini, Hitler and Hirohito.*<br>• Gain an understanding of communism and its effect on people's lives.*<br>• Explain reasons for the formation of the Iron Curtain.*<br>• Identify the Biblical way to react to a bully.*<br>• Gain an understanding of the Fascist Party and how it affected people's lives.*<br>• Identify the Roman Empire as a type of dictatorship.*<br>• Describe the persecution of Jews under the Nuremberg Laws.*<br>• Identify the influence that Japanese military advisors had during | | | |

BDS 000758

| | | | | |
|---|---|---|---|---|
| | Hirohito's reign.*<br>• Summarize the effects of the atomic bombs and the aid the United States offered.* | | | |
| 4th Quarter<br>• World War II | • Summarize events that led up to World War II.*<br>• Identify the leaders and alliances on both sides of the war.*<br>• Locate countries conquered by Germany in the early months of World War II.*<br>• Summarize the events of the miracle at Dunkirk.*<br>• Recognize that France's surrender to Germany left Britain standing alone.*<br>• Describe the result of Germany's surprise attack on the Soviet Union.*<br>• Recognize that the Japanese attack on Pearl Harbor was the catalyst that brought the United States to enter World War II.*<br>• Summarize the reasons that governments use propaganda.*<br>• Identify the Big Three. (Roosevelt, Churchill, and Stalin)*<br>• Describe the D-Day invasion.* | | | |

| | | | | |
|---|---|---|---|---|
| | • Examine the horrors of the Holocaust.*<br>• Identify important dates, and significant events of WWII.*<br>• Explain the role of the atomic bomb in ending World War II.* | | | |
| • The Cold War | • Identify the threat of communism on the free world.*<br>• Recognize reasons the United Nations was formed.*<br>• Recognize the development of the nation of Israel.*<br>• Understand why and when the Korean War happened.*<br>• Identify the importance of the civil rights movement and the significance of the Civil Rights Act of 1964.*<br>• Identify key people and significant events in the space race.*<br>• Identify when and why the Berlin Wall was built.*<br>• Classify key events of the Cold War.<br>• Recognize the affect the assassinations of John F. Kennedy and Martin | | | |

BDS 000760

|  |  |  |  |  |
|---|---|---|---|---|
|  | Luther King had on the people of the United States.*<br>• Identify the events that led to the resignation of President Richard Nixon.*<br>• Summarize key events of the Vietnam Conflict.*<br>• Recognize the importance of the Bicentennial Celebration.* |  |  |  |
| • 1980 – Present | • Identify reason for a boycott against the Soviet Union.*<br>• Recognize Sandra Day O'Connor as the first female justice of the Supreme Court.*<br>• Recognize the tragedy of the space shuttle *Challenger*.*<br>• Identify events surrounding the end of the Cold War.*<br>• <span style="color:red">Recognize the significance of the national debt.*</span><br>• Recognize the significance of the Persian Gulf War.*<br>• <span style="color:red">Identify the opportunities and problems of a global</span> |  |  |  |

BDS 000761

| | | | | |
|---|---|---|---|---|
| | <ul><li><span style="color:red">economy.*</span></li><li>Recognize the two main political parties and compare the differences between conservatives and liberals.*</li><li>Gain an understanding of the election process.*</li><li>Recognize September 11, 2001, as a turning point in the war on terror.*</li><li>Examine events connected to the war on terror.*</li><li>Recognize the economy, renewable energy, health care, and illegal immigration as major concerns.*</li><li>Recognize rapid changes being made in technology. *</li><li>Recognize the historical significance of electing the first African – American to be President of theU.S.*</li><li>Highlight events of each Presidential term.*</li><li>Recognize that the decisions of a country's leaders will affect everyone and that it is the Christian's responsibility to pray for our leaders.</li></ul> | | | |

BDS 000762