# **EXHIBIT 22**

# Bangor Christian Schools

**Grade Level:** 9th           **Subject:** Social Studies

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessment Formative/Summative | Resources |
|---|---|---|---|---|
| **1st Ranking Period:**<br>Unit 1: The Ancient World<br>1. Foundations of World History<br>2. Early Civilizations<br>3. Greek Civilization<br>4. The Roman Republic<br>5. The Roman Empire<br>Unit 2: The Eastern World<br>6. Byzantine and Islamic Republics<br>7. Civilizations of Asia and Africa<br>Research Paper (in conjunction with English 9) | The Learner will:<br>• Describe how historical accounts are written<br>• Identify the important people and events from Creation to the rise of nations and explain the significance of these people and events for the development of human civilization<br>• Identify the main contributions of each civilization<br>• Locate major cities, regions, and special features of these early civilization<br>• Outline the major periods in Greek history<br>• Identify the contributions made by the Greeks to government, philosophy, science, medicine, mathematics, literature, and the arts<br>• Contrast Roman civilization with Greek civilization<br>• Compare the Roman Republic with the American Republic<br>• Describe the government of the Roman Republic, outlining its branches and their function | • Reading<br>• Lecture<br>• Group Work<br>• Class Discussion | • Projects<br>• Group Work<br>• Class Discussion<br>• Homework<br>• Quizzes<br>• Tests<br>• Research Paper | • <u>World History 3rd Edition</u>. BJU Press: Greenville, SC, 2010.<br>• Websites<br>• Newspapers<br>• Magazines |

BDS 000787

- Explain the stages of Rome's geographic expansion
- Outline the causes, course, and consequences of the Punic Wars
- Identify the causes of the republic's downfall and the steps that led to the establishment of a dictatorship
- Outline the major events in the history of the church from its founding to the reign of Theodosius
- List factors contributing to the collapse of the Roman Empire
- Explain the causes that led to the split between the Eastern Orthodox and Roman Catholic churches
- Outline the significant men and events in the early history of the Russian state
- List important events in the life of Muhammad and the early history of Islam
- Refute the teachings of the Islamic religion with the truth of God's Word
- Identify the cultural contributions of the Byzantine and Islamic civilizations
- Outline the main periods in the early history of India, China, and Japan
- Identify the key features of Indian, Chinese, Japanese, and African societies
- Identify the basic tenets of Hinduism, Buddhism, Confucianism, and Taoism, and use the Bible to point out the error in the teaching of each religion
- Explain the role played by the Mongos in the history of China, India, Muslim territory, and Russia
- Identify the major geographical features of Africa, note the civilizations that flourished on the continent prior to imperialism, and list the major

BDS 000788

| | | | | |
|---|---|---|---|---|
| | characteristics of each civilization | | | |
| **2nd Ranking Period:**<br>Unit 3: The Medieval World<br>  8. Making of Medieval Europe<br>  9. Princes and Popes<br>  10. Reshaping of Medieval Europe<br>Unit 4: The Awakening World<br>  11. The Renaissance<br>  12. The Reformation<br>  13. Exploration and Discovery | **The Learner will:**<br>• List reasons that the papacy developed in Rome<br>• Describe the roles of the clergy, nobility, and peasants in medieval society<br>• Explain the feudal structure<br>• List attempts to reform the medieval church and describe the nature and results of the reform efforts<br>• List examples of church-state conflict in the Middle Ages<br>• Compare the growth of parliamentary government in England with the growth of royal power in France<br>• Explain the effects of the Crusades upon Western Europe<br>• Explain how the growth of trade and towns affected medieval life<br>• Identify the causes, outline the major battles and events, and list the consequences of the Hundred Years' War<br>• Contrast medieval and Renaissance attitudes toward life<br>• List positive and negative results of the age of the Renaissance<br>• Describe the conditions that made the Reformation necessary<br>• Explain the methods used by the Roman Catholics to combat the Protestant cause<br>• Contrast the motives, methods, and regions of exploration of the various European countries during the Age of Discovery<br>• Locate and identify the continents<br>• List characteristics of each of the Amerindian civilizations and locate these civilizations on a map | • Reading<br>• Lecture<br>• Group Work<br>• Class Discussion | • Projects<br>• Group Work<br>• Class Discussion<br>• Homework<br>• Quizzes<br>• Tests | • <u>World History 3rd Edition</u>. BJU Press: Greenville, SC, 2010.<br>• Websites<br>• Newspapers<br>• Magazines |

