# EXHIBIT 23

# Bangor Christian Schools

Grade Level: <u>10th</u>                               Subject: <u>Government</u>

| UNIT | Objectives of Unit | Suggested Instructional Methods | Suggested Assessment Formative/Summative | Resources |
|---|---|---|---|---|
| **1st Quarter**<br><br>Chapter One: The Sure Foundation [E1]<br><br><br><br><br><br><br><br><br><br><br><br>Chapter Two: Christianity begins in America [E1] | The Learner will:<br>• Explain why government is necessary.<br>• Identify government's obligation to its citizens.<br>• Explain a citizen's obligations to the government.<br>• Discuss the Bible's teaching concerning a Christian's relationship to government.<br>• Identify the impact of Christians on government.<br>• Explain the original purpose of education in American colonies.<br>• Identify differences between forms of government.<br>• Understand the American system of government.<br>• Evaluate the different forms of government in light of the Bible.<br>• Identify the major contributions of the founders<br>• Distinguish between a republic and a democracy<br>• Briefly explain the characteristics of a democracy | • Group and individual projects and work<br><br>• Reading in various formats<br><br>• Lecture and note taking strategies<br><br>• Presentations<br><br>• Class Discussions<br><br><br>• Extra credit and myself: bring in articles from BDN and magazines to relate to topic. [B1] | • Observation<br><br>• Projects (approx. 1 per chapter)<br><br>• Worksheets<br><br>• Oral Presentations and Discussions<br><br>• Comprehension Questions<br><br>• Tests | •<br>• Keesee, Tim. <u>American Government Second Edition</u>, BJU Press. 2005.<br><br>• Beck, Glenn. <u>The Original Argument.</u> Simon and Schuster. 2011.<br><br>• Mac, Toby and Michael Tait. <u>Under God.</u> Bethany House. 2004.<br><br>• Other outside reading |

| | | | | |
|---|---|---|---|---|
| Chapter Three: Forms of Government | <ul><li>List the conditions for a democracy to be established</li><li>Explain the historical events surrounding American independence, the creation of the Constitution and the ratification process.</li><li>Explain the source of the ideas expressed in the Declaration of Independence.</li><li>Compare and contrast the Article of the Confederation and the Constitution.</li><li>Describe the key issues on which the delegates of the Constitutional Convention differed</li><li>Identify the importance of political compromise.</li><li>Explain the role of conflict in American politics through the example of the Federalists and the Anti-Federalists.</li><li>Discover the significance of the Constitution as a unifying document.</li></ul> | | | |
| Chapter Four: The Meaning of Democracy | | | | |
| Chapter Five: Constitutional Beginnings [E1] | | | | |

BDS 000805

| | | | | |
|---|---|---|---|---|
| | | • Write a short persuasive essay defending the views of both sides [A2] | | |
| **2nd Quarter** Four day project revolving around Andy Andrews' book [E1]  Chapter Six: | **The Learner will:**<br>• Explain how the Constitution has helped to preserve core values in the U.S.<br>• Understand how man's sinful nature is restrained by checks, balances, and separation of powers in the Constitution.<br>• Understand the flexibility built into the Constitution | • Light research paper refuting or defending Andrews' stance [A1, A2] | • Observation<br><br>• Projects (approx. 1 per chapter)<br><br>• Worksheets<br><br>• Oral Presentations and Discussions | • Keesee, Tim. American Government Second Edition, BJU Press. 2005.<br><br>• Beck, Glenn. The Original Argument. Simon and Schuster. 2011. |

BDS 000806

| | | | | |
|---|---|---|---|---|
| The Constitutional Cornerstone | through the amendment process.<br>• Explain from a Christian perspective the basic principles found in the Constitution.<br>• Explained how limited government is achieved through the federal system.<br>• Describe changes made in the Constitution.<br>• Understand how the Constitution provides citizens with the opportunity to keep government accountable.<br>• Define federalism.<br>• Explain how the two major divisions in American federalism interact.<br>• Chart the developments in American federalism.<br>• Identify problems in American federalism.<br>• Define political party and state its function<br>• Give the basic reasons for the U.S. two-party system.<br>• Discuss the development of the two-party system.<br>• Summarize party organization at national, state, and local levels.<br>• Identify the basic reasons for party decline. | • Group and individual projects and work<br>• Reading in various formats<br>• Lecture and note taking strategies<br>• Presentations<br>• Class Discussions | • Comprehension Questions<br>• Tests | • Andrews, Andy. How Do You Kill 11 Million People. Thomas Nelson. 2011.<br>• Mac, Toby and Michael Tait. Under God. Bethany House. 2004. |
| Chapter Seven: Federalism[B2] | • Summarize the challenges faced by a candidate during a | | | |

| | | | | |
|---|---|---|---|---|
| Chapter Eight: The Party System<br><br>Chapter Nine: Campaigns and Elections | campaign. | | | |
| **3rd Quarter**<br><br>Chapter Ten: Public Policy and Politics | **The Learner will:**<br>- Define public policy and public opinion.<br>- Explain the difference between domestic policy and foreign policy.<br>- List and explain the various stages in the development of public policy.<br>- Evaluate the importance of the origins of opinions. | - Group and individual projects and work<br>- Reading in various formats<br>- Lecture and note taking strategies<br>- Presentations | - Observation<br>- Projects (approx. 1 per chapter)<br>- Worksheets<br>- Oral Presentations and Discussions<br>- Comprehension | - Keesee, Tim. <u>American Government Second Edition</u>, BJU Press. 2005.<br>- Beck, Glenn. <u>The Original Argument.</u> Simon and Schuster. 2011.<br>- Mac, Toby and Michael Tait. <u>Under God.</u> |

