# EXHIBIT 24

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE


Civil Action No. 18-cv-00327 DBH




* * * * * * * * * * * * * * * * * *

DAVID and AMY CARSON, et al.,

Plaintiffs

vs

ROBERT G. HASSON, JR., in his official
Capacity as Commissioner of the Maine
Department of Education,

Defendant
* * * * * * * * * * * * * * * * * *



DEPONENT:   **DENISE LAFOUNTAIN**


Taken before Joanne P. Alley, a Notary Public in and for
the State of Maine, at the offices of the Maine Attorney
General, Cross State Office Building, Sixth Floor,
Sewall Street, Augusta, Maine, on December 17, 2018,
beginning at 9:31 a.m., pursuant to notice given.

```
 1   APPEARANCES:

 2   SARAH FORSTER, AAG
     CHRISTOPHER TAUB, AAG
 3   DEPARTMENT OF ATTORNEY GENERAL
     6 State House Station
 4   Augusta, ME 04333-0006
     207-626-8800
 5   sarah.forster@maine.gov
     christopher.taub@maine.gov
 6   Attorneys for Defendant

 7   TIM KELLER, ESQ.
     INSTITUTE FOR JUSTICE
 8   398 S. Mill Avenue, Suite 301
     Tempe, AZ 85281
 9   480-557-8300
     tkeller@ij.org
10   Attorney for Plaintiffs

11   ARIF PANJU, ESQ.
     INSTITUTE FOR JUSTICE
12   816 Congress Avenue, Suite 960
     Austin, TX 78701
13   512-480-5396
     apanju@ij.org
14   Attorney for Plaintiffs

15   KIMBERLY Y. SMITH RIVERA, ESQ.
     NATIONAL CENTER FOR LIFE AND LIBERTY
16   11803 104th Street
     Largo, FL 33773
17   888-233-6255
     krivera@ncll.org
18   Attorney for Plaintiffs

19   TIMOTHY WOODOCK, ESQ.
     EATON PEABODY
20   80 Exchange Street
     Bangor, ME 04401
21   207-992-4338
     twoodcock@eatonpeabody.com
22   Attorney for Deponent

23

24

25
```

```
1                        I N D E X

2    DEPONENT:

3       DENISE LAFOUNTAIN

4            By Attorney Taub              4

5            By Attorney Keller           64

6

7

8

9

10

11                   E X H I B I T S
                                              Page
12
     Exhibit No. 5                              6
13      Notice of Deposition
     Exhibit No. 6                             30
14      Admissions Packet
     Exhibit No. 7                             44
15      Teacher Employment Agreement
     Exhibit No. 8                             47
16      Student/Parent Handbook
     Exhibit No. 9                             55
17      School Policy Book
     Exhibit No. 10                            57
18      Family Covenant
     Exhibit No. 11                            60
19      NEASC Five Year Report

20

21

22

23

24

25
```

```
 1                    (Deposition taken before Joanne P. Alley,

 2      Notary Public, at the offices of Maine Attorney General,

 3      Cross State Office Building, Sixth Floor, Sewall Street,

 4      Augusta, Maine, on December 17, 2018, beginning at 9:31

 5      a.m.)

 6                    (The deponent was administered the oath by

 7      the Notary Public.)

 8                    DENISE LAFOUNTAIN, after having been duly

 9      sworn by the Notary Public, was deposed and testified as

10      follows:

11                           EXAMINATION

12      BY MR. TAUB:

13      Q.   Good morning.  Could you please state your name for

14           the record?

15      A.   Denise LaFountain.

16      Q.   Ms. LaFountain, my name is Chris Taub.  I'm from

17           the Attorney General's office and along with Sarah

18           Forster, we are representing the Department of

19           Education in a lawsuit that was brought by three

20           families who are challenging a provision in Maine

21           law that restricts religious schools from obtaining

22           public funds.  Do you understand that you're here

23           to have your deposition taken in that case?

24      A.   Yes.

25      Q.   Okay.  Have you ever had your deposition taken
```

```
 1        before?
 2   A.   Not a deposition, no.
 3   Q.   Okay.  I'm just going to sort of give you a few
 4        guidelines.  Mr. Woodcock probably already
 5        discussed this with you but just in case he didn't,
 6        I'm going to be asking you a series of questions
 7        and asking you to answer those questions and the
 8        court reporter is going to be writing down all of
 9        my questions and your answers and what inevitably
10        happens is we start talking over each other, you'll
11        start to answer my question before I quite finish
12        asking it and I'll start to ask you the next
13        question before you've quite finished answer it.
14        So if we could just try to pause for a second so
15        we're not talking over each other, that will make
16        her life much easier.
17             My questions aren't always perfectly formed.
18        If you don't understand my question, please don't
19        hesitate to let me know that.  I don't think this
20        deposition will be too long but if you do want to
21        take a break at any point, just let me know.  This
22        isn't an endurance test by any means and I think
23        unless you have any questions for me, we'll get
24        started.
25   A.   I have Elise Rossignol here with me and she's been
```

1    in our school since the inception.

2  Q.  Okay.

3  A.  So there may be a question you ask me that I may

4      have to confer with her.  I'm just saying, you

5      know, I'm not sure about that policy and I want to

6      make sure I have it right.

7  Q.  Okay.  So we can deal with that if the time comes.

8  A.  Perfect.

9  Q.  So what I'm going to start by doing is I'm going to

10     show you.

11     **(Exhibit No. 5 marked for identification.)**

12  **BY MR. TAUB:**

13  Q.  I'm going to show you what I've marked as Exhibit 5

14     and I don't have copies for everybody but I do have

15     a few extra copies.  So I'm showing you what's been

16     marked as Exhibit 5 and it's captioned, "Notice of

17     Deposition of Temple Academy."  Have you seen this

18     document before?

19  A.  I believe so.

20  Q.  Okay, and I'd like you to turn to the -- I'm going

21     to start with the -- with the fifth page, and these

22     are various topics that we have asked a

23     representative of Temple Academy to come and

24     testify about, and you'll see it lists ten topics

25     there.

```
 1   A.   (Nods).
 2   Q.   If you could say yes or no.
 3   A.   Yes.
 4   Q.   That was another thing I should have said that if
 5        you could say yes or no, it's easier for her.
 6   A.   Okay.
 7   Q.   And are you -- are you the person from Temple
 8        Academy --
 9   A.   Yes.  Sorry.
10   Q.   That's all right.  It happens all the time.  Are
11        you the person from Temple Academy who has been
12        designated to discuss all ten of these topics?
13   A.   Yes.
14   Q.   And I think you were saying before that you might
15        need some help at some point from your associate?
16   A.   Perhaps.
17   Q.   Okay, and then if you could turn the page to
18        Exhibit B, and this -- this Exhibit B which has 14
19        items listed is various documents that we asked
20        Temple Academy to provide to us and have you seen
21        this Exhibit B before?
22   A.   Yes.
23   Q.   And did you assist Temple Academy in gathering the
24        documents that were requested?
25   A.   Yes.
```

```
 1   Q.   Okay, and I've seen the documents and the -- the
 2        one category which I didn't see in the documents
 3        that you produced were item 14, "documents
 4        reflecting any communication between Temple Academy
 5        and counsel for plaintiffs."  Did you look for that
 6        category of documents?
 7   A.   There is no -- there are no documents.
 8   Q.   And that was my next question.  You don't have any
 9        communications in writing anyway with counsel for
10        the plaintiffs?
11   A.   Correct.
12   Q.   Okay.  What is your position at Temple Academy?
13   A.   I serve as the head of school.
14   Q.   How long have you held that position?
15   A.   Ten years.
16   Q.   Ten years did you say?
17   A.   Um-hum.
18   Q.   What did you do before that?
19   A.   A little of everything.  I taught for some, my
20        background is business administration so I managed
21        a group of radio stations.  I've done a little bit
22        of everything with that degree.
23   Q.   When did you get your business administration
24        degree?
25   A.   Oh, I don't even know.  I was married.  So I had my
```

```
 1        bachelor's and kind of worked through, you know
 2        what I mean?
 3   Q.   Okay.
 4   A.   Ten years ago probably.
 5   Q.   I'm sorry?
 6   A.   Probably about ten years ago, something like that.
 7   Q.   Where did you receive it from?
 8   A.   Concordia University.
 9   Q.   Where is that located?
10   A.   It's online.
11   Q.   Okay.  Did you attend high school in Maine?
12   A.   I did.
13   Q.   Where did you go to high school?
14   A.   Portland High School.
15   Q.   When was Temple Academy established?
16   A.   1976.
17   Q.   And it's been in continuous operation since then?
18   A.   Yes.
19   Q.   Do you know how large Temple Academy was when it
20        was first established in terms of the number of
21        students who attended in the first year?
22   A.   I'd have to confer with -- she doesn't know, okay.
23        She's been there since the inception.  It started
24        off as like an ACE-type school, like a PACE kind of
25        thing, and then kind of morphed from there.  So I
```

```
 1        don't -- I can't give an accurate answer, very

 2        small I would say.

 3   Q.   You said ACE and PACE.  I'm not familiar with those

 4        acronyms.

 5   A.   So there's a -- there's actually schools that exist

 6        today where kids come and you test them out and

 7        it's like self-guided through a PACE system where

 8        they work through the educational system, which is

 9        not what Temple Academy is today but that's what it

10        started out 40-plus years ago.

11   Q.   Okay.  How many students currently attend Temple

12        Academy?

13   A.   235.

14   Q.   And what -- what grade levels does Temple Academy

15        teach?

16   A.   Pre-K through 12.

17   Q.   And so roughly how many students are in the twelfth

18        grade?

19   A.   22.

20   Q.   And how about in the eleventh grade?

21   A.   27.

22   Q.   And tenth grade?

23   A.   That's my son's class, I should know.  I'm going to

24        guess and say -- it's a guess, an educated guess,

25        I'll say about 15.
```

```
1    Q.   Okay, and how about the freshman class?

2    A.   Maybe 18.  That's a guess, an educated guess.  I

3         didn't bring my roster with me, I'm sorry.

4    Q.   No, we're not looking for exact numbers, so that's

5         fine, and how many teachers are at Temple Academy

6         currently?

7    A.   I have 28 staff total but that is faculty and

8         support staff.

9    Q.   Why don't we start with teaching staff.  How many

10        members of the teaching staff?

11   A.   16.

12   Q.   I'm sorry?

13   A.   16.

14   Q.   16?

15   A.   Um-hum.

16   Q.   Okay, and then are there custodians?

17   A.   Yes.

18   Q.   How many custodians do you have?

19   A.   One.

20   Q.   Okay.  What about clerical support?

21   A.   Yes.

22   Q.   How many clerical workers do you have?

23   A.   Two.

24   Q.   And then what other positions are there at the

25        school?
```

```
 1   A.   We have a bookkeeper, we have administration
 2        besides myself, we have before and after care
 3        support, we have an AD.
 4   Q.   AD is athletic director?
 5   A.   Yes.
 6   Q.   Is the athletic director also a teacher?
 7   A.   Part-time.
 8   Q.   Okay, and as the -- as the head of school, is your
 9        position essentially that of like a principal in a
10        public school?
11   A.   I'm not really familiar with what all the duties of
12        a principal in public school are but I have a lot
13        more weight maybe, maybe between my position and a
14        superintendent, somewhere in between there
15        probably.
16   Q.   Okay.  Do the teachers report directly to you?
17   A.   Yes.
18   Q.   Okay.
19   A.   Actually, no, let me scratch that.  No, because we
20        have a tier so we have an assistant principal and
21        they report directly to him and then him to me.
22   Q.   Okay, and who is the assistant principal?
23   A.   His name is Phil Hubbard.
24   Q.   Can you spell his last name?
25   A.   Sure, H-U-B-B-A-R-D.
```

```
1   Q.  And his title assistant principal?

2   A.  Um-hum.

3   Q.  Say yes or no.

4   A.  Yes.

5   Q.  But there is no principal position, is that

6       correct?

7   A.  I kind of serve as both I guess.  They call me the

8       head of school.

9   Q.  All right.  So you're the head of school and then

10      directly under you is the assistant principal?

11  A.  Um-hum.

12  Q.  You have to say yes.

13  A.  Yes.

14  Q.  Okay, and then do the teachers report to the

15      assistant principal?

16  A.  Yes, first, yes.

17  Q.  Okay.  Is Temple Academy affiliated with a church?

18  A.  Yes.

19  Q.  What church is it affiliated with?

20  A.  Centerpoint Community Church.

21  Q.  And has that church been known by a different name

22      at some point in the past?

23  A.  Yes.  We're just doing business as.  It's Calvary

24      Temple really.

25  Q.  Calvary Temple?
```

```
 1    A.   Um-hum, yes, sorry.
 2    Q.   And what denomination is Centerpoint Community
 3         Church?
 4    A.   Assemblies of God Church.
 5    Q.   And I don't know if this is the right question to
 6         ask but what kind of denomination is Assemblies of
 7         God?
 8    A.   Pentecostal.
 9    Q.   Okay.  Are there -- are there certain -- well, is
10         it -- is -- Assemblies of God, is that a Christian
11         denomination?
12    A.   Yes.
13    Q.   And are there certain tenets or beliefs that would
14         distinguish Centerpoint Community Church from other
15         Christian churches?
16    A.   I'm sure there are but I'm not well versed in the
17         church because I don't work for the church, I work
18         for the school.
19    Q.   Okay.  Are you a member of Centerpoint Community
20         Church?
21    A.   Yes.
22    Q.   How is Temple Academy governed?
23    A.   Great question.  So we have a School Board that
24         acts as advisory to me as a council, the governing
25         board is really the Church Board of Deacons that
```

1        oversee the school.

2   Q.   Okay.  So let me sort of go back over that a little

3        bit.  So there's a School Board, is that correct?

4   A.   Yes, there is.

5   Q.   Do they essentially act in an advisory position?

6   A.   Yes.

7   Q.   For example, does the School Board have any

8        authority to terminate your employment?

9   A.   No.

10  Q.   Okay.  Do they have the authority to dictate to you

11       the curriculum?

12  A.   No.

13  Q.   They can make recommendations to you?

14  A.   Yes.

15  Q.   And how many people are on the School Board

16       currently?

17  A.   Six.

18  Q.   And I don't need their names but can you describe

19       generally who's on the School Board?  For example,

20       is it parents of children who go to Temple Academy?

21  A.   Parents, grandparents, business people that are

22       interested in the school.

23  Q.   Are all the members of the School Board also

24       members of Centerpoint Community Church?

25  A.   No.

1   Q.   Are -- are some of them?

2   A.   Yes.

3   Q.   How many members of the School Board are members of

4        Centerpoint Community Church?

5   A.   Three.

6   Q.   Three?

7   A.   Yes.

8   Q.   And who makes up -- I think you described it as the

9        Church Board?

10  A.   Um-hum.

11  Q.   Yes?

12  A.   Yes.

13  Q.   Who -- how many people are on the Church Board?

14  A.   I don't know.

15  Q.   Okay.  Do you know if it's more than six?

16  A.   I don't know.

17  Q.   Okay.  Does the Church Board -- is the Church Board

18       in charge of Centerpoint Community Church?

19  A.   Yes.

20  Q.   And they are in charge of Temple Academy?

21  A.   Yes.

22  Q.   Okay, and so does the Church Board have, for

23       example, authority to terminate your employment?

24  A.   My employment is really interesting.  So the way

25       our bylaws read is that I serve at the pleasure of

```
 1         the superintendent.  He hires me, he fires me.
 2         He's the lead pastor of our church.  Most certainly
 3         if I was caught in some sort of moral failure, I'm
 4         sure the Board would come in and remove me quickly
 5         but I don't necessarily answer directly to them.  I
 6         answer directly to the superintendent.
 7    Q.   Is the superintendent on the Church Board?
 8    A.   Yes.
 9    Q.   And is he also the pastor --
10    A.   He is.
11    Q.   -- of Centerpoint Community Church?
12    A.   Yes.
13    Q.   Is there -- is there just one pastor of Centerpoint
14         Community Church?
15    A.   There's a lead pastor and he has an associate
16         underneath of him.
17    Q.   Okay.  What's the name of the lead paster?
18    A.   Craig Riportella.
19    Q.   Could you spell the last name?
20    A.   Sure.  R-I-P-O-R-T-E-L-L-A.
21    Q.   And I'm going to pronounce it wrong but Mr.
22         Riportella?
23    A.   Riportella, close.
24    Q.   Riportella?
25    A.   Yes.
```

```
 1   Q.   Is he the superintendent?

 2   A.   He is.

 3   Q.   And he's also the lead pastor?

 4   A.   Yes.

 5   Q.   Okay, and it's -- it's your understanding that you

 6        serve at the pleasure of the superintendent?

 7   A.   Yes.

 8   Q.   Okay.  Does the -- does the Church Board have

 9        authority to dictate to you school curriculum?

10   A.   They've -- they trust me to do my job.  They're not

11        going to step in that way because they're not

12        educators.  So the Church Board really is very

13        hands off.  They hire people to positions they

14        trust and they let them do their positions, if that

15        makes sense.

16   Q.   It does and this might be a hypothetical question

17        but let's say there was a disagreement between you

18        and the Church Board, for example, the school was

19        teaching a particular book at school and you

20        thought it was appropriate and the Church Board

21        thought it was not appropriate, would they have

22        authority to direct you to stop teaching that

23        particular book?

24   A.   They would have the authority but they would never

25        do that.
```

```
 1   Q.   Okay.  Is there some kind of -- well, you said that
 2        you have an employment contract, is that right?
 3   A.   I didn't say.
 4   Q.   No, okay.  You said something about you have an
 5        agreement or something that you serve at the
 6        pleasure of the superintendent?
 7   A.   He hired me.
 8   Q.   Okay, and is there any kind of written document
 9        that says that you serve at the pleasure of the
10        superintendent?
11   A.   Not that I know of.  It's just understood.  The
12        Church Board trusts him to do a job as well.  Does
13        that make sense?
14   Q.   Yes.
15   A.   Yeah.
16   Q.   Is there any kind of employment contract or
17        employment agreement that you have?
18   A.   I'm sure I do but it's been many years.  I haven't
19        seen it in a lot of years.
20   Q.   Okay.  Do you know whether there are any documents
21        that describe the relationship between the Church
22        Board and Temple Academy?
23   A.   Probably there are in our policy and procedure
24        manuals, I'm sure.
25   Q.   Besides the superintendent, who else is on the
```

1       Church Board at least as far as you're aware?

2   A.  I guess I don't understand the question.

3   Q.  Okay.  So you said that there was a Church Board,

4       correct?

