# EXHIBIT 25



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

DAVID and AMY CARSON, et al.,          )
                                       )
Plaintiffs,                            )
                                       )
          v.                           )     Civil Action No. 18-cv-00327 DBH
                                       )
ROBERT G. HASSON, JR., in his          )
official capacity as Commissioner of   )
the Maine Department of Education,     )
                                       )
Defendant.                             )

## NOTICE OF DEPOSITION OF TEMPLE ACADEMY

To:    Alton C. Stevens, Esq.
       Marden Dubord Bernier & Stevens, PA LLC
       44 Elm Street
       P.O. Box 708
       Waterville, Maine 04903-0708

       Please take notice that on Monday, December 17, 2018 at 9:30 a.m., at the Office of the

Attorney General, Cross State Office Building, 6th Floor, Sewall Street, Augusta, Maine 04333,

counsel for the defendant, Robert G. Hasson, Jr., Commissioner of the Maine Department of

Education, will take the deposition of Temple Academy, upon oral examination, pursuant to

Federal Rule of Civil Procedure 30(b)(6).

       The deposition will be taken before a notary public or some other officer authorized by

law to administer oaths, and will be recorded by means of a stenotype machine.

       The Commissioner will examine the deponent(s) concerning all matters contained in

attached Exhibit A. Temple Academy is responsible for designating one or more officers,

directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person shall testify.

The deponent(s) or their attorney must also bring with them to the deposition the documents listed in attached Exhibit B.

The deposition will continue from day to day until completed.  You are invited to attend and cross-examine.

DATED at Augusta, Maine, this 21st day of November, 2018.

JANET T. MILLS
Attorney General

/s/ Sarah A. Forster
SARAH A. FORSTER
CHRISTOPHER C. TAUB
Assistant Attorneys General
Office of the Attorney General
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
**sarah.forster@maine.gov**
**christopher.c.taub@maine.gov**

2

CERTIFICATE OF SERVICE

I hereby certify that on this, the 21st day of November, 2018, I caused the original of this document to be served by electronic mail and first class mail upon counsel for Temple Academy:

Alton C. Stevens, Esq.
Marden Dubord Bernier & Stevens, PA LLC
44 Elm Street
P.O. Box 708
Waterville, Maine 04903-0708

All counsel of record will receive this document by electronic mail:

TIMOTHY D. KELLER, ESQ.
tkeller@ij.org

ARIF PANJU, ESQ.
apanju@ij.org

JEFFREY T. EDWARDS, ESQ.
jedwards@preti.com

JONATHAN R. WHITEHEAD, ESQ.
jon@whiteheadlawllc.com

LEA PATTERSON, ESQ.
lepatterson@firstliberty.org

MICHAEL K. WHITEHEAD, ESQ.
mike@thewhiteheadfirm.com

ALEX LUCHENITSER, ESQ.
luchenitser@au.org

SARAH GOETZ, ESQ.
goetz@au.org

ZACHARY L. HEIDEN, ESQ.
zheiden@aclumaine.org

To my knowledge, there are no non-registered parties or attorneys participating in this case.

Dated:  November 21, 2018          /s/ Sarah A. Forster
                                    SARAH A. FORSTER
                                    Assistant Attorney General
                                    Office of the Attorney General
                                    6 State House Station
                                    Augusta, ME 04333-0006
                                    Tel. (207) 626-8866
                                    sarah.forster@maine.gov

4

## Exhibit A

1. Temple Academy's interest in becoming approved for the receipt of public funds for tuition purposes pursuant to 20-A M.R.S.A. § 2951.

2. Temple Academy's advertisement for or recruitment of prospective students.

3. Temple Academy's admissions policies.

4. Temple Academy's curriculum, course offerings, grading system, graduation requirements, and general academic policies.

5. The religious component of Temple Academy's curriculum, including course offerings and related requirements.

6. Temple Academy's disciplinary policies and procedures.

7. Temple Academy's hiring policies and procedures, including teacher and administrator qualifications.

8. Temple Academy's sources of funding.

9. Temple Academy's relationship with any church or religious institution.

10. Any communications between Temple Academy and counsel for Plaintiffs in this lawsuit.

## Exhibit B

1. Brochures or similar documents, including standard cover letters to parents or students, currently in use that provide an accurate overview of Temple Academy, its purposes, and academic or other offerings to students;

2. Current application forms;

3. Documents explaining the application process;

4. Admissions policies and procedures;

5. A copy of the current student handbook or similar document;

6. A schedule or calendar of events for the current school year;

7. Financial aid forms used by students to apply for aid and documents relating to any financial aid policies;

8. The most recent evaluation report of the school from the New England Association of Schools and Colleges;

9. Documents relating to educator (teachers, administrators, and other professionals) qualifications and a sample teacher contract used by the school;

10. A copy of the current faculty handbook or similar document;

11. Documents providing information relating to the school's curriculum, course offerings, grading system, graduation requirements, and general academic policies;

12. Documents describing and relating to the religious component of the curriculum, including course outlines and related requirements;

13. Documents relating to the rights and privileges of students at the school, including documents relating to disciplinary proceedings; and

14. Documents reflecting any communications between Temple Academy and counsel for Plaintiffs.