# EXHIBIT 26

Temple Academy - Documents in
Response to Deposition Exhibit B



Page 1 of 200

# To Applicants for Admission

We are grateful for your interest in enrollment at Temple Academy. This packet is the first part of the admission process and contains important information that should be read carefully and prayerfully. Your candid and thoughtful responses on these forms will help determine if Temple Academy can provide the kind of education and training you desire for your family.

## Application Instructions

- Read the application material carefully.

- Complete the *New Student Application*, attach a check for the nonrefundable application fee of $60.00 ($120.00 family maximum) and return to Temple Academy, 60 W. River Road, Waterville, ME 04901.

- Mail the *Personal Confidential Evaluation* to a former teacher, guidance counselor, or school administrator who is qualified to assess your child.

- After the application form and fee are received, the students(s) will be scheduled by the office for a test date. Students tested at Temple Academy may pay the test fee of $20.00 (Kindergarten) or $15.00 (grades 1 – 12) at the time of testing.

- After the application materials have been received and reviewed, parents *and* student(s) will be scheduled for an interview with the Head of School, an important part of the admissions procedure. You should come prepared with a copy of the most recent report card as well as any questions you may have regarding any aspects of the school's program.

- Provided the application and interview indicate Temple Academy would benefit your child(ren), you will receive a second packet of application materials, including the *Parent Handbook*, *Pupil Records Transfer Request*, *Emergency/Illness Information*, etc., which need to be read carefully, completed and returned to the school before final acceptance is approved.

- Final acceptance is conditioned upon verification of a student's academic, attendance, and behavioral record by receipt of his/her *Personal Confidential Evaluation* and official school records. If any of these indicate the student's needs are incompatible with Temple Academy's policies or resources, then parents will be notified at the earliest possible time that final acceptance has been denied. While we would like to be able to educate every child who comes to us, we do not have the resources necessary to educate children with substantial learning or behavioral problems. Grade placement will be determined by the Head of School.

- All families sign a Tuition Contract stating the terms of payment. Students are permitted in class once all fees and the first month's tuition are paid and all paperwork is properly completed, signed, and returned to the school office.

## Statement of Mission

Temple Academy exists to know the Lord Jesus Christ and to make Him known through accredited academic excellence and programs presented through our thoroughly Christian Biblical world view.

Temple Academy - Documents in
Response to Deposition Exhibit B

## Policy of Non-Discrimination

Temple Academy admits students of any race, color, national and ethnic origin to all the rights, privileges, programs, and activities generally accorded or made available to students at the school. It does not discriminate on the basis of race, color, national and ethnic origin in the administration of its educational policies, admission policies, scholarship, and athletic or other school-administered programs.

## Admission Policies

Enrollment requirements include, but are not limited to, the following policies:

1. In order to maintain the Evangelical philosophy of our school, at least one parent/guardian should be born-again and in regular attendance at a Bible-believing church as we are committed to working with Christian families. No student will be enrolled whose parents do not understand and support our Christian philosophy, goals, and standards and/or are unwilling to have their children trained in accordance with these ideals. Parents should understand we seek to lead every student to a personal, saving knowledge of Christ. Students from homes with serious differences with the school's Biblical basis and/or its doctrines will not be accepted.

2. The student must be able to demonstrate by the screening test or by a professional evaluation that he/she is able to profit from normal classroom education. While we would like to be able to educate every child who comes to us, we do not have the resources necessary to educate children with substantial learning problems or disabilities.

3. The student must have a good disciplinary record and show agreement with Temple Academy's policies and standards. Students who give evidence of social or moral liabilities will not be accepted. We do not require students to be born-again Christians, but they must be able to live in compliance with our policies and standards. Students will not be admitted if they demonstrate a clear lack of willingness to abide by Temple Academy rules.

4. Applicants for Kindergarten must be five (5) years old on September 1; first grade applicants must be six (6) years old on September 1.

5. All new students are considered on probation until completion of their first full quarter. Probation may be extended by the Principal at his/her discretion.

## Scholarship Policies

Temple Academy offers a limited amount of tuition discount assistance to believing families who, without such assistance, would be unable to send their child(ren) to the school. However, in fairness to all our families, the school seeks to require each family to bear its share of sacrifice as fully as possible.

Temple Academy uses the services of Financial Aid for School Tuition (FAST) to provide an objective and confidential third-party recommendation to the school for families seeking tuition discount. Any family applying will need to do so on-line. The processing fee is $36.00 paid directly to FAST on-line by using a Visa/Mastercard. You will be required by FAST to provide tax returns and other supporting financial documentation. FAST reviews the financial data and then recommends to the school the amount of discount it believes the family qualifies for. Temple Academy makes every reasonable effort to provide the discount recommended, but funds available for financial assistance are limited by our budget as well as the number of families that apply.

TA000003

## Statement of Faith

We believe the Bible to be the inspired, the only infallible, authoritative, inerrant Word of God (2 Tim. 3:15, 2 Pt. 1:21),providing biblically-integrated education that will equip the student for a life of Christian service.

We believe there is one God, eternally existent in three persons—Father, Son, and Holy Spirit (Gen. 1:1; Matt. 28:19; Jn. 10:30).

