# EXHIBIT 27



# Teacher Employment Agreement
## 2018-2019

### Section I: Position

1. Believing that God has led in this decision, Temple Academy, a ministry of Calvary Temple, Inc., located in Waterville, Maine hereby agrees to employ


as a teacher at Temple Academy for the 2018-2019 school year. The teacher agrees to serve under the direction of Calvary Temple leadership and Temple Academy school board and principal. This contract begins August 23, 2018 and ends June 15, 2019, depending on satisfactory performance of assigned duties and unless extra snow days are required.

2. By accepting this appointment, said teacher specifically acknowledges that this contract is for a limited duration and that all rights and privileges herein shall terminate upon the expiration date of this contract, unless voided earlier pursuant to the provisions of Section V below. The parties agree that no rights of tenure or presumption of continued employment are conferred or implied by this contract or by a number of consecutive contracts. The parties further agree that no right to notice of renewal or non-renewal of the contract is conferred or implied.

3. Any previous agreements, whether written or oral, are fully merged into this agreement; and no other agreement, statement, or promise, other than those contained in this contract shall be valid or binding on either party. This contract shall be interpreted under the laws of the state of Maine.

### Section II: Remuneration

1. Teacher's salary of $ will be paid as funds are available beginning on September 1, 2018 and ending after the teacher's choice of fifty-two or forty-two installments, less any deductions required by state or federal law, proper deductions for loss of time, and other mutually agreed items. The teacher agrees that delayed payment does not constitute a breach of this contract.

2. In addition to the above, Temple Academy will provide the following:

    a. Sick days: Teacher's are provided five paid non-cumulative sick days per school year. The Temple Academy school board may increase the number on an individual basis to accommodate major illness, etc.. Additional unpaid leave may be arranged in extreme cases. A pro-rated payroll deduction will be made for each day absent over the allotted dates for both full and part-time teachers.

    b. Personal and Professional days: Two paid non-cumulative personal days may be taken by full-time teachers with advance coordination and approval of the principal. One paid non-cumulative professional day may also be taken with advance coordination

and approval of the principal to attend a conference or visit another school for professional growth and development.

 c. Funeral leave:

  1) Teachers shall be allowed up to three days without loss of pay or sick leave when a death occurs in the immediate family. Immediate family is defined as a spouse, parent, sibling, child, grandparent, spouse's parent, or any other person residing in the same household.

  2) Additional time, not to exceed two days, shall be granted without loss of pay or sick leave, at the discretion of the principal, when it is necessary to travel in connection with the death of a relative.

 d. Vacation Days: The teacher will receive all holidays indicated on the school calendar including Christmas, winter, and spring vacations.

 e. Tuition discounts: Full time teachers employed consecutively since the 2007-2008 school year will receive free tuition for their children. Teachers are responsible for all fees. Teachers who were employed after that year will receive a generous discount. We do not offer discounts for substitutes, short or long term.

 f. It is understood that neither Calvary Temple nor Temple Academy is liable to reimburse any teacher for any benefit not used in the fringe benefit package. Teachers may not choose to receive cash in lieu of any benefit.

## Section III: Conditions of Employment

In consideration of the above, teachers accept employment at the stated salary and agree to faithfully perform the duties of the contracted position, subject to the following terms and conditions:

1. The teacher affirms that, as a part of the qualifications for this position, he/she is a born-again Christian who knows the Lord Jesus Christ as Savior (John 3:3, I Peter 1:23).
2. The teacher will manifest by precept and example the highest Christian virtue and personal decorum, serving as a Christian role model (I Timothy 4:12) both in and out of school to pupils (Luke 6:40), and as an example to parents and fellow faculty members in judgment, respect, and Christian living. This includes, but not limited to, the refraining from such activities as the use of alcohol, tobacco, illicit drugs, and the use of vulgar and profane language (Colossians 3:17; Titus 2:7,8; I Thessalonians 2:10; I Thessalonians 5:8, 22-23; James 3:17,18)
3. The teacher agrees to be on time for staff devotions at 7:40 a.m. and to remain on the grounds until 3:00 p.m., except when other duties as assigned require the time to be extended. He or she also agrees to remain after school for such meetings and conferences as shall be called by the principal.
4. The teacher agrees to be present at school functions as listed on the school calendar and other events as requested by the principal.
5. The teacher accepts without verbal or mental reservations to the statement of faith, the educational philosophy, and objectives and is committed to upholding them.

6. Assignment to room, grade, subject, and extra-curricular duties is to be made at the discretion of the principal after consultation with the teacher. He/she agrees to accept his/her proportionate amount of supervision outside of the regular classroom assignment, the extent of the supervision and assignment to be determined by the principal, who will seek as much as possible to achieve equity in all staff assignments.

7. The teacher will follow the prescribed curriculum as approved by the principal.

8. The teacher will strive at all times to understand, appreciate, love, and serve the pupils entrusted to them for instruction, and will to the best of their ability provide for their fullest spiritual, intellectual, physical, and emotional development.

9. The teacher will maintain a classroom that is conducive to learning. This includes maintaining a professional appearance.

