# EXHIBIT 28

Temple Academy - Documents in
Response to Deposition Exhibit B



EXHIBIT
8
12/17/18

# Student/Parent Handbook
## 2018-2019



## Temple Academy

60 West River Road
Waterville, ME 04901

1

TA000011

Temple Academy - Documents in
Response to Deposition Exhibit B

TA000012

## WELCOME!

We appreciate your interest in providing your child a quality, uniquely Christian education that *reinforces*, not contradicts, the godly values you have worked so hard to build in the life of your child. Our very reason for existence is to aid parents in their God-given responsibility to "*train up a child in the way he should go....*" Proverbs 22:6 We believe it is especially critical in a child's formative, vulnerable years to ensure that both the *instruction* the child receives and the *instructor* be in harmony with the values of the Word of God: "*Everyone when he is fully taught will be like his teacher*" Luke 6:40.

Temple Academy was established for this very purpose in 1977 and continues to stand for the teaching of God's infallible Word, the Bible, for a high level of age-appropriate academic expectations, and for high standards of morality and Christian behavior.

This *Parent-Student Handbook* is provided to help you understand how the school operates and to give you the basic information you need concerning our policies and procedures, but it is not exhaustive in any sense. It becomes necessary from time to time to add, delete, and revise policies and procedures as we continue to seek to improve. You will be kept informed throughout the year of any changes that affect your family. Our hope is that this *Handbook* will help us as we work together harmoniously in the bond of Christ's love for the benefit of our children. Feel free to contact the school office at 873-5325 any time you need more information.

In His Grip,

Denise Lafountain

Denise Lafountain
Head of School

School Office Hours: 7:55 AM - 2:45PM
Office Phone: (207)873-5325
Email: *denise@caltemp.org*
Address: 60 West River Road, Waterville, ME 04901

## Table of Contents

TA000013

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Welcome | 2 | | Early Dismissal | 15 | | Tobacco use or Possession | 31 |
| | | | Family Vacations | 16 | | Alcohol, Marijuana, Drugs | 31 |
| Table of Contents | 3 | | Make-Up Work | 16 | | Cheating | 31 |
| | | | | | | Truancy/Cutting | 31 |
| Introduction | 4 | | Academic Program | 16 | | Grievance Procedure | 31 |
| Statement of Mission | 4 | | Elementary Program | 16 | | | |
| Statement of Faith | 4 | | Secondary Program | 17 | | Student Activities | 32 |
| Educational Philosophy | 4 | | Class Size | 17 | | General Guidelines | 32 |
| | | | Grading System | 17 | | Eligibility | 32 |
| Temple Academy Objectives | 5 | | Progress Reports | 17 | | Awards Ceremony | 33 |
| Spiritual Growth and Development | 5 | | Report Cards | 17 | | Field Trips | 33 |
| Academic Growth | 6 | | | | | Fun Day | 33 |
| Personal and Social Growth | 6 | | High School Core Credits | 18 | | Job Shadow | 33 |
| Promotion of Christian Homes | 6 | | High School Core Curriculum | 18 | | Student Service | 34 |
| | | | Honor Roll | 18 | | Student Council | 34 |
| About the School | 7 | | Promotion and Retention | 18 | | | |
| Governance | 7 | | Achievement Tests | 19 | | Athletics | 34 |
| Teacher Certification | 7 | | Physical Education | 19 | | General | 34 |
| Spiritual Program | 7 | | Homework | 19 | | Eligibility | 34 |
| Home/School Communication | 8 | | Exams | 20 | | Sportsmanship | 34 |
| Volunteer Service Requirement | 9 | | Extra Help | 20 | | | |
| Student Community Service | 9 | | Release of Records | 20 | | General Information | 35 |
| 35 | | | | | | Bibles | 35 |
| Admissions Policies | 9 | | Dress and Grooming | 21 | | Fire Drills | 35 |
| Enrollment Requirements | 9 | | Philosophy | 21 | | Lost & Found | 35 |
| Enrollment Procedures | 11 | | General | 21 | | Lunches | 35 |
| | | | Dress Code Elementary/J.H. | 23 | | Medical Emergency Treatment | 37 |
| Financial Policies | 11 | | Dress Code for H.S. | 24 | | Periodic Lice Checks | 37 |
| Tuition | 11 | | Enforcement | 25 | | Medication | 37 |
| Terms of Payment | 12 | | | | | School Cancellations | 38 |
| Fees | 12 | | Student Conduct | 25 | | Home/School Envelope | 38 |
| Tuition Refunds | 12 | | General Rules of Conduct | 25 | | Supplies | 38 |
| Tuition Assistance | 13 | | Traveling Conduct | 27 | | Phone Calls | 38 |
| Fundraising | 13 | | | | | The Temple Trumpet | 39 |
| | | | Disciplinary Policies | 28 | | Textbook/ Library Books | 39 |
| Attendance Policies | 14 | | Normal Classroom Discipline | | | Visitors | 39 |
| Absences | 14 | | Procedures Gr. 7-12 | 29 | | Arrival/ Departure | 39 |
| Secondary Class Attendance | 14 | | Detention | 29 | | Before School | 40 |
| 10% Absences | 14 | | Suspension | 29 | | After School | 40 |
| Partial Day | 14 | | Probation | 29 | | Student Drivers | 40 |
| Absence Notes | 15 | | Withdrawal | 30 | | School Emblems | 41 |
| Excused Absence | 14 | | Expulsion | 30 | | | |
| Tardy | 15 | | Controlled Substances | 30 | | Addendum: Computer Use | 42 |

# INTRODUCTION

TA000014

Temple Academy - Documents in
Response to Deposition Exhibit B

## STATEMENT OF MISSION

Temple Academy exists to know the Lord Jesus Christ and to make Him known through accredited academic excellence and programs presented through our thoroughly Christian Biblical world view.

## STATEMENT OF FAITH

We believe the Bible to be the inspired, the only infallible, authoritative, inerrant Word of God (2 Tim. 3:15, 2 Pt. 1:21).providing biblically-integrated education that will equip the student for a life of Christian service.

We believe there is one God, eternally existent in three persons—Father, Son, and Holy Spirit (Gen. 1:1; Matt. 28:19; Jn. 10:30).

We believe in the deity of Christ (Jn. 2:11), His virgin birth (Is. 7:14; Matt. 1:23; Lk. 1:35), His sinless life (Heb. 4:15; Heb. 7:26), His miracles (Jn. 2:11), His vicarious and atoning death (I Cor. 15:3; Eph. 1:7; Heb. 2:9), His resurrection (Jn. 11:25; I Cor. 15:4), His ascension to the right hand of the Father (Mk. 16:19), and His personal return in power and glory (Acts 1:11; Rev. 19:11).

We believe in the absolute necessity of regeneration by the Holy Spirit for salvation because of the exceeding sinfulness of human nature; and that men are justified on the single ground of faith in the shed blood of Christ and that only by God's grace and through faith alone are we saved  (Jn. 3:16-19; Jn. 5:24; Rom. 3:23; Rom. 5:8-9; Eph. 2:8-10; Tit. 3:5).

We believe in the resurrection of both the saved and the lost; they that are saved unto the resurrection of life, and that they are lost unto the resurrection of damnation (Jn. 5:28-29).

We believe in the spiritual unity of believers in our Lord Jesus Christ (Rom. 8:9; I Cor. 12:12-13; Gal. 3:26-28).

We believe in the present ministry of the Holy Spirit by whose indwelling the Christian is enabled to live a godly life (Ro. 8:13-14; I Cor. 3:16; I Cor. 6:19-20; Eph. 4:30; Eph. 5:18).

We believe marriage should be between one man and one woman. (Genesis 1:27)

## EDUCATIONAL PHILOSOPHY

The educational philosophy of Temple Academy is based on a thoroughly Christian and Biblical world view. A world view is a set of assumptions that one holds about the basic makeup of his world and forms the basis for all that one does and thinks.

The Christian worldview is based solely on the Bible, which we hold to be the infallible, inerrant, and authoritative Word of God. The following set of assumptions is derived from the Scriptures and is foundational to all we teach and practice at Temple Academy:

4

1. God, infinite, yet personal, created an orderly universe out of nothing, sustains that creation, and is the source of life.

2. All truth, therefore, is God's truth, whether discovered in God's creation or in God's Word.

3. Though man is created in the image of God (and therefore is not the product of an evolutionary process), that man has been defaced by sin, resulting in spiritual death and a tendency to disregard his Creator.

4. Man can be saved from this condition only by grace through faith in the Lord Jesus Christ.

5. God has ordained the Home, the Church, and the State: of these three the responsibility for training and educating children lies with the home. The Christian school is the cooperative effort of Christian parents attempting to fulfill that responsibility.

Without these assumptions, it is impossible to have a truly Christian education. Though the Christian worldview and non-Christian world views deal with the same factual information, it is impossible to interpret that data if the Creator is denied or ignored—"an education without God is not an education." Every subject area must be viewed through the lens of Scripture; the Creator has the final word on any subject or question.

Even though Temple Academy is an integral ministry of Center Point Community Church, we want this ministry to be available to Bible-believing families of all evangelical churches. We have chosen, therefore, to not teach any denominational distinctive's in the school. If controversial doctrinal questions arise in the classroom, we will encourage students to seek answers from their parents and pastors. We show the utmost respect for doctrinal differences with other Bible-believing churches. In addition, we never encourage students from other churches to become involved at Centerpoint Community Church , but rather to actively support their own local churches.

# TEMPLE ACADEMY OBJECTIVES

## FOR SPIRITUAL AND MORAL GROWTH

• To provide every student with the opportunity to accept Jesus Christ as their personal Savior.

• To foster within each student an attitude of love and reverence of the Bible as the infallible, inerrant, and authoritative Word of God.

• To teach the fundamental doctrines of the historic Christian faith.

• To develop within each student a biblically-based morality.

## FOR ACADEMIC GROWTH

• To provide a sound academic education in which the subject areas are taught from a Christian point of view.

