# EXHIBIT 29

Temple Academy - Documents in
Response to Deposition Exhibit B



EXHIBIT
9

# Faculty
# Handbook
# 2018-2019



## Temple Academy

60 West River Road
Waterville, Maine 04901
207-873-5325

1

TA000103

Temple Academy - Documents in
Response to Deposition Exhibit B

TA000104

Temple Academy - Documents in
Response to Deposition Exhibit B

Dear Faculty:

The success of Temple Academy in fulfilling its God-given mission rests more on the shoulders of the teaching staff than any other single component of the school. This handbook has been developed with your success in mind.

While the purpose of this handbook is not to limit the initiative of the teacher, it is incumbent upon both the administrator and the teachers to adhere to these policies and guidelines at all times in the interest of fairness and consistency. If only one staff member fails to follow the policies of school operation, it places an added burden on other staff members who must pick up the slack, in some situations being labeled as legalistic simply because they are enforcing policies or procedures neglected by another staff member.

This handbook is supplementary to the TEMPLE ACADEMY POLICY AND PROCEDURE MANUAL. The procedures, guidelines, and policies in this manual are not exhaustive in any sense, as it becomes necessary from time to time to add, delete, and revise policies and procedures. Policies and procedures in this handbook are in no way intended to super cede or contradict the policies of the School Board and/or Calvary Temple. In the event of any contradiction, the policies of the School Board/Calvary Temple shall be observed and accepted as final.

Please familiarize yourself with this handbook, and feel free to discuss with me any questions you might have regarding any of these procedures or policies. My desire is to assist you in any way possible to accomplish the formidable challenge you face in shaping young lives and minds.
In His service,

Denise Lafountain
Head of School

2

TA000105

Case 1:18-cv-00327-JAW  Document 24-29  Filed 03/12/19  Page 5 of 37  PageID #: 838
Temple Academy - Documents in
Response to Deposition Exhibit B

Page 105 of 200

# Table of Contents

| | |
|---|---|
| Introduction | 2 |
| Table of Contents | 3 |
| Statement of Mission | 4 |
| Statement of Faith | 4 |
| Educational Philosophy | 4 |
| Temple Academy Objectives | 5 |
| Teacher and Administration | 6 |
| Access to Student Records | 6 |
| Attendance: Teacher | 6 |
| Staff Absences | 6 |
| Duties | 6 |
| Employee Leave Notice | 6 |
| School Functions | 6 |
| Chapel Schedule | 7 |
| Communications | 7 |
| Devotions | 7 |
| Employee Relations Policy` | 7 |
| Faculty Meetings | 7 |
| Reporting Child Abuse | 8 |
| School Cancellations | 8 |
| Staff Children | 8 |
| Staff Dress Code | 8 |
| Staff Ethics and Conduct | 8 |
| Staff Injuries | 9 |
| Staff Relations | 9 |
| Suggestions | 9 |
| Supervision and Evaluation of Faculty | 9 |
| Termination and Dismissal | 12 |
| Employee Exit Interview | 12 |
| Grievance Procedure | 13 |
| The Teacher and the Student | 13 |
| Supervision of the Students | 13 |
| School Day Duties | 14 |
| Chapel Time | 15 |
| Class Attendance | 15 |
| Morning Classroom Proceedings | 15 |
| Daily Classroom Procedures | 16 |
| Early Dismissal | 16 |
| Discipline | 16 |
| Guidelines for Good Discipline | 17 |
| Playground Rules | 18 |
| Rules for Arrival/Departure | 18 |
| Senior Privilege | 19 |
| Visitors | 19 |
| Fire Drills | 19 |
| Lock Downs | 20 |

| | |
|---|---|
| Accident Reporting | 20 |
| First Aid Procedures | 20 |
| Guidelines for Handling Body Fluids | 20 |
| Student Illness | 21 |
| Student Medical Conditions | 21 |
| Lice Policy | 21 |
| Private Student Parties | 22 |
| The Teacher and Instruction | 22 |
| Grading Policies | 22 |
| Grade Books | 22 |
| Grading System | 22 |
| Progress Reports | 23 |
| Report Cards | 23 |
| Testing Policies | 24 |
| Honor Roll | 24 |
| Homework Policies | 25 |
| Lesson Planning | 26 |
| Substitute Plans | 26 |
| Outside Resource People | 27 |
| Teaching Guidelines | 27 |
| Promotion and Retention | 27 |
| Teacher & Extracurricular Activities | 28 |
| General Policies | 28 |
| Scheduling of Extracurricular Act. | 29 |
| Advisor Responsibilities | 29 |
| School Org. Fund Management | 30 |
| Sports | 32 |
| The Teacher and Parent | 32 |
| Philosophy | 32 |
| School/Home Communication | 32 |
| Parent/Teacher Conferences | 32 |
| Written Communications | 33 |
| The Teacher & Facilities/Supplies | 34 |
| Classroom | 34 |
| Copier Use | 34 |
| Ordering Classroom Supplies | 34 |
| Curriculum Review | 34 |
| Library | 34 |
| Lunch | 35 |
| Mailboxes | 35 |
| Secretarial Support | 35 |
| Teacher Room | 35 |
| Telephone | 35 |
| Textbooks | 35 |

TA000106

Temple Academy - Documents in
Response to Deposition Exhibit B

## STATEMENT OF MISSION

Temple Academy exists to know the Lord Jesus Christ and to make Him known through accredited academic excellence and programs presented through our thoroughly Christian Biblical world view.

## STATEMENT OF FAITH

We believe the Bible to be the inspired, the only infallible, authoritative, inerrant Word of God (2 Tim. 3:15, 2 Pt. 1:21).providing biblically-integrated education that will equip the student for a life of Christian service.

We believe there is one God, eternally existent in three persons—Father, Son, and Holy Spirit (Gen. 1:1; Matt. 28:19; Jn. 10:30).

We believe in the deity of Christ (Jn. 2:11), His virgin birth (Is. 7:14; Matt. 1:23; Lk. 1:35), His sinless life (Heb. 4:15; Heb. 7:26), His miracles (Jn. 2:11), His vicarious and atoning death (I Cor. 15:3; Eph. 1:7; Heb. 2:9), His resurrection (Jn. 11:25; I Cor. 15:4), His ascension to the right hand of the Father (Mk. 16:19), and His personal return in power and glory (Acts 1:11; Rev. 19:11).

We believe in the absolute necessity of regeneration by the Holy Spirit for salvation because of the exceeding sinfulness of human nature; and that men are justified on the single ground of faith in the shed blood of Christ and that only by God's grace and through faith alone are we saved  (Jn. 3:16-19; Jn. 5:24; Rom. 3:23; Rom. 5:8-9; Eph. 2:8-10; Tit. 3:5).

We believe in the resurrection of both the saved and the lost; they that are saved unto the resurrection of life, and that they are lost unto the resurrection of damnation (Jn. 5:28-29).

We believe in the spiritual unity of believers in our Lord Jesus Christ (Rom. 8:9; I Cor. 12:12-13; Gal. 3:26-28).

We believe in the present ministry of the Holy Spirit by whose indwelling the Christian is enabled to live a godly life (Ro. 8:13-14; I Cor. 3:16; I Cor. 6:19-20; Eph. 4:30; Eph. 5:18).

We believe marriage should be between one man and one woman. (Genesis 1:27)

## EDUCATIONAL PHILOSOPHY

The educational philosophy of Temple Academy is based on a thoroughly Christian and Biblical worldview. A world view is a set of assumptions that one holds about the basic makeup of his world and forms the basis for all that one does and thinks. The Christian world view is based solely on the Bible, which we hold to be the infallible, inerrant, and authoritative Word of God. The following set of assumptions is derived from the Scriptures and is foundational to all we teach and practice at Temple Academy:

1. God, infinite, yet personal, created an orderly universe out of nothing, sustains that creation, and is the source of its life.
2. All truth, therefore, is God's truth, whether discovered in God's creation or in God's Word.

4

3. Though man is created in the image of God (and therefore is not the product of an evolutionary process), that image has been defaced by sin, resulting in spiritual death and a tendency to disregard the Creator.

4. Man can be saved from this condition only by grace through faith in the Lord Jesus Christ.

5. God has ordained the Home, the Church, and the State: of these three the responsibility for training and educating children lies with the Home. The Christian school is the cooperative effort of Christian parents attempting to fulfill that responsibility.

Without these assumptions it is impossible to have a truly Christian education. Though the Christian worldview and the non-Christian world views deal with the same factual information, it is impossible to interpret that data if the Creator is denied or ignored --an education without God is an incomplete education. Every subject area must be viewed through the lens of Scripture; the Creator has the final word on any subject or question.

## TEMPLE ACADEMY OBJECTIVES

### FOR THE SPIRITUAL AND MORAL GROWTH OF STUDENTS

• To provide every student with the opportunity to accept Jesus Christ as their personal Savior.

• To foster within each student an attitude of love and reverence for the Bible as the infallible, inerrant, and authoritative Word of God.

• To teach the fundamental doctrines of the historic Christian faith.

• To develop within each student a biblically-based morality

### FOR THE ACADEMIC DEVELOPMENT OF STUDENTS

• To provide a sound academic education in which the subject areas are taught from a Christian point of view.

• To help every student develop a truly Christian world view by integrating studies with the truths of Scripture.

