# EXHIBIT 30



# FAMILY COVENANT

Parents are responsible, according to the Bible, for the education and discipline of their children. Temple Academy serves as a partner with Christian parents as they obey the command of God to train their children in truth. We must, therefore, be in harmony concerning the goals and methods of this training. *As a condition to admission and continued enrollment, parents and students must be able to affirm the following statements:*

TEMPLE ACADEMY

**FOR THE PARENTS:**   **CHILD'S NAME:** _____   **Grade:** _____

I understand that as an integral ministry of Calvary Temple, Temple Academy deals with social issues such as abortion, the sanctity of marriage, homosexuality, etc. from a clearly conservative Biblical-evangelical perspective which is often at odds with the humanistic views currently prevailing in our society. We are in agreement with the school on these issues and support the instruction of our children from this conservative, Biblical worldview.

I understand that attendance at Parent-Teacher Conferences and meetings are required in order to maintain good communication between home and school. **I understand my full support for school fund-raisers is expected because the tuition does not pay the full cost of my child(ren)'s education.**

I am in agreement with the educational philosophy, objectives, regulations, and policies of Temple Academy as expressed in the Parent-Student Handbook and will work with the teachers and administration in a spirit of teamwork as together we train my child(ren). Temple Academy has my permission to make and enforce school policies in a manner consistent with Christian principles of discipline as outlined in the Parent-Student Handbook. If at any time during the training of my child(ren) I can no longer work together with the school in a spirit of unity, or am unable to support the decisions of the administration, or adhere to policies and procedures, and all reasonable avenues of communication are exhausted, I will withdraw my child(ren) from Temple Academy.

I hereby give my permission for Temple Academy to transport my child(ren), provided that the driver has liability insurance in force, has a valid Maine driver's license, and there is a current Maine inspection sticker on the vehicle. I relieve Temple Academy and any representative thereof of all responsibility in case of accident or injury. I understand the school provides only general supervision.

I understand that the school lockers and desks are property of the school and that the school has a right to open and search desks and lockers. The school is not responsible for items lost or stolen.

The parties of this Agreement recognize the principles of Biblical conflict resolution as outlined in I Corinthians, Chapter 6 and Matthew, Chapter 18 and therefore agree that any dispute rising out of or resulting from this Agreement or any interpretation thereof shall be resolved by binding arbitration within the meaning of the Uniform Arbitration Act as enacted in the State of Maine.

We ask that disputes or grievances be dealt with in a Biblical manner according to Matthew 18. We ask that you would not write or post negative remarks or comments about our church, school, school staff, programs or students on any social media websites or any public viewing space. Doing so could jeopardize your student's enrollment at Temple Academy.

We have read and understand the entire contents of the Parent/Student Handbook and are willing to abide by all the principles stated therein. We understand the student will be subject to dismissal from school for violation of the discipline code in regard to the use of drugs (including tobacco and alcohol), immorality or for possession or distribution of pornography or lewd materials. We also understand that attendance at Temple Academy is a privilege and not a right. We understand that the school may request withdrawal at any time if in the opinion of the school the student does not fit into the spirit of the institution regardless of whether or not he/she conforms to the specific rules and regulations. We understand any non-factual information submitted on this application may lead to the dismissal of the student. It is our prayerful desire to contribute positively to the spirit of Temple Academy and to live a life pleasing to the Lord.

_____   _____   _____   _____
**Father's/Guardian's Signature**           Date         **Mother's/Guardian's Signature**        Date

Signature is considered current as long as child(ren) are in attendance, unless revoked in writing or child(ren) leaves Temple Academy.

## FOR THE STUDENT (GRADES 7-12)

I understand that Christian teachers are an extension of my parents. I will strive to obey them also as they seek to train me according to God's Word.

I will seek at all times, with the help of the Holy Spirit, to live a godly life in and out of school in order that Jesus Christ will be glorified.

I understand that willful disobedience to these principles and the policies of the Parent-Student Handbook may result in my dismissal from Temple Academy.

**STUDENT'S SIGNATURE** _____, Grade _____ Date: _____



TA000068