# EXHIBIT 31

Temple Academy - Documents in
Response to Deposition Exhibit B

Founded in 1885

NEW ENGLAND ASSOCIATION OF SCHOOLS & COLLEGES, INC.
COMMISSION ON INDEPENDENT SCHOOLS

December 11, 2018

To Whom It May Concern:

Temple Academy, located at 60 West River Road, Waterville, ME and serving grades PK-12, is
currently accredited by the New England Association of Schools and Colleges, Inc.

Temple Academy has been a member of the Association since 2012, was last evaluated in 2012 and will
be reevaluated for Continued Accreditation in 2022. The effective date of accreditation for Temple
Academy is November 9, 2012 and the expiration date is December 31, 2022. Temple Academy is in
good standing with the New England Association of Schools and Colleges.

The New England Association of Schools and Colleges is the regional accrediting agency for the six-
state New England area and is so recognized by the six appropriate state departments of education.

Sincerely,

Jay S. Stroud
Director of the Commission

JSS:cd

TA000139

Temple Academy - Documents in
Response to Deposition Exhibit B

**New England Association of Schools and Colleges, Inc.**
**Commission on Independent Schools — http://cis.neasc.org**

**3 Burlington Woods Drive, Suite 100, Burlington, MA 01803-4514**

Founded in 1885

### Five-Year Interim Evaluation Report

#### *Please submit two copies of the report and all supporting documents.*

The Commission on Independent Schools requires that you submit a *Five-Year Interim Evaluation Report*
due on the date noted in the letter received by the school following Commission action on your evaluation
visit. Please provide all the information as directed.

Date of Report ___10/26/16___          Year & Month of Evaluation Visit ___April 1, 2012___
School          ___Temple Academy___
Address         ___60 West River Road, Waterville, Me 04901___

### I. Enrollment

Total Enrollment (at the time of evaluation visit): ___175___

|        | PS | K | 1 | 2  | 3 | 4 | 5 | 6  | 7 | 8  | 9 | 10 | 11 | 12 | PG | Totals |
|--------|----|---|---|----|---|---|---|----|---|----|---|----|----|----|----|--------|
| Male   | 3  | 7 | 5 | 10 | 7 | 6 | 5 | 10 | 5 | 13 | 4 | 5  | 6  | 5  |    | 90     |
| Female | 5  | 8 | 5 | 6  | 7 | 7 | 9 | 6  | 7 | 6  | 8 | 6  | 1  | 3  |    | 85     |
| Day    |    |   |   |    |   |   |   |    |   |    |   |    |    |    |    |        |
| Boarding |  |   |   |    |   |   |   |    |   |    |   |    |    |    |    |        |
| Homestay |  |   |   |    |   |   |   |    |   |    |   |    |    |    |    |        |

International students included in the above table who are not U.S. residents:

|        | PS | K | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | PG | Totals |
|--------|----|---|---|---|---|---|---|---|---|---|---|----|----|----|----|--------|
| Day    |    |   |   |   |   |   |   |   |   |   |   |    |    |    |    |        |
| Boarding |  |   |   |   |   |   |   |   |   |   |   |    |    |    |    |        |
| Homestay |  |   |   |   |   |   |   |   |   |   |   |    |    |    |    |        |

Total Enrollment (as of September 15 for the current year): ___197___

|        | PS | K  | 1  | 2  | 3  | 4  | 5  | 6  | 7  | 8  | 9  | 10 | 11 | 12 | PG | Totals |
|--------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|--------|
| Male   | 11 | 5  | 7  | 4  | 8  | 8  | 6  | 10 | 11 | 5  | 6  | 7  | 5  | 9  |    | 102    |
| Female | 11 | 5  | 5  | 7  | 5  | 5  | 8  | 8  | 4  | 7  | 9  | 8  | 8  | 5  |    | 95     |
| Day    | 22 | 10 | 12 | 11 | 13 | 13 | 14 | 18 | 15 | 12 | 15 | 14 | 11 | 11 |    | 191    |
| Boarding |  |    |    |    |    |    |    |    |    |    |    |    |    |    |    |        |
| Homestay |  |    |    |    |    |    |    |    |    |    |    |    | 1  | 2  | 3  |    | 6      |

International students included in the above table who are not U.S. residents:

|        | PS | K | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | PG | Totals |
|--------|----|---|---|---|---|---|---|---|---|---|---|----|----|----|----|--------|
| Day    |    |   |   |   |   |   |   |   |   |   |   |    |    |    |    |        |
| Boarding |  |   |   |   |   |   |   |   |   |   |   |    |    |    |    |        |
| Homestay |  |   |   |   |   |   |   |   |   |   |   |    | 1  | 2  | 3  |    | 6      |

### II. Overview – Please provide a brief overview of the conclusions presented in this report.

*We consider it an honor to be listed among the schools that have gone through the accreditation process.*
*We do not take this lightly and are constantly reviewing and updating how we conduct ourselves and*
*present ourselves to our students, families and our community.*

