# EXHIBIT 32

Temple Academy - Documents in Response to Deposition Exhibit B
Case 1:18-cv-00321-JAW   Document 24-32   Filed 03/12/19   Page 2 of 3   PageID #: 897
Page 59 of 200

## ACADEMICS

Temple Academy is accredited by the New England Association of Schools and Colleges (NEASC). To learn more about the NEASC standard of accreditation, please visit:

http://cis.neasc.org/

Temple Academy has a proven track record over the past 40 years as a leader in academic excellence. At Temple Academy, it is our goal to not only meet academic needs, but to serve our student body in every aspect of their life. We do this providing by a smaller classroom setting, interscholastic sports, the arts, and individually customized teaching. We holistically approach the student's complete and individual development. This positions our students to be leaders in our global economy.

We supplement our regular high school program, with Foreign Language through the Rosetta Stone program, as well as other electives through a virtual high school program.

## TUITION / FEES

|  | 1st child | 2nd child | 3rd child |
|---|---|---|---|
| K4-8th Grade | $4065 | $3865 | $3615 |
| 9th-12th Grade | $4785 | $4485 | $4235 |

*Call for Preschool rates*

Student Expense Fee: K4-12th Grade $750 per child
Application Fee: $60
Screening Test Fee: KG $20, 1st - 12th $15

## ATHLETICS

At Temple Academy we believe sports to be a good tool for teaching character, honesty, sportsmanship, teamwork and good health. Our athletics objective is to promote fitness, maintenance, and skillful use of the body as the temple of God. We now belong to the MPA Class D League for Soccer, Basketball, Baseball, and Softball. We also have an intramural Volleyball team. Sportsmanship is stressed throughout the league and Temple has often been awarded the sportsmanship award, while still being highly competitive. As we grow, we pray that we can add new programs and facilities!

## DRIVER'S EDUCATION (OPTIONAL)

Driver's Ed is offered with a state licensed instructor who helps students manage the risks and responsibilities of driving. Students must be 15 years old at the time the class starts. Classes are 5 weeks and students will complete 30 hours of class time and 10 hours of behind-the-wheel driving. There is a $50 discount to students of Temple Academy.

## AFTER SCHOOL CARE (OPTIONAL)

3-6pm
Full time weekly rate: $55
Daily rate on an as-needed basis: $6/hour
Multiple child discount: 20%
*Fees paid weekly by Friday*

---

I love the atmosphere here at Temple. I do not feel this is a job but a ministry! It is wonderful to be able to reach out to Christian young people and help them to be all they can be for God and their community. We have the privilege to teach a distinctly Christian world view with high academic standards and integrate God's Word in all we teach!

-Temple Academy Teacher

"The environment at Temple Academy is encouraging and edifying. Due to class size, the teaching is personal and exceptional. Also, the value the students receive is eternal. From K4 through 12th grade, Temple will meet all your family's needs. I praise the Lord for Temple Academy, good sound nondenominational Christian education here in Central Maine."

-Temple Academy Parent

"I've been at Temple for as long as I can remember, and love it here. The school gives me a sense of security that I've never had anywhere else. The teachers and faculty always show you love, respect and care about your well-being. If any parent is considering sending their child to Temple, it is a worthwhile investment. This school will nurture and enhance your child's spiritual and academic growth. Temple Academy is an all around great school and anyone is lucky to go here."

-Temple Academy Student




TA000060

Temple Academy - Documents in Response to Deposition Exhibit B
Case 1:18-cv-00032-JAW  Document 24-32  Filed 03/12/19  Page 3 of 3  PageID #: 898
Page 60 of 200

# Temple Academy

ESTABLISHED 1977

A MINISTRY OF

centerpoint COMMUNITY CHURCH

*Temple Academy exists to know the Lord Jesus Christ and to make him known through quality accredited academics and programs presented through our thoroughly Christian Biblical worldview.*

## ADMISSIONS

We invite you to make an appointment today to tour our facility and meet with our Head of School, Denise Lafountain. Why wait any longer to make such an important decision for your child's future?

207-873-5325

school.office@templeacademy.org

*Temple Academy admits students of any race, color, and national or ethnic origin.*



**60 West River Road • Waterville, ME 04901**
**www.templeacademyme.org**

## WHO WE ARE

Temple Academy is an integral ministry of Centerpoint Community Church (Calvary Temple Incorporated). Temple Academy was established in 1977 serving grades PreK-12 and continues to stand for the teaching of the Bible, for a high level of age appropriate academic expectations, and for high standard of morality.

We have also opened our doors to the world, as we currently host 35 international students from 19 different countries. We believe this promotes a unique atmosphere of inclusion and growth not only for our international students, but for our domestic students as well. Our teachers work to tailor our curriculum to fit the needs of each student. In addition, we offer our international students TOEFL and American Culture classes.



Students from Brazil, Haiti, Thailand, Germany, Serbia, Belgium, Italy, Montenegro, France, and Spain

TA000061