# EXHIBIT 33



**TEMPLE**
ACADEMY

Dear Parent,

Thank you for your interest in Temple Academy! In this application packet you will find basic information about the school along with the initial forms you will need for making application. Your inquiry indicates your concern for your child's education. You face few decisions as a parent as important as *who* will educate your child as well as *what* it is they will be taught. Given that children are at such a vulnerable and impressionable stage mentally, spiritually, and physically, it is critical that their teachers be qualified professionally *and* spiritually: "Every one when he is fully taught will be like his teacher" (Luke 6:40).

Temple seeks to extend the fine Christian training and values taught in your home. We firmly believe that a child's education should be in harmony with the values of his/her parents and understand our mission to be that of working in partnership with parents who share our conservative, Bible-based values.

Temple Academy was founded in 1977, as a ministry of Calvary Temple, but it does not teach the doctrinal distinctives of any one denomination. This interdenominational flavor is reflected in the fact that our students, staff, and school board all come from over a dozen area churches.

You are invited to visit our campus in order to get a better feel of what we are about. If you wish to do so, please call the school office to arrange a visit. I would be happy to meet informally with you after your visit if you wish. A formal interview would be scheduled after you have completed the application as explained in this packet.

Again, we are honored you would consider us for such an important role in your child's life. If you have any questions about our school or the application process, feel free to call me at 873-5325.

Yours for a Christian education,

*Denise Lafountain*
Denise Lafountain
Head of School

Enclosures

*Integrating Faith & Learning Since 1977*
60 West River Road   Waterville, Maine   04901   (207) 873-5325

TA000062