IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
Case No. 1:18-cv-00327

| | |
|---|---|
| DAVID AND AMY CARSON, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> A. PENDER MAKIN, <br><br> *Defendant.* | CONSENTED TO <br><br> MOTION OF AGUDATH ISRAEL OF AMERICA FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF |

COMES NOW Agudath Israel of America ("Agudath Israel"), and respectfully moves this Court for leave to participate in this action as *amici curiae*, and to file a brief in support of Plaintiff's motion for summary judgment. In support of its motion, Agudath Israel states:

**I.    This Court Has Authority to Accept Amicus Briefs.**

Federal district courts possess the inherent authority to accept amicus briefs. *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249 n. 34 (11th Cir. 2006) ("[D]istrict courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings"); *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (2d Cir. 1982); *United States ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007) ("The extent to which the court permits or denies amicus briefing lies solely within the court's discretion"). "No statute, rule, or controlling case defines a federal district court's power to grant or deny leave to file an amicus brief, . . . and in the absence of controlling authority, district courts commonly refer to [Federal Rule of Appellate Procedure] 29 for guidance." *Gudur*, 512 F. Supp. 2d at 927. "Factors relevant to the determination of whether amicus briefing should be allowed include whether the

proffered information is 'timely and useful' or otherwise necessary to the administration of justice." *Id.* Amici's role is to assist the court "in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *N.A.A.C.P. v. Town of Harrison*, 940 F.2d 792, 808 (3d Cir. 1991). This authority supports the Court's exercise of its discretion to accept this amicus brief.

II. **Agudath Israel's Proposed Amicus Brief is Relevant and Will be Helpful to the Court.**

Agudath Israel is a 95-year-old Orthodox Jewish organization. Agudath Israel regularly intervenes at all levels and in all branches of government – federal, state and local; executive, legislative, administrative and judicial (including through the submission of, or participation in, amicus curiae briefs) – to advocate and protect the interests of the Orthodox Jewish community in the United States and religious liberty in general.

Agudath Israel is supporting the Plaintiffs in their effort to seek a court ruling that Maine's tuition assistance law, which provides assistance to non-sectarian high school students but not to religious school students, violates the Free Exercise Clause of the United States Constitution. Agudath Israel's brief may be of considerable help to the Court in showing legal arguments as to why the law in question is unconstitutional.

III. **Consent of the Parties**

The undersigned has notified counsel for all parties of their intent to participate as amicus curiae, and has received their consent.

IV.  Conclusion

Agudath Israel of America respectfully asks the Court to grant this motion, to allow them to participate as amicus curiae.

Dated:  4/5/19

   /S/   Stephen C. Whiting_____
Stephen C. Whiting, Esq., Bar No. 559
The Whiting Law Firm
75 Pearl Street, Suite 207
Portland, ME 04101
   207-780-0681

steve@whitinglawfirm.com

Attorney for:

Agudath Israel of America

42 Broadway, 14th Floor

New York, NY 10004

212-797-9000

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019 a copy of the foregoing was filed electronically. Notice of filing will be sent to all parties for whom counsel have entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date: April 5, 2019

_/S/   Stephen C. Whiting_____

Stephen C. Whiting, Esq., Bar No. 559
The Whiting Law Firm
75 Pearl Street, Suite 207
Portland, ME 04101
   207-780-0681

steve@whitinglawfirm.com

Attorney for:

Agudath Israel of America

42 Broadway, 14th Floor

New York, NY 10004

212-797-9000