UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
BANGOR DIVISION

| | |
|---|---|
| DAVID CARSON, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.:   1:18-CV-00327-DBH |
| ) | |
| A. PENDER MAKIN, COMMISSIONER OF ) | |
| THE MAINE DEPARTMENT OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE FOR THE LIMITED PURPOSE OF FILING THE ATTACHED BRIEF AMICUS CURIAE IN SUPPORT OF DEFENDANT MAKIN'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, three education and civil rights groups devoted to protecting public education and ensuring adequate public education funding of public non-discriminatory schools ("Public Education Amici"), respectfully seek leave to file the Amicus Curiae Brief (attached as Exhibit 1) in support of Defendant Makin's Motion for Summary Judgment. In support of their motion, the education groups state as follows:

1. The Public Education Amici that seek leave to file the attached Amicus Brief are Public Funds Public School (a collaboration of the Southern Poverty Law Center and Education Law Center), the National Education Association and the Maine Education Association. Each group has public education expertise and a deep commitment to ensuring adequate public funding of public schools and that all schools that receive public education funding do not discriminate against any student or their families.

1

2. The district court has broad discretion to grant permission to participate as amicus in the case in order to assist the court in resolving the proceeding. *Alliance of Auto. Mfrs. v. Gwadowksy*, 297 F. Supp. 2d 305, 308 (D. Me. 2003).

3. Given the nature of the issues presented in this case, and that the court's resolution of those issues will have substantial implications for how public education is delivered in Maine and, potentially, nationwide, the undersigned respectfully submit that it may be helpful to the court to consider the attached Amicus Brief in resolving this matter, so as to have a fuller understanding of the context of the program at issue and the consequences of the ruling that the Plaintiffs seek.

## CONCLUSION

For the foregoing reasons, Public Education Amici respectfully request that the Court grant it leave to file the amicus brief attached as Exhibit 1.

April 8, 2019                                          Respectfully submitted,


                                                       Andrew T. Mason /s/_____
                                                       Andrew T. Mason
                                                       General Counsel
                                                       Maine Education Association
                                                       35 Community Drive
                                                       Augusta, ME 04330
                                                       Tel: (207) 622-4418, x2219
                                                       amason@maineea.org

Eric Harrington *
Kristen Hollar *
Counsel to Amicus National Education Association
NEA Office of General Counsel
1201 16th Street NW
Washington DC 20036
(202) 822-7035

Zoe M. Savitsky*
Jasmine Bolton*
David G. Sciarra*
Jessica Levin*
Public Funds Public Schools
60 Park Place, Suite 300
Newark, NJ 07102
(973) 624-1815

\*Motions for Admission Pro Hac Vice Filed Separately

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2019, a copy of the foregoing Motion was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                Andrew T. Mason /s/
                Andrew T. Mason
                Counsel for Amici Maine Education Association
                Maine Education Association
                35 Community Drive
                Augusta Maine 04330
                (207) 622-5866
                amason@maineea.org