UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DAVID and AMY CARSON, on their own behalf and as next friends of their child, O.C.; ALAN and JUDITH GILLIS, on their own behalf and as next friends of their child, I.G.; and TROY and ANGELA NELSON, on their own behalf and as next friends of their children, A.N. and R.N.,<br><br>Plaintiffs,<br><br>v.<br><br>A. PENDER MAKIN, in her official capacity as Commissioner of the Maine Department of Education,<br><br>Defendant. | Civil Action No. 1:18-cv-00327-DBH |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs David and Amy Carson, Alan and Judith Gillis, and Troy and Angela Nelson hereby appeal to the United States Court of Appeals for the First Circuit from the Decision and Order on Cross-Motions for Judgment on a Stipulated Record (ECF 58) and Judgment (ECF 59) for Defendant and against Plaintiffs entered in this action on June 26, 2019.

Dated this 23rd day of July, 2019.

1

Respectfully submitted,

/s/ Jeffrey T. Edwards
Jeffrey T. Edwards
PretiFlaherty
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Tel: (207) 791-3000
Fax: (207) 791-3111
Email: jedwards@preti.com

*Local Counsel for Plaintiffs*

/s/ Timothy D. Keller
Timothy D. Keller* (AZ Bar No. 019844)
Institute for Justice
398 S. Mill Avenue, Suite 301
Tempe, AZ 85281
Tel: (480) 557-8300
Fax: (480) 557-8315
Email: tkeller@ij.org

Arif Panju* (TX Bar No. 24070380)
Institute for Justice
816 Congress Avenue, Suite 960
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
Email: apanju@ij.org

Lea Patterson* (TX Bar No. 24102338)
First Liberty Institute
2001 W. Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-4444
Fax: (972) 423-6162
Email: lepatterson@firstliberty.org

Michael K. Whitehead* (MO Bar No. 24997)
Jonathan R. Whitehead* (MO Bar No. 54868)
Whitehead Law Firm, LLC
229 SE Douglas St., Suite 210
Lee's Summit, MO 64063
Tel: (816) 398-8967
Fax: (816) 875-3291
Email: mike@thewhiteheadfirm.com
Email: jon@whiteheadlawllc.com

*Attorneys for Plaintiffs*
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July 2019, a true and correct copy of **NOTICE OF APPEAL** was filed and served on the following counsel of record using the Court's CM/ECF system:

Aaron Frey
Attorney General

Sarah A. Forster
Christopher C. Taub
Assistant Attorneys General
Office of the Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel: (207) 626-8866, (207) 626-8800
Email: sarah.forster@maine.gov
         christopher.c.taub@maine.gov

*Attorneys for Defendant*

Emma Eaton Bond
Zachary L. Heiden
American Civil Liberties Union of Maine
121 Middle Street, Suite 200
Portland, ME 04101
Tel: (207) 619-8687, (207) 774-5444
Email: ebond@aclumaine.org
         zheiden@aclumaine.org

Sarah Goetz
Richard B. Katskee
Alex Luchenitser
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel: (202) 466-3234, (202) 466-3234, (202) 466-7306
Email: goetz@au.org, katskee@au.org, luchenitser@au.org


Daniel Mach
Heather Weaver
American Civil Liberties Union Foundation DC
915 15th Street NW, Suite 600

Washington, DC 20005
Tel: (202) 675-2330
Email: dmach@aclu.org, hweaver@aclu.org

Eric A. Harrington
Kristen L. Hollar
National Education Association
1201 16th Street, N.W.
Washington, D.C. 20036
Tel: (202) 822-7034
Email: eharrington@nea.org, khollar@nea.org

Andrew T. Mason
Maine Education Association
35 Community Drive
Augusta, ME 04330
Tel: (207) 622-4418
Email: amason@maineea.org

David G. Sciarra
Jessica Levin
Education Law Center
60 Park Place, Suite 300
Neward, NJ 07102
Email: dsciarra@edlawcenter.org, jlevin@edlawcenter.org

Jasmine Bolton
Zoe M. Savitsky
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
Tel: (334) 956-8200
Email: jasmine.bolton@splcenter.org, zoe.savitsky@splcenter.org

Stephen Whiting
The Whiting Law Firm
75 Pearl Street, Suite 207
Portland, ME 04101
Tel: (207) 780-0681
Email: mail@whitinglawfirm.com

/s/ Timothy D. Keller
*Attorney for Plaintiffs*