# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

# APPEAL COVER SHEET

| D.C. #  1:18-cv-00327-DBH | C.C.A. # |
|---|---|
| CASE TITLE: DAVID CARSON, et al v. A PENDER MAKIN | |
| Name of Counsel for Appellant(s): | ARIF PANJU, JEFFREY T. EDWARDS, JONATHAN R. WHITEHEAD, LEA PATTERSON, MICHAEL K. WHITEHEAD, TIMOTHY D. KELLER, BENJAMIN BULL |
| Name of Counsel for Appellee(s): | CHRISTOPHER C. TAUB, SARAH A. FORSTER |
| Name of Judge: | D. BROCK HORNBY |
| Court Reporter(s) & Dates: | Lori Dunbar - 6/24/19 |
| Transcript Ordered? | ☐ Yes   ☒ No |
| Court Appointed Counsel? | ☐ Yes   ☒ No |
| Fee Paid? | ☒ Yes   ☐ No |
| In Forma Pauperis? | ☐ Yes   ☒ No |
| Motions Pending? | ☐ Yes   ☒ No |
| Guidelines Case? | ☐ Yes   ☒ No |
| Related Case on Appeal? | ☐ Yes   ☒ No |
| C. C. A. # (if available) | |
| Date of Last Appeal | |
| Special Comments: | |