UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID CARSON, et al | ) |
| | ) |
| v. | ) CIVIL NO. 1:18-cv-00327-DBH |
| | ) |
| A PENDER MAKIN, in her official capacity as Commissioner of the Maine Department of Education | ) |

## **CLERK'S CIVIL CERTIFICATE**

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine, hereby certify that the following are hereby electronically transmitted to the First Circuit Court of Appeals and constitute the Abbreviated record on appeal:

Documents Numbered:  62   Appeal Cover Sheet
                     63   Clerk's Certificate
                     61   Notice of Appeal
                     59   Judgment
                     58   Order

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries. All non-electronic documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents:

Dated *July 25, 2019.*

CHRISTA K. BERRY, Clerk

By:   /s/ Robert Allen
      Case Manager