UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID and AMY CARSON, on their own behalf and as next friends of their child, O.C.; ALAN and JUDITH GILLIS, on their own behalf and as next friends of their child, I.G.; and TROY and ANGELA NELSON, on their own behalf and as next friends of their children, A.N. and R.N.,<br><br>Plaintiffs,<br><br>v.<br><br>A. PENDER MAKIN, in her official capacity as Commissioner of the Maine Department of Education,<br><br>Defendant. | Case No. 1:18-cv-00327-JAW |

**JUDGMENT**

On June 21, 2022, the United States Supreme Court held that "Maine's 'nonsectarian' requirement for its otherwise generally available tuition assistance payments violates the Free Exercise Clause of the First Amendment." *See Carson v. Makin*, 142 S. Ct. 1987, 2002 (2022). Consistent with the United States Supreme Court's June 21, 2022 opinion, the July 25, 2022 judgment of the Court of Appeals for the First Circuit, and the August 16, 2022 mandate of the Court of Appeals for the

First Circuit, the Court hereby enters judgment in Plaintiffs' favor and against Defendant as to Count I of their Complaint.

The Court **DECLARES** that 20-A M.R.S. section 2951(2) violates the Free Exercise Clause of the First Amendment to the United States Constitution. Defendant is hereby permanently **ENJOINED** from enforcing 20-A M.R.S. section 2951(2). In light of the declaratory judgment and permanent injunction that this Court is entering on Count I of Plaintiffs' Complaint, it is unnecessary for the Court to resolve the remaining claims in Counts II, III, IV, and V. Accordingly, it is hereby **ORDERED** that Counts II, III, IV, and V are **DISMISSED WITHOUT PREJUDICE**.

The Court retains jurisdiction to the extent permitted by the Federal Rules of Civil Procedure and the Local Rules of this Court to determine entitlement and amount of attorneys' fees, expenses, and costs, if any, to be awarded to Plaintiffs.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of April, 2023