| | | | | |
|---|---|---|---|---|
| **3rd Ranking Period**<br>Unit 5: The Enlightened World<br>  14. The Enlightened World<br>  15. Age of Reason<br>  16. Attempts at Liberty<br>Unit 6: The European World<br>  17. Reaction and Revolution<br>  18. Industrial Revolution and European Society<br>  19. Europe Expands Overseas | The Learner will:<br>• List the monarchs of France, England, Brandenburg-Prussia, Austria, and Russia who ruled in the late 17th and early 18th centuries, and describe briefly the highlights of the reign of each<br>• Contrast the rise of absolutism in France with the rise of parliamentary government in England<br>• Describe the struggle between the monarchy and Parliament in 17th century England<br>• Describe the scientific method and explain the limitations of science<br>• Summarize the ideas of the philosophers of the Age of Reason<br>• Outline information about the men and movements associated with the spiritual awakenings in Germany, England, and America<br>• List reasons that settlers came to America<br>• Identify the factors that led to the American War of Independence<br>• List some of the basic principles incorporated in the Constitution of the US<br>• <span style="color:red">Cite examples of the social and economic inequalities in France prior to the revolution of 1789</span><br>• Outline the various stages of the French Revolution<br>• List the effects of the French Revolution on France and the rest of Europe<br>• Describe Napoleon's rise to power, his conquests, his reforms, and his downfall<br>• Compare and contrast causes, courses, and consequences of the American and French revolutions<br>• List the revolts that occurred in Europe | • Reading<br>• Lecture<br>• Group Work<br>• Class Discussion | • Projects<br>• Group Work<br>• Class Discussion<br>• Homework<br>• Quizzes<br>• Tests | • <u>World History 3rd Edition</u>. BJU Press: Greenville, SC, 2010.<br>• Websites<br>• Newspapers<br>• Magazines |

| | | | | |
|---|---|---|---|---|
| | <ul><li>during the 19th century</li><li>Identify examples of nationalism in Europe during the 19th century</li><li>List factors that made the Industrial Revolution possible</li><li>Explain the changes in British society that resulted from the Industrial Revolution</li><li>List the 4 major types of 19th century socialism and the main teachings of each</li><li>List the responses of Christians to the needs and problems of industrialized society</li><li>Outline the domestic expansion and foreign involvement of the US during the 19th century</li><li>Trace the steps toward independence and nationhood in Canada, Australia, South Africa, and Latin America</li><li>Identify the imperialistic nations of Europe and the regions of the world that they controlled</li><li>Describe the impact of imperialism on Africa, India, China, and Japan</li><li>Explain how imperialism aided the spread of the gospel</li></ul> | | | |
| **4th Ranking Period**<br>Unit 7: The Modern World<br>20. The Great War<br>21. Discontent and Experimentation<br>22. The Second World War<br>23. The Cold War Era<br>24. To the Present | **The Learner will:**<ul><li>Identify and explain the underlying causes of World War I</li><li>Explain the causes of weakness in the Allied nations after World War I</li><li>Outline the events that led to the collapse of the Russian monarchy and to the establishment of communism in Russia</li><li>Compare and contrast Nazism, fascism, and communism</li><li>Identify the factors that led to Mussolini's rise to power in Italy and Hitler's in Germany</li></ul> | <ul><li>Reading</li><li>Lecture</li><li>Group Work</li><li>Class Discussion</li></ul> | <ul><li>Projects</li><li>Group Work</li><li>Class Discussion</li><li>Homework</li><li>Quizzes</li><li>Tests</li></ul> | <ul><li><u>World History 3rd Edition</u>. BJU Press: Greenville, SC, 2010.</li><li>Websites</li><li>Newspapers</li><li>Magazines</li></ul> |

| | | | | |
|---|---|---|---|---|
| | <ul><li>List the acts of aggression committed before World War II that defied the charter of the League of Nations</li><li>Locate on a map the territories seized by Italy, Germany, and Japan before the war</li><li>Outline the steps leading to war in both Europe and the Pacific</li><li>Outline the course of World War II, identifying significant dates, events, men, and battles.</li><li>List the consequences of World War II</li><li>Define *cold war* and outline the major issues, events, and leaders of the Cold War period</li><li>Identify the regions of the world to which communism spread after World War II</li><li>List some of the causes of the collapse of the Soviet Empire</li><li>List the major peacekeeping involvements of the UN</li><li>Identify some of the issues currently facing each industrialized nation</li><li>List some of the major problems confronting Third World countries</li><li>Identify the causes of strife in the Middle East and outline the major conflicts between Arabs and Israelis</li><li>Recount the events of September 11, 2001, and the ongoing war on terrorism</li><li>Identify the major goal of the ecumenical movement and explain its effect on world religion</li></ul> | | | |
| **Yearlong Units/Themes**<br>Christianity through history<br>Global Trends<br>Current Events<br>Geography<br>Culture | | | | |

BDS 000792