| | | | | |
|---|---|---|---|---|
| Chapter Eleven: The Structure of Congress [E1] | • Distinguish between sound and unsound methods of gauging public opinion.<br>• Delineate the different types of interest groups and describe their activities.<br>• Outline the major forms of mass media and analyze their influence concerning public policy.<br>• Explain why Congress is divided into two chambers.<br>• Describe how James Madison in *The Federalist Papers* viewed Congress.<br>• Describe the process for distributing the 435 members of the House.<br>• Define congressional district and include an explanation for a single member district.<br>• Describe how the 17th Amendment contributed to democracy.<br>• Describe the differences between the House and Senate.<br>• Explain the meaning of a coalition in Congress.<br>• Explain the importance of caucus or conference in Congress.<br>• Describe the most important leadership positions in Congress.<br>• Explain the roles of | • Class Discussions | Questions<br><br>• Tests | Bethany House. 2004.<br><br>• Other outside reading |

| | | | | |
|---|---|---|---|---|
| Chapter Twelve: The Powers of Congress | <ul><li>committees in legislation.</li><li>Explain the significance of enumerated powers.</li><li>List various financial powers of Congress.</li><li>Assess the importance of the commerce clause to the development of the power of the federal government.</li><li>Describe how the Supreme Court has contributed to congressional power.</li><li>Compare and contrast the war powers of Congress and the president.</li><li>Explain the importance of bankruptcy laws to capitalism.</li><li>Describe the control that Congress has over the federal courts.</li><li>Discuss how the power of Congress to investigate is important to democracy.</li><li>Summarize the major criticisms of Congress.</li><li>Give a basic description of what a presidential candidate goes through.</li><li>State and briefly explain the six areas of presidential responsibility</li><li>Identify the major constitutional presidential restrictions.</li></ul> | | | |

BDS 000810

BDS 000811

| | | | | |
|---|---|---|---|---|
| Chapter Thirteen: The Presidency- road to the White House<br><br>Chapter Fourteen: The Presidency- America's highest office | • List the basic duties of the office of vice president.<br>• Give a brief description of the executive branch apart from the presidential and vice presidential offices. | | | |
| **4th Quarter**<br><br>Chapter Fifteen: The Federal | **The Learner will:**<br>• Give a brief description of U.S. bureaucratic development.<br>• Identify major executive bureaucratic offices. | • Group and individual projects and work<br>• Reading in various formats | • Observation<br>• Projects (approx. 1 per chapter)<br>• Worksheets | • . Keesee, Tim. <u>American Government Second Edition</u>, BJU Press. 2005.<br>• Beck, Glenn. <u>The Original Argument.</u> |

| | | | | |
|---|---|---|---|---|
| Bureaucracy<br><br>Chapter Sixteen: Foreign Policy<br><br><br><br><br><br><br><br><br><br><br><br>Chapter Seventeen: The Judiciary | • Explain why the bureaucracy is referred to as the 'fourth branch' of government<br>• List and discuss the four main goals of foreign policy.<br>• Recount and summarize the progress of American foreign policy throughout history.<br>• Enumerate and define the major influences in foreign policy.<br>• Identify the methods of carrying out foreign policy.<br>• Determine a Christian framework for determining and executing foreign policy.<br>• Present and defend a scriptural definition of justice.<br>• Explain the structure of the U.S. judicial system.<br>• Explain the difference between original and appellate jurisdiction.<br>• List the responsibilities of the different levels of the federal judiciary.<br>• Discuss the workings of the Supreme Court.<br>• Differentiate between the selection and responsibilities of state and federal judges.<br>• Define and differentiate judicial restraint and judicial activism.<br>• Identify constitutional civil liberties. | • Lecture and note taking strategies<br>• Presentations<br>• Class Discussions | • Oral Presentations and Discussions<br>• Comprehension Questions<br>• Tests/quizzes | Simon and Schuster. 2011.<br><br>• Mac, Toby and Michael Tait. <u>Under God.</u> Bethany House. 2004.<br><br>• Orwell, George. <u>Animal Farm.</u><br><br>• Other outside reading |

| | | | | |
|---|---|---|---|---|
| Chapter Eighteen: Civil Rights and Civil Responsibilities [B2]<br><br>Animal Farm [B1] | <ul><li>Distinguish civil liberties from civil rights.</li><li>Identify the three categories of civil rights.</li><li>Identify individual and state responsibilities in maintaining fundamental rights.</li><li>Discuss trends seeking to redefine civil rights.</li></ul><ul><li>Describe the characteristics and uses of propaganda from the example of the novel read.</li><li>Discuss the fears hidden by Orwell in the novel read and the signs of a nation headed for socialism.</li></ul> | | | |

| Year Long/Ongoing Memorization | **The Learner will:**<br>• Write the various texts from memory. | • In class recitations<br>• Singing<br>• Writing | • tests | • The Star Spangled Banner<br>• The Preamble<br>• The American Creed [B2] |
|---|---|---|---|---|

Cross curricular:  As we read and discuss <u>Animal Farm</u> the students get to do some writing and study of literature.  Various projects include writing five-paragraph essays.

Multi-cultural:  Different forms of government are discussed.  England and the New World are discusses from the viewpoint of the pilgrims and the founding fathers.

Common Core Standards:  A3 is met by BCS' Thanksgiving and Christmas community outreach activities. B1 is really the life blood of this course.  All others are marked by the standard in brackets.

BDS 000814