5   A.  Um-hum, yes.

6   Q.  And the superintendent is on the Church Board?

7   A.  Yes.

8   Q.  And he's also the lead pastor?

9   A.  Yes.

10  Q.  And then there's also an associate or assistant

11      pastor?

12  A.  Yes.

13  Q.  And who is that?

14  A.  His name is Zach Dickey.

15  Q.  And is Mr. Dickey on the Church Board?

16  A.  No.

17  Q.  Do you know -- besides the superintendent, do you

18      -- do you know who else is on the Church Board?

19  A.  I can do my best by memory but I don't really see

20      them a whole lot.  It's basically people that just

21      attend our church, business people in the area.

22  Q.  That's -- let me ask it that way.  Are all the

23      members of the Church Board people who are members

24      of Centerpoint Community Church?

25  A.  Yes.

1  Q.  Okay.  How much is the tuition to attend Temple

2      Academy, why don't we say for a high school

3      student?

4  A.  I'm going to -- I think you have the documentation

5      in front of you but off the top of my head I'm

6      going to say it's 4,585.

7  Q.  $4,585?

8  A.  Um-hum.

9  Q.  And that's just your best estimate at this point?

10 A.  Yes.

11 Q.  Okay.  Does Centerpoint Community Church contribute

12     financially to Temple Academy?

13 A.  No.

14 Q.  Do they give financial assistance -- does

15     Centerpoint Community Church give financial

16     assistance to some students who attend Temple

17     Academy?

18 A.  No.

19 Q.  Are there -- are there any families whose children

20     attend Temple Academy who receive any kind of

21     financial assistance from Centerpoint Community

22     Church?

23 A.  Not from Centerpoint but from Temple, yes.

24 Q.  Okay.  So does Temple Academy give financial

25     assistance to students?

```
 1   A.   Yes.
 2   Q.   And other than -- well, one source of funds for
 3        Temple Academy are the tuition payments from
 4        families, correct?
 5   A.   Yes.
 6   Q.   Does Temple Academy have any other sources of
 7        income other than tuition payments?
 8   A.   We fundraise.
 9   Q.   Okay.
10   A.   Private, all private money.
11   Q.   All private money.  So other than private
12        fundraising and tuition payments, does Temple
13        Academy have any other sources of revenue?
14   A.   No.
15   Q.   Does Temple Academy receive any kind of federal
16        funding?
17   A.   No.
18   Q.   Who sets the tuition rates?
19   A.   We do it together, the School Board.
20   Q.   Are -- for a given grade level are all students
21        charged the same tuition amount?  That's probably a
22        terrible question.  My question is this, are -- let
23        me ask it specifically.  Do -- do students who are
24        members of Centerpoint Community Church receive any
25        kind of discount if they attend Temple Academy?
```

1   A.   They do.

2   Q.   And so how much is the discount?

3   A.   Ten percent.

4   Q.   What about students who attend other Assembly of

5        God Churches, do they receive a discount?

6   A.   No.

7   Q.   Are you -- are you aware that in Maine for families

8        who live in certain towns who don't have a public

9        school or don't have a school that they're

10       associated with that these families can receive

11       tuition vouchers to attend another school?

12  A.   Yes, I'm aware.

13  Q.   Okay, and do you know whether those -- I'll just

14       call them tuition vouchers, whether those tuition

15       vouchers can be used at Temple Academy?

16  A.   They cannot.

17  Q.   Do you know why they can't be?

18  A.   No.

19  Q.   Do you know if it has anything to do with the

20       religious nature of Temple Academy?

21  A.   I don't.

22  Q.   Have you -- have you ever investigated whether

23       Temple Academy could become eligible for tuition

24       vouchers?

25  A.   No.

```
1   Q.   Does Temple Academy have any interest in becoming

2        eligible for tuition vouchers?

3   A.   No.

4   Q.   If Temple Academy were eligible for tuition

5        vouchers if they went through some kind of process,

6        would Temple Academy go through that process?

7   A.   No.

8   Q.   Why not?

9   A.   Because we wouldn't do anything to hurt our

10       mission.

11  Q.   Well, it would provide funding for parents to be

12       allowed to send their children to the school?

13  A.   I understand that.

14  Q.   And so wouldn't that help your mission if -- if

15       families were financially -- if families had -- had

16       better financial ability to send their children to

17       your school?

18  A.   Not if there's strings attached, no.

19  Q.   And when you say "strings attached," what are you

20       referring to?

21  A.   I don't know enough about it.  I don't know enough

22       to know what that looks like to say yes right now.

23  Q.   Okay.  Have you ever participated in any kind of

24       discussions with either the Church Board or the

25       School Board or employees at Temple Academy
```

```
 1        regarding whether or not Temple Academy should look
 2        into becoming eligible for -- for receipt of
 3        tuition vouchers?
 4    A.  The topic has come up before when our governor was,
 5        you know, definitely pro that way but nothing --
 6        not a serious conversation.
 7    Q.  Let's just -- this is a hypothetical and if you
 8        can't answer it, I understand but let's assume that
 9        Temple Academy could become eligible for tuition
10        vouchers with no strings attached.  Is that
11        something Temple Academy would be interested in?
12    A.  I guess I'd have to see it in writing.
13    Q.  Okay.  From sort of a doctrinal standpoint, would
14        Temple Academy have concerns about using State
15        funds to assist in the education of the children
16        who attend the school?
17    A.  Give that to me again, I'm sorry.
18    Q.  Yeah, that was a terrible question.  So I saw
19        something in one of the documents that said that
20        one of the beliefs of Temple Academy is that God
21        has ordained the home, the church and the State.
22        Do you agree with that?
23    A.  I think I'd have to read more of the document to
24        understand in what context it's saying.
25    Q.  Okay.  Do you -- does Temple Academy have a belief
```

```
 1        as to who is responsible for educating children?
 2   A.   I understand I'm here speaking on behalf of Temple
 3        Academy but as far as the school's position, we
 4        think it's the parents coming alongside school
 5        together, working together as a team.
 6   Q.   Do you have -- does Temple Academy have a position
 7        about whether the State is responsible for
 8        educating children?
 9   A.   We follow the State guidelines for education so, of
10        course, I think we work together, all of us
11        together as a team, if that makes sense.  That's a
12        horrible answer but --
13   Q.   It was probably a terrible question.  Are you
14        familiar with something called Basic School
15        Approval from the Maine Department of Education?
16   A.   Not really.
17   Q.   Okay.  Do Troy and Angela Nelson have one or more
18        children who attend Temple Academy?
19   A.   One.
20   Q.   And are you aware that the Nelsons are plaintiffs
21        in this lawsuit?
22   A.   I am now.
23   Q.   When did you first become aware of that?
24   A.   When I got a call from her office.
25   Q.   And you pointed to Sarah Forster?
```

1   A.   Um-hum.

2   Q.   Were you surprised to learn that they were

3       plaintiffs in the litigation?

4   A.   Yes.

5   Q.   Why were you surprised?

6   A.   Because I thought there would have been a

7       conversation with the school to see would Temple be

8       interested in taking these funds before we're here

9       today.

10   Q.   After you learned about their -- about the Nelsons'

11       involvement in the lawsuit, did you have a

12       discussion with them?

13   A.   No.

14   Q.   Since you received the call from Sarah Forster,

15       have you had any discussions with the Nelsons about

16       their involvement in the lawsuit?

17   A.   No.

18   Q.   Do you know how the Nelsons found out about the

19       prospect of joining the lawsuit?

20   A.   I don't.

21   Q.   Okay.  You said you were surprised to learn that

22       they were in the lawsuit.  Were you upset to learn

23       that they were in the lawsuit?

24          MR. WOODCOCK:  I'm just going to interpose a

25       line of objections here.  I think the area you're

```
 1        inquiring into now really isn't part of the topics

 2        that were designated, and I think the nature of the

 3        questions you're asking are more in the nature of her

 4        testifying in her personal capacity.  I don't have an

 5        objection to Ms. LaFountain answering those questions

 6        as long as it's understood that it's not a 30(b)(6)

 7        answer.

 8                  MR. TAUB:  That's fair.
```

**BY MR. TAUB:**

```
10   Q.   Were you upset to learn that they had joined the

11        lawsuit?

12   A.   Upset is not the correct word.

13   Q.   Okay, but you were surprised because you would have

14        anticipated that before doing so they would have

15        had some kind of discussion with you about that?

16   A.   That would have been kind.

17   Q.   Okay.  If -- if a family is considering sending

18        their child to Temple Academy and they have

19        questions, are you -- are you the person they would

20        typically meet with to get more information about

21        the school?

22   A.   Yes.

23   Q.   And so if a family came to you and said what are

24        the differences between Temple Academy and a

25        typical public school, is there specific
```

```
 1        information that you would provide to them to help

 2        them answer that question?

 3   A.   Yes.

 4   Q.   And so in your view, what are the differences

 5        between Temple Academy and a typical public school?

 6   A.   We're not just a private school, we're a private

 7        Christian school.

 8   Q.   I'm sorry, you're not just a private school?

 9   A.   We're a private Christian school so that's a big

10        difference.

11   Q.   Right, and would you tell them about how that

12        impacts the kind of education that their child

13        would receive at the school?

14   A.   Yes.

15   Q.   And what do you tell them about that?

16   A.   I tell them that we have a Statement of Faith and

17        can you agree to the Statement of Faith, does it

18        line up with what you believe.  We have people that

19        attend our school that are not necessarily

20        Christian people but can say yes, I can support you

21        on your Statement of Faith, and we just have a

22        conversation -- real conversations about the good,

23        the bad and the ugly, the differences, that we're a

24        small school, we don't provide a lot of the bells

25        and whistles of a public school because we're not
```

```
 1          publically funded but we offer a safe environment
 2          and great academics.
 3     Q.   Okay.
 4              (Exhibit No. 6 marked for identification.)
 5     BY MR. TAUB:
 6     Q.   I'm going to show you what's been marked as Exhibit
 7          6 and I'll just give you a minute to take a look at
 8          that.  My first question is going to be, do you
 9          recognize this document?
10     A.   Yes.
11     Q.   What is it?
12     A.   It's part of the admissions packet that we give.
13     Q.   So if a parent was interested in sending their
14          child to Temple Academy, you could send them out a
15          packet and this would be included within that
16          packet?
17     A.   Yes.
18     Q.   Okay.  I want to ask you about on the second page
19          the Policy of Nondiscrimination.  Do you see that?
20     A.   Um-hum, yes.
21     Q.   So it says, "Temple Academy admits students of any
22          race, color, national and ethnic origin."  Is that
23          an accurate statement of the Policy of
24          Nondiscrimination?
25     A.   Yes.
```

1  Q.  It doesn't say anything in there about religion and

2      so I'm wondering if Temple Academy has any policies

3      with respect to whether it will admit students or

4      not admit students who are of a particular

5      religion?

6  A.  Well, we have conversations with families about

7      that.  Our policy is we're a Christian school and

8      if you read down, admissions policy one is pretty

9      clear.

10  Q.  Okay.

11  A.  So we -- have we had people in the building that

12      were not Christians?  Yes, of course, but we sit

13      down and have conversations and we say this is who

14      we are, can you support us in who we are, and if

15      you say yes, then we'd love to have you come and be

16      part of our school, but if the answer is no, I

17      mean, it's just not going to work.  Why put both

18      parties through that?

19  Q.  Well, let's say that you had -- that you had a

20      child from a Jewish family who firmly believed in

21      the Jewish faith, would that child be eligible for

22      admission at Temple Academy?

23  A.  We actually had a family that was kind of -- they

24      kind of made their own religion.  It was

25      interesting.  They were kind of like Jewish and I

```
 1        don't know how to describe them but yeah, they came
 2        and it was fine.
 3   Q.   What about a family who is firmly Jewish though?
 4   A.   I think we'd have to have some real hard
 5        conversations and say this is who Temple Academy
 6        is.
 7   Q.   Is it -- is -- in addition to providing academic
 8        instruction, is part of Temple Academy's mission to
 9        instill a deeper sense of Christianity in students?
10   A.   I think a deeper sense of Christ, maybe not
11        Christianity but who Christ is.
12   Q.   And what does -- what does Temple Academy teach
13        regarding who Christ is?
14   A.   We teach basic Bible doctrines.  We have 23
15        churches represented in our school.  We don't teach
16        the Assemblies of God doctrine.  Our school is
17        nondenominational, we have Catholic kids in the
18        building, I have foreign exchange students in the
19        building that are Buddhists that aren't practicing
20        obviously here.  We've got kids that just come.  So
21        we teach a basic Bible class every day that's just
22        Bible, morals.
23   Q.   What if you had a child who wanted to go to Temple
24        Academy who says I don't believe in God period?
25   A.   That's not going to work for us, right, because why
```

```
 1          would I put a child through that and be a schism in
 2          their home.  That's not what Temple Academy wants
 3          to be in anybody's home.  That would cause
 4          confusion for the child.  That's not going to be
 5          successful for that child or their situation at
 6          school.
 7     Q.   But if the child and the family says we understand
 8          that but we still want our child to attend your
 9          school?
10     A.   I guess it would have to be a Board decision.
11     Q.   Okay.  Are you aware of any -- has there ever been
12          a child who attended Temple Academy who professed
13          to not believe in God?
14     A.   Yes.
15     Q.   And did that work out?
16     A.   I have a student right now who's an exchange
17          student from Germany who is a high school student
18          who is very respectful of who we are and is there
19          for the education.
20     Q.   And does not believe in God?
21     A.   Does not believe in God.  I would say more Agnostic
22          than Atheist.
23     Q.   Okay.  Going back to the document, Exhibit 6, under
24          Policy of Nondiscrimination, there's some admission
25          policies on the second page.  Do you see -- do you
```

```
 1        see the admission policies?
 2   A.   Yes.
 3   Q.   Okay.  So one thing it says is "in order to
 4        maintain the Evangelical philosophy of our school,
 5        at least one parent/guardian should be Born Again
 6        and in regular attendance at a Bible-believing
 7        church."  Do you see that?
 8   A.   Yes.
 9   Q.   So it says "should."  Does that mean that you
10        wouldn't necessarily preclude a student from
11        applying who didn't have a parent who was Born
12        Again?
13   A.   We have in the past but again, they are hard
14        conversations we have with people and say this is
15        who Temple Academy is, we're not going to change
16        who we are, if you can come and be respectful, you
17        know, we're going to be who we are.
18   Q.   Is it -- is it enough for a child to be respectful
19        of Temple Academy's views and its mission or does
20        the child also have to agree with that -- with
21        those beliefs and the mission?
22   A.   I can't make anybody agree with my beliefs.  All I
23        can say is this is who we are, I can say this is
24        the way I think you should walk and it's up to you
25        to decide.
```