We believe in the deity of Christ (Jn. 2:11), His virgin birth (Is. 7:14; Matt. 1:23; Lk. 1:35), His sinless life (Heb. 4:15; Heb. 7:26), His miracles (Jn. 2:11), His vicarious and atoning death (I Cor. 15:3; Eph. 1:7; Heb. 2:9), His resurrection (Jn. 11:25; I Cor. 15:4), His ascension to the right hand of the Father (Mk. 16:19), and His personal return in power and glory (Acts 1:11; Rev. 19:11).

We believe in the absolute necessity of regeneration by the Holy Spirit for salvation because of the exceeding sinfulness of human nature; and that men are justified on the single ground of faith in the shed blood of Christ and that only by God's grace and through faith alone are we saved (Jn. 3:16-19; Jn. 5:24; Rom. 3:23; Rom. 5:8-9; Eph. 2:8-10; Tit. 3:5).

We believe in the resurrection of both the saved and the lost; they that are saved unto the resurrection of life, and that they are lost unto the resurrection of damnation (Jn. 5:28-29).

We believe in the spiritual unity of believers in our Lord Jesus Christ (Rom. 8:9; I Cor. 12:12-13; Gal. 3:26-28).

We believe in the present ministry of the Holy Spirit by whose indwelling the Christian is enabled to live a godly life (Ro. 8:13-14; I Cor. 3:16; I Cor. 6:19-20; Eph. 4:30; Eph. 5:18).

We believe marriage should be between one man and one woman. (Genesis 1:27)

## Directions to Temple Academy



TA000004

**Kindergarten**
Bible, Phonics, Language Skills, Mathematics( daily, 38 weeks)
Social Studies (Four times a week, 38 weeks)
Writing, Reading (Three times a week, 38 weeks)
Science (Twice a week for 38 weeks)
Spelling, Art, Music, P.E.(Once a week for 38 weeks)

**First Grade**
Bible, Mathematics, Language, Reading, Spelling, Phonics, Penmanship (daily,38 weeks)
Social Science, Science (Three times a week, 38 weeks)
Health, P.E., Art, Music (Once a week for 38 week)

**Second Grade**
Bible, Mathematics, Language, Reading, Spelling, Penmanship (daily, 38 weeks)
History, Science (Three times a week, 38 weeks)
P.E., Art, Music, Computer (Once a week for 38 week)

**Third Grade**
Bible, Mathematics, Language, Reading, Spelling, History, Science (daily, 38 weeks)
Penmanship, P.E., Art, Music, Computer (Once a week for 38 weeks)

**Fourth Grade**
Bible, Mathematics, Language, Reading, Spelling, History, Science, (daily, 38 weeks)
P.E., Art, Music, Computer (Once a week for 38 weeks)

**Fifth Grade**
Bible, Mathematics, Language, Reading, Spelling, History, Science, (38 weeks)
Penmanship, P.E., Art, Music, Computer (Once a week for 38 weeks)

**Sixth Grade**
Bible, Mathematics, Language, Reading, Spelling, History, Science, (daily, 38 weeks)
P.E., Art, Music, Computer (Once a week for 38 week)

**Seventh Grade**
Bible, Mathematics, Language Arts, World History, Life Science (daily, 38 weeks)
P.E, Computer (2 times a week, 38 weeks)

**Eighth Grade**
Bible, Mathematics (Options: Modified, Pre Al, Algebra 1), Language Arts, American History, Earth Science (daily, 38 weeks)
P.E, Computer (2 times a week, 38 weeks)

**Freshman**
Bible, Mathematics (Options: Modified, Pre Algebra, Algebra 1, Algebra 2), Physical Science with a lab, Language Arts 1(General, or Honors), Geography(daily, 38 weeks)
Computer Office Suite 1, P.E. (Twice a week, 38 weeks)

**Sophomore**
Bible/Health, Mathematics (Options: Modified, Pre Algebra, Algebra 1, Algebra 2, Geometry), Biology with a lab, Language Arts 2 (General or Honors), World History, Foreign Language 1(daily, 38 weeks) Computer Office Suite 2, P.E. (Twice a week, 38 weeks)

**Junior**
Bible, Mathematics (Options: Modified, Pre Algebra, Algebra 1, Algebra 2, Geometry, Pre Cal), Chemistry with a lab, Language Arts 3(General or Honors), American History, Foreign Language 2, Fine Arts (daily, 38 weeks)

**Senior**
Bible, Mathematics (Options: Modified, Pre Algebra, Algebra 1, Algebra 2, Geometry, Pre Cal, Calculus), Physics with a lab, Language Arts 4(General or Honors), American Government, 1 -2 Electives (daily, 38 weeks)

**Additional courses available include:**

TOEFL English for international students.
American History and Culture for international students
Beginners Bible for the international students

**Courses from Mid Maine Technical Center**

Automotive Collision Repair
Automotive Technology
Construction Technology
CTE Academy
Culinary Arts
Criminal Justice
Early Childhood Education

Electrical Technology
Emergency Services
Information Technology
Mass Media Communications
Medical Careers
Precision Machining

**Rosetta Stone**

This program offers 24 languages. Our current students have picked one of the following:
Spanish
English
French
German
Italian

**Ignitia (see document)**

Some of our students attend local colleges for dual credit courses. They attend, Colby College, University of Maine Augusta, Thomas College, and Kennebec Valley Community College.