10. The teacher will avoid, as much as possible, highly debatable topics that end to divide evangelical believers. A student is to be referred to their local church if a debatable topic of a theological nature arises.

11. The teacher agrees to follow the Biblical pattern of Matthew 18:15-17 and Galatians 6:1 and always give a good report. All differences are to be resolved by utilizing Biblical principles – always presenting a united front. Appropriate confidentiality will be observed in regard to pupil, parent and school matters (Titus 3:2; Galatians 5:15).

12. The teacher agrees that the Scripture dictates standards of sexual behavior. Any promiscuity, homo-sexuality, or other deviant sexual behavior is forbidden and as such violates bona fide occupational requirement of being a Christian role model. The unique roles of the male and female are clearly defined in Scripture. Romans 1:24-32 states that God recognize homosexuals and other deviants as perverted. Such deviation from Scriptural standards is grounds for termination (Romans 12:1-2; I Corinthians 6:9-20; Ephesians 4:1-11; I Thessalonians 4:3-8; I Timothy 4:12; II Timothy 2:19-22; I John 3:1-3; I Peter 1:15-16).

13. The teacher acknowledges that he/she is fully aware of hi/her obligations under state law regarding child abuse reporting requirements and that they will fulfill those obligations.

14. The teacher agrees that if at anytime during his/her period of employment, he/she cannot hold true to any of the above and finds himself/herself out of harmony or sympathy, or in discord or disagreement with the philosophy, policies, standards or administration of the school, he/she will immediately make the fact known to the principal. Unless the lack of harmony, discord, or disagreement can be harmoniously adjusted without publicity, the teacher agrees to voluntarily withdraw from this employment, or be subject to termination for cause.

## Section IV: Dispute Resolution

1. The parties to this agreement are Christians and believe that the Bible commands them to make every effort to live at peace and resolve disputes with each other in private or within the Christian community in conformity with the Biblical injunctions of I Corinthians 6:1-8; Matthew 5:23-24; 18:15-20. Therefore the parties agree that any claim coming out of, or related to, this agreement or to any aspect of the employment relationship, including statutory claims, shall be resolved by Biblically-based mediation and not to be displayed on any social media web sites.

3

Temple Academy - Documents in
Response to Deposition Exhibit B

Page 93 of 200

2. If resolution of the dispute and reconciliation do not result from such efforts, the matter shall then be resolved by binding arbitration within the meaning of the Uniform Arbitration Act as enacted in the state of Maine.

3. The parties agree that these methods shall be the sole remedy for any controversy or claim arising out of the employment relationship or this agreement and expressly waive their right to file a lawsuit against one another in any civil court for such disputes, except to enforce a legally binding arbitration decision. Each party, regardless of the outcome of the matter, agrees to bear the cost of his/hers/its own arbitrator and one-half of the fees and costs of the neutral arbitrator and any other arbitration expenses.

## Section V: Termination

1. This agreement will endure for the time period indicated but may be terminated when any of its requirements are violated. Where cause exists, the school board may terminate this contract, provided that the teacher has been informed in writing of the cause or causes for discharge and has been given an opportunity to respond to them prior to final termination. Failure to request a hearing with the board within seven days of delivery of the

termination notice shall waive the teacher's right to such a hearing and the termination is final. Dismissal may be immediate or with longer notice depending on the reason for dismissal.

2. Cause, as used herein includes, but not limited to, the teacher's inability to render adequate service because of inefficiency, insubordination, physical disability, or any conduct tending to reflect discredit upon the school or upon the teacher, or tending to seriously impair his/her continued usefulness as a Christian role model for the student. The Policy and Procedure Manual and The Faculty Handbook give full details regarding termination of contract.

3. Temple Academy reserves the right to rescind this agreement with no further obligation to the teacher under the terms of this agreement if it determined that there is not adequate student enrollment to necessitate employment of teacher or funds available to sustain the previously anticipated level of school operation. Temple Academy reserves the right to withdraw an offer at anytime prior to its acceptance.

4. This agreement is subject to renewal on or prior to the termination date subject to periodic evaluations by the principal and at the discretion of the principal, the school board, and the Calvary Temple board of deacons.

5. If after the signing of this agreement said teacher desires to be excused from this agreement, a written request must be made to the principal for consideration. If the teacher resigns or is terminated during the period of service covered by this contract, payment will be made of that proportionate part of the annual salary which the number of

4

TA000094

days of actual duty bears to the number of days covered by the contract. All fringe benefits would end on the last day of employment.

6. Temple Academy has been classified as a 501(c)(3) nonprofit church-related organization and has chosen not to participate in the Federal Unemployment Tax Act. Therefore, upon termination of employment, regardless of the reason(s), unemployment benefits are not available.

**This agreement will be valid only if signed and returned to the school office by June 14, 2018.**

*I have read and do understand the duties, responsibilities, salary, and benefits, and I fully agree with the terms and conditions of this one-year contract.*

_____    _____
Teacher's signature                                                              Date

*We at Temple Academy extend our warmest welcome to you. We pledge our prayer support and help as you minister to the spiritual, mental, and emotional needs of our students.*

_____    _____
Chairman of Calvary Temple Board of Elders                        Date

_____    _____
Chairman of the school board                                              Date

5