5

Temple Academy - Documents in
Response to Deposition Exhibit B

• To help every student develop a truly Christian world view by integrating studies with the truths of Scripture.

• To promote excellence and competence in communication and computational skills.

## FOR PERSONAL AND SOCIAL GROWTH

• To develop each child's unique personality, talents, and skills to their God-given potential.

• To foster wholesome personal relationships based on the scriptural concept of love.

• To teach students responsibility and self-control in every area of life; to understand and accept the consequences of their behavior.

• To teach good stewardship of resources including personal skills, finances, and material possessions, as well as natural resources.

• To promote good citizenship by imparting a biblical understanding of the nature of government and an appreciation for our Judeo-Christian heritage as Americans.

• To develop the understanding, attitudes, and skills necessary for future personal, educational, and vocational success.

• To impart a biblical understanding for marriage and family life and to equip students with the skills to establish God-honoring homes.

• To promote fitness, maintenance, and skillful use of the body as the temple of God.

## FOR PROMOTION OF CHRISTIAN HOMES

• To cooperate closely with the parents in every phase of the student's development, especially as it relates to the school program.

• To help the parents understand the school's purpose and program.

• To aid families in making their homes Christ-centered.

# ABOUT THE SCHOOL

## GOVERNANCE

6

Temple Academy is an integral ministry of Center Point Community Church ( Calvary Temple Incorporated) and is operated by a School Board comprised of parents (from Centerpoint and other Bible-believing churches) and other interested persons appointed by the Center Point Board of Deacons. The School Board operates entirely under the authority of the Center Point Board of Deacons.

## ACCREDITATION

We are accredited through the New England Association of Schools and Colleges. Parents should fully realize, however, that Temple Academy, like most church-sponsored schools in Maine, is legally an unapproved private school recognized by the State of Maine for purposes of the compulsory attendance law. As such, Temple Academy annually affirms to the Maine Department of Education its intent to comply with the state's GUIDELINES FOR EQUIVALENT INSTRUCTION.

## TEACHER CERTIFICATION

The majority of our full-time teachers hold bachelor's degrees; some have received masters degrees. We do not require our teachers to be state-certified, which is in agreement with the Department of Education's policy for Christian schools. Our primary concern is that a teacher be competent spiritually, academically, and professionally.

## SPIRITUAL PROGRAM

A vital element of Temple Academy is its spiritual program which is composed of many different facets, including our Bible-centered curriculum, Bible reading and prayer in daily opening exercises, the teaching of the Bible as a course of study, weekly chapel services, and Scripture memorization.

Chapel programs involve many different kinds of speakers, activities, skits, videos, etc. Area pastors, youth pastors, and missionaries are frequent guests. Parents are always welcome to visit chapel services. Our Spiritual Life Committee would be interested in any ideas you might have for speakers or special chapels.

## SCHOOL/HOME COMMUNICATION

One of the many benefits of having your children at Temple Academy is the close cooperation between the school and the home. We are committed to working with parents in the mutual goal of the godly training of children. We seek to communicate closely with parents through:

7

TA000018

Temple Academy - Documents in
Response to Deposition Exhibit B

- *"Back to School Night"* in late August so parents and students can meet teachers and receive   important information to help form an effective partnership;

- *Parent-Teacher Conferences* scheduled at the end of the first quarter in order to personally discuss each child's progress and receive report cards (additional meetings may be requested by parents, a teacher, or the Principal at any time needed); Junior high and high school are per request by the teacher or parent.

- *The Temple Trumpet,* our weekly newsletter containing important announcements, schedules, prayer requests, etc. that goes home every Wednesday;

- *The School-Home Envelope,* which goes home every Wednesday with the Trumpet and other correspondence and is returned within two days with the parent's signature  and date;

Through Facebook and our website at www.templeacademyme.org

- *Progress Reports,* which are sent home at the end of the third and sixth weeks of each quarter to junior high and high school    All students from 5th through 12th grade will receive progress reports.

- *Report Cards,* which are sent home at the end of each quarter;

- *Opportunities* for parents to join us in the classrooms and on field trips;

- Availability of the Principal to meet with parents as needed.

## VOLUNTEER SERVICE REQUIREMENT

Volunteer help from parents is a vital component of the successful operation of our school. In order to reduce and hold down the costs of operating Temple Academy, as well as to get all our families involved (and not just the faithful few!), all two-parent families are now required to provide 30 hours volunteer service (single-parent families provide

8

15 hours) during the school year. Parents will be charged $10 per hour additional tuition for any volunteer service requirement remaining at the end of the school year, to be paid by August 1 to be eligible for enrollment for the coming school year. For example, if a family has only put in 20 hours service, they would be billed $100 additional tuition (10 hours x $10). Pre-K students who leave half a day will only be required to volunteer 15 hours per school year.

Many activities qualify for this requirement such as coaching, tutoring, office work, service on boards and committees, babysitting for volunteers, building/ playground repair, library, fairs, cleaning, concessions, hot lunch, substituting, etc.

## STUDENT COMMUNITY SERVICE

We feel it is important to help our high school students become active contributing members of their respective communities. It is for this reason we have added a community service element to our school. Starting in their freshman year, we expect students to volunteer 20 hours a school year to the non-profit 501 ( C ) 3 organization of their choice. This does include mission trips including summer mission trips. When the student graduates they will have earned a community service high school credit to put on their transcript.

# ADMISSION POLICIES

## ENROLLMENT REQUIREMENTS

Enrollment requirements include, but are not limited to, the following:

1. Temple Academy admits students of any race, color, national and ethnic origin to all the rights, privileges, programs, and activities generally accorded or made available to students at the school. It does not discriminate on the basis of race, color, national and ethnic origin in administration of its educational policies, admission policies, scholarship programs, and athletic or other school-administered programs. We believe it is our Biblical role is to work in conjunction with the home to mold students to be Christ-like.

2. In order to maintain the Evangelical philosophy of our school, at least one parent/guardian/host parent should be born-again and in regular attendance at a Bible-believing church as we are committed to working with Christian families. No student will be enrolled whose parents do not understand and support our Christian philosophy, goals, and standards and/or are unwilling to have their children trained in accordance with these ideals. Parents should understand that we seek to lead every student to a personal, saving knowledge of Christ. Students from homes with serious differences with the school's biblical basis and/or its doctrines will not be accepted at Temple Academy. On those occasions in which the atmosphere or conduct within a particular home is counter to or in opposition to the Biblical lifestyle the school teaches, the school reserves the right, within its sole discretion, to refuse admission of an applicant or to discontinue enrollment of a student promoting such practices (ex: sexual immorality according to the

9



Temple Academy - Documents in
Response to Deposition Exhibit B

Bible) or otherwise having the inability to support the moral principles of the school (Leviticus 20:13a, Romans 1:27, Matthew 19:4-6.)

3. The student must be able to demonstrate by the screening test or by a professional evaluation that he/she is able to profit from normal classroom instruction. While we would like to be able to educate every child who comes to us, we do not have the resources necessary to educate children with substantial learning problems or disabilities. All students MUST be able to function in a normal classroom setting.

4. The student must have a good disciplinary record and show agreement with Temple Academy's policies and standards. Students who give evidence of social or moral liabilities will not be accepted. We do not require students to be born-again Christians, but they must be able to live in compliance with our policies and standards. Students will not be admitted if they demonstrate a clear lack of willingness to abide by Temple Academy's rules.

5. Applicants for kindergarten must be five years old on October 15th; first grade applicants must be six years old on October 15th. Applicants for pre-kindergarten must be four years old on the first day of school.

6. Final acceptance will not be granted until records from the previous school are received and reviewed.

7. Students must meet state requirements regarding health and medical standards and be up to date with all immunizations.

8. All new students shall be considered on probation until completion of their first full quarter. Probation may be extended by the Head of School at his/her discretion.

9. Please note we are a private, closed enrollment school and reserve the right to ask you to un-enroll your child at any time without liability if we feel that the institution is not a fit for you or your child.

## ENROLLMENT PROCEDURE

1. Please read the PARENT-STUDENT HANDBOOK, FAMILY-SCHOOL COVENANT, and TUITION & FEE SCHEDULE carefully and thoroughly.

10

2. Complete all application packet forms and attach a check for the nonrefundable application fee and return with copies of birth certificate(s) and immunization record(s).

3. After the application forms and fee are received, the student(s) will be scheduled by the office for a test date unless a professional assessment (such as a standardized achievement test) has been made in the past two years. The testing fee is paid by check the day the test is scheduled; the test will not be administered until the fee is paid.

4. After the application forms, Teacher/Counselor Recommendation, and test scores are received and reviewed, parents and student(s) will be scheduled for an interview with the Principal. The presence of both parents is required unless it is a single parent home. Parents should bring a copy of the most recent report card and achievement test results to the interview (if not already provided).

5. Applicants will be notified within one week of the interview as to whether a student has been given tentative acceptance or not.

Final acceptance is conditioned upon verification of a student's academic, attendance, and behavioral record by receipt of his/her official school records, as well as the successful completion of a full quarter at Temple Academy. If official records or actual experience at Temple Academy during the probation period indicates that we are unable to educate a student, then at any point during the probation the parents may be notified in writing of the reason(s) for the denial of acceptance as well as the last date that the student may attend Temple.

6. Grade placement will be determined by the Principal after reviewing the student's past academic record and screening test results.

7. Students will not be permitted in class until all fees and the first month's tuition are paid and all paperwork is properly completed, signed, and returned. Exceptions are determined by the tuition committee.

# FINANCIAL POLICIES

## TUITION

Temple Academy is supported financially by the shared sacrifice of families, school staff, and the congregation of Center Point, as well as by the gifts of those who are committed to the ministry of Christian schooling. Center Point Community Church subsidizes all students by providing significant financial support for   building costs, utilities, insurance premiums, and other costs.