• To promote excellence and competence in communication and computational skills.

### FOR THE PERSONAL AND SOCIAL DEVELOPMENT OF STUDENTS

• To develop each child's unique personality, talents, and skills to their God-given potential.

• To foster wholesome personal relationships based on the scriptural concept of love.

• To teach students responsibility and self-control in every area of life; to understand and accept the consequences of their behavior.

• To teach good stewardship of resources including personal skills, finances, and material possessions, as well as natural resources.

5

TA000108

• To promote good citizenship by imparting a biblical understanding of the nature of government and an appreciation for our Judeo-Christian heritage as Americans.

•To develop the understanding, attitudes, and skills necessary for future personal, educational, and vocational success.

•To impart a biblical understanding for marriage and family life and to equip students with the skills to establish God-honoring homes.

•To promote fitness, maintenance, and skillful use of the body as the temple of God.

*FOR THE PROMOTION OF CHRISTIAN HOMES*
• To cooperate closely with the parents in every phase of the student's development, especially as it relates to the school program.

• To help the parents understand the school's purpose and program.

• To aid families in making their homes Christ-centered.

# THE TEACHER AND ADMINISTRATION

## ACCESS TO STUDENT RECORDS
Cumulative student records are maintained in the school office. Teachers may review records in the school office, but should not remove records from the office at any time.

## ATTENDANCE: TEACHER
The contract year for teachers consists of 175 academic days and five teacher days. Faculty are expected to be prompt for staff devotions which begin at 7:40 a.m. and to remain in the building until 3:00 p.m. Promptness in beginning and dismissing classes is essential. Teachers should notify the Principal of any unavoidable tardiness so that the class can be supervised. If it is necessary to leave during the day, the teacher must check with the principal or secretary sign out in the school office and then sign back in if he/ she returns the same school day.

STAFF ABSENCES: A teacher is expected to notify the Principal as soon as possible if he/she must be absent from school. Please call Mrs. Lafountain at 314-2573 as soon as possible so a substitute can be arranged. If you should know the night before, it would be helpful if you would call at that time. When absent and knowing that you will be out the next day, please contact the school by 2:30 PM in order that the same substitute can be requested to return.

DUTIES: In cases of sickness or emergencies, the office will make arrangements for duties; otherwise, teachers need to arrange for someone to cover their duties in their absence.

EMPLOYEE LEAVE NOTICE: Teacher attendance is recorded; absences beyond the number of sick/personal/professional days allotted by the contract result in deduction of pay. An *Employee Leave Notice* should be completed and returned to the Principal at least one week prior to the date of requested leave or the day following an unplanned absence.

6

SCHOOL FUNCTIONS: Teachers are expected to attend such functions as Back-To-School Night, Parent-Teacher Conferences, Open House, school concerts, Awards Nights, or any other function as requested by the Principal. While not required, teachers are encouraged to attend sports events as a way of promoting rapport with students and parents.

## CHAPEL SCHEDULE
Teachers are expected to be in attendance at chapel services. (Certain exceptions may be made at the principal's discretion.)

## COMMUNICATIONS
The staff is urged to read carefully the *Weekly Memo* and *Temple Trumpet*.

## DEVOTIONS
Because we regard staff devotions as an important component of our spiritual care for our staff, all faculty not on morning duty are expected to attend staff devotions promptly at 7:40 a.m. for a time of prayer, song, Bible reading, and/or encouragement. Devotions should be Bible-based, brief, thoughtful, and encouraging. Because this is a time specially consecrated to the Lord, this is not the time to present controversial subjects, doctrinal dissertations, or to air personal grievances. This is our opportunity as a staff to focus our hearts together at the beginning of the day on the Lord Jesus Christ and His Word.

## EMPLOYEE RELATIONS POLICY
Any form of harassment, including sexual harassment, is absolutely prohibited. Any incident of possible harassment should be brought immediately to the attention of the Principal, School Board or Centerpoint Board of Deacons who will thoroughly investigate the matter in confidence. After reviewing all the facts, the Principal or Board will make a determination concerning whether reasonable grounds exist to believe that harassment has occurred. Disciplinary action, up to and including discharge, will be taken against any employee who is found to have engaged in harassment.

Sexual harassment includes:

• Offering employment benefits in exchange for sexual favors

• Making or threatening reprisals after a negative response to sexual advances

• Visual conduct: leering, making sexual gestures, displaying of sexually suggestive objects or pictures, cartoons, or posters.

• Verbal conduct: making or using derogatory comments, epithets, slurs, and jokes.

• Verbal sexual advances or propositions.

• Verbal abuse of a sexual nature, graphic verbal commentaries about an individual's body, sexually degrading words used to describe an individual, suggestive or obscene letters, notes, or invitations.

• Physical conduct: Touching, assault, impeding, or blocking movement.

7

Temple Academy - Documents in
Response to Deposition Exhibit B

## FACULTY MEETINGS

General faculty meetings are scheduled the first of the month. Junior High and High School
teachers meetings are held the second Wednesday of the month. Elementary teachers meetings
are held on the third Wednesday of each month. On rare occasions it may be necessary to call
unscheduled meetings.

Faculty meetings provide an appropriate forum for discussing problems, schedule conflicts,
upcoming events or projects, policy questions, etc. Since this is the time we work out most of the
procedures and issues pertaining to the daily operation of the school, it is important that each staff
member come prepared to respectfully and honestly state his/her views. It is expected that if a staff
member raises no objections to an idea at a faculty meeting, then no objection will be raised in
private. It should also be understood that faculty meetings are not the appropriate forum for dealing
with issues or grievances of a personal nature. These kinds of concerns should be dealt with at the
lowest and most private level possible.

As the chairman of staff meetings, it is the Principal's responsibility to cultivate an atmosphere of
objectivity in which all ideas are treated with respect, an atmosphere in which faculty feel free to
share their opinions. At the same time staff should remember that while the Principal will normally
do their best to respect decisions reached by a consensus of the faculty, ultimately, as the
individual charged with operating the school in accordance with the policies as set forth by the
School Board, he reserves the right to make a final decision on any issues discussed in faculty
meetings.

## REPORTING CHILD ABUSE

Any teacher knowing or suspecting abuse by an adult of a child attending Temple Academy is
legally required to notify the Department of Human Services. This is the case whether the
suspected abuse occurs on or off the school premises. The Principal must be notified first, but that
notification does not nullify the legal obligation to report suspected abuse to the appropriate
authorities.

## SCHOOL CANCELLATIONS

The Principal will make announcements of school cancelations over WABK 104.3, WTOS 105.1,
STAR 101.3, WHCF-FM 88, WWME-FM 105.8 and on Channel 5,13, 6 and 8. It will also be posted
on the school's Facebook page and web page. We have set up a telephone network to notify
school staff of school cancellations as soon as possible (usually by 6:00-6:15 a.m.). The Principal
starts the chain by calling the list of teachers, each of whom calls another staff member until all the
staff has been contacted.

## STAFF CHILDREN

Staff children should be given neither extra privileges nor higher expectations than other students.
Staff children must follow the same procedures and guidelines as all other students. Problems with
staff, parents, or other students should *never* be discussed in the presence of your children.

## STAFF DRESS CODE

All faculty should dress and groom themselves in a professional manner. Men are expected to
wear ties on chapel days and preferably wear a tie throughout the week.  Women may wear dress
slacks. Jeans are not permitted for men or women except on special days.

8

### STAFF ETHICS AND CONDUCT

Our school staff can be viewed as a microcosm of the Body of Christ. God's will for us is that "there be no divisions among [us] and that [we] may be perfectly united in mind and thought" (I Corinthians 1:10b). Because we are **role models** for children and young people, it is also critical that we "walk worthy of the calling with which [we] were called..." (Ephesians 4:1b). In the interest of presenting a credible witness to both our students and the community, all staff are expected to abide by the following standards of ethics and conduct:

1. For reasons of building intra-school loyalty as well as maintaining our witness as disciples of Christ (John 13:35), internal problems are to be discussed only between the actual staff members directly affected. According to Matthew 18:15-18, the fewest necessary to resolve a problem are to be involved.

2. Staff will avoid showing favoritism.

3. No employees of Temple Academy shall engage in activities that would use Temple Academy students or families as possible contacts for commercial sales or financial gain of any kind.

4. Staff may not share information about a student with anyone outside of Temple Academy's professional school community without the parents' written permission.

5. Staff are to notify students of grades in as private a manner as possible, so that students will not be embarrassed in front of their classmates.

6. Negative aspects of one student should never be discussed in front of another. No problems of any kind--school, student, personal, etc., should be discussed in the school or church office, or anywhere others may overhear.

7. A door must be kept open whenever a staff member meets alone with one student; a staff member should never drive or ride with a student of the opposite sex in a vehicle alone.

8. Sexual harassment (as defined in the Employee Relations Policy 3120) of students is absolutely prohibited and will be dealt with according to the procedures listed in the Employee Relations Policy. There should be no inappropriate physical contact of any kind between staff and students.

9. School staff are not allowed to date Temple Academy students.

### STAFF INJURIES

Any school personnel who become injured while on the job should report the injury to the Principal as soon as possible. Teachers are covered by Workmen's Compensation and the ACSI School Accident Insurance.