TA000140

Temple Academy - Documents in
Response to Deposition Exhibit B

*We have sat as a school board and staff several times and have gone over the standards. We have brainstormed how we can better serve our students. We feel good about how far we have grown as a school but realize there is more growing to be done.*

*One really great thing we have accomplished through these conversations is we have separated Math and English at the junior high and high school levels to better meet the students where they are at. The honor students can run and we can take our time with the students who just need more time and more help. This has been a Godsend to our students and a relief for our faculty.*

**III. How have the school's multi-year plans been implemented?** What are the major accomplishments and what new elements have been added for the next five years?  Please provide a copy of your most recent multi-year plan.  *We have posted our current plan below and attached our new plan:*

*We are working on a new 5 year plan but we are currently finishing the plan dated 2012. We have included a copy in this report with the findings and conclusions along with the new strategic plan.*

*Multi Year Component Plan: see below:*

*1.0      Executive Summary*

*Temple Academy offers a high quality education for children in grades Pre-kindergarten to 12th grade in a safe, nurturing environment.  Our educational philosophy is based on a thoroughly Christian and Biblical world view.  The Christian world view is based solely on the Bible, which we hold to be infallible, inerrant, and the authoritative Word of God.*

*It is our goal to serve the families of our community by offering them the best in Christian education in all aspects of our school.*

*We offer additional family support for our community with our after school program, summer day camps and our certified driver's education school.*

*1.1      Objectives*

*Our core objectives always remain the same.*

*• Spiritual and Moral Growth*

*• Academic Growth*

*• Personal and Social Growth*

*• Promotion of healthy Christ-like homes*

*• To help the families of our school and the general public understand why we exist and what we have to offer*

*This plan will have several factors in it; Enrollment, technology, Library, Diversity, Institutional Technology, Facilities, Financial, And Development. It will span over the next three school years. Next year's plans will be quite detailed and get more skeletal as we project in the coming years. This is meant to be vision casting and goal setting. We will never be satisfied with status quo. We will always strive to better our program in every aspect.*

TA000141

NEASC/CIS Five-Year Interim Evaluation Report

*1.1      MISSION: We have looked deeply into our mission statement and really felt like it wasn't
relevant to who we are as a school. We spent lots of time in our board meetings discussing the future of
Temple Academy and what that looks like in conjunction with our mission statement. We took several
months and prayed and meditated about it. We came up with the conclusion that we needed to update
and change some of the wording in our statement. Our mission remains the same but we felt some of the
language needed to be different. Currently we are using the same statement but are working on updating
the language in it for the future.*

*The mission of Temple Academy is to know the Lord Jesus Christ and to make Him known through
quality accredited academics and programs.*

*The mission of Temple Academy is to aid the Christian family by providing sound, Biblically-integrated
education that will equip the student for a life of Christian service*

*We want to continue to grow in all areas of our school by striving for excellence in everything we do.*

*1.2      Keys to Success*

*Temple Academy stands at a great moment in its history. We are experiencing the highest enrollment
since our inception in 1977. We project that these numbers will continue to increase over the years as we
position ourselves as an academic leader in our community. We believe in smaller class sizes where the
student: teacher ratio is low.*

*We pride ourselves in offering a quality education at an affordable price. We offer multi-children
discounts for families and a discounted rate for area pastor's children.*

*We have observed that a safe, healthy learning environment produces:*

*• An atmosphere that is conducive to learning*

*• A place where children feel safe and secure*

*• Fewer and less severe behavior issues then you will find in other educational institutions*

*• Above average PSAT/SAT score: We have added PSAT in the 8 and 9th grades so that we offer 4 years
of SAT prep*

*• Success stories from our graduates. Our graduates continue to be accepted into some of the best
colleges and universities. Many of our students are receiving scholarships into some fabulous programs
and schools.*

*2.0      Organization Summary:*

*Temple Academy is an integral ministry of Centerpoint Community Church (Calvary Temple) and is
operated by a School Board comprised of parents and other persons appointed by the Centerpoint
Community Church Board of Deacons. The School Board operates entirely under the authority of the
Community Church Board of Deacons. Temple is a member of the Association of Christian Schools
International (ACSI), the world's largest Christian school organization.*

*2.1      Origin of Organization*

TA000142

Temple Academy - Documents in
Response to Deposition Exhibit B

*Temple Academy was founded in 1977 as an outreach ministry of Calvary Temple. The members of the church felt a need to have quality, Christian education in the Waterville area. It started out as a small school in our current chapel building with 30 students. Our current building broke ground that same year under the leadership and guidance of the founding Pastor, Wilson Hickham and was occupied the next school year. Wilson was a man of great vision and built the school with growth in mind. The Lord has honored that vision and has continued to make the vision a reality as we have steadily grown through the years and have evolved into the solid educational institution we are today.*

### 3.0 Services

*Temple Academy offers a quality education in a safe, nurturing, environment. We have added several new services that we are very pleased to offer our community.*

*We have joined the MPA and compete at the class D level in Soccer, Boy's and girls' basketball, soft ball and baseball. We have won 2 good sportsmanship awards. This has been a huge change and commitment for our students and parents but one that is incredibly exciting.*