1   Q.   So for example, does Temple teach children that the
2        Bible is the word of God?
3   A.   We do.
4   Q.   And do you teach children that the Bible is
5        infallible?
6   A.   We do.
7   Q.   And that it should be obeyed in every aspect of
8        life?
9   A.   Yes.
10  Q.   And if you had a child who did not acknowledge that
11       the Bible is the word of God, would you have any
12       concerns about that child attending Temple Academy?
13  A.   I would have concerns for the well-being of the
14       child because I don't want to cause confusion in
15       that child's mind or the child's home.
16  Q.   But you're saying you wouldn't necessarily preclude
17       the child from attending Temple Academy?
18  A.   I think that's a conversation we'd have to have at
19       the Board level.
20  Q.   Going back to the admissions policies, the last
21       sentence under item one says, "students from homes
22       with serious differences with the school's Biblical
23       basis and/or its doctrines will not be accepted."
24       Do you see that?
25  A.   Um-hum.

```
 1   Q.   Yes?

 2   A.   Yes.

 3   Q.   What does that mean?

 4   A.   I think just what it says.

 5   Q.   Well, if -- if a family doesn't believe that the

 6        Bible is the word of God, does that mean that the

 7        child will not be accepted?

 8   A.   According to our admissions policy, yes.

 9   Q.   And is the admissions policy correct?

10   A.   I would say it's correct but I would say it's fluid

11        too.  I'd say we have conversations with people and

12        I think that you have to draw a line in the sand

13        and say this is who Temple Academy is, and the

14        biggest thing is not that we don't love children

15        but we don't want to cause confusion in a child's

16        mind or a child's home and say this is what's being

17        taught at school and this is what's taught at home.

18        How is that going to work?  It's not going to work.

19   Q.   I just want to be clear, I'm not here to --

20   A.   No, I understand.

21   Q.   But maybe I just need to say it.

22   A.   I understand.

23   Q.   I'm not here to challenge Temple Academy's policies

24        or whether they are good or bad.

25   A.   I understand.
```

```
 1   Q.   Because I certainly believe Temple Academy has the
 2        right to do what it's doing.  I'm just trying to
 3        figure out exactly what Temple's policies are.
 4   A.   I understand.
 5   Q.   Okay.  So the admissions policies that we were
 6        looking at, are these the policies that are
 7        currently in effect?
 8   A.   Yes, yes.
 9   Q.   Okay, and so the policy that's currently in effect
10        says that "students from homes with serious
11        differences with the school's Biblical basis and/or
12        its doctrines will not be accepted," that's what it
13        says, correct?
14   A.   Yes.
15   Q.   And would you agree that if a student comes from a
16        home where the family does not believe in God that
17        that would be a serious difference with the
18        school's Biblical basis and doctrines?
19   A.   Yes.
20   Q.   Would you agree that if a student is Muslim and
21        comes from a Muslim home that that family would
22        have serious differences with the school's Biblical
23        basis and its doctrines?
24   A.   Yes.
25                  MR. WOODCOCK:  Just on this line of
```

```
 1        questioning here I'll just interpose an objection.  I
 2        think a lot of these questions have been asked and
 3        answered.  What Ms. LaFountain testified to earlier
 4        was that they would accept students irrespective of
 5        belief providing they were respectful of the mission
 6        of Temple Academy, and I think these questions seem
 7        to be sort of plowing the same ground.  So I -- I
 8        just think that -- that question has been asked and
 9        answered and you keep coming back to it.
10   BY MR. TAUB:
11   Q.   Well, I think what I'm asking is if you look at the
12        admissions policies, is there anything in there
13        that says that if a student is respectful of Temple
14        Academy's beliefs, that that child would be
15        eligible for admission?
16   A.   I'm reading through it just to make sure I'm not
17        missing anything.  Article one, no.
18   Q.   Okay.
19   A.   But we have students at school right now, because I
20        have foreign students, that we place in Christian
21        homes and our policy doesn't state that the student
22        has to be a Christian but the parent should be, so
23        that's why I have a student that's not, you know,
24        of the same faith but very respectful.
25   Q.   What's the difference between a Christian and a
```

```
 1        Born Again Christian?
 2   A.   I think it's just semantics.
 3   Q.   Are all Christians in your view Born Again
 4        Christians?
 5   A.   I can't answer that question.
 6   Q.   Does Temple Academy have a policy regarding
 7        admitting students who are homosexual?
 8   A.   Yes.
 9   Q.   And what is that policy?
10   A.   I'd have to read it but it's just not going to work
11        at our school, although we have students that
12        struggle at our school right now, and we love our
13        students and guide our students and try to come
14        alongside them the best that we can.
15   Q.   If you were -- well, do you typically interview the
16        parents and the student before making an admission
17        decision?
18   A.   Um-hum, yes.
19   Q.   If during the interview the student said I
20        completely support the mission of Temple Academy
21        and its doctrines and its beliefs but I want you to
22        know that I'm gay; would that student be eligible
23        for admission?
24   A.   That's a question that would have to be discussed
25        at a Board level.
```

```
 1   Q.   Have you ever admitted a student who told you
 2        beforehand that he or she was gay?
 3   A.   No.
 4   Q.   What about a student who identifies with a gender
 5        that's different than what's listed on the
 6        student's birth certificate, would that student be
 7        eligible for admission?
 8   A.   No.
 9   Q.   Would you agree that one of Temple Academy's
10        missions or goals is to promote a healthy
11        Christ-like home?
12   A.   Yes.
13   Q.   And what does that mean?
14   A.   That's a loaded question.  A happy -- okay, a home
15        that's functioning well, kids are happy, kids are
16        safe.
17   Q.   Does Temple Academy teach students about the proper
18        structure of a Christian family?
19   A.   Can you rephrase that?
20   Q.   Yeah, for example, does -- does Temple Academy
21        teach children anything about the respective role
22        of a man and a woman in a Christian family?
23   A.   Husband and wife, is that what you're asking me?
24   Q.   I'm sorry?
25   A.   I guess I'm not sure what you're asking me.
```

```
 1   Q.   Does Temple Academy -- for example, does Temple
 2        Academy teach children anything about what the
 3        proper role of the wife is in a Christian family?
 4   A.   I guess I don't understand what you're asking me.
 5        What does that mean, home cooking, cleaning?  What
 6        are you asking me?
 7   Q.   Well, that's my question.  Do they teach that the
 8        wife is responsible for cooking?
 9   A.   I don't think so, no.
10   Q.   Do they teach that the wife must obey the husband?
11   A.   I don't know.
12   Q.   You don't know that?
13   A.   Well, no, I mean, that's archaic, right?  I mean,
14        I'm a woman and I serve as the head of the school
15        so that should kind of show where our school is at.
16   Q.   Would Temple Academy admit a student who lives in a
17        family with two fathers?
18   A.   No.
19   Q.   With two mothers?
20   A.   No.
21   Q.   Why not?
22   A.   It's not going to work.  Again, for the safety of
23        this child, it's not going to work.  It's just not
24        going to work.
25   Q.   Are students at Temple Academy required to attend
```

```
 1        religious services during the school day?
 2   A.   We have chapel once a week.
 3   Q.   And are students required to attend that?
 4   A.   Yes.
 5   Q.   Okay.  What about outside the school, are students
 6        required to attend church services outside of the
 7        school day?
 8   A.   No.
 9   Q.   And how long -- you said that chapel is once a
10        week?
11   A.   Yes.
12   Q.   How long does the chapel service last?
13   A.   Half-hour.
14   Q.   Would you agree that Temple Academy provides a
15        Biblically-integrated education?
16   A.   Yes.
17   Q.   And what does it mean to provide a Biblically-
18        integrated education?
19   A.   So we use the Bible in everything, we teach our
20        Christian view, so history, science, even English.
21   Q.   What about in math?
22   A.   Oh, I think that math is logical and, you know, one
23        plus one is always going to be two.  We believe
24        that a creator designed a universe and, of course,
25        it goes hand in hand but I have taught math in the
```

```
 1         past.  Did I use verses in math?  No, I'm teaching

 2         math, I'm teaching algebra, I'm teaching whatever

 3         the discipline is.

 4    Q.   So does the Bible get integrated in some way, for

 5         example, in the teaching of math?

 6    A.   That's a really huge question.  I think the -- the

 7         premise that we serve a God of order and one plus

 8         one is always going to be two, yes; but are we

 9         doing verses for math?  No, it's algebra, it's

10         pre-cal, calculus, just like you'd see in any high

11         school across America.

12    Q.   What about in science, how is the Bible integrated

13         into science classes?

14    A.   I taught science as well, so there you go.  We

15         teach creation but we also teach evolution.  We

16         teach both.

17    Q.   And when you teach creation and evolution, do you

18         -- do you teach that one is more credible than the

19         other?

20    A.   They're both based on faith.

21    Q.   Okay.

22    A.   I just have a -- I put faith in God.

23    Q.   Do you teach students that they should obey the

24         Bible in their daily lives?

25    A.   Yes.
```

```
 1   Q.   Do you -- do you teach children that they should

 2        attempt to spread the word of Christianity?

 3   A.   Yeah.

 4   Q.   Do you teach anything -- do you teach students

 5        anything about homosexuality?

 6   A.   It's not in our curriculum.

 7   Q.   Do you teach children anything about the proper

 8        definition of marriage?

 9   A.   I don't believe it's in our curriculum.

10   Q.   When you say these things aren't in your

11        curriculum, does that mean that no, you don't teach

12        children about those subjects or you just don't

13        know one way or the other?

14   A.   If it's not in the curriculum, I don't see how it

15        would come up.  I think it's understood our

16        position on marriage.

17            (Exhibit No. 7 marked for identification.)

18   BY MR. TAUB:

19   Q.   That's marked as Exhibit 7, and my first question

20        is just going to be do you recognize this document?

21   A.   I do.

22   Q.   Okay.  What is it?

23   A.   It's our Teacher Employment Agreement.

24   Q.   And looking at page 2 under Conditions of

25        Employment -- first of all, are you with me?  It's
```

```
 1        Roman numeral III.
 2   A.   Yes.
 3   Q.   Conditions of Employment and number one says, "the
 4        teacher affirms that as part of the qualifications
 5        for this position, he or she is a Born Again
 6        Christian who knows the Lord Jesus Christ as
 7        Savior."  Do you see that?
 8   A.   Yes.
 9   Q.   And is that, in fact, a necessary qualifications to
10        be a teacher at Temple Academy?
11   A.   Yes.
12   Q.   If -- and again, these are -- this is another
13        hypothetical, see if you can answer it.  If in
14        order to receive tuition vouchers Temple Academy
15        could no longer require its teachers to be Born
16        Again Christians, would that be a concern for the
17        school?
18   A.   Yes.
19   Q.   Do you think that would be a nonstarter as far as
20        the school is concerned?
21   A.   I'm sorry, give that to me again.
22   Q.   Yeah, well, I think you said before that if there
23        were some strings attached that Temple Academy
24        might have some concerns.
25   A.   Yes.
```

```
 1   Q.   If one of the strings was that you -- you no longer
 2        can require teachers to be Born Again Christians,
 3        would that be the kind of string that you think
 4        Temple Academy would just flatly refuse to take
 5        public money?
 6   A.   Yes.
 7   Q.   What about a teacher who is homosexual, would a
 8        homosexual teacher be eligible for employment?
 9   A.   No.
10   Q.   Again, is that a string that Temple Academy would
11        flatly refuse if it was a condition --
12   A.   Yes.
13   Q.   -- of public funding?
14   A.   Yes.
15   Q.   Okay.  Looking at -- I'm on page 3, item 12, it
16        starts with, "the teacher agrees that the scripture
17        dictates standards of sexual behavior," do you see
18        that?
19   A.   Yes, um-hum.
20   Q.   And then a little ways down it says, Romans one, I
21        guess is that verses 24 through 32?
22   A.   Yes.
23   Q.   You can see the ignorance of my Biblical knowledge
24        here.  "State that God recognize homosexuals and
25        other deviants as perverted," do you see that?
```

```
 1   A.   Yes.
 2   Q.   Is that something that Temple Academy believes,
 3        that homosexuals are perverted?
 4   A.   Not them but their lifestyle according to the
 5        scripture.
 6   Q.   Does Temple Academy teach students that the
 7        homosexual lifestyle is perverted?
 8   A.   It's not a topic we talk about.
 9        (Exhibit No. 8 marked for identification.)
10   BY MR. TAUB:
11   Q.   I've just marked Exhibit 8 and I'll ask you if you
12        recognize that document.
13   A.   Yes.
14   Q.   And what is it?
15   A.   It's our student/parent handbook.
16   Q.   And this is for the current academic school year?
17   A.   Yes.
18   Q.   I want to ask you to look at page 4 where it says
19        Statement of Mission.
20   A.   Yes.
21   Q.   Does that accurately set forth the mission of
22        Temple Academy?
23   A.   Yes.
24   Q.   And then do you see the section entitled Statement
25        of Faith?
```

 1  A.  Yes.

 2  Q.  Does that accurately set forth the Statement of

 3      Faith of Temple Academy?

 4  A.  Yes.

 5  Q.  And then do you see the section Educational

 6      Philosophy?

 7  A.  Yes.

 8  Q.  Does that accurately set forth the Educational

 9      Philosophy of Temple Academy?

10  A.  Yes.

11  Q.  So if you'd look at page 6 under the heading for

12      Personal and Social Growth, do you see that?

13  A.  Yes.

14  Q.  Are these -- and then do you see that there's a

15      series of bullet points underneath?

16  A.  Yes.

17  Q.  Do these bullet points represent things that Temple

18      Academy strives to do with respect to the students

19      who attend there?

20  A.  Yes.

21  Q.  So, for example, Temple Academy strives to develop

22      each child's unique personality, talents and

23      skills?

24  A.  Yes.

25  Q.  And then if you look down, it's the one, two,

```
 1        three, four, five, six, seventh bullet point that
 2        says, "to impart a Biblical understanding for
 3        marriage and family and to equip students with the
 4        skills to establish God-honoring homes."  Do you
 5        see that?
 6   A.   Yes.
 7   Q.   So what does Temple Academy do to impart a Biblical
 8        understanding for marriage and family life?
 9   A.   I think we just foster it, we live it.
10   Q.   Well, is there something -- is there something
11        about a Biblical understanding of marriage and
12        family life that might be different from other
13        kinds of understandings?
14   A.   Well, obviously it's between one man and one woman.
15   Q.   And so does that mean that you teach students that
16        under the Bible a proper family is between a man
17        and a woman?
18   A.   Yes, a proper marriage.
19   Q.   And then if you turn to page -- well, the very
20        bottom of page 6, going to the top of page 7, it's
21        the -- it says About the School and then it says
22        Governance.  Do you see that on page 6?
23   A.   Yes.
24   Q.   And then on page 7, the first line says that
25        "Temple Academy is an integral ministry of
```

```
 1      Centerpoint Community Church."  Do you see that?
 2   A.  Yes.
 3   Q.  And is that accurate?  Would you consider Temple
 4       Academy to be an integral ministry of Centerpoint
 5       Community Church?
 6   A.  Yes.  We're the largest outreach ministry of the
 7       church.
 8   Q.  Okay, and what does an outreach ministry mean?
 9   A.  It means we're not just doing church on Sunday
10       morning, we have things that we do.
11   Q.  And so would you view Temple Academy as essentially
12       an extension of Centerpoint Community Church?
13   A.  Yes.
14   Q.  If you'd turn to page 9 under the heading
15       Admissions Policies and then Enrollment
16       Requirements, do you see that section?
17   A.  Yes.
18   Q.  And then item one, the last sentence says, "we
19       believe it is our Biblical role" -- I guess there's
20       a grammatical mistake there -- "we believe it is
21       our Biblical role is to work in conjunction with
22       the home to mold students to be Christlike."  Do
23       you see that?
24   A.  Yes.
25   Q.  Is that one of the things that Temple Academy
```

```
 1        strives to do is to mold students to be Christlike?
 2   A.   Yes.
 3   Q.   And what does it mean to mold a student to be
 4        Christlike?
 5   A.   To show them to love your neighbor over yourself in
 6        every aspect.
 7   Q.   Does it mean to obey the Bible?
 8   A.   Yes.
 9   Q.   To accept that the Bible is the word of God?
10   A.   Yes.
11   Q.   To accept Christ as your personal savior?
12   A.   Yes.
13   Q.   So that is something that you teach students?
14   A.   We don't force it down their throats but we say
15        this is what we believe.  All we can say is it's
16        your choice, this is what we think, this is what
17        the Bible says, it's your choice to receive or not
18        receive.
19   Q.   But do you promote that to students?
20   A.   Yes.
21   Q.   Do you say that you really should accept Christ as
22        your personal savior?
23   A.   Yes.
24   Q.   If you'd turn to page 25, it's the section entitled
25        Student Conduct/General Rules of Conduct, and I'm
```

```
 1        looking at the last one, number 10.  It says, "no
 2        unapproved magazines or books are to be brought to
 3        school; this means anything relating to vampires or
 4        werewolves or dark related materials, et cetera;
 5        the rule of thumb is this, could Jesus read this
 6        book with you."  Did I read that correctly?
 7   A.   Yes.
 8   Q.   Can you describe sort of what this means in terms
 9        of what is not acceptable reading material in
10        school?
11   A.   Well, you have to remember we have pre-K through
12        twelfth grade.  So what might be acceptable for a
13        twelfth grader is not acceptable for a preschooler
14        to read, so we draw a hard line because the issue
15        is not what the high schoolers read, it's the
16        little kids that's going to give them nightmares at
17        night.  So I don't want to be responsible for that
18        so we say that if you're five or you're six, can
19        Jesus read this with you.  If the answer is no,
20        then maybe you shouldn't be reading it, maybe
21        there's another book you can read that's more
22        giving.
23   Q.   Are there books that if a high schooler showed up
24        with it in school you would say that's not an
25        appropriate book for you?
```

```
 1   A.   Depending on the book.
 2   Q.   Does it ever happen that books show up in the high
 3        school that you tell students they shouldn't have?
 4   A.   That hasn't happened in a long time.
 5   Q.   I mean, for example, it says werewolves or
 6        dark-related material.  If a student showed up with
 7        a book from the Twilight series, is that
 8        appropriate?
 9   A.   I think I have students reading books from the
10        Twilight series on their own time.  It's not going
11        to come through the school but I can't -- I -- as
12        Denise LaFountain speaking I'm going to say no; as
13        Temple Academy, you can't police all that, you
14        can't police what a kid has in their backpack.  Are
15        we going to be teaching it from the school's point
16        of view?  No.
17   Q.   But there are -- I assume that there are things
18        that a student could bring in for reading material
19        that would result in discipline, correct?
20   A.   Maybe not discipline, just don't bring that --
21        that's probably not appropriate here.  Fifty Shades
22        of Grey is not going to be appropriate in school.
23            MS. FORSTER:  I'm not sure if I'm ready for
24        it.
25                        (LAUGHTER)
```

1    **BY MR. TAUB:**

2    A.   I'm trying to answer your question.

3    Q.   Yeah, let me just try this a little differently.

4         Are there -- are there books out there that if a

5         student showed up with the book and the teacher

6         happened to see the book, the teacher would say,

7         hey, that's really not a book that you should have

8         at the school?

9    A.   I'm sure there are.

10   Q.   Okay, and can you give any kind of examples of

11        those kinds of books?

12   A.   Fifty Shades of Grey.   There you go.

13   Q.   Okay.   What about, for example, the Harry Potter

14        series?