Our school staff contributes by working for salaries significantly below that of public school teachers. Parents support the school through their tuition, gifts, and fund-raising.

## TERMS OF PAYMENT

Tuition is set each year by the School Board and may be paid either in one payment at the beginning of the year or in ten monthly payments beginning August 1 and ending May 1. Any other payment plan must be approved by the

11

TA000022

Temple Academy - Documents in
Response to Deposition Exhibit B

Tuition Committee and is subject to 1.5% interest on the balance due each month until the balance is paid. Tuition payments are made directly to Temple Academy and are not tax-deductible (gifts beyond tuition are deductible). Families agree to the following terms of payment by signing the Tuition Contract:

1. Monthly payments are due and payable on the first of the month. Payments received after the fifteenth of the month will be charged a $15 late fee. If full payment has not been received by the end of the month, students may not be permitted to return to class until the account is current, and may be subject to permanent dismissal.

Families setting up a different due date will be charged the late fee if payment is not received within two weeks of their due date; failure to make payment within thirty days will result in dismissal from class.

2 Students may not be reenrolled until the past year's balance is paid.

3. Parents who enroll their students at Temple Academy agree to discharge all school obligations in full. Continued failure to meet tuition policies or agreements with the school on time will result in administrative action to consider refusal of enrollment for subsequent semesters whether or not the bill is paid.

4. Families are billed $15 per hour for any unfulfilled volunteer service time at the end of the school year; up to $300 for two-parent homes and $150 for single-parent homes.

5. In the event a family is unable to pay on time, it is the parents' responsibility to notify the school's business office in advance, giving a reasonable explanation for the delay and stating when the payment can be made.

## FEES

*The Tuition and Fee Schedule* lists various fees that parents should be familiar with. Student Expense Fees, which cover the cost of curriculum, PSAT testing or standardized testing in the spring, student insurance, supplies, etc., are due by July 1; families paying after July 1 (unless newly enrolling) are charged a 10% late fee. Students entering Temple Academy during the first semester are charged the full Student Expense Fee. Students entering after the first semester will be charged the entire fee. Student Expense Fees are nonrefundable if a student is enrolled on June 30th for the upcoming year the entire expense fee is due even if the student withdraws before school starts.

## TUITION REFUNDS

Since Temple Academy has a financial obligation to its employees for an entire school year, students are considered enrolled for the entire year. Tuition is calculated on the basis of the entire school year; therefore, no reductions can be made for vacations, school holidays, or absences. If a student withdraws after July 1st, tuition is owed for the first semester. If a student withdraws after the first semester the entire tuition amount is due. The student expense fee is non-refundable.

## TUITION ASSISTANCE

12

Temple Academy offers a limited amount of tuition discount assistance to believing families who, without such assistance, would be unable to send their child(ren) to the school. However, in fairness to all our families, the school seeks to require each family to bear its share of sacrifice as fully as possible.

Temple Academy uses the services of Financial Aid for School Tuition (FAST) to provide an objective and confidential third-party recommendation to the school for families seeking tuition discount. Any family applying will need to do so on-line. The processing fee is $36.00 paid directly to FAST on-line by using a Visa/Mastercard. You will be required by FAST to provide tax returns and other supporting financial documentation. FAST reviews the financial data and then recommends to the school the amount of discount it believes the family qualifies for. Temple Academy makes every reasonable effort to provide the discount recommended, but funds available for financial assistance are limited by our budget as well as the number of families that apply.

### FUNDRAISING

Since tuition only covers a portion of the full cost of educating our students, all families are expected to fully participate in fund-raisers in order to help make up the difference.

You may opt out of fundraising if you wish. The charge is $200 a year per student. This does not include however and sports fundraising that your athlete may participate in.

We have two major fundraisers a year. In the fall we host a walk-a-thon. We ask each student to raise at least $75.00 toward the goal. If a student does not raise at least that amount. The account will be billed the difference.

In the spring we host our annual golf marathon. We ask students to participate in our "dimple program" Students and families fill out letters and send them to family and friends. The goal is to cover every dimple on the golf ball with a dollar. The goal is $320.00, please note this is just a goal the only requirement is that there is 100% participation. Please note if you do not participate we will bill your account $100 per student.

There are other fundraising activities throughout the year for you to be involved in. We host a Christmas Craft Fair and auction every year and would love to have you volunteer and be a part of this successful staple event. We ask the families to give $5.00 per- household to defray the cost of the luncheon.

We also host a Spring Extravaganza craft show and carnival in the spring and always need hands for this exciting newer event.

# ATTENDANCE POLICIES

13

## ABSENCES

Attendance at school provides a student with the classroom experience. This experience is composed of participation in class activities and direct instruction conducted by the classroom teacher. The instructional program designed by each teacher is a progressive and sequential experience. It is generally impossible for that experience to be "made up." If a student misses a significant amount of classroom experience, then he/she has an educational deficit regardless of whether he/she can still pass the course test or make up missed assignments. Regular attendance, then, is clearly the most important prerequisite for success in school. The following policies were developed in light of current state law and attendance policies across the state:

## SECONDARY CLASS ATTENDANCE

In Junior and Senior High School attendance is taken in each class.  Any student, who has more than twelve (12) unexcused absences in a yearlong course, or six unexcused absences in a half-year course, may receive a failing grade for that course.

## 10% ABSENCES

Absences (for any reason) of ten percent or more of the number of days a course meets in a school year constitutes grounds of a review by the Head of School and could receive a failing grade for the course. For yearlong courses, eighteen (18) or more total absences would meet this definition.·

## PARTIAL DAY ·

Any student who misses more than twenty minutes of class is marked absent for that class. Any student who arrives before 11:30 AM is considered present for the entire day; if he arrives after 11:30 AM he will be counted as absent one-half day. If a student is dismissed·before 11:30 AM he will be counted as absent one-half day. Early dismissals do not qualify for perfect attendance.

## ABSENCE NOTES

A note or email from parents must be brought/sent to the homeroom teacher the day following the absence regardless of whether the absence is excused or unexcused. Parents will be contacted the day a student returns to school if a note is not received. Physicians' notes must be submitted within three days of the absence.

## EXCUSED ABSENCE

All absences will be unexcused except:

- Illness when accompanied by medical documentation (submitted within three days of absence)
- Approved absences due to school-related activities

14

- Death in the immediate family

- Medical/dental appointments (these should be scheduled after school hours when possible, or at least not at the same time each month); physician's note must be submitted within three days of absence

- Any other exceptional situations where the student has the advance approval of the Principal.

## TARDY

Our day begins with devotions and important announcements. Students arriving late disrupt class and miss information. For these reasons, plus the fact that punctuality is a valued trait for future employment success, we have adopted the following policies:

1. It is the responsibility of parents to have their children to school on time. Please note that for safety reasons the side door will be locked at 7:55 AM daily. Junior High and High School students must go to Homeroom by 7:55 for attendance purpose and get important announcements. They are considered tardy if they do not arrive in homeroom by 7:55.

2. When a student is late for school, he/she must report directly to the school office to sign in.

3. Tardies will be excused for inclement weather, vehicle problems, or any reason deemed appropriate by the Principal.

4. There will be an administrative charge of $1.00 per child for every unexcused tardy beyond the fourth unexcused tardy in a single quarter.

5. In grades 7-12 three unexcused tardies in one class (including study hall) in a quarter will result in disciplinary action.

6. Children who are consistently tardy may be asked to un-enroll their child from the academy. This decision rests on the Head of School and the School Board.

## EARLY DISMISSAL

Written parental permission should be brought to the appropriate teacher stating the time and reason of early dismissal. Teachers will not dismiss students from the classroom without either written parental permission or a call from the school office. Students are not permitted to leave during school hours without parental permission. All students must be signed out in the office. Parents should come to the office to sign the child out; the office will then page the student from class.

## FAMILY VACATIONS

15

TA000026

Given that there are four weeks of school vacations during the school year itself, vacations should not be scheduled during school because they disrupt academic progress as well as create extra work for staff. If a vacation must be scheduled during the school year, it should be scheduled in conjunction with school vacation times. Four criteria have to be met for a family vacation to be excused by the Principal:

1. A written request must be received by the Principal with a minimum of one week's notice.

2. The student's attendance and academic records must be strong.

3. No more than five days in a given school year will be excused for this purpose. Vacation taken during the first two weeks or last two weeks of school will not be excused.

4. An absence the day preceding or following a weekend or school vacation break does not constitute a family vacation as covered by this policy.

Parents need to consider the burden imposed on teachers to provide materials and makeup work when students miss classes. It is the parents' responsibility to make advance arrangements with teachers for missed work. When a student is late for school, he/she must report directly to the school office to sign in.

## MAKE-UP WORK

A student will have one school day for every day missed to complete makeup work. It is the student's responsibility to find all assignments missed and turn them in during the prescribed makeup time. Students absent the day an assignment is due are expected to turn in previously assigned work the day they return to class. Work missed due to planned absences is to be made up according to the time frame established by the teacher.

# ACADEMIC PROGRAM

## ELEMENTARY PROGRAM

Emphasis at the elementary level is placed on the basics in Bible, grammar, spelling, creative writing, penmanship, arithmetic, history, geography, and science. An age-appropriate intensive phonics approach is followed in reading, but we also incorporate other learning methods in order to provide students with a rich literary experience.

In arithmetic, early grades use a balanced approach of hands-on learning with manipulatives, coupled with learning of basic math facts. Instruction is also provided in music, physical education, and health.

## SECONDARY PROGRAM

16

Temple Academy - Documents in
Response to Deposition Exhibit B

# GRADING

Junior high and high school students receive instruction in English grammar and composition, literature, mathematics, U.S. and American History, Life and Earth Science, Bible, Physical Education, foreign language, computer and fine arts.

## CLASS SIZE

Maximum grade size is 18 students at the elementary level and 24 at the secondary level. There may be some exceptions to this rule and is determined by the Head of School.