### STAFF RELATIONSHIPS

1. Whether we are elementary teachers, high school teachers, or administration, we are part of one body, one team: I Cor. 12:12-27. We should not refer to "us" and "them" when talking about Temple Academy staff. We face the same enemy, and frequently fight the same battles; we need to stand up for one another.

9

Temple Academy - Documents in
Response to Deposition Exhibit B

2. Do not ask other staff to perform what is clearly your responsibility.

3. Do not criticize school staff to one another. If there is a legitimate problem, follow the Matthew 18 Principle.

4. Do not criticize the school to others: nothing spreads faster than discouragement and a bad report.

5. Do not allow students to criticize other staff to you. Teach them to apply the Matthew 18 Principle of going directly to the person himself (or at least having their parents go to the staff person).

6. Do not criticize staff, students, or parents in front of your family. One of the greatest reasons children from Christian homes become cynical about the church is because of all the war stories they have heard in their own homes.

7. Remember you are held accountable only for what happens in your classroom--not anyone else's: "Who are you to judge another man's servant? To his own master he stands or falls" (Rom. 14:4; also see Matt. 7:1-5).

Here are some easy tips to improved relationships anywhere
- If you drop it--pick it up.
- If you wear it--hang it up.
- If you open it--close it.
- If you empty it--fill it up.
- If you borrow it--return it.
- If you move it--put it back.
- If you dirty it--clean it.
- If you promise it--do it.
- Putting each other first
- Communicate openly
- Be part of the solution
- Respect diversity
- Ask and encourage the right questions
- To be good problem solvers and use synergy
- To build trust
- To commit to excellence

SUGGESTIONS

Any member of the Temple Academy staff with suggestions for changes or innovations that will improve the educational setting and benefits to students, or professional circumstances for the staff, is encouraged to communicate these ideas to the Principal.

SUPERVISION AND EVALUATION OF FACULTY

I. BIBLICAL PRINCIPLES

The biblical pattern for supervision and evaluation in the church consists of the following elements:

10

1. Overseers are held accountable for the growth and development of individuals
   (Hebrews13:17).
2. Overseers are to carry out their responsibilities in a gentle manner, not lording
   over people (I Peter 5:1,2).
3. Individuals are responsible to obey those in authority over them, responding in
   a manner that makes overseers' work joyful (Hebrews 13:17).
4. Individuals are responsible to judge and examine themselves regarding
   improvement and maturity (I Corinthians 11:28, 31).
5. Believers are indwelt by the Holy Spirit, are equipped with everything
   necessary for life and godliness, and are given a divine desire to walk in obedience
   to God (II Peter 1:3; Philippians 2:13).
6. All individuals are gifted differently and should understand their gifts so as to
   minister effectively (Romans 12; I Corinthians 12).

II. PURPOSE OF SUPERVISION/EVALUATION

Supervision and evaluation will be aimed at improving teachers' skills, the instructional
process, and learning outcomes.

III. RESPONSIBILITIES IN SUPERVISION/EVALUATION
1. Responsibility for supervision of teachers rests with the Principal who must
   exercise gentleness without condescension. The Principal is responsible
   for developing procedures which assist teachers to improve instructional
   quality. (See Appendix E)
2. Teachers must be accountable for personal evaluation, examination, and
   growth while being submissive to administrative supervision.

IV. NATURE OF SUPERVISORY ACTIVITIES
1. All teachers will conduct annual self-appraisals and prepare annual
   improvement objectives which will be shared in conference with the
   Principal.
2. Classroom observations are considered essential in the process of helping
   Teachers improve. The Principal will arrange for classroom observations
   to be conducted for all teachers.
3. At the discretion of the Principal, peer coaching may be used as a legitimate
   tool of supervision and instructional improvement.
4. Videotaping of classroom activities is recognized as a valuable means of
   feedback for teachers. Videotapes of classes remain the property of
   teachers.
5. The Principal is to develop careful guidelines for receiving data regarding
   teachers' performances. It is essential that the principles from Matthew 5
   and 18 be observed.

V. RETENTION, PROBATION, AND DISMISSAL
1. It is assumed that the teacher will experience success as a result of this
   process.
2. In the event, however, that a teacher's performance is substandard, the
   teacher will be placed on probation for a specified period of time. The
   teacher will be informed of the reasons for probation. During the
   probationary period, the Principal will continue to assist the teacher to
   improve, giving regular performance feedback, while at the same

11

TA000114

Temple Academy - Documents in
Response to Deposition Exhibit B

time gathering data by which to make a recommendation at the
conclusion of the probationary period.
3. In the event of dismissal, the teacher will be given opportunity for appeal to the
School Board in accordance with the Termination Policy.

TERMINATION AND DISMISSAL
1. Cause for termination and dismissal of any employee may include, but is not
limited to, any one or more of the following:
a. Abandonment of position: when an employee is absent from his duties
without notification and/or approval for three work days;
b. Insubordination (including, but not limited to, refusal to do assigned
work);
c. Dishonesty;
d. Personal conduct unbecoming an employee of Temple Academy;
e. Possession, use, and/or distribution of tobacco, alcoholic beverages, or
illegal drugs;
f. Incompetency or inefficiency in the performance of duty;
g. Discourteous, offensive, or abusive conduct (including harassment of
any kind) toward other employees, pupils, or the public;
h. Repeated and unexcused absence or tardiness;
i. Falsifying any information supplied to the school including, but not
limited to information supplied on application forms, employment
records, or any other school records;
j. Willful or persistent violation of the policies and procedures of Temple
Academy;
k. Conviction for a felony or any crime involving moral turpitude;
l. Participation in any sexual practice forbidden by the Scriptures, such as
promiscuity or homosexuality, which violates the requirement of
being a **role model.**
2. Termination requires a majority approval by the School Board acting upon the
recommendation of the Principal , and is communicated to the teacher in
a personal conference with the Principal and a board member or by
certified mail to the last known address. The termination of duties takes
effect immediately unless the Board rules differently due to extenuating
circumstances.
3. At the option of the school, the teacher may be provided with a written list of
reasons for the dismissal. He has the option, after his dismissal, to appeal
the decision directly to the Board within seven business days by giving
notice to the Principal. The Board will hear the teacher's and Principal's
positions and render a decision by majority vote. Failure to request
a hearing within that allotted time shall waive that person's right to such a
hearing.
4. If a resolution of the dispute and reconciliation do not result from such efforts,
the matter shall then be resolved by binding arbitration within the meaning
of the Uniform Arbitration Act as enacted in the State of Maine. Both
parties waive their rights to a hearing in a secular court of law
(I Corinthians 6:1-8)

12

TA000115

### EMPLOYEE EXIT INTERVIEW

1. Upon termination of employment, whether voluntarily or involuntarily, the Principal will complete an *Employee Exit Interview*. The Principal (or Superintendent) will meet with
the departing employee and conduct an exit interview. If the Principal is not present, an additional member of the Board will be present.
2. The departing employee will have an opportunity to add his comments or rebuttal to the report form prior to signing the form. Refusal to sign will be noted on the form. Employee will be provided a copy of the form and the original is to be filed in the personnel file. The employee will be told that this form may be made available to prospective future employers.
3. The final paycheck will be released following the exit interview provided that keys, school equipment, and any other appropriate school property have been turned into the school office.

### GRIEVANCE PROCEDURE

Temple Academy attempts to resolve personal differences on the basis of Matthew 18:15-17. Christ Himself affirms that during the process of conflict resolution we are to refrain from discussing the matter with anyone not immediately involved in the process: "go and tell him his fault between you and him *alone*." When questions or disagreements arise, it is the responsibility of the student, parent, or staff member to discuss these questions or differences with the staff member involved, and not to bring their grievance to other students, parents, faculty, or board members. Issues should be resolved at the lowest level possible.

If the matter is not resolved at this point, then the offended party should discuss the problem with the Principal (or Superintendent if the issue is with the Principal) and the staff member present. If the matter is not resolved at this level, the final step is to bring the matter to the School Board.

If a resolution of the dispute and reconciliation do not result from such efforts, the matter shall then be resolved by binding arbitration within the meaning of the Uniform Arbitration Act as enacted in the State of Maine. All parties waive their rights to a hearing in a secular court of law (I Corinthians 6:1-8).

# THE TEACHER AND THE STUDENT
## SUPERVISION OF STUDENTS

CONTINUOUS SUPERVISION: At no time are elementary students to be left unattended in a classroom or on the playground. Staff members leaving students unsupervised may be liable for accidents and/or injury to any person(s) involved. Duty takes precedence over all other activities. If you must leave your area, ask another teacher to cover for you or call the office for help. In addition, it is imperative that teachers leave classroom doors locked at the end of the school day.

Junior High and High School students should not be left alone or unattended for lengthy periods of time. If possible, another teacher or the office should be contacted to cover.

INCLEMENT WEATHER RECESS: Teachers may be required to stay with students during their recesses when the weather is inclement or too cold for students to be outside.

FIELD TRIPS: The teacher is to ensure that field trips are sufficiently supervised. They should ask parents to chaperone when an activity demands more supervisory personnel than we have school

13

TA000116

Temple Academy - Documents in
Response to Deposition Exhibit B

personnel attending. If students return to school after a field trip and the regular after school supervisory staff has left, the teacher is responsible to stay with students until the last student has been picked up.

TIME SUPERVISION BEGINS: Unless otherwise specified by the Principal, teachers or supervisory staff are to come fifteen minutes before a program or activity begins, or a bus is scheduled to leave in order to supervise students arriving for or being transported to an event.