- *Solid, Ethical Education for K-12th Grade, established for 35 Years*

- *New Pre-K with a small student, teacher ratio*

- *One on One Tutoring*

- *Art*

- *Music*

- *Musicals*

- *Worship Band*

- *Weekly Chapel*

- *Healthy, Affordable Hot Lunch Program*

- *'Exciting Sports Programs*

- *Supplement Offerings for Homeschooled children*

- *Vocational School:*

*1. For Juniors*

*2. For Seniors*

*3.*

*Area Colleges:*

*We work with area colleges, to enhance our offerings to our upper grades*

TA000143

NEASC/CIS Five-Year Interim Evaluation Report

*We have entered into a new partnership with Colby college that our seniors may take a class a semester for free*

*1. Thomas*

*2. KVCC*

*Virtual High School:*

*We have added more courses through other schools to enhance our porgrams*

*On Line with 400 Elective Courses*

*1. AP Courses available*

*• Affordable After School Care with homework help before care*

*• Fun Summer Day Camp Program*

*• Driver's Education*

*3.1 Competitive Comparison*

*Our children excel and continue on to live fulfilling lives and become active members of their perspective communities.*

*3.2 We feel like our costs are extremely competitive and lower than the private Christian schools in our area.*

*3.3 Costs $9500.00 Public School Education*

*4.0 Success Stories*

*There are so many stories we could share, those stories range from a graduate who flies "Air-Force 1" to one who is going to Oxford next semester. One of our current seniors is seriously being considered by Harvard. We encourage you to visit our "Alumni Wall" at school.*

*5.0 Enrollment:*

*A. School Year 2013/2014*

*We have been growing at a rate of 20% per year over the past 2 school years. According to our handbook our maximum number of students for our elementary is 18 and 20 in the upper levels per classroom.*

*• Our projections for the 2014-2015 school year look to be about the same.*

*• We will add class grades if needed and look into putting modular classrooms on the property if the population of enrollment demands for that.*

*• We will continue to canvas and maximize exposure about the school to ministry partners and local pastors.*

TA000144

- *We will be in the community as much as possible gaining exposure.*

- *We "discount" $35,000 per year to our student body. This figure is built into our budget yearly. This does not include staff children or church member discounts.*

- *We will continue to expand as the need arises*

- *Possibly start bussing children in from the Lewiston area, and Palermo area*

- *We do not have a maximum number of staff or member discounts. We firmly believe that if we take good care of our people they will take good care of us.*

- *Look at grants, endowments and financial underwriters*

*B.       Enrollment Goal's For School Year 2015-2016*

- *Continue the growth of our school by heavy marketing and ministry partners*

- *We realize we cannot do that without adding staff and modular classrooms.*

- *We will continue to expand as the need arises.*

- *We will examine the yearly discounted amount as enrollment arises*

- *We do not have a maximum number of staff or member discounts. We firmly believe that if we take good care of our people they will take good care of us.*

- *Look at endowment funding and grants*

- *Population Goal: 225 Students*

*C.       Enrollment Goal's For School Year 2016-2017*

- *Continue the previous steps in the past years*

- *Take a serious look at endowment funding*

*6.0. Curriculum:*

*This is an area that we feel we have a good handle on especially in the core classes from pre k-12th grades.*

*A.       School Year 12/13*

- *Order necessary curriculum and furniture for new k class*

- *We will look to add to our deficiencies in the areas of electives and more hands on approaches in the classroom.*

TA000145

• *We would like to enhance our program by bringing in more visitors and hosting educational productions like, mad science from Colby College, The Northern Star Planetarium, which is a portable indoor star theater... to name a few ideas.*

• *We would like to form a committee that researches for opportunities in the community to come along side of us to help us form job shadow days for our upper grades and "Career Days" where visitors will come in and present their job to our students. (Please see curriculum appendix)*

• *We will update and replace books as needed*

• *Continue to expand and grow our Science/ Chemistry Lab*

• *We will continue to add media and technology into our day to day programs*

• *Continue tapping into "virtual" type classes using Virtual High School: they offer hundreds of courses online*

• *We will grow extracurricular clubs: Bible, Drama, Journalism, Chess, Chorus and more to add to the program*

• *Continue working with Thomas and KVCC for our Seniors*

• *Continue to build awareness and work with Mid Maine Technical Center*

• *Continue to add to the scope and sequence*

*B.      School Year 13/14: Curriculum*

• *Order necessary curriculum and furniture for new 1st grade class*

• *Continue to expand our program by adding an inclusive history/ geography piece to the k-6 classes. Picking a country of the month and have every class in the participating grades do projects and share with the student body*

• *Host more assembly type events for the student body*

• *Assist the High School with their community service credits: plug them into 501( c ) (3) organizations locally by building relationships with the key players*

• *Re-evaluate our program for deficiencies and correct any*

• *Add more electives for the upper grades through Alpha and Omega (self- study type courses)*