15   A.   I -- you know, there's pastors' wives that read the

16        Harry Potter series.   As Denise LaFountain

17        personally, I don't think kids should be reading

18        that but I -- do we have it in our library?   No,

19        because we are very conservative because we have 23

20        churches represented in our school.   So when we

21        draw a line, we're going to draw it on the

22        conservative side because we have 23 churches

23        represented in the school and everybody has a

24        different stance so we try to be very conservative

25        in what we have and what we provide.   That's why it

```
 1          works.
 2   Q.   And what is it about the Harry Potter series that
 3          makes it not be included in the school library?
 4   A.   It's witchcraft.
 5   Q.   Okay.  What about Macbeth, Macbeth has witches in
 6          it.  Would that be included in the school library?
 7   A.   The kids are reading it.
 8   Q.   Okay.
 9   A.   It's Shakespeare, not Harry Potter.
10   Q.   Okay.
11   A.   A wee bit of a difference.
12   Q.   Is the Twilight series in the school library?
13   A.   No.
14          (Exhibit No. 9 marked for identification.)
15   BY MR. TAUB:
16   Q.   Let me show you Exhibit 9.  Do you recognize this
17          document?
18   A.   Yes.
19   Q.   I just want to ask some basic questions about it.
20          So if you turn to page 4, towards the bottom it
21          says Educational Philosophy, do you see that?
22   A.   Yes.
23   Q.   Does that accurately set forth the educational
24          philosophy of Temple Academy?
25   A.   Yes.
```

```
 1   Q.   If you turn to page 5, it says Temple Academy
 2        Objectives, do you see that?
 3   A.   Yes.
 4   Q.   Does that accurately set forth the objectives of
 5        Temple Academy?
 6   A.   Yes.
 7   Q.   If you turn to page 27 under the bold headline
 8        Teaching Guidelines, and then I want to ask you
 9        about teaching of literature which is sort of the
10        last topic on the page, do you see that?
11   A.   Yes.
12   Q.   And I just want to ask you about the sentence at
13        the bottom of the page, it says, "for these reasons
14        non-Christian literature is included in our
15        curriculum," and I'm just wondering if there's a
16        particular definition or a meaning as to what
17        non-Christian literature would be?
18   A.   Just literature without -- non-faith-based
19        literature.
20   Q.   Okay.  So can you give me an example of Christian
21        literature?
22   A.   Sure.  The Left Behind series for kids.  It's very
23        popular with kids.  It's definitely a faith-based
24        literature that's not in our curriculum either.
25   Q.   Okay.
```

```
 1   A.   Fun, light reading.
 2   Q.   Would you say that Christian literature is faith-
 3        based literature?
 4   A.   Yes.
 5   Q.   And non-Christian literature would be literature
 6        that's not faith-based?
 7   A.   Yes.
 8   Q.   Okay, and I think you said MacBeth is something
 9        that is in your curriculum?
10   A.   It is.
11   Q.   For what age group?
12   A.   I think it's juniors.
13        (Exhibit No. 10 marked for identification.)
14   BY MR. TAUB:
15   Q.   I'll show you Exhibit 10.  Do you recognize this
16        document?
17   A.   Yes.
18   Q.   What is it?
19   A.   It's our Family Covenant.
20   Q.   And so are -- is this something that you require
21        the mother and father of the child to sign?
22   A.   Yes.
23   Q.   Do you have -- do you have children who come from
24        homes where there's only a mother or only a father?
25   A.   Yes.
```

```
 1   Q.   And in that situation, would just either the mother
 2        or the father sign the document?
 3   A.   Yes.
 4   Q.   Okay, and I want to ask you about sort of the last
 5        paragraph under the signature lines for the father
 6        and the mother and it says sort of midway through
 7        the paragraph, "we also understand that attendance
 8        at Temple Academy is a privilege and not a right;
 9        we understand that the school may request
10        withdrawal at any time if in the opinion of the
11        school the student does not fit into the spirit of
12        the institution regardless of whether or not he/she
13        conforms to the specific rules and regulations."
14        Do you see that?
15   A.   Yes.
16   Q.   Can you explain a situation where a student would
17        not violate a specific rule or regulation but it
18        would be determined that the student doesn't fit
19        into the spirit of Temple Academy?
20   A.   I had a student that was a -- he was a little bit
21        of a troublemaker but his father could not support
22        our school and so because basically the father --
23        we had to deal with the father with discipline and
24        it got to a point where nobody wanted to deal with
25        this kid because they were going to face the wrath
```

```
 1        of the father and the kid was a little bit of a
 2        prankster, but if the family was supportive, we
 3        could have dealt with the behavior of the kid but
 4        because the parents weren't supportive, there was a
 5        breakdown and so the kid was just running slipshod.
 6        He took a set of keys and put them in the ceiling,
 7        I mean, he was -- that's not an offense that you
 8        would expel a student over but when you have a
 9        parent that's constantly questioning you or just
10        not supporting you, then there comes a breakdown.
11        That's the wonderful thing about school choice.
12   Q.   Have you -- have you ever had to ask a student to
13        leave because you felt that either the student or
14        the student's family wasn't sufficiently committed
15        to the Christian faith?
16   A.   No.
17   Q.   And then if you turn back to the document, at the
18        very end it looks like you also required the
19        student to sign this?
20   A.   In seventh through twelfth grades, yes.
21   Q.   Okay, and one of the things that the student is --
22        is signing onto is, "I will seek at all times with
23        the help of the Holy Spirit to live a godly life in
24        and out of school in order that Jesus Christ will
25        be glorified."  Do you see that?
```

| | |
|---|---|
| 1 | A.   Yes. |
| 2 | Q.   So does, in fact, the student have to commit to |
| 3 |      doing that in order to be eligible for enrollment? |
| 4 | A.   I've never had a student not sign this document. |
| 5 | Q.   If a student refused to sign this document, would |
| 6 |      you admit the student? |
| 7 | A.   I think I'd have a conversation with the student |
| 8 |      and find out where their heart is at because, |
| 9 |      again, we don't want to cause -- it's just not |
| 10 |     going to work.  I mean, the student -- why would |
| 11 |     you put a student in that situation?  For the |
| 12 |     health of the student, you wouldn't do that. |
| 13 | Q.  But you do ask students to sign this document -- |
| 14 | A.  We do. |
| 15 | Q.  -- as a condition of admission? |
| 16 | A.  We do. |
| 17 |        **(Exhibit No. 11 marked for identification.)** |
| 18 | **BY MR. TAUB:** |
| 19 | Q.  I'm going to show you Exhibit 11.  Do you recognize |
| 20 |     this document? |
| 21 | A.  Yes. |
| 22 | Q.  What is it? |
| 23 | A.  It's our NEASC Five Year Report. |
| 24 | Q.  Okay. |
| 25 | A.  Which I haven't read in a long time. |

```
 1   Q.   That's okay.  I won't quiz you based on what's in
 2        here.
 3   A.   Good.
 4   Q.   NEASC is the New England Association of Schools and
 5        Colleges?
 6   A.   Correct.
 7   Q.   Commission on Independent Schools?
 8   A.   Correct.
 9   Q.   And are you currently accredited by NEASC?
10   A.   We are.
11   Q.   Do you know when you first became accredited by
12        NEASC?
13   A.   I believe it was 2010 but I'd have to look it up.
14   Q.   Okay.  I want to ask you -- it's on page 20 of 21
15        and item 4 talks about a couple faculty members
16        that left the school.  Do you see that?
17   A.   Um-hum.
18   Q.   Yes?
19   A.   Yes.
20   Q.   And I don't need a name of the teacher but can you
21        describe the situation in which you had to let a
22        teacher go due to a number of philosophies in
23        educational differences?  What happened there?
24   A.   I had a teacher dropping the F bomb in a sixth
25        grade class.
```

```
 1   Q.   And was that the reason you terminated the teacher?
 2   A.   That was the reason to start disciplinary action
 3        and then the same teacher kicked a chair with a
 4        student in it.  So yes, that definitely does not go
 5        well with our philosophy.
 6   Q.   Well, it sounds like you were being polite when you
 7        said that the difference was because of
 8        philosophies and educational differences.
 9   A.   Yeah.
10   Q.   Is it accurate to say that Temple Academy when it's
11        making its admissions decisions does take into
12        account the religion of the child and the family?
13   A.   Of the family, yes.
14   Q.   Okay, and is it -- is it your testimony that Temple
15        Academy wouldn't necessarily bar a student from a
16        non-Christian family from attending the school?
17   A.   That is my testimony as the head of the school.
18   Q.   All right, but it's something that would be taken
19        into account?
20   A.   Yes.
21   Q.   Besides teachers, is being a Born Again Christian a
22        necessary requirement for any other staff members?
23   A.   All staff members.
24   Q.   So, for example, the custodian has to be a Born
25        Again Christian?
```

1   A.   Yes.

2              MR. TAUB:   As Tim knows, this is the part

3        where I take a break and talk to Sarah and see what

4        questions I forgot to ask you and then I come back

5        and ask you some more questions and then we're done.

6              THE DEPONENT:   Great.

7        **(OFF RECORD FROM 11:07 TO 11:14)**

8   **BY MR. TAUB:**

9   Q.   So I want to ask you about the policy of

10       nondiscrimination and it specifically says that

11       Temple Academy admits students of any race, color,

12       national and ethnic origin but it doesn't mention

13       religion, and can you explain why religion isn't

14       mentioned there?

15  A.   Because we're a Christian school.

16  Q.   But I thought you said earlier that you would admit

17       students of different faiths?

18  A.   It would be a conversation.   Our policy says no.

19  Q.   Okay.   So according to the policy --

20  A.   The policy says no.

21  Q.   In other words, the policy says that no

22       non-Christians will be admitted?

23  A.   It's pretty hard lined on the policy, yes.

24  Q.   Okay.

25              MR. TAUB:   That's all I have.

```
 1              MR. KELLER:  I have a few questions.
 2                        EXAMINATION
 3    BY MR. KELLER:
 4    Q.  Good morning.  My name is Tim Keller.  I'm the
 5        attorney who represents the parents who brought
 6        this lawsuit including Troy and Angela Nelson.  So
 7        earlier when you were talking with the attorney
 8        representing the State, I believe you said that you
 9        had no conversations with either Mr. or Mrs. Nelson
10        prior to the lawsuit, is that correct?
11    A.  Yeah.
12    Q.  Do you know if they spoke with anybody else at the
13        school --
14    A.  I don't.
15    Q.  -- prior to the filing of the suit?
16    A.  I don't know.
17    Q.  Is it possible that they talked to somebody else at
18        the school prior to the filing of the lawsuit?
19    A.  Not in an official capacity.
20    Q.  Okay.  You also said that -- Chris mentioned a
21        hypothetical in regards to whether or not Temple
22        would consider accepting what he called tuition
23        vouchers for students attending Temple.  He said if
24        there were no strings attached, would Temple
25        consider accepting funds, and I believe your
```

```
 1        response was "I'd have to see it in writing," is

 2        that correct?

 3   A.   That's correct.

 4   Q.   What would you have to see in writing before you

 5        would consider accepting a tuition voucher?

 6   A.   That's a huge, loaded question that I can't answer

 7        completely but basically that it wouldn't affect

 8        our mission of why we do what we do every day.  We

 9        live in a country that we -- that's why we have

10        private schools, that's why we have public schools.

11        So if it would not affect what we do every day, the

12        freedom that we have to teach what we teach, the

13        Bible, that's really obviously why we are what we

14        are.  If we don't have that, then let's just call

15        us a private school because that's what we are.

16   Q.   So one of the things you'd want to see in writing

17        is that you wouldn't have to alter your admissions

18        criteria?

19   A.   Admissions, curriculum.

20   Q.   Hiring standards?

21   A.   Hiring, and the list goes on and on and on.

22   Q.   But if -- if everything that was on that list was

23        in writing, would Temple at least consider

24        accepting tuition vouchers?

25   A.   Yes.
```

```
 1   Q.   Okay, and then you also testified earlier or
 2        mentioned in your testimony that Temple follows
 3        State standards, is that correct?
 4   A.   Yes, for academics.
 5   Q.   For academics?
 6   A.   For graduation policies, yes.
 7   Q.   Okay, and so Temple does comply with at least some
 8        basic State regulations --
 9   A.   Yes.
10   Q.   -- in the conduct of its school?
11   A.   Yes, of course.  We're NEASC accredited, we have
12        to.
13             MR. KELLER:  I think that's all I have.
14             THE DEPONENT:  That was painless.
15             MR. TAUB:  You didn't say that to me.
16                       (LAUGHTER)
17             MR. WOODCOCK:  Is that it?
18             MR. TAUB:  That's it.  Thank you so much for
19        coming in, we appreciate it and giving us the
20        documents and everything ahead of time.  That was
21        great.  Thank you.
22             MR. WOODCOCK:  We'll read and sign.
23        (Whereupon, the above-named deposition was
24        concluded at 11:14 a.m.)
25             (The deponent does not waive reading and
```

1    signing.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        CERTIFICATE
 2          I, Joanne P. Alley, a Notary Public in and for
 3    the State of Maine, hereby certify that on the 17th day
 4    of December, 2018, personally appeared before me the
 5    within-named deponent who was sworn to testify to the
 6    truth, the whole truth, and nothing but the truth in the
 7    aforementioned cause of action and that the foregoing is
 8    a true and accurate record as taken by me by means of
 9    computer-aided machine shorthand.
10
11          I further certify that I am a disinterested
12    person in the event or outcome of the aforementioned
13    cause of action.
14
15          IN WITNESS WHEREOF, I have hereunto set my hand
16    this 11th day of January, 2018.
17
18                    _____
19                          Joanne P. Alley
20                    Court Reporter/Notary Public
21
22    My commission expires:  July 17, 2022
23
24
25
```

1          ALLEY & MORRISETTE REPORTING SERVICE

2               1203 Augusta Road

3              Belgrade, ME   04917

4

                  January 14, 2018

5

6

7  Ms. Denise LaFountain
   c/o Timothy Woodcock, Esq.

8  Eaton, Peabody
   80 Exchange Street

9  Bangor, ME 04401

10

11  RE: Carson, et al. v Robert G. Hasson

12  Enclosed please find a copy of your deposition taken in
   the above-mentioned action.  Also enclosed is the

13  original signature page and a sheet for corrections.

14  Please read the copy of the deposition and sign the
   original signature page before a Notary Public.  If

15  there are any corrections you wish to make, they should
   be made on the enclosed correction sheet.  Do not mark

16  on the deposition.

17  Please return the signed original signature page and
   correction sheet to Alley & Morrisette at the above

18  address within 30 days.

19  Thank you.

20

21

22

23

24

25

1   THE ORIGINAL DEPOSITION OF DENISE LAFOUNTAIN SHOULD

2   INCLUDE THE FOLLOWING CORRECTIONS:

3

4   Page Line      Change from this     To this

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              TO BE COMPLETED BY THE DEPONENT:

 2        I, _____, have read the

 3   foregoing pages and have noted any stenographic errors

 4   of my testimony together with their respective

 5   corrections and the reasons therefore on the following

 6   Errata Sheet.

 7

 8              (SIGNATURE) _____

 9                  (DATE) _____

10              * * * * * * * * * *

11   TO BE COMPLETED BY THE NOTARY PUBLIC/ATTORNEY

12        I, _____, a Notary Public/Attorney,

13   hereby acknowledge that the above-named deponent

14   personally appeared before me and affixed his/her

15   signature as his/her own true act and deed.

16

17              (SIGNATURE) _____

18                  (DATE) _____

19   TITLE:  Carson, et al. v Robert Hasson

20   DEPOSITION OF:  Denise LaFountain

21   DATE OF DEPOSITION:  December 17, 2018

22   NOTICING PARTY:  Sarah Forster, Esq.

23   REPORTER:  Joanne P. Alley

24

25
```

## $

**$4,585** [1] - 21:7

## 0

**04333-0006** [1] - 2:4
**04401** [2] - 2:20, 69:9
**04917** [1] - 69:3

## 1

**10** [4] - 3:17, 52:1, 57:13, 57:15
**104th** [1] - 2:16
**11** [3] - 3:18, 60:17, 60:19
**11803** [1] - 2:24
**11:07** [1] - 63:7
**11:14** [2] - 63:7, 66:24
**11th** [1] - 68:16
**12** [2] - 10:16, 46:15
**1203** [1] - 69:2
**14** [3] - 7:18, 8:3, 69:4
**15** [1] - 10:25
**16** [3] - 11:11, 11:13, 11:14
**17** [4] - 1:19, 4:4, 68:22, 71:21
**17th** [1] - 68:3
**18** [1] - 11:2
**18-cv-00327** [1] - 1:3
**1976** [1] - 9:16

## 2

**2** [1] - 44:24
**20** [1] - 61:14
**2010** [1] - 61:13
**2018** [6] - 1:19, 4:4, 68:4, 68:16, 69:4, 71:21
**2022** [1] - 68:22
**207-626-8800** [1] - 2:4
**207-992-4338** [1] - 2:21
**21** [1] - 61:14
**22** [1] - 10:19
**23** [3] - 32:14, 54:19, 54:22
**235** [1] - 10:13
**24** [1] - 46:21
**25** [1] - 51:24
**27** [2] - 10:21, 56:7
**28** [1] - 11:7

## 3

**3** [1] - 46:15
**30** [2] - 3:13, 69:18

## 30(b)(6

**30(b)(6** [1] - 28:6
**301** [1] - 2:8
**32** [1] - 46:21
**33773** [1] - 2:16
**398** [1] - 2:8

## 4

**4** [4] - 3:4, 47:18, 55:20, 61:15
**4,585** [1] - 21:6
**40-plus** [1] - 10:10
**44** [1] - 3:14
**47** [1] - 3:15
**480-557-8300** [1] - 2:9