## GRADING SYSTEM

93 - 100  A

85 - 92  B

77 - 84  C

70 - 76  D

0 - 69  F

## PROGRESS REPORTS

Progress Reports are sent home at the end of the third and sixth weeks of each quarter to fifth grade through high school students (elementary students as needed).

## REPORT CARDS

One parent from each family is expected to attend the Parent-Teacher Conference for grades K -6 at the end of the first quarter in order to obtain the first quarter report card. Students in grades 7 -12 will need to set up appointments for Parent-Teacher Conferences if the teacher requests your presence or if you want to see any individual teachers. You can view your child's grades by logging in on the Praxci website. (You can obtain directions on how to access your child's grades by calling the office.) You are always welcomed to set up conferences even if there is not a need. Cards for the second and third quarters are sent home with students. Fourth quarter cards are available in the school office for pick up one week after the last day of school.

## HIGH SCHOOL CORE CREDITS

17

TA000029

Temple Academy - Documents in
Response to Deposition Exhibit B

# CORE CREDITS

Temple Academy - Documents in
Response to Deposition Exhibit B

## High School Core Curriculum

| | |
|---|---|
| Bible | 4 credits |
| English | 4 credits |
| Social Studies | 4 credits |
| Mathematics | 3 credits |
| Science | 3 credits |
| Physical Education | 1 credits |
| Health | .5 credit |
| Fine Arts | 1 credit |
| Personal Computer | .5 credit |
| Electives | 3 credits |
| | 24 credits |

High school students must take a minimum of four classes per day. If they attend classes off campus, they must attend at least one class at Temple Academy.

The principal will arrange for the high school students to meet with a guidance counselor as needed to help with course selections for career choices.

## HONOR ROLL

An honor roll is compiled at the close of each quarter for grades 7-12 and is comprised of three categories:

| | |
|---|---|
| Highest Honors: | All subjects at or above 93 (all A's) |
| High Honors: | All subjects at or above 93 with one B |
| Honors: | All subjects at or above 85 with one C+ |

The Honor Roll will be published in the local newspaper and in the Trumpet.

## PROMOTION AND RETENTION

Grade placement ultimately rests with the Principal, who considers past academic history, achievement testing, teacher recommendations, and parental wishes.          GRADES K - 5:

Retention will be considered if a child is working at half a grade level or more below in most areas, especially reading and arithmetic.

GRADES 6 - 8: Summer School will be administered if a student is failing two major subjects. If three subjects are failed retention is highly likely.

In grades 9-12, each course in figured individually. Students earn credits for courses with a yearly average of 70 or more.

18

TA000031

## ACHIEVEMENT TESTS

Students in grades K-7 are given the Stanford Achievement Tests, a nationally standardized test, each April, the results of which become part of the student's academic record. This helps provide an objective measure of a student's progress and a comparison with public and Christian school students at the same grade level. Students in grades 8-11 are given the PSAT's in October. Seniors are encouraged to take SAT's, ACT's or Accuplacer Exams depending on the direction they intend to go after high school. The guidance counselor can give advice early fall to help choose the right test for them. These tests are taken off campus and the family must pick up the expense for them.

## PHYSICAL EDUCATION

Physical education is offered once a week according to the following guidelines and twice a week for junior high and freshmen:

1. Clothing: modest shorts (no more than 2 inches above the knee including spanx), sweat pants, or warm-up pants; modest t-shirts or jerseys; sneakers. Students unable to participate due to failure to dress-out properly will receive an unexcused absence for that class.

2. More than three unexcused absences per quarter may result in a failing grade for the quarter. Occasional illness that limits participation should be verified by the parent in a note to the P.E. instructor; the student will attend P.E. class, but may be excused from physical participation. Parent requests for exemption will only be honored for two days without a doctor's note.

## HOMEWORK

Temple Academy considers homework an integral part of the school program because it provides students with opportunities for:

• Reinforcement of concepts taught in class,

• Preparation in order to gain maximum benefit from future lessons;

• Remediation of areas of weakness;

• Special projects which stimulate creativity and original thinking.

Guidelines for the maximum amount of homework to expect are:

K - 1:    5 - 15 minutes three times per week

2 - 3:    20 - 30 minutes three times per week

4 - 6:    30 - 60 minutes average per night

7 - 12:   90 minutes average per night

19

TA000032

Major projects may require more time.

The amount of homework will vary according to a student's ability to use in-school class and study time efficiently. However, if a child is consistently requiring more time than the expected amount for the grade level, the teacher should be informed.

## EXAMS

Students in grades 7-12 take comprehensive semester exams, which constitute 10% of their semester grades for junior high and 20 % for high school.  Due to the difficulty of administering makeup exams, these are only given in cases of excused absences and bona-fide illness.

## EXTRA HELP

All full time Faculty are available after school by appointment to help students who need academic assistance. Teachers are normally at school for thirty minutes after the end of the school day in order to be available to parents and/or students. Please call the office to make an appointment.

## RELEASE OF RECORDS

The school will not release the information, contained in the student's records, to other parties (with the exception of certain federal, state, and local authorities in the performance of their functions and to the court or law enforcement officials, upon the issuance of a subpoena or court order) without the prior written consent of the person legally responsible for the student.

Official school records will be forwarded directly to the receiving institution upon receipt of a signed release statement. While parents may receive a copy of records (at a modest charge) the official copy must be sent directly to the school indicated on the signed release and may not be given directly to the parent or student.

# DRESS & GROOMING CODE

## PHILOSOPHY

20

Our desire at Temple Academy is to honor and glorify the Lord in attitude, action, and appearance (I Cor. 10:31; Rom. 15:5, 6). Our appearance should be consistent with our desire to please God and be a testimony to others. However, our dress code has not been designed to measure spirituality or dictate a pseudo-righteousness, but to provide guidelines by which students may develop a sense of how to dress appropriately for different school occasions. These guidelines are based on the following scriptural principles and institutional standards:

1. Our standards for dress and conduct are to be based on what God says, not what the world says (Rom. 12: 1,2; I Jn. 2:15-17).

2. We are to dress modestly, avoiding fashions and styles which distract people from our message because of our appearance (I Tim. 2:9; I Pet. 3:3,4).

3. We are to present a consistent Christian testimony (which includes our appearance) that does not offend our brothers and sisters in Christ or compromise our testimony before the world (Rom. 14:15-21; I Cor. 10:32).

4. We are to dress and groom ourselves in a manner which does not distract from, but rather enhances our distinctive masculinity or femininity (I Cor. 11:14,15).

5. We are to submit to the authorities God has placed over us (I Pt. 2:13; Heb. 13:17; Col. 3:20).

6. The most effective learning takes place in an atmosphere of cooperation and pleasing appearance.

7. Students should dress in a way that contributes to their own health and safety as well as that of others.

## GENERAL

1. Students in grades pre K- 8th grade must dress in the board approved uniforms.  A copy of styles and colors can be obtained at the school office. Look-a-likes are acceptable by approval of the principal.

2. Students should wear clothing that is not tight or oversized. Pant hems must not drag on the ground and shirts do not need to be tucked in.

3. Clothes, styles, insignias, logos, etc. that are associated with values contrary to biblical and school values may not be worn.

4. Regular shoes (dress, casual, or sneakers—no flip-flops, sandals, or thongs for safety reasons) are to be worn at all times. Shoes that have laces are to be properly laced. Sneakers must be worn when playing in the gym. "Croc" style shoes must have a strap for safety reasons.

5. Any clothing, hairstyle, or jewelry which calls attention to itself is unacceptable. Accessories such as hats and sunglasses may not worn inside. Hair must be neat, well groomed, clean and off of the collar.

21

TA000034

Temple Academy - Documents in
Response to Deposition Exhibit B

6. Formal attire must be worn by all students at special programs such as Sports Awards night, Awards Ceremony, Christmas program, Concerts, Graduation, etc. unless directed otherwise.  Ladies dresses and skirts must not be more than 2 inches above the knee.

7. Gym clothes may consist of loose shorts and t-shirts, sweatpants, sweatshirts and or wind pants. Sneakers must be worn to class. Inappropriate wording or designs are unacceptable. There may not be any words written on the seat of the pants and shirts must be long enough to keep midriffs covered when hands are raised above the head.

8. Students must remain in uniform until 3:00 p.m. each day. Exceptions will be granted by permission of the Principal.

9. Gym clothes are mandatory for grades 3-12.  Students who do not have them will be marked as an unexcused absence.  Students with excessive unexcused absences will be required to do extra projects to meet the P.E. requirements.

Students have five minutes to change into their gym clothes.

10. When having gym outside, students should go outside as a group.  If a student needs to leave the gym area for any reason, he/she must have permission from the teacher. After class, students must go directly to their next class.

11. Jewelry should not be worn during gym class time.  This includes earrings, necklaces, rings, watches, and any other objects that may pose a danger to you or your classmates.

12. Hats may not be worn in the gym.  Hats may be worn outdoors.  Water bottles may be allowed in the gym area.  Grades will be determined by attire, attitude, and attendance.

Parents have the primary responsibility to make sure their children are dressed appropriately for school and conform to the established school standards, and are expected to support the school's position when questions arise.