SUPERVISION BY CUSTODIAN OR NON-SCHOOL PERSONNEL: With previous permission from the principal the custodian or non-school personnel may be given responsibility to supervise students on their own.  This should be the exception rather than the rule.

SUPERVISORY AGE REQUIREMENT: At no time are students to be left in the sole care of a supervisor that is not yet eighteen years old.

VISITORS: Report all unauthorized visitors to the office at once. Please stop any stranger without a visitor tag and refer them to the office.

## SCHOOL DAY DUTIES

FACULTY ASSIGNMENTS
The principal assigns duties to each staff member in order to supervise students before and after school and during recess and lunch. However, teachers are to consider themselves on duty whenever and wherever they are in the school during the day. Please correct any errors of conduct whenever necessary. Always intervene in activities which are prohibited by school rules or which could endanger health or safety. Faculty are to be on duty as assigned, without exception, unless prior arrangements have been made for a substitute. Any regular or repeated substitutions must be approved by the principal.

Teachers may be assigned to faculty committees (e.g., curriculum committees) as well.

OUTSIDE DUTIES: In the event of a medical or disciplinary emergency, follow these instructions if possible:
- Take care of the problem on the playground immediately.
- Never leave the playground: send a different student into the building to get the principal or another teacher.
- If a student is injured, take whatever immediate action is appropriate. Follow standard first aid procedures; send another student for help.
- If dealing with a minor disciplinary problem, handle the problem yourself--have the student stay by your side or take away his next recess, etc. (whatever is appropriate). , and notify his/her teacher of the action taken. Write up a discipline report to be given to the student's teacher.
- If dealing with a major disciplinary problem, send for another teacher and take the student to the Principal.

MORNING DUTY (7:30 a.m. - 8:00 a.m.):
- One duty teacher stays outside with K-6 students (if weather is inclement, Teacher may allow students to wait inside the gym).
- No students are allowed in the gym before 7:30 a.m. unsupervised.
- Playground rules apply

14

- Junior high and high school students may wait in the gym.
- Inside duty teacher is responsible for students in the foyers and restrooms as
    well as the gym, so these areas should be patrolled occasionally.
- Elementary Students are allowed to take belongings to their classes or lockers before
    school starts only with the duty teacher's permission.
    They may put musical instruments outside their classroom door.
*High school students may take things to their locker and then return back to
    the gym.
- The front foyer, hall, stage and second floor are off limits.
- Inside duty teacher must remain in the gym until 8:00 a.m. or until the other
    teachers come out from devotions.
- No students are allowed in classrooms until their teacher is present.

RECESS DUTY
This teacher is responsible for patrolling the playground and enforcing the playground rules.
LUNCH DUTY:
- All students must remain seated until dismissed.
- Students should not be dismissed until their table is completely cleared and
    trash picked up.
- Students are to eat in a socially acceptable manner. Throwing of food, etc. is
    not acceptable.
- Students' talking should remain at a conversational level.
- Teacher on lunch recess duty may dismiss his/her class five minutes early to
    give them time to dress under his/her supervision.
- No student is to use the church's silverware or microwave, but please use good
    Judgment if a child is not going to have lunch because of this rule, then give   them
    grace   and notify their teacher so she can make sure parents understand the rule.
- PLEASE NOTE: The teacher on duty is not to comment on what the students bring for
    lunch. It is not our responsibility to be the "health police" just to monitor their behavior.  It is
    the parent's responsibility to pack healthy lunches.

AFTERNOON DUTY (2:30 - 2:45)
The **inside** duty teacher generally stays by the double doors and occasionally patrols the gym in
order to get students out of the building. No unsupervised ball-playing is allowed. At 2:45 any
students remaining are sent the aftercare location for that day. Students are not free to roam the
building. A second teacher on duty is outside making sure the traffic is moving orderly and
announcing the arrival of the students' rides.

CHAPEL TIME
Teachers should be prompt in getting their classes to chapel on time. Junior High and High School
students have chapel at  8:00 a.m. When the chapel speaker is done, the elementary classes join
the chapel for the music and then they have their chapel. Teachers need to be prompt in their
attendance at chapel. Please remind students to bring their Bibles with them and to enter chapel
quietly and reverently.

CLASS ATTENDANCE
Elementary and secondary homeroom teachers take class attendance at the beginning of the day
and send in an absentee list to the office each morning. Secondary teachers record attendance for
each period in their grade books and on Praxi.

15

## MORNING CLASSROOM PROCEDURES

1. Take attendance, fill out absentee list, collect absence notes for the previous day, and collect money. Absentee list, absence notes, and money are sent to the office by 8:30 a.m.
2. Say pledges to the American flag, Christian flag, and the Bible.
3. Give a brief 3-5 minute devotion from the Bible, followed by prayer. It is good to have students to share prayer requests with the class. Elementary teachers may choose to do their Bible lesson instead of a devotion.
4. Secondary level classes should begin with a brief prayer.

## DAILY CLASS PROCEDURES

1. Classes should be started on time and time used as efficiently as possible. If you lose only five minutes in a class each day, you will have lost the equivalent of a month of classes in a school year.
2. Secondary students should not be allowed to leave the classroom for any reason (except emergency).
3. Students should not be allowed to go to restrooms except in the case of extreme emergency and should be encouraged to obtain the teacher's permission at the beginning of the class period.
4. Teachers are encouraged to be at their doors (if their rooms open into the gym) during class changes.

## EARLY DISMISSALS

Written parental permission should be brought to the appropriate teacher stating the requested time of release. Students are not permitted to leave during school hours without parental permission. Teachers should not dismiss students without either a written note from the parent or a call from the office. If a parent shows up at your door to pick up a student, release the student, but ask the parent if they have signed the student out at the office. Politely inform them that the normal procedure is to first sign the child out before coming to the classroom. If the student is driving himself, he may sign himself out. **Under no circumstances should a student be released to a stranger without explicit permission from a parent/guardian or the office.**

## DISCIPLINE

Teachers should refer to the PARENT-STUDENT HANDBOOK for specific details about student discipline. It is the supervising teacher's responsibility to handle discipline, whether in the classroom or on the playground. Teachers should handle as much of their discipline as possible. By doing so, the teacher is placed in a position of respect in dealing with the class. While the Principal is the last resort for disciplinary situations, no student should be sent to the office for trivial matters which can and should be handled by the teacher. Students should be sent to the office only after other alternatives have been exhausted (i.e., warnings, seating changes, writing assignments, detention, etc.). Teachers should understand that only the Principal can send a student home. When you do send a student to the Principal, a note must be sent with the student; administration will not deal with the student until the note has been received. Teachers are expected to handle the following situations themselves:

    1. Talking or fooling around in class
    2. Wasting time in class
    3. Arriving for class unprepared
    4. Causing minor disruptions which impede the learning process
    5. Chewing gum or eating candy
    6. Failing to cover textbooks
    7. Littering in the classroom
    8. Causing other minor problems which require intervention

16

Temple Academy - Documents in
Response to Deposition Exhibit B

Students should be referred to the principal immediately for the following offenses:
1. Blatant insubordination and/or disrespect to teacher
2. Using profane or vulgar language
3. Possession or use of tobacco, alcohol, or illicit drugs
4. Being involved in incidents of physical fighting
5. Acting in any way to imperil the safety of himself or others
6. Stealing or damaging the personal property of others
7. Cutting classes
8. Vandalizing
9. Acting in any way which severely disrupts the learning process

## GUIDELINES FOR GOOD DISCIPLINE
POSITIVE STEPS
1. Pray for wisdom (James 1:5): the Lord knows the hearts of your students and is able to give you the needed insight to deal with the root causes of bad behavior and not just the symptoms.
2. Expect the best from each student; visualize him/her having model behavior.
3. Have a good set of standards posted for your class, preferably mutually developed. These should be discussed with all students on the first day of school and reviewed as necessary.
4. Form the habit of praising students: verbally, in notes and calls to home, etc.
5. Keep public attention to poor behavior at a bare minimum. Some students thrive on publicity.
6. While it is always right to explain a school policy to a student, never apologize for that policy. Do not express your disapproval of a policy in an attempt to win points with students.
7. Observe and correct problems before they grow (e.g., move a talkative student away from friends, etc.).
8. Be consistent with your behavioral requirements: do not be firm one day and lax the next.
9. Never touch a student when exercising discipline, except when breaking up a fight or defending yourself from assault, in which cases you must exercise the least amount of force necessary. Any physical contact, especially in a heated situation, can be easily misinterpreted.
10. Whenever possible, issue a warning prior to disciplinary action.
11. Be sure your discipline is not influenced by either favoritism for or prejudice against a student. It is sometimes easy to slide into being too quick to accuse a student of an action primarily on the basis of their reputation. Another snare can be reluctance to deal with a student because you know the parent is going to automatically challenge any disciplinary action taken with their child.
12. Make sure the punishment fits the crime. You must be able to justify any disciplinary measure to the student's parents and the Principal (and ultimately, the Superintendent and Elder Board). Sometimes it is better to postpone discipline until you have the chance to bounce the incident and proposed action off another staff member for their reaction. If you expect those over you to back your action, you must make sure the measure was appropriate for the misbehavior. While the Principal's automatic inclination is to be supportive of actions taken by staff, he will not support an unfair

17

or unreasonable disciplinary measure.
13. Always show students the same respect and consideration you would expect
   your own children to receive.
14. Whenever possible, pray with a student after correcting him; always reassure
   them of your love and support.