• *Continue working with Thomas and KVCC for our Seniors*

• *Continue to build awareness and work with Mid Maine Technical Center*

• *Continue to expand and grow our Science/ Chemistry Lab*

• *Continue to add to the scope and sequence*

*C.      School Year: 14/15*

TA000146

- *Order curriculum for new second grade class*

- *Host more assembly type events for the student body*

- *Assist the High School with their community service credits: plug them into 501( c ) (3) organizations locally by building relationships with the key players*

- *Re-evaluate our program for deficiencies and correct any*

- *Add more electives for the upper grades through Alpha and Omega (self- study type courses)*

- *Continue working with Thomas and KVCC for our Seniors*

- *Continue to build awareness and work with Mid Maine Technical Center*

- *Continue to expand and grow our Science/ Chemistry Lab*

- *Continue to add to the scope and sequence*

- *Continue to add to the scope and sequence*

*We have learned so much walking through this accreditation process. Before we were accredited we would order curriculum and many teachers would blindly follow the "canned" curriculum to the letter. We are really expanding our borders and stretching our staff to go outside of the box and be more hands on and to cross pollinate across the disciplines.*

*For an example we have improved in the area of English Grammar and Writing in the upper levels by introducing science articles on a weekly basis. This has spilled over into our History department where the teacher is requiring every answer to be not only in complete sentences but be grammatically correct.*

*7.0 Academic Technology: Ongoing:*

*We have hired Maine Technology group to maintain all of our computers, servers and to help us in the areas we are lacking.*

*We have purchases 2 new servers and several new laptops and computers as well as a nice storage unit to place the server into.*

*When a student graduates from Temple Academy they will proficient in the latest Microsoft Operating System and Office product. This is the standard used in most workplaces. Students will understand more than the basics of computer use including hardware, software, communication and data.*

*We believe technology is only a tool to help the students learn. It cannot replace teachers or robust class syllabus.*

*A.       To Incorporate technology in the everyday classroom*

*B.       To incorporate "Moodle" for the entire school*

*C.       To continue with the Office suite training for 6-9th grades*

*I. Word*

TA000147

**NEASC/CIS Five-Year Interim Evaluation Report**

    *2. Excel*

    *3. Access*

    *4. PowerPoint*

    *5. Publisher*

*E. To train students to be administrators on the Temple Academy Web- site*

*8.0 Library: Ongoing:*

### MISSION STATEMENT

*The purpose of the Temple Academy Library is to provide quality reading material, both fiction and non-fiction, which promotes growth in reading skills and knowledge of the world around us.*

*A. TEMPLE ACADEMY SCHOOL LIBRARY PLA*

*B. ACQUISTION PROCESS OF MATERIALS*

    *1. Donations from parents/other libraries*

    *2. Used book stores*

    *3. Various professional distributors, Christian and secular   (CBD, Scholastic, etc..)*

*C. CATALOGING PROCESS*

    *1. A color coding system of colored dots is placed on the spine of each book to delineate grades k-4 through 12th grade, with sections of the library designated for each color, including a separate Classics section which is cataloged by author.*

    *2. Dewey Decimal System is utilized for non-fiction cataloging, with a different colored dot for elementary non-fiction verses junior/senior high non-fiction.*

    *3. An orange dot is used on junior/senior high fiction to delineate a warning, indicating the student must be within the grade level on the dot to check out the book.  This color indicates more mature reading matter.*

    *4. All junior fiction is cataloged by genres (drama, fantasy, mystery, etc...)*

*D. PERIODICALS*

    *1. Zoobooks*

    *2. Highlights*

TA000148

**NEASC/CIS Five-Year Interim Evaluation Report**

*3. Kids Discovery*

*4. National Geographic*

*5 Time*

*6. Numerous Encyclopedia*

*7. Reference sets*

*8. Educational videos.*

### E. SELECTION PROCESS

*1. If unfamiliar with the author and/or title, the book(s) will be read by the librarian and assessed based on content and subject matter.*

*2. When necessary the background of the author will be researched.*

*3. Books promoting ungodly principles or explicit materials/illustrations will not be accepted.*

### F. STAFFING

*1. The library is staffed by parent volunteers consisting of a primary librarian and 1-2 parent assistants.*

*2. The staff is trained in all aspects of library responsibilities, including cataloging, ordering materials, research, and instruction/discipline of students in the library*

### G. STUDENT INSTRUCTION

*The children are instructed at the beginning and throughout the school year concerning:*

*1. Acceptable/unacceptable behavior in the library.*

*2. Correct handling and treatment of all reading material.*

*3. Checkout/return and damaged book policy.*

*4. Cataloging system to identify their grade levels.*

*5. Location of all materials*

### H. BUDGET

*A yearly budget is developed by the Librarian and submitted to the Temple Academy School Board for review and approval. The budget is used to assist in purchasing: cataloging materials, renewal of periodical subscriptions, new books and replacing of damaged or lost books.*

### I. BOOK SALES

TA000149

Temple Academy - Documents in
Response to Deposition Exhibit B

NEASC/CIS Five-Year Interim Evaluation Report

*As needed, there is a book sale, where children may purchase as many books as they wish, from those set aside which have become too worn to remain on the shelf, but are in acceptable/readable condition, or where there are more copies of a book than is reasonable to keep on the shelves. The monies collected are placed back into the Library account.*