## 5

**5** [3] - 3:12, 6:11, 6:13, 6:16, 56:1
**512-480-5396** [1] - 2:13
**55** [1] - 3:16
**57** [1] - 3:17

## 6

**6** [9] - 2:3, 3:12, 3:13, 30:4, 30:7, 33:23, 48:11, 49:20, 49:22
**60** [1] - 3:18
**64** [1] - 3:5

## 7

**7** [5] - 3:14, 44:17, 44:19, 49:20, 49:24
**78701** [1] - 2:12

## 8

**8** [3] - 3:15, 47:9, 47:11
**80** [2] - 2:20, 69:8
**816** [1] - 2:12
**85281** [1] - 2:8
**888-233-6255** [1] - 2:17

## 9

**9** [4] - 3:16, 50:14, 55:14, 55:16
**960** [1] - 2:12
**9:31** [2] - 1:19, 4:4

## A

**a.m** [3] - 1:19, 4:5, 66:24

**AAG** [2] - 2:2, 2:2
**ability** [1] - 24:16
**above-mentioned** [1] - 69:12
**above-named** [2] - 66:23, 71:13
**academic** [2] - 32:7, 47:16
**academics** [3] - 30:2, 66:4, 66:5
**Academy** [98] - 6:17, 6:23, 7:8, 7:11, 7:20, 7:23, 8:4, 8:12, 9:15, 9:19, 10:9, 10:12, 10:14, 11:5, 13:17, 14:22, 15:20, 16:20, 19:22, 21:2, 21:12, 21:17, 21:20, 21:24, 22:3, 22:6, 22:13, 22:15, 22:25, 23:15, 23:20, 23:23, 24:1, 24:4, 24:6, 24:25, 25:1, 25:9, 25:11, 25:14, 25:20, 25:25, 26:3, 26:6, 26:18, 28:18, 28:24, 29:5, 30:14, 30:21, 31:2, 31:22, 32:5, 32:12, 32:24, 33:2, 33:12, 34:15, 35:12, 35:17, 36:13, 37:1, 38:6, 39:6, 39:20, 40:17, 40:20, 41:1, 41:2, 41:16, 41:25, 42:14, 45:10, 45:14, 45:23, 46:4, 46:10, 47:2, 47:6, 47:22, 48:3, 48:9, 48:18, 48:21, 49:7, 49:25, 50:4, 50:11, 50:25, 53:13, 55:24, 56:1, 56:5, 58:8, 58:19, 62:10, 62:15, 63:11
**Academy's** [5] - 32:8, 34:19, 36:23, 38:14, 40:9
**accept** [4] - 38:4, 51:9, 51:11, 51:21
**acceptable** [3] - 52:9, 52:12, 52:13
**accepted** [3] - 35:23, 36:7, 37:12
**accepting** [4] - 64:22, 64:25, 65:5, 65:24
**according** [3] - 36:8, 47:4, 63:19
**account** [2] - 62:12, 62:19
**accredited** [3] - 61:9, 61:11, 66:11

**accurate** [5] - 10:1, 30:23, 50:3, 62:10, 68:8
**accurately** [5] - 47:21, 48:2, 48:8, 55:23, 56:4
**ACE** [2] - 9:24, 10:3
**ACE-type** [1] - 9:24
**acknowledge** [2] - 35:10, 71:13
**acronyms** [1] - 10:4
**act** [2] - 15:5, 71:15
**Action** [1] - 1:3
**action** [4] - 62:2, 68:7, 68:13, 69:12
**acts** [1] - 14:24
**AD** [2] - 12:3, 12:4
**addition** [1] - 32:7
**address** [1] - 69:18
**administered** [1] - 4:6
**administration** [3] - 8:20, 8:23, 12:1
**admission** [8] - 31:22, 33:24, 34:1, 38:15, 39:16, 39:23, 40:7, 60:15
**admissions** [10] - 30:12, 31:8, 35:20, 36:8, 36:9, 37:5, 38:12, 62:11, 65:17, 65:19
**Admissions** [2] - 3:14, 50:15
**admit** [5] - 31:3, 31:4, 41:16, 60:6, 63:16
**admits** [2] - 30:21, 63:11
**admitted** [2] - 40:1, 63:22
**admitting** [1] - 39:7
**advisory** [2] - 14:24, 15:5
**affect** [2] - 65:7, 65:11
**affiliated** [2] - 13:17, 13:19
**affirms** [1] - 45:4
**affixed** [1] - 71:14
**aforementioned** [2] - 68:7, 68:12
**age** [1] - 57:11
**Agnostic** [1] - 33:21
**ago** [3] - 9:4, 9:6, 10:10
**agree** [8] - 25:22, 29:17, 34:20, 34:22, 37:15, 37:20, 40:9, 42:14
**agreement** [2] - 19:5, 19:17
**Agreement** [2] - 3:15,

44:23
**agrees** [1] - 46:16
**ahead** [1] - 66:20
**aided** [1] - 68:9
**al** [3] - 1:8, 69:11, 71:19
**algebra** [2] - 43:2, 43:9
**ALLEY** [1] - 69:1
**Alley** [6] - 1:17, 4:1, 68:2, 68:19, 69:17, 71:23
**allowed** [1] - 24:12
**alongside** [2] - 26:4, 39:14
**alter** [1] - 65:17
**America** [1] - 43:11
**amount** [1] - 22:21
**AMY** [1] - 1:8
**AND** [1] - 2:15
**Angela** [2] - 26:17, 64:6
**answer** [16] - 5:7, 5:11, 5:13, 10:1, 17:5, 17:6, 25:8, 26:12, 28:7, 29:2, 31:16, 39:5, 45:13, 52:19, 54:2, 65:6
**answered** [2] - 38:3, 38:9
**answering** [1] - 28:5
**answers** [1] - 5:9
**anticipated** [1] - 28:14
**anyway** [1] - 8:9
**apanju@ij.org** [1] - 2:13
**APPEARANCES** [1] - 2:1
**appeared** [2] - 68:4, 71:14
**applying** [1] - 34:11
**appreciate** [1] - 66:19
**appropriate** [6] - 18:20, 18:21, 52:25, 53:8, 53:21, 53:22
**Approval** [1] - 26:15
**archaic** [1] - 41:13
**area** [2] - 20:21, 27:25
**ARIF** [1] - 2:11
**article** [1] - 38:17
**aspect** [2] - 35:7, 51:6
**assemblies** [1] - 14:4
**Assemblies** [2] - 14:6, 14:10, 32:16
**Assembly** [1] - 23:4
**assist** [2] - 7:23, 25:16
**assistance** [4] - 21:14, 21:16, 21:21, 21:25
**assistant** [6] - 12:20, 12:22, 13:1, 13:10,

13:15, 20:10
**associate** [3] - 7:15, 17:15, 20:10
**associated** [1] - 23:10
**Association** [1] - 61:4
**assume** [2] - 25:8, 53:17
**Atheist** [1] - 33:22
**athletic** [2] - 12:4, 12:6
**attached** [5] - 24:18, 24:19, 25:10, 45:23, 64:24
**attempt** [1] - 44:2
**attend** [17] - 9:11, 10:11, 20:21, 21:1, 21:16, 21:20, 22:25, 23:4, 23:11, 25:16, 26:18, 29:19, 33:8, 41:25, 42:3, 42:6, 48:19
**attendance** [2] - 34:6, 58:7
**attended** [2] - 9:21, 33:12
**attending** [4] - 35:12, 35:17, 62:16, 64:23
**Attorney** [9] - 1:18, 2:10, 2:14, 2:18, 2:22, 3:4, 3:5, 4:2, 4:17
**attorney** [2] - 64:5, 64:7
**ATTORNEY** [1] - 2:3
**Attorneys** [1] - 2:6
**Augusta** [4] - 1:19, 2:4, 4:4, 69:2
**Austin** [1] - 2:12
**authority** [6] - 15:8, 15:10, 16:23, 18:9, 18:22, 18:24
**Avenue** [2] - 2:8, 2:12
**aware** [6] - 20:1, 23:7, 23:12, 26:20, 26:23, 33:11
**AZ** [1] - 2:8

## B

**bachelor's** [1] - 9:1
**background** [1] - 8:20
**backpack** [1] - 53:14
**bad** [2] - 29:23, 36:24
**Bangor** [2] - 2:20, 69:9
**bar** [1] - 62:15
**based** [6] - 43:20, 56:18, 56:23, 57:3, 57:6, 61:1
**Basic** [1] - 26:14

**basic** [4] - 32:14, 32:21, 55:19, 66:8
**basis** [4] - 35:23, 37:11, 37:18, 37:23
**BE** [2] - 71:1, 71:11
**became** [1] - 61:11
**become** [3] - 23:23, 25:9, 26:23
**becoming** [2] - 24:1, 25:2
**beforehand** [1] - 40:2
**beginning** [2] - 1:19, 4:4
**behalf** [1] - 26:2
**behavior** [2] - 46:17, 59:3
**Behind** [1] - 56:22
**Belgrade** [1] - 69:3
**belief** [2] - 25:25, 38:5
**beliefs** [6] - 14:13, 25:20, 34:21, 34:22, 38:14, 39:21
**believes** [1] - 47:2
**bells** [1] - 29:24
**best** [3] - 20:19, 21:9, 39:14
**better** [1] - 24:16
**between** [10] - 8:4, 12:13, 12:14, 18:17, 19:21, 28:24, 29:5, 38:25, 49:14, 49:16
**Bible** [17] - 32:14, 32:21, 32:22, 34:6, 35:2, 35:4, 35:11, 36:6, 42:19, 43:4, 43:12, 43:24, 49:16, 51:7, 51:9, 51:17, 65:13
**Bible-believing** [1] - 34:6
**Biblical** [10] - 35:22, 37:11, 37:18, 37:22, 46:23, 49:2, 49:7, 49:11, 50:19, 50:21
**Biblically** [2] - 42:15, 42:17
**Biblically-integrated** [1] - 42:15
**big** [1] - 29:9
**biggest** [1] - 36:14
**birth** [1] - 40:6
**bit** [5] - 8:21, 15:3, 55:11, 58:20, 59:1
**Board** [33] - 14:23, 14:25, 15:3, 15:7, 15:15, 15:19, 15:23, 16:3, 16:9, 16:13, 16:17, 16:22, 17:4, 17:7, 18:8, 18:12, 18:18, 18:20, 19:12,

19:22, 20:1, 20:3, 20:6, 20:15, 20:18, 20:23, 22:19, 24:24, 24:25, 33:10, 35:19, 39:25
**board** [1] - 14:25
**bold** [1] - 56:7
**bomb** [1] - 61:24
**Book** [1] - 3:17
**book** [10] - 18:19, 18:23, 52:6, 52:21, 52:25, 53:1, 53:7, 54:5, 54:6, 54:7
**bookkeeper** [1] - 12:1
**books** [6] - 52:2, 52:23, 53:2, 53:9, 54:4, 54:11
**Born** [9] - 34:5, 34:11, 39:1, 39:3, 45:5, 45:15, 46:2, 62:21, 62:24
**bottom** [3] - 49:20, 55:20, 56:13
**break** [2] - 5:21, 63:3
**breakdown** [2] - 59:5, 59:10
**bring** [3] - 11:3, 53:18, 53:20
**brought** [3] - 4:19, 52:2, 64:5
**Buddhists** [1] - 32:19
**Building** [2] - 1:18, 4:3
**building** [3] - 31:11, 32:18, 32:19
**bullet** [3] - 48:15, 48:17, 49:1
**business** [5] - 8:20, 8:23, 13:23, 15:21, 20:21
**BY** [15] - 4:12, 6:12, 28:9, 30:5, 38:10, 44:18, 47:10, 54:1, 55:15, 57:14, 60:18, 63:8, 64:3, 71:1, 71:11
**bylaws** [1] - 16:25

## C

**c/o** [1] - 69:7
**cal** [1] - 43:10
**calculus** [1] - 43:10
**Calvary** [2] - 13:23, 13:25
**cannot** [1] - 23:16
**capacity** [3] - 1:11, 28:4, 64:19
**captioned** [1] - 6:16
**care** [1] - 12:2
**Carson** [2] - 69:11,

71:19
**CARSON** [1] - 1:8
**case** [2] - 4:23, 5:5
**category** [2] - 8:2, 8:6
**Catholic** [1] - 32:17
**caught** [1] - 17:3
**ceiling** [1] - 59:6
**CENTER** [1] - 2:15
**Centerpoint** [18] - 13:20, 14:2, 14:14, 14:19, 15:24, 16:4, 16:18, 17:11, 17:13, 20:24, 21:11, 21:15, 21:21, 21:23, 22:24, 50:1, 50:4, 50:12
**certain** [3] - 14:9, 14:13, 23:8
**certainly** [2] - 17:2, 37:1
**certificate** [1] - 40:6
**CERTIFICATE** [1] - 68:1
**certify** [2] - 68:3, 68:11
**cetera** [1] - 52:4
**chair** [1] - 62:3
**challenge** [1] - 36:23
**challenging** [1] - 4:20
**Change** [1] - 70:4
**change** [1] - 34:15
**chapel** [3] - 42:2, 42:9, 42:12
**charge** [2] - 16:18, 16:20
**charged** [1] - 22:21
**child** [23] - 28:18, 29:12, 30:14, 31:20, 31:21, 32:23, 33:1, 33:4, 33:5, 33:7, 33:8, 33:12, 34:18, 34:20, 35:10, 35:12, 35:14, 35:17, 36:7, 38:14, 41:23, 57:21, 62:12
**child's** [5] - 35:15, 36:15, 36:16, 48:22
**children** [17] - 15:20, 21:19, 24:12, 24:16, 25:15, 26:1, 26:8, 26:18, 35:1, 35:4, 36:14, 40:21, 41:2, 44:1, 44:7, 44:12, 57:23
**choice** [3] - 51:16, 51:17, 59:11
**Chris** [2] - 4:16, 64:20
**Christ** [8] - 32:10, 32:11, 32:13, 40:11, 45:6, 51:11, 51:21, 59:24

**Christ-like** [1] - 40:11
**Christian** [25] - 14:10, 14:15, 29:7, 29:9, 29:20, 31:7, 38:20, 38:22, 38:25, 39:1, 40:18, 40:22, 41:3, 42:20, 45:6, 56:14, 56:17, 56:20, 57:2, 57:5, 59:15, 62:16, 62:21, 62:25, 63:15
**Christianity** [3] - 32:9, 32:11, 44:2
**Christians** [6] - 31:12, 39:3, 39:4, 45:16, 46:2, 63:22
**Christlike** [3] - 50:22, 51:1, 51:4
**CHRISTOPHER** [1] - 2:2
**christopher.taub@maine.gov** [1] - 2:5
**church** [12] - 13:17, 13:19, 13:21, 14:17, 17:2, 20:21, 25:21, 34:7, 42:6, 50:7, 50:9
**Church** [38] - 13:20, 14:3, 14:4, 14:14, 14:20, 14:25, 15:24, 16:4, 16:9, 16:13, 16:17, 16:18, 16:22, 17:7, 17:11, 17:14, 18:8, 18:12, 18:18, 18:20, 19:12, 19:21, 20:1, 20:3, 20:6, 20:15, 20:18, 20:23, 20:24, 21:11, 21:15, 21:22, 22:24, 24:24, 50:1, 50:5, 50:12
**Churches** [1] - 23:5
**churches** [4] - 14:15, 32:15, 54:20, 54:22
**Civil** [1] - 1:3
**class** [4] - 10:23, 11:1, 32:21, 61:25
**classes** [1] - 43:13
**cleaning** [1] - 41:5
**clear** [2] - 31:9, 36:19
**clerical** [2] - 11:20, 11:22
**close** [1] - 17:23
**Colleges** [1] - 61:5
**color** [2] - 30:22, 63:11
**coming** [3] - 26:4, 38:9, 66:19
**commission** [1] - 68:22
**Commission** [1] - 61:7

**Commissioner** [1] - 1:11
**commit** [1] - 60:2
**committed** [1] - 59:14
**communication** [1] - 8:4
**communications** [1] - 8:9
**Community** [17] - 13:20, 14:2, 14:14, 14:19, 15:24, 16:4, 16:18, 17:11, 17:14, 20:24, 21:11, 21:15, 21:21, 22:24, 50:1, 50:5, 50:12
**COMPLETED** [2] - 71:1, 71:11
**completely** [2] - 39:20, 65:7
**comply** [1] - 66:7
**computer** [1] - 68:9
**computer-aided** [1] - 68:9
**concern** [1] - 45:16
**concerned** [1] - 45:20
**concerns** [4] - 25:14, 35:12, 35:13, 45:24
**concluded** [1] - 66:24
**Concordia** [1] - 9:8
**condition** [2] - 46:11, 60:15
**Conditions** [2] - 44:24, 45:3
**conduct** [1] - 66:10
**Conduct** [1] - 51:25
**Conduct/General** [1] - 51:25
**confer** [2] - 6:4, 9:22
**conforms** [1] - 58:13
**confusion** [3] - 33:4, 35:14, 36:15
**Congress** [1] - 2:12
**conjunction** [1] - 50:21
**conservative** [3] - 54:19, 54:22, 54:24
**consider** [5] - 50:3, 64:22, 64:25, 65:5, 65:23
**considering** [1] - 28:17
**constantly** [1] - 59:9
**context** [1] - 25:24
**continuous** [1] - 9:17
**contract** [2] - 19:2, 19:16
**contribute** [1] - 21:11
**conversation** [6] - 25:6, 27:7, 29:22, 35:18, 60:7, 63:18

**conversations** [7] - 29:22, 31:6, 31:13, 32:5, 34:14, 36:11, 64:9
**cooking** [2] - 41:5, 41:8
**copies** [2] - 6:14, 6:15
**copy** [2] - 69:12, 69:14
**correct** [16] - 8:11, 13:6, 15:3, 20:4, 22:4, 28:12, 36:9, 36:10, 37:13, 53:19, 61:6, 61:8, 64:10, 65:2, 65:3, 66:3
**correction** [2] - 69:15, 69:17
**corrections** [3] - 69:13, 69:15, 71:5
**CORRECTIONS** [1] - 70:2
**correctly** [1] - 52:6
**council** [1] - 14:24
**counsel** [2] - 8:5, 8:9
**country** [1] - 65:9
**couple** [1] - 61:15
**course** [4] - 26:10, 31:12, 42:24, 66:11
**court** [1] - 5:8
**Court** [1] - 68:20
**COURT** [1] - 1:1
**Covenant** [2] - 3:18, 57:19
**Craig** [1] - 17:18
**creation** [2] - 43:15, 43:17
**creator** [1] - 42:24
**credible** [1] - 43:18
**criteria** [1] - 65:18
**Cross** [2] - 1:18, 4:3
**current** [1] - 47:16
**curriculum** [10] - 15:11, 18:9, 44:6, 44:9, 44:11, 44:14, 56:15, 56:24, 57:9, 65:19
**custodian** [1] - 62:24
**custodians** [2] - 11:16, 11:18