## Temple Academy Uniform Dress Code
### ELEMENTARY / JUNIOR HIGH STUDENTS

22

TA000035

Temple Academy - Documents in
Response to Deposition Exhibit B

| Boys | Girls |
|---|---|
| **Pants and Shorts**<br>• Navy or khaki "Docker" style worn at the waist, no jeans (no underwear showing)<br>• Navy or khaki cargo worn at the waist (no underwear showing)<br>• Belts required if there are belt loops | **Pants and Shorts**<br>• Same<br>• No leggings, jeggings, or form-fitting pants unless it is worn under the appropriate length of shirt<br><br>**Skirts or Jumpers**<br>• Plain navy or khaki<br>• Plaid, as found through J.C. Penney<br>• Jumpers and skirts should be no higher than two inches above the knee<br>• For younger girls who play on the playground, shorts must be worn underneath for modesty |
| **Shirts**<br>• Plain navy, white, light blue, or red polo shirts (long or short sleeved) tiny insignias are acceptable<br>• Plain navy, white, light blue, or red oxford shirts (long or short sleeved) tiny insignias are acceptable<br>• Plain, white, light blue, or red turtle necks (If used under polos for a layered look, the turtle neck should not show past the hem of the outer shirt)<br>• Tee Shirts may be worn under shirts but they should not show past the bottom hem of the shirt<br>• All shirt styles do no not need to be tucked in | **Shirts**<br>• Same<br>• Tank tops may be worn under shirts but they should no show past the bottom hem of the shirt<br>• All shirt styles do no not need to be tucked in.  Polos and oxfords must be buttoned above the cleavage line. |
| **Sweatshirts / Sweaters**<br>• Sweatshirts must be plain (no logos) navy, white, light blue, red, gray, or a Temple Academy sweatshirt<br>• V-neck or cardigan plain navy, white, light blue or red | **Sweatshirts / Sweaters**<br>• Same |
| **Shoes**<br>• Open-toed or sandaled shoes are not allowed for safety purposes. Sneakers are recommended for playground | **Shoes**<br>• Same |
| **Gym Clothes**<br>• Loose fitting long shorts or loose fitting sweatpants<br>• Tank tops are not acceptable<br>• Sneakers required | **Gym Clothes**<br>• Same<br>• Loose fitting tee shirts that cover midriffs well when active or sweatshirts (tasteful designs; must not be offensive) |
| **Socks**<br>• The sky is the limit | **Socks**<br>• Same |
| **Hats and scarves**<br>• Outside apparel<br><br>*Please be aware that children will go out to recess unless it is below 15° wearing whatever you send them to school in. Be sure they have warm boots, coats, hats, and mittens and possibly snow pants. (Sending extra socks or mittens is also a great idea.)* | **Hats and scarves**<br>• Same |
| **Dress Down Days**<br>• No ripped or overly worn clothing. Only appropriate logos, designs, etc. are allowed. (as determined by the principal). Same shoe code for dress down day. | **Dress Down Days**<br>• Same |

## Temple Academy Dress Code
# HIGH SCHOOL STUDENTS

23

Temple Academy - Documents in
Response to Deposition Exhibit B

| Boys | Girls |
|---|---|
| **Pants and Shorts**<br>• Any color (no underwear showing), no jeans<br>• Navy or khaki cargo worn at the waist (no underwear showing)<br>• Belts required if there are belt loops | **Pants and Shorts**<br>• Same<br>• No leggings, jeggings, ect.<br>• Pants should not be so tight that they show panty lines<br>• No low riders<br><br>**Skirts or Jumpers**<br>• Any color<br>• Plaid, as found through J.C. Penney<br>• Jumpers and skirts should be no higher than two inches above the knee<br>**Dresses**<br>• Sleeveless dresses can be worn as long as they have collars |
| **Shirts**<br>• Any color and type of shirt, as long as there is a collar, including the peek-a-boo shoulder shirts (must have sleeves)<br>• Tank tops may be worn under shirts but they should not show past the bottom hem of the shirt<br>• All shirt styles do not need to be tucked in | **Shirts**<br>• Same<br>• Tank tops may be worn under shirts but they must be completely out of sight.<br>• All shirt styles do no not need to be tucked in.<br>• Polos and oxfords must be buttoned above the cleavage line.<br>• Shirts must not be so tight that they show bra lines.<br>• For the sake of modesty, they should not be tight fitting and should show no midriff when arms are in the air or sitting down. |
| **Sweatshirts / Sweaters**<br>• Any sweatshirt with an appropriate logo<br>• V-neck or cardigans of any color may be worn<br>• Pullovers can be worn, as long as there are no logos | **Sweatshirts / Sweaters**<br>• Same |
| **Shoes**<br>• Open-toed or sandaled shoes or shoes that fall off easily are not allowed for safety purposes. Sneakers are recommended for playground. No slippers. | **Shoes**<br>• Same |
| **Gym Clothes**<br>• Loose fitting long shorts or loose fitting sweatpants<br>• Loose fitting t-shirts or sweatshirts (Must cover midriff well when active and have tasteful designs that are not offensive)<br>• Tank tops are not acceptable<br>• Sneakers required | **Gym Clothes**<br>• Same<br>• Loose fitting tee shirts that cover midriffs well when active or sweatshirts (tasteful designs; must not be offensive) |
| **Socks**<br>• The sky is the limit | **Socks**<br>• Same |
| **Hats and scarves**<br>• Outside apparel<br><br>*Please be aware that children will go out to recess unless it is below 15° wearing whatever you send them to school in. Be sure they have warm boots, coats, hats, and mittens and possibly snow pants. (Sending extra socks or mittens is also a great idea.)* | **Hats and scarves**<br>• Same |
| **Dress Down Days**<br>• No ripped, tattered, or holes in clothing allowed. Only appropriate logos, designs, etc. are allowed. (as determined by the principal). Same shoe code for dress down day. | **Dress Down Days**<br>• Same |
| **Piercings**<br>• Boys should not have any facial piercings | **Piercings** No other facial piercings<br>• No more than two earrings per ear<br>• |

**ENFORCEMENT**

24

1. If a teacher observes a dress code violation, the teacher will talk with the student and assign discipline as deemed appropriate (within the school's guidelines for discipline). Habitual and/or deliberate dress code violations can result in more severe disciplinary action.

2. Immodest, indecent, or inappropriate dress will be corrected before a student is allowed to return to class. Any resulting absences are unexcused. The school reserves the right to evaluate and place restrictions as needed as new fashions and fads emerge. Interpretation of the dress code rests with the Principal.

# STUDENT CONDUCT

## GENERAL RULES OF CONDUCT

1. All church/school staff are to be treated with respect and are to be addressed using titles such as "Mr.," "Mrs.," "Miss," "Pastor," etc. The gym teacher is like a referee or umpire. All calls are finals. Students are to respect and defer to them.

2. A student does not have the right to engage in conduct that will disrupt, disturb, or interrupt any school activity (e.g., wearing of distracting clothing, talking without permission, horseplay, yelling, running inside, etc.).

3. Possession and/or use of tobacco, vaping, alcoholic beverages, illegal drugs, pornography or any acts of sexual immorality of any kind are strictly prohibited at all times as long as the student is enrolled at Temple Academy both on and off campus. This could lead to an expulsion.

4. Any student who defames the Temple Academy testimony by his/her behavior, attitude, language, or on social networking sites, will be eligible for disciplinary action whether it is on school property or off.

5. Swearing and/or any language unbecoming to a Christian is strictly prohibited.

6. Lying, cheating, stealing, gambling, or betting are not tolerated.

7. Plagiarism (the passing off of another's work as one's own, e.g., copying directly from a book without giving it proper credit) is considered stealing and will be dealt with as such. The student will be required to make up the work but will receive a failing grade for the assignment and will also result in a disciplinary action.

8. Fighting, bullying, taunting, physical or verbal harassment of any kind is not tolerated. This includes cyber bullying that may take place off campus if it is between students enrolled at the Academy.

9. Unnecessary and/or dangerous articles such as knives, matches, lighters, matches, firearms, toy weapons, etc., are not permitted on campus.

10. No unapproved magazines or books are to be brought to school. This means anything relating to vampires or ware-wolves or "dark" related materials etc.... The rule of thumb is this: Could Jesus read this book with you?

25

TA000038

11. There should be no physical contact (holding hands, arm on shoulder, embracing, kissing, etc.) on campus or at school-sponsored activities such as athletic events, fieldtrips, etc.  Students and their guests should be a hand span away from each other at all times.

12. Food and drink are not allowed in the classrooms or on the balcony without permission. Gum chewing is not permitted on campus.

13. Students are not to bring any form of secular rock or heavy metal music or paraphernalia to school or school functions.

14. Students are not to bring any electronic devices to school or school functions without staff permission. Cell phones are to be off and out of sight unless you are in 7-12th grade and they may be used during lunch and recess. If there are issues with students following this rule they may need to be checked in at the office daily.  This is up to the discretion of the Head of School.

15. The designs or logos on items brought to school should always display good taste and be appropriate for a Christian school.

16. Throwing of snowballs, rocks, or sand is not permitted.

17. Students found anywhere without permission will be considered off-limits. Areas designated as off-limits include the stream, grassy areas around the church, front entrance, behind buildings, in or around parked vehicles, upper parking lot, locker rooms, nursery, teachers' desks and personal items, other students' lockers and belongings. Though, lockers may be searched by administration at any time, students should treat their peers' lockers as private property.

18. Students are not permitted in any rooms without a staff member present.

19. Forging on school documents of any kind (such as Report Cards, and Progress Reports, etc.) and/or their use by anyone other than the owner will be treated as cheating or fraud.

20. Deliberate and/or malicious damage to school/church property is a suspendable or even expellable offense depending on the damage and nature and will be paid for and/or repaired by the student responsible or by his parents/guardians.

21. Students are not to put any stickers or decals on the inside or outside of lockers or desks. Lockers are to be well-organized and will be checked periodically. Report Cards will not be received until the locker is cleaned out at the end of the year.

22. Social Networking sites and Texting: We fully expect our students to maintain a Christian testimony at all times off and on campus including all social networking sites and phone texts.

23. To prevent humiliation and embarrassment of students at school, parents are asked not to send party invitations to school to be distributed unless all the students of the same gender are being invited.  There is nothing more humiliating for a child of any age than to watch party invitations being handed out in a class and not receive one.

26

TA000039

Temple Academy - Documents in
Response to Deposition Exhibit B

# DISCIPLINARY POLICIES

TA000040

Unless every one of the same gender is being invited, then parents should mail the invitations. Teachers are asked to help enforce this requirement.

24. It is the tradition of the school to hold certain functions and 100% participation is required if the school declares it is mandatory for a student to be present at such functions then the student is expected to be present at those functions. Emergencies and educational purposes will be excused only. Examples of these would be the school plays, senior banquets etc...