## THINGS TO ALWAYS AVOID
1. Punishing when angry (Pro. 14:17).
2. Projecting harshness and/or hostility.
3. Threatening without following through.
4. Using methods that will shame, frighten, or humiliate children.
5. Use of physical and/or verbal abuse of any kind.
6. Making comparisons among students; this fosters competitiveness and affects
   self-esteem.
7. Reminding students of past mistakes and failures. If it has been forgiven, it has
   been for given.
8. Giving consequences that are too long, too punitive, or postponed. Children
   benefit most from immediate, short consequences (Ecc. 8:11).
9. Making promises you cannot keep.
10. Threatening children with the loss of your affection.

## PLAYGROUND RULES
Teachers should review these rules with students the first day of school and thereafter periodically:
GENERAL
1. Parked cars are always off limits; do not even get near them!
2. Never push anyone on the equipment. You may give a push on a swing only if asked to.
3. No physical contact play (wrestling, tackling, etc.); only one hand touch tag is permitted.
4. Do not throw rocks or snow; do not throw or kick sand or roll in it.
5. No bats and balls except wiffle bats and balls are permitted without adult supervision.
6. No ball playing is permitted outside after school.
7. Do not sit or stand on top of the monkey bars.
8. Play tag outside of the playground equipment area.
9. Do not walk on the parallel bars.
10. No throwing rocks or wood chips.
11. Slide down the slides, but do not go up the slides. Slide in a sitting position only.)
12. No hanging upside down on the equipment.
13. Do not climb on the sides of the playground equipment.
14. K-4 and K-5, no monkey bars or zipline.
15. Swings are only used in the sitting position. No twisting or side b side.
16. Eat at the picnic tables, not the playground area.
17. Do not stand on the picnic tables.

## RULES FOR ARRIVAL/DEPARTURE
*In the interest of the safety of our children,* parents, staff, and students are expected to abide by
the following instructions:
1. Students are only permitted to enter or exit the front doors          if
   accompanied by an adult during the arrival period (7:30 AM –
   8:00 PM) or departure period (2:30 PM - 3:00 PM).

18

3. No students should be left at school before the duty teacher arrives at 7:30
   A.M unless they plan to pay for before care starting at 7:00 a.m..
4. Between 7:30 AM and 3:30 PM traffic is one way only past the front door
   of the building; please do not violate the "Do Not Enter" sign—one accident is one
   too many.
5. All elementary parents who park their cars near the Wee Count parking area when
   picking up students are to meet their children and then walk them to their cars.
   Elementary children are not allowed to walk to the further parking area without an
   adult.
6. Students not in supervised extracurricular activities are to leave the school
   building and grounds immediately after school. At 2:45 PM any students
   remaining on school grounds will be brought to after care until their ride arrives and
   charged accordingly.
7. Morning Arrival: Junior High and High School students wait in the gym until 7:50 AM.
   Elementary students wait in the gym in the morning until 7:55 or until their teacher is
   at the class to supervise.
8. School staff are responsible for the supervision of their children while on
   school premises. Staff children are not allowed to roam the buildings or campus
   unsupervised.

## SENIOR PRIVILEGES
Seniors are allowed to exit through the front lobby, to take an off campus lunch as long as they
have a parental note on file. Seniors may be in the senior room during lunch.

## VISITORS
You will occasionally be asked to have a visitor in your classroom for part or all of a day. Usually
these visitors are potential students. In such cases, please assign one of your students to serve as
a "host" or "hostess" for that time. We will try to give you sufficient notice of student visitors.

## FIRE DRILLS
We are required to conduct a minimum of five fire drills annually. Each teacher should be familiar
with exit procedures posted in her classroom; teachers who change rooms during the day should
be familiar with the procedure for those rooms. These procedures must be explained to each class
the first day of school and reviewed throughout the year as necessary. Students should be
reminded to take drills seriously as their lives may one day very well depend on their ability to
respond to the fire alarm quickly and appropriately.

## GUIDELINES
1. When the fire alarm sounds, students should line up immediately at the
   appropriate class door. Teachers make sure windows are closed and
   lights and equipment are shut off. Science lab burners, etc. should be
       shut off. The first students out the doors should hold the doors open
       for the remaining students.
2. Teachers lead their students out of the building quickly (The drill is timed and
   reported to the local fire department) and remain with their students at all
   times. Students should be instructed to refrain from any talking during the
   drill as it may be necessary to give directions.
3. Teachers are to take attendance upon their arrival at their designated areas
   and The principal will ask if all students are

19

TA000122

accounted for.
    4. Administration will indicate when students are to return quietly to the rooms
       which they left.

## LOCK DOWN

Lock downs are practiced a few times a year. When in Lock Down, Students must remain quiet throughout. Teachers are to lock their doors, close windows, and. Cover windows with blinds, shades or paper. All cell phones must be silenced. Quietly move desks in front of doors to try to stop and invader. No one is to leave the classroom until someone from the security team has released us. It is the responsibility of the teacher to keep their class as safe as possible. Keep a record of all the students under your care during the drill.

## ACCIDENT REPORTING

Serious student injuries during school hours or on a school trip must be reported to the office on a STUDENT ACCIDENT FORM. The Principal and parents should be notified immediately of serious injuries.

## FIRST AID PROCEDURES

In the event of a serious accident, a staff member may administer first aid treatment to stop bleeding, restore breathing, or prevent shock or infection. Parents will be notified if possible and paramedics will be called if necessary. A representative of the school staff should stay with the child until the parent assumes responsibility. Temple Academy does not assume responsibility for the payment of hospital, doctor, or ambulance fees.

## GUIDELINES FOR HANDLING BODY FLUIDS

Our board has adopted the ACSI *Bloodborne Pathogens Exposure Control Plan* as policy for Temple Academy in order to meet OSHA's requirement and in order to help protect our staff from unnecessary risk of disease transmission. Part of this requirement is fulfilled when we provide training each fall to all our staff, which is documented and filed to show compliance. In addition, we provide each staff member a copy of the *Bloodborne Pathogens Employee Handbook.* All staff are required to observe the OSHA guidelines.

1. Communicable Disease Kits consisting of rubber gloves, gauze pads for fluid absorption, a bottle of Betadine solution or some other disinfectant, and a sanitary absorbent agent for cleaning body fluid spills shall be available in the school office, kitchen, custodian's closet, and in every classroom.

2. Disposable gloves should be worn when direct hand contact with body fluids is anticipated (e.g., treating bloody noses, handling clothes soiled by incontinence, cleaning small spills by hand, etc.). Hands should be washed with water and soap afterwards. Gloves used for this purpose should be put in a plastic bag, secured, and disposed of immediately.

3. First aid for a bleeding child must not be unreasonably delayed while one tries to secure gloves. In these instances, hands and other affected skin areas of all exposed persons should be routinely washed with soap and water after direct contact has ceased.

4. Staff members with sores or cuts on their hands that have contact with blood or body fluids should always wear gloves.

5. Clothing and other non-disposable items (e.g., towels used to wipe up body fluid) that are soaked through with body fluids should be rinsed and placed in plastic bags. Towels are for single

20

use only and should never be used by more than one student. If presoaking is required to remove stains, use gloves to rinse or soak the item in cold water prior to bagging. Clothing should be sent home for washing with appropriate directions to parents/teachers. Contaminated disposable items (e.g., tissues, paper towels, diapers) should be handled with disposable gloves.

6. When body fluids (e.g., vomit) need to be removed, the custodian should be contacted (if on duty; otherwise the office should be notified). A sanitary absorbent agent will be applied (using disposable gloves) and then vacuumed or swept up. The vacuum bag or sweepings should be disposed of in a plastic bag (along with the gloves). Broom and dustpan should be rinsed in a disinfectant. No special handling is required for vacuuming equipment.

7. Proper hand washing requires the use of soap and water and vigorous washing under a stream of warm water for approximately ten seconds. Rinse under running water. Use paper towels to thoroughly dry hands.

8. An intermediate-level disinfectant should be used to clean surfaces contaminated with body fluids (e.g., household bleach diluted one part bleach to ten parts water, made up fresh each time it is used).

## STUDENT ILLNESS
Sick students should be sent to the office unless they are about to throw up. If a student appears nauseous, please provide him a bag or trash can. The office will call a parent if it is necessary for the student to go home. Bodily Fluid Kits are to be kept in each classroom and teachers are expected to pour the absorbent over any vomit or blood, even if the custodian has been paged. This will immediately absorb odors.

## STUDENT MEDICAL CONDITIONS
A *confidential* list of students with medical disabilities will be issued to teachers by the office. It is the responsibility of the teacher to review the students within their classes. If teachers are not familiar with the student's diagnoses regarding what problems may arise (e.g., diabetes, asthma, epilepsy, etc.), they should confer with one of our parent-nurses (check with the office if you need a name).

## STUDENT MEDICATIONS
Because we do not have a school nurse, any medications that need to be administered must be given at home when possible. Any students bringing medicine must bring a note from parents notifying the school that medication is required, or the parent must come into the school and administer the dosage himself. School staff are not licensed medical professionals and therefore cannot administer the medicine or be held responsible for its administration. A non-aspirin pain reliever will only be provided for a student if the parent/guardian has given prior written permission.