*J.LIBRARY DEVELOPMENT PLAN*

*In order to maintain the integrity and working order of the Temple Academy Library, the following goals are to be attempted as budget enables:*

*1. Establish a student computer station to allow students to perform research for class projects.*

*2. Purchase updated set of encyclopedias.*

*3. Purchase updated versions of all 50 states and countries of the world.*

*4. Continue to purchase as needed books on historical/recent events for non-fiction, and maintain quality classical and contemporary reading materials.*

*5. Purchase and establish an online cataloging system*

*9.0 Diversity: Ongoing:*

*We have opened up our hearts and our school to foreign students. We currently have 6 from China. We have graduated 3 over the past 2 years and will graduate 3 this year. This has been a wonderful experience for us as a school in growing and learning another culture and have enjoyed helping our Chinese friends experience the American culture.*

*A.       We have hosted in the past*

*B.       S.E.V.I. S: to get certified again to host foreign exchange students*

*C.       Great educational opportunity for the school to celebrate diversity of culture*

*D.       Great educational opportunity for the foreign student to celebrate and learn American culture in a small, safe, nurturing atmosphere*

*E.       Work on home openers*

*F.       Devise a committee*

*G.       Director training*

*H.       Advertise abroad our school*

*I. Work on international contacts to help us grow the program*

*J.Depending on what countries our students are from host themed weeks as a school to learn about that culture*

*10.0 Institutional Technology*

TA000150

*1. Administrative I.T Configuration*

    *A.    Four Office computers running Windows 7 operating systems*

        *1. Office 2010*

        *2. QuickBooks 2012*

    *B.    Data files stored locally and backup to rotating USB drives*

        *1. Industry standard "Best Practice Security" implemented and used.*

        *2. Website: www.templeacademyme.org: to Provide information about the school and a calendar of events.*

*2.Administrative I.T Strategy*

    *A. An Admin file server for centralized data storage and easy of backup and security.*

   *B. Training for staff on the newest Microsoft Office version.*

   *C. Hardware upgrades based on a 4 year planned obsolescent schedule.*

   *D. Remote access capabilities*

   *E. Student Information System*

   *F. Website: www.templeacademyme.org*

   *G. Provide information to parents about homework and grades.*

*3.Faculty*

*A. Faculty I.T Configuration*

   *B. To Secure Wireless internet access in classrooms*

      *C. Access to computer lab when needed for research*

   *D. Microsoft Office 2010*

      *E. Office Training Software*

*4. Faculty I.T Strategy*

TA000151

*A. Computer in every classroom*

   *1. Windows 7*

   *2. Microsoft Office 2010*

*B. Compu-Tech Microsoft Office Training Software*

   *1. Access to Student Information System (SIS)*

   *2. Moodle Access*


   *5. Student: I.T Configuration*

   *A. Computer Lab (20 computers)*

*B. Windows 2008 Server AD*

*C. Content filter Server*

   *D. Rossetta Stone*

   *E. Compu-tech*

   *F. Math & Typing Programs for lower classes (3-5)*

*F. Library Computers (2)*

   *1. Used for research and Maine Library CIRC.*

   *2. Windows 7*

   *3. Microsoft Office 2010*


*6. Student I.T Strategy*

   *A. Computer Lab (20 computers)*

   *B. Upgrade computer as able*

      *C. Windows 7*

   *D. Microsoft Office Next version when available*

   *E. Office Training Software: Compu-Tech*

   *F. Provide Cloud access to flies*

   *G. Possibly Google Apps*

*11.0 Facilities*

TA000152

Temple Academy - Documents in
Response to Deposition Exhibit B

*We continue to add and enhance our facilities. We have updated and replaced carpets, tile, have updated the girls bathroom and have installed a new gym floor!!!!! This was not specifically in our plan but was a dream and now the dream is a reality*

*Please see 12.0 for facilities updates*

*12.0 Financial/Capital Campaign Projects*

*We are a cash based ministry of Calvary Temple and are to date debt free with the exception of a small secured loan for our playground equipment.*

*A.       School Year 12/13*

*1. Continue grant research and application processes  working*

*2. Pay off playground loan  done*

*3. Add equipment to our science lab new lab hood, new lab science equipment*

*4. Finish replacing windows in the building (6 left)done*

*5. Paint certain classrooms done*

*B.       School Year 13/14*

*1. Continue grant research and application processes*

*2. Install new carpet on balconies done*

*3. Commercial vinyl tile on stair wells done*

*C.       School Year 14/15*

*1. Continue grant research and application processes process*

*2. Start Capital Campaign for the paving of the parking lot working on it*

*13.0 Development*

*We are giving the community opportunities to sponsor our school through hanging their business banner in our gym*

*•       We will add a print piece as a revenue builder that will be customized and designed solely for Temple Academy. We will insert this in the local newspaper for maximum circulation dropped  this idea*

*•       We will gain exposure through direct mail to our constituents and past alumni.*

*• We will look into expanding our pre-kindergarten class and kindergarten and any other class where there is a need.  Added and expanded this program*