**D**

**daily** [1] - 43:24
**dark** [2] - 52:4, 53:6
**dark-related** [1] - 53:6
**DATE** [3] - 71:9, 71:18, 71:21
**DAVID** [1] - 1:8
**days** [1] - 69:18
**DBH** [1] - 1:3
**Deacons** [1] - 14:25

**deal** [3] - 6:7, 58:23, 58:24
**dealt** [1] - 59:3
**December** [4] - 1:19, 4:4, 68:4, 71:21
**decide** [1] - 34:25
**decision** [2] - 33:10, 39:17
**decisions** [1] - 62:11
**deed** [1] - 71:15
**deeper** [2] - 32:9, 32:10
**Defendant** [2] - 1:13, 2:6
**definitely** [3] - 25:5, 56:23, 62:4
**definition** [2] - 44:8, 56:16
**degree** [2] - 8:22, 8:24
**Denise** [5] - 4:15, 53:12, 54:16, 69:7, 71:20
**DENISE** [4] - 1:15, 3:3, 4:8, 70:1
**denomination** [3] - 14:2, 14:6, 14:11
**Department** [3] - 1:12, 4:18, 26:15
**DEPARTMENT** [1] - 2:3
**deponent** [4] - 4:6, 66:25, 68:5, 71:13
**Deponent** [1] - 2:22
**DEPONENT** [5] - 1:15, 3:2, 63:6, 66:14, 71:1
**deposed** [1] - 4:9
**DEPOSITION** [3] - 70:1, 71:20, 71:21
**Deposition** [2] - 3:13, 6:17
**deposition** [9] - 4:1, 4:23, 4:25, 5:2, 5:20, 66:23, 69:12, 69:14, 69:16
**describe** [5] - 15:18, 19:21, 32:1, 52:8, 62:21
**described** [1] - 16:8
**designated** [2] - 7:12, 28:2
**designed** [1] - 42:24
**determined** [1] - 58:18
**develop** [1] - 48:21
**deviants** [1] - 46:25
**Dickey** [2] - 20:14, 20:15
**dictate** [2] - 15:10, 18:9
**dictates** [1] - 46:17

**difference** [5] - 29:10, 37:17, 38:25, 55:11, 62:7
**differences** [8] - 28:24, 29:4, 29:23, 35:22, 37:11, 37:22, 61:23, 62:8
**different** [5] - 13:21, 40:5, 49:12, 54:24, 63:17
**differently** [1] - 54:3
**direct** [1] - 18:22
**directly** [5] - 12:16, 12:21, 13:10, 17:5, 17:6
**director** [2] - 12:4, 12:6
**disagreement** [1] - 18:17
**disciplinary** [1] - 62:2
**discipline** [4] - 43:3, 53:19, 53:20, 58:23
**discount** [3] - 22:25, 23:2, 23:5
**discuss** [1] - 7:12
**discussed** [2] - 5:5, 39:24
**discussion** [2] - 27:12, 28:15
**discussions** [2] - 24:24, 27:15
**disinterested** [1] - 68:11
**distinguish** [1] - 14:14
**DISTRICT** [2] - 1:1, 1:1
**doctrinal** [1] - 25:13
**doctrine** [1] - 32:16
**doctrines** [6] - 32:14, 35:23, 37:12, 37:18, 37:23, 39:21
**document** [15] - 6:18, 19:8, 25:23, 30:9, 33:23, 44:20, 47:12, 55:17, 57:16, 58:2, 59:17, 60:4, 60:5, 60:13, 60:20
**documentation** [1] - 21:4
**documents** [10] - 7:19, 7:24, 8:1, 8:2, 8:3, 8:6, 8:7, 19:20, 25:19, 66:20
**done** [2] - 8:21, 63:5
**down** [6] - 5:8, 31:8, 31:13, 46:20, 48:25, 51:14
**draw** [4] - 36:12, 52:14, 54:21
**dropping** [1] - 61:24
**due** [1] - 61:22

**duly** [1] - 4:8
**during** [2] - 39:19, 42:1
**duties** [1] - 12:11

**E**

**easier** [2] - 5:16, 7:5
**Eaton** [1] - 69:8
**EATON** [1] - 2:19
**educated** [2] - 10:24, 11:2
**educating** [2] - 26:1, 26:8
**Education** [3] - 1:12, 4:19, 26:15
**education** [6] - 25:15, 26:9, 29:12, 33:19, 42:15, 42:18
**educational** [4] - 10:8, 55:23, 61:23, 62:8
**Educational** [3] - 48:5, 48:8, 55:21
**educators** [1] - 18:12
**effect** [2] - 37:7, 37:9
**either** [5] - 24:24, 56:24, 58:1, 59:13, 64:9
**eleventh** [1] - 10:20
**eligible** [11] - 23:23, 24:2, 24:4, 25:2, 25:9, 31:21, 38:15, 39:22, 40:7, 46:8, 60:3
**Elise** [1] - 5:25
**employees** [1] - 24:25
**Employment** [4] - 3:15, 44:23, 44:25, 45:3
**employment** [7] - 15:8, 16:23, 16:24, 19:2, 19:16, 19:17, 46:8
**Enclosed** [1] - 69:12
**enclosed** [2] - 69:12, 69:15
**end** [1] - 59:18
**endurance** [1] - 5:22
**England** [1] - 61:4
**English** [1] - 42:20
**enrollment** [1] - 60:3
**Enrollment** [1] - 50:15
**entitled** [2] - 47:24, 51:24
**environment** [1] - 30:1
**equip** [1] - 49:3
**Errata** [1] - 71:6
**errors** [1] - 71:3
**ESQ** [4] - 2:7, 2:11, 2:15, 2:19

Esq [2] - 69:7, 71:22
essentially [3] - 12:9, 15:5, 50:11
establish [1] - 49:4
established [2] - 9:15, 9:20
estimate [1] - 21:9
et [4] - 1:8, 52:4, 69:11, 71:19
ethnic [2] - 30:22, 63:12
Evangelical [1] - 34:4
event [1] - 68:12
evolution [2] - 43:15, 43:17
exact [1] - 11:4
exactly [1] - 37:3
EXAMINATION [2] - 4:11, 64:2
example [13] - 15:7, 15:19, 16:23, 18:18, 35:1, 40:20, 41:1, 43:5, 48:21, 53:5, 54:13, 56:20, 62:24
examples [1] - 54:10
exchange [2] - 32:18, 33:16
Exchange [2] - 2:20, 69:8
Exhibit [26] - 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 6:11, 6:13, 6:16, 7:18, 7:21, 30:4, 30:6, 33:23, 44:17, 44:19, 47:9, 47:11, 55:14, 55:16, 57:13, 57:15, 60:17, 60:19
exist [1] - 10:5
expel [1] - 59:8
expires [1] - 68:22
explain [2] - 58:16, 63:13
extension [1] - 50:12
extra [1] - 6:15

**F**

face [1] - 58:25
fact [2] - 45:9, 60:2
faculty [2] - 11:7, 61:15
failure [1] - 17:3
fair [1] - 28:8
faith [9] - 31:21, 38:24, 43:20, 43:22, 56:18, 56:23, 57:2, 57:6, 59:15
Faith [5] - 29:16, 29:17, 29:21, 47:25,

48:3
faith-based [2] - 56:23, 57:6
faiths [1] - 63:17
familiar [3] - 10:3, 12:11, 26:14
families [8] - 4:20, 21:19, 22:4, 23:7, 23:10, 24:15, 31:6
family [22] - 28:17, 28:23, 31:20, 31:23, 32:3, 33:7, 36:5, 37:16, 37:21, 40:18, 40:22, 41:3, 41:17, 49:3, 49:8, 49:12, 49:16, 59:2, 59:14, 62:12, 62:13, 62:16
Family [2] - 3:18, 57:19
far [3] - 20:1, 26:3, 45:19
father [8] - 57:21, 57:24, 58:2, 58:5, 58:21, 58:22, 58:23, 59:1
fathers [1] - 41:17
federal [1] - 22:15
felt [1] - 59:13
few [3] - 5:3, 6:15, 64:1
fifth [1] - 6:21
fifty [1] - 54:12
Fifty [1] - 53:21
figure [1] - 37:3
filing [2] - 64:15, 64:18
financial [5] - 21:14, 21:15, 21:21, 21:24, 24:16
financially [2] - 21:12, 24:15
fine [2] - 11:5, 32:2
finish [1] - 5:11
finished [1] - 5:13
fires [1] - 17:1
firmly [2] - 31:20, 32:3
first [9] - 9:20, 9:21, 13:16, 26:23, 30:8, 44:19, 44:25, 49:24, 61:11
fit [2] - 58:11, 58:18
five [2] - 49:1, 52:18
Five [2] - 3:19, 60:23
FL [1] - 2:16
flatly [2] - 46:4, 46:11
Floor [2] - 1:18, 4:3
fluid [1] - 36:10
follow [1] - 26:9
FOLLOWING [1] - 70:2

following [1] - 71:5
follows [2] - 4:10, 66:2
FOR [4] - 1:1, 2:7, 2:11, 2:15
force [1] - 51:14
foregoing [2] - 68:7, 71:3
foreign [2] - 32:18, 38:20
forgot [1] - 63:4
formed [1] - 5:17
FORSTER [2] - 2:2, 53:23
Forster [4] - 4:18, 26:25, 27:14, 71:22
forth [5] - 47:21, 48:2, 48:8, 55:23, 56:4
foster [1] - 49:9
four [1] - 49:1
freedom [1] - 65:12
freshman [1] - 11:1
FROM [1] - 63:7
front [1] - 21:5
fun [1] - 57:1
functioning [1] - 40:15
funded [1] - 30:1
funding [3] - 22:16, 24:11, 46:13
fundraise [1] - 22:8
fundraising [1] - 22:12
funds [5] - 4:22, 22:2, 25:15, 27:8, 64:25

**G**

gathering [1] - 7:23
gay [2] - 39:22, 40:2
gender [1] - 40:4
GENERAL [1] - 2:3
General [2] - 1:18, 4:2
General's [1] - 4:17
generally [1] - 15:19
Germany [1] - 33:17
given [2] - 1:19, 22:20
glorified [1] - 59:25
goals [1] - 40:10
God [19] - 14:4, 14:7, 14:10, 23:5, 25:20, 32:16, 32:24, 33:13, 33:20, 33:21, 35:2, 35:11, 36:6, 37:16, 43:7, 43:22, 46:24, 49:4, 51:9
God-honoring [1] - 49:4
godly [1] - 59:23
Governance [1] - 49:22

governed [1] - 14:22
governing [1] - 14:24
governor [1] - 25:4
grade [7] - 10:14, 10:18, 10:20, 10:22, 22:20, 52:12, 61:25
grader [1] - 52:13
grades [1] - 59:20
graduation [1] - 66:6
grammatical [1] - 50:20
grandparents [1] - 15:21
great [3] - 14:23, 30:2, 66:21
Great [1] - 63:6
Grey [2] - 53:22, 54:12
ground [1] - 38:7
group [2] - 8:21, 57:11
Growth [1] - 48:12
guess [3] - 10:24, 11:2, 13:7, 20:2, 25:12, 33:10, 40:25, 41:4, 46:21, 50:19
guide [1] - 39:13
guided [1] - 10:7
Guidelines [1] - 56:8
guidelines [2] - 5:4, 26:9

**H**

H-U-B-B-A-R-D [1] - 12:25
half [1] - 42:13
half-hour [1] - 42:13
hand [3] - 42:25, 68:15
handbook [1] - 47:15
Handbook [1] - 3:16
hands [1] - 18:13
happy [2] - 40:14, 40:15
hard [4] - 32:4, 34:13, 52:14, 63:23
Harry [4] - 54:13, 54:16, 55:2, 55:9
HASSON [1] - 1:11
Hasson [2] - 69:11, 71:19
he/she [1] - 58:12
head [7] - 8:13, 12:8, 13:8, 13:9, 21:5, 41:14, 62:17
heading [2] - 48:11, 50:14
headline [1] - 56:7
health [1] - 60:12
healthy [1] - 40:10
heart [1] - 60:8

held [1] - 8:14
help [4] - 7:15, 24:14, 29:1, 59:23
hereby [2] - 68:3, 71:13
hereunto [1] - 68:15
hesitate [1] - 5:19
high [8] - 9:11, 9:13, 21:2, 33:17, 43:10, 52:15, 52:23, 53:2
High [1] - 9:14
hire [1] - 18:13
hired [1] - 19:7
hires [1] - 17:1
hiring [2] - 65:20, 65:21
his/her [2] - 71:14, 71:15
history [1] - 42:20
Holy [1] - 59:23
home [12] - 25:21, 33:2, 33:3, 35:15, 36:16, 36:17, 37:16, 37:21, 40:11, 40:14, 41:5, 50:22
homes [5] - 35:21, 37:10, 38:21, 49:4, 57:24
homosexual [4] - 39:7, 46:7, 46:8, 47:7
homosexuality [1] - 44:5
homosexuals [2] - 46:24, 47:3
honoring [1] - 49:4
horrible [1] - 26:12
hour [1] - 42:13
House [1] - 2:3
Hubbard [1] - 12:23
huge [2] - 43:6, 65:6
hum [14] - 8:17, 11:15, 13:2, 13:11, 14:1, 16:10, 20:5, 21:8, 27:1, 30:20, 35:25, 39:18, 46:19, 61:17
hurt [1] - 24:9
husband [2] - 40:23, 41:10
hypothetical [4] - 18:16, 25:7, 45:13, 64:21

**I**

identification [7] - 6:11, 30:4, 44:17, 47:9, 55:14, 57:13, 60:17
identifies [1] - 40:4

**ignorance** [1] - 46:23
**Ill** [1] - 45:1
**impacts** [1] - 29:12
**impart** [2] - 49:2, 49:7
**IN** [1] - 68:15
**inception** [2] - 6:1, 9:23
**INCLUDE** [1] - 70:2
**included** [4] - 30:15, 55:3, 55:6, 56:14
**including** [1] - 64:6
**income** [1] - 22:7
**Independent** [1] - 61:7
**inevitably** [1] - 5:9
**infallible** [1] - 35:5
**information** [1] - 28:20, 29:1
**inquiring** [1] - 28:1
**instill** [1] - 32:9
**INSTITUTE** [2] - 2:7, 2:11
**institution** [1] - 58:12
**instruction** [1] - 32:8
**integral** [2] - 49:25, 50:4
**integrated** [4] - 42:15, 42:18, 43:4, 43:12
**interest** [1] - 24:1
**interested** [4] - 15:22, 25:11, 27:8, 30:13
**interesting** [2] - 16:24, 31:25
**interpose** [2] - 27:24, 38:1
**interview** [2] - 39:15, 39:19
**investigated** [1] - 23:22
**involvement** [2] - 27:11, 27:16
**irrespective** [1] - 38:4
**issue** [1] - 52:14
**item** [5] - 8:3, 35:21, 46:15, 50:18, 61:15
**items** [1] - 7:19

## J

**January** [2] - 68:16, 69:4
**Jesus** [4] - 45:6, 52:5, 52:19, 59:24
**Jewish** [4] - 31:20, 31:21, 31:25, 32:3
**Joanne** [5] - 1:17, 4:1, 68:2, 68:19, 71:23
**job** [2] - 18:10, 19:12
**joined** [1] - 28:10
**joining** [1] - 27:19
**JR** [1] - 1:11

**July** [1] - 68:22
**juniors** [1] - 57:12
**JUSTICE** [2] - 2:7, 2:11

## K

**keep** [1] - 38:9
**Keller** [2] - 3:5, 64:4
**KELLER** [4] - 2:7, 64:1, 64:3, 66:13
**keys** [1] - 59:6
**kicked** [1] - 62:3
**kid** [5] - 53:14, 58:25, 59:1, 59:3, 59:5
**kids** [10] - 10:6, 32:17, 32:20, 40:15, 52:16, 54:17, 55:7, 56:22, 56:23
**KIMBERLY** [1] - 2:15
**kind** [2] - 9:1, 9:24, 9:25, 13:7, 14:6, 19:1, 19:8, 19:16, 21:20, 22:15, 22:25, 24:5, 24:23, 28:15, 28:16, 29:12, 31:23, 31:24, 31:25, 41:15, 46:3, 54:10
**kinds** [2] - 49:13, 54:11
**knowledge** [1] - 46:23
**known** [1] - 13:21
**knows** [2] - 45:6, 63:2
**krivera@ncll.org** [1] - 2:17

## L

**LaFountain** [8] - 4:15, 4:16, 28:5, 38:3, 53:12, 54:16, 69:7, 71:20
**LAFOUNTAIN** [4] - 1:15, 3:3, 4:8, 70:1
**large** [1] - 9:19
**largest** [1] - 50:6
**Largo** [1] - 2:16
**last** [8] - 12:24, 17:19, 35:20, 42:12, 50:18, 52:1, 56:10, 58:4
**LAUGHTER** [2] - 53:25, 66:16
**law** [1] - 4:21
**lawsuit** [11] - 4:19, 26:21, 27:11, 27:16, 27:19, 27:22, 27:23, 28:11, 64:6, 64:10, 64:18
**lead** [5] - 17:2, 17:15, 17:17, 18:3, 20:8