## TRAVELING CONDUCT

All students traveling to or from a school function are expected to maintain the same respectful and courteous behavior required at school. Because of the school's responsibility for students on such trips, the following rules are to be observed:

1. All participants in school functions held away from campus must ride the transportation provided by the school. When the school arranges transportation to school functions, it retains the right to assign seating as deemed appropriate. Boys and girls are not to sit together in the same seat while traveling. "Couples" may not sit together.

2. Talking is to be kept at a moderate level so as not to distract the driver.

3. Students are to remain seated until the destination is reached. Aisles are to be kept clear at all times.

4. Nothing is to be thrown in or out of the vehicle; students will not be dismissed from the vehicle until all garbage is picked up.

5. When the group stops to eat, everyone stays together.

6. State law requires all students to use seat belts. Maine standards for car seat use will be enforced.

# DISCIPLINARY POLICIES

## PHILOSOPHY

In order to maintain an environment conducive to learning and to help train our students in godliness (II Tim. 3:16), we have established clear and reasonable guidelines for student behavior. When these guidelines are violated we attempt to administer firm and consistent discipline tempered with love and respect. The severity of the discipline depends on the degree of seriousness of the offense. When lovingly and consistently applied, discipline will accomplish the following objectives:

- •Provide a positive environment for maximum learning

- •Give students a sense of security

- •Train students to exercise self-control in every area of life

- •Develop a right attitude in students toward discipline

27

•Train students to accept the consequences of their behavior

•Help protect students from injuries

For these reasons it is considered essential that a student at Temple Academy be able to submit to the school's disciplinary program and that parents be supportive as well. While constructive suggestions are always welcome, complaining is not acceptable. Students or parents, whose attitude and conduct continue to be in opposition to the basic values of Temple, will jeopardize their enrollment at the school.

If the school feels that a family is not supportive of the school, it policies and regulations or is not following the family covenant. The family may be asked to un-enroll their student and a healthy separation plan will be implemented with no liability to the school. We fully expect both parties to treat each other with respect and ask that no degrading remarks be posted about Temple Academy or Center Point Community Church on any public site.

Rules are communicated clearly in each grade. Disciplinary measures include, but are not limited to, verbal reprimand, removal of privilege, loss of recess time, writing exercises, after-school detention, parental conferences, work details, extracurricular ineligibility, probation, suspension, withdrawal, and expulsion. Students should understand clearly that all staff members have equal authority over all students, regardless of grade level.

Classroom discipline will be handled by individual teachers at their discretion. While we are striving for a basic level of consistency of discipline from one class to the next, we also give teachers the flexibility they need to exercise loving discipline in a way that is appropriate for their own unique situations. Serious misbehavior will be handled by the Head of School.

## NORMAL CLASSROOM DISCIPLINE PROCEDURE  GR. 7-12

Most teachers will begin with a verbal warning. Repeated offenses may result in a detention. See below.

Depending on the severity and/or frequency of the offense, teachers have the flexibility to alter this sequence. For example, a student showing blatant disrespect to a teacher could be sent immediately to the Principal without a verbal warning, etc. Repeated minor offenses may result in detention.

## DETENTION

1. Detention must be served after school on the day scheduled and will not be postponed except in emergencies. Inconvenience, jobs, extracurricular activities, appointments, etc. will not excuse a student from detention.

2. The teacher will give a verbal warning before issuing a detention for a minor disturbance such as talking without permission.

3. Parents are notified by a written detention slip at least one day in advance of the time to be served.

4. If a student fails to return the detention slip signed by his parent the next school day or fails to serve the assigned time, the detention time may be doubled and a new slip issued.

28

TA000042

5. If a student fails to serve the double detention, he may receive a one day in-house suspension.

6. Normal classroom rules apply during detention except that no warning will be issued.

7. Detention hall staff will have them busy writing or doing work detail.

8. If receiving a detention does not deter further disobedience in a class, that student will be sent automatically to the Principal for further disciplinary action.

9. Without further warnings, students can be sent to the office for offenses listed above, or in cases of severe misbehavior, to see the Dean of Students or the Head of School. If this should occur, stronger disciplinary action such as in-house suspension will be considered in addition to other penalties listed.

## SUSPENSION

The Principal has the authority at all times to suspend a student for violation of school policies or regulations. The length of suspension will be from 1-10 days and will be in-house or off-campus at the discretion of the Principal. Grounds for suspension include, but are not limited to:

1. Insubordination and/or a display of dis-respect to a Staff member.

2. A serious break of conduct which has an adverse effect upon the image or testimony of the school or which threatens the safety of the students or others.

3. Failure of a student to comply with the disciplinary actions of the school.

4. A continued negative attitude and/or a rebellious spirit which is a bad influence upon other students.

5. Dishonesty in any form: cheating, lying, Plagiarism, stealing, cutting class, defacing or destroying school property.

6. Use of profane or vulgar language.

7. Any act which results in the disruption of the educational process, peace, and usefulness of the school.

The suspended student shall not attend any extracurricular event or come on school grounds on the days he/she is suspended. Makeup work is at the Principal's discretion. Members of the Student Council will immediately withdraw from office for the balance of the school year and forfeit any awards for their Student Council involvement.

## PROBATION

The Principal has the authority to place a student on disciplinary probation at his discretion for whatever length of time deemed necessary to correct the problem. Conditions of the probation will be expressed to the parents in writing. At the discretion of the Principal, the student may be required to forfeit participation in extracurricular activities during the period of probation. If the student does not improve to a satisfactory level, he will be asked to withdraw from enrollment.

29

TA000043

## WITHDRAWAL

Because we believe the home and school must be in harmony in matters of discipline and standards, parents will be asked to withdraw their child if in the opinion of the administration they demonstrate that they do not fully support the ideals and goals of the school. Students who demonstrate an uncooperative or negative attitude toward the school will be asked to withdraw. In such cases the permanent record will only record the date the student withdrew and will not indicate the reason, unless the parent places a statement in the record. Withdrawal should not be confused with expulsion. In the event a parent refuses to withdraw a student at the request of the Principal, however, the Principal will petition the School Board for the expulsion of the student. In the case of expulsion the Permanent Record would indicate the reason.

A student may be denied admission for the following year when in the opinion of the administration the student's presence would not be beneficial to the overall school program.

## EXPULSION

Expulsion is reserved for the most serious violations of school policies. The Principal, in consultation with the Superintendent, will recommend a student for expulsion for a serious breach of conduct and/or repeated problems with behavior or academic performance. The School Board will meet with all parties involved and then issue a decision. An expulsion is recorded as such on the student's Permanent Record.

## CONTROLLED SUBSTANCES

We require students to refrain from the use of those things which are detrimental to their physical and spiritual well-being. Because of the harmful nature and illegality of tobacco, marijuana, alcohol, and illicit drugs, any use or possession of these items, whether at school or a school function or not, will jeopardize the continued enrollment at Temple Academy of any student involved with these substances.

## TOBACCO

## TOBACCO USE OR POSSESSION

•FIRST OFFENSE:  Up to a three day suspension with zeros in all classes; suspension from all extracurricular activities; a parent/principal conference; must receive counseling  from his  pastor or another professional.

•SECOND OFFENSE:  Up to a five day suspension; ineligible for extracurricular activities for the remainder of the school year; a parent/principal conference; must receive counseling from his pastor or another professional.

•THIRD OFFENSE:  Student will be expelled.

30

## ALCOHOL/MARIJUANA/ILLICIT DRUG USE OR POSSESSION

•FIRST OFFENSE: Three to ten day suspension;  parent/principal conference;  must receive counseling from his pastor or another professional; police notified if appropriate.

•SECOND OFFENSE: Student will be expelled; police notified if appropriate.

## CHEATING

Because dishonesty/deception is such a fundamental obstacle to the development of good character, the school views any kind of cheating as a serious offense. Cheating includes the passing off of another's work as one's own, plagiarism in research papers and compositions, unauthorized assistance on tests or quizzes, and forging on a report card, or other notes or documents.

If it is determined that a student has cheated on an assignment or test/quiz, the student will receive a zero for that assignment or exercise and parents will be notified. A second offense of cheating in the same school year will result in automatic failure for that course. A third offense at any time may result in recommendation for expulsion. Depending on the severity and/or frequency of the cheating, the Principal may, at his discretion, employ other methods of discipline including probation, suspension, extracurricular ineligibility, etc.

## TRUANCY/ CUTTING

Truancy is unauthorized absence from school. It includes the failure to come to campus or leaving the campus or buildings without proper permission for any part of the school day, or choosing not to attend any class(es), including study hall, without permission. For the first cut the student will receive one hour detention for each class missed. For the second cut the Student will receive a 1-3 day suspension. Further cutting will result in more severe disciplinary action, up to and including expulsion. Any student who cuts a class shall receive a zero for all work missed in addition to any other disciplinary action.

## GRIEVANCE PROCEDURE

We firmly believe that Matthew 18:15-17 contains the principles we are to use in resolving any conflicts that may arise in school life. Christ Himself affirms that during this process we are to refrain from discussing a grievance with anyone not immediately involved in the process: "Go and tell him his fault between you and him alone." When questions or disagreements arise, it is the responsibility of the student, parent, or staff member to discuss these questions or differences with the staff member involved, and not to bring their grievance to other students, parents, faculty, or Board members or social media. Issues should be resolved at the lowest level possible.

If the school feels that a family is not supportive of the school, it policies and regulations or is not following the family covenant. The family may be asked to un-enroll their student and a healthy separation plan will be implemented with no liability to the school.

31

TA000045

If the matter is not resolved at this point, then the offended party should discuss the problem with the Principal (or School Board Chairperson if the issue is with the Principal) and the staff member present. If the matter is not resolved at this level, the final step is to bring the matter to the School Board.