## LICE POLICY
1. If a child is found to have lice, parents will be called and the child is to be sent home. However, the child can return to school after being treated by the parents that day (if found in the morning) or the following day provided they are nit-free.

2. No child can return to school if nits are present.

3. If upon return nits are found (they are to be checked upon return by the office), the child will be sent home for eggs to be removed. The eggs can be removed by pulling them off with your

21

Temple Academy - Documents in
Response to Deposition Exhibit B

fingernails. The nix comb can be used but usually is painful for the child and can remove the whole hairshaft. The comb should be used with the treatment.

4. We recommend the child be retreated in 7-10 days just in case some eggs are overlooked. Some studies have showed that after the initial treatment some eggs can remain.

5. Parents should follow guidelines outlined on treatment inserts regarding pillows, bedding, etc.,and how to treat these.

## PRIVATE STUDENT PARTIES
To prevent humiliation and embarrassment of students at school, parents are asked *not* to send party invitations to school to be distributed unless *all* the students of the same gender are being invited. There is nothing more humiliating for a child of any age than to watch party invitations being handed out in class and not receive one. Unless everyone of the same gender is being invited, then parents should mail the invitations. Teachers are asked to help enforce this requirement.

# THE TEACHER & INSTRUCTION

## GRADES

Teachers are expected to have a sufficient number of test, quiz, and homework scores on which to base a fair final grade for each student. Faculty must be able to justify their grading to students, parents, and the principal. All graded assignments (homework, seat work, tests, quizzes, etc.) are to be corrected, scored, and recorded in a timely manner. A syllabus should be developed for each secondary level course indicating the name of the course, teacher's name, a brief course description, textbook/resources used in the course, and the grading policy for that course. This syllabus will be given to parents at the Back-To-School Night and to students on the first day of school. One copy should go to the principal. All teachers are required to do weekly lesson plans and passed in weekly to the principal.  These plans may be reviewed by the administration at any time.

## GRADE BOOKS

Each teacher is to maintain a neat, current, and accurate record of all student grades. This is extremely important when dealing with parents who are questioning how their children are being graded.  A hard copy or back up disc must be maintained at all times. The Principal may ask to look at your grade book periodically.

## GRADING SYSTEM

**Letter Grade Numerical Range G.P.A. Equivalent**

A+ 98-100 4.33
A 96- 97 4.00
A- 93- 95 3.67
B+ 90- 92 3.33

22

TA000125

```
B 88- 89 3.00
B- 85- 87 2.67
C+ 82- 84 2.33
C 80- 81 2.00
C- 77- 79 1.67
D+ 75- 76 1.33
D 72- 74 1.00
D- 70- 71 .67
F Below 70 .00
```
For report card purposes, elementary teachers should primarily use letter grades, and secondary teachers use numerical grades.

## PROGRESS REPORTS

Progress Reports are normally distributed at the end of the third and sixth weeks of each quarter to secondary students (and to elementary students as needed) who are earning less than 77 in any subject for the purpose of keeping parents and students informed about student performance. However, they may be issued at any time. Teachers will notify parents any time there is a sudden or substantial drop in the quality of a student's work. No parent should be surprised to see an "F." Teachers should save all returned warning notices for the remainder of the school year.

## REPORT CARDS

Report cards are distributed one week following the end of each quarter. Elementary parents are expected to attend the Parent-Teacher Conferences scheduled at the end of the first quarter in order to receive the first quarter's report card. Cards for the second and third quarters are sent home with students the Friday following the end of the quarter. The last quarter's card will be picked up at the school office.

## EFFORT GRADES

Effort grades are recorded on secondary level report cards using the following system:

```
1=Satisfactory
2=Further Effort Necessary
3=Unsatisfactory
```

GRADE CALCULATIONS

|  | Jr. Hi | H.S. |
|---|---|---|
| First semester grade: Average of first and second quarter grades | 90% | 80% |
| Mid-Term Exam | 10% | 20% |
| Second semester grade: Average of third and fourth quarter grades | 90% | 80% |
| Final Exam | 10% | 20% |
| Year Grade: Average of first and second semester grades | 100% | 100% |

Accuracy in computing grades is critical. If a grade averages to .4 or below, average to the lower whole number (e.g., 71.4 = 71). If a grade averages to .5 or higher, round to the next higher whole number (e.g., 71.5 = 72).

23

The grade should reflect one element for that student—academic achievement. In other words, a teacher cannot lower a student's earned grade as a disciplinary action (unless directed by the principal to give a zero for cutting or suspension), or because she does not like the student's attitude, etc. Discipline, attitude, etc. should be reflected in the "effort" grade.

## TESTING POLICIES
## EXAM POLICIES

1. All students in grades 7-12 take semester exams, which constitute ten percent of the semester grade for grades 7-8 and twenty percent of the semester grade for grades 9-12.

2. Semester exams are summative in nature and comprehensively cover all the facts, skills, and concepts covered during the semester (midterms) or year (finals).

3. Semester exams are very difficult to makeup; therefore, makeup exams will be given only in cases of excused absences and bona fide illness.

4. In order to give our junior high students every opportunity to carefully prepare for their exams, our closed campus policy is extended to grades 7 and 8 during exam times. In other words, junior high students may leave campus with adults only; parents need to sign their students out at the school office personally. These students will not be allowed to leave with a note unless accompanied by an adult.

5. High school students may leave campus with a note from a parent. Parents need to understand that when they allow a student to leave campus, the school is in no way responsible for the safety of that student, nor for any damages he/she may cause.

6. All students present on campus are required to stay in a homeroom or study hall and are not permitted to roam the buildings or grounds.

7. Students cannot leave the room during exams except for an emergency; early dismissals are not permitted.

## TEST POLICIES

1. Students should have at least a two day notice for a test.

2. . Unless otherwise authorized by the Principal, students in grades 7-12 should have no fewer than three tests and three quizzes per course in one quarter.

3. . Test scores may be counted only once in computing a student's grade.

4. . All tests are to be administered at school by school personnel. Tests may not be taken at other locations unless the course teacher or his/her proctor is present.

## HONOR ROLL
An honor roll is compiled at the close of each quarter for grades 7-12 and is comprised of three categories:

24

Highest Honors: All subjects at or above 93 (all A's)
High Honors: All subjects at or above 93 with one B (85-92)
Honors: All subjects at or above 85 with one C+ (82-84)

Physical education is not considered for honor roll purposes.

## HOMEWORK POLICIES
### PHILOSOPHY

Recognizing the educational value of homework in providing students with opportunities for
practice and drill of concepts taught in class, for preparation in order to gain maximum benefit from
future lessons, for remediation of areas of weakness, as well as for special projects which stimulate
creativity and original thinking, Temple Academy considers homework an integral part of the school
program.

### RESPONSIBILITIES:

1. PRINCIPAL
The Principal is to make sure that homework assignments are coordinated among teachers so that
students are not overburdened with heavy assignments from all their teachers at the same time.
He should assist teachers in obtaining the support of parents in getting assignments completed.

2. TEACHER
It is the responsibility of the teacher to plan meaningful homework assignments in conjunction with
their daily lesson plans. The homework assignments should clearly lead to the accomplishment of
the course's instructional objectives. Homework should be reviewed, recorded, and included as
part of the student's progress evaluation in a timely and complete manner.

3. STUDENT
It is the responsibility of the student to complete assigned homework within the time frame
established by the teacher. The student must learn to plan and budget the necessary study time.
The student has the responsibility to seek additional clarification and assistance from the teacher
as soon as the need for such assistance is realized.

4. PARENT
It is the responsibility of parents to provide a suitable place and environment in the home for the
completion of homework assignments. Understanding the importance of homework, it is imperative
that parents work with teachers by helping their children plan and budget the appropriate amount
of study time for the completion of their assignments as well as ensuring that homework is
completed and turned in on time.

### GUIDELINES FOR TEACHERS

1. Homework should grow logically from classroom instruction; students should not be expected to
deal with totally new skills or concepts in completing homework assignments.

2. When determining homework assignments, secondary teachers should bear in mind that a
student potentially has as many as five or more teachers also giving homework assignments.

25

TA000128

Temple Academy - Documents in
Response to Deposition Exhibit B

3. Students should clearly understand the nature, requirements, and due dates of assignments.

4. Students and parents should be notified of assignments, especially long-range projects, as far in advance as possible, in order to adequately plan sufficient time for their completion.

5. Homework assignments are to be reviewed, graded, and returned to students in a timely manner.

6. Elementary students of advanced ability who have mastered the work may be excused from routine homework and be encouraged instead to spend their time on original and creative expression and/or research.

7. Unexcused late homework will be reasonably penalized at the discretion of the teacher based on the teacher's grading policy communicated to students at the beginning of the year.

8. Students absent the day an assignment is due are expected to turn in previously assigned work the day they return to class. Students will have one day per absence to makeup work assigned during their absence.

AMOUNT OF HOMEWORK
Grades 1-3: 45 minutes maximum
Grades 4-6: 60 minutes maximum
Grades 7-8: 90 minutes maximum
Grades 9-12: 120 minutes maximum

Students in grades 7-12 who use study halls wisely should not normally have to exceed these limits at home.