*• We will price modular classrooms and look into expansion on the property.  We will pay for the expansion with donors and grant funds. Work in progress*

TA000153

*• We will meet with the senior pastor, board and administrative team to make informative decisions on the future direction of the continued upkeep and updates of the property.*

*• We will continue to raise funds and work with the community to see Temple flourish.*

# Outcomes & Assessments:

*We are very pleased with the results looking back over the past 5 years. We have grown so much as a school and yet have so much more growth that needs to take place. We feel that is a good position to be in always striving for excellence.*

*Services:*

1. *We have joined the MPA (Maine Principal's Association) and compete at the class D level in Soccer, boys' and girls' basketball, soft ball and baseball. We have won 3 good sportsmanship awards. This has been a huge change and commitment for our students and parents but one that is incredibly exciting.*

2. *Our AD won Coach of the year this year for Class D South.*

3. *We had 3 seniors participate in the McDonald's All-star games.*

4. *We have added PSAT in the 8 and 9th grades so that we offer 4 years of SAT prep*

5. *We have entered into a new partnership with Colby college that our seniors may take a class a semester for free*

6. *We have added more courses on -line through other colleges to enhance our programs with more dual credit offerings.*

7. *We have added Affordable after school care with homework help to accommodate working parents.*

8. *We have added before care as well to also give more options to working families.*

9. *We have added 20 more computers in our lab for a total of 40.*

*Success Stories:*

*• We continue to hear success stories from our graduates. Our graduates continue to be accepted into some of the best colleges and universities, many of them receiving scholarships and gaining entrance into honor's programs.*

*Curriculum & Enrollment:*

1. *We have learned so much walking through this accreditation process. Before we were accredited we would order curriculum and many teachers would blindly follow the "canned" curriculum to the letter. We are really expanding our borders and stretching our staff to go outside of the box and be more hands on and to cross pollinate across the disciplines.*

2. *For an example we have improved in the area of English Grammar and writing in the upper levels by introducing science articles on a weekly basis. This has spilled over into our History*

*department where the teacher is requiring every answer to be not only in complete sentences but be grammatically correct.*

3. *We continue to grow numerically but also internally offering more services*

*Academic Technology:*

1. *We have hired Maine Technology group to maintain all of our computers, servers and to help us in the areas we are lacking.*

2. *We have purchased 2 new servers and several new laptops and computers as well as a nice storage unit to place the server into.*

3. *We have purchased several IPads for the teachers to use in their classrooms using their TV's as monitors.*

4. *We have added 20 more computers in the lab for a total of 40*

*Diversity:*

• *We have opened up our hearts and our school to foreign students. We currently have 6 amazing young people from China. We have graduated 3 over the past 2 years and will graduate 3 this year. This has been a wonderful experience for us as a school. We have grown and learned another culture and have enjoyed helping our Chinese friends experience the American culture.*

*Facilities:*

1. *We continue to add and enhance our facilities. We have updated and replaced carpets, tile, have updated the girls bathroom*

2. *We have installed a new gym floor and completely renovated our gym!!!!! This was not specifically in our plan but was a dream and now the dream is a reality.*

*Financial/Capital Campaign Projects*

*We are a cash based ministry of Calvary Temple and are to date debt free with the exception of a small loan for our gym.*

*School Year 14/15*

1. *Continued grant research and application processes*

2. *We have Paid off a playground loan of $30,000.00*

3. *We have added new equipment to our science lab: new lab hood, new lab science equipment*

4. *We have replaced all windows in the building*

5. *We have painted certain classrooms and will keep updating as needed*

*School Year 15/16*

1. *Continued grant research and application processes*

TA000155

Temple Academy - Documents in
Response to Deposition Exhibit B

2.  *We have installed new carpet on balconies*

3.  *We have installed commercial vinyl tile on stair wells*

*School Year 16/17*

1.  *Continue grant research and application processes*

2.  *Start Capital Campaign for the paving of the parking lot*

3.  *Start a capital campaign for a sprinkler system*

*Development*

1.  *We are giving the community opportunities to sponsor our school through the banner program. Basically, hanging their business banner in our gym for exposure to the community. It adds comradery with our athletes and constituents.*

2.  *We will gain exposure through direct mail to our constituents and past alumni. This is an ongoing process.*

3.  *We will look into expanding our pre-kindergarten class and kindergarten and any other class where there is a need. We have added and expanded this program*

4.  *We will price modular classrooms and look into expansion on the property. We will pay for the expansion with donors and grant funds. This is a work in progress a dream.*

5.  *We will meet with the senior pastor and administrative team to make informative decisions on the future direction of the continued upkeep and updates of the property.*

6.  *We will continue to raise funds and work with the community to see Temple flourish.*

IV.  **Major recommendations (as listed in the enclosed notification letter)** – Please describe in narrative form further action(s), if any, taken on the major recommendations since the time of the *Two-Year Interim Evaluation Report*.

*We failed 3 standards at our initial visit. Standard's 4, 9 and 14. We feel like we have improved immensely in these areas and will continue to grow as we remain faithful to committing ourselves to maturing as a staff and a school.*

Standard 4: (Program) The visiting committee found that the school was relying heavily on prepackaged curriculum and recommended that an administrator receive training in curriculum development and the school develop an internal curriculum plan.