**learn** [4] - 27:2, 27:21, 27:22, 28:10
**learned** [1] - 27:10
**least** [4] - 20:1, 34:5, 65:23, 66:7
**leave** [1] - 59:13
**Left** [1] - 56:22
**left** [1] - 61:16
**level** [3] - 22:20, 35:19, 39:25
**levels** [1] - 10:14
**LIBERTY** [1] - 2:15
**library** [4] - 54:18, 55:3, 55:6, 55:12
**life** [5] - 5:16, 35:8, 49:8, 49:12, 59:23
**LIFE** [1] - 2:15
**lifestyle** [2] - 47:4, 47:7
**light** [1] - 57:1
**line** [7] - 27:25, 29:18, 36:12, 37:25, 49:24, 52:14, 54:21
**Line** [1] - 70:4
**lined** [1] - 63:23
**lines** [1] - 58:5
**list** [2] - 65:21, 65:22
**listed** [2] - 7:19, 40:5
**lists** [1] - 6:24
**literature** [11] - 56:9, 56:14, 56:17, 56:18, 56:19, 56:21, 56:24, 57:2, 57:3, 57:5
**litigation** [1] - 27:3
**live** [4] - 23:8, 49:9, 59:23, 65:9
**lives** [2] - 41:16, 43:24
**loaded** [2] - 40:14, 65:6
**located** [1] - 9:9
**logical** [1] - 42:22
**look** [8] - 8:5, 25:1, 30:7, 38:11, 47:18, 48:11, 48:25, 61:13
**looking** [5] - 11:4, 37:6, 44:24, 46:15, 52:1
**looks** [2] - 24:22, 59:18
**Lord** [1] - 45:6
**love** [4] - 31:15, 36:14, 39:12, 51:5

## M

**Macbeth** [3] - 55:5, 57:8
**machine** [1] - 68:9
**magazines** [1] - 52:2
**MAINE** [1] - 1:1

**Maine** [11] - 1:11, 1:18, 1:19, 4:2, 4:4, 4:20, 9:11, 23:7, 26:15, 68:3
**maintain** [1] - 34:4
**man** [3] - 40:22, 49:14, 49:16
**managed** [1] - 8:20
**manuals** [1] - 19:24
**mark** [1] - 69:15
**marked** [12] - 6:11, 6:13, 6:16, 30:4, 30:6, 44:17, 44:19, 47:9, 47:11, 55:14, 57:13, 60:17
**marriage** [6] - 44:8, 44:16, 49:3, 49:8, 49:11, 49:18
**married** [1] - 8:25
**material** [3] - 52:9, 53:6, 53:18
**materials** [1] - 52:4
**math** [7] - 42:21, 42:22, 42:25, 43:1, 43:2, 43:5, 43:9
**ME** [4] - 2:4, 2:20, 69:3, 69:9
**mean** [18] - 9:2, 31:17, 34:9, 36:3, 36:6, 40:13, 41:5, 41:13, 42:17, 44:11, 49:15, 50:8, 51:3, 51:7, 53:5, 59:7, 60:10
**meaning** [1] - 56:16
**means** [5] - 5:22, 50:9, 52:3, 52:8, 68:8
**meet** [1] - 28:20
**member** [1] - 14:19
**members** [11] - 11:10, 15:23, 15:24, 16:3, 20:23, 22:24, 61:15, 62:22, 62:23
**memory** [1] - 20:19
**mention** [1] - 63:12
**mentioned** [4] - 63:14, 64:20, 66:2, 69:12
**midway** [1] - 58:6
**might** [5] - 7:14, 18:16, 45:24, 49:12, 52:12
**Mill** [1] - 2:8
**mind** [2] - 35:15, 36:16
**ministry** [1] - 49:25, 50:4, 50:6, 50:8
**minute** [1] - 30:7
**missing** [1] - 38:17
**Mission** [1] - 47:19
**mission** [9] - 24:10, 24:14, 32:8, 34:19,

34:21, 38:5, 39:20, 47:21, 65:8
**missions** [1] - 40:10
**mistake** [1] - 50:20
**mold** [3] - 50:22, 51:1, 51:3
**money** [3] - 22:10, 22:11, 46:5
**moral** [1] - 17:3
**morals** [1] - 32:22
**morning** [4] - 4:13, 50:10, 64:4
**morphed** [1] - 9:25
**MORRISETTE** [1] - 69:1
**Morrisette** [1] - 69:17
**most** [1] - 17:2
**mother** [4] - 57:21, 57:24, 58:1, 58:6
**mothers** [1] - 41:19
**MR** [24] - 4:12, 6:12, 27:24, 28:8, 28:9, 30:5, 37:25, 38:10, 44:18, 47:10, 54:1, 55:15, 57:14, 60:18, 63:2, 63:8, 63:25, 64:1, 64:3, 66:13, 66:15, 66:17, 66:18, 66:22
**MS** [1] - 53:23
**Muslim** [2] - 37:20, 37:21
**must** [1] - 41:10

## N

**name** [10] - 4:13, 4:16, 12:23, 12:24, 13:21, 17:17, 17:19, 20:14, 61:20, 64:4
**named** [2] - 66:23, 68:5, 71:13
**names** [1] - 15:18
**NATIONAL** [1] - 2:15
**national** [2] - 30:22, 63:12
**nature** [3] - 23:20, 28:2, 28:3
**NEASC** [6] - 3:19, 60:23, 61:4, 61:9, 61:12, 66:11
**necessarily** [5] - 17:5, 29:19, 34:10, 35:16, 62:15
**necessary** [2] - 45:9, 62:22
**need** [4] - 7:15, 15:18, 36:21, 61:20
**neighbor** [1] - 51:5
**Nelson** [3] - 26:17,

64:6, 64:9
**Nelsons** [3] - 26:20, 27:15, 27:18
**Nelsons'** [1] - 27:10
**never** [2] - 18:24, 60:4
**New** [1] - 61:4
**next** [2] - 5:12, 8:8
**night** [1] - 52:17
**nightmares** [1] - 52:16
**nobody** [1] - 58:24
**nods)** [1] - 7:1
**non** [6] - 56:14, 56:17, 56:18, 57:5, 62:16, 63:22
**non-Christian** [4] - 56:14, 56:17, 57:5, 62:16
**non-Christians** [1] - 63:22
**non-faith-based** [1] - 56:18
**nondenominational** [1] - 32:17
**Nondiscrimination** [3] - 30:19, 30:24, 33:24
**nondiscrimination** [1] - 63:10
**nonstarter** [1] - 45:19
**Notary** [7] - 1:17, 4:2, 4:7, 4:9, 68:2, 69:14, 71:12
**NOTARY** [1] - 71:11
**noted** [1] - 71:3
**nothing** [2] - 25:5, 68:6
**Notice** [2] - 3:13, 6:16
**notice** [1] - 1:19
**NOTICING** [1] - 71:22
**number** [4] - 9:20, 45:3, 52:1, 61:22
**numbers** [1] - 11:4
**numeral** [1] - 45:1

## O

**oath** [1] - 4:6
**obey** [3] - 41:10, 43:23, 51:7
**obeyed** [1] - 35:7
**objection** [2] - 28:5, 38:1
**objections** [1] - 27:25
**Objectives** [1] - 56:2
**objectives** [1] - 56:4
**obtaining** [1] - 4:21
**obviously** [3] - 32:20, 49:14, 65:13
**OF** [5] - 1:1, 2:3, 70:1, 71:20, 71:21
**OFF** [1] - 63:7

**offense** [1] - 59:7
**offer** [1] - 30:1
**office** [2] - 4:17, 26:24
**Office** [2] - 1:18, 4:3
**offices** [2] - 1:18, 4:2
**official** [2] - 1:11, 64:19
**once** [2] - 42:2, 42:9
**one** [31] - 8:2, 11:19, 17:13, 22:2, 25:19, 25:20, 26:17, 26:19, 31:8, 34:3, 34:5, 35:21, 38:17, 40:9, 42:22, 42:23, 43:7, 43:8, 43:18, 44:13, 45:3, 46:1, 46:20, 48:25, 49:14, 50:18, 50:25, 52:1, 59:21, 65:16
**online** [1] - 9:10
**operation** [1] - 9:17
**opinion** [1] - 58:10
**ordained** [1] - 25:21
**order** [5] - 34:3, 43:7, 45:14, 59:24, 60:3
**origin** [2] - 30:22, 63:12
**original** [3] - 69:13, 69:14, 69:17
**ORIGINAL** [1] - 70:1
**outcome** [1] - 68:12
**outreach** [2] - 50:6, 50:8
**outside** [2] - 42:5, 42:6
**oversee** [1] - 15:1
**own** [3] - 31:24, 53:10, 71:15

## P

**PACE** [3] - 9:24, 10:3, 10:7
**packet** [3] - 30:12, 30:15, 30:16
**Packet** [1] - 3:14
**page** [24] - 6:21, 7:17, 30:18, 33:25, 44:24, 46:15, 47:18, 48:11, 49:19, 49:20, 49:22, 50:14, 50:14, 51:24, 55:20, 56:1, 56:7, 56:10, 56:13, 61:14, 69:13, 69:14, 69:17
**Page** [2] - 3:11, 70:4
**pages** [1] - 71:3
**painless** [1] - 66:14
**PANJU** [1] - 2:11
**paragraph** [2] - 58:5, 58:7

**parent** [4] - 30:13, 34:11, 38:22, 59:9
**parent/guardian** [1] - 34:5
**parents** [7] - 15:20, 15:21, 24:11, 26:4, 39:16, 59:4, 64:5
**part** [7] - 12:7, 28:1, 30:12, 31:16, 32:8, 45:4, 63:2
**part-time** [1] - 12:7
**participated** [1] - 24:23
**particular** [4] - 18:19, 18:23, 31:4, 56:16
**parties** [1] - 31:18
**PARTY** [1] - 71:22
**past** [3] - 13:22, 34:13, 43:1
**paster** [1] - 17:17
**pastor** [7] - 17:2, 17:9, 17:13, 17:15, 18:3, 20:8, 20:11
**pastors'** [1] - 54:15
**pause** [1] - 5:14
**payments** [3] - 22:3, 22:7, 22:12
**PEABODY** [1] - 2:19
**Peabody** [1] - 69:8
**Pentecostal** [1] - 14:8
**people** [12] - 15:15, 15:21, 16:13, 18:13, 20:20, 20:21, 20:23, 29:18, 29:20, 31:11, 34:14, 36:11
**percent** [1] - 23:3
**perfect** [1] - 6:8
**perfectly** [1] - 5:17
**perhaps** [1] - 7:16
**period** [1] - 32:24
**person** [4] - 7:7, 7:11, 28:19, 68:12
**Personal** [1] - 48:12
**personal** [3] - 28:4, 51:11, 51:22
**personality** [1] - 48:22
**personally** [3] - 54:17, 68:4, 71:14
**perverted** [3] - 46:25, 47:3, 47:7
**Phil** [1] - 12:23
**philosophies** [2] - 61:22, 62:8
**philosophy** [3] - 34:4, 55:24, 62:5
**Philosophy** [3] - 48:6, 48:9, 55:21
**place** [1] - 38:20
**Plaintiffs** [3] - 1:9, 2:10, 2:14, 2:18

**plaintiffs** [4] - 8:5, 8:10, 26:20, 27:3
**pleasure** [4] - 16:25, 18:6, 19:6, 19:9
**plowing** [1] - 38:7
**plus** [2] - 42:23, 43:7
**point** [7] - 5:21, 7:15, 13:22, 21:9, 49:1, 53:15, 58:24
**pointed** [1] - 26:25
**points** [2] - 48:15, 48:17
**police** [2] - 53:13, 53:14
**policies** [10] - 31:2, 33:25, 34:1, 35:20, 36:23, 37:3, 37:5, 37:6, 38:12, 66:6
**Policies** [1] - 50:15
**policy** [16] - 6:5, 19:23, 31:7, 31:8, 36:8, 36:9, 37:9, 38:21, 39:6, 39:9, 63:9, 63:18, 63:19, 63:20, 63:21, 63:23
**Policy** [4] - 3:17, 30:19, 30:23, 33:24
**polite** [1] - 62:6
**popular** [1] - 56:23
**Portland** [1] - 9:14
**position** [10] - 8:12, 8:14, 12:9, 12:13, 13:5, 15:5, 26:3, 26:6, 44:16, 45:5
**positions** [3] - 11:24, 18:13, 18:14
**possible** [1] - 64:17
**Potter** [4] - 54:13, 54:16, 55:2, 55:9
**practicing** [1] - 32:19
**prankster** [1] - 59:2
**pre** [3] - 10:16, 43:10, 52:11
**pre-cal** [1] - 43:10
**pre-K** [2] - 10:16, 52:11
**preclude** [2] - 34:10, 35:16
**premise** [1] - 43:7
**preschooler** [1] - 52:13
**pretty** [2] - 31:8, 63:23
**principal** [8] - 12:9, 12:12, 12:20, 12:22, 13:1, 13:5, 13:10, 13:15
**private** [10] - 22:10, 22:11, 29:6, 29:8, 29:9, 65:10, 65:15
**privilege** [1] - 58:8

**pro** [1] - 25:5
**procedure** [1] - 19:23
**process** [2] - 24:5, 24:6
**produced** [1] - 8:3
**professed** [1] - 33:12
**promote** [2] - 40:10, 51:19
**pronounce** [1] - 17:21
**proper** [5] - 40:17, 41:3, 44:7, 49:16, 49:18
**prospect** [1] - 27:19
**provide** [6] - 7:20, 24:11, 29:1, 29:24, 42:17, 54:25
**provides** [1] - 42:14
**providing** [2] - 32:7, 38:5
**provision** [1] - 4:20
**Public** [7] - 1:17, 4:2, 4:7, 4:9, 68:2, 68:20, 69:14
**public** [10] - 4:22, 12:10, 12:12, 23:8, 28:25, 29:5, 29:25, 46:5, 46:13, 65:10
**PUBLIC/ATTORNEY** [1] - 71:11
**Public/Attorney** [1] - 71:12
**publically** [1] - 30:1
**pursuant** [1] - 1:19
**put** [5] - 31:17, 33:1, 43:22, 59:6, 60:11

## Q

**qualifications** [2] - 45:4, 45:9
**questioning** [2] - 38:1, 59:9
**questions** [14] - 5:6, 5:7, 5:9, 5:17, 5:23, 28:3, 28:5, 28:19, 38:2, 38:6, 55:19, 63:4, 63:5, 64:1
**quickly** [1] - 17:4
**quite** [2] - 5:11, 5:13
**quiz** [1] - 61:1

## R

**R-I-P-O-R-T-E-L-L-A** [1] - 17:20
**race** [2] - 30:22, 63:11
**radio** [1] - 8:21
**rates** [1] - 22:18
**RE** [1] - 69:11
**read** [15] - 16:25,

25:23, 31:8, 39:10, 52:5, 52:6, 52:14, 52:15, 52:19, 52:21, 54:15, 60:25, 66:22, 69:14, 71:2

**reading** [9] - 38:16, 52:9, 52:20, 53:9, 53:18, 54:17, 55:7, 57:1, 66:25

**ready** [1] - 53:23

**real** [2] - 29:22, 32:4

**really** [12] - 12:11, 13:24, 14:25, 16:24, 18:12, 20:19, 26:16, 28:1, 43:6, 51:21, 54:7, 65:13

**reason** [2] - 62:1, 62:2

**reasons** [2] - 56:13, 71:5

**receipt** [1] - 25:2

**receive** [10] - 9:7, 21:20, 22:15, 22:24, 23:5, 23:10, 29:13, 45:14, 51:17, 51:18

**received** [1] - 27:14

**recognize** [7] - 30:9, 44:20, 46:24, 47:12, 55:16, 57:15, 60:19

**recommendations** [1] - 15:13

**record** [2] - 4:14, 68:8

**RECORD** [1] - 63:7

**referring** [1] - 24:20

**reflecting** [1] - 8:4

**refuse** [2] - 46:4, 46:11

**refused** [1] - 60:5

**regarding** [3] - 25:1, 32:13, 39:6

**regardless** [1] - 58:12

**regards** [1] - 64:21

**regular** [1] - 34:6

**regulation** [1] - 58:17

**regulations** [2] - 58:13, 66:8

**related** [2] - 52:4, 53:6

**relating** [1] - 52:3

**relationship** [1] - 19:21

**religion** [6] - 31:1, 31:5, 31:24, 62:12, 63:13

**religious** [3] - 4:21, 23:20, 42:1

**remember** [1] - 52:11

**remove** [1] - 17:4

**rephrase** [1] - 40:19

**report** [3] - 12:16, 12:21, 13:14

**Report** [2] - 3:19,

60:23

**REPORTER** [1] - 71:23

**reporter** [1] - 5:8

**Reporter/Notary** [1] - 68:20

**REPORTING** [1] - 69:1

**represent** [1] - 48:17

**representative** [1] - 6:23

**represented** [3] - 32:15, 54:20, 54:23

**representing** [2] - 4:18, 64:8

**represents** [1] - 64:5

**request** [1] - 58:9

**requested** [1] - 7:24

**require** [3] - 45:15, 46:2, 57:20

**required** [4] - 41:25, 42:3, 42:6, 59:18

**requirement** [1] - 62:22

**Requirements** [1] - 50:16

**respect** [2] - 31:3, 48:18

**respectful** [6] - 33:18, 34:16, 34:18, 38:5, 38:13, 38:24

**respective** [2] - 40:21, 71:4

**response** [1] - 65:1

**responsible** [4] - 26:1, 26:7, 41:8, 52:17

**restricts** [1] - 4:21

**result** [1] - 53:19

**return** [1] - 69:17

**revenue** [1] - 22:13

**Riportella** [4] - 17:18, 17:22, 17:23, 17:24

**RIVERA** [2] - 2:15

**Road** [1] - 69:2

**ROBERT** [1] - 1:11

**Robert** [2] - 69:11, 71:19

**role** [4] - 40:21, 41:3, 50:19, 50:21

**Roman** [1] - 45:1

**Romans** [1] - 46:20

**Rossignol** [1] - 5:25

**roster** [1] - 11:3

**roughly** [1] - 10:17

**rule** [2] - 52:5, 58:17

**rules** [1] - 58:13

**Rules** [1] - 51:25

**running** [1] - 59:5

**S**

**safe** [2] - 30:1, 40:16

**safety** [1] - 41:22

**sand** [1] - 36:12

**Sarah** [5] - 4:17, 26:25, 27:14, 63:3, 71:22

**SARAH** [1] - 2:2

**sarah.forster@ maine.gov** [1] - 2:5

**Savior** [1] - 45:7

**savior** [2] - 51:11, 51:22

**saw** [1] - 25:18

**schism** [1] - 33:1

**school** [83] - 6:1, 8:13, 9:11, 9:13, 9:24, 11:25, 12:8, 12:10, 12:12, 13:8, 13:9, 14:18, 15:1, 15:22, 18:9, 18:18, 18:19, 21:2, 23:9, 23:11, 24:12, 24:17, 25:16, 26:4, 27:7, 28:21, 28:25, 29:5, 29:6, 29:7, 29:8, 29:9, 29:13, 29:19, 29:24, 29:25, 31:7, 31:16, 32:15, 32:16, 33:6, 33:9, 33:17, 34:4, 36:17, 38:19, 39:11, 39:12, 41:14, 41:15, 42:1, 42:5, 42:7, 43:11, 45:17, 45:20, 47:16, 52:3, 52:10, 52:24, 53:3, 53:11, 53:22, 54:8, 54:20, 54:23, 55:3, 55:6, 55:12, 58:9, 58:11, 58:22, 59:11, 59:24, 61:16, 62:16, 62:17, 63:15, 64:13, 64:18, 65:15, 66:10