We ask that disputes or grievances be dealt with in a Biblical manner according to Matthew 18. We ask that you would not write or post negative remarks or comments about our school, staff, programs or students on any social media websites or any public viewing space. Doing so could jeopardize your student's enrollment at Temple Academy.

If a resolution of the dispute and reconciliation do not result from such efforts, the matter shall then be resolved by binding arbitration within the meaning of the Uniform Arbitration Act as enacted in the State of Maine. All parties waive their rights to a hearing in a secular court of law (I Corinthians 6:1-8).

Please note we are a private, closed enrollment school and reserve the right to ask you to un-enroll your child at any time without liability if we feel that the institution is not a fit for you or your child.

# STUDENT ACTIVITIES

## GENERAL GUIDELINES

1. All extracurricular activities must be approved in advance by the Principal and placed on the school calendar.

2. Disruption of classes is to be kept to a minimum; academics takes priority.

3. School rules and policies are always in effect during student activities, whether on campus or away.

4. Students involved in extracurricular activities should not arrive more than fifteen minutes before the activity to be assured of having adult supervision.

## ELIGIBILITY

We have developed an eligibility policy for middle, junior and senior high students to help ensure that academic achievement does not suffer as a result of involvement in extracurricular activities. While we encourage students to get involved in sports, Student Council, etc., we know parents do not want to see involvement at the cost of lower scholastic success. It is important for students to understand that the purpose of these guidelines is not disciplinary, but remedial.

1. All students must maintain an average of 70 or in every course (cumulative throughout the quarter).

2. Eligibility is determined every third week (third, sixth, ninth) to coincide with the Progress Report and quarter/semester grades. Eligibility at the end of the second quarter is determined by semester grades. The ineligibility period begins the Monday following the issuance of Progress Reports. Weekly scripture memorization must be up-to-date for each eligibility period.

32

3. A student who has a grade below 77 must agree to devote additional time to his/her studies outside of school and to take part in any other programs the advisors or coaches deem necessary to assure their academic success, such as student tutors, directed study, and progress monitoring by advisors/coaches.

4. Advisors/coaches will be provided students' letter grades at the end of ranking periods and be notified of any grades below 77 on Progress Reports.

5. No student may participate in an extracurricular activity unless they are present the entire day, unless the student is excused with the approval of the Principal.

6. Students who are ineligible for any reason are not allowed to attend meetings or practices or participate in athletic activities.

## AWARDS CEREMONY

The accomplishments of our students are honored at the annual awards ceremony held on the last day of school. Trophies, ribbons, plaques, and certificates are given to students excelling in different spiritual, academic, and social pursuits.

## FIELD TRIPS

To enhance their learning program, students go on occasional field trips to such places as the Margaret Chase Smith Library, the Waterville Opera House, Maine State Museum as well as more distant locations such as the Boston Museum of Science, New England Aquarium, the Bangor NASA Center. There is a modest charge for these trips, which are usually subsidized in part from our regular fund-raising activities.

Please note that due to insurance regulations siblings are not allowed to attend field trips.

## FUN DAY

Annual fun days include events like Foolish Friday, Hat Day, Spirit Week, and Step-Up Day.

## JOB SHADOW

Junior high students may spend one day each year contemplating potential careers by participating in our annual Job Shadow Day. Area businesses and professionals give our students the opportunity to explore their career interests for the day.

33

TA000047

### STUDENT SERVICE

Students may use a study hall to assist in the library, or assist teachers by reading to or listening to younger children read, and other similar activities.

### STUDENT COUNCIL

After vigorous campaigning each Fall senior high school students elect Student Council officers, and representatives are elected from each class, grades 7-12. Student Council provides a forum for expression of student opinions and sponsors a number of student activities including pep rallies, Spirit Week, Teacher Appreciation Day, and more.

# ATHLETICS PROGRAM

### GENERAL

Temple attempts to sponsor an active interscholastic sports program involving middle school, junior and senior high students, the goal of which is to provide our students with opportunities to build godly character and self-discipline through commitment to a team and an activity. It provides a vehicle for interaction and testimony to other students and schools, and provides a wholesome release for energy. It also happens to be great fun for students, parents, and staff! Current sports include soccer, basketball, and cheerleading. We are anxious to expand our program as resources become available.

### ELIGIBILITY

All athletes must meet all extracurricular eligibility requirements. No student may participate in an athletic activity unless he/she has had a thorough physical examination as required for his/her grade level, or without express physician approval. The school provides insurance for students during school hours, but it does not cover students during practice or games.

### SPORTSMANSHIP

We encourage a positive, enthusiastic response in support of the efforts of our teams, but expect our athletes, staff, and fans to treat opposing teams and referees as honored guests. We therefore strongly discourage any activity which seeks to belittle the efforts of players, coaches, or officials, such as booing, gesturing, or chanting in a negative manner.

Student athletes are representatives of the school and are expected to show a sportsmanlike attitude toward all other players and game personnel.

Unsportsmanlike conduct will be dealt with accordingly.

## SPORTS AWARDS

Trophies, certificates, and awards are awarded at annual sports awards nights, which is our opportunity to honor student athletes and their coaches.

# GENERAL INFORMATION

### BIBLES

While there are a number of excellent Bible translations available, in the interest of consistency Temple Academy requires the New King James Version for school use. Parents may request in writing an exception for use of another translation. This exception will not exempt a student from memorization assigned to the entire class for a specific purpose, such as a public recitation.

### FIRE DRILLS

Up to ten fire drills are held during the school year. Students and staff should remember two basic rules:

1. Be familiar with the instructions posted in each classroom.

2. Walk quietly and quickly to the designated area.

### LOST & FOUND

Parents are requested to label all clothing or belongings your child might lose. Lost and found items will be kept in the side entrance and will be displayed on a table at the end of each quarter. Any items remaining are taken to Good Will after the students "shop" the left over items.

### LUNCHES

In order to better conserve our resources and to allow office operations to run more efficiently, we use an online lunch program. The program is called EZ Parent Center. Detailed instructions on how you can set up an account can be sent to you upon request. Please contact the office.

The system automatically closes down by the 29th of each month for the next month, so please plan ahead and make sure your choices are saved/paid for by then. If you do not do so, you will be unable to choose and pay after the deadline has passed. Your child will be expected to bring a lunch from home.

### *Note: INTERNATIONAL STUDENTS / FACULTY CHILDREN*

35

TA000049

Temple Academy - Documents in
Response to Deposition Exhibit B

Page 49 of 200

*If you host an international student that is expected to pay for their own lunches, we will help create accounts for them at the school – please encourage them to stop by the office and come see us to learn how. Some international students are on plans from the school that include hot lunches. You will be informed of this at the start of the year if your student qualifies. If so, they will not need an online account. In addition, if you are a faculty member who pays for their students, please see the office as you will not be able to use an online account either.*

| Month for Lunches | Selection/Payment Window |
|---|---|
| September | 1st day of school - 10th |
| October | Sept. 1st - 29th |
| November | October 1st - 29th |
| December | November 1st - 29th |
| January | December 1st - 29th |
| February | January 1st - 29th |
| March | February 1st - 29th |
| April | March 1st - March 29th |
| May | April 1st - April 29th |
| June | May 1st - May 29th |

## MEDICAL EMERGENCY TREATMENT

First aid treatment will be administered to stop bleeding or prevent shock or infection. Parents will then be notified immediately.. Medical information will be on file on the Emergency and Illness Information cards; parents are responsible for keeping current. A representative of the school staff will stay with the child until the parent assumes responsibility. Temple Academy does not assume responsibility for the payment of hospital, doctor, or ambulance fees. If a child becomes ill at school, the family will be contacted by phone, and the parents will be requested to come to the school to pick up the child.

## PERIODIC LICE CHECKS

We will have periodic lice checks throughout the school year. We have a "no nit" policy. Students will not be allowed to come to school with lice or nits. They will be re-checked when they return back to school before sent to the classroom.

## MEDICATION

Because we do not have a school nurse, any medications that need to be administered must be given at home when possible. Any students bringing medicine must bring it to the office with a note from parents notifying the school that medication is required. School staff members are not licensed medical professionals and therefore cannot administer medicine or be held responsible for its administration. A non-aspirin pain reliever will only be provided for a student if the parent/guardian has given prior written permission.

36

TA000050

Temple Academy - Documents in
Response to Deposition Exhibit B

## SCHOOL CANCELLATIONS

The Principal decides when school is cancelled. A list of radio and television stations that carry our school cancellations will be found in The Trumpet starting late fall. Most cancellations are in place by 6:00 a.m. In the morning. While it is generally our policy not to release students early because of inclement weather, parents need to be prepared by making plans in advance with their children in the event of schedule changes. Parents are ultimately responsible for the safety of their own children. If school is open but a parent believes traveling conditions are unsafe in their area, they should indicate this on the absence or tardy note. These absences or tardiness will be excused if infrequent. Cancellations will also be found on our website and Facebook.

All school activities are cancelled when there is no school. There may be a non-mandatory exception to this rule if the weather clears up for safe travel.

## HOME/SCHOOL ENVELOPE

An envelope is assigned to the oldest student in each family and is used to send home important correspondence each Wednesday. Parents sign and date the envelope and return it within two days of receipt. A $1.00 late fee is charged for envelopes not returned by the second day; further delay may result in loss of recess. This system helps ensure that parents actually receive correspondence sent home, teaches responsibility to the oldest student, and saves the heavy cost of postage. And no, this envelope cannot be assigned to the younger student.

## SUPPLIES

Students will need to provide their own supplies. A list of needed items can be obtained through the office. Teachers will notify their classes about specific supply needs. Special materials for art or science labs may also need to be provided by the parents.

## PHONE CALLS

CALLS TO STAFF: While it is our desire to work closely with parents, it is also necessary to recognize that staff members have family and home lives and much work beyond school hours. For this reason, we request that you call staff at school and leave a message for them to call you. If you leave a message for a staff member to call you, and do not hear from them within 24 hours, please feel free to contact the office.