LESSON PLANNING
No task is more important that the well-planned teaching/learning process which takes place in the classroom; this is a teacher's primary responsibility. Adequate, prayerful preparation is the key to classroom success. To facilitate this positive classroom management, teachers are required to maintain an up-to-date plan book; each week's lesson plans should be available on Monday morning. Lesson plans should include text or workbook pages to be covered, resources to be used, method(s) to be used in teaching, e.g. lecture, small groups, games, tests, quizzes, etc., as well as homework assignments. The plan book is to be available to the principal at all times and will be checked as part of a teacher's evaluation. Teachers are asked to turn in a copy of their weekly lesson plan on Mondays to the Principal.

SUBSTITUTE PLANS
Each teacher is to have a Substitute Folder readily available (in their desk or filing cabinet) which should include the following:

1. Seating chart for each class.
2. Attendance roster.
3. Fire drill procedures.
4. Daily schedule
5. Lesson plans or alternate activities (in the event you are unable to get lesson plans in).

26

TA000129

6. Description of reading groups (if appropriate).
7. Location of teacher texts and any other materials needed for the day.

## OUTSIDE RESOURCE PEOPLE

Community resource people (could be parents, area pastors, professionals, etc.) are welcomed and encouraged to participate in presenting programs of an enrichment nature. All speakers must be approved by the principal in advance.

## TEACHING GUIDELINES

### BIBLICAL INTEGRATION

Since all truth is God's truth, all teachers are expected to integrate Biblical principles with their teaching in every subject taught at Temple Academy. Biblical truths are to be related to every area of life and study and are not to be limited to Bible classes. All subjects are to be taught in a manner consistent with our Protestant, evangelical understanding of Scripture. However, we do not expect that every lesson will have Biblical principles or proof texts to support teaching because the Bible was not written as a comprehensive school subject text.

### CONTROVERSIAL ISSUES

All teaching is to be in harmony with the doctrinal position found in our Statement of Faith and Educational Philosophy. Teachers may not teach positions on doctrinal, social, or moral issues that are out of harmony with the positions held by Temple Academy and Centerpoint.

When questions arise concerning doctrines which are controversial even among evangelical fundamentalist churches (e.g., gifts of the Spirit, eternal security, use of alcoholic beverages, nature of the Second Coming, etc.), the teacher should present the different views held by evangelicals and admonish students to consult their own pastor and parents.

### CREATION

While we believe that it is necessary to expose our students to various views concerning the origin of man, other living things, and the universe, Temple Academy teaches and defends the biblical view of creation. The direct creation of man by God is the basis of for all we believe and teach regarding the sanctity and meaning of life, and is the only view consistent with the inerrancy and infallibility of Scripture.

### TEACHING OF LITERATURE

One of Temple Academy's most important objectives is that of helping every student develop a truly Christian worldview by integrating studies with the truths of Scripture. Different methods and approaches are used to achieve this goal, including the teaching of Bible courses and the deliberate integration of biblical teaching with every subject area.

Another way of accomplishing this goal is by exposing students at an appropriate age to *selected* literature that is not always in total agreement with Christian values in order to evaluate and analyze it on the basis of Scriptural truth. This is especially important at the high school level where students need to be prepared to deal with the non-Christian literature they will encounter at college. The ability to discern an author's worldview and to critically evaluate writing on the basis of God's Word are two of the most valuable tools we can provide students going out into the "real" world! For these reasons non-Christian literature is included in our curriculum. Parents shall have the option of requesting an alternate to any book(s) to which they have an objection.  The teacher shall select an alternate of equivalent reading style and difficulty.

27

## PROMOTION AND RETENTION
### GENERAL PRINCIPLES

1. Promotion to the next grade will be determined by the student's academic progress. Students who have demonstrated that they are capable of continued success at the next grade level will be promoted. If it appears that a student will benefit more from another year at the current grade level and is unprepared for the next grade level academically, socially, or emotionally, then retention will be recommended.

2. We recognize that retention is a serious action with potentially long-range impact on children and their families. Our goal is to minimize the need for retention.

3. Our developmental screening, while not infallible, is intended to be part of this effort. Retention decisions will be more frequent among our early elementary children, due to the fact that research indicates that children benefit more in their academic progress when retention occurs during earlier years.

### RETENTION PROCEDURE

1. The first quarter report card should touch on any issues raised on the Progress Report, noting whether there has been any improvement or worsening since the report.

2. If, after careful observation during the second quarter, a teacher feels retention is a possibility, he will consult with the principal. The teacher will then schedule a parent conference to discuss the child's academic and developmental progress. At this conference the *possibility* of retention will be suggested as well as specific plans for remediation. Retention should not be mentioned to parents without the prior approval of the principal.

3. By the end of the third quarter, parents should be notified by the teacher that retention appears very *likely*.

4. By the end of the fourth quarter, parents should be notified by the teacher in person and in writing (after consultation with the principal) that retention is *recommended*.

5. The final grade placement decision rests with the Principal, who will give consideration to the desires of the parents, the *observations* and opinions of the teacher(s), as well as to the availability of resources that may be required for a student's success at a particular grade level. This decision will be communicated in writing to the parents. Generally, the school will not retain a student without parental consent. However, in cases in which the school believes that promotion would be detrimental to the student or disruptive to the next class, the Principal has the authority to retain a student.

# THE TEACHER & EXTRACURRICULAR ACTIVITIES

## GENERAL POLICIES

1. Disruption of classes is to be kept to a minimum; academics takes priority.

2. School rules and policies are always in effect during student activities, whether on campus or away.

28

3. No student may be sent from school grounds without the consent of the Principal.

4. No student activity will take place without the prior knowledge and approval of the Principal.

5. All requests for social events and fund-raisers must be submitted in writing to the principal for approval.

6. An adult advisor or an adult designated by the advisor shall be present at all school activities, regardless of time and location.

7. One adult chaperone is needed for every eight students attending any social event that is held after school hours or off school property.

8. At least one chaperone is required for every eight students going on a field trip.

9. Students who are waiting to be picked up after an activity shall be supervised by a staff member until they are all picked up.

## SCHEDULING OF EXTRACURRICULAR EVENTS

1. All extracurricular activities must be approved in advance by the principal; approved events will be posted on the school calendar by the school secretary.

2. No extracurricular events may be scheduled any time on Sunday or on Wednesday evening or at a time when there is a Temple Academy or Centerpoint function without the permission of the Principal.

3. No extracurricular activities may be scheduled the night before mid-terms or final exams or during the period these exams are scheduled.

4. Inclement Weather Cancellations:

In the event school is cancelled for the entire day due to inclement weather, the principal will make a decision regarding any extracurricular activities scheduled that day after conferring with the advisor or Athletic Director and seeking information pertaining to the safety of students and staff while traveling.

In the event school is dismissed early due to inclement weather, all extracurricular activities will be cancelled or postponed until another day.

## ADVISOR RESPONSIBILITIES
1. Supervises all activities in which the group is involved, including set-up and clean-up.

2. Organizes and conducts meetings with officers/representatives and the group.

3. Works closely with the Principal.

4. Coordinates group fund-raising projects.

29

5. Completes and submits all forms as required.

6. Provides the Principal with any business contracts that must be signed (only Principal can sign contracts for the school).

7. Gains approval for and schedules at least two weeks in advance with the administration all organization events, including fund-raising.

8. Ensures that students do not approach office with fund requests without requisition form signed by advisor.

9. Understands that school organizations are not authorized to obtain loans of any kind.

10. Signs all invoices before they will be paid by the office.

11. Sets up a system to account for all distributed items and organizational funds.

12. Notifies Principal immediately if there is any difficulty with student handling of funds.

13. Ensures that students are not sent off-campus to run errands during school hours.

14. Sees that all organization activities are in harmony with the policies and procedures of Temple Academy.

## SCHOOL ORGANIZATION FUND MANAGEMENT

Whether organization funds are collected from student contributions, club dues, for special activities, or result from admissions to special events or from other fund-raising activities, all such funds shall be under the jurisdiction of the School Board and under the specific control of the principal.

Advisors and student treasurers are responsible for the finances of each organization. They should be the only persons to collect and submit money to the office for processing and will receive a receipt from the office for monies deposited. Advisors are responsible for verifying the amount to be deposited. The bookkeeper must be notified within one week of receiving a monthly statement if there appears to be any discrepancy.

School organization funds will not be disbursed without proper authorization. An organization invoice must be signed and dated by the advisor before the bookkeeper will pay the invoice. A *Purchase/Payment Requisition* must be signed by the advisor for any other checks to be written.

All school organizations must have all their accounts at the same banking institution as Calvary Temple bank accounts. All student or class accounts are to have the name of an advisor as an authorized signer; in addition, the Centerpoint Church Treasurer shall be an authorized signer. In the event of the dissolution of any school organization, all accounts/funds belonging to that organization revert to the Temple Academy general fund.

In the event that collected money cannot be deposited in either the school or church offices, then undeposited funds must be taken home by a responsible party until it can be returned and deposited in the appropriate account. All school funds must be run through school accounts, never through personal accounts.

30

Temple Academy - Documents in
Response to Deposition Exhibit B

Page 133 of 200

## FIELD TRIPS
### PURPOSE
Field trips should be designed to complement the classroom instruction. Teachers should adequately prepare students for field trips so that they receive maximal educational value from the experience. Following the field trip, teachers should draw upon the insights gained on the field trip to enhance the classroom learning.