Rectified: "The Principal and guidance Dean spent many hours over the summer with the local public school district's curriculum writer. They then engaged the entire staff in developing a comprehensive curriculum guide for Temple Academy. Ms. Lafountain displayed many volumes that are now complete. She noted that the process had been very helpful in identifying areas of duplication and in facilitating better transitions in the area of study."

We have really grown in this area and continue to grow. We have actually helped other schools develop their own guides. I am proud of our faculty for really embracing and making sure their guides are accurate and up to date and for thinking out of the box to enhance their curriculum..

A few things we have added since our initial visit are:

1. "Community Helpers" in the lower grades. We invite different community members to talk to the children about their jobs and how they make an impact in our community. We have had Doctor's to baker's come in and speak with the children. The kids love it and look forward to who they will meet next and how that person makes a difference in our community.

2. "Country of the month" in the lower elementary where the students try different foods from those countries and listen to guest speakers talk with the children about that country.

3. We have crossed disciplines and even grade levels to come together for STEM projects. Each level completing appropriate grade level work. We have done this in hatching baby chicks in our kindergarten class to making energy efficient houses with alternate heating sources in our physics class.

4. We have added IPads to be used by the faculty in interactive ways in their classrooms using large screen TV's to show different educational material that supports the topics being studied.

5. To serve our student population better we have identified those students who would benefit from a lower or higher level in the areas of Math and English and have served those students accordingly with the proper faculty and curriculum.

6. We have cross pollinated across the disciplines in the area of writing better essays and sentence structure.

7. We have added the PSAT in grades 8-9 to the 10 and 11 grades we were already testing to give our students 4 years of SAT preparation.

8. We added the ASFAB test this year to help our juniors and seniors discover their gifts and talents in choosing a career. This has been a wonderful addition to our student body.

9. We have partnered with Colby College for our seniors this year as well as continuing our partnerships with Thomas and KVCC to take dual college courses.

**Standard 9: (Faculty)** The visiting committee found that not all faculty were qualified in their assignments. The committee recommended better orientation of new faculty and more professional development.

**Rectified:** "A major effort has been made in professional development with a number of trainings for which faculty earned CEU's. There are more trainings scheduled and faculty will all devote a professional day to visiting another school to observe classes. Faculty meeting time has been scheduled twice a month to discuss curriculum, student issues and other topics. An enhanced orientation program was also developed."

1. We have added faculty which has made a huge difference and have refocused some faculty.

2. We have made it mandatory for all new staff to have a training mentor and have implemented a heavier, enhanced new orientation program.

3. We have added some support by having key personal attend workshops and other teacher trainings to come back and conduct in-services with the rest of the faculty.

4. We have read the book "Smart but Scattered" together this year and have spent time discussing and how to implement with our students. We have found this to be very productive and will choose a different book for next year.

TA000157

Temple Academy - Documents in
Response to Deposition Exhibit B

5. We have spent lots of time working our way vertically and horizontally through the grade levels, having conversations about what are the areas that we identify as a staff that we need to grow in. We will set goals to extinguish those areas of weakness.

6. This process has been wonderful and I would like to thank NEASC for helping us identify the areas that we needed improvement and we will continue to always be enhancing and adding to our programs for the betterment of our students.

**Standard 14: (Infrastructure)**  The visiting committee found that the school did not conduct a financial review/audit. The committee also recommended that the administration receive training in financial planning and that the science facilities be upgraded.

**Rectified:** A professional financial review was completed over the summer and there are plans to bring ISM to the school for a financial planning workshop. Some investments were made to upgrade the science lab and more are planned; in the interim the school is talking with Colby College about using its labs to address deficiencies.

1. We have just completed another financial review for our 5 year interim. We are committed to continuing to have reviews conducted as we continue to move forward.

2. We have added several new board members to help us in the area of financial planning and stability, including a banker as we as a certified accountant. Plus local business owners to help us in the area of financial planning. We have plans to have a business financial planner meet with the team and help propel us for a secure future.

3. We have continued to make upgrades to our science lab and will continue to do so. We have invested heavily in science equipment from a vent less hood to upgraded chemical cabinets to numerous other supplies.

V. **Standards** – Please review the *Standards for Accreditation*. If there are standards that you feel are no longer being met, please identify them and explain your plan for meeting them.

*We are constantly looking deeply inward to see how we can better ourselves as an educational institution and a huge part of that is looking at the standards to see how we can better meet and hopefully exceed the expectations.*

VI. **Questions** – The following questions are based on the standards. Answering these questions does not require as inclusive a participation process as was required for the self-study, but a committee or committees, including a representative group of faculty and administrators, should be formed to work on this report.

1. Who has been involved in discussing and completing this report and reviewing the standards, and how were views of the various broad constituencies of the school included in its preparation?
*We have involved all of the faculty and staff as well as board members and some parents. We have had several meetings to discuss the standards as well as informal conversations with students and parents.*

2. Has the mission of the school changed since the last *Visiting Committee Report* was submitted and, if so, how has this affected the program, policies, or climate of the school?

TA000158

Temple Academy - Documents in
Response to Deposition Exhibit B

*The mission of the school hasn't changed, although our mission statement is a work in progress. It is outdated and doesn't completely express the heart of who we are.*

3. Has the school's enrollment changed significantly in size or nature and, if so, why has this occurred and how have these changes affected the school?

   *We have increased some; the new students coming in have been well received into our Temple family by the faculty, staff and students.*

4. Describe changes (turnover, attrition) in the faculty during the last five years.

   *We have lost 2 faculty members over the past 5 years. One of our faithful teachers retired. We miss him and wish him well as he deserves a wonderful retirement. We had to let a teacher go due to a number of philosophies in educational differences. We wish her well in her future endeavors.*

5. Has the school made any improvements or adjustments in its professional development, supervision, or evaluation practices? If so, how have these changes affected the school's programs?

   *We have improved in this area by doing peer trainings. This has been beneficial and has really allowed the staff ownership. We have subscribed to A.C.S.I on demand that the staff is gaining CEU's through in the areas that they need improvement. We are going through a book together this fall "Smart but Scattered". This has spawned some great conversation as a group.*

6. Have significant changes in the program taken place and, if so, how have these changes affected the experience of students, faculty, and parents? As an example, describe one significant change in program.

   *We have added the element of foreign students to our programs. They have been a wonderful addition and have been welcomed with open arms by our students and faculty. They stay with host homes. We have joined the MPA for scholastic intervarsity sports. This has added to our overall comradery and school spirit and pride. We compete at the Class D level in Soccer, basketball, baseball and softball. This has added so much to our overall program. Parents are getting involved hosting team dinners and team trips. It has been an awesome addition to our overall program. This year our girls' basketball coach was voted MPA Class D coach of the year. We have won several Sportsmanship awards.*

7. How has the governance of the school managed any unexpected challenges during the last five years? What plans have been developed to cope with future unanticipated problems such as a natural disaster, a significant reduction in enrollment, or economic depression or inflation?

   *We have experienced the "unexpected" we had a significant sewer issue last year that cost the school thousands of dollars yet we managed to have it repaired quickly and didn't miss a day of school. We ended that school year in the black.*

   *We have continued to grow over the past 5 years. This topic is something that is on our minds constantly being a small, private school located in Central Maine, who does not receive federal funding and having mills close and other staple businesses close. We have a plan to end non-essential programs should we need to "tighten our belt" for a season. We are hoping with good strategic planning and a good development/fundraiser director we will keep on solid ground for the next 40 years and beyond! This is our fortieth year serving our community with educational excellence.*

8. Have significant changes in the administration and/or administrative staff of the school taken place and, if so, how have these affected the school?

   *We haven't had any changes in the administrative staff over the past 5 years. Yet this fall we will be adding an Assistant Principal to help aide the Head of School.*

9. Have there been any significant institutional, especially financial, issues that have affected the school's programs or students and, if so, what resulting changes are expected in the next five years?

   *We have been updating and enhancing our facilities and haven't experienced any negative affects to our school financially or to our programs.*

NEASC/CIS Five-Year Interim Evaluation Report

10. (If applicable)  What significant changes in the staff, enrollment, facilities, or procedures of the school's early childhood program have taken place?  What changes do you anticipate during the next five years?

*We have expanded the program to include potty- trained 3 year olds because of a need in our community.  We hired a head teacher, and an assistant who are doing a fantastic job and the student teacher ratio is very small.  The expansion of the program is doing splendidly well and we ae excited about the future.*

*We built the little guys their own special fenced in playground.  It has age appropriate toys and playground equipment.*

11. (If applicable)  Has the residential and/or homestay program of the school changed significantly?  Has this affected student learning experiences, quality of life, or the mix of boarding and day enrollment?  What plans to change the program(s) are being implemented during the next five years?

*We have opened up our hearts and our school to foreign students and it has been a wonderful experience for us as a school.  The foreign students have an incredible appetite for learning and have helped spread some excitement in the other students to study and do their best.*

*We have delightful families that have embraced their students.  We are sad when they graduate but many come back to visit with their host homes and the school.*

*During the next 5 years we would like to invite students from other countries to study at our school.*

12. (If applicable)  After reviewing the enclosed Catholic Schools Pilot Edition of Standards and Indicators, how does the school demonstrate a clear commitment to its Catholic identity?  What are the school's strengths in this area?  What plans will be implemented to further enhance the school's Catholic identity?

*NA*


**VII. Financial Information** -- Please submit the following:
- An opinion audit, <u>or</u> an independent accountant review with management letter, <u>or</u> *Diocesan Report on School Finances*, <u>or</u> other approved alternative
- The operating statement and balance sheet (if available) for the most recently completed year with a comparison between budgeted income and expense figures and actual results
- The current operating budget
- The most recent year-to-date operating statement *(N/A for reports due October 1)*


_____          _____
**Signature of Head of the School**                    **Signature of Follow-Up Chair**

TA000160