**School** [13] - 3:17, 9:14, 14:23, 15:3, 15:7, 15:15, 15:19, 15:23, 16:3, 22:19, 24:25, 26:14, 49:21

**school's** [6] - 26:3, 35:22, 37:11, 37:18, 37:22, 53:15

**schooler** [1] - 52:23

**schoolers** [1] - 52:15

**Schools** [2] - 61:4, 61:7

**schools** [4] - 4:21, 10:5, 65:10

**science** [4] - 42:20, 43:12, 43:13, 43:14

**scratch** [1] - 12:19

**scripture** [2] - 46:16, 47:5

**second** [3] - 5:14, 30:18, 33:25

**section** [4] - 47:24, 48:5, 50:16, 51:24

**see** [37] - 6:24, 8:2, 20:19, 25:12, 27:7, 30:19, 33:25, 34:1, 34:7, 35:24, 43:10, 44:14, 45:7, 45:13, 46:17, 46:23, 46:25, 47:24, 48:5, 48:12, 48:14, 49:5, 49:22, 50:1, 50:16, 50:23, 54:6, 55:21, 56:2, 56:10, 58:14, 59:25, 61:16, 63:3, 65:1, 65:4, 65:16

**seek** [1] - 59:22

**seem** [1] - 38:6

**self** [1] - 10:7

**self-guided** [1] - 10:7

**semantics** [1] - 39:2

**send** [3] - 24:12, 24:16, 30:14

**sending** [2] - 28:17, 30:13

**sense** [5] - 18:15, 19:13, 26:11, 32:9, 32:10

**sentence** [3] - 35:21, 50:18, 56:12

**series** [9] - 5:6, 48:15, 53:7, 53:10, 54:14, 54:16, 55:2, 55:12, 56:22

**serious** [5] - 25:6, 35:22, 37:10, 37:17, 37:22

**serve** [8] - 8:13, 13:7, 16:25, 18:6, 19:5, 19:9, 41:14, 43:7

**SERVICE** [1] - 69:1

**service** [1] - 42:12

**services** [2] - 42:1, 42:6

**set** [7] - 47:21, 48:2, 48:8, 55:23, 56:4, 59:6, 68:15

**sets** [1] - 22:18

**seventh** [2] - 49:1, 59:20

**Sewall** [2] - 1:19, 4:3

**sexual** [1] - 46:3

**Shades** [2] - 53:21, 54:12

**Shakespeare** [1] - 55:9

**Sheet** [1] - 71:6

**sheet** [3] - 69:13, 69:15, 69:17

**shorthand** [1] - 68:9

**SHOULD** [1] - 70:1

**show** [9] - 6:10, 6:13, 30:6, 41:15, 51:5, 53:2, 55:16, 57:15, 60:19

**showed** [3] - 52:23, 53:6, 54:5

**showing** [1] - 6:15

**side** [1] - 54:22

**sign** [8] - 57:21, 58:2, 59:19, 60:4, 60:5, 60:13, 66:22, 69:14

**SIGNATURE** [2] - 71:8, 71:17

**signature** [5] - 58:5, 69:13, 69:14, 69:17, 71:15

**signed** [1] - 69:17

**signing** [2] - 59:22, 67:1

**sit** [1] - 31:12

**situation** [5] - 33:5, 58:1, 58:16, 60:11, 61:21

**six** [4] - 15:17, 16:15, 49:1, 52:18

**Sixth** [2] - 1:18, 4:3

**sixth** [1] - 61:24

**skills** [2] - 48:23, 49:4

**slipshod** [1] - 59:5

**small** [2] - 10:2, 29:24

**SMITH** [1] - 2:15

**Social** [1] - 48:12

**somewhere** [1] - 12:14

**son's** [1] - 10:23

**sorry** [9] - 7:9, 9:5, 11:3, 11:12, 14:1, 25:17, 29:8, 40:24, 45:21

**sort** [9] - 5:3, 15:2, 17:3, 25:13, 38:7, 52:8, 56:9, 58:4, 58:6

**sounds** [1] - 62:6

**source** [1] - 22:2

**sources** [2] - 22:6, 22:13

**speaking** [2] - 26:2, 53:12

**specific** [3] - 28:25, 58:13, 58:17

**specifically** [2] - 22:23, 63:10

**spell** [2] - 12:24, 17:19

**Spirit** [1] - 59:23

**spirit** [2] - 58:11, 58:19
**spread** [1] - 44:2
**staff** [6] - 11:7, 11:8, 11:9, 11:10, 62:22, 62:23
**stance** [1] - 54:24
**standards** [3] - 46:17, 65:20, 66:3
**standpoint** [1] - 25:13
**start** [7] - 5:10, 5:11, 5:12, 6:9, 6:21, 11:9, 62:2
**started** [3] - 5:24, 9:23, 10:10
**starts** [1] - 46:16
**state** [3] - 4:13, 38:21, 46:24
**State** [12] - 1:18, 1:18, 2:3, 4:3, 25:14, 25:21, 26:7, 26:9, 64:8, 66:3, 66:8, 68:3
**Statement** [6] - 29:16, 29:17, 29:21, 47:19, 47:24, 48:2
**statement** [1] - 30:23
**STATES** [1] - 1:1
**Station** [1] - 2:3
**stations** [1] - 8:21
**stenographic** [1] - 71:3
**step** [1] - 18:11
**still** [1] - 33:8
**stop** [1] - 18:22
**Street** [5] - 1:19, 2:16, 2:20, 4:3, 69:8
**string** [2] - 46:3, 46:10
**strings** [6] - 24:18, 24:19, 25:10, 45:23, 46:1, 64:24
**strives** [3] - 48:18, 48:21, 51:1
**structure** [1] - 40:18
**struggle** [1] - 39:12
**student** [40] - 21:3, 33:16, 33:17, 34:10, 37:15, 37:20, 38:13, 38:21, 38:23, 39:16, 39:19, 39:22, 40:1, 40:4, 40:6, 41:16, 51:3, 53:6, 53:18, 54:5, 58:11, 58:16, 58:18, 58:20, 59:8, 59:12, 59:13, 59:19, 59:21, 60:2, 60:4, 60:5, 60:6, 60:7, 60:10, 60:11, 60:12, 62:4, 62:15
**Student** [1] - 51:25

**student's** [2] - 40:6, 59:14
**student/parent** - 47:15
**Student/Parent** - 3:16
**students** [42] - 9:21, 10:11, 10:17, 21:16, 21:25, 22:20, 22:23, 23:4, 30:21, 31:3, 31:4, 32:9, 32:18, 35:21, 37:10, 38:4, 38:19, 38:20, 39:7, 39:11, 39:13, 40:17, 41:25, 42:3, 42:5, 43:23, 44:4, 47:6, 48:18, 49:3, 49:15, 50:22, 51:1, 51:13, 51:19, 53:3, 53:9, 60:13, 63:11, 63:17, 64:23
**subjects** [1] - 44:12
**successful** [1] - 33:5
**sufficiently** [1] - 59:14
**suit** [1] - 64:15
**Suite** [2] - 2:8, 2:12
**Sunday** [1] - 50:9
**superintendent** [11] - 12:14, 17:1, 17:6, 17:7, 18:1, 18:6, 19:6, 19:10, 19:25, 20:6, 20:17
**support** [7] - 11:8, 11:20, 12:3, 29:20, 31:14, 39:20, 58:21
**supporting** [1] - 59:10
**supportive** [2] - 59:2, 59:4
**surprised** [4] - 27:2, 27:5, 27:21, 28:13
**sworn** [2] - 4:9, 68:5
**system** [2] - 10:7, 10:8

---

**T**

**talents** [1] - 48:22
**talks** [1] - 61:15
**TAUB** [18] - 2:2, 4:12, 6:12, 28:8, 28:9, 30:5, 38:10, 44:18, 47:10, 54:1, 55:15, 57:14, 60:18, 63:2, 63:8, 63:25, 66:15, 66:18
**Taub** [2] - 3:4, 4:16
**taught** [5] - 8:19, 36:17, 42:25, 43:14
**teach** [29] - 10:15, 32:12, 32:14, 32:15, 32:21, 35:1, 35:4,

40:17, 40:21, 41:2, 41:7, 41:10, 42:19, 43:15, 43:16, 43:17, 43:18, 43:23, 44:1, 44:4, 44:7, 44:11, 47:6, 49:15, 51:13, 65:12
**Teacher** [2] - 3:15, 44:23
**teacher** [13] - 12:6, 45:4, 45:10, 46:7, 46:8, 46:16, 54:5, 54:6, 61:20, 61:22, 61:24, 62:1, 62:3
**teachers** [6] - 11:5, 12:16, 13:14, 45:15, 46:2, 62:21
**teaching** [10] - 11:9, 11:10, 18:19, 18:22, 43:1, 43:2, 43:5, 53:15, 56:9
**Teaching** [1] - 56:8
**team** [2] - 26:5, 26:11
**Tempe** [1] - 2:8
**Temple** [114] - 6:17, 6:23, 7:7, 7:11, 7:20, 7:23, 8:4, 8:12, 9:15, 9:19, 10:9, 10:11, 10:14, 11:5, 13:17, 13:24, 13:25, 14:22, 15:20, 16:20, 19:22, 21:1, 21:12, 21:16, 21:20, 21:23, 21:24, 22:3, 22:6, 22:12, 22:15, 22:25, 23:15, 23:20, 23:23, 24:1, 24:4, 24:6, 24:25, 25:1, 25:9, 25:11, 25:14, 25:20, 25:25, 26:2, 26:6, 26:18, 27:7, 28:18, 28:24, 29:5, 30:14, 30:21, 31:2, 31:22, 32:5, 32:8, 32:12, 32:23, 33:2, 33:12, 34:15, 34:19, 35:1, 35:12, 35:17, 36:13, 36:23, 37:1, 38:6, 38:13, 39:6, 39:20, 40:9, 40:17, 40:20, 41:1, 41:16, 41:25, 42:14, 45:10, 45:14, 45:23, 46:4, 46:10, 47:2, 47:6, 47:22, 48:3, 48:9, 48:17, 48:21, 49:7, 49:25, 50:3, 50:11, 50:25, 53:13, 55:24, 56:1, 56:5, 58:8, 58:19, 62:10, 62:14, 63:11, 64:21,

64:23, 64:24, 65:23, 66:2, 66:7
**Temple's** [1] - 37:3
**ten** [7] - 6:24, 7:12, 8:15, 8:16, 9:4, 9:6, 23:3
**tenets** [1] - 14:13
**tenth** [1] - 10:22
**terminate** [2] - 15:8, 16:23
**terminated** [1] - 62:1
**terms** [2] - 9:20, 52:8
**terrible** [3] - 22:22, 25:18, 26:13
**test** [2] - 5:22, 10:6
**testified** [3] - 4:9, 38:3, 66:1
**testify** [2] - 6:24, 68:5
**testifying** [1] - 28:4
**testimony** [4] - 62:14, 62:17, 66:2, 71:4
**THE** [7] - 1:1, 63:6, 66:14, 70:1, 70:2, 71:1, 71:11
**therefore** [1] - 71:5
**they've** [1] - 18:10
**three** [4] - 4:19, 16:5, 16:6, 49:1
**throats** [1] - 51:14
**thumb** [1] - 52:5
**tier** [1] - 12:20
**TIM** [1] - 2:7
**Tim** [2] - 63:2, 64:4
**Timothy** [1] - 69:7
**TIMOTHY** [1] - 2:19
**TITLE** [1] - 71:19
**title** [1] - 13:1
**tkeller@ij.org** [1] - 2:9
**TO** [3] - 63:7, 71:1, 71:11
**today** [3] - 10:6, 10:9, 27:9
**together** [6] - 22:19, 26:5, 26:10, 26:11, 71:4
**took** [1] - 59:6
**top** [2] - 21:5, 49:20
**topic** [3] - 25:4, 47:8, 56:10
**topics** [4] - 6:22, 6:24, 7:12, 28:1
**total** [1] - 11:7
**towards** [1] - 55:20
**towns** [1] - 23:8
**troublemaker** [1] - 58:21
**Troy** [2] - 26:17, 64:6
**true** [2] - 68:8, 71:15
**trust** [2] - 18:10, 18:14

**trusts** [1] - 19:12
**truth** [3] - 68:6
**try** [4] - 5:14, 39:13, 54:3, 54:24
**trying** [2] - 37:2, 54:2
**tuition** [18] - 21:1, 22:3, 22:7, 22:12, 22:18, 22:21, 23:11, 23:14, 23:23, 24:2, 24:4, 25:3, 25:9, 45:14, 64:22, 65:5, 65:24
**turn** [9] - 6:20, 7:17, 49:19, 50:14, 51:24, 55:20, 56:1, 56:7, 59:17
**twelfth** [4] - 10:17, 52:12, 52:13, 59:20
**Twilight** [3] - 53:7, 53:10, 55:12
**two** [6] - 11:23, 41:17, 41:19, 42:23, 43:8, 48:25
**twoodcock@ eatonpeabody.com** [1] - 2:21
**TX** [1] - 2:12
**type** [1] - 9:24
**typical** [2] - 28:25, 29:5
**typically** [2] - 28:20, 39:15

---

**U**

**ugly** [1] - 29:23
**um-hum** [14] - 8:17, 11:15, 13:2, 13:11, 14:1, 16:10, 20:5, 21:8, 27:1, 30:20, 35:25, 39:18, 46:19, 61:17
**unapproved** [1] - 52:2
**under** [9] - 13:10, 33:23, 35:21, 44:24, 48:11, 49:16, 50:14, 56:7, 58:5
**underneath** [2] - 17:16, 48:15
**understandings** [1] - 49:13
**understood** [3] - 19:11, 28:6, 44:15
**unique** [1] - 48:22
**UNITED** [1] - 1:1
**universe** [1] - 42:24
**University** [1] - 9:8
**unless** [1] - 5:23
**up** [10] - 16:8, 25:4, 29:18, 34:24, 44:15,

52:23, 53:2, 53:6, 54:5, 61:13
**upset** [3] - 27:22, 28:10, 28:12

**V**

**vampires** [1] - 52:3
**various** [2] - 6:22, 7:19
**versed** [1] - 14:16
**verses** [3] - 43:1, 43:9, 46:21
**view** [5] - 29:4, 39:3, 42:20, 50:11, 53:16
**views** [1] - 34:19
**violate** [1] - 58:17
**voucher** [1] - 65:5
**vouchers** [11] - 23:11, 23:14, 23:15, 23:24, 24:2, 24:5, 25:3, 25:10, 45:14, 64:23, 65:24
**vs** [1] - 1:10

**W**

**waive** [1] - 66:25
**walk** [1] - 34:24
**wants** [1] - 33:2
**ways** [1] - 46:20
**wee** [1] - 55:11
**week** [2] - 42:2, 42:10
**weight** [1] - 12:13
**well-being** [1] - 35:13
**werewolves** [2] - 52:4, 53:5
**WHEREOF** [1] - 68:15
**whistles** [1] - 29:25
**whole** [2] - 20:20, 68:6
**wife** [4] - 40:23, 41:3, 41:8, 41:10
**wish** [1] - 69:15
**witchcraft** [1] - 55:4
**witches** [1] - 55:5
**withdrawal** [1] - 58:10
**within-named** [1] - 68:5
**WITNESS** [1] - 68:15
**wives** [1] - 54:15
**woman** [4] - 40:22, 41:14, 49:14, 49:17
**wonderful** [1] - 59:11
**wondering** [2] - 31:2, 56:15
**Woodcock** [1] - 69:7
**woodcock** [1] - 5:4
**WOODCOCK** [4] - 27:24, 37:25, 66:17, 66:22

**WOODOCK** [1] - 2:19
**word** [6] - 28:12, 35:2, 35:11, 36:6, 44:2, 51:9
**words** [1] - 63:21
**workers** [1] - 11:22
**works** [1] - 55:1
**wrath** [1] - 58:25
**writing** [7] - 5:8, 8:9, 25:12, 65:1, 65:4, 65:16, 65:23
**written** [1] - 19:8

**Y**

**Year** [2] - 3:19, 60:23
**year** [2] - 9:21, 47:16
**years** [7] - 8:15, 8:16, 9:4, 9:6, 10:10, 19:18, 19:19
**yourself** [1] - 51:5

**Z**

**Zach** [1] - 20:14