CALLS TO SCHOOL OFFICE: We recognize the need to take and deliver messages concerning emergency needs of students and parents which arise during school. In order, however, to be the best stewards of our time, we would appreciate not having to deal with routine matters which could be handled outside the normal school hours.

37

TA000051

Messages may be left for students, but students and staff will not be called out of class except for genuine emergencies.

STUDENT CALLS: Students are allowed to use the school phone only in the case of genuine emergencies or schedule changes initiated by the school. Calls for making social arrangements or for forgotten forms, academic supplies, athletic uniforms/equipment, etc. must be kept to minimum and will be charged $1.00 for the call if this privilege is abused.

## THE TEMPLE TRUMPET

Our weekly newsletter, *The TRUMPET*, contains important announcements, reminders, and schedules and is normally sent home each Wednesday.

## TEXTBOOKS/LIBRARY BOOKS

Since students are loaned textbooks, they are expected to cover all textbooks and keep them in good repair. Students who lose or mistreat textbooks or library books (such as water damage, ripped covers, broken bindings, writing in book, etc.) will be charged an appropriate replacement or repair cost. Writing is permitted only in workbooks.

## VISITORS

Parents are always welcome to visit the school at any time. However, in the interest of the safety of your children, all visitors, including parents, must check in at the school office before visiting campus. While parents may visit classrooms any time, if you need to actually confer with a teacher, please call ahead to schedule an appointment as teachers frequently have duties or other appointments that may prevent them from being available for impromptu meetings. Classes should never be disrupted for conferences. We usually do not permit all-day visits of school-age children due to problems of supervising students unfamiliar with our policies and guidelines and liability reasons as well. Because of our closed-campus policy, we usually restrict visits of school-age children to prospective students only, and then usually for either the morning or afternoon. Student visitors need to bring a *Parental Permission for School Visit* form signed by parents.

## ARRIVAL/DEPARTURE

It is extremely important for those driving students to and from school to follow the carefully the following instructions regarding the drop-off and pick-up of students. These guidelines have been developed to avoid injury to your children. Drivers are expected to cooperate with duty staff and to proceed very slowly. Please be aware that in spite of our best efforts to supervise students, there is always the potential of a student running out the front doors or across the driveway in front of traffic. Please be extremely careful when backing out for any reason.

38

TA000052

## BEFORE SCHOOL

Elementary students (gr. K-6) arriving between 7:30 and 7:40 should go into the building through the side entrance. Junior and senior high students go directly to the gym. Students should not be left at school before 7:30 AM. Please do not drop off students in the upper parking lot.  Students are not permitted to enter or exit the front doors (even if accompanied by an adult) during the arrival period (7:30 AM - 8:00 AM) or departure period (2:30 PM - 3:00 PM). Please remember that traffic is one way only past the front door of the main building.

We have "before School care" starting at 7:00 AM. It costs $1.00 per child for the half hour of care per day.  There is no multi child discounts available.

## AFTER SCHOOL

All students remain in the gym when school is over. Parents will make their way through the proper traffic pattern and give the teacher on duty the names of the student/s they are picking up. The student will be called and will exit to their car. Please keep in mind that we must keep the line moving. If you need more time to get your child belted, please move ahead to the further parking place and walk to get the children. You will have all the time you need there to make the adjustments. If you are picking up your child, the office needs to be made aware of who will take your place, especially if your child does not know them.

**END OF SUPERVISION 3:00**

At 2:45 PM any students remaining in the gym, will be sent to the aftercare location

Parents (especially of younger children) should instruct their children what to do in the event their ride does not show up. This could include instructions regarding how to call collect from the office phone.

Please be aware any student not picked up by 3:00 PM promptly will be place in after school care and will be charged accordingly.

Students in Pre-K that are enrolled for half a day not picked up promptly at 11:30 will be charged as well.

## STUDENT DRIVERS

Student drivers must park in the lower parking lot near the Parsonage and have a valid parking pass.  Students may not ride with other students unless permission is granted in writing from a parent or guardian.  Student drivers may exit the school building through the front door.

39

Temple Academy - Documents in
Response to Deposition Exhibit B

# SCHOOL EMBLEMS

## MASCOT

The "BEREAN" (portrayed in the Christian's armor)

## SCHOOL COLORS

Green (symbolizes eternal life)

Gold (deity, royalty)

White (purity)

40

TA000054

# ADDENDUM: STUDENT COMPUTER AND INTERNET USE

These rules implement Temple Academy's policy concerning Student Computer and Internet Use. The rules are intended to provide general guidelines and examples of prohibited uses but do not attempt to state all required or prohibited activities by users. Failure to comply with these rules may result in loss of computer and internet access privileges, disciplinary action and/or legal action.

### A. Computer Use is a Privilege, Not a Right

Student use of the computers, networks and Internet services while attending Temple Academy is a privilege, not a right. Unacceptable use or activity may result in suspension or cancellation of privileges as well as additional disciplinary and/or legal action.  The Principal shall have final authority to decide whether a student's privileges will be denied or revoked.

### B. Acceptable Use

Student access to Temple Academy's computers, networks and Internet services are provided for educational purposes and research consistent with Temple's educational mission, curriculum and instructional goals. Use of the school's computers, networks and Internet services for non-educational purposes (i.e. personal entertainment, non- educational games, etc.) is prohibited.

The same rules and expectations govern student use of computers as apply to other student conduct and communications.

Students are further expected to comply with these rules and all specific instructions from teachers and other approved supervisors when accessing Temple Academy computers, networks and Internet services. Non-supervised use of computers is prohibited.

### C. Prohibited Use

Each user is responsible for his/her actions and activities involving Temple Academy computers, networks and Internet services and for his/her computer files. passwords and accounts. Examples of unacceptable uses that are expressly prohibited include but are not limited to the following:

1. Inappropriate Materials - Accessing, submitting, posting, publishing, forwarding, downloading, scanning or displaying materials that are defamatory, abusive, obscene, vulgar, sexually explicit, sexually suggestive, threatening, discriminatory, harassing and/or illegal.

2. Illegal Activities - Using the school's computers, networks and Internet services for any illegal activity or activity that violates other School policies, procedures and/or rules.

41

3.   **Violating Copyrights** - Copying or downloading copyrighted materials without the owner's permission.

4.   **Plagiarism -** Representing as one's own work any materials obtained on the Internet (such as term papers, articles, etc.) When Internet sources are used in student work, the author, publisher and Web site must be identified.

5.   **Copying Software-** Copying, downloading, or installing software without the express authorization of the Principal or his/her designee.

6.   **Non-School-Related Uses -** Using the school's computers, networks and Internet services for non-school-related purposes such as private financial gain, commercial, advertising or solicitation purposes, or for any other personal use.

7.   **Misuse of Passwords and Unauthorized Access -** Sharing passwords, using other users' passwords and/or accessing other users' accounts. Any communications that are in violation of generally accepted rules of network etiquette and/or professional conduct. Any attempt to access unauthorized sites. Any attempt to delete, erase or otherwise conceal any information stored on a Temple Academy computer that violates these rules.

8.   **Malicious Use and Vandalism -** Any malicious use, disruption or harm to the school's computers, networks and Internet services, or breach of security features including but not limited to any hacking activities and creation and/or uploading of computer viruses, opening or forwarding any e-mail attachments (executable files, documents. etc.,) from unknown sources, opening or forwarding any e-mail attachments or files known to contain a virus or any misuse damage to the school's computer equipment.

9.   **Unauthorized Access to Chat Rooms, News Groups and use of Instant Messaging -** There shall be no access to chat rooms. There shall be no general access to news groups or use of instant messages except that specific authorization for special educationally related purposes may be granted on a case by case basis.

10.   **Other unacceptable uses that the Principal or his/her designee may find unacceptable. -**Any use as a forum for communicating by e-mail or any other medium with other school users or outside parties to solicit, proselytize, advocate or communicate the views of an individual or non-

42

TA000056

school-sponsored organization; to solicit membership in or support of any non-school-sponsored organization; or to raise funds for any non-school-sponsored purpose, whether for-profit or not-for-profit. No student shall knowingly provide school e-mail addresses to outside parties whose intent is to communicate with school employees, students and/or their families for non-school purposes. Students who are uncertain as to whether particular activities are acceptable should seek further guidance from the principal or other appropriate administrator. There shall be no communication that represents personal views as those of Temple Academy or that could be misinterpreted as such. Students shall not send mass e-mails to school users or outside parties for non-school purposes without the permission of the Principal or School Board.

## D.     No Expectation of Privacy

Temple Academy retains control custody and supervision of all computers, networks and Internet services owned or leased by the school. Temple Academy reserves the right to monitor all computer and Internet activity by students. Students have no expectations of privacy in their use of school computers, including e-mail, Internet access and stored files.

### E. Compensation for Losses, Costs and/or Damages

The student and/or the student's parent or guardian shall be responsible for compensating Temple Academy for any losses, costs or damages incurred by Temple Academy related to violations of these rules, including investigation of violations.

### F. Temple Academy Assumes No Responsibility for Unauthorized Charges, Costs or Illegal Use

Temple Academy assumes no responsibility for any unauthorized charges made by students including but not limited to credit card charges, long distance telephone charges, equipment and line costs, or for any illegal use of its computers such as copyright violations.

### G. Student Security

A student shall not reveal his/her or any other person's full name, address or telephone number on the Internet without prior permission from a supervising teacher. Students should never meet people they have contacted through the Internet without parental permission. Students should inform their supervising teacher if they access information or messages that are dangerous, inappropriate or make them uncomfortable in any way.

### System Security

The security of the school's computers, networks and Internet services is a high priority. Any user who identifies a security problem must notify the system administrator or other person(s) named by the Principal as an appropriate security administrator. The user shall not demonstrate the problem to others. Any user who attempts or causes a breach of system security shall have his/her privileges revoked and may be subject to additional disciplinary and/or legal action.

43

TA000057