### APPROVAL
1. All field trips must be approved by the Principal.

2. A Field Trip Request Form must be filled out by a teacher and submitted to the Principal at least two weeks prior to the date of the requested trip. The school secretary will post approved trips on the calendar in the school office.

3. Field trips that require the students to miss chapel or Wednesday evening services are to be avoided.

4. Unless an exception is made by the principal, there will be a maximum of two field trips taken per grade in any one semester in the elementary grades and a maximum of two field trips per course per year at the secondary level.

### COST
As funds permit, some of the costs of field trips will be underwritten out of the general fund, with students making up the difference.

### SPECIFIC GUIDELINES
1. A Special Activity Consent form signed by a parent is required for each student going on a field trip. No student will be permitted to go on a field trip if his/her permission slip has not been signed by a parent/guardian and returned to school prior to the field trip. Permission by phone will not waive this requirement.

2. At least one chaperone is required for every eight students going on a field trip unless otherwise authorized by the principal.

3. Parent chaperones are under the supervision of the school staff and should dress according to the dress code for that particular field trip. Their school-age children are under the authority of the teacher(s) present and should understand that they have not been released from that supervision because a parent is present.

4. In order to be able to fully supervise students, chaperones are not to bring preschool children.

5. Parents who are chaperones have the authority of a teacher and, under the direction of school staff present, should exercise that authority in supervising the students. Chaperones always have the responsibility and authority to prevent or stop a student from participating in any activity which threatens the safety of the student or others or which could result in damage to property.

31

TA000134

6. All chaperones, whether employed by Temple Academy or not, are expected to obey the laws and regulations governing their activities and are therefore responsible for any fines or damages resulting from their own actions. For example, Temple Academy is not responsible for fines or damages resulting from speeding, reckless driving, illegal parking, etc.

## SPORTS

Teachers are asked to be cooperative and supportive when it is necessary to adjust class schedules due to athletic events. Pep rallies are usually held after 2:00 p.m. Sometimes it is necessary to dismiss athletes prior to 2:30 p.m.

At sports functions, the Athletic Director and coaches are responsible for the supervision of students. While it is preferable to allow these individuals handle any disciplinary or behavioral problems, any staff member has the authority if the A.D. or coach is not in the immediate vicinity to deal directly with problems. Problems should be reported first to either of these individuals before going to the Principal.

# THE TEACHER AND PARENTS

## PHILOSOPHY

Temple Academy is an extension of the Christian home. Our authority to teach and train children is derived from the parents. We must always remember that in some sense parents are our customers. It is their sacrificial payment of tuition that helps make our salaries possible. In a more biblical sense, we are the servants of parents—we aid them in fulfilling their God-given responsibility to nurture and train up their children in the ways of the Lord. It is imperative that we work in close cooperation with the home.

## SCHOOL/HOME COMMUNICATION

Good communication between teachers and parents is crucial to our effectiveness as a school. Often a short note or phone call is all that is needed to prevent misunderstanding and/or to receive the support of the home. Few things we do show parents how much we care for their children as an occasional phone call or note reporting positive, as well as negative, behaviors. All teachers are encouraged to arrange parent-teacher conferences or send Progress Reports whenever the need arises. It is wise to *document your communication* with parents by requiring notes to be signed and returned (and filed by you) as well as logging dates and times of phone conversations.

The TEMPLE TRUMPET is a weekly newsletter containing important announcements of upcoming events, game schedules, policy changes, etc. The Trumpet normally goes home on Wednesday. If you have any notices you would like to get in the Trumpet, please get them to the secretary or principal in writing by Monday afternoon.

The **School-Home Correspondence** Envelope is assigned to the oldest student in each family and is used to send home important correspondence, usually on Wednesdays. Parents sign and date the envelope and return it within two days of receipt. $1.00 is charged if an envelope is not returned on time. Envelopes are turned in to the homeroom teacher, who sends it to the school office along with the day's absentee list, etc. The office is responsible for checking envelopes in and charging late fees.

## PARENT-TEACHER CONFERENCES

32

Elementary parents are required to attend the Parent-Teacher Conferences scheduled one week after the end of the first quarter in order to receive report cards and to give teachers a chance to touch base with parents about the progress of their children. Teachers are scheduled for 15-20 minute meetings with each of their parents. Secondary teachers are scheduled with any parents who indicate a desire for a conference.

During the course of the year it will sometimes be necessary for teachers to meet with parents on occasion. Teachers are expected to try to accommodate the parent's schedule as much as possible and are expected to *respond to parent notes/calls within 24 hours.*

BEGINNING THE CONFERENCE
Introduce yourself and try to make the parent feel at ease; the meeting should then begin with prayer. Begin (and end) the conference with some positive comment about the child. Remind the parent how much you need his or her help. Parents are partners with the school in working with students.

DURING THE CONFERENCE

•Try to put yourself in the parent's position and imagine the effects your remarks may have.

•Be honest but tactful.

•Be a good listener; try to learn how the parent feels about his/her child and yourself.

•Try to keep the conversation focused on this one student and not other students.

•Avoid argumentative or accusatory statements as much as possible.

•Watch closely for signs of emotional changes in the parent: expressions, gestures, voice.

ENDING THE CONFERENCE

•Summarize the major areas discussed.

•Invite the parent to visit the school at any time.

•Suggest appropriate follow-up: another conference, phone calls, notes, etc.

•If the parent seems dissatisfied still, offer to meet with them and the Principal

•End with a positive or optimistic note if at all possible.

•Conclude with prayer.

•Record and file notes summarizing the conference on the *Conference Record* form.

•At a later date make a follow-up contact with the parent.

WRITTEN COMMUNICATIONS TO THE HOME

33

TA000136

Any written communications to be sent to an entire group need the prior approval of the principal. Make sure notes are dated, concise, with specific details and costs listed.

# THE TEACHER & FACILITIES/SUPPLIES

## CLASSROOM

Every teacher should maintain a neat, attractive classroom environment. Bulletin boards, displays, and posters should be stimulating, creative, current, and preferably have a Christian or biblical theme.

Rooms are to be vacuumed as needed. Teachers should encourage students to keep the school as clean as possible. There should be no paper on the floor at the close of any class. Teachers are asked to have a student empty the trash as needed.

Teachers need to make sure at the end of the day that lights are shut off, the thermostat is turned to 60 degrees or shut off, and that windows are closed and locked. Teachers should notify the principal *in writing* of any needed repairs.


## COPIER USE

School staff use the copier in the teacher's room. Copyright laws must be observed. Staff may use the copiers for limited personal use without charge (bulk personal copying is not permitted).

## CLASSROOM SUPPLIES ORDERING

1. Teachers are expected to order classroom supplies at the end of the school year for the coming year. Consolidating school and church purchases helps to hold down costs; therefore, ordering during the school year is discouraged.

2. All purchases must have the advance authorization of the principal. A *Purchase/Payment Requisition Form* must be completed and submitted to the Principal; once approved a *Purchase Order* will be issued. The bookkeeper will not pay invoices without a Purchase Order. No school funds (except school organization accounts) will be disbursed without a *Requisition* or *Purchase Order* signed by the principal.

3. When receiving orders, check the *packing slip* against the original order, verify quantity, price, and condition, date and sign the *packing slip*, which should be placed on the secretary's desk unless there is a problem with the order. Any problems or discrepancies in the order should be noted on the packing slip and given to the school secretary immediately, who will be responsible for contacting the vendor. Packing slips will be matched with the *Purchase Order* by the bookkeeper.

4. If you are issued a check to make a local purchase, receipts must be submitted to the bookkeeper immediately after the purchase.

## CURRICULUM REVIEW

Teachers need to obtain prior approval from the Principal before ordering curriculum materials for review. The expense of returning these materials can be significant when multiplied several times.

## LIBRARY

34

TA000137

A schedule is set up each year for student use of the library. Teachers may take their class to the library. The teacher will be responsible for that room while they are there.

## LUNCH
Teachers eat in the Teacher Resource Room, which has refrigerator, toaster oven, and microwave , and water cooler for teacher use. Teachers are responsible for keeping the room and appliances clean.

## MAILBOXES
Each teacher is provided a mailbox in the Teacher Resource Room and should check their mailbox at least once or twice daily. Paychecks are deposited in these boxes.

## SECRETARIAL SUPPORT
Teachers should do their own secretarial work as the school secretary's primary function is to facilitate the work of the school administration. If her help is needed, however, please notify her as far in advance as possible. Parent volunteers may be available to help with prep work, scoring, and cutting papers.

## TEACHER ROOM
This multipurpose room is provided to give teachers a place to eat and fellowship. It has a copy machine, laminator, office supplies, and telephone for teacher-use only. Please keep discussions in a positive, uplifting nature.

## TELEPHONE
Except in genuine emergencies, teachers will not be paged from classrooms to take phone calls. The office will be happy to get a message to you, but has been instructed not to interrupt classes or study halls for personal calls.

## TEXTBOOKS
Teachers are responsible for completing an inventory form at the end of each school year indicating the number and quality of textbooks on hand. Textbooks are stored in the teacher's classroom.

Teachers assign textbooks to students, noting the condition of the book. Teachers are responsible for collection of texts at the end of the year and for notifying the office of any